# EXHIBIT 1



**United States of America**

**United States Patent and Trademark Office**

# TWITTER

**Reg. No. 4,422,235**

**Registered Oct. 22, 2013**

**Int. Cls.: 9 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TWITTER, INC. (DELAWARE CORPORATION)
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CA 94103

FOR: SOFTWARE AND SOFTWARE APPLICATIONS TO ENABLE TRANSMISSION, ACCESS, ORGANIZATION, AND MANAGEMENT OF TEXT MESSAGING, INSTANT MESSAGING, ONLINE BLOG JOURNALS, TEXT, WEBLINKS, AND IMAGES VIA THE INTERNET AND OTHER COMMUNICATIONS NETWORKS; COMPUTER SOFTWARE USED TO ENHANCE THE CAPABILITIES AND FEATURES OF OTHER SOFTWARE AND NON DOWNLOADABLE ONLINE SOFTWARE; SOFTWARE FOR ACCESSING INFORMATION ON A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE VIA THE INTERNET AND WIRELESS DEVICES FOR ACCESSING, SENDING, AND RECEIVING INFORMATION ON A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE FOR COMPUTERS, PORTABLE HANDHELD DIGITAL ELECTRONIC COMMUNICATION DEVICES, MOBILE DEVICES, AND WIRED AND WIRELESS COMMUNICATION DEVICES FOR FACILITATION OF COMMUNICATION AND DATA TRANSMISSION IN THE FIELD OF SOCIAL NETWORK-ING; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR USE WITH COMPUTERS, PORTABLE HANDHELD DIGITAL ELECTRONIC COMMUNIC-ATION DEVICES, MOBILE DEVICES, AND WIRED AND WIRELESS COMMUNICATION DEVICES FOR FACILITATION OF COMMUNICATION; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR SOCIAL NETWORKING; DOWNLOAD-ABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR REAL-TIME DE-LIVERY OF DATA, MESSAGES, LOCATION, PHOTOGRAPHS, LINKS, TEXT AND OTHER DATA RELATED THERETO; DOWNLOADABLE SOFTWARE TO FACILITATE ONLINE ADVERTISING, BUSINESS PROMOTION, CONNECTING SOCIAL NETWORK USERS WITH BUSINESSES AND FOR PROVIDING STRATEGY, INSIGHT, MARKETING, AND PREDICT-ING CONSUMER BEHAVIOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2006; IN COMMERCE 10-0-2006.

FOR: ADVERTISING AND MARKETING; ADVERTISING SERVICES; ONLINE ADVERT-ISING AND MARKETING SERVICES; BUSINESS DATA ANALYSIS; PROMOTIONAL SERVICES; BUSINESS NETWORKING; ONLINE SERVICE FOR CONNECTING SOCIAL NETWORK USERS WITH BUSINESSES; BUSINESS MONITORING AND CONSULTING SERVICES, NAMELY, PROVIDING STRATEGY, INSIGHT, MARKETING GUIDANCE, AND FOR ANALYZING, UNDERSTANDING AND PREDICTING CONSUMER BEHAVIOR AND MOTIVATIONS, AND MARKET TRENDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

Deputy Director of the United States Patent and Trademark Office

**Reg. No. 4,422,235**  FIRST USE 4-0-2010; IN COMMERCE 4-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,619,911.

SN 85-116,720, FILED 8-26-2010.

MATTHEW EINSTEIN, EXAMINING ATTORNEY

Ex. 1, at 3

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.
```

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# TWEET

**Reg. No. 4,338,963**

**Registered May 21, 2013**

**Int. Cls.: 38, 41, and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TWITTER, INC. (DELAWARE CORPORATION)
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CA 94103

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, PROVIDING ONLINE AND TELE-COMMUNICATION FACILITIES FOR REAL-TIME INTERACTION BETWEEN AND AMONG USERS OF COMPUTERS, MOBILE AND HANDHELD COMPUTERS, AND WIRED AND WIRELESS COMMUNICATION DEVICES; ENABLING INDIVIDUALS TO SEND AND RE-CEIVE MESSAGES VIA EMAIL, INSTANT MESSAGING OR A WEBSITE ON THE INTERNET IN THE FIELD OF GENERAL INTEREST; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING AN ONLINE COMMUNITY FORUM FOR USERS TO SHARE INFORMATION, PHOTOS, AUDIO AND VIDEO CONTENT ABOUT THEMSELVES, THEIR LIKES AND DISLIKES AND DAILY ACTIVITIES, TO GET FEEDBACK FROM THEIR PEERS, TO FORM VIRTUAL COMMUNITIES, AND TO ENGAGE IN SOCIAL NETWORKING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-0-2008; IN COMMERCE 5-0-2008.

FOR: PROVIDING ON-LINE JOURNALS, NAMELY, BLOGS FEATURING USER-DEFINED CONTENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2008; IN COMMERCE 5-0-2008.

FOR: ONLINE SOCIAL NETWORKING SERVICES; PROVIDING A WEBSITE ON THE IN-TERNET FOR THE PURPOSE OF SOCIAL NETWORKING; PROVIDING ON-LINE COM-PUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-2008; IN COMMERCE 5-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-715,815, FILED 4-16-2009.

REBECCA SMITH, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

```
┌────────────────────────────────────────────────────────────────┐
│                 REQUIREMENTS TO MAINTAIN YOUR FEDERAL            │
│                     TRADEMARK REGISTRATION                       │
│                                                                  │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT   │
│         FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME       │
│                           PERIODS.                               │
└────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
┌────────────────────────────────────────────────────────────────┐
│   The United States Patent and Trademark Office (USPTO) will NOT │
│      send you any future notice or reminder of these filing      │
│                         requirements.                            │
└────────────────────────────────────────────────────────────────┘
```

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# TWEET

**Reg. No. 7,374,642**

**Registered Apr. 30, 2024**

**Int. Cl.: 9, 35**

**Service Mark**

**Trademark**

**Principal Register**

X CORP.  (NEVADA CORPORATION)
1355 Market Street, Suite 900
San Francisco, CALIFORNIA 94103

CLASS 9: Software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, weblinks, and images via the internet and other communications networks; computer software used to enhance the capabilities and features of other software and nondownloadable online software; software for accessing information on a global computer network; downloadable software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses and for tracking users and advertising of others to provide strategy, insight, marketing, and predicting consumer behavior

FIRST USE 5-31-2008; IN COMMERCE 5-31-2008

CLASS 35: Advertising and marketing; advertising services; online advertising and marketing services; business data analysis; promotional services; business networking; online service for connecting social network users with businesses; business monitoring and consulting services, namely, tracking users and advertising of others to provide strategy, insight, marketing guidance, and for analyzing, understanding and predicting consumer behavior and motivations, and market trends

FIRST USE 5-31-2008; IN COMMERCE 5-31-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 85-116,717, FILED 08-26-2010

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Ex. 1, at 7

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 38, 41, and 45**

**Prior U.S. Cls.: 100, 101, 104, and 107**

**Reg. No. 3,619,911**

**United States Patent and Trademark Office**   Registered May 12, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# TWITTER

TWITTER, INC. (DELAWARE CORPORATION)
539 BRYANT STREET, SUITE 402
SAN FRANCISCO, CA 94107

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING ONLINE AND TELECOMMUNICATION FACILITIES FOR REAL-TIME INTERACTION BETWEEN AND AMONG USERS OF COMPUTERS, MOBILE AND HANDHELD COMPUTERS, AND WIRED AND WIRELESS COMMUNICATION DEVICES; ENABLING INDIVIDUALS TO SEND AND RECEIVE MESSAGES VIA EMAIL, INSTANT MESSAGING OR A WEBSITE ON THE INTERNET IN THE FIELD OF GENERAL INTEREST; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING AN ONLINE COMMUNITY FORUM FOR REGISTERED USERS TO SHARE INFORMATION, PHOTOS, AUDIO AND VIDEO CONTENT ABUT THEMSELVES, THEIR LIKES AND DISLIKES AND DAILY ACTIVITIES, TO GET FEEDBACK FROM THEIR PEERS, TO FORM VIRTUAL COMMUNITIES, AND TO ENGAGE IN SOCIAL NETWORKING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-31-2006; IN COMMERCE 8-31-2006.

FOR: PROVIDING ON-LINE JOURNALS, NAMELY, BLOGS FEATURING USER-DEFINED CONTENT IN THE FIELD OF SOCIAL-NETWORKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-31-2006; IN COMMERCE 8-31-2006.

FOR: PROVIDING A WEBSITE ON THE INTERNET FOR THE PURPOSE OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-31-2006; IN COMMERCE 8-31-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-166,246, FILED 4-26-2007.

CARYN GLASSER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,179,739**

**Registered July 24, 2012**

**Int. Cls.: 38, 41, and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

TWITTER, INC. (DELAWARE CORPORATION)
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CA 94103

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, PROVIDING ONLINE AND TELE-COMMUNICATION FACILITIES FOR REAL-TIME INTERACTION BETWEEN AND AMONG USERS OF COMPUTERS, MOBILE AND HANDHELD COMPUTERS, AND WIRED AND WIRELESS COMMUNICATION DEVICES; ENABLING INDIVIDUALS TO SEND AND RE-CEIVE MESSAGES VIA EMAIL, INSTANT MESSAGING OR A WEBSITE ON THE INTERNET IN THE FIELD OF GENERAL INTEREST; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING AN ONLINE COMMUNITY FORUM FOR USERS TO SHARE INFORMATION, PHOTOS, AUDIO AND VIDEO CONTENT ABOUT THEMSELVES, THEIR LIKES AND DISLIKES AND DAILY ACTIVITIES, TO GET FEEDBACK FROM THEIR PEERS, TO FORM VIRTUAL COMMUNITIES, AND TO ENGAGE IN SOCIAL NETWORKING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: PROVIDING ON-LINE JOURNALS, NAMELY, BLOGS FEATURING USER-DEFINED CONTENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: ONLINE SOCIAL NETWORKING SERVICES; PROVIDING A WEBSITE ON THE IN-TERNET FOR THE PURPOSE OF SOCIAL NETWORKING; PROVIDING ON-LINE COM-PUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

OWNER OF U.S. REG. NO. 3,619,911.

THE MARK CONSISTS OF STYLIZED LETTERING SURROUNDED BY A BUBBLE OF SPACE.

SN 77-721,751, FILED 4-24-2009.

**Reg. No. 4,179,739** REBECCA SMITH, EXAMINING ATTORNEY

Page: 2 / RN # 4,179,739

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 3 / RN # 4,179,739

# United States of America
## United States Patent and Trademark Office

# TWITTER

**Reg. No. 4,362,656**
**Registered July 9, 2013**

**Int. Cls.: 6, 16, 21, 22 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEESHIRTMANIA.BIZ LLC (KANSAS LIMITED LIABILITY COMPANY)
137 NORTH PIRNER, SUITE 2
HAYSVILLE, KS 67060

FOR: PROMOTIONAL ITEMS, NAMELY, METAL LICENSE PLATES , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-10-2009; IN COMMERCE 4-10-2009.

FOR: PROMOTIONAL ITEMS, NAMELY, PENS, PENCILS, BUMPER STICKERS, STATIONERY AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-10-2009; IN COMMERCE 4-10-2009.

FOR: PROMOTIONAL ITEMS, NAMELY, DISHES, IN PARTICULAR MUGS AND GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-10-2009; IN COMMERCE 4-10-2009.

FOR: PROMOTIONAL ITEMS, NAMELY, LANYARDS FOR HOLDING EYEGLASSES AND KEYS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 4-10-2009; IN COMMERCE 4-10-2009.

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SHORTS, PANTIES, HATS, VISORS, SOCKS, TANK TOPS, JACKETS AND POLO SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-12-2008; IN COMMERCE 11-12-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-711,787, FILED 4-10-2009.

ODESSA BIBBINS, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,362,656

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,001,027**

**Registered Jul. 19, 2016**

**Int. Cl.: 9, 16, 18, 21, 25, 35, 36, 38, 41, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**



Twitter, Inc. (DELAWARE CORPORATION)
1355 Market Street, Suite 900
San Francisco, CA 94103

CLASS 9: Software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, web links, and images via the Internet and other communications networks; computer software used to enhance the capabilities and features of other software and non-downloadable online software; software for accessing information on a global computer network; downloadable software in the field of social networking; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses for providing strategy, insight, and marketing; downloadable electronic publications in the nature of white papers, articles, presentations and educational materials in the fields of software, technology, advertising and marketing, software development, real-time current event news, and social networking; downloadable software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication and data transmission in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; application programming interface (API) for third-party software; downloadable software in the nature of a mobile application for creating, sharing, disseminating and posting photos, videos, personal and general information for the purposes of social, personal and professional networking; downloadable software in the nature of a mobile application for displaying and sharing a user's location and personal preferences and finding, locating, and interacting with other users and places; application programming interface (API) software for allowing data retrieval, upload, access and management; API software for use in building software applications; software for geo-location based advertising and product and service promotions; downloadable software to enable uploading, creating, posting, showing, displaying, blogging, sharing and otherwise providing electronic media or information over the internet and other communications networks; computer software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information; software for accessing, sending, and receiving

Director of the United States
Patent and Trademark Office

information on a global computer network; software to facilitate online advertising, business promotion, connecting social network users with businesses and for providing strategy, insight, and marketing; computer software for the collection, editing, organizing, modifying, transmission, storage and sharing of data and information; software for real-time delivery of data, messages, location, photographs, links, audio, video, images, text and other data related thereto; data synchronization programs, and application development tool programs for personal and handheld computers; computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, and electronic publications; software in the field of text, image and sound transmission and display; electronic mail and messaging software; computer software for accessing, browsing and searching online databases; data synchronization software; computer software for computer application development; cases, covers, fitted plastic protective films known as skins, and speakers for portable electronic devices, namely, mobile phones, computers, and tablets; digital electronic components and accessories, namely, holsters, carrying cases, and fitted plastic films known as skins for covering and providing a scratch proof barrier or protection specifically designed for computers; computer and memory storage devices, namely, blank flash drives and USB drives; computer software for accessing videos and music; downloadable audio, video and audiovisual content provided via computer and communications networks featuring videos and music via a global computer network; downloadable digital audio files featuring music, news and voice; computer software development tools

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 16: Printed matter, namely, greeting cards, post cards, and posters; stationery; printed publications, namely, programs, presentations and brochures in the fields of software, technology, advertising and marketing, software development, real-time current event news, and social networking; office and school supplies, namely, notepad holders and binders; envelopes and marking stamps; stickers; notepads; pens; notebooks

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 18: Umbrellas; all-purpose carrying bags, tote bags, casual bags, namely, casual handbags, all-purpose athletic bags, school bags, duffle bags, sports bags, backpacks

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 21: Water bottles sold empty; mugs, insulated coffee and beverage cups

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 25: Articles of clothing for men, women and children, including shirts, t-shirts, sweatshirts; tank tops, jerseys, jackets, coats, raincoats, hats; caps

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 35: Advertising services; marketing services; advertising and promotional services; online advertising and marketing services; market research and information services; promoting the goods and services of others via computer and communication networks; online business networking services; dissemination of advertising for others via an online electronic communications network; business data analysis; providing statistical information; business networking; business information services, all provided via an online electronic database on a global computer network; promotional services in the nature of online services for connecting social network users with businesses; business monitoring and consulting services, namely, providing strategy, insight and marketing guidance for use in analyzing business and market data, activity and trends; computerized database management services

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 36: Financial services, namely, providing online stored value electronic accounts in an electronic environment; electronic commerce payment services, namely, establishing funded accounts used to purchase goods and services on the Internet; financial transaction services, namely, providing secure clearing of commercial transactions via electronic

communication networks; providing a variety of payment services and providing financial services, namely, credit card processing and transmission of bills and payments thereof, conducted via a global computer network; electronic payment and information management services; financial services, namely, enabling transfer of funds for others via electronic communications networks; advisory, information and consultancy services relating to the aforesaid

FIRST USE 9-9-2014; IN COMMERCE 9-9-2014

CLASS 38: Telecommunication services, namely, providing online and telecommunication facilities for real-time interaction between and among users of computers, mobile and handheld computers, and wired and wireless communication devices; telecommunication services, namely, enabling individuals to send and receive messages via email, instant messaging or a website on the internet in the field of general interest; providing online chat rooms and electronic bulletin boards for transmission of messages among users in the field of general interest; electronic mail services; instant messaging services; web messaging services; text messaging services; electronic communication services, namely, transmission of data, text, audio, video, images and multimedia content among users of computers, mobile and handheld computers, and wired and wireless communication devices; webcasting services; transmission of messages, data and content via a global computer network and other computer and communications networks; transmission of updated messages, comments, information, and multimedia content by electronic mail, instant messaging, text messaging, and via a global computer network and other computer and communications networks; providing online forums and chat rooms for the transmission of messages, comments, information, and multimedia content among users all in the field of general interest; telecommunication services, namely, enabling users to transmit messages, comments, multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information, and other user-generated content via a global computer network and other computer and communications networks; providing online community forums for users to post, search, watch, share, critique, rate, and comment on, messages, comments, multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information, and other user-generated content; broadcasting services via a global computer network and other computer and communications networks, namely, uploading, downloading, posting, showing, displaying, tagging, sharing and electronically transmitting messages, comments, multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information, and other user-generated content; providing a video sharing portal; providing access to non-downloadable software to engage in sharing of multimedia content and comments among users; providing access to global communications networks featuring websites, computer databases and the internet; providing an online forum for the sharing of audio, video and images in the field of general interest; electronic transmission of messages; electronic message sending, receiving and forwarding services; enabling individuals to send and receive messages via email, instant messaging or a website on the internet in the field of general interest; virtual chat rooms established via electronic messaging and text messaging; providing chat room services for social networking; providing online forums for transmission of messages among computer users; providing online chat rooms for social networking; telecommunications services, namely, electronic transmission of streamed and downloadable audio and video files via computer and other communications networks, providing online electronic bulletin boards for the transmission of messages among computer users in the field of consumer product information, web casting services, delivery of messages by electronic transmission; telecommunications services, namely, providing access to an interactive database for transmission of messages among computer users and subscribers concerning music, books, movies, motion pictures, television programs, games, toys, sporting goods, electronics, multimedia presentations, videos and DVDs, and other household and consumer goods, product reviews and purchase information on the internet; electronic transmission of information and data; providing an online internet forum, online chat rooms and online communities in the nature of electronic bulletin boards for the transmission of messages among computer users in the field of general interest; providing access to online directories, databases, current events websites and blogs, and online reference materials; telecommunications services, namely, streaming of audio, visual and audiovisual material via the Internet or other computer or communications network; providing online chat rooms,

Page: 3 of 8 / RN # 5001027

internet forums and online communities in the nature of electronic bulletin boards for the transmission of photos, videos, text, data, images and other electronic works in the field of general interest; telecommunications services, namely, providing online network access services for the transmission of data that enable users to share content, photos, videos, text, data, images and other electronic works relating to entertainment, including, movies, television, audiovisual works, music, audio works, books, theatre, literary works, sporting events, recreational activities, leisure activities, tournaments, art, dance, musicals, exhibitions; telecommunications services, namely, providing online electronic bulletin boards for the transmission of messages among computer users concerning entertainment, providing interactive chat rooms for transmission of messages among computer users and subscribers concerning a wide variety of topics; telecommunications services, namely, electronic transmission of entertainment reviews and information through computer and communications networks; providing online forums for communication in the field of electronic games; electronic bulletin board services; providing access to non-downloadable software to enable sharing of multimedia content and comments among users

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 41: Education services, namely, providing educational conferences, events, workshops, training, courses, seminars, panel discussions, tutoring and mentoring in the fields of technology, computers, computer software, software development, application programming interfaces (API), mobile applications, business development, advertising and marketing, social networking, job training and placement, life skills and self-development; providing online electronic publications, not downloadable in the nature of white papers, articles, presentations and educational materials in the fields of software, technology, advertising and marketing, software development, real-time current event news, and social networking; providing online journals, namely, blogs featuring user-defined content in the field of social networking; providing a real-time information network relating to the latest stories, ideas, opinions, news and to information of personal interest, education, entertainment and culture via the internet and other communications networks; publication of online journals, namely, blogs featuring personal information and opinions in the field of general interest; providing a website featuring blogs and non-downloadable text, video and audio files in the field of general interest; providing a searchable online database of topics and people in the entertainment and sports industries; providing an online database in the field of entertainment; entertainment services, providing downloadable and non-downloadable images from the Internet via a global computer network in the field of general interest; provision of information in the field of entertainment online; organization of competitions in the fields of software development and mobile applications for entertainment and educational purposes, all the aforesaid services also provided online from a computer database, the Internet or by an Internet-enabled phone; providing online searchable databases featuring general news and information regarding movies, motion pictures, documentaries, films, television programs, graphics, animation and multimedia presentations, videos and DVDs; providing information relating to arranging, organizing and conducting contests and games; providing a website featuring blogs in the field of entertainment, comics, screenplays, books, short stories; providing a website featuring information, contests, text, video, audio, and publications in the nature of articles, blog posts, and presentations all related to entertainment; providing news and information in the field of entertainment relating to information, contests, text, video, audio, and publications all related to entertainment; providing a website featuring non-downloadable videos, consultancy in the field of entertainment and the entertainment industry; providing information on entertainment, movies and television shows via social networks; providing online searchable databases featuring general news and information regarding movies, motion pictures, documentaries, films, television programs, graphics, animational and multimedia presentations, videos and DVDs, and other audiovisual works; providing online newsletters and blogs featuring entertainment, movies, television, audiovisual works, music, audio works, books, theatre, literary works, sporting events, recreational activities, leisure activities, tournaments, art, dance, musicals, exhibitions, sports instruction, clubs, radio, comedy, contests, visual works, games, gaming, festivals, museums, parks, cultural events, concerts, publishing, animation, current events, fashion shows, and multimedia presentations; entertainment services, namely, providing virtual environments in which users can interact for recreational, leisure, or entertainment purposes; providing information, news, articles and commentary in the field of

entertainment, including, movies, television, audiovisual works, music, audio works, books, theatre, literary works, sporting events, recreational activities, leisure activities, tournaments, art, dance, musicals, exhibitions, sports instruction and clubs; providing information, news, articles and commentary in the field of entertainment, including, radio, comedy, contests, visual works, games, gaming, festivals, museums, parks, cultural events, concerts, publishing, animation, current events, fashion shows, and multimedia presentations; providing information, news, articles and commentary in the field of education and educational institutions; education services in the nature of online distance learning on topics of current events, education, technology; interactive educational services in the nature of computer-based and computer-assisted instruction on topics of current events, education, technology; educational and entertainment services in the nature of podcasts, webcasts, and continuing programs featuring news and commentary in the field of recreational activities, leisure activities, accessible via the internet or other computer or communications networks; educational and entertainment services in the nature of exhibitions in the fields of technology, computers, computer software, software development, application programming interfaces (API), mobile applications, business development, advertising and marketing, and social networking for educational and entertainment purposes, contests in the fields of software development and mobile applications for educational and entertainment purposes, and multimedia presentations accessible via the internet or other computer or communications networks; providing a searchable database featuring audio, video and audiovisual content available through the Internet, telecommunications networks and wireless telecommunications networks in the field of entertainment; providing online journals, namely, blogs, featuring user defined content in the field of social networking; providing non-downloadable software for accessing games

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 42: Application service provider services (ASP), namely hosting computer software applications for others; hosting an interactive website and online non-downloadable software for uploading, downloading, posting, showing, displaying, tagging, sharing and transmitting messages, comments, multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information, and other user-generated content; hosting an interactive website and online non-downloadable software that enable users to post, search, watch, share, critique, rate, and comment on, messages, comments, multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information, and other user-generated content via a global computer network and other computer and communications networks; providing online non-downloadable software tools for software development; hosting of digital content online; hosting multimedia content for others; hosting a website featuring messages, comments, multimedia content, videos, movies, films, photos, audio content, animation, pictures, images, text, information, and other user-generated content online; software as a service (SAAS) services, namely, hosting software for use by others for use in communications between people and organizations, using wireless and wired networks, through computers and mobile devices; provision of temporary use of non-downloadable software for the creation and publication of blogs; creating an online community for users to engage in social networking; application service provider featuring application programming interface (API) software for the integration of text, audio, and video content into websites, applications and third-party software; providing a website featuring non-downloadable software to enable uploading, posting, showing, displaying, blogging, sharing and transmitting of electronic media, videos, or information; providing temporary use of online non-downloadable software to enable uploading, posting, showing, displaying, blogging, sharing and transmitting of electronic media, videos, or information via a global communications network; providing a web hosting platform featuring temporary use of non-downloadable software allowing users to post, display, and share videos and digital content; providing non-downloadable software, accessible over a global computer network, for managing computer applications; constructing an Internet platform for electronic commerce; data warehousing; application service provider, namely, providing, hosting, managing, developing and maintaining applications, software, and databases in the fields of e-commerce, online payments, order queuing, data storage, shared computing capacity scaling, and messaging services; computer services, namely, hosting an interactive website featuring a computerized online search and ordering feature for others featuring the retail distribution of music, books, toys, electronics, and other household and consumer goods;

hosting online non-downloadable software for others for analyzing personal preferences and generating recommendations; technical support, namely, troubleshooting of software problems and mobile computer and mobile communications device software problems; computer software consultation and design for others, computer software design for others, mobile computer and mobile communications device software consultation and design, mobile computer and mobile communications device software design for others; providing internet search engines; providing search engine platforms to allow users to request and receive photos, videos, text, data, images and electronic works; interactive hosting services which allow users to publish and share their own photos, videos, text, data, images online, computer services, namely, creating virtual communities for registered users to participate in discussions, obtain feedback, form virtual communities, and engage in social networking; providing search engine platforms to allow users to request and receive, content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; providing temporary use of non-downloadable computer software and online facilities to enable users to access and download computer software; providing temporary use of online non-downloadable computer software that generates customized recommendations of software applications based on user preferences; computer services, namely, creating an online community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking all in the field of entertainment and the entertainment industry; providing temporary use of online non-downloadable software and applications for accessing streaming audio and video files, social networks, text files and multimedia files; creating an online community for registered users to participate in discussions, to share content, photos, videos, text, data, images and other electronic works, and engage in social networking, provision of information relating to the aforesaid services; providing a website that gives computer users the ability to transmit, cache, receive, download, stream, broadcast, display, format, transfer and share content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; providing a website that gives computer users the ability to transmit, cache, receive, download, stream, broadcast, display, format, transfer and share photos, videos, text, data, images and other electronic works; hosting an online website community for registered users to share information, photos, audio and video content about themselves, their likes and dislikes and daily activities, to get feedback from their peers, to form virtual communities, and to engage in social networking

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

CLASS 45: Online social networking services; providing a website on the internet for the purpose of social networking; legal services; security services for the protection of property and individuals; providing a website on the internet for the purpose of social networking; providing a social networking website for entertainment purposes; providing user authentication services in e-commerce transactions; computer security services in the nature of verifying and authenticating the identification information and credentials of users of websites and software applications for security purposes; internet-based social networking services; providing information regarding, and in the nature of, social networking services; online social networking services designed for people with a common desire to meet other people with similar interests; providing online computer databases and online searchable databases in the field of social networking; providing internet based introduction and social networking services; online social networking services, namely, providing contacts and facilitating introductions for the purpose of creating and developing productive personal relationships for people with a common desire to meet other people with similar interests; introduction, personal relationship, and social networking services provided via the Internet or other computer or communications network; online social networking services, namely, facilitating social introductions or interactions among individuals; online social networking services in the field of entertainment; online social networking services in the field of entertainment provided via a website and communications networks; online social networking services, namely, facilitating introduction, development of personal relationships, and social networking services provided via the Internet or other computer or communications network; provision of information, consultancy and advisory services relating to the aforesaid; monitoring of computerized data and computer systems and networks for security purposes

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012

Page: 6 of 8 / RN # 5001027

Ex. 1, at 20

The color(s) blue is/are claimed as a feature of the mark.

The mark consists of a silhouette of a bird in flight in the color blue.

SER. NO. 86-484,994, FILED 12-18-2014

SHA MCPHERSON RAYBURN, EXAMINING ATTORNEY

Page: 7 of 8 / RN # 5001027

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,552,274**

**Registered June 17, 2014**

**Int. Cls.: 9, 16, 18, 21, 25, 35, 38, 41, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

TWITTER, INC. (DELAWARE CORPORATION)
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CA 94103

FOR: SOFTWARE AND SOFTWARE APPLICATIONS TO ENABLE TRANSMISSION, ACCESS, ORGANIZATION, AND MANAGEMENT OF TEXT MESSAGING, INSTANT MESSAGING, ONLINE BLOG JOURNALS, TEXT, WEBLINKS, AND IMAGES VIA THE INTERNET AND OTHER COMMUNICATIONS NETWORKS; COMPUTER SOFTWARE USED TO ENHANCE THE CAPABILITIES AND FEATURES OF OTHER SOFTWARE AND NON-DOWNLOADABLE ONLINE SOFTWARE; SOFTWARE FOR ACCESSING INFORMATION ON A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE VIA THE INTERNET AND WIRELESS DEVICES; DOWNLOADABLE SOFTWARE VIA THE INTERNET AND WIRELESS DEVICES FOR ACCESSING, SENDING, AND RECEIVING INFORMATION ON A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE FOR COMPUTERS, PORTABLE HANDHELD DIGITAL ELECTRONIC COMMUNICATION DEVICES, MOBILE DEVICES, AND WIRED AND WIRELESS COMMUNICATION DEVICES FOR FACILITATION OF COMMUNICATION AND DATA TRANSMISSION IN THE FIELD OF SOCIAL NETWORKING; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR USE WITH COMPUTERS, PORTABLE HANDHELD DIGITAL ELECTRONIC COMMUNICATION DEVICES, MOBILE DEVICES, AND WIRED AND WIRELESS COMMUNICATION DEVICES FOR FACILITATION OF COMMUNICATION; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR SOCIAL NETWORKING; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR REAL-TIME DELIVERY OF DATA, MESSAGES, LOCATION, PHOTOGRAPHS, LINKS, TEXT AND OTHER DATA RELATED THERETO; DOWNLOADABLE SOFTWARE TO FACILITATE ONLINE ADVERTISING, BUSINESS PROMOTION, CONNECTING SOCIAL NETWORK USERS WITH BUSINESSES AND FOR PROVIDING STRATEGY, INSIGHT, MARKETING, AND PREDICTING CONSUMER BEHAVIOR; APPLICATION PROGRAMMING INTERFACE (API) FOR THIRD-PARTY SOFTWARE; MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: NOTEBOOKS; DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

**Reg. No. 4,552,274**  FOR: BAGS, NAMELY, MESSENGER BAGS, ALL-PURPOSE CARRYING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: MUGS; EMPTY WATER BOTTLES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: ADVERTISING AND MARKETING; ADVERTISING SERVICES; ONLINE ADVERTISING AND MARKETING SERVICES; BUSINESS DATA ANALYSIS; PROMOTIONAL SERVICES, NAMELY, FACILITATING NETWORKING OPPORTUNITIES FOR BUSINESS PURPOSES; BUSINESS NETWORKING; ONLINE SERVICE FOR CONNECTING SOCIAL NETWORK USERS WITH BUSINESSES FOR THE PURPOSE OF BUSINESS NETWORKING; BUSINESS MONITORING AND CONSULTING SERVICES, NAMELY, PROVIDING STRATEGY, INSIGHT, MARKETING GUIDANCE, AND FOR ANALYZING, UNDERSTANDING AND PREDICTING CONSUMER BEHAVIOR AND MOTIVATIONS, AND MARKET TRENDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING ONLINE AND TELECOMMUNICATION FACILITIES FOR REAL-TIME INTERACTION BETWEEN AND AMONG USERS OF COMPUTERS, MOBILE AND HANDHELD COMPUTERS, AND WIRED AND WIRELESS COMMUNICATION DEVICES; ENABLING INDIVIDUALS TO SEND AND RECEIVE MESSAGES VIA E-MAIL, INSTANT MESSAGING OR A WEBSITE ON THE INTERNET IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING AN ONLINE COMMUNITY FORUM FOR USERS TO SHARE INFORMATION, PHOTOS, AUDIO AND VIDEO CONTENT ABOUT THEMSELVES, THEIR LIKES AND DISLIKES AND DAILY ACTIVITIES, TO GET FEEDBACK FROM THEIR PEERS, TO FORM VIRTUAL COMMUNITIES, AND TO ENGAGE IN SOCIAL NETWORKING; TRANSMISSION OF MESSAGES; ELECTRONIC MESSAGE SENDING, RECEIVING AND FORWARDING; VIRTUAL CHAT ROOMS ESTABLISHED VIA ELECTRONIC MESSAGING AND TEXT MESSAGING; PROVIDING ONLINE FORUMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS; ELECTRONIC TRANSMISSION OF DATA; PROVIDING A PLATFORM FOR MOBILE DEVICE COMMUNICATIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: PROVIDING ONLINE JOURNALS, NAMELY, BLOGS FEATURING USER-DEFINED CONTENT IN THE FIELD OF SOCIAL NETWORKING; PROVIDING A REAL-TIME NETWORK FOR USER-GENERATED INFORMATION AND CONTENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: SOFTWARE AS A SERVICE (SAAS) SERVICES, NAMELY, HOSTING SOFTWARE FOR USE BY OTHERS FOR USE IN COMMUNICATIONS BETWEEN PEOPLE AND ORGANIZATIONS, USING WIRELESS AND WIRED NETWORKS, THROUGH COMPUTERS AND MOBILE DEVICES; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE

Page: 2 / RN # 4,552,274

**Reg. No. 4,552,274**    SOFTWARE THAT ENABLES ELECTRONIC COMMUNICATIONS NETWORK USERS TO ENGAGE IN SOCIAL NETWORKING; PROVIDING TEMPORARY USE OF NON-DOWN-LOADABLE SOFTWARE FOR FACILITATION OF COMMUNICATION, DATA TRANSMIS-SION, AND ACCESSING, SENDING, MANAGING, AND RECEIVING INFORMATION AND CONTENT ON A GLOBAL COMPUTER NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

FOR: ONLINE SOCIAL NETWORKING SERVICES; PROVIDING A WEBSITE ON THE IN-TERNET FOR THE PURPOSE OF SOCIAL NETWORKING; PROVIDING ONLINE COMPUTER DATABASES AND ONLINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-6-2012; IN COMMERCE 6-6-2012.

OWNER OF U.S. REG. NO. 4,187,348.

THE MARK CONSISTS OF AN OUTLINE OF A BIRD IN FLIGHT.

SN 85-645,323, FILED 6-6-2012.

PRISCILLA MILTON, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 4 / RN # 4,552,274

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,187,348**

**Registered Aug. 7, 2012**

**Int. Cls.: 9, 35, 38, 41, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

TWITTER, INC. (DELAWARE CORPORATION)
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CA 94103

FOR: SOFTWARE AND SOFTWARE APPLICATIONS TO ENABLE TRANSMISSION, ACCESS, ORGANIZATION, AND MANAGEMENT OF TEXT MESSAGING, INSTANT MESSAGING, ONLINE BLOG JOURNALS, TEXT, WEBLINKS, AND IMAGES VIA THE INTERNET AND OTHER COMMUNICATIONS NETWORKS; SOFTWARE FOR ACCESSING INFORMATION ON A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE VIA THE INTERNET AND WIRELESS DEVICES FOR ACCESSING, SENDING, AND RECEIVING INFORMATION ON A GLOBAL COMPUTER NETWORK; DOWNLOADABLE SOFTWARE FOR COMPUTERS, PORTABLE HANDHELD DIGITAL ELECTRONIC COMMUNICATION DEVICES, MOBILE DEVICES, AND WIRED AND WIRELESS COMMUNICATION DEVICES FOR FACILITATION OF COMMUNICATION AND DATA TRANSMISSION IN THE FIELD OF SOCIAL NETWORKING; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR USE WITH COMPUTERS, PORTABLE HANDHELD DIGITAL ELECTRONIC COMMUNICATION DEVICES, MOBILE DEVICES, AND WIRED AND WIRELESS COMMUNICATION DEVICES FOR FACILITATION OF COMMUNICATION; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR SOCIAL NETWORKING; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION FOR REAL-TIME DELIVERY OF DATA, MESSAGES, LOCATION, PHOTOGRAPHS, LINKS, TEXT AND OTHER DATA RELATED THERETO, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

FOR: ADVERTISING AND MARKETING; ADVERTISING SERVICES; ONLINE ADVERTISING AND MARKETING SERVICES; BUSINESS DATA ANALYSIS; PROMOTIONAL SERVICES; BUSINESS NETWORKING; ONLINE SERVICE FOR CONNECTING SOCIAL NETWORK USERS WITH BUSINESSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING ONLINE AND TELECOMMUNICATION FACILITIES FOR REAL-TIME INTERACTION BETWEEN AND AMONG USERS OF COMPUTERS, MOBILE AND HANDHELD COMPUTERS, AND WIRED AND WIRELESS COMMUNICATION DEVICES; ENABLING INDIVIDUALS TO SEND AND RE-

**Reg. No. 4,187,348**  CEIVE MESSAGES VIA E-MAIL, INSTANT MESSAGING OR A WEBSITE ON THE INTERNET IN THE FIELD OF GENERAL INTEREST; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING AN ONLINE COMMUNITY FORUM FOR USERS TO SHARE INFORMATION, PHOTOS, AUDIO AND VIDEO CONTENT ABOUT THEMSELVES, THEIR LIKES AND DISLIKES AND DAILY ACTIVITIES, TO GET FEEDBACK FROM THEIR PEERS, TO FORM VIRTUAL COMMUNITIES, AND TO ENGAGE IN SOCIAL NETWORKING; TRANSMISSION OF MESSAGES; ELECTRONIC MESSAGE SENDING, RECEIVING AND FORWARDING; VIRTUAL CHAT ROOMS ESTABLISHED VIA ELECTRONIC MESSAGING AND TEXT MESSAGING; PROVIDING ON-LINE FORUMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

FOR: PROVIDING ON-LINE JOURNALS, NAMELY, BLOGS FEATURING USER-DEFINED CONTENT IN THE FIELD OF SOCIAL-NETWORKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

FOR: ONLINE SOCIAL NETWORKING SERVICES; PROVIDING A WEBSITE ON THE INTERNET FOR THE PURPOSE OF SOCIAL NETWORKING; PROVIDING ON-LINE COMPUTER DATABASES AND ON-LINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

THE MARK CONSISTS OF AN OUTLINE OF A BIRD IN FLIGHT.

SN 85-134,525, FILED 9-21-2010.

MATTHEW EINSTEIN, EXAMINING ATTORNEY

Page: 2 / RN # 4,187,348

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 3 / RN # 4,187,348

# United States of America

### United States Patent and Trademark Office

# TWITTER AMPLIFY

**Reg. No. 6,992,306**

**Registered Feb. 28, 2023**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Twitter, Inc.  (DELAWARE CORPORATION)
1355 Market Street, Suite 900
San Francisco, CALIFORNIA 94103

CLASS 41: Providing a website featuring non-downloadable videos, audio, and text in the fields of general news, information, and commentary, and in the fields of entertainment, fashion, education, sports, recreation, training, celebrities, popular culture, current events, and blogging via the Internet

FIRST USE 5-31-2013; IN COMMERCE 5-31-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAMAICA APPLICATION NO. 080770, FILED 06-26-2020

OWNER OF U.S. REG. NO. 4422235, 3619911, 4362656

SER. NO. 90-403,431, FILED 12-22-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

# TWITTER FLIGHT

**Reg. No. 7,152,556**

**Registered Aug. 29, 2023**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

X CORP.  (NEVADA CORPORATION)
1355 Market Street, Suite 900
San Francisco, CALIFORNIA 94103

CLASS 35: organization of trade shows, exhibitions and events for commercial or advertising purposes; market research and business analyses; providing information and advice in the fields of advertising, marketing, and market research; advertising and marketing consulting services

FIRST USE 9-10-2014; IN COMMERCE 9-10-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3619911, 4362656

SER. NO. 97-491,690, FILED 07-06-2022

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



Ex. 1, at 32

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# TWITTER FLIGHT

**Reg. No. 4,867,983**
**Registered Dec. 8, 2015**
**Int. Cls.: 35, 41, and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TWITTER, INC. (DELAWARE CORPORATION)
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CA 94103

FOR: ARRANGING, HOSTING, AND CONDUCTING BUSINESS CONFERENCES; ORGAN-IZING EXHIBITIONS, EVENTS, AND TRADESHOWS IN THE FIELD OF SOFTWARE DE-VELOPMENT FOR COMMERCIAL, BUSINESS, OR ADVERTISING PURPOSES; ORGANIZ-ING AND HOSTING CONFERENCES AND EXHIBITIONS IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE, SOFTWARE DEVELOPMENT, APPLICATION PROGRAMMING INTERFACES (API) AND SOCIAL NETWORKING, AND DISTRIBUTING COURSE MATER-IALS IN CONNECTION THEREWITH FOR COMMERCIAL, BUSINESS OR ADVERTISING PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-10-2014; IN COMMERCE 9-10-2014.

FOR: ARRANGING, HOSTING, AND CONDUCTING EDUCATIONAL CONFERENCES; EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING CONFER-ENCES, WORKSHOPS, TRAINING, COURSES AND SEMINARS IN THE FIELD OF COM-PUTERS, COMPUTER SOFTWARE, SOFTWARE DEVELOPMENT, APPLICATION PRO-GRAMMING INTERFACES (API) AND SOCIAL NETWORKING; ORGANIZING AND HOSTING CONFERENCES, EXHIBITIONS, TRAINING AND TUTORIALS IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE, SOFTWARE DEVELOPMENT, APPLICATION PROGRAMMING INTERFACES (API) AND SOCIAL NETWORKING, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH FOR EDUCATIONAL OR ENTER-TAINMENT PURPOSES; ORGANIZING EXHIBITIONS AND EVENTS IN THE FIELD OF SOFTWARE DEVELOPMENT FOR EDUCATIONAL OR ENTERTAINMENT PURPOSES; PROVIDING NEWS, COMMENTARY AND INFORMATION IN THE FIELDS OF CURRENT EVENTS RELATING TO ENTERTAINMENT MEDIA AND EDUCATION; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE ELECTRONIC PUBLICATIONS OF OTH-ERS, NAMELY, JOURNALS, ARTICLES, PRESENTATIONS AND INTERVIEWS FEATURING INFORMATION ON THE TOPIC OF COMPUTERS, COMPUTER SOFTWARE, SOFTWARE DEVELOPMENT, APPLICATION PROGRAMMING INTERFACES (API) AND SOCIAL NETWORKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-10-2014; IN COMMERCE 9-10-2014.

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Ex. 1, at 35

**Reg. No. 4,867,983** FOR: PROVIDING NEWS, COMMENTARY AND INFORMATION IN THE FIELD OF SOFT-
WARE DEVELOPMENT, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-10-2014; IN COMMERCE 9-10-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,619,911, 4,179,739, AND 4,422,235.

SN 86-391,245, FILED 9-10-2014.

REBECCA SMITH, EXAMINING ATTORNEY

Page: 2 / RN # 4,867,983

Ex. 1, at 35

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page: 3 / RN # 4,867,983



# United States of America
## United States Patent and Trademark Office

# TWITTER FLIGHT

**Reg. No. 7,152,555**
**Registered Aug. 29, 2023**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

X CORP.  (NEVADA CORPORATION)
1355 Market Street, Suite 900
San Francisco, CALIFORNIA 94103

CLASS 41: arranging, hosting, and conducting business conferences and educational exhibitions in the fields of advertising, marketing, promotional services, social media, social networking, computers, computer software, software development, and application programming interfaces (API); organizing and hosting educational conferences and exhibitions in the fields of advertising, marketing, promotional services, social media, social networking, computers, computer software, software development, and application programming interfaces (API), and distributing course materials in connection therewith; providing online non-downloadable publications, namely, blogs, written articles, images, videos, and webinars in the fields of advertising, marketing, promotional services, social media, social networking, computers, computer software, software development, and application programming interfaces (API); educational services, namely, providing classes, seminars, online non-downloadable webinars, and training in the fields of advertising, marketing, promotional services, social media, social networking, computers, computer software, software development, and application programming interfaces (API); providing online non-downloadable educational course materials in the fields of advertising, marketing, promotional services, social media, social networking, computers, computer software, software development, and application programming interfaces (API)

FIRST USE 9-10-2014; IN COMMERCE 9-10-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3619911, 4362656

SER. NO. 97-491,683, FILED 07-06-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Ex. 1, at 37

<div style="border: 1px solid black; padding: 10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Ex. 1, at 38

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90403442**
**Filing Date: 12/22/2020**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90403442 |
| **MARK INFORMATION** | |
| ***MARK** | TWITTER AMPLIFY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | TWITTER AMPLIFY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Twitter, Inc. |
| ***MAILING ADDRESS** | 1355 Market Street, Suite 900 |
| ***CITY** | San Francisco |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 94103 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| ***IDENTIFICATION** | Software and downloadable mobile applications for monitoring and reporting on the effectiveness of advertisements; computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information in the fields of advertising, marketing, software development, and web and mobile application analytics; software and downloadable mobile applications for tracking users and advertising of others to provide strategy, insight, marketing advice, and to predict consumer behavior; software and downloadable mobile applications for real-time delivery of |

|  | advertising data, user statistics, advertising statistics, inventory data, ad placement data, software performance statistics, and mobile application performance statistics. |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 080769 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 06/26/2020 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. The application should not be suspended to await the submission of the foreign registration. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 4422235, 4362656, 3619911, and others. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Adam S. Weiss |
| **ATTORNEY DOCKET NUMBER** | 086957677600 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Polsinelli PC |
| **STREET** | 150 N. Riverside Plaza, Suite 3000 |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 60606 |
| **PHONE** | 312-873-3644 |
| **EMAIL ADDRESS** | uspt@polsinelli.com |
| **OTHER APPOINTED ATTORNEY** | Laila S. Wolfgram, Kathryn T. Allen, Ari M. Bai, Corey M. Casey, Kory D. Christensen, Brad Crawford, Rhiannon D'Agostin, Elton F. Dean, III, Mark T. Deming, Brian B. Diekhoff, Derek D. Donahoe, Kate J. Doty, Gregory P. Durbin, Taryn A. Elliott, Jeffrey E. Fine, Timothy D. Fontes, Monica M. Gutierrez, Eric J. Hanson, Roberta J. Hanson, Gary E. Hood, L. Hannah Ji, S. Wade Johnson, J. Morgan Kirley, Gregory M. Kratofil, Jr., Todd M. Malynn, Joshua M. McCaig, Daniel P. Mullarkey, Tara A. Nealey, Michael D. Pegues, Andrea M. Porterfield, Joshua Pranckun, Emily C. Peyser, Adam C. Rehm, Rebecca C. Riley-Vargas, Melvin J. Sims, Matthew J. Smith, Colby B. Springer, James M. Stipek, Lawrence A. Swain, Peter G. Thurlow, Matt Todd, Milan Vinnola, Jason A. Wietjes, Michael A. Williamson, Spencer R. Wood, Patrick C. Woolley, Timothy A. Worrall, and Miya |

| | Yusa |
|---|---|
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Adam S. Weiss |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | uspt@polsinelli.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | aweiss@polsinelli.com; lwolfgram@Polsinelli.com; jwillard@polsinelli.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| **\*TOTAL FEES DUE** | 275 |
| **\*TOTAL FEES PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Adam S. Weiss/ |
| **SIGNATORY'S NAME** | Adam S. Weiss |
| **SIGNATORY'S POSITION** | Attorney of Record, Illinois bar member |
| **SIGNATORY'S PHONE NUMBER** | 312-873-3644 |
| **DATE SIGNED** | 12/22/2020 |

Ex. 1, at 41

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90403442**
**Filing Date: 12/22/2020**

## To the Commissioner for Trademarks:

**MARK:** TWITTER AMPLIFY (Standard Characters, see mark)
The literal element of the mark consists of TWITTER AMPLIFY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Twitter, Inc., a corporation of Delaware, having an address of
   1355 Market Street, Suite 900
   San Francisco, California 94103
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Software and downloadable mobile applications for monitoring and reporting on the effectiveness of advertisements; computer software for the collection, editing, organizing, modifying, bookmarking, transmission, storage and sharing of data and information in the fields of advertising, marketing, software development, and web and mobile application analytics; software and downloadable mobile applications for tracking users and advertising of others to provide strategy, insight, marketing advice, and to predict consumer behavior; software and downloadable mobile applications for real-time delivery of advertising data, user statistics, advertising statistics, inventory data, ad placement data, software performance statistics, and mobile application performance statistics.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 080769, filed 06/26/2020.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. The application should not be suspended to await the submission of the foreign registration.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4422235, 4362656, 3619911, and others.

The owner's/holder's proposed attorney information: Adam S. Weiss. Other appointed attorneys are Laila S. Wolfgram, Kathryn T. Allen, Ari M. Bai, Corey M. Casey, Kory D. Christensen, Brad Crawford, Rhiannon D'Agostin, Elton F. Dean, III, Mark T. Deming, Brian B. Diekhoff, Derek D. Donahoe, Kate J. Doty, Gregory P. Durbin, Taryn A. Elliott, Jeffrey E. Fine, Timothy D. Fontes, Monica M. Gutierrez, Eric J. Hanson, Roberta J. Hanson, Gary E. Hood, L. Hannah Ji, S. Wade Johnson, J. Morgan Kirley, Gregory M. Kratofil, Jr., Todd M. Malynn, Joshua M. McCaig, Daniel P. Mullarkey, Tara A. Nealey, Michael D. Pegues, Andrea M. Porterfield, Joshua Pranckun, Emily C. Peyser, Adam C. Rehm, Rebecca C. Riley-Vargas, Melvin J. Sims, Matthew J. Smith, Colby B. Springer, James M. Stipek, Lawrence A. Swain, Peter G. Thurlow, Matt Todd, Milan Vinnola, Jason A. Wietjes, Michael A. Williamson, Spencer R. Wood, Patrick C. Woolley, Timothy A. Worrall, and Miya Yusa. Adam S. Weiss of Polsinelli PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   150 N. Riverside Plaza, Suite 3000
   Chicago, Illinois 60606
   United States
   312-873-3644(phone)
   uspt@polsinelli.com
The docket/reference number is 086957677600.
Adam S. Weiss submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of

a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Adam S. Weiss

PRIMARY EMAIL FOR CORRESPONDENCE: uspt@polsinelli.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): aweiss@polsinelli.com; lwolfgram@Polsinelli.com; jwillard@polsinelli.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

<div align="center"><b>Declaration</b></div>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Adam S. Weiss/   Date: 12/22/2020
Signatory's Name: Adam S. Weiss
Signatory's Position: Attorney of Record, Illinois bar member
Payment Sale Number: 90403442
Payment Accounting Date: 12/22/2020

Serial Number: 90403442
Internet Transmission Date: Tue Dec 22 17:56:02 ET 2020
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2020122217560250
4980-90403442-75088b8b03c07f7df0c64d1da6
c782b1abeb512eb688cd23ee3bec1f65158244d4
-DA-56024796-20201222122638443126

# TWITTER AMPLIFY

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90403436**
**Filing Date: 12/22/2020**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90403436 |
| **MARK INFORMATION** | |
| ***MARK** | [TWITTER AMPLIFY](#) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | TWITTER AMPLIFY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Twitter, Inc. |
| ***MAILING ADDRESS** | 1355 Market Street, Suite 900 |
| ***CITY** | San Francisco |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 94103 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Providing a website for connecting brands and advertisers with social media users; Advertising services for targeting and optimization online advertising; advertising analysis and optimization services, namely, providing recommendations on partner selection, pricing, and inventory management; advertising services for tracking and optimizing advertising performance; advertising services for analyzing and reporting advertising data; collection, reporting, analysis and integration of data related to the way users engage and interact with websites, mobile applications and marketing campaigns. |

| FILING BASIS | SECTION 1(b) |
|---|---|
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 080768 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 06/26/2020 |
| INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. The application should not be suspended to await the submission of the foreign registration. |

## ADDITIONAL STATEMENTS SECTION

| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4422235, 4362656, 3619911, and others. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Adam S. Weiss |
|---|---|
| ATTORNEY DOCKET NUMBER | 086957677577 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Polsinelli PC |
| STREET | 150 N. Riverside Plaza, Suite 3000 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 60606 |
| PHONE | 312-873-3644 |
| EMAIL ADDRESS | uspt@polsinelli.com |
| OTHER APPOINTED ATTORNEY | Laila S. Wolfgram, Kathryn T. Allen, Ari M. Bai, Corey M. Casey, Kory D. Christensen, Brad Crawford, Rhiannon D'Agostin, Elton F. Dean, III, Mark T. Deming, Brian B. Diekhoff, Derek D. Donahoe, Kate J. Doty, Gregory P. Durbin, Taryn A. Elliott, Jeffrey E. Fine, Timothy D. Fontes, Monica M. Gutierrez, Eric J. Hanson, Roberta J. Hanson, Gary E. Hood, L. Hannah Ji, S. Wade Johnson, J. Morgan Kirley, Gregory M. Kratofil, Jr., Todd M. Malynn, Joshua M. McCaig, Daniel P. Mullarkey, Tara A. Nealey, Michael D. Pegues, Andrea M. Porterfield, Joshua Pranckun, Emily C. Peyser, Adam C. Rehm, Rebecca C. Riley-Vargas, Melvin J. Sims, Matthew J. Smith, Colby B. Springer, James M. Stipek, Lawrence A. Swain, Peter G. Thurlow, Matt Todd, Milan Vinnola, Jason A. Wietjes, Michael A. Williamson, Spencer R. Wood, Patrick C. Woolley, Timothy A. Worrall, and Miya Yusa |

## CORRESPONDENCE INFORMATION

| NAME | Adam S. Weiss |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | uspt@polsinelli.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | aweiss@polsinelli.com; lwolfgram@Polsinelli.com; jwillard@polsinelli.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEES DUE | 275 |
| *TOTAL FEES PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Adam S. Weiss/ |
| SIGNATORY'S NAME | Adam S. Weiss |
| SIGNATORY'S POSITION | Attorney of Record, Illinois bar member |
| SIGNATORY'S PHONE NUMBER | 312-873-3644 |
| DATE SIGNED | 12/22/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

**Trademark/Service Mark Application, Principal Register**

**Serial Number: 90403436**
**Filing Date: 12/22/2020**

## To the Commissioner for Trademarks:

**MARK:** TWITTER AMPLIFY (Standard Characters, see mark)
The literal element of the mark consists of TWITTER AMPLIFY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Twitter, Inc., a corporation of Delaware, having an address of
   1355 Market Street, Suite 900
   San Francisco, California 94103
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Providing a website for connecting brands and advertisers with social media users; Advertising services for targeting and optimization online advertising; advertising analysis and optimization services, namely, providing recommendations on partner selection, pricing, and inventory management; advertising services for tracking and optimizing advertising performance; advertising services for analyzing and reporting advertising data; collection, reporting, analysis and integration of data related to the way users engage and interact with websites, mobile applications and marketing campaigns.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 080768, filed 06/26/2020.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. The application should not be suspended to await the submission of the foreign registration.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4422235, 4362656, 3619911, and others.

The owner's/holder's proposed attorney information: Adam S. Weiss. Other appointed attorneys are Laila S. Wolfgram, Kathryn T. Allen, Ari M. Bai, Corey M. Casey, Kory D. Christensen, Brad Crawford, Rhiannon D'Agostin, Elton F. Dean, III, Mark T. Deming, Brian B. Diekhoff, Derek D. Donahoe, Kate J. Doty, Gregory P. Durbin, Taryn A. Elliott, Jeffrey E. Fine, Timothy D. Fontes, Monica M. Gutierrez, Eric J. Hanson, Roberta J. Hanson, Gary E. Hood, L. Hannah Ji, S. Wade Johnson, J. Morgan Kirley, Gregory M. Kratofil, Jr., Todd M. Malynn, Joshua M. McCaig, Daniel P. Mullarkey, Tara A. Nealey, Michael D. Pegues, Andrea M. Porterfield, Joshua Pranckun, Emily C. Peyser, Adam C. Rehm, Rebecca C. Riley-Vargas, Melvin J. Sims, Matthew J. Smith, Colby B. Springer, James M. Stipek, Lawrence A. Swain, Peter G. Thurlow, Matt Todd, Milan Vinnola, Jason A. Wietjes, Michael A. Williamson, Spencer R. Wood, Patrick C. Woolley, Timothy A. Worrall, and Miya Yusa. Adam S. Weiss of Polsinelli PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   150 N. Riverside Plaza, Suite 3000
   Chicago, Illinois 60606
   United States
   312-873-3644(phone)
   uspt@polsinelli.com
The docket/reference number is 086957677577.
Adam S. Weiss submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Adam S. Weiss

PRIMARY EMAIL FOR CORRESPONDENCE: uspt@polsinelli.com

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): aweiss@polsinelli.com; lwolfgram@Polsinelli.com; jwillard@polsinelli.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Adam S. Weiss/   Date: 12/22/2020
Signatory's Name: Adam S. Weiss
Signatory's Position: Attorney of Record, Illinois bar member
Payment Sale Number: 90403436
Payment Accounting Date: 12/22/2020

Serial Number: 90403436
Internet Transmission Date: Tue Dec 22 17:54:30 ET 2020
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2020122217543053
6839-90403436-750f45d1c5c286024a15ec9d5f
3123c9fd441816ec08f7aeb74c7b95eb381cf92d
9-DA-54304769-20201222114628859857

# TWITTER AMPLIFY

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90403448**
**Filing Date: 12/22/2020**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90403448 |
| **MARK INFORMATION** | |
| **\*MARK** | TWITTER AMPLIFY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | TWITTER AMPLIFY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Twitter, Inc. |
| **\*MAILING ADDRESS** | 1355 Market Street, Suite 900 |
| **\*CITY** | San Francisco |
| **\*STATE**<br>(Required for U.S. applicants) | California |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>(Required for U.S. and certain international addresses) | 94103 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 038 |
| **\*IDENTIFICATION** | Transmission of data, namely, advertising data, user statistics, advertising statistics, ad placement data, software performance statistics, and mobile application performance statistics via the internet and other communications networks. |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|    **FOREIGN APPLICATION NUMBER** | 080767 |
|    **FOREIGN APPLICATION** | Jamaica |

Ex. 1, at 51

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | |
|---|---|
| FOREIGN FILING DATE | 06/26/2020 |
| INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. The application should not be suspended to await the submission of the foreign registration. |

## ADDITIONAL STATEMENTS SECTION

| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4422235, 4362656, 3619911, and others. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Adam S. Weiss |
|---|---|
| ATTORNEY DOCKET NUMBER | 086957677579 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Polsinelli PC |
| STREET | 150 N. Riverside Plaza, Suite 3000 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 60606 |
| PHONE | 312-873-3644 |
| EMAIL ADDRESS | uspt@polsinelli.com |
| OTHER APPOINTED ATTORNEY | Laila S. Wolfgram, Kathryn T. Allen, Ari M. Bai, Corey M. Casey, Kory D. Christensen, Brad Crawford, Rhiannon D'Agostin, Elton F. Dean, III, Mark T. Deming, Brian B. Diekhoff, Derek D. Donahoe, Kate J. Doty, Gregory P. Durbin, Taryn A. Elliott, Jeffrey E. Fine, Timothy D. Fontes, Monica M. Gutierrez, Eric J. Hanson, Roberta J. Hanson, Gary E. Hood, L. Hannah Ji, S. Wade Johnson, J. Morgan Kirley, Gregory M. Kratofil, Jr., Todd M. Malynn, Joshua M. McCaig, Daniel P. Mullarkey, Tara A. Nealey, Michael D. Pegues, Andrea M. Porterfield, Joshua Pranckun, Emily C. Peyser, Adam C. Rehm, Rebecca C. Riley-Vargas, Melvin J. Sims, Matthew J. Smith, Colby B. Springer, James M. Stipek, Lawrence A. Swain, Peter G. Thurlow, Matt Todd, Milan Vinnola, Jason A. Wietjes, Michael A. Williamson, Spencer R. Wood, Patrick C. Woolley, Timothy A. Worrall, and Miya Yusa |

## CORRESPONDENCE INFORMATION

| NAME | Adam S. Weiss |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | uspt@polsinelli.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | aweiss@polsinelli.com; lwolfgram@Polsinelli.com; jwillard@polsinelli.com |

| FEE INFORMATION | |
|---|---|
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEES DUE | 275 |
| *TOTAL FEES PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Adam S. Weiss/ |
| SIGNATORY'S NAME | Adam S. Weiss |
| SIGNATORY'S POSITION | Attorney of Record, Illinois bar member |
| SIGNATORY'S PHONE NUMBER | 312-873-3644 |
| DATE SIGNED | 12/22/2020 |

Ex. 1, at 53

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

### Trademark/Service Mark Application, Principal Register

**Serial Number: 90403448**
**Filing Date: 12/22/2020**

## To the Commissioner for Trademarks:

**MARK:** TWITTER AMPLIFY (Standard Characters, see mark)
The literal element of the mark consists of TWITTER AMPLIFY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Twitter, Inc., a corporation of Delaware, having an address of
   1355 Market Street, Suite 900
   San Francisco, California 94103
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 038:  Transmission of data, namely, advertising data, user statistics, advertising statistics, ad placement data, software performance statistics, and mobile application performance statistics via the internet and other communications networks.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 080767, filed 06/26/2020.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. The application should not be suspended to await the submission of the foreign registration.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4422235, 4362656, 3619911, and others.

The owner's/holder's proposed attorney information: Adam S. Weiss. Other appointed attorneys are Laila S. Wolfgram, Kathryn T. Allen, Ari M. Bai, Corey M. Casey, Kory D. Christensen, Brad Crawford, Rhiannon D'Agostin, Elton F. Dean, III, Mark T. Deming, Brian B. Diekhoff, Derek D. Donahoe, Kate J. Doty, Gregory P. Durbin, Taryn A. Elliott, Jeffrey E. Fine, Timothy D. Fontes, Monica M. Gutierrez, Eric J. Hanson, Roberta J. Hanson, Gary E. Hood, L. Hannah Ji, S. Wade Johnson, J. Morgan Kirley, Gregory M. Kratofil, Jr., Todd M. Malynn, Joshua M. McCaig, Daniel P. Mullarkey, Tara A. Nealey, Michael D. Pegues, Andrea M. Porterfield, Joshua Pranckun, Emily C. Peyser, Adam C. Rehm, Rebecca C. Riley-Vargas, Melvin J. Sims, Matthew J. Smith, Colby B. Springer, James M. Stipek, Lawrence A. Swain, Peter G. Thurlow, Matt Todd, Milan Vinnola, Jason A. Wietjes, Michael A. Williamson, Spencer R. Wood, Patrick C. Woolley, Timothy A. Worrall, and Miya Yusa. Adam S. Weiss of Polsinelli PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   150 N. Riverside Plaza, Suite 3000
   Chicago, Illinois 60606
   United States
   312-873-3644(phone)
   uspt@polsinelli.com
The docket/reference number is 086957677579.
Adam S. Weiss submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   Adam S. Weiss

PRIMARY EMAIL FOR CORRESPONDENCE: uspt@polsinelli.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): aweiss@polsinelli.com; lwolfgram@Polsinelli.com; jwillard@polsinelli.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Adam S. Weiss/   Date: 12/22/2020
Signatory's Name: Adam S. Weiss
Signatory's Position: Attorney of Record, Illinois bar member
Payment Sale Number: 90403448
Payment Accounting Date: 12/22/2020

Serial Number: 90403448
Internet Transmission Date: Tue Dec 22 17:57:04 ET 2020
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2020122217570466
9396-90403448-7507fbdba69fa40a968c3e32a1
2d04722863b4c90f8d975e43576e787100c76c-D
A-57044823-20201222123401585317

# TWITTER AMPLIFY