IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> OPERATION BLUEBIRD, INC., <br><br> Defendant. | Civil Action No. 25-1510-CFC |

## ORDER

At Wilmington on this Twelfth Day of January in 2026, having reviewed Defendant's Emergency Motion for Extension of Time and for a Schedule for Briefing Plaintiff's Motion for Preliminary Injunction (D.I. 22) (Motion) and Plaintiff's Memorandum in Opposition to Defendant's Emergency Motion (D.I. 23), it is HEREBY ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART.  It is FURTHER ORDERED that:

- Plaintiff shall make its fact declarant, Naser Baseer, available for a seven-hour deposition, limited to the substance of his declaration, in the next ten days;

- Defendant's opposition to Plaintiff's Motion for Preliminary Injunction shall be due ten days after the deposition of Mr. Baseer occurs;

- Plaintiff may take within ten days of the filing of Defendant's opposition three-and-a-half-hour depositions of any fact declarants submitted by Defendant in its opposition; and

- Plaintiff's reply shall be due ten days after the last deposition occurs.

_____
CHIEF JUDGE