IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP.,<br><br>    Plaintiff,<br>v.<br><br>OPERATION BLUEBIRD, INC.,<br><br>    Defendant. | C.A. No. 25-cv-1510-CFC |

### DECLARATION OF RHETT O. MILLSAPS II
### IN SUPPORT OF BLUEBIRD'S OPPOSITION TO
### X'S MOTION FOR PRELIMINARY INJUNCTION

I, RHETT O. MILSAPS II, hereby declare as follows:

  1.  I am a partner in the law firm Lex Lumina LLP, counsel to Defendant Operation Bluebird, Inc. ("Bluebird") in this action. I submit this declaration in support of Bluebird's opposition to Plaintiff X Corp.'s Motion for Preliminary Injunction. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

  2.  Attached hereto as **Exhibit 1** is a true and correct copy of an article by Christopher Wiggins titled, "Elon Musk demands users stop 'deadnaming' Twitter after Stephen King trolls the billionaire," published in *Advocate* and dated December 5, 2025. The article is available online at https://www.advocate.com/news/elon-musk-stephen-king-deadname.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a post by Elon Musk on the X platform dated July 22, 2023. The post is available online at https://x.com/elonmusk/status/1682964919325724673.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an article by Chantal Da Silva titled, "Twitter rebrands to 'X' as Elon Musk loses iconic bird logo," published by *NBC News* and dated July 24, 2023. The article is available online at https://www.nbcnews.com/news/us-news/twitter-rebrands-x-elon-musk-loses-iconic-bird-logo-rcna95880.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an article by Andrew Griffin titled, "X: Elon Musk removes last parts of Twitter branding from website," published in *The Independent* and dated August 14, 2023. The article is available online at https://www.the-independent.com/tech/x-twitter-elon-musk-post-name-url-website-b2392896.html.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a post by Elon Musk on the X platform dated May 16, 2024. The post is available online at https://x.com/elonmusk/status/1791351500217754008?lang=en.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an article by Ryan Mac and Tiffany Hsu titled, "From Twitter to X: Elon Musk Begins Erasing an Iconic Brand," published in *The New York Times* and dated July 24, 2023. The article is available online at https://www.nytimes.com/2023/07/24/technology/

twitter-x-elon-musk.html.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the @twitter page on the X platform as of today. The page is available online at https://x.com/twitter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the deposition of Naser Baseer taken on January 22, 2026, together with Exhibit 25 from the deposition.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an article by Tim Marcin titled, "X is retiring Twitter.com and may lock your account if you don't act fast," published in *Mashable* and dated October 27, 2025. The article is available online at https://mashable.com/article/x-retire-twitter-lock-old-accounts.

11. Attached hereto as **Exhibit 10** are true and correct copies of Office Action letters from the U.S. Patent and Trademark Office concerning U.S. Trademark Application Serious Nos. 90403442, 90403436, and 90403448 for TWITTER AMPLIFY.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiff X Corp.'s Objections and Responses to Defendant Operation Bluebird's Notice of 30(b)(6) Deposition of Defendant [sic] X Corp. dated January 21, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026
      Los Angeles, California

_____
Rhett O. Millsaps II