# Exhibit 1

 

SIGN ME UP

Home    News

# Elon Musk demands users stop 'deadnaming' Twitter after Stephen King trolls the billionaire

**In a recent clash on social media, Elon Musk accused Stephen King of 'deadnaming' the platform formerly known as Twitter, now X.**



Win McNamee/Getty Images



By **Christopher Wiggins**
----------------------
UPDATED    Dec 05, 2025

Right-wing billionaire Elon Musk, who spent tens of billions of dollars in 2022 to buy Twitter (now called X), is being ridiculed online for asking people to stop calling the platform by its universally known name. In a contentious exchange on the social media platform on Wednesday, Musk criticized famed author Stephen King for refusing to refer to the platform by its new name.

Case 1:25-cv-01510-CFC    Document 31-1    Filed 02/02/26    Page 3 of 18 PageID #: 1640

"According to the *New York Times*, terrorists may be paying for blue check marks on Twitter (I refuse to call it X)," King wrote.

## Sign me up!

See what's new and hot in queer entertainment, in your inbox three times a week.

**Enter your email**

I'M IN!

Musk accused King of "deadnaming" the platform, a term typically used to describe the act of referring to a transgender person by their former name without their consent. Musk attempted to ridicule King, writing, "Stop deadnaming X… Respect our transition," in response to King's tweet.

King was referring to a *Times* article about a report from the Tech Transparency Project, which found that X may be violating U.S. sanctions because the company accepted payments from individuals or organizations that are forbidden from engaging in business with American companies. Those accounts include state-run media organizations and terrorist groups from Russia and Iran. The report found that leaders of Hezbollah and Houthi rebels have bought subscriptions that give users blue verification checkmarks and other perks on the platform.

Since acquiring Twitter, Musk has mocked people who display their pronouns and declared that "cis" and "cisgender" would be considered anti-heterosexual "slurs" on the platform.

Alejandra Caraballo, a transgender attorney and instructor at Harvard Law School, criticized Musk's stance by bringing his personal life into the conversation. Caraballo responded directly to Musk's post on X with a poignant comment: "Why? You never respected your daughter's [transition]."

Caraballo's post referred to when one of Musk's children, Vivian Jenna Wilson, filed for a name change to reflect her gender identity and expressed a desire to sever ties with her father. The request highlighted her intention to dissociate from Musk for personal reasons. It marked a pivotal moment in Musk's public persona, [according to the book](#) *Elon Musk* by Walter Isaacson, contributing to his vocal criticism of what he perceives as "woke" culture, a stance that has since influenced his public and business-related decisions.

"If you can deadname your kid, we can deadname your app, Elon," wrote another user on X. "You aren't owning anyone here."



King later followed up his stand against the name by posting the word "Twitter" several times in a message critical of Musk's "need to put your personal brand in everything."

In its annual Social Media Safety Index, GLAAD called the social media site under Musk "the most dangerous platform for LGBTQ people."

TAGS:

DEADNAME    DEADNAMING    ELON MUSK    LGBTQ PEOPLE    MEDIA    NEW YORK TIMES    NEWS    SOCIAL MEDIA

SOCIETY    STEPHEN KING    TRANS    TRANSGENDER    TWITTER

# FROM OUR SPONSORS

# The Latest

**HISTORY**

When feminists feared the 'lavender menace' of lesbians — and how those lesbians fought back

**PEOPLE**

Catherine O'Hara's five most iconic roles

**OPINION**

The racist, homophobic, and frightening arrest of Don Lemon



**NEWS**

Don Lemon's arrest prompts Jane Fonda and LGBTQ+ rights group to rally for press freedom

## The Top 5

**1** No work, no school, no shopping: What to know about the Jan. 30 general strike

**2** The 50 Biggest Homophobes of the Last 50 Years

**3** Don Lemon defiant in first remarks after arrest and release from federal custody

**4** White House celebrates Don Lemon's arrest with meme as press freedom groups and Dems outraged

**5** Marriage Equality is back in conservatives' crosshairs as new coalition targets SCOTUS decision

## Discover more

Alejandra Caraballo banned from Elon Musk's X platform

Elon Musk moves SpaceX and X over California's pro-LGBTQ laws

No, transphobes, Elon Musk's trans daughter isn't "dead"

Elon Musk's trans daughter Vivian Wilson breaks her silence

## More For You

# Don Lemon's arrest is part of Trump's war on press freedom

By Josh Ackley



*Don Lemon interviews Rep. Al Green at a rally at Columbus Circle near Union Station on September 2, 2025 in Washington, DC. The journalist's recent arrest has alarmed the public about the freedom of the press.* | **Andrew Harnik/Getty Images**

Before Don Lemon was taken into custody by federal agents in Los Angeles, the country had already witnessed something far more alarming. Keep Reading →

# What to know about Don Lemon, the gay journalist arrested by the Trump administration

By Ryan Adamczeski

2/2/26, 7:10 AM
Elon Musk demands Stephen King stop deadnaming Twitter - advocate.com
Case 1:25-cv-01510-CFC    Document 31-1    Filed 02/02/26    Page 11 of 18 PageID #: 1648



*Former CNN anchor Don Lemon has been arrested for covering the ongoing protests in Minnesota, sparking outrage over the apparent violation of his First Amendment rights.* / lev radin/Shuttershock.com

Out former CNN anchor Don Lemon has been arrested for covering the ongoing protests in Minnesota, sparking outrage over the apparent violation of his First Amendment rights. Keep Reading →

# DOJ opening civil rights investigation into Alex Pretti's death

By Trudy Ring

2/2/26, 7:10 AM
Elon Musk demands Stephen King stop deadnaming Twitter | Advocate.com
Case 1:25-cv-01510-CFC    Document 31-1    Filed 02/02/26    Page 12 of 18 PageID #: 1649



*Memorial to Renee Nicole Good and Alex Pretti* / Octavio Jones/AFP via Getty Images

The Department of Justice is opening a civil rights investigation into the killing of Alex Pretti by Border Patrol officers in Minneapolis last Saturday, Deputy Attorney General Todd Blanche said at a news conference Friday. Keep Reading →

# Journalist Don Lemon arrested by federal agents after his coverage of Minneapolis protests

By Christopher Wiggins

2/2/26, 7:10 AM
Elon Musk demands Stephen King stop deadnaming Twitter | advocate.com
Case 1:25-cv-01510-CFC    Document 31-1    Filed 02/02/26    Page 13 of 18 PageID #:
1650



*Journalist Don Lemon was arrested by federal law enforcement agents in Los Angeles on January 29, 2026.* | **Arturo Holmes/Getty Images**

Update: White House celebrates Don Lemon's arrest with meme, as press freedom groups and Dems outraged Keep Reading →

# Libs of TikTok's Chaya Raichik doxxes, harasses supporters of Alex Pretti, Renee Good

By Trudy Ring

*Memorial to Renee Nicole Good and Alex Pretti in Minneapolis* / Octavio Jones / AFP via Getty Images

Chaya Raichik, the far-right activist behind Libs of TikTok, is doxxing people who criticize immigration authorities or express sympathy for Renee Nicole Good or Alex Pretti, the Minneapolis residents recently killed by federal agents, says a new report from Media Matters for America. Keep Reading →

# Most Popular

### ARTS & ENTERTAINMENT
**Catherine O'Hara, 'Schitt's Creek' star and gay icon, dies at 71**

### NEWS
**Here are Minnesota groups that need your help organizing against ICE and DHS operations**

**NEWS**

Queer trans ICE protester recounts pepper-spraying, jailing by agents

**ARTS & ENTERTAINMENT**

10 of the sexiest music videos that gagged everyone in 2025

**NEWS**

'Pink coat lady' who filmed Alex Pretti's killing speaks out: 'It could be any of us'

**POLITICS**

Charlie Kirk DID say stoning gay people was the 'perfect law' — and these other heinous quotes

# Budapest mayor charged for supporting Pride march

By Jack Walker

*The Budapest Pride Parade in 2021.* / Raketir/Shutterstock

The mayor of Hungary's capital has been indicted for helping organize a Pride march last year, in spite of a new law that forbade public LGBTQ+ events. Keep Reading →

# Trump DOJ lied to D.C. federal appeals court about trans military ban, lawyers say in stunning filing

By Christopher Wiggins

*The E. Barrett Prettyman United States Courthouse, for the U.S. District Court and U.S. Court of Appeals for the District of Columbia Circuit, in Washington, D.C.* / SAUL LOEB/AFP via Getty Images

Lawyers representing transgender service members challenging the Trump administration's renewed ban on trans military service accused the government on Wednesday of misleading the U.S. Court of Appeals for the D.C. Circuit about both the factual record and how the policy is being enforced, arguing that Justice Department attorneys made false and improper representations last week. Keep Reading →

# Trump's Education Dept. claims San José State violated Title IX with trans inclusion in women's sports

By Trudy Ring



**Mariusz S. Jurgielewicz/shutterstock**

The Trump administration claims San José State University in California violated federal law by allowing a transgender woman to play on the women's volleyball team. Keep Reading →

# Bruce Springsteen releases anti-ICE protest song, honoring Renee Good and Alex Pretti

By Max Nesterak



*Bruce Springsteen performs live on May 14, 2025, in Manchester, England.* | **Shirlaine Forrest/Getty Images**

Bruce Springsteen released a fiery anti-ICE protest song on Wednesday slamming "King Trump's private army" and venerating the observers and demonstrators who "stood for justice, their voices ringing through the night." Keep Reading →

**LOAD MORE**

CONTACT   ABOUT US   CAREER OPPORTUNITIES   ADVERTISE WITH US   PRIVACY POLICY   PRIVACY PREFERENCES   TERMS OF USE

LEGAL NOTICE

@ 2026 Equal Entertainment LLC. All Rights reserved