IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP.,<br><br>    Plaintiff,<br><br> v.<br><br>OPERATION BLUEBIRD, INC.<br><br>    Defendant. | Case No. 1:25-cv-01510-CFC |

**DECLARATION OF NICOLE M. FLORES IN SUPPORT OF PLAINTIFF X CORP.'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Nicole M. Flores, hereby declare as follows:

1. I am an Associate at the law firm of Debevoise & Plimpton, LLP, and counsel to Plaintiff, X Corp. in this case.

2. I am an active member in good standing of the bar of the state of New York and numerous United States District Courts. I am also admitted to appear pro hac vice before this Court.

3. I submit this declaration in further support of Plaintiff's Motion for Preliminary Injunction. I have knowledge of the matters set forth herein.

4. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the Deposition of Naser Baseer, which was taken on January 22, 2026, pursuant to the Court's Order dated January 12, 2026. D.I. 24.

5. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the Deposition of Stephen Coates, which was taken on February 10, 2026, pursuant to the Court's Order dated January 12, 2026. D.I. 24..

6. Attached hereto as Exhibit 3 are true and correct copies of Coates Deposition Exhibits 7 and 10 from Mr. Coates' February 10, 2026 deposition.

7. Attached hereto as Exhibit 4 are true and correct copies of bibliographic records of trademark registrations for Dunkin Donuts, Federal Express, Oldsmobile and Borders.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Edgewater, New Jersey on this 20th day of February, 2026.

_____
Nicole M. Flores