# EXHIBIT 1

01/22/2026                X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF DELAWARE
          ------------------------------------X

          X CORP.,

                    Plaintiff,

                              Case No.:
                              1:25-cv-01510-CFCC

                -against-


          OPERATION BLUEBIRD, INC.,

                    Defendant.

          ------------------------------------X




          DEPOSITION

                    OF NASER BASEER

                    New York, New York
```

```
                REPORTED BY:  MARINA DUBSON
                      JOB NO. 177114
          _____
                         _____

                   DIGITAL EVIDENCE GROUP
               1730 M Street, NW, Suite 812
                  Washington, D.C. 20036
                      (202) 232-0646
```

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                **Naser Baseer**

Page 2

```
 1

 2

 3
                      DATE:  1/22/2026
 4
                      TIME:  9:50 a.m. EST
 5

 6

 7          DEPOSITION of NASER BASEER, a Witness

 8     on Behalf of Plaintiff herein, taken by the

 9     Defendant, pursuant to Federal Rules of

10     Civil Procedure, and Notice, held at

11     Debevoise & Plimpton LLP, 66 Hudson

12     Boulevard, 52nd Floor, New York, New York

13     10001, at the above-mentioned date and

14     time, before MARINA DUBSON, a Notary Public

15     of the State of New York.

16

17

18

19

20

21

22

23

24

25
```

01/22/2026                     **X Corp. vs Operation Bluebird, Inc.**                     **Naser Baseer**

```
 1    APPEARANCES:

 2

      DEBEVOISE & PLIMPTON LLP
 3    Attorney for Plaintiff
      X CORP
 4    66 Hudson Boulevard, 52nd Floor
      New York, New York 10001
 5    (212) 909-6598
      BY:    JARED KAGAN, ESQ.
 6           Jikagan@debevoise.com

 7           NICOLE FLORES, ESQ.
             Nmflores@debevoise.com
 8
             MARIEL S. SALINAS, ESQ.
 9           Mssalina@debevoise.com

10           CORP REP BEN ELRON

11

12

      LEX LUMINA LLP
13    Attorney for Defendant
      OPERATION BLUEBIRD
14    745 Fifth Avenue, Suite 500,
      New York, New York 10151
15    (646) 898-2055
      BY:    CHRIS SPRIGMAN, ESQ.
16           Chris@lex-lumina.com

17

      -and-
18

19    GERBER LAW
      27 Union Square West, Suite 301
20    New York, NY 10003
      (212) 658-1810
21    BY:    ANDREW GERBER, ESQ.
             Andrew@gerberlaw.com
22

23

24

25
```

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    **Naser Baseer**

Page 4

```
 1                    E X H I B I T S

 2

 3      DEFENDANT EXHIBITS

 4

 5      EXHIBIT    EXHIBIT                      PAGE

 6      NUMBER     DESCRIPTION

 7      1          declaration                  13

 8      2          screenshot                   22

 9      3          trademark status and         24

10                 document retrieval

11                 entry

12      4          suspension notice            25

13      5          mark number 90403436         27

14      6          documents tab                27

15      7          suspension notice            28

16      8          mark number 90403448         31

17      9          documents page for mark      31

18                 90403448

19      10         suspension notice            31

20      11         log-in screen for X.com      36

21      12         explanation pane             36

22      13         explanation pane             36

23      14         LinkedIn posts tab           74

24

25                 (Cont'd next page.)
```

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                **Naser Baseer**

```
 1              E X H I B I T S (cont'd)

 2

 3     DEFENDANT EXHIBITS

 4

 5     EXHIBIT   EXHIBIT                     PAGE

 6     NUMBER    DESCRIPTION

 7     15        Document properties         94

 8               screenshot

 9     16        Twitter Objective           94

10               Playbook

11     17        partners.x.com/en           110

12     18        docs.x.com/x-api/           112

13               introduction

14     19        Twitter Supplier            117

15               Onboarding Guide

16     20        X Ads Resources             118

17     21        Document Properties         118

18               screenshot

19     22        screenshot of               120

20               Legal.x.com/suppliers.

21               html

22     23        Twitter Supplier Portal     121

23               Overview

24

25               (Cont'd next page.)
```

01/22/2026                  **X Corp. vs Operation Bluebird, Inc.**                  **Naser Baseer**

Page 6

1        E X H I B I T S (cont'd)

2

3    DEFENDANT EXHIBITS

4

5    EXHIBIT    EXHIBIT                    PAGE

6    NUMBER     DESCRIPTION

7    24         document properties pane   122

8    25         613 results for Twitter    131

9    26         NASA post screenshot       135

10   27         NASA Tweet                 139

11   28         348 Results for Tweet      142

12   29         X brand tool kit           152

13   30         @JetBlue account           160

14              screenshot

15   31         petition for cancellation  191

16   32         US Serial No. 90403411     193

17   33         Twitter accounts           208

18   34         (skipped)

19   35         Twitter mark               215

20   36         Twitter mark 4422235       216

21   37         Section 8 and 9 filing     218

22   38         specimen                   219

23   39         TSDR documents page        235

24

25              (Cont'd next page.)

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

```
 1              E X H I B I T S (cont'd)

 2

 3     DEFENDANT EXHIBITS

 4

 5     EXHIBIT    EXHIBIT                    PAGE

 6     NUMBER     DESCRIPTION

 7     40         Section 8 and 9 filing     236

 8     41         specimen                   237

 9     42         screenshot                 239

10     43         Section 7 Request Form     242

11     44         screenshot                 244

12     45         Twitter Lite post          246

13     46         USPTO Retrieval Status     234

14                Tool

15     47         search page                261

16     48         Twitter hatch              261

17     49         continued declaration      261

18                of use

19     50         May 2023 specimen          265

20

21

22     (Exhibits retained by Counsel/Provided to

23                  Agency.)

24

25                  (Cont'd next page.)
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    **Naser Baseer**

```
 1                    I N D E X

 2

 3    EXAMINATION BY                        PAGE

 4    MR. SPRIGMAN                          10

 5

 6

 7       INFORMATION AND/OR DOCUMENTS REQUESTED

 8    INFORMATION AND/OR DOCUMENTS        PAGE

 9    1. Request for authenticity date    299

10    2. Request for

11

12

13         QUESTIONS MARKED FOR RULINGS

14    PAGE LINE QUESTION

15    (None)

16

17

18

19

20

21

22

23

24

25
```

Page 9

```
 1           IT IS HEREBY STIPULATED AND AGREED,

 2    by and between the attorneys for the

 3    respective parties, as follows:

 4

 5    THAT all objections, except as to the form

 6    of the questions, shall be reserved to the

 7    time of the trial;

 8

 9    THAT the within examination may be signed

10    and sworn to before any Notary Public with

11    the same force and effect as if signed and

12    sworn to before the Court;

13

14    THAT filing of the original transcript of

15    the examination is waived.

16

17

18

19

20

21

22

23

24

25
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

```
 1              THE REPORTER:  Are you

 2         ordering a copy of this transcript?

 3              MR. KAGAN:  Yes, copy, 1

 4         realtime feed, rough draft, and

 5         3-day expedite final.

 6              MR. SPRIGMAN:  O+1, rough

 7         draft, immediate final.

 8                      XXXX

 9

10   N A S E R   B A S E E R,

11         after having first been duly sworn

12         by a Notary Public of the State of

13         New York, was examined and

14         testified as follows:

15

16   EXAMINATION

17   BY MR. SPRIGMAN:

18         Q.    Mr. Baseer, hello.  Good

19   morning.  My name is Chris Sprigman.  I

20   am a lawyer.  I represent Operation

21   Bluebird in this case.

22              Have you ever been deposed

23   before, sir?

24         A.    I have.

25         Q.    Can you tell me in what cases.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 11

```
 1        A.    I can tell you in one case,
 2   X Social Media.
 3        Q.    What was the case about?
 4        A.    It was about trademark.
 5        Q.    Okay.  And who were the
 6   parties?
 7        A.    X Social Media and X.
 8        Q.    Is that the only case you've
 9   ever been deposed in?
10        A.    Yes.
11        Q.    Have you ever testified in a
12   trial?
13        A.    I have not testified in a
14   trial.
15        Q.    Have you ever testified in any
16   kind of administrative or judicial
17   hearing?
18        A.    No, I have not.
19        Q.    So, Mr. Baseer, I just want to
20   go over some of the rules of the
21   deposition for you so that we're clear
22   about what will happen.
23            First of all, there's the
24   court reporter here who is transcribing
25   what we say, and it's important that you
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 12

1    answer questions verbally with a yes or

2    with a no, rather than nodding or shaking

3    your head or using other gestures.

4                So, can you do that?

5        A.    Yes.

6        Q.    Okay.  It's important also,

7    since the court reporter is transcribing,

8    that we not talk over each other.  So,

9    I'll try to make sure you're finished

10   speaking before I start speaking, and if

11   you would do the same.  We may stumble

12   over each other at some point, but I'll

13   try to avoid that.

14               Do you understand?

15       A.    Yes.

16       Q.    And I want to remind you that

17   you're under oath here, so you're

18   required to tell the truth.

19               Do you understand?

20       A.    Yes.

21       Q.    You can ask for a break at any

22   time, just please not while the question

23   is pending.  So, if you would like a

24   break, let me know, and we'll take one.

25       A.    Thank you.

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          **Naser Baseer**

Page 13

1          Q.     And I want to make sure that

2     you understand my questions before you

3     answer them; so, if you need a

4     clarification or whatnot, please let me

5     know.

6               Can you do that?

7          A.     Yes.

8          Q.     So, sir, what's your full

9     name?

10         A.     My full name is Naser Baseer.

11         Q.     What's your date of birth?

12         A.     October 5, 1976.

13         Q.     Where were you born?

14         A.     I was born in Hyderabad,

15     India.

16               MR. SPRIGMAN:  Okay.  So, I

17          might do some questions later about

18          some of your work history, but just

19          let me refer to your declaration,

20          which I believe has been marked as

21          Exhibit 1.

22               (Defendant's Exhibit 1,

23          declaration, was marked for

24          identification as of this date by

25          the Attorney.)

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                **Naser Baseer**

Page 14

 1  BY MR. SPRIGMAN:

 2      **Q.    Do you understand you're here**

 3  **today to testify regarding the matter set**

 4  **forth in the declaration?**

 5      A.    Yes, I do.

 6      **Q.    And are you prepared today to**

 7  **testify in these subjects?**

 8      A.    I am.

 9      **Q.    What did you do to prepare to**

10  **testify?**

11      A.    I reviewed my declaration and

12  the attached exhibits, as well as spoke

13  with my outside counsel.

14      **Q.    Did you review any other**

15  **documents?**

16      A.    I did not review other

17  documents.

18      **Q.    Did you speak with anyone**

19  **other than outside counsel?**

20      A.    No.

21      **Q.    So, if you're looking at**

22  **Exhibit 1 right now, is this your**

23  **declaration?**

24      A.    Yes.

25      **Q.    Did you draft it?**

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

Page 15

```
 1        A.    No.  Outside counsel helped
 2   draft it, but I worked with outside
 3   counsel in getting this drafted and
 4   reviewed it.
 5        Q.    Okay.  It's signed from Hong
 6   Kong.
 7              Can you tell me why from
 8   there?
 9        A.    Yes.  I was traveling at that
10   time, and I had a layover in Hong Kong
11   when I finally reviewed and signed this
12   declaration.
13        Q.    Okay.  Do you consider
14   everything in your declaration to be
15   accurate?
16        A.    I do, actually, want to take
17   the opportunity to make a quick
18   correction in the declaration.
19              Specifically, I believe there
20   are two trademarks that are identified,
21   specifically Twitter flight marks that
22   note that they are incontestable.  I
23   don't believe those should be designated
24   as incontestable.  So, I would like to
25   make that correction.
```

Page 16

```
 1        Q.    Why do you believe that

 2   they're not incontestability, just

 3   curious what the --

 4        A.    Oh, I don't think we filed

 5   declarations sufficient -- or I don't

 6   believe we actually filed declarations of

 7   incontestability in connection with

 8   those.

 9        Q.    Okay.  Understood.

10             MR. SPRIGMAN:  So, at this

11        moment, I just want take a moment,

12        Jared.

13             I just wanted to talk to you

14        about how we understand Mr. Baseer

15        you testifying.

16             I think the parties have a

17        difference of opinion on the

18        testimony.  I think, if I

19        understand you guys correctly, you

20        understand that he's testifying in

21        his personal capacity; and we

22        understand him to be testifying as

23        a 30(b)(6) witness.

24             And I further understand that,

25        if there's a reason to talk about
```

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

Page 17

```
 1   that later, we'll talk about it;

 2   but he's here testifying today, in

 3   your view, in his personal

 4   capacity.

 5       Is that correct?

 6       MR. KAGAN:  That's correct.

 7   We believe that, pursuant to the

 8   Court's January 12th, 2026, order,

 9   which states in relevant part,

10   plaintiff shall make its fact

11   declarant, Naser Baseer, available

12   for a seven-hour deposition,

13   limited to the substance of his

14   declaration in the next ten days.

15       I would note that there has

16   been no 26(f) conference yet.  And

17   so, any discovery in this case

18   needs to be pursuant to the court

19   order or an agreement of the

20   parties.  And, in our view, it is

21   limited by the court order, which

22   did not authorize a 30(b)(6)

23   deposition.

24       MR. SPRIGMAN:  Okay.  Thank

25   you.
```

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

Page 18

```
 1   BY MR. SPRIGMAN:
 2        Q.    Mr. Baseer, back to you.
 3              Do you understand yourself to
 4   be testifying here today in your capacity
 5   as legal director for X?
 6        A.    I understand, as our counsel
 7   just mentioned, I am testifying in
 8   connection with my declaration.
 9        Q.    Do you consider it part of
10   your job responsibility to testify here
11   today?
12        A.    I am not sure I understand
13   that question.
14        Q.    Have you been asked by your
15   superiors to testify here today?
16        A.    I'm not sure what that means.
17   I am here in connection with my
18   declaration that I filed in connection
19   with this lawsuit, and I am here to
20   testify in connection with that
21   declaration.
22        Q.    Who asked you initially to
23   write this declaration?
24        A.    Nobody asks me to write a
25   declaration.  That's part of my
```

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 19

1   responsibilities.  I work with our

2   outside counsel in order to prepare

3   materials in connection with, in this

4   case, the specific lawsuit.

5          **Q.    So, do you consider the**

6   **preparation of this declaration to have**

7   **been done within the scope of your job**

8   **responsibilities as a lawyer at X?**

9          A.    Yes.  I work with outside

10  counsel in order to work on our trademark

11  prosecution and litigation matters, yes.

12         **Q.    Do you consider your testimony**

13  **today about this declaration to be within**

14  **the scope of your job responsibilities as**

15  **a lawyer at X?**

16         A.    Again, I'm not sure I

17  understand that question.

18         **Q.    Well, let's move on for the**

19  **moment.  Can you take a look at paragraph**

20  **20 of your declaration, which starts on**

21  **page 6 of the declaration.**

22              **Just tell me when you've**

23  **reached it, please.**

24         A.    I've reached it.

25         **Q.    Okay.  So, there you write:**

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 20

1     X. Corp's Twitter marks, as outlined

2     below, are registered and pending on the

3     principle register of the United States

4     Patent and Trademark Office.

5                 There's more you write in that

6     paragraph, and then there's a list that

7     extends to the bottom of 6 and then

8     through the page of 7 and then through

9     page 8 and then through page 9 and then

10    through page 10, and ends about a third

11    of the way down page 11.

12                Are those all the registered

13    and pending Twitter marks?

14        A.    I don't -- no.

15                Those are not all of the

16    registered and pending Twitter marks.

17        Q.    Are there others?

18        A.    Yes.

19        Q.    And what are those others?

20        A.    I can't specifically tell you

21    all of them, but we have global

22    registrations and applications that cover

23    various Twitter and Tweet as well as bird

24    logo marks, including formatives of

25    Twitter and Tweet wordmarks.

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 21

1        Q.    Are those all the registered

2    or pending Twitter marks in the United

3    States?

4        A.    I can't be sure if those are

5    all of the Twitter and Tweet marks.

6    There are likely some more in the United

7    States.

8        Q.    So, please go to page 11, and

9    I want to ask you about the last three

10   marks listed for Twitter and Class 9, and

11   then the same mark in Class 35 and then

12   the same mark in Class 38.

13            Do you see those?

14       A.    Yes.

15       Q.    Do you see that these

16   applications are pending?

17       A.    Yes.

18       Q.    Do you know how long they've

19   been pending?

20       A.    I don't recall off the top of

21   my head.

22            MR. SPRIGMAN:  So, I am going

23        to mark an exhibit as Exhibit 2.

24            And that should be distributed

25        now.

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 22

```
 1                    (Defendant's Exhibit 2,
 2          screenshot, was marked for
 3          identification as of this date by
 4          the Attorney.)
 5                    MR. SPRIGMAN:  That should be
 6          distributed now, and you should be
 7          able to download.
 8   BY MR. SPRIGMAN:
 9        Q.    I'm going to represent to you
10   this is a screenshot from the USPTO's
11   trademark and document retrieval tool.
12                Do you see that?
13        A.    I see the document.
14        Q.    Are you familiar with the
15   PTO's Trademark Status & Document
16   Retrieval Tool document?
17        A.    I am, yes.
18        Q.    Do you see this is a PTO
19   search page for serial number 90403442?
20        A.    That is what appears here, and
21   I'll take your word this is the actual
22   page itself.
23        Q.    Do you see the publication
24   date?
25        A.    I see the publication date,
```

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 23

1    yes.

2         Q.     What's the publication date?

3         A.     It says June 8, 2021.

4         Q.     What does that mean,

5    "publication date?"

6         A.     That means the application was

7    accepted and published for opposition.

8         Q.     Okay.  But the trademark is

9    pending still.

10              So, why is the trademark still

11   pending?

12              MR. KAGAN:  Object to form.

13              THE WITNESS:  To the extent

14         you're asking about our strategy,

15         that's covered by attorney-client

16         privilege.

17        Q.     Well, I am asking about a

18   fact.

19              So, why is the trademark still

20   pending?

21        A.     You're asking about our

22   strategy on when and why we take certain

23   actions, and that's covered by

24   attorney-client privilege with respect to

25   our IP rights and applications and

01/22/2026             X Corp. vs Operation Bluebird, Inc.             Naser Baseer

Page 24

```
 1   registrations.
 2              MR. SPRIGMAN:  I am going to
 3         show you another document.  Let's
 4         see.
 5              (Defendant's Exhibit 3,
 6         trademark status and document
 7         retrieval entry, was marked for
 8         identification as of this date by
 9         the Attorney.)
10              MR. SPRIGMAN:  Exhibit 3 has
11         been marked.
12   BY MR. SPRIGMAN:
13         Q.   Do you see Exhibit 3?
14         A.   I am downloading, if you give
15   me just a second.  I do see Exhibit 3.
16         Q.   I'll represent to you this is
17   another page from the same trademark
18   status and document retrieval entry on
19   the PTO website.  If you look at this
20   page it says:  On June 9th, 2021, there
21   was a suspension letter.
22              Does this refresh your
23   recollection regarding why this mark has
24   never been registered and remains
25   pending?
```

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 25

```
 1        A.     I vaguely recall.
 2        Q.     So, what do you recall?
 3        A.     Again, would you mind pointing
 4  to me the declaration where we're
 5  speaking about this specific issue?
 6        Q.     We're not.
 7        A.     Then, if it's outside the
 8  scope of my declaration, why am I being
 9  asked about?
10        Q.     I am asking you a question
11  about why this mark remains pending.  The
12  mark is in your declaration.
13        A.     I'd have to look at the
14  suspension letter to be 100 percent clear
15  on exactly what the reason for the basis
16  was for this.
17             MR. SPRIGMAN:  Understood.
18        So, let's do that.  I am going to
19        select another exhibit.
20             THE WITNESS:  Great.
21             MR. SPRIGMAN:  This is
22        Exhibit 4.
23             (Defendant's Exhibit 4,
24        suspension notice, was marked for
25        identification as of this date by
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 26

```
 1          the Attorney.)

 2              MR. SPRIGMAN:  It's marked.

 3          It should be downloadable if you

 4          refresh.

 5    BY MR. SPRIGMAN:

 6          Q.    So, do you see Exhibit 4?

 7          A.    Yes, I do.

 8          Q.    And what is this?

 9          A.    This appears to be a

10    suspension notice from the USPTO.

11          Q.    Do you know why the USPTO sent

12    you a suspension notice for this mark

13    that is marked serial number 90403442 for

14    Twitter?

15          A.    It states here:  The

16    application was approved for publication;

17    however, action on the application should

18    have been suspended pending receipt of

19    foreign registration.

20          Q.    It's been four and a half

21    years since publication, but foreign

22    registration has not been sent by X to

23    the PTO.

24              Is that right?

25          A.    I have to remember, but that
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 27

1    is what it appears to be.

2        **Q.    Those other Twitter marks in**

3    **Exhibit 1 are also pending.**

4            **Do you know if the same**

5    **situation pertains with respect to serial**

6    **number 90403436, that's Twitter, and**

7    **serial number 90403448?**

8            **With respect to those two**

9    **registrations, do you know if the same**

10   **situation pertains, that is, they were**

11   **published, but they are suspended?**

12       A.    I would have to review the

13   records to confirm that as well.

14       **Q.    Okay.  Well, let's do that.**

15           MR. SPRIGMAN:  I'm going to

16       mark a number of exhibits.  I am

17       going to mark Exhibits 5, 6, and 7

18       and distribute them.

19           (Defendant's Exhibits 5, mark

20       number 90403436, was marked for

21       identification as of this date by

22       the Attorney.)

23           (Defendant's Exhibit 6,

24       documents tab, was marked for

25       identification as of this date by

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 28

1          the Attorney.)

2              (Defendant's Exhibit 7,

3          suspension notice, was marked for

4          identification as of this date by

5          the Attorney.)

6              MR. SPRIGMAN:  They should be

7          available.

8     BY MR. SPRIGMAN:

9          Q.    Could you please view Exhibit

10    5 first.  So, I'll represent to you this

11    is a page from the USPTO website,

12    specifically the Trademark Status &

13    Document Retrieval Tool, for the mark

14    90403436.

15              Do you see that?

16         A.    I see it for 90403436.

17         Q.    Yes.  And there's a

18    publication date listed there.

19              Do you see that?

20         A.    I don't.

21         Q.    What's the application filing

22    date?

23         A.    The application date is

24    December 22nd, 2020.

25         Q.    So, I want to take you to

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 29

1    Exhibit 6, please.  This is the documents

2    tab, I'll represent to you, from the

3    trademark status and document retrieval

4    page for the same mark, 90403436.

5              Do you see that?

6         A.    I do see it for 90403436.

7         Q.    Do you see an entry from

8    September 27th, 2022, that says

9    suspension letter?

10        A.    I do see that, yes.

11        Q.    So, let's take a look at

12   Exhibit 7, please.

13             Do you see it?

14        A.    It's downloading.

15             I see Exhibit 6, yes -- or 7.

16   Sorry.  Yes.

17        Q.    You see Exhibit 7.

18             So, what is that?

19        A.    This is a suspension notice

20   from the USPTO.

21        Q.    What's the date of that

22   suspension notice?

23        A.    The issue date is listed as

24   September 27, 2022.

25        Q.    Okay.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 30

1            So, that is three and a half

2    years ago; is that right?

3        A.    Yes.

4        Q.    This mark remains pending

5    because X has never sent the PTO proof of

6    its foreign registration; is that

7    correct?

8        A.    It states that applicant is

9    required to provide a copy of a foreign

10   registration from applicant's country of

11   origin.  The foreign registration must be

12   valid when the US registration issues.

13       Q.    This mark's been pending three

14   and a half years, and X has not sent a

15   copy of that foreign registration to the

16   PTO, has it?

17       A.    It appears we haven't sent a

18   copy of the foreign registration, no.

19       Q.    That mark will not actually be

20   registered until that foreign

21   registration is sent; is that right?

22       A.    Yes.  That is what it appears

23   to be, yes.

24            MR. SPRIGMAN:  I am going to

25      mark and distribute three more

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 31

```
 1          exhibits.  Bear with me.
 2                  (Defendant's Exhibit 8, mark
 3          number 90403448, was marked for
 4          identification as of this date by
 5          the Attorney.)
 6                  (Defendant's Exhibit 9,
 7          documents page for mark 90403448,
 8          was marked for identification as of
 9          this date by the Attorney.)
10                  (Defendant's Exhibit 10,
11          suspension notice, was marked for
12          identification as of this date by
13          the Attorney.)
14   BY MR. SPRIGMAN:
15      Q.    I've marked and distributed
16   exhibits 8, 9, and 10, which you should
17   see now if you refresh.
18      A.    I see them.
19      Q.    Great.  Would you please take
20   a look at Exhibit 8.
21              I'll represent to you that
22   this is a page from the USPTO database,
23   specifically the document Trademark
24   Status & Document Retrieval Tool, for
25   mark number 90403448, which is the third
```

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 32

```
 1   of the pending Twitter amplifying marks.

 2              Do you see that?

 3        A.    I do see it this is related to

 4   90403448.

 5        Q.    Thank you.

 6              Do you see an application

 7   filing date there?

 8        A.    I do see an application filing

 9   date.

10        Q.    Okay.  What is that

11   application filing date?

12        A.    It is December 22nd, 2020.

13        Q.    Please, if you would, take a

14   look at Exhibit 9.  I'll represent to you

15   that this is a page from the Trademark

16   Status & Document Retrieval Tool for the

17   same mark, 90403448.  This is the

18   documents page for that mark.

19              Do you see that?

20        A.    I do see this is a page for

21   90403448.

22        Q.    You see the tab that is

23   highlighted at the top -- well, actually

24   about a third of the way down.

25              You see about a third of the
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 33

1    way down there's a tab highlighted that

2    says "Documents"?

3        A.    Yes.

4        Q.    And there's an entry below on

5    September 27th, 2022, that says:

6    Suspension letter.

7              Do you see that?

8        A.    I do see that.

9        Q.    Let's look at Exhibit 10,

10   please.

11             What is that?

12       A.    This appears to be a

13   suspension notice from the USPTO.

14       Q.    What's the issue date of the

15   suspension notice?

16       A.    The issue date is

17   September 27, 2020.

18       Q.    Let me correct that.

19             The issue date is September

20   27th, 2022?

21       A.    I'm sorry.  Yes.  The issue

22   date is September 27, 2022.

23       Q.    Okay.  Thank you.

24             So, this mark has been pending

25   for more than five years, and it remains

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 34

1    pending because X has not provided the

2    PTO with a copy of the foreign

3    registration upon which this mark rights

4    are claimed; is that correct?

5         A.    The notice states:  Applicant

6    is required to provide a copy of a

7    foreign registration from applicant's

8    country of origin.  The foreign

9    registration must be valid when the US

10   registration issues.

11              It further states:  Action on

12   the application is suspended until the

13   USPTO receives a copy of such foreign

14   registration.

15        Q.    Okay.  And that's because, am

16   I correct, rights in this Twitter marks,

17   and in fact, the other two Twitter marks

18   that I asked you about, are all claimed

19   on the basis of foreign registrations?

20   Am I correct about that?

21        A.    These particular applications

22   may use a foreign application as a basis,

23   yes.

24        Q.    For the PTO to actually

25   register the mark, it needs to have a

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 35

```
 1    copy of those foreign registrations,

 2    correct?

 3         A.    Yes.

 4         Q.    And so far, X has not provided

 5    them, correct?

 6         A.    Per these documents, no.

 7         Q.    When a person types

 8    Twitter.com into a web browser, what does

 9    that person see in the browser window?

10         A.    They're directed to the

11    platform.

12         Q.    Can you tell me what you mean

13    by the platform.

14         A.    It's the social media

15    platform.

16         Q.    What is the URL for that

17    platform?

18         A.    The URLs can both be

19    Twitter.com as well as X.com.

20         Q.    You're contending, if I type

21    Twitter.com into a browser, I'll get a

22    website that resolves with the address

23    Twitter.com?

24         A.    Yes.  I believe so.  It

25    resolves into -- or I am not sure exactly
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 36

```
 1    what you mean by "resolves."  I do know
 2    that it leads to the platform itself.
 3         Q.    What is the URL of the
 4    platform, as you put it?
 5         A.    As I said, both Twitter.com
 6    and X.com lead to the same platform.
 7              MR. SPRIGMAN:  Okay.  So, I am
 8         going to mark some exhibits.
 9              You should have them now,
10         Exhibits 11, 12, and 13.
11              (Defendant's Exhibit 11,
12         log-in screen for X.com, was marked
13         for identification as of this date
14         by the Attorney.)
15              (Defendant's Exhibit 12,
16         explanation pane, was marked for
17         identification as of this date by
18         the Attorney.)
19              (Defendant's Exhibit 13,
20         explanation pane, was marked for
21         identification as of this date by
22         the Attorney.)
23    BY MR. SPRIGMAN:
24         Q.    Can you please take a look at
25    Exhibit 11.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 37

```
 1                  So, can you tell me what you
 2     see on the left -- I'm sorry.
 3                  Can you tell me what you see
 4     in the address bar of the browser.
 5          A.     It says X.com in this exhibit.
 6          Q.     And can you tell me what you
 7     see on the left side of the browser below
 8     the address bar?
 9          A.     It looks like it says -- it
10     has the X logo, Happening now, Join
11     today, buttons to sign in or sign up.  It
12     has some language around the terms of
13     service, and then:  Already have an
14     account?  Sign in.
15          Q.     Is this the log-in screen for
16     X.com?
17          A.     It's both the sign up or sign
18     in screen for X.com.
19          Q.     Okay.
20          A.     But as I said, Twitter.com
21     also leads to the same site.
22          Q.     So, could you go and look at
23     the right side of the browser window.
24          A.     Yes.
25          Q.     Do you know what you're
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 38

1    looking at there?  What would you refer

2    to that part of the browser window as?

3          A.    I'm not sure what to call it.

4    It appears to have a number of, I don't

5    know, looks like Twitter.com, X.com, and

6    then certain files that end in dot JS.

7          Q.    Do you know what browser this

8    is?  Can you tell by looking at it?

9          A.    In the top left-hand corner,

10   it says Chrome.

11         Q.    Right.  I'll represent to you

12   this is a screenshot from a Google Chrome

13   browser.  I'll also represent to you

14   that, on the right side of the window, is

15   the Google Chrome feature called

16   Developer Tools.

17                Are you familiar with that

18   feature of Chrome?

19         A.    I'm not familiar with that

20   feature.

21         Q.    Do you see about a quarter of

22   the way down on the right side of the

23   screen in the Developer Tools, what I've

24   referred to as the Developer's Tools

25   pane, do you see under the label "Name,"

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 39

```
 1    it says Twitter.com?

 2         A.    Yes.

 3         Q.    And do you see next to

 4    Twitter.com is the number 301?

 5               That's under the label called

 6    Status.

 7         A.    Yes.

 8         Q.    And reading over two columns,

 9    you see the word "Other," and that's

10    under the label "Initiator."

11               Do you see that?

12         A.    I do see that.

13         Q.    Can you tell me in the Name

14    column, what's directly below

15    Twitter.com?

16         A.    It's X.com.

17         Q.    What's the status for X.com?

18         A.    200.

19         Q.    And what's the initiator for

20    X.com?

21         A.    Twitter.com.

22         Q.    So, for this status number, do

23    you know what the status 301 means in

24    HTML?

25         A.    I don't.
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 40

```
 1              MR. KAGAN:  I am going to
 2        object as going beyond the scope of
 3         the declaration.
 4              MR. SPRIGMAN:  Okay.
 5     Q.    You can answer the question.
 6     A.    I don't know.
 7     Q.    Do you know what the status
 8  200 means for -- in HTML code?
 9           That's the status that's
10  attached to X.com.
11              MR. KAGAN:  Same objection.
12              THE WITNESS:  I don't know,
13         but I would like to stick to -- I
14         don't know if I discussed any of
15         this in my declaration.
16     Q.    Well, we think you're
17  testifying -- you just testified that you
18  think Twitter can resolve to Twitter or
19  X, and we're exploring that.  So, this is
20  absolutely within the scope of your
21  declaration.
22           Can you we look at page --
23  Exhibit 12, please.
24           I'll represent to you that,
25  when you hold your cursor over the status
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1    301, this explanation pane appears.

2              What does the explanation pane

3    say?

4              MR. KAGAN:  Object as beyond

5         the scope of the declaration.

6              THE WITNESS:  I do agree.  I

7         never spoke about this specific

8         issue in my declaration --

9      Q.    Listen, I'm not here to argue

10   with you.  I am here to ask you

11   questions.  Your lawyer can object the --

12   please answer the question.

13     A.    It appears it says, 301 moved

14   permanently.

15     Q.    Do you know what that means?

16              MR. KAGAN:  Same objection.

17              THE WITNESS:  I don't know

18        what that means.

19     Q.    Okay.  Let's take a look at

20   Exhibit 13, please.  I'll represent to

21   you that, when you hold your curser over

22   this status code 200, this opens up an

23   explanation pane that says, 200 okay.

24              Do you see that?

25              MR. KAGAN:  Note my objection.

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 42

```
 1                  THE WITNESS:  Again, it's not
 2          part of my declaration; but, yes, I
 3          do see 200.  Okay.
 4      Q.    And do you know what that
 5   means?
 6                  MR. KAGAN:  Same objection.
 7                  THE WITNESS:  No, I don't know
 8           what that means.
 9      Q.    Do you know what it means to
10   redirect the URL to another URL?
11                  MR. KAGAN:  Same objection.
12                  THE WITNESS:  Again, I didn't
13          speak about redirection in my
14          declaration; but I do know, if you
15          type in Twitter.com, it leads to
16          the platform.
17      Q.    Does Twitter.com actually
18   resolve to X.com?
19      A.    I don't --
20                  MR. KAGAN:  Same objection.
21                  THE WITNESS:  Yeah, I don't
22           know what "resolve" in this context
23           means.
24      Q.    When one types in Twitter.com,
25   does it produce a screen display where
```

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 43

```
 1    the address that is shown in the
 2    browser's address bar is X.com?
 3              MR. KAGAN:  Same objection.
 4              THE WITNESS:  Not part of my
 5         declaration, but in this case on
 6         this screen, it appears to be
 7         X.com.
 8              Nevertheless, as I have stated
 9         before, if you type in Twitter.com,
10         you're presented with the social
11         media platform.
12    Q.    When you type in Twitter.com,
13    when was the last time that you saw a
14    browser resolve to a website that bore in
15    the address bar of the browser the
16    address, Twitter.com?
17              MR. KAGAN:  Object to form.
18              THE WITNESS:  Again, not part
19         of my declaration, but when I type
20         in Twitter.com, I know I am
21         presented with the social media
22         platform.
23    Q.    That's not the question I
24    asked.
25              Here's the question I asked:
```

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 44

```
 1    When was the last time that you

 2    personally typed Twitter.com into a web

 3    browser and got Twitter dot -- a website

 4    that had the address -- I'm sorry -- that

 5    had Twitter.com as the address in the web

 6    browser address bar?

 7                MR. KAGAN:  Object to form.

 8                THE WITNESS:  Again, I don't

 9          know -- I can't recall when that

10          was; but I do know that, even as of

11          yesterday, when you type in

12          Twitter.com, it shows up as the

13          social media platform.  And you're

14          presented with that screen.

15    Q.    When you say "the social media

16    platform," what is the web address of

17    that social media platform?

18                THE WITNESS:  Twitter.com and

19          X.com.

20    Q.    It can be one or the other?

21    Which one is it?

22    A.    As far as I'm concerned, as I

23    said, I don't know what all of these

24    codes mean.  But I do know, as a user and

25    every other user, when they type in
```

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer

Page 45

1    Twitter.com, they're presented with the

2    platform, the social media platform, and

3    they can access the social media platform

4    using that URL.

5        **Q.    So, the domain that X uses now**

6    **for its social media platform is X.com,**

7    **correct?**

8        A.    As I just mentioned, both

9    domains, Twitter.com and X.com, lead a

10   user to view the social media platform.

11       **Q.    And what is the address of the**

12   **social media platform?**

13       A.    Twitter.com and X.com.

14       **Q.    Okay.  Could you please look**

15   **again at Exhibit 13.**

16            **Do you see any Twitter.com or**

17   **Twitter?  Do you see Twitter.com anywhere**

18   **on the left side of that page, not in the**

19   **developer pane, but on the left side?**

20       A.    In the screenshot, I don't,

21   no.

22       **Q.    Do you see any Twitter marks**

23   **anywhere other than in the developer**

24   **pane?**

25       A.    On this specific screenshot,

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 46

1    no, I don't.

2         Q.    Does the social media platform

3    X.com use any Twitter marks?

4         A.    Yes, it does.

5         Q.    Where?

6         A.    Throughout various blog pages,

7    other pages on the website, for example

8    advertising-related pages,

9    developer-related pages, and other pages,

10   references to Twitter, Tweet, and bird

11   logo can be found on some.

12        Q.    When I refer to the social

13   media platform, what do you understand me

14   to be referring to?

15        A.    The platform that's offered

16   through Twitter.com and X.com.

17        Q.    When I type in X.com, will the

18   screen that I see show any Twitter marks?

19        A.    The initial screen may not

20   show that; but, as I said, as part of all

21   of the website, you will see Twitter,

22   Tweet, and bird logo trademarks used in

23   connection with various different things

24   throughout the site.

25        Q.    How would I navigate from

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

```
 1    X.com to the pages where you contend the

 2    Twitter marks are used?

 3         A.    If you are on the website, you

 4    can search for any of these pages; or, if

 5    you're interested in reading the blogs

 6    that are part of that site as well as any

 7    information around some of the

 8    advertising products, some of the

 9    developer products, some of supplier

10    products, all of this can be found by

11    either searching or if you know where to

12    go.

13         Q.    Okay.  We'll get to that.

14              Is it possible today to

15    download any software application

16    distributed by X on the iOS App Store,

17    which is branded Twitter?

18         A.    I believe the iOS application

19    is branded X, formerly Twitter.

20         Q.    Is it possible today to

21    download any software application

22    distributed by X on the iOS App Store

23    which uses the Twitter icon?

24         A.    I'm not sure.

25         Q.    Is it possible today to
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 48

1    download any software application

2    distributed by X on the Google Play Store

3    which is branded Twitter?

4          A.    I'm not sure.

5          Q.    Is it possible today to

6    download any software application

7    distributed by X on the Google Play Store

8    which uses the Twitter icon?

9          A.    I'm not sure.

10         Q.    Okay.

11         A.    But, as set forth in my

12   declaration, I can tell you that there

13   are a number of users who still have apps

14   on their mobile devices that continue to

15   use the bird logo, as well as the Twitter

16   trademarks.

17         Q.    Okay.  Let's talk about that.

18              So, can you go to paragraph 42

19   of your declaration, which is marked as

20   Exhibit 1.  So, paragraph 42 is contained

21   on page 17 -- or begins, anyway, on

22   page 17 of your declaration.

23              Let me know when you see that.

24         A.    What page did you say, sir?

25         Q.    It begins on page 17 of your

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

Page 49

1    declaration, paragraph 42.

2         A.    I see that.

3         Q.    So, you say in Paragraph 42 --

4    I'm just going to read the first

5    sentence.

6              Further, more than 200,000

7    mobile users continue to maintain a

8    version of the Twitter mobile

9    application, together with the Twitter

10   marks and bird logo, on their mobile

11   devices for accessing the X platform.

12             Do you see that?

13        A.    Yes, I do.

14        Q.    Okay.  Let's scroll down a

15   page, the top of page 18; and there are

16   some images there.

17        A.    Yes.

18        Q.    Where did those images came

19   from?

20        A.    They came from screenshots

21   that our outside counsel was able to grab

22   off of a mobile device.

23        Q.    Whose mobile device?

24        A.    It's, I believe, one of the

25   associates.  The associate continues to

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**              Naser Baseer

Page 50

1    use this version of the app.

2        Q.      Can people today download a

3    software app from X that is branded

4    Twitter?

5        A.      They can download an app that

6    contains the Twitter, Tweet, and bird

7    logo trademarks, yes.

8        Q.    Are X apps on people's

9    phones -- are X apps on people's phone

10   push-updated?

11              MR. KAGAN:  Object to form.

12              THE WITNESS:  I'm not sure.

13              Did I speak about how apps are

14       updated in the declaration?  Would

15       you mind pointing me to that.

16       Q.    No.  You're representing that

17   these are images of current users, and I

18   am asking you whether apps -- X apps on

19   mobile phones are push-updated.

20       A.    Again, I don't -- would you

21   point me to the declaration where I'm

22   talking about how --

23              [Crosstalk.]

24       Q.    I'm not -- listen, I'm asking

25   you a question.  If your counsel wishes

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 51

1    to object, the counsel will object.

2    You're not your lawyer here.  You're the

3    declarant.

4              So, I'm going to ask you the

5    question.  If your counsel has an

6    objection, your counsel will object.

7              I asked you where these images

8    came from.  You represented they came

9    from an associate at the outside law

10   firm.

11        A.    Yes.

12        Q.    We'll have some questions

13   about that later for your lawyer.

14              And what I am asking you is

15   whether X apps on mobile phones are

16   push-updated.

17              MR. KAGAN:  Object to form.

18         Objection.  Beyond the scope of the

19         declaration.

20              THE WITNESS:  I'm not 100

21         percent sure if they're

22         push-updated.

23        Q.    So, if I have an X app on my

24   phone and X wants to update my app, my

25   phone will download that update; will it

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 52

1    not?

2          MR. KAGAN:  Object to form.

3       Beyond the scope of the

4       declaration.

5          THE WITNESS:  I don't know.

6       What I do know is there are mobile

7       users that continue to use the app

8       that utilizes the bird logo Twitter

9       trademarks.  And we can -- as I've

10      set forth in the declaration, we're

11      aware of at least 200,000 mobile

12      users that continue to maintain a

13      version of the application that

14      provides this bird logo and Twitter

15      as the icon for the app itself.

16      Q.    And how are you aware of that?

17      A.    We can look at active devices

18   that have versions of the app, and that's

19   how we determined in this case that at

20   least 200,000 mobile users continue to

21   use a version of the app that has the

22   Twitter bird logo and the Twitter mark

23   app.

24      Q.    And how old are these

25   versions?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 53

```
 1        A.    I can't tell you which
 2  specific version this was and how old it
 3  is.
 4        Q.    When is the last version of
 5  the app that uses the Twitter name?
 6        A.    As I shared earlier, the X,
 7  formerly Twitter, designation is still
 8  used on the iOS or the Apple app store.
 9        Q.    That's not my question.  Look
10  at the picture on page 18.
11              There's an icon there?
12        A.    Yes.
13        Q.    It has the bird icon, and it
14  has the word "Twitter" below it.
15        A.    That's right.
16        Q.    When is the last version of
17  the app that had the word "Twitter" below
18  the icon?
19        A.    I can't tell you exactly which
20  version this is, nor do I know exactly
21  what the last version was.
22        Q.    When was the last version of
23  the app that had the bird as the icon
24  rather than an X?
25        A.    It continues to be the case as
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 54

1    shown here.

2        Q.    When did you produce the last

3    version of the app that had the bird as

4    the icon rather than the X?

5        A.    Again, I can't tell you, but

6    what I can tell you is there are at least

7    these many mobile users that continue to

8    maintain a version of the app that

9    provides the Twitter bird logo as well as

10   the Twitter wordmark as well as the icon

11   for the application.

12       Q.    When was an app last

13   distributed by X that had the bird as its

14   icon?

15       A.    I can't tell you that.

16       Q.    So, what do mobile phone users

17   have to do to prevent X from

18   push-updating this app?

19           MR. KAGAN:  Objection.  Beyond

20        the scope of the declaration.

21           THE WITNESS:  Again, I didn't

22        speak to this in my declaration,

23        nor do I know what a user would

24        have to do to update their version

25        of the app.  At a minimum, I guess

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 55

1          they could -- I don't know what

2          they would need to do; and,

3          frankly, I am not quite sure I

4          understand what you're asking.

5          **Q.    Just to be clear, what I am**

6     **asking is what a user would have to do to**

7     **prevent X from push-updating to a current**

8     **version of the app.**

9               MR. KAGAN:  Object to form.

10         Beyond the scope of the

11         declaration.

12              THE WITNESS:  Again, I didn't

13         speak to any technical ability or

14         inability for users to prevent how

15         to receive or block push updates,

16         nor do I know the technical reason

17         why or how that could be done.

18         **Q.    Do you have the current**

19    **version of the X app on your phone?**

20         A.    I do have the current version.

21         **Q.    Did you have to update it**

22    **yourself?**

23         A.    I did update it myself.

24         **Q.    That update wasn't pushed to**

25    **you?**

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer

Page 56

1        A.    Again, I don't know what push

2   means, but in this case I did update the

3   app myself.

4        Q.    Tell me what you did to update

5   it.

6        A.    I got a new phone, and so I

7   download the app, and the app is now on

8   my phone.

9        Q.    And will you have to

10   continually download a new app every time

11   X updates the app?

12        A.    Yes.  I have to go into my

13   settings and confirm whether I want to

14   update any app.

15        Q.    And what have you done there?

16   Have you allowed X to auto-update or

17   push-update that app?

18        A.    Again, I don't know what

19   push-update means in that case.  As I

20   said, I go into the app store, manage

21   apps, and then manually update my app.

22        Q.    So, you don't know what a

23   push-update is?

24        A.    It is -- in this context, no,

25   I don't know what a push-update is.

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**              **Naser Baseer**

Page 57

```
 1        Q.    So, a push-update, let me just
 2    represent to you, would be when X sends
 3    you -- when it transmits to your phone a
 4    code for a new version of the app; and
 5    the app, when you open it the next time,
 6    if there's that code that's been
 7    transferred to you, it will update the
 8    app.  That is, you don't have to go and
 9    get the update.  The update is pushed to
10    you by X.
11              Do you understand whether that
12    is the way X updates its app?
13        A.    I do know that users receive a
14    notification -- and I am talking about
15    not X; but, for example, for me, I have
16    notification from the play store that an
17    app can be updated.
18        Q.    And what does that mean?
19        A.    I guess there's a version of
20    the app that's available, but it's up to
21    me to decide whether I want to update or
22    not.
23        Q.    Okay.  So, let's go to page --
24    paragraph 43 of your declaration.
25              So, you say in this
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 58

1   paragraph -- I'll just read the first

2   sentence.

3            X Corp. continues to promote

4   and provide services under the Twitter

5   marks.

6            Do you see that paragraph,

7   paragraph 43?

8       A.    I do, yes.

9       Q.    The paragraph gives no

10  examples, does it?

11      A.    It says:  For example, X Corp.

12  hosts client events that bring together

13  customers and leaders across various

14  industries to help customers understand X

15  Corp.'s products' offerings, grow their

16  businesses, expand their network.

17      Q.    So, there's no example

18  attached as an exhibit here that relates

19  to this paragraph, is there?

20      A.    I can't remember if an exhibit

21  related to this specific paragraph was

22  attached or not; but I can tell you, as I

23  stated earlier and as set forth in other

24  parts of my declaration, that the Twitter

25  and bird logo marks appear in various

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 59

1   parts of the website, including in

2   connection with, as I said, certain

3   advertising pages, certain developer

4   pages, certain supplier-related pages.

5        **Q.    What were to happen if I were**

6   **to type in https://blog.twitter.com into**

7   **the address bar of my browser?**

8        A.    I would have to check right

9   now.  May I check that?

10       **Q.    Sure.**

11       A.    You were driven to the

12  website.

13       **Q.    What is the website?**

14       A.    This is X Corp.'s website

15  related to various products and features

16  that are offered through -- in connection

17  with or a platform and other services

18  that we provide.

19       **Q.    Please read me the website**

20  **address.**

21       A.    The website address is

22  https://blog.x.com, but --

23       **Q.    So, the blog dot Twitter --**

24            MR. KAGAN:  Please let the

25       witness finish his answer.

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

Page 60

```
 1        Q.    I am sorry.  Please.

 2        A.    That's okay.

 3              Again, I came to the site by

 4   typing in blog.twitter.com, and so I am

 5   presented with the same screen regardless

 6   of which URL I use.

 7        Q.    Right.  So, blog.twitter.com

 8   is redirecting to blog.x.com, right?

 9        A.    In this case, yes.  The same

10   website appears whether I type in

11   blog.twitter.com or blog.x.com.

12        Q.    Right.  But the question I'm

13   asking you is that the blog.twitter.com

14   address is redirecting to blog.x.com.

15              Am I correct?

16        A.    That appears to be the case.

17   Nevertheless, typing in blog.twitter.com

18   leads to the same result.

19        Q.    It leads to blog.x.com,

20   correct?

21        A.    Any user typing, who's typing

22   in, is still going to find the exact same

23   site and is presented with the exact same

24   information.

25        Q.    So, blog.twitter.com redirects
```

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

Page 61

1    to blog.x.com, correct?

2          A.    Yes.  But, as I am looking at

3    this website, towards the bottom, it also

4    notes:  Policy, data, sports, product

5    safety, marketing, transparency, Twitter

6    for good, government, health,

7    partnership, diversity.

8                As I scroll through just the

9    plain website on my laptop, when I just

10   typed it in, towards the bottom it

11   includes a section that says popular

12   tags.  In blue color it notes:  Policy,

13   comma; data, comma; sports, comma;

14   product, comma; safety, comma; marketing,

15   comma; transparency, comma; Twitter for

16   good, comma; government, comma; health,

17   comma; partnerships, comma; diversity.

18        Q.    Okay.  Please type Twitter.com

19   into your URL.

20        A.    I just typed in Twitter.com.

21        Q.    Read the URL that you see now.

22        A.    The URL is https://x.com.

23   But, as I noted as you asked me to, I

24   typed in Twitter.com; and I'm presented

25   with the same platform that any consumer

01/22/2026        X Corp. vs Operation Bluebird, Inc.        Naser Baseer

Page 62

1    is going to be able to do.

2        Q.    That's not the question.

3    That's fine.

4            But Twitter.com redirects to

5    X.com.

6            Am I correct?

7        A.    Both Twitter.com and X.com are

8    going to lead to the same place.

9        Q.    That's not the question I

10   asked.  I am going to ask the question

11   again.

12           Twitter.com redirects to

13   X.com, does it not?

14       A.    It appears, in this case, yes,

15   Twitter.com is redirecting to X.com.

16   But, ultimately, it's going to lead to

17   the same page, and that is the website

18   that provides -- or an opportunity here,

19   as presented on the screen, to either

20   sign up or sign in to the platform

21   account.

22       Q.    Does Twitter.com ever not

23   redirect to X.com?

24       A.    I am not aware of that; and I

25   don't, again, know if I've ever, as part

Page 63

1   of my declaration, written about

2   redirection and the mechanics of how

3   websites work.  I mean, I would love you

4   to point me to that, and I can absolutely

5   go through that.

6          **Q.    It's not relevant.  If your**

7   **lawyer wishes to object, he will.**

8              **I'm asking you the question**

9   **once again:  Does Twitter.com ever not**

10  **redirect to X.com?**

11         A.    I don't know that answer.

12         **Q.    Let's take a look at**

13  **paragraph 44 of your declaration.  I'm**

14  **sorry.  I want to look at Exhibit 3 of**

15  **your declaration.  Let me go to**

16  **Exhibit 3.  I'll try to give you a page**

17  **number so we can save you some trouble.**

18              MR. KAGAN:  Is this within

19         Exhibit 1?

20              MR. SPRIGMAN:  Yeah.  It's

21         Exhibit 3 to Exhibit 1, which is a

22         little bit awkward; but it's

23         Exhibit 3 to his declaration.  That

24         begins -- sorry.  That begins on

25         112.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1          Q.     Do you see that on page 112?

2     It says Exhibit 3?

3          A.     Yes.

4          Q.     Okay.   Exhibit 3 contains a

5     number of screen images.

6                 Did you capture those?

7          A.     I did not, but I shared URL

8     references with outside counsel to

9     capture the screenshots and pointed them

10    to various places where references to

11    Twitter, Tweet, bird logo can be found

12    throughout the website.

13         Q.     So, could you take a look at

14    page 114, please.   There's what appears

15    to be an article titled:   "Twitter Turns

16    Six."

17                Do you see that?

18         A.     Yes, I do see that.

19         Q.     Is there a date?

20         A.     Yes, there's a date.

21         Q.     Tell me the date, please.

22         A.     It says 21 March 2012.

23         Q.     Okay.   21 March 2012.

24                So, let's go down a few pages

25    to page 117.   There's an article that

01/22/2026                X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 65

1    appears to be titled:  "An Update on

2    Twitter Transparency Reporting."

3              Do you see that?

4        A.    I do see that.

5        Q.    Is there a date?

6        A.    Yes.

7        Q.    What's the date?

8        A.    25 April 2023.

9              But I would also note that, at

10   the bottom of the exhibit, the capture

11   time stamp shows 22 December 2025 for

12   that.

13             And going back to the previous

14   article that you talked about, "Twitter

15   Turns Six," again, the capture time stamp

16   seems to be 22 December 2025 at the

17   bottom of that exhibit page, so...

18       Q.    Right.  These were captured --

19   these screenshots were captured in 2025,

20   December 2025 --

21       A.    Yes.  These were --

22       Q.    But the articles themselves

23   date from the dates that we've been

24   talking about.

25             So, with the first article,

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

1    "Twitter Turns Six," the date is 21 March

2    2012.

3              And for this article:  "An

4    Update on Twitter Transparency

5    Reporting," the date of the article is 25

6    April 2023.

7              Am I reading that correctly?

8         A.    I do see the date of the

9    article is 25 April 2023; but I also see,

10   again, capture time stamp 22 December

11   2025, meaning these marks and these

12   articles are still available or were

13   available as of 22 December 2025.

14        Q.    Sure.  I understand.

15              This article, "An Update on

16   Twitter Transparency Reporting," dated on

17   25 April 2023, that's when the article

18   was published, it appears.

19              This article is reporting, is

20   it not, on transparency data from the

21   first half of 2022.  That's the dates

22   January 1 to June 30th, 2022.

23              Isn't that right?

24        A.    Would you mind repeating your

25   question.  I just want to make sure I

Page 67

1    have it.

2        **Q.    This article we're referring**

3    **to now, "An Update on Twitter**

4    **Transparency Reporting," which is dated**

5    **at the top of page 117, Tuesday 25 April**

6    **2023, this article is reporting on**

7    **transparency data from the first half of**

8    **2022.**

9            **That's the dates, January 1 to**

10   **June 30th, 2022; isn't that right?**

11       A.    This appears to be data from

12   H1 of 2022.

13       **Q.    First half.**

14       A.    Yes.  As written here, it

15   says:  H1 2022 on our health & safety

16   efforts.

17           It says:  We won't be

18   publishing a formal transparency report

19   for this period, January 1 to June 30,

20   2022, in our previous format.

21       **Q.    Can you go to page 121,**

22   **please.  There's an article there that**

23   **appears to be titled:  "A New Era of**

24   **Transparency For Twitter."**

25           **Do you see that?**

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 68

1          A.     Yes.  I see an article titled:

2     "A New Era of Transparency For Twitter."

3          Q.     Do you see a date, Friday

4     31 March 2023 for this article?

5          A.     Yes.  I do see a date of

6     31 March 2023.

7          Q.     Great.  I think there's

8     another copy on page 122 of the same

9     article, "A New Era of Transparency For

10    Twitter," dated 31 March 2023.  So, that

11    just seems to be another copy of the same

12    thing.

13               Then, if you scroll down to

14    page 124, you see an article that appears

15    to be titled:  "An Update on Two-Factor

16    Authentication Using SMS on Twitter."

17               Do you see that?

18          A.     Yes, I do see that.

19          Q.     And do you see a date below

20    that title?

21          A.     Yes.

22          Q.     What's the date?

23          A.     15 February 2023.

24          Q.     Okay.  And let's scroll down

25    again.  And I am now on page 127.  And

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 69

1    there's an article that appears to be

2    titled:  "Twitter 2.0:  Our Continued

3    Commitment to the Public Conversation."

4    It appears to be dated 30 November 2022.

5              Do you see that?

6        A.    Yes, I do.

7        Q.    Let's scroll down again.

8        A.    But in connection with that, I

9    also see on the left-hand side @Twitter,

10   references to Twitter throughout that

11   article.

12             And as I previously stated, it

13   looks like the capture time stamp for

14   this is also 22 December 2025.  So, this

15   was still available as of that date.

16       Q.    I understand.

17             I am scrolling down to

18   page 131.  There's an article that

19   appears to be titled:  "Helping Identify

20   2020 US Election Candidates on Twitter,"

21   dated 12 December 2019.

22             Do you see that?

23       A.    Yes, I do see that.

24       Q.    To cut this short, I am just

25   going to ask:  These articles were posted

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 70

 1    on the dates that we just went through

 2    and were never taken down, right?

 3         A.    These articles were posted on

 4    those dates; although, they may have been

 5    updated.  I am not 100 percent sure, but

 6    it's very likely these articles were

 7    posted on those dates; and, yes, they

 8    continue to be available on our website.

 9         Q.    They were just never taken

10    down?

11         A.    If by that you mean they

12    continue to be available on the website,

13    yes, they were never taken down.

14         Q.    Were they ever modified, as

15    far as you know?

16         A.    I mean, some of them do have

17    updates and references to updates, but I

18    don't know if they were further modified

19    or if they were modified in a way that

20    didn't require us to provide, you know,

21    some reference to an update.

22         Q.    Can you show me where there's

23    reference to an update.

24         A.    On page 132, speaking of the

25    same article you were talking about,

01/22/2026             X Corp. vs Operation Bluebird, Inc.              Naser Baseer

 1   "Helping Identify 2020 US Election

 2   Candidates on Twitter," there's some

 3   reference to an update in -- effective

 4   February 28, 2020, that has some update

 5   information.

 6       Q.    Right.  This article, "Helping

 7   Identify 2020 US Election Candidates on

 8   Twitter," originally posted

 9   12 December 2019, appears to have been

10   updated on or before February 28, 2020;

11   is that right?

12       A.    Yes.  As I said, you asked me

13   if I know if any of these articles were

14   updated at any point, I think this is an

15   example of the article was updated.

16       Q.    Okay.  Great.  Thank you.

17             So, let's look at Exhibit 4,

18   Which starts on page 135, Exhibit 4 of

19   your declaration, which is marked as

20   Exhibit 1.

21             And Exhibit 4, I believe,

22   contains a number of screen images from

23   various social media accounts; is that

24   correct?

25       A.    Yes.

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

1        **Q.    Did you capture these screen**

2    **images?**

3        A.    No, but I had outside counsel

4    capture these screen images based on,

5    again, discussions about where references

6    to and continuing use of our Twitter,

7    Tweet, bird logo trademarks can be found.

8        **Q.    So, the first one begins on**

9    **page 137 is the Facebook page for**

10   **Twitter.  Particularly Twitter, Inc., is**

11   **responsible for this page, it says; is**

12   **that correct?**

13       A.    That's right.

14       **Q.    Can you tell me the date of**

15   **the most recent post.**

16       A.    I can't confirm what the most

17   recent post is; but, in this screenshot,

18   there is a post dated October 21, 2021.

19       **Q.    As far as this exhibit -- this**

20   **screenshot from Exhibit 4 is concerned,**

21   **the most recent post is October 21, 2021,**

22   **right?**

23       A.    The post in this screenshot is

24   that.  But, again, I would point to the

25   captured time stamp, which looks like it

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 73

```
 1    is 22 December 2025.

 2        Q.      Right.

 3        A.      And this page is still

 4    currently available on the Facebook site.

 5        Q.      I understand.

 6                So, in other words, this

 7    Twitter account on Facebook has been left

 8    up.  It remains up, but the most recent

 9    post is October 21, 2021?

10        A.      Yes.  We continue to use

11    the -- as you can see, the Twitter

12    wordmark, the bird logo in connection

13    with our page on Facebook.  We're at 16

14    million followers.

15        Q.      Okay.  So, let's go to page

16    140.

17                And that appears to be the

18    LinkedIn page for Twitter; am I correct?

19        A.      Yes, this looks like the

20    LinkedIn page.

21        Q.      Okay.  Can you see from this

22    exhibit what the most recent post is on

23    the LinkedIn page?

24        A.      I don't see the most recent

25    post on this page.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 74

1       Q.     Okay.  So, I just circulated

2    an exhibit, which should be --

3       A.     But as I am looking through

4    this site, it also still shows Twitter

5    marketing services, Twitter social

6    networking software; noting people also

7    use, along with Facebook, Instagram

8    icons; still see 2 million followers, and

9    that this was also captured on

10   22 December 2025.  So, this page is still

11   available on the LinkedIn site.

12             MR. SPRIGMAN:  Okay.  So, I

13        just circulated -- distributed an

14        exhibit, Exhibit 14.  You should

15        have it.

16             (Defendant's Exhibit 14,

17        LinkedIn posts tab, was marked for

18        identification as of this date by

19        the Attorney.)

20             THE WITNESS:  Downloading it

21        now.

22   BY MR. SPRIGMAN:

23        Q.     Do you see Exhibit 14?

24        A.     Yes.

25        Q.     So, I'll represent to you that

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 75

1    that's the posts tab on the LinkedIn

2    account for Twitter.

3                Do you see any posts there?

4        A.    I don't see anything on this

5    particular screenshot, no.

6                MR. SPRIGMAN:  Okay.  Let's

7         stop.  Thanks.

8                MR. KAGAN:  Just for the

9         record, it's 11:02 a.m.

10               (Whereupon, a short break was

11        taken at this time.)

12               MR. KAGAN:  It's 11:14 a.m.

13   BY MR. SPRIGMAN:

14       Q.    Okay.  Mr. Baseer, welcome

15   back.  Let's take a look at page 15 of 21

16   of Exhibit 4.

17               Do you see that?

18       A.    I'm sorry.  Let me --

19       Q.    It's marked at the top,

20   page 15 of 21.

21       A.    Of your provided --

22       Q.    Of Exhibit 4?

23       A.    Exhibit 4 to the...

24       Q.    To your declaration.  To

25   Exhibit 1.  It's on the document as a

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 76

1    whole.  It's -- the page number of the

2    document is page 149 of Exhibit 1.  This

3    would be page 15 of Exhibit 4.

4          A.    I got it.  What page?  Sorry.

5          Q.    So, it's page 149 of the

6    entire Exhibit 1, also marked at the top

7    as page 15 of Exhibit 4.

8          A.    I'm at page 149.

9          Q.    Great.

10               That's the Twitter account on

11   Instagram; am I right?

12         A.    This appears to be the Twitter

13   account on Instagram, yes.

14         Q.    Yeah.  What's the date of the

15   most recent post that you see?

16         A.    In this collection --

17         Q.    Yeah.

18         A.    -- of posts, I see a post from

19   2/19/22.

20         Q.    Okay.  Could you turn to --

21   please, to page 151.  That is the Twitter

22   for Business channel on YouTube, right?

23         A.    That's right.

24         Q.    Can you see a date for the

25   most recent video posted there?

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 77

1        A.     I don't see a date here.

2        Q.     Do you see, under these

3    videos, it says four years ago, four

4    years ago; or it says in some of them

5    three years ago.

6            How many years old is the most

7    recent video or videos shown on this

8    page?

9        A.     It appears to be three years

10   ago.  That's 22 December 2025, and the

11   captured time stamp is 22 December 2025.

12       Q.     So, the captured stamp -- so,

13   you took the screenshot -- or someone

14   took the screenshot 22 December 2025; but

15   the content on this page, the most recent

16   content, appears to be three years old.

17       A.     Yes, but the page still seems

18   to be available.  Currently, we continue

19   to use this page, as well as all of the

20   other pages that we've been talking about

21   throughout this entire process.  And --

22       Q.     Okay.

23       A.     -- I still see the Twitter

24   bird logo and other marks used here.

25       Q.     So --

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 78

1     A.     And we continue to operate

2     these accounts.  We still have control

3     over these accounts.  We still continue

4     to leave up all of these accounts.

5          **Q.     Could you turn to page 154,**

6     **please.**

7     A.     Sure.  I'm there.

8          **Q.     Am I right that this is the**

9     **Twitter Marketing page on YouTube?  That**

10    **is the @TwitterAds page on YouTube?**

11    A.     Yes.

12         **Q.     Okay.  And how old is the most**

13    **recent content, that is, the most recent**

14    **video content on this page that you see?**

15    A.     I see something from four

16    years ago.

17         **Q.     Do you see anything newer than**

18    **that?**

19    A.     I don't.  But I also, in all

20    of these pages, see that we use them, but

21    we use them infrequently.  Like, for

22    example, here, before the one that's

23    listed four years ago, there's one from

24    eight years ago.

25                   So, yeah, obviously, we use

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 79

1    these.  We use them, including, you know,

2    over this entire time consistently.  But

3    we infrequently post through them.  We

4    continue to maintain these over the

5    entire length of the accounts that we've

6    had these accounts.

7         **Q.    So, in this exhibit that is**

8    **Exhibit 4 to your declaration --**

9         A.    Yes.

10        **Q.    -- your declaration, which is**

11   **marked as Exhibit 1, we've seen a number**

12   **of social media accounts here.**

13             **Is X claiming that these**

14   **social media pages are examples of**

15   **current use of the Twitter marks?**

16        A.    Yes.  They remain available

17   now.  We still operate these accounts.

18   We own -- to the extent that you own any

19   account on any platform, we own and

20   operate these accounts.  They're still

21   currently available.  Users can still go

22   to these sites, still find us and see

23   clearly use of the Twitter and bird logo

24   marks.

25             As I've said, we may use these

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 80

1    infrequently and have historically,

2    appears to be based on -- as you've been

3    asking me about all of the dates, the

4    last time these were used, we use these

5    infrequently.  Nevertheless, we continue

6    to use these.

7         **Q.    So, these are current use, in**

8    **your view?**

9         A.    They're available now.  I

10   mean, these were captured in December 22,

11   2025.  And I don't have any indication

12   that these are -- we've changed anything

13   from December 22, 2025, for these

14   accounts.

15        **Q.    So, these have been up on the**

16   **internet for years.  Many of them have**

17   **been used for years, but they remain up**

18   **on the internet.**

19        A.    Yeah, I mean, we've used them

20   throughout years whenever we feel is

21   appropriate to use them, yes.

22        **Q.    When is the last time, for**

23   **example, you think that you used the**

24   **Facebook page?**

25        A.    I'm not sure.

01/22/2026             X Corp. vs Operation Bluebird, Inc.             Naser Baseer

Page 81

1        Q.    The last post, if you

2    remember, is dated from October 2021.

3              Is that the last time you used

4    that account?

5        A.    Again, the last post may be at

6    that particular time; but I am not quite

7    sure I understand when you say, have you

8    used these?  I can simply say that, yes,

9    we continue to use these because we

10   continue to own and operate these

11   accounts.  And they're still available

12   now for all of our users to find any of

13   the information.

14             And then if -- I'm sure, if

15   you click on -- to the extent that some

16   of these provide visit website, if you

17   click on those, I -- it's very likely,

18   although I have to click on these to

19   confirm, but you're taken to our

20   platform.

21       Q.    Okay.  Would you please take a

22   look at Exhibit 5, which begins on

23   page 156.  And I want to take you first

24   to the first piece of Exhibit 5, which

25   begins on 158.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 82

1              And the first thing we see

2    purports to be a printout of -- I'll

3    leave off -- when I talk about these

4    URLs, I'll leave off the https://,

5    because we all know that that's there.

6    I'll just call it

7    ads.twitter.com/getstarted.

8         A.    Yes.

9         Q.    Do you see that on --

10   beginning on page 158 is a printout of

11   that web page?

12        A.    Yes.

13        Q.    Okay.  If you were to want to

14   get to this page on the web, how would I

15   do that?

16        A.    To go to ads.twitter.com or

17   ads.x.com, you should be able to get to

18   this page.

19        Q.    Well, what happens if you type

20   ads.twitter.com into the address bar of

21   an internet browser?

22        A.    It appears this page would --

23   this page would result in it.  And I can

24   try it right now if you want to.

25        Q.    Ads.twitter.com.

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 83

1      A.    As far as this declaration is

2   concerned, this is the page that resulted

3   in that from that address.

4      **Q.    So, ads.twitter.com resolves**

5   **to a page that produces an address in the**

6   **address bar of the browser that reads**

7   **business.x.com/en/advertising.**

8           **Am I correct?**

9      A.    Yes, I think.  Let me -- the

10  URL for the exhibit that we're talking

11  about is specifically

12  ads.twitter.com/getstarted.

13     **Q.    Right.  Let's make sure we**

14  **understand the questions.**

15           **So, what I asked you was:  Do**

16  **you know what happens if you type**

17  **ads.twitter.com into the address bar of**

18  **the internet browser?**

19     A.    Typing it looked like it

20  resulted in a page that is

21  business.x.com --

22     **Q.    Business.x.com/en, which I**

23  **take to be English --**

24     A.    En, yeah.

25     **Q.    -- /advertising.**

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

 1          Am I right?

 2      A.    I do see that, yes.

 3      **Q.    Do you know if there's a way**

 4  **to navigate from**

 5  **business.x.com/en/advertising to**

 6  **ads.twitter.com/getstarted?**

 7      A.    I don't know the answer to

 8  that question, but I do know that we do

 9  share various different materials,

10  including how to navigate sometimes to

11  various aspects of our site with our

12  users.  And the exhibit shows that the

13  URL ads.twitter.com/getstarted still

14  yields or goes to the live page that has

15  the bird logo ads.  And it also shows:

16  Grow your business with X, get started;

17  and then still uses the Twitter and

18  Twitter bird logo.

19      **Q.    But you don't know if there's**

20  **a way to navigate from**

21  **business.x.com/en/advertising to**

22  **ads.twitter.com/getstarted?**

23      A.    I think maybe, if you search

24  for ads get started, you're going to get

25  results; and this might be one of the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 85

1    results.  And, in fact, typing in the

2    search bar simply ads get started results

3    in a list of links, including how to get

4    started with X ads guide that also shows

5    the Twitter bird logo, business, stuff by

6    -- how to get started with Twitter ads,

7    how to get start with X ads.

8              I mean, there are references

9    to both of our marks simultaneously on

10   these pages.  And while I don't know

11   exactly, that could absolutely be another

12   way, i.e., just search for how to get

13   started on the business.x.com/en/search.

14             Ads get started will yield a

15   number of results that look like they

16   have references to both Twitter bird

17   logo, X, all of our marks in connection

18   with these goods and services.

19        **Q.    So, you have to search for it,**

20   **you're saying, rather than follow**

21   **navigation links?**

22        A.    Well, what I am saying is

23   that's one way.  I don't know of all of

24   the ways how you could get to these.

25        **Q.    So, the second thing we see is**

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 86

1    on page 161.  Could you go there, please.
2    This purports to be a printout of
3    business.x.com/en -- front slash --
4        A.    What page was that?
5        Q.    It's 161.  Sorry.
6        A.    161.  Thank you.  I'm sorry.
7    I didn't mean to interrupt you.
8        Q.    No worries at all.  This
9    purports to be a printout of
10   business.x.com/en/resources/get-started-
11   with-twitter-ads.
12            Do you see that?
13       A.    The URL does say
14   business.x.com/en/resources/get-started-
15   with-twitter-ads.  Yes.
16       Q.    If I were to want to get to
17   this page on the web, how would I do it?
18       A.    If you were, I believe,
19   searching for ads on Twitter or on X, you
20   may be able to navigate to this page.  Or
21   the results might -- this might be one of
22   the results.
23       Q.    So, do you know what happens
24   if you type business.x.com/en/resources
25   into the address bar of an internet

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 87

```
 1    browser, that is, everything but the

 2    restricter?

 3         A.    I'm sorry.  Which one did you

 4    say?

 5         Q.    Everything but the restricter.

 6    So, business.x.com/en/resources.

 7               Have you done that?

 8         A.    Yes.

 9         Q.    What web address do you see in

10    the address bar in the browser?

11         A.    If I typed in

12    business.x.com/en/resources, that's the

13    address I see if I type that in.

14         Q.    Do you know if there's a way

15    to navigate from that address to

16    business.x.com/en/resources/get-started-

17    with-twitter-ads?

18         A.    Again, if you search for get

19    started with ads, you are navigated to a

20    page -- I don't know specifically how to

21    get to that.  It may be one of the links.

22    I haven't gone through all of the links,

23    but you can search for it.

24               So, that may be one of the

25    search results; and, frankly, I don't
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 88

```
 1    know of that many users who are going to

 2    type in every single web address.  They

 3    either have web addresses that they have

 4    prepopulated that they've been using for

 5    years, or they're going to just likely

 6    search for ads.  And these pages may very

 7    well result from any of those searches as

 8    well as anything that users may have

 9    already linked, including for our users

10    that we've shared these links to

11    previously.  So, they're very likely to

12    navigate through what they already have.

13        Q.    So, this first couple of URLs

14    that we've talked about, so

15    ads.twitter.com/getstarted, and then we

16    talked about business.x.com/en/resources/

17    get-started-with-twitter-ads?

18        A.    Sure.

19        Q.    Do you know when those pages

20    were produced?

21        A.    I don't know.

22        Q.    Do you know when those pages

23    were last updated?

24        A.    I am looking at

25    business.x.com/
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 89

```
 1   en/resources/get-started-with-twitter-ads
 2   , and the copyright notice on the bottom
 3   of the page is copyright 2026 X Corp.
 4        Q.    So, that copyright notice is
 5   for the entire website; am I right?
 6        A.    Presumably, but it also
 7   applies to everyone of these pages.
 8        Q.    Right.  So, I don't want to
 9   get into copyright niceties, but that
10   means that your website somewhere was
11   updated in 2026.
12             Am I correct?
13        A.    Yes.  That means that, despite
14   that website update, it looks these pages
15   are still available.  And these pages,
16   like the specific page we're talking
17   about, include references to both X and
18   Twitter and include the bird logo and
19   prominently state how to get started with
20   Twitter ads.
21        Q.    But you dont know when they
22   were produced?
23        A.    Presumably -- I don't know
24   exactly when; but, like I said, it
25   clearly includes both the X marks as well
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 90

1    as the Twitter marks.

2        Q.    And you don't know when they

3    were last updated?

4        A.    I don't know exactly when they

5    were last updated, but these continue to

6    be live.  These are still available to

7    our users, and they continue to use both

8    of our brands and all of our trademarks

9    that includes, as I mentioned, X, the

10   bird logo, Twitter.

11       Q.    Got it.  So, next is a

12   printout of what purports to be

13   publish.twitter.com/#.

14            Do you see that?

15            It begins on page 164.

16       A.    Okay.  Yes, I see that.

17       Q.    In the content of that page,

18   how did you produce that printout?

19       A.    Again, working with our

20   outside counsel, we had them take

21   screenshots when I pointed out that there

22   are a number of references and we

23   continue to use our marks throughout our

24   website, including if users have used

25   these kinds of services and features

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 91

1   using our website.

2        Q.   So, it's hard to see because

3   it's above the blue text that is the case

4   number and the document exhibit number.

5   Above that blue text is a little, what

6   looks like, an X.  Can you read that to

7   me.

8             What does that say at the very

9   top of the page above the blue text?

10       A.   I see on this page:  X.

11            And it's unclear, but I kind

12  of make out vaguely, I think it's the

13  word "publish."

14       Q.   I think you're correct.  Can

15  you go to the right side of the page?

16  There's, again, very small text above the

17  blue.

18            Could you read -- is it

19  possible for you to read that?

20       A.   I have to really zoom in to

21  see that.  I can somewhat make out:

22  Curate a story with X.

23       Q.   Curate a story with X.

24            Is that what you see?

25       A.   That's what I see if I expand

Page 92

1    this view.

2          Q.    Yeah.  Okay.  Thank you.

3                So, let's go to page 166 of

4    Exhibit 1.  This is a page with -- it

5    says, in big letters:  Amplify your

6    videos.

7                At the top left it says:

8    Twitter objective playbook.

9                Do you see that?

10         A.    Yes, I see that.

11         Q.    There doesn't appear to be a

12   URL associated with this.

13               Where did you get it?

14         A.    We looked at the documents

15   that continue to use our Twitter and bird

16   logo that we have shared and our clients

17   continue to use and reference.

18         Q.    So, when you say "we," who do

19   you mean?

20         A.    We, as in X the company.

21               I worked with our outside

22   counsel to collect these materials.  And

23   I worked with internal teams to collect

24   some of the materials.

25         Q.    Do you know who in particular

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

1    collected this?

2         A.    Yes.  I believe this was maybe

3    our -- I actually don't know.  I can't

4    remember who specifically collected this

5    one; but I do know, working with a number

6    of people, we gathered a bunch of this

7    evidence of continued use of our Twitter

8    bird logo marks as well as our Tweet

9    marks.

10         Q.    Do you know where they

11   collected it from?

12         A.    Yes.  These are part of our

13   materials that we shared with clients.

14         Q.    But, I mean, literally, do you

15   know where they collected it from?

16         A.    I'm not sure I understand the

17   question.

18         Q.    Was it in a filing cabinet?

19         A.    That, I don't know exactly,

20   where they were collected from.  I mean,

21   these appear to be electronic pages, so

22   they're, I'm sure, both in physical and

23   electronic copies, because we do share

24   these materials with our clients.  So, I

25   am sure we have them both in electronic

Page 94

1   as well as physical copies.

2        Q.    Do you know when this document

3   was created?

4        A.    I don't know exactly when this

5   document was created, no.

6            MR. SPRIGMAN:  Okay.  I am

7        going to show you an exhibit.

8        Please bear with me.

9            (Defendant's Exhibit 15,

10       Document properties screenshot, was

11       marked for identification as of

12       this date by the Attorney.)

13           (Defendant's Exhibit 16,

14       Twitter Objective Playbook, was

15       marked for identification as of

16       this date by the Attorney.)

17  BY MR. SPRIGMAN:

18       Q.    You should -- actually, I'll

19  give you another exhibit first.  I've

20  marked Exhibit 15 and Exhibit 16.  I

21  actually would like you to look at 16

22  first.

23       A.    May I ask what page number

24  you're asking me to look at?

25       Q.    Just look at 16, and we'll go

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 95

1    through it, so Exhibit 16, which I just

2    distributed.

3          A.    Sorry.  I was still looking at

4    my declaration.

5          Q.    No worries at all.

6          A.    Okay.  I am there.

7          Q.    I'll represent to you I found

8    this on the web.

9                Is this the same document?

10         A.    I'd have to compare it, but it

11   appears to be about the exact same

12   program, if it's not the exact same

13   document.

14         Q.    Okay.  Could you go to

15   Exhibit 15, please.

16         A.    Like I said, we continue to

17   use these, so they're still available

18   and --

19                [Crosstalk.]

20         Q.    Hang on one second.  There's

21   no pending question.  Let me just ask you

22   a question.

23         A.    Yeah.

24         Q.    Do you know what Adobe

25   Acrobat's document properties function

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 96

1    does?

2         A.    I don't know exactly what that

3    does.

4         Q.    I'll represent to you that

5    this is the document properties pane for

6    the document I just showed you.

7               Can you read the created-on

8    date.

9         A.    Yes.  The created-on date is

10   27/08/21, 1:09:46 p.m.

11        Q.    It's quite precise.

12        A.    It's very precise.

13        Q.    It's the 27th of August, 2021,

14   1:09 p.m. and 46 seconds.  There's also a

15   modified date, which you'll see is the

16   same.

17        A.    27/08/21 at 1:09:46.

18   That's --

19        Q.    So, this document is from

20   August of 2021, it appears?

21        A.    It appears to be created and

22   modified in August of 2021.  Yes.

23        Q.    Okay.

24        A.    But, again, whether it was

25   created and when it was created is

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 97

1     irrelevant as far as I am concerned.

2     These are currently being used.  These

3     continue to be used by us now.  And so,

4     our clients have these documents.  They

5     continue to reference these documents.

6     We continue to make them available, and

7     we obviously include and continue to

8     include our Twitter and bird logo marks

9     in these things.  Whether something is

10    created or when something is created in

11    2021, but they continue to be used.

12          Q.    Can I ask you about that?  Are

13    you hear to testify about legal issues

14    today?

15          A.    I am here to testify in

16    connection with the declaration.

17          Q.    Are you a fact declarant?

18          A.    I'm not sure with respect to

19    that particular aspect, but you're asking

20    me about something that was in my

21    exhibit, and you've been asking me

22    questions in connection with these

23    exhibits.

24                I am just pointing out that,

25    yes, totally you're right; these were

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 98

1   created on this.  But I am also, as put

2   forth in my declaration, that we're using

3   these and we're using them with the

4   Twitter and bird logo marks.

5        Q.    Whether you're using them, is

6   that a fact issue or a legal issue?

7              MR. KAGAN:  Object to form.

8              THE WITNESS:  I would think

9         it's a simple factual issue.

10       Q.    So, you think, if you created

11   a document that has Twitter marks on it

12   in 2021 and it remains available on the

13   web, you think it's just a fact issue

14   whether you're using it for the purposes

15   of trademark law?

16             MR. KAGAN:  Object to form.

17        Beyond the scope of the

18        declaration.

19             THE WITNESS:  I didn't state

20        we were using it in connection with

21        trademark law.  I am just saying

22        these are available to our users.

23        These are available to our clients.

24        Our clients still have these.  We

25        still refer to these programs, and

01/22/2026              **X Corp. vs Operation Bluebird, Inc.**              Naser Baseer

Page 99

```
 1            we continue to use these materials
 2            as set forth in my declaration.
 3                 And we continue to use the
 4            bird logo and Twitter trademarks as
 5            per my declaration.
 6       Q.    What do you mean when you say
 7  you continue to use these pages or these
 8  marks?
 9       A.    As I said, we have shared
10  these materials with our clients.  Our
11  clients continue to reference these
12  materials.  They include the Twitter and
13  bird logo marks.  We continue to talk
14  about these programs.  We continue to
15  discuss these.
16       Q.    How do you share these
17  materials with your users?
18       A.    They're available on the
19  website.  They're also shared, I am sure,
20  via electronic communications.
21       Q.    When was the last time this
22  document, this Twitter Objective
23  Playbook, was shared via e-mail with a
24  client?
25       A.    I don't exactly know that
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 100

1  date.

2       Q.    Do you know if it's ever been

3  shared by e-mail with a client?

4       A.    I am sure it's been shared

5  with clients via e-mail.

6       Q.    When?

7       A.    I am not sure exactly when the

8  date is.

9       Q.    In the last five years?

10      A.    I can't tell you that, but --

11      Q.    In the last three years?

12      A.    I can't tell you that.  I

13  don't know.

14      Q.    In the last two years?

15      A.    Exactly, I don't know.

16      Q.    In the last year?

17      A.    Look, it could have been

18  shared at any point during that time, but

19  these are still materials that are

20  available.

21      Q.    In the last week?

22      A.    I can't tell you that, again.

23      Q.    You can't tell me it has been

24  shared at any time?

25      A.    I don't know.  You're asking

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1   me when specifically, and I said I don't

2   know when specifically these were shared.

3   I did note for you these were shared with

4   clients, and they continue to be

5   available to our users and our clients.

6        **Q.    In your view, is anything that**

7   **is available on the web that uses the**

8   **Twitter marks, does that amount to a use**

9   **of the Twitter marks by X?**

10           MR. KAGAN:  Object to form.

11           THE WITNESS:  That is outside

12      of the scope of my declaration.

13      I've noted that we continue to use

14      materials that include these

15      trademarks and our trademarks.

16           MR. SPRIGMAN:  Could we just

17      go off the record for a second.

18           (Whereupon, an off-the-record

19      discussion was held.)

20      **Q.    Next is a printout.  I am**

21  **going to take you to the page.  It's**

22  **going to take me a while because the**

23  **thing we've just been talking about is a**

24  **few pages.  So, I have to scroll through**

25  **them.  Next document -- I think I**

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

 1    scrolled past it.

 2            The next document begins on

 3    page -- it's tricky because there's a

 4    picture on page 194, but I think the

 5    document actually begins on 195, and

 6    there's a title.  And, unfortunately, the

 7    format of this exhibit is a little wonky,

 8    so you have to reduce the size to see the

 9    title.

10            The title is:  Twitter

11    Amplified.

12            Do you see that?

13       A.   I think so.

14       Q.   Do you know when this web page

15    was created?

16       A.   Which page?

17       Q.   I tell you what.  Let's go to

18    208 because there you can see the actual

19    link.

20            The link is

21    developer.x.com/en/developer-terms/

22    display-requirements.  That's the link.

23    The document begins on 209.

24       A.   I see that.

25       Q.   Do you know when this web page

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 103

1    was created?

2         A.    I don't know exactly when this

3    web page was created.

4         Q.    Do you know when it was last

5    modified?

6         A.    I don't know when it was last

7    modified.

8         Q.    Okay.  Can you go through this

9    and just tell me where are the places on

10   this page where you say X is making use

11   of a Twitter mark.

12        A.    I see the bird logo in the

13   screenshot, in the image, that says:  The

14   image below shows all the main components

15   of a post.

16             And it shows the screenshot of

17   a post and identifies the bird logo, and

18   there's also a reference to TWTTR.

19        Q.    I guess that's an abbreviation

20   for Twitter?

21        A.    That's right.

22        Q.    What is the date on that post?

23        A.    If I zoom in, it looks like

24   the date of the post is 1 March 2006.

25        Q.    So, anywhere else where the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 104

1    Twitter marks are used?

2         A.    No.  But I see, as I said, the

3    bird logo there and --

4         Q.    Well, scroll down.  I think

5    there is.

6         A.    I am looking at that specific

7    screenshot first.

8         Q.    Yeah.  Yeah.  Yeah.  No

9    worries.

10        A.    Then it's got references to

11   both X and the bird logo there.

12        Q.    Got it.

13        A.    If I scroll down some more,

14   Let's see.  I see another reference on

15   page 211.

16        Q.    Page 211.  Okay.

17        A.    Again, I see reference to the

18   bird logo in an exemplary screenshot.

19        Q.    Can you tell me -- so, the

20   bird logo, if I am not mistaken, is

21   pictured in an embedded post, am I right,

22   on page 211?

23        A.    That appears to be the case.

24              It says:  If it's not possible

25   for you to use our embedding features,

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 105

1    you must follow requirements below when

2    displaying posts and timelines.

3               And it shows a screenshot of

4    the post with the bird logo.

5        Q.    Got it.

6               Okay.  Can you tell me the

7    date of that post.

8        A.    If I zoom in, I see 24 March

9    2013.

10       Q.    Great.

11              So --

12       A.    And I see references both to

13   X, and the bird logo is there as part of

14   the page.

15       Q.    Okay.  Could you scroll down

16   to the bottom of 212, please.

17       A.    Yes.

18       Q.    This is a little tricky

19   because, for some reason, the image here

20   is a little bit grayed out.

21              Can you see that?

22       A.    Yes.

23       Q.    So, it appears to be an image

24   of a post by a user that -- whose name is

25   Steph Jeong?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 106

```
 1        A.    Yes.

 2        Q.    It says:  Dang it @Twitter.

 3   Give us an edit button, please.

 4        A.    Yes.

 5        Q.    Do you see that?

 6        A.    I see that.

 7        Q.    Do you see a date on that

 8   post?

 9        A.    If I zoom in, it looks like

10   it's 10/25/21.  It's hard to read --

11        Q.    Yeah, hard to read.

12        A.    -- or is it 26?

13        Q.    Hard to read.

14        A.    It's either 25 or 26, it looks

15   like, if I zoom in.

16        Q.    Okay.

17        A.    But it's 10 something '21.

18        Q.    Okay.  Great.

19              So, all of the examples in

20   this document that you're pointing to of

21   uses of the Twitter marks are embedded

22   sample posts here that the document is

23   using to explain to people how to format

24   posts according to your guidelines; am I

25   right?
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 107

```
 1        A.    That's right.

 2        Q.    Okay.  So, let's -- can we

 3    scroll down to Branding.  It's on page

 4    214.  There's a heading, Branding, and

 5    then there is a bullet point underneath.

 6        A.    Yes.

 7        Q.    Can you read the first line of

 8    that bullet point.

 9        A.    The official X logo must

10    always be reasonably visible and

11    displayed on the upper right corner of an

12    individual post or directly attached to

13    the timeline.

14        Q.    Okay.  So, the embedded posts

15    are from 2021 or earlier.  And, when

16    you're telling people about branding,

17    you're telling them use the X logo; am I

18    correct?

19        A.    On this page it's talking

20    about the official X logo under the

21    branding heading, yes.

22        Q.    Okay.  Let's take a look at

23    the next document.  That is

24    developer.x.com/en/products/x-api/

25    enterprise.  You'll see that URL on page
```

01/22/2026             X Corp. vs Operation Bluebird, Inc.             Naser Baseer

Page 108

1    217.  And then you'll see the document

2    begins on page 218.

3              You'll see on page 218 at the

4    top left, it says:  X Developer Platform.

5              Below that it says:  X API for

6    Enterprise.

7              And below that in larger text

8    it says:  Ultimate access to the global

9    conversation.

10             Do you see that?

11        A.   Yes, I see that.

12        Q.   Okay.  Do you know when this

13   web page was created?

14        A.   I don't know exactly when this

15   web page was created.

16        Q.   Do you know when it was last

17   modified?

18        A.   I don't know exactly when this

19   was last modified.

20        Q.   Do you know how you would get

21   to this on the web?

22        A.   You could probably reach it in

23   several different ways, including

24   searching for X developer or developer;

25   or, if you know the exact URL, you could

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 109

```
 1    type it in.  And then I am sure there are

 2    people who have bookmarks or links.  So,

 3    there could be many different ways you

 4    could reach this page.

 5         Q.    Do you know if you can

 6    navigate to it from developer.x.com?

 7         A.    I don't know.  I assume yes,

 8    that you could navigate to it by typing

 9    it --

10         Q.    Why do you assume that?

11         A.    I mean, it's -- are you asking

12    me, if you type it in, will I get to this

13    page?

14         Q.    I'm asking you, if you type in

15    developer.x.com --

16         A.    Yep.

17         Q.    -- and you want to navigate to

18    this page, are there links that allow you

19    to navigate to this page?

20         A.    I don't know exactly; but you

21    could, I'm sure, search for and find this

22    page.

23         Q.    But are there links that allow

24    you to navigate to it?

25         A.    I haven't gone through all of
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 110

1    the links on that page.

2         Q.    Okay.  So, can you go to page

3    219, please.

4         A.    Sure.

5         Q.    This is a page of the same

6    document we've just been talking about.

7         A.    Okay.

8         Q.    You see, on the left center of

9    that page, there's something that says,

10   Official Partner; and there's -- you see

11   the Twitter bird there.

12        A.    I do, yes.

13        Q.    Do you know what happens if

14   you click the button next to it that's

15   labeled, Explore our partners?

16        A.    I don't know.

17             MR. SPRIGMAN:  Okay.  I'm

18        going to share an exhibit with you.

19             So, I just shared an exhibit

20        that's marked Exhibit 17.

21             (Defendant's Exhibit 17,

22        partners.x.com/en, was marked for

23        identification as of this date by

24        the Attorney.)

25   BY MR. SPRIGMAN:

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1        Q.    Can you see that?

2        A.    I'm downloading it right now.

3        Q.    Yep.

4        A.    Yep.  Yes, I see it.

5        Q.    What's the URL of that page?

6        A.    Partners.x.com/en.

7        Q.    I am going to represent to you

8    that that's the page that appears if you

9    click the button that says, Explore our

10   partners, on the page

11   developers.x.com/en/products/x-api/

12   enterprise.

13            Have you seen this page

14   before?

15       A.    I may have come across this

16   page.

17       Q.    Do you see any -- what's the

18   branding on this page?

19       A.    It appears to be X.

20       Q.    Okay.  Bear with me just one

21   second.

22       A.    Sure.

23       Q.    Do you know what happens if

24   you type the URL that we've been talking

25   about, which is

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 112

1    developers.x.com/en/products/x-api,

2    without the restricter "enterprise" into

3    the address bar of an internet browser?

4         A.    I don't know.

5              MR. SPRIGMAN:  Let me share an

6         exhibit with you.

7              (Defendant's Exhibit 18,

8         docs.x.com/x-api/introduction, was

9         marked for identification as of

10        this date by the Attorney.)

11   BY MR. SPRIGMAN:

12        Q.    So, you should be able to see

13   an exhibit now marked 18.  Let me know

14   when you can see it.

15             I'll represent to you that,

16   when you type

17   developers.x.com/en/products/x-api into

18   the address bar of an internet browser,

19   it resolves to this.

20             So, can you see the address in

21   the address bar in this exhibit?

22        A.    On this exhibit, it goes to --

23   it looks like the URL in the address bar

24   is docs.x.com/x-api/introduction.

25        Q.    Okay.  And what is the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 113

```
 1   branding you see on that page?
 2        A.    I see X and Ask Grok.
 3        Q.    Can you tell me what Grok is?
 4        A.    It's an AI model that's
 5   provided by xAI.
 6        Q.    Is xAI related to the company
 7   X Corp.?
 8        A.    Again, would you point to me
 9   where I'm talking about xAI in my
10   declaration?
11        Q.    No, but I am just asking you a
12   question.
13             Is xAI related to the company
14   X Corp.?
15        A.    Yes, xAI and X are independent
16   sister companies but independent
17   companies.
18        Q.    So, do you know if there's a
19   way to navigate from what you see, which
20   is docs.x.com/x-api/introduction, to the
21   web address we've been talking, which is
22   developer.x.com/en/products/x-api/
23   enterprise?
24        A.    Again, I haven't gone through
25   all of these links, so I don't know.
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 114

1          Q.     Okay.

2          A.     You could perhaps search for

3     it.  I don't know.

4          Q.     Okay.  Let me scroll down a

5     little bit.  I am going to please direct

6     you to page 222 of Exhibit 1.  Let me

7     know when you're there.

8          A.     I am here.

9          Q.     Okay.  Do you see on that page

10    what appears to be a printout of an

11    e-mail titled, Twitter Supplier

12    Registration Information?  And then

13    following that is some attachments.

14                Do you see that?

15         A.     Yes.

16         Q.     Where did you get this?

17         A.     This is from our procurement

18    team.  This looks like it is an e-mail

19    that was sent to one of our vendors on

20    October 28, 2025.

21         Q.     October 28, 2025, at 4:01 a.m.

22         A.     Yes.

23         Q.     Is it unusual for an e-mail to

24    be sent from your procurement team at

25    4:01 a.m.?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 115

1          A.     No.   We work with suppliers

2     all over the world, and the procurement

3     team may be sending out e-mails at all

4     hours.

5          **Q.     So, the e-mail address of**

6     **recipient is concealed.**

7               **Do you see that?**

8          A.     Yes.

9          **Q.     Why is that?**

10          A.     For privacy reasons and not

11     subject to -- they're not subject to this

12     litigation.   And for protecting the

13     privacy of our suppliers, we've redacted

14     the information there.

15          **Q.     Do you know when this**

16     **document, the text in this document,**

17     **Twitter supplier registration invitation,**

18     **when this text was first produced?**

19          A.     I don't know exactly when it

20     was produced, but it includes references

21     to -- references to X Payments, LLC,

22     which is a relatively recent development.

23     And so -- but I don't know exactly when

24     this was fathered.   But I mean, at a

25     minimum, this text was -- it's likely

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 116

1    around October 28, 2025.

2         Q.    So, please take a look at page

3    76 of Exhibit 5.  So, let me tell you

4    what page that is in the overall

5    document.  Hang on one second.  That

6    would be page 231 of Exhibit 1.

7         A.    Okay.

8         Q.    So, do you see there's a

9    document there that appears to be titled,

10   Twitter Supplier Onboarding Guide?

11        A.    Yes.

12        Q.    Do you know the date this

13   document was produced?

14        A.    I don't know the date this

15   document was produced, no.

16        Q.    Okay.

17        A.    But it looks like we used this

18   document as shown in that previous e-mail

19   with our suppliers.  And, as I said, we

20   continue to use these documents with our

21   suppliers as I previously said during

22   this deposition and as part of my

23   declaration.

24             MR. SPRIGMAN:  Well, I've just

25        shared an exhibit with you that

01/22/2026        X Corp. vs Operation Bluebird, Inc.        Naser Baseer

Page 117

1            should be marked Exhibit 19.

2                (Defendant's Exhibit 19,

3            Twitter Supplier Onboarding Guide,

4            was marked for identification as of

5            this date by the Attorney.)

6                THE WITNESS:   Okay.

7        Q.    Can you take a look at that,

8    let me know when you're there.

9        A.    I am there.

10        Q.    So, I'm going to represent to

11    you that I downloaded this document from

12    an internet search.

13            And is it the same document as

14    the one beginning on page 75 of Exhibit 5

15    that we just looked at?

16        A.    Let me go back.   Page 75.

17        Q.    Yes.   So, page 75 of Exhibit 5

18    to your declaration, which is page 231 of

19    Exhibit 1 to this deposition.

20        A.    Yes.   They appear to be the

21    same based on my quick comparison between

22    the two here.

23        Q.    Okay.   So, I am going to show

24    you another exhibit.

25        A.    If they're not exactly the

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 118

```
 1   same, they're very similar.  But it's
 2   what it appears to be, yeah.
 3              MR. SPRIGMAN:  I am going to
 4        mark an exhibit as Exhibit 20.
 5              THE WITNESS:  Okay.
 6              (Defendant's Exhibit 20, X Ads
 7        Resources, was marked for
 8        identification as of this date by
 9        the Attorney.)
10              MR. SPRIGMAN:  I am sorry.
11        That's wrong.  Exhibit 20 was the
12        wrong one.  Going to mark Exhibit
13        21.
14              (Defendant's Exhibit 21,
15        Document Properties screenshot, was
16        marked for identification as of
17        this date by the Attorney.)
18   BY MR. SPRIGMAN:
19        Q.    I just shared with you an
20   exhibit, Number 21.  Let me know when
21   you're able to see that.
22        A.    Yes, I am able to see it.
23        Q.    Great.  So, I'll represent to
24   you that this is the document properties
25   pane that appears on the document we just
```

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

**Page 119**

1    saw on Exhibit 19.

2          So, can you please tell me the

3    date that's listed as the date the

4    document was created.

5    A.    Document created has 3/2/20,

6    11:32, I guess 42nd mark, p.m.  Very

7    specific.

8    Q.    Very specific.  And is the

9    modification date and time the same as

10   the creation date and time?

11   A.    The modification date and time

12   appears to be the same, yes.

13   Q.    Okay.

14   A.    It is the same.

15   Q.    Thank you.  Now I am going to

16   show you --

17   A.    But did you say you downloaded

18   this from the web now?

19   Q.    Yes.

20   A.    So, it's still available, and

21   we still continue -- okay.  Great.

22          MR. SPRIGMAN:  Okay.  So, now

23       I am going to show you what I've

24       previously marked as Exhibit 20.

25          Oh, I just -- that is not the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 120

1          right one.  Bear with me.

2               THE WITNESS:  No problem.

3          Take your time.  Lots of exhibits.

4               MR. SPRIGMAN:  Lots of

5          exhibits.  Okay.

6               Now, I am going to ask you to

7          take a look at exhibit -- that's

8          Number 22.

9               (Defendant's Exhibit 22,

10         screenshot of

11         legal.x.com/suppliers.html, was

12         marked for identification as of

13         this date by the Attorney.)

14   BY MR. SPRIGMAN:

15       **Q.   I am going to represent to you**

16   **this is a screenshot I took from an**

17   **internet browser, and the URL is**

18   **legal.x.com/suppliers.html.**

19               **Do you know what this is?**

20       A.   It appears to be one of our

21   web pages.

22       **Q.   Is this the current supplier**

23   **portal?**

24       A.   It could be.  At least it's a

25   page within the supplier portal, yes.

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

1        Q.    Take a look at page 238 of

2    Exhibit 1.

3              Do you see that, page 238 of

4    Exhibit 1?

5              The document is titled,

6    Twitter Supplier Portal View.  Let me

7    know when you're there.

8        A.    Yes, I see that.

9        Q.    Do you know what date this

10   document was produced?

11       A.    I don't know exactly what date

12   the document was produced.

13              MR. SPRIGMAN:  Can you please

14        take a look at Exhibit 23, which I

15        just distributed.

16              (Defendant's Exhibit 23,

17        Twitter Supplier Portal Overview,

18        was marked for identification as of

19        this date by the Attorney.)

20   BY MR. SPRIGMAN:

21       Q.    Let me know when you're there.

22       A.    I am there.

23       Q.    I am going to represent to you

24   that I downloaded this document from an

25   internet search and ask you:  Is this the

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

1    same document as the one beginning -- we

2    just talked about, which begins on page

3    238 of Exhibit 1?

4         A.    It appears to be the same,

5    based on my quick comparative review

6    here.

7              MR. SPRIGMAN:  I am going to

8         mark another exhibit and distribute

9         it to you as Exhibit 24.

10             (Defendant's Exhibit 24,

11        document properties pane, was

12        marked for identification as of

13        this date by the Attorney.)

14   BY MR. SPRIGMAN:

15        Q.    Can you let me know when

16   you're able to view Exhibit 24.

17        A.    Sure.  You were able to

18   download that on the web again -- from

19   the web?

20        Q.    I'll let you know what this is

21   once you get to Exhibit 24.

22        A.    Okay.  I'm on Exhibit 24.

23        Q.    Thank you.  I'll represent to

24   you this is the document properties pane

25   for the same document we just looked at

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer

Page 123

```
 1   in Exhibit 23.

 2        A.    Okay.

 3        Q.    Can you tell me what the

 4   created date is for this document.

 5        A.    3/2/20, 11:32:37 p.m.

 6        Q.    And the modified pane is the

 7   same -- the modified date is the same?

 8        A.    The date is the same.  It

 9   appears to be the same document attached

10   to my exhibit in the e-mail that's

11   associated with the -- in my declaration.

12        Q.    Thank you.  I am going to

13   proceed next to the next thing you have

14   given us in Exhibit 5, so bear with me,

15   and I will get to it.  And that is on

16   page 254 of Exhibit 1.

17              You'll see a link,

18   help.x.com/en/safety-and-security/public-

19   and-protected-posts.

20              Do see that link on page 254?

21        A.    Yes.

22        Q.    And there's a document

23   beginning on page 255.

24              Do you see that?

25        A.    I see that.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 124

1          Q.    That document has at the very

2     top left, X Help Center.

3               Do you see that?

4          A.    That's right.

5          Q.    And, you know, there's a

6     title -- I won't read everything, but

7     there's a title in bigger typeface that

8     says:  About Public and Protected Posts.

9               Do you see that?

10         A.    I see that.

11         Q.    What domain name does this

12    page purport to be located with them?

13         A.    The capture URL on the bottom,

14    it appears to be

15    help.x.com/en/safety-and-security/public-

16    and-protected-posts.

17         Q.    So, this document refers to

18    posts on X as, quote, posts, right?

19         A.    Yes, it does.  But it also has

20    a screenshot where we're referencing

21    Twitter, Tweet in the text there.

22              So, for example, manage what

23    information you allow other people on

24    Twitter to see, and then the heading,

25    Protect Your Tweets, when selected, your

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 125

```
 1   tweets and other account information are
 2   only visible to people who follow you.
 3              So, the page appears to use
 4   both references to posts and tweets, both
 5   of our marks.
 6       Q.   So, what you've been referring
 7   to, am I correct, is what looks like an
 8   embedded video area below the title about
 9   public and protected posts.
10              Am I reading you right?
11       A.   That's right.
12       Q.   I want you to read the rest of
13   the page.  We'll go back to that pane for
14   a second.  But could you read the rest of
15   the page, excluding the embedded video
16   pane.
17              Would you agree that the text
18   of the document consistently refers to
19   posts on X as, quote, posts, end quote?
20       A.   I see references to posts on
21   this page, yes.
22       Q.   Okay.  Now, about -- well, you
23   see references to posts.
24              Do you see -- outside of the
25   embedded video pane, do you see any
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 126

1   references to Tweets?

2        A.   No.  The predominant use seems

3   to be posts.  Nevertheless, I see use of

4   Tweets as -- also explaining the exact

5   same thing, which, as I said, the heading

6   seems to be protect -- or the heading

7   reads:  Protect your Tweets.  When

8   selected, your Tweets and other account

9   information are only available to people

10  who follow you.

11            So, it appears this page is

12  using a combination of our primary

13  references to posts with further

14  additional references to our marks, like,

15  Tweet and Twitter.

16       Q.   So, the word "Tweets" shows up

17  in this embedded video pane; am I

18  correct?

19       A.   Yes, it does.

20       Q.   Do you know when the video

21  that was embedded in that pane was

22  produced?

23       A.   I don't exactly know, but the

24  post -- or, like I said, this article

25  includes both of our brands, X as well as

01/22/2026                 X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 127

1    Twitter and Tweet.

2         Q.    Let's take a look at page 259

3    of Exhibit 1.  You'll see there's a

4    capture URL there of

5    help.x.com/en/managing-your-account/two-

6    factor-authentication.

7              Do you see that?

8         A.    I do see that, yes.

9         Q.    And.

10             If you scroll down to page

11   260, you'll see a document.  It's marked

12   X Help Center in the upper left.

13             Do you see that?

14        A.    I'm sorry.  On page 261?

15        Q.    260.

16        A.    260.  Yes, I do see the

17   reference to X.

18        Q.    It's marked X Help Center; am

19   I correct?

20        A.    I see X Help Center, yes.

21        Q.    Yes.  And below it in larger

22   type you see, do you not, the title:  How

23   to Use Two Factor Authentication.

24             Am I correct?

25        A.    Yes, I see that.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1          Q.     Okay.  Do you know what date

2     this document was produced?

3          A.    I don't know exactly when this

4     document was produced.  I assume you mean

5     when it was created.

6          Q.     When it was created?

7          A.    I don't know exactly when this

8     was created.

9               MR. SPRIGMAN:  It's 12:24.  Is

10          this a good time for lunch?

11               MR. KAGAN:  For the record,

12          it's 12:25.

13               (Whereupon, a lunch break was

14          taken at this time.)

15               MR. SPRIGMAN:  Could we go

16          back on the record at 1:16 p.m.

17     BY MR. SPRIGMAN:

18          Q.     Mr. Baseer, welcome back.

19     Could you turn to paragraph 47 of your

20     declaration, which I believe is on

21     page 22 of the document; and I am going

22     to read this paragraph to you.

23               You're there at paragraph 47?

24          A.    Yes, I am.

25          Q.     Terrific.  Let me read this to

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

1    you:  A search of X Corp. Help Center

2    shows that, quote, Twitter, end quote,

3    and, quote, Tweet, end quote, as pictured

4    and captured below in December of 2025,

5    appears on hundreds of active X Corp. web

6    pages, all of which are directed to users

7    of X Corp.'s platform.

8              Did I read that correctly?

9         A.    Yes.

10         Q.    There's a footnote there.

11    It's footnote 14.  It says:  See X Help

12    Center, help.x.com/en, last visited

13    December 22, 2025.

14              Am I reading that footnote

15    correctly?

16         A.    Yes.

17         Q.    Where did you get these images

18    from?

19         A.    Typing in Twitter or Tweet.

20    And the X Help Center just showed that

21    there were these results.

22         Q.    Did you do this?

23         A.    Again, it was done at my

24    direction.

25         Q.    By whom?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

```
 1        A.     I don't know exactly who took
 2    these screenshots.
 3        Q.     Was it one of your employees?
 4        A.     It's some combination of
 5    either our outside counsel or somebody at
 6    X at my direction.
 7        Q.     But you don't know which?
 8        A.     I don't know exactly for this
 9    specific one who took these screenshots.
10        Q.     Okay.  Why don't we see the
11    search results?
12        A.     But I am familiar with this.
13        Q.     Why don't we see the search
14    results?
15             MR. KAGAN:  Is there an
16        exhibit you're referring to?
17             MR. SPRIGMAN:  I am referring
18        to the images located in Exhibit 1,
19        which is your declaration, beneath
20        the text in paragraph 47.  There
21        are two images -- well, there's
22        really one image that's showing
23        kind of two panes.
24        Q.     Can you just tell me why we
25    don't see the search results here?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 131

1          A.    I'm not sure.  I think this is

2    illustrating references in various ways

3    still continue to appear on our website.

4               MR. SPRIGMAN:  Okay.  I'm

5          going to show you an exhibit, which

6          I've marked as Exhibit 25 and I've

7          distributed.  I wonder if you could

8          access Exhibit 25 and just let me

9          know when you have done so.

10              (Defendant's Exhibit 25, 613

11         results for Twitter, was marked for

12         identification as of this date by

13         the Attorney.)

14              THE WITNESS:  Sure.  I have

15         that.

16   BY MR. SPRIGMAN:

17         Q.    So, I'll represent to you that

18   I did a search for Twitter on the X.com

19   website.  And, if you see there, you'll

20   see a result.  It says:  613 results for

21   Twitter.  So, I got one more than you

22   did.

23              You'll see there's a number of

24   search results listed.  Create X account,

25   X, Periscope, Paid Features Support,

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer

Page 132

1    Guidelines for Promotions on X, How to

2    use the Delegate feature, Following FAQs.

3              You see those search results,

4    right?

5        A.    Yes.

6        Q.    Okay.  So, I will represent to

7    you I clicked on Following FAQs.  On the

8    next screen, you'll see what resulted,

9    which is a page for Following FAQs.

10              And below Following FAQs, it

11    says:  What is following?  Following

12    someone on X means, bullet point, you are

13    subscribing to their posts as a follower;

14    Their updates will appear on your home

15    timeline; that person is able to send you

16    Direct Messages.

17              Do you see Twitter marks

18    appearing here on this Following FAQs

19    page and what follows?

20              It's several pages.

21        A.    I don't readily see any

22    Twitter wordmark here.

23        Q.    Do you see the Twitter bird

24    mark, by which I mean the Twitter image

25    mark of the bird?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

```
 1          A.    On this page I don't see the
 2   bird logo, no.
 3          Q.    Do you see the word "Tweet"
 4   anywhere here?
 5          A.    On that page, I don't; but, if
 6   you go back to the search results, when
 7   you conduct the search on the Following
 8   FAQs, there's a reference to Twitter
 9   there.
10          Q.    Right.  So, it says on the
11   Following FAQs search result, which is on
12   the second page of Exhibit 25, it says:
13   Following FAQs.
14                It says:  Following someone on
15   Twitter means you're subscribing to their
16   Tweets as a follower.
17                Now scroll down to the third
18   page, where it's X Help Center in the
19   upper left.  The title is Following FAQs.
20                If you read down, it says:
21   What is following?  Following someone on
22   X means you're subscribing to their posts
23   as a follower.
24                You would agree, would you
25   not, you see X in the text in the search
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 134

1    result where Twitter was, and you see

2    post in the result where you saw Tweet in

3    the short form on page 2 of Following

4    FAQs, right?

5          A.    I do see post here on this

6    page; and, yes, I do see Twitter in that

7    spot in the search results.  We use a

8    combination of our marks throughout the

9    website.

10         Q.    Or could it be you updated the

11   Following FAQs page to read X instead of

12   Twitter and posts instead of Tweets, but

13   you just haven't updated yet the search

14   results tagline which still refers to

15   Twitter and still refers to Tweets?

16         A.    We use our marks in various

17   different ways; and we'll use them in

18   connection with, again, search terms.

19   We'll use them in connection with

20   headings.  We'll use them in connection

21   with examples.  As we've been talking

22   about, a number of these marks appear

23   throughout our website in various ways.

24         Q.    But the Following FAQs page,

25   which begins on page 3 of Exhibit 25,

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 135

```
 1    that refers only to posts and not Tweets,

 2    and it refers only to X and not Twitter?

 3         A.    This particular page only

 4    refers to posts and X; but, as we've

 5    talked about before, there are other

 6    pages that include both of these marks in

 7    combination.  Some are more prominently

 8    used than other marks, but both sets of

 9    marks are used.  They're used in various

10    different ways.

11              MR. SPRIGMAN:  Let's look at

12         Exhibit 26, please.

13              (Defendant's Exhibit 26, NASA

14         post screenshot, was marked for

15         identification as of this date by

16         the Attorney.)

17    BY MR. SPRIGMAN:

18         Q.    Tell me when you're there.

19              Can you tell me what this is.

20         A.    This appears to be a post on

21    the platform.

22         Q.    By "on the platform," you mean

23    on the X.com social media platform?

24         A.    I mean, yes, the X platform.

25    But, like I said, we've been using both
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 136

1    Twitter and X to refer to the same

2    platform.  Again, this is our platform.

3         Q.    Do you see any Twitter marks

4    on this page?

5         A.    I see the blue checkmarks we

6    continue to use.

7         Q.    Is that registered as a

8    trademark?

9         A.    I recall that it is.

10        Q.    Do you see any X marks on this

11   page?

12        A.    I do see X marks.

13        Q.    Look at the lower left-hand

14   corner of the page, the big black button.

15             What does that button say?

16        A.    It says Posts.

17        Q.    That's what X calls posts on

18   X.com, isn't it?

19        A.    That's one of the ways we

20   refer to posts, yes.

21        Q.    Does the word "Tweet" appear

22   anywhere here?

23        A.    Not on this page, no.

24        Q.    Is there a Tweet button on

25   X.com's social media platform?

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer

Page 137

```
1        A.    I can't be sure.
2        Q.    Have you ever seen a Tweet
3    button on X.com's social media platform?
4        A.    I have.
5        Q.    When?
6        A.    In the past.  I can't tell you
7    exactly when.
8        Q.    A year ago?
9        A.    I can't tell you exactly when.
10       Q.    Two years ago?
11       A.    I can't tell you exact when.
12       Q.    Is there a Tweet button on
13   X.com's social media platform today?
14             MR. KAGAN:  Objection.  Beyond
15        the scope of the declaration.
16             THE WITNESS:  I mean, if you
17        can point to me where in the
18        declaration I am speaking about a
19        Tweet button.
20             [Crosstalk.]
21       Q.    I'm just asking a question.
22       A.    I'm sure there are references,
23   as we've seen in the past, where we've
24   used the marks in screenshots and other
25   places.  And then we also, in some of the
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

 1   articles, have seen the reference to the

 2   Tweet mark itself.  It may be that, in

 3   one of those screenshots, the Tweet

 4   button appears.

 5        Q.    Let me ask you the question

 6   again.  If there's anything about the

 7   question, you don't understand, please

 8   let me know.

 9             Is there a Tweet button on the

10   X.com social media platform today?

11             MR. KAGAN:  Same objection.

12             THE WITNESS:  My response is

13        the same.  I don't know exactly,

14        having -- I need to look at the

15        entirety of the platform; as well

16        as, like I said, on our site I

17        would have to go through.  We've

18        shown and we've talked about

19        examples where some of those may be

20        present, and whether it's

21        screenshots or examples or

22        references to the Tweet.

23        Q.    Do you have a browser in front

24   of you?

25        A.    I do have a browser.

Page 139

1      Q.    Can you type in X.com, please.

2      A.    Sure.

3      Q.    Let me know when you're on

4   X.com.

5      A.    I am.

6      Q.    Show me the Tweet button.

7   Tell me where the Tweet button is.

8           MR. KAGAN:  Objection.  Beyond

9        the scope of the declaration.

10          And, pursuant to Rule 30(c), I

11       am going to structure the witness

12       not to answer.

13          MR. SPRIGMAN:  Okay.

14          I am going to direct you to

15       Exhibit 27.

16          (Defendant's Exhibit 27, NASA

17       Tweet, was marked for

18       identification as of this date by

19       the Attorney.)

20   BY MR. SPRIGMAN:

21      Q.    Let me know when you're there.

22      A.    I'm here.

23      Q.    Okay.  Can you tell me what

24   you're looking at?

25      A.    It appears to be another

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 140

1    screenshot of the platform.

2        Q.    So, the X.com social media

3    platform?

4        A.    The Twitter.com and X.com

5    platform that can be reached through

6    either of those URLs, yes.

7        Q.    Okay.  We'll get back to that.

8             Do you see a post that's

9    titled, NASA Administrator, Jared

10   Isaacman?

11            I guess that's the name of the

12   account.

13       A.    Yes.

14       Q.    About the Artemis II mission

15   to the moon, which is very exciting?

16       A.    I do see that, yes.

17       Q.    Okay.  Look at the bottom of

18   that post.

19            Do you see a gigantic what

20   looks like a vehicle that takes the

21   Artemis II to the launch pad?

22       A.    Yes.

23       Q.    Beneath that, you'll see some

24   icons.

25       A.    I do see the icons.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 141

1      Q.    Do you see the icon that's
2   highlighted in green?

3      A.    Yes, I do.

4      Q.    What is the name of that icon?

5           MR. KAGAN:   Objection.   Beyond
6       the scope of the declaration.

7           THE WITNESS:   Again, I, as
8       part of my declaration, never said
9       or didn't speak to this issue.

10     Q.    I am going to ask you the same
11   question.

12           What is the name of that icon?

13     A.    Highlighted here, it's called,
14   Repost.

15     Q.    I'll represent to you that I
16   hovered my curser over that, and a pane
17   opens up, and it says, Repost.

18           Do you see that?

19     A.    I do see the hover and the
20   Repost, yes.

21     Q.    Can you direct me to the
22   Retweet icon on this page?

23     A.    I would say the exact same
24   icon is also the Repost or Retweet icon.
25   Users use these terms interchangeable.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 142

```
1          Q.    So, if I hover my curser over

2    that icon, will there come a time where I

3    see a Retweet window open up?

4          A.    I can't speak to what can or

5    cannot happen in the future.

6                MR. SPRIGMAN:  Okay.  I am

7          going to show you another exhibit.

8          It's Exhibit 28.

9                (Defendant's Exhibit 28, 348

10         Results for Tweet, was marked for

11         identification as of this date by

12         the Attorney.)

13   BY MR. SPRIGMAN:

14         Q.    Let me know when you're there.

15         A.    I'm here.

16         Q.    So, I'll represent to you that

17   this is a search for a Tweet I did on the

18   X.com website.  And you see there's 348

19   results for Tweet.  Again, I got one more

20   than you did.

21                And, if you scroll down,

22   you'll see some search results.  It's a

23   page to How to like a Post, How to

24   Repost, How to Post.

25         A.    Yep.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 143

1        Q.      So, I am going to go to the
2    third page which is the screen that you
3    get when you click on How to Repost.
4              So, would you please take a
5    look at that and tell me whether the word
6    "Tweet" appears there.
7        A.      It doesn't appear on this page
8    but appears as part of the search
9    results.
10       Q.      Can you tell me whether the
11   word "Retweet" appears on the page.
12       A.      On this specific page, the How
13   to Repost page?
14       Q.      Yes, please.
15       A.      I don't see that reference on
16   this particular page, no.
17       Q.      Let's go to back to your
18   declaration.  I am interested in
19   paragraph 48, which is on page 22.
20       A.      Yes.
21       Q.      So, let me read what you say
22   in paragraph 48.  It's a short paragraph,
23   and I am going to ask you some questions
24   about it.
25       A.      Sure.

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 144

1          Q.    It says in paragraph 48:

2     Additionally, a search on Google for

3     Twitter yields dozens of images, posts,

4     and support pages published within

5     X.Corp.'s website, which still utilize

6     the Twitter bird copyright and logo.

7               Did I read that correctly?

8          A.    Yes.

9          Q.    Let's look at the next page,

10    which is page 22 of your declaration.

11    It's the image that appears below the

12    text in paragraph 48.

13              Do you see that?

14         A.    Yes.

15         Q.    Okay.  Where did this come

16    from?

17         A.    When you type in Twitter into

18    the Google search engine and then click

19    on the images tab of the search engine,

20    these results pop up.

21         Q.    So, that's not right, is it?

22              I mean --

23         A.    If you're conducting a search

24    for the site with Twitter, those are the

25    -- when you click on the images tab,

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 145

1    that's the result page that shows up.

2         Q.    Okay.  So, let me just make

3    sure I understand.

4         A.    Yep.

5         Q.    So, you're doing a search on

6    Google, and the search is Twitter, and

7    there's a restricter --

8         A.    Yes.

9         Q.    -- and the restricter is site:

10   X.com.

11        A.    Yes.

12        Q.    In other words, if I am

13   correct, and tell me if I am not, you're

14   instructing Google to search for the term

15   "Twitter" but only on the site X.com.

16             Am I correct?

17        A.    Yes, that's right.

18        Q.    Okay.

19        A.    And then, when you click on

20   images, these are the resulting pages.

21        Q.    Okay.  So, I see that.  I see

22   beneath the address -- the search bar

23   where someone typed, "Twitter" site:

24   X.com is a menu.  AI mode, all images,

25   and it's images that's selected; is that

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 146

```
 1   right --

 2        A.    That's right.

 3        Q.    Okay.  So, these are the image

 4   search results?

 5        A.    From X.com site, yes.

 6        Q.    Oh, from the X.com site.

 7              So, do you know the creation

 8   dates of any of the pages from which the

 9   images that are shown here originate?

10        A.    I don't know the exact

11   creation dates for all of these pages.

12        Q.    Do you know the approximate

13   creation dates for any of these pages?

14        A.    I don't know what the

15   approximate creation dates are for these

16   pages.

17        Q.    Okay.  So, let's look at

18   paragraph 49 of your declaration.

19        A.    Sure.

20        Q.    It refers to Exhibit 6, Which

21   I would like to refer you to.  Let me see

22   if we can find it, and I'll tell you the

23   page.

24              So, 266 is the exhibit number.

25   And if you go to 267, you'll see what I
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 147

```
 1    want to ask you about.

 2              So, on page 267 of your

 3    declaration, Exhibit 1, is a document

 4    titled, Twitter Brand Guidelines.

 5              Am I correct?

 6        A.    Sorry.   Page --

 7        Q.    267.

 8        A.    Yep.   I'm there.

 9        Q.    Do you have it?

10        A.    Yes.

11        Q.    You see upper left, Twitter

12    Brand Guidelines?

13        A.    Yes.

14        Q.    Where did this document come

15    from?

16        A.    This document was created to

17    help users who used the Twitter marks to

18    ensure that they comply with our brand

19    guidelines.

20        Q.    Let me ask question again.

21              Where did this document come

22    from?

23        A.    This is part of the materials

24    that we have.   And, in fact, I may have

25    had a copy of this and shared this with
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 148

```
 1    our outside counsel.
 2         Q.    So, there's no URL associated
 3    with this?
 4         A.    I believe, if you search for
 5    Twitter brand guidelines, you can reach
 6    this.
 7         Q.    But you haven't provided us a
 8    URL?
 9         A.    As part of my declaration --
10    I'd have to refer to my declaration.  And
11    let me take a look at it.
12         Q.    Do you know where this copy
13    came from?
14         A.    This exact copy, like I said,
15    I may have shared this; but I'm not a
16    hundred percent sure if the exact copy
17    was either downloaded from the internet,
18    based on a search, or if I provided.
19         Q.    I want you to take a look at
20    page 267 and tell me if you agree with
21    me.  Page 267 shows, at least to me, and
22    maybe you agree, maybe you don't, what
23    appear to be wear marks.
24         A.    What appear to be what?
25         Q.    Wear marks, so in other
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 149

```
 1   words --
 2        A.    I'm not sure.
 3        Q.    -- if you look at this blue --
 4        A.    Yes.
 5        Q.    -- there are places where the
 6   blue appears to be scuffed or worn.
 7        A.    Yes.
 8        Q.    As if this came from a paper
 9   document rather than from something
10   online.
11        A.    I can understand your
12   misunderstanding there.
13        Q.    Okay.
14        A.    Twitter had brand guidelines.
15   We had a whole look and feel, and the
16   whole concept was we're raw and real, and
17   so this isn't an old paper document.
18   This is actually the overall look and
19   feel.
20        Q.    This is graphic design?
21        A.    Right.  This is graphic
22   design.
23        Q.    Got it.
24        A.    And you'll see throughout that
25   document that we consistently use that
```

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 150

1   design.  And that's why, every one of the

2   pages, you'll see that kind of worn, that

3   raw feel as part of this.  That's what

4   this is about.

5              And if you can look at, for

6   example, on the page where the -- our

7   Twitter blue bird logo is, you'll not see

8   any of those worn things.  So, what

9   you're talking about there is evocative

10  of the overall look and feel of that raw

11  and real feeling for Twitter.  And every

12  one of the blue bird logos, you'll see

13  how none of those marks or scuffs, as we

14  refer to them.

15       **Q.    Have you maintained that**

16  **overall raw look and feel for X-branded**

17  **goods and services?**

18       A.    We evolve our look and feel

19  all the time.

20       **Q.    Do any X-branded goods and**

21  **services have this kind of graphic design**

22  **kind of simulating wear included in them?**

23       A.    I'm not sure.  But, again, I

24  didn't testify with respect to the look

25  and feel of the X.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 151

```
 1                    I'm sorry.  My declaration
 2   doesn't include anything about the look
 3   and feel of the X logo or the brands.
 4        Q.    But your testimony is you
 5   don't know one way or the other?
 6        A.    I don't know.
 7        Q.    What's the date of this
 8   document?
 9        A.    It looks like -- well, the
10   document was filed on 12/26/25.
11                    Is that right?
12                    Yeah.  I mean, it's stamped
13   filed as 12/26/25.
14        Q.    Okay.  But what's the date of
15   the document?
16                    MR. KAGAN:  Object to form.
17                    THE WITNESS:  I'm sorry.  Are
18     you asking when it was created?
19        Q.    When was it created?
20        A.    I don't know.
21        Q.    Take a look at page 267,
22   please, of Exhibit 1.
23        A.    Okay.
24        Q.    What's the date of the
25   document?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 152

1       A.      October 2020.

2               MR. SPRIGMAN:  Let me show you

3         an exhibit.

4               THE WITNESS:  Sure.

5               (Defendant's Exhibit 29, X

6         brand tool kit, was marked for

7         identification as of this date by

8         the Attorney.)

9   BY MR. SPRIGMAN:

10      Q.      You should have now access to

11  Exhibit 29.  Just let me know when you

12  have it in front of you.

13      A.      I have it.

14      Q.      What is it that you're looking

15  at?

16      A.      It's the brand tool kit for

17  the X brand.

18      Q.      Okay.  Are there any

19  instructions in this X brand tool kit

20  about the use of the Twitter marks?

21      A.      I didn't speak to anything

22  about the X brand tool kit in my

23  declaration.

24      Q.      I understand.  I don't agree.

25              But are there any instructions

01/22/2026                X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 153

1    about the use of the Twitter marks in the

2    X brand tool kit?

3              MR. KAGAN:  Objection.  Beyond

4         the scope of the declaration.

5              THE WITNESS:  There wouldn't

6         be references to the Twitter marks

7         in the X brand tool kit.  The

8         references, as you saw, would be in

9         the Twitter brand guidelines.

10         Q.    Would you consider this to be

11    the current brand tool kit for X?

12              MR. KAGAN:  Objection.  Beyond

13         the scope of the declaration.

14              THE WITNESS:  No.  We have

15         multiple brand guidelines

16         associated with different brands.

17         The characterization that this is

18         current, if you're comparing the

19         two, is inaccurate.  This is the

20         brand tool kit and brand guideline

21         for the X brand, yes.

22         Q.    For the Twitter brand, if you

23    look at what's in front of you, Exhibit

24    29, you see

25    about.x.com/en/who-we-are/brand-toolkit.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 154

```
 1                    So, is there a comparable
 2    Twitter brand tool kit on the X.com site?
 3         A.    It's very likely about would
 4    yield the brand guidelines for Twitter.
 5         Q.    Would you please type in
 6    about.twitter.com into the internet
 7    browser in front of you, please.
 8         A.    I did.
 9         Q.    What is the URL that you see
10    in the address bar of the browser in
11    front of you?
12         A.    It says:  about.x.com/en.
13         Q.    Does this update your answer
14    about whether there about.twitter.com?
15         A.    I am going to conduct a Google
16    search, and let's figure out if Twitter
17    brand guidelines can be found.
18         Q.    Hang on.  I am not there yet.
19    I've asked you a question, which is:
20    It's not true, if you type in
21    about.twitter.com, that you get the
22    Twitter brand guidelines, correct?
23              MR. KAGAN:  Object to form.
24              THE WITNESS:  I'd have to look
25         to see if there's an ability to
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 155

1         search.

2         Q.    That's not what I am asking

3    you.

4               MR. KAGAN:  Please allow the

5         witness to finish his answer.

6               MR. SPRIGMAN:  I hear you.

7         Q.    What I'm asking you is:  If

8    you type about.twitter.com into a web

9    browser, you do not get the Twitter brand

10   guidelines.

11              Am I correct?

12        A.    Not in this method perhaps.

13   Let me see if I can search.

14        Q.    Let me ask you another

15   question, and then we'll get to that.

16        A.    Yeah.

17        Q.    So, Who We Are, you see on the

18   about.x.com/en, on the right side you see

19   a menu.  And the first entry in the menu

20   is:  Who We Are.

21              Do you see that?

22        A.    I'm sorry.  Where are we

23   looking?

24        Q.    About.x.com/en.  There's a

25   menu on the right side of the page that

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 156

```
 1   begins -- the first entry is:  Who We
 2   Are.
 3              Do you see that?
 4        A.    Yes.
 5        Q.    Would you hover over that,
 6   please.
 7        A.    Okay.
 8        Q.    What is the pane that pops up
 9   when you hover "show"?
10        A.    Careers and brand tool kit.
11        Q.    Would you please select brand
12   tool kit.
13        A.    I clicked on it.
14        Q.    And what do you see?  What is
15   the address that you see?
16        A.    About.x.com/en/who-we-are/
17   brand toolkit.
18        Q.    And below the address in the
19   upper left corner, what do you see?
20        A.    I see the X logo and about.
21        Q.    And below X about in big type,
22   what do you see?
23        A.    Brand tool kit.
24        Q.    And below brand tool kit in
25   smaller type, what do you see?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 157

```
 1        A.     Your one-stop shop for X

 2   assets.

 3        Q.     What I would like you to do

 4   now is look on this page, scroll down;

 5   and I want you to tell me if you see any

 6   appearance of the Twitter marks on this

 7   page.

 8        A.     I don't.  But, as I said, this

 9   is about the X brand rather than the

10   Twitter brand.  And Twitter brand have

11   their own brand guidelines.

12        Q.     I want to go back to an

13   exhibit for a second; and, in particular,

14   I want to go to Exhibit 1; and I want to

15   go to paragraph 50 of your exhibit, which

16   refers to Exhibit 7.  So, let's just see

17   where Exhibit 7 is.  Let me give you a

18   page number, okay.

19              You referred to Exhibit 7 in

20   paragraph 50, and Exhibit 7 starts on God

21   only knows what page because this is

22   slow --

23              MR. GERBER:  283.

24        Q.     -- 283.  Okay.  You'll see --

25   on page 283 you'll see the numbering for
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 158

1    Exhibit 7.  And then on page 284, you'll

2    see a page vault page, which has, among

3    other things on that page, a capture URL,

4    which is JetBlue.com.

5                Do you see that?

6        A.    Yes.

7        Q.    Could you scroll down, please,

8    to page 285.

9        A.    Yes.

10       Q.    What do you see here, on page

11   285?

12       A.    Sorry.  I'm --

13       Q.    Take your time.

14                Let me just note one more

15   thing.  This may be a little difficult

16   because the page numbering semi-obscures

17   the page content at the very top of the

18   page.  But, with that in mind, if you can

19   tell me what you see here.

20       A.    It looks like it's a page for

21   JetBlue.  It has navigation menus up on

22   top, pictures, and then also their

23   headlines:  So, many ways to JetBlue.

24   Presumably links, and then references to

25   their policies:  Get To Know Us, JetBlue

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 159

1    section, and then social media icons at

2    the bottom of the page.

3        Q.    Do you agree with me that it

4    looks like a screenshot from the website

5    of JetBlue, the New York-based airline?

6        A.    Yes, I believe so,

7    considering, yeah, the capture URL says

8    JetBlue.com.

9        Q.    Right.  Could you look closer

10   to the bottom of page 285, and you see

11   there's a menu.

12           It says:  Get to Know Us,

13   Policies, JetBlue in Action, Stay

14   Connected?

15       A.    Yes.

16       Q.    Look down, please, below Stay

17   Connected.  You see -- a couple of rows

18   down, you see a row of social media

19   icons:  One for Facebook, I think;

20   another for Instagram, I think; one,

21   which I think is the Twitter icon.

22       A.    It is the Twitter icon.

23       Q.    And then the last, which I

24   take to be YouTube?

25       A.    Yes.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1          Q.     Do you know when the social

2    media icons on this JetBlue site were

3    updated last?

4          A.     I don't know that.

5          Q.     This social media icon, do you

6    know what happens when you click on the

7    Twitter icon on the JetBlue site?

8          A.     It takes you to our platform.

9               MR. SPRIGMAN:  Okay.  Let me

10          show you an exhibit.  Hang on one

11          second, please.

12               (Defendant's Exhibit 30,

13          @JetBlue account screenshot, was

14          marked for identification as of

15          this date by the Attorney.)

16    BY MR. SPRIGMAN:

17          Q.     So, I have distributed Exhibit

18    30, which should be available for you to

19    view momentarily.  When you have a

20    moment, when it's there, could you please

21    go to Exhibit 30 and tell me when you're

22    there.

23          A.     I'm there.

24          Q.     Okay.  What do you see?

25          A.     I see JetBlue's account on the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 161

```
 1   platform.
 2        Q.    In other words, @JetBlue, am I
 3   right, that's their handle?
 4        A.    Yes, that's their handle.
 5        Q.    What do you see in the upper
 6   left of the screen?
 7        A.    I see the X brand.
 8        Q.    Do you see Twitter marks
 9   anywhere on this page?
10        A.    I don't readily see the
11   Twitter reference here.
12        Q.    What do you imagine -- or do
13   you know what the URL would be for this
14   page?
15        A.    I don't know that.
16        Q.    Okay.  On the browser in front
17   of you, can you type in JetBlue.com,
18   please.
19        A.    Yes.
20        Q.    Could you scroll down to the
21   Twitter icon.
22        A.    Yep.
23        Q.    Could you click on that.
24        A.    Yep.
25        Q.    Could you now tell me in the
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 162

1    address bar of the browser what the URL

2    that is shown, the web address shown, is.

3         A.    X.com/jetblue.

4         Q.    X.com/jetblue, right?

5         A.    Yes.

6         Q.    Do you see the Twitter marks

7    anywhere on this page?

8         A.    Not on this page, no.  But,

9    obviously, if you were driven to this

10   based on clicking on the Twitter logo.

11        Q.    Okay.  So, let's go back --

12        A.    And it looks like we're

13   still -- at least on my screen, it shows

14   the blue and white theme from the Twitter

15   branding.  It says:  Don't dismiss what's

16   happening, in blue and white.

17        Q.    Don't dismiss what's

18   happening, can you show me where that

19   would be?

20        A.    Sorry.  I can show you on my

21   screen.

22        Q.    Is that on the JetBlue

23   website?

24        A.    No.  It's literally on

25   (indicating).

01/22/2026             X Corp. vs Operation Bluebird, Inc.             Naser Baseer

Page 163

1          Q.      Got it.

2          A.      On the X website.

3          Q.      Got it.

4          A.      Our platform.  Like I said,

5      you're taken here by clicking on the

6      Twitter icon.

7          Q.      Can you go to page 289 in

8      Exhibit 1, please?

9                  So, the capture URL here is

10     loreal.com/english?

11         A.      That's right.

12         Q.      So, L'Or al, I believe, being

13     a cosmetics company?

14         A.      That's right.

15         Q.      If you scroll down to

16     page 290.

17         A.      That's right.

18         Q.      You see what looks like a web

19     page from L'Or al Groupe?

20         A.      The capture URL is

21     Loreal.com/en.

22         Q.      If you scroll down further to

23     the very bottom of that web page on

24     page 291, you see the Twitter icon; am I

25     correct?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 164

```
1        A.     Yes.

2        Q.     Do you know what happens when

3    you click on that Twitter icon at the

4    bottom of the L'Or al Groupe web page?

5        A.     You're directed to our web

6    page and website and platform.

7        Q.     You're directed to the L'Or al

8    Groupe's page on your platform?

9        A.     That's what I assume, yes.

10       Q.     That would be @LorealGroupe?

11       A.     I'd have to click right now to

12   just confirm.

13       Q.     Could you do that?

14       A.     Yep.

15              You're taken to the

16   @LorealGroupe.

17       Q.     Do you notice there's an "E"

18   at the end of "groupe"?

19       A.     Yes.

20       Q.     The French had the temerity to

21   spell "groupe" with an E.

22       A.     I respect all languages --

23       Q.     As do I.

24       A.     -- and all cultures.

25       Q.     As I do.
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 165

1                    Could you please read for me

2    the address in the address bar of the

3    browser for the account of the L'Or al

4    Groupe on your platform?

5          A.    This URL is

6    X.com/lorealgroupe, with an E, question,

7    lan, equals EN.

8          Q.    Which you take to be English?

9          A.    That's right.

10               And, again, I see the page;

11   and I see the same blue-and-white banner

12   across the bottom.  It says:  Don't miss

13   what's happening.

14         Q.    Let's go back to Exhibit 7.

15   It's actually Exhibit 1, which is your

16   declaration.  It's Exhibit 7 of

17   Exhibit 1.  And now we're going to go to

18   the next entry, which begins on page 292.

19   It shows the capture URL, which is

20   business.comcast.com.

21               And if you scroll down on page

22   293, what do you see?

23         A.    I see the capture information

24   on page 293.

25         Q.    Whose website is that?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 166

1          A.     It's Comcast.   It looks

2     business.comcast.com is the capture URL.

3          Q.     Here's something odd.  Could

4     you please type in business.comcast.com

5     on your web browser.

6          A.     Sure.

7          Q.     It may take a moment to

8     resolve.  It did for me.  They are a

9     cable company; but, apparently, their

10    site is slow, which says a lot.

11         A.     Okay.

12         Q.     Is this the cite

13    business.comcast.com that you have

14    screenshotted in the part of your

15    declaration we've been talking about?

16         A.     It appears to be.

17         Q.     Could you scroll down.

18         A.     Yes.

19         Q.     If you scroll all the way to

20    the bottom, it's really all the way to

21    the bottom.  You'll see social media

22    icons.

23         A.     Yes.

24         Q.     Can you click on the Twitter

25    bird icon, please.

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          **Naser Baseer**

```
 1        A.    Yes.

 2        Q.    That takes us to the page on

 3   your platform for @ComcastBusiness; am I

 4   correct?

 5        A.    Yes.

 6        Q.    Would you please read the URL

 7   that's contained in the address bar of

 8   the browser you have in front of you?

 9        A.    X.com/comcastbusiness.

10              And again blue-and-white

11   appearance, and we were driven here by

12   clicking on the Twitter bird logo and

13   mark.

14        Q.    So, I am not going to go

15   through all of these because we're

16   mortal, but is it X's contention that

17   these icons appearing on another

18   company's page as a way of directing

19   their consumers to their own social media

20   pages on X.com qualifies as use of the

21   Twitter mark by X?

22              MR. KAGAN:  Object to form.

23              THE WITNESS:  These businesses

24         downloaded these assets at one

25         point from Twitter and use them as
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 168

1          their social media icons to use

2          them in connection with our

3          platform, and we allowed them to do

4          that as part of our opportunity for

5          others, in a very specific context,

6          based on the controlled

7          environment, like the ability to

8          download the icon and use the icon

9          to drive to our platform.

10       Q.    Do you know when any of these

11   third parties, the businesses that you

12   have screenshotted the websites of in

13   this exhibit we've been discussing,

14   Exhibit 7 to your declaration which is

15   marked as Exhibit 1, do you know when any

16   of them downloaded these icons?

17       A.    I don't know the exact dates,

18   but they continue to use them, and we

19   continue to allow that use to drive to

20   our platform.

21       Q.    You think that qualifies as

22   use of the Twitter marks by X?

23              MR. KAGAN:  Object to form.

24              THE WITNESS:  As I provided in

25       my declaration, these companies

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer

Page 169

1          continue to use these marks to

2          drive to our platform.

3          Q.    By your platform, you mean

4    X.com?

5          A.    Whether it's using the X.com

6    domain name or Twitter.com, you're taken

7    to the exact same platform.

8          Q.    So, each of the third-party

9    uses in this exhibit, when you click on

10   the social media icons in these various

11   third-party web pages, they all resolve

12   to X.com, correct?

13         A.    Yes.  As I said, they use

14   these by downloading typically the social

15   media icons from us at various points in

16   time and to drive to our platform, yes.

17         Q.    So, I want to go back to your

18   declaration, and I want to talk about

19   Exhibit 8, which I'll get to it in a

20   second.  Let me scroll to it.

21               Exhibit 8, the number appears

22   on page -- the page with the number

23   appears on page 313, 313 of Exhibit 1.

24   And the first page-vault page is on 314.

25   And the capture URL here is

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 170

```
 1    apps.apple.com/us/app/x/id333903271.

 2              So, take a look at that URL

 3    for a second.

 4              Do you see the X brand in the

 5    URL?

 6         A.    Yes.

 7         Q.    Do you see the Twitter brand

 8    in the URL?

 9         A.    No, I don't.

10         Q.    Could you scroll down, please

11    to page 315?

12         A.    Yes, I am here.

13         Q.    Okay.  What do you see at the

14    top of that page?

15         A.    I see --

16         Q.    I should say the top right,

17    not the top left which is a menu, but the

18    content which is at the top right.

19         A.    I see X brand, the design, as

20    well as the X.

21         Q.    So, you see the design, the X

22    icon --

23         A.    X design and X icon, yes.

24         Q.    You also see X, the letter?

25         A.    Yes.
```

01/22/2026               **X Corp. vs Operation Bluebird, Inc.**               **Naser Baseer**

Page 171

1          Q.     And if you scroll down --

2          A.     Yes.

3          Q.     -- there are one, two,

4     three -- four what look like panes which

5     have graphical content in them.

6          A.     Yes.

7          Q.     What branding do you see

8     there?

9          A.     I see a screenshot that

10    includes the X brand.

11         Q.     Scroll down a bit.  And

12    there's some text.  It's in small type,

13    small relative to what we've seen before.

14    And it says:  Welcome to X, parenthesis,

15    formerly known as Twitter, close

16    parenthesis.

17              Do you see that?

18         A.     Yes.

19         Q.     Scroll down a bit.

20         A.     Yes.

21         Q.     Do you see any other

22    occurrences of the Twitter brand, other

23    than in the parenthesis, formerly known

24    as Twitter?

25         A.     I don't see other references,

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 172

1    although I need to -- sorry.  I need to

2    magnify.  It's really small print.

3         **Q.    Yep.**

4         A.    I don't see readily another

5    reference.

6         **Q.    Okay.**

7         A.    I do see that one reference.

8         **Q.    Do you see there's a line that**

9    **says, Information?**

10        A.    On the same page?

11        **Q.    No.  If you scroll down under**

12   **Ratings and Reviews, keep scrolling down.**

13        A.    Okay.

14        **Q.    You'll see, What's New.  And**

15   **then you'll see, App Privacy.**

16        A.    Yes.

17        **Q.    Then you'll see,**

18   **Accessibility.**

19        A.    Yes.

20        **Q.    And then you'll see,**

21   **Information.**

22        A.    I do see that.

23        **Q.    Who is the seller?**

24        A.    It's our corporate entity,

25   X Corp.

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          **Naser Baseer**

Page 173

1        Q.     If you look down two lines,
2    you'll see it says, In-app purchases.
3    And then to the right it says, Copyright.
4              Who is the copyright holder?
5        A.     It's the corporate entity at
6    X Corp.
7        Q.     Could we scroll down, please,
8    to page 318 and take a look at Exhibit 9.
9    And this is a capture, if you look, page
10   319.
11       A.     Yep.
12       Q.     This is a capture from
13   NBA.com, right?
14   NBA.com/celtics/news/boston-celtics-and-
15   fanduel-sportsbook-announce-partnership.
16              Right?  Is that the capture
17   URL?
18       A.     Sorry.  I am just still
19   scrolling from the app store to -- we
20   talked about -- so, X Corp. is the entity
21   that owns the Twitter and X trademarks.
22   Now we're going to the NBA site.
23              Is that right?
24       Q.     So, if you scroll to 319 --
25       A.     Or the FanDuel site, yes.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1    We're going to NBA page with the FanDuel

2    site?

3          Q.    Yes.

4          A.    The reference to the FanDuel?

5          Q.    Right.  So, that's the URL on

6    page 319, right, that I just read?

7          A.    Yes.

8          Q.    And then, if you look at 320,

9    you see what looks like an NBA -- if I am

10   not mistaken, an NBA website?

11         A.    Yes.

12         Q.    Do you see the banner for the

13   Celtics?

14               It's green --

15         A.    I see that.

16         Q.    -- at the top.

17         A.    Yes.

18         Q.    Could you look -- there's a

19   whole menu there, but can you look to the

20   right of the menu.

21         A.    Yes.

22         Q.    Do you see there is a row of

23   what looks like social media icons?

24         A.    Yes.

25         Q.    What's the first icon for?

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 175

```
 1        A.      It's Facebook.

 2        Q.      And what's the second icon

 3    for?

 4        A.      It's the X.

 5        Q.      Do you see the Twitter icon

 6    anywhere?

 7        A.      I don't see the Twitter icon

 8    there.

 9        Q.      Okay.  Scroll down, please.

10        A.      Yes.

11        Q.      To page 321.

12        A.      I'm there.

13        Q.      The first full paragraph on

14    page 321, the start of that paragraph

15    reads:  Each episode of "All In:  The

16    Boston Celtics" will premier on the

17    Celtics account (@celtics) on X (formerly

18    Twitter).

19                Do you see that?

20        A.      I do see that.

21        Q.      Okay.  We've seen -- sorry --

22        A.      We worked with the NFL -- oh,

23    I'm sorry --

24        Q.      NBA.

25        A.      -- the NBA.  We worked with
```

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

1   them and granted them the permission to

2   use the references to both our X and

3   Twitter trademarks in connection with

4   this.

5       **Q.    Okay.  So, in both Exhibit 8**

6   **and Exhibit 9 to your declaration, which**

7   **is marked as Exhibit 1, we've seen a use**

8   **of the formulation X -- X, formerly**

9   **Twitter, right?  We've seen that used in**

10  **both of these exhibits; am I right?**

11      A.    That's right.  We use both

12  marks, as I said, to refer to our

13  platform.

14      **Q.    So, is it X's contention that**

15  **formerly known as Twitter is used by X of**

16  **the Twitter mark as a trademark?**

17          MR. KAGAN:  Object to form.

18      Beyond the scope of the

19      declaration.

20          THE WITNESS:  We use both

21      marks in various different ways,

22      and this is one of the ways we use

23      our marks.

24      **Q.    So, I'm just going to ask the**

25  **question again, and let me know if you**

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 177

1    don't understand anything about it.

2              Is it X's contention that the

3    use of the phrase "formerly known as

4    Twitter" is used by X of the Twitter mark

5    as a trademark?

6              MR. KAGAN:  Same objections.

7              THE WITNESS:  My declaration

8         makes it clear that we use Twitter

9         and X marks in various different

10        ways, and this is another example

11        of how the X and Twitter marks are

12        used.

13   Q.    So, when you say "formerly

14   known as Twitter," is it your contention

15   that X is using that phrase to indicate

16   the source of products and services?

17   A.    As I've said, we've identified

18   very -- the various ways that we use both

19   of our marks and how we reference both of

20   our marks in various different materials,

21   and that is one of the ways that we use

22   both of the marks.

23   Q.    So, are you using formerly

24   Twitter to indicate the source of current

25   products and services?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 178

1       A.    We use them in various

2   different ways, along with, as I've

3   provided in my declaration, all of the

4   different ways where we just use it as

5   standalone, where we use it in connection

6   here, and then how we use them in

7   different ways with different partners.

8            And in this case, we're using

9   it with our partner, NBA, as part of

10  their copy, and we made sure that they

11  used both marks.

12      Q.    I am going to ask the question

13  and just tell me if you don't understand

14  this.  And let's see if we can come to

15  closure on this.

16           When you use the phrase

17  "formerly Twitter" in this NBA statement

18  --  I'm not sure what it is, an ad, a

19  press release.  I'm not sure what it is.

20           When you use formerly Twitter,

21  are you using formerly Twitter -- does X

22  contend it is using formerly Twitter to

23  indicate the source of its current

24  products or services?

25           MR. KAGAN:  Object to form.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1              THE WITNESS:  As I said, the

2         declaration is really clear that we

3         use Twitter in various different

4         ways across not only our website,

5         but in additional context.  And

6         these are examples of how Twitter

7         shows up as one of our brands in

8         these contexts.

9         **Q.    So, am I to understand that**

10   **you're not actually contending that the**

11   **use of formerly Twitter here in X's view**

12   **is a way in which it indicates the source**

13   **of its current products and services?**

14              MR. KAGAN:  Object to form.

15              THE WITNESS:  I am saying

16         exactly what I mean, which is, as

17         part of my declaration, we provided

18         all of the different ways that we

19         use the Twitter mark in connection

20         with our website, in connection

21         with our partners and third

22         parties.

23              This is one of the ways that

24         the Twitter mark is used by us.

25         And in this instance with the NBA

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 180

```
 1           page, in concert with the NBA for

 2           this particular copy --

 3       Q.    Great.  And in this particular

 4   way in which you're using it, in this

 5   particular way, is it X's contention that

 6   formerly Twitter indicates the source of

 7   its current products and services?

 8       A.    We're referring to --

 9             MR. KAGAN:  Object to form.

10             THE WITNESS:  We're referring

11    to our platform.

12       Q.    Your branding, your platform

13   is formerly Twitter?

14       A.    Our brand are both X and

15   Twitter.  And as I stated in my

16   declaration, we use both of those brands

17   in various different ways, in many

18   different contexts.  And this is one of

19   the contexts where we use Twitter.

20       Q.    Are you familiar with the word

21   "formerly"?

22       A.    I am.

23       Q.    What does it mean?

24       A.    It just means something that

25   may have been in the past.
```

01/22/2026             **X Corp. vs Operation Bluebird, Inc.**            **Naser Baseer**

1       Q.    Okay.  So, my grandmother,

2   once upon a time her name was Philomena

3   Oliva.  She was an Italian immigrant.

4   She got married to my grandfather.  My

5   grandfather's name was -- I'm sorry --

6   Philomena Carnivale was her former name.

7   Then she got married to my grandfather

8   who was Vincent Oliva.

9             And so, my grandmother was

10   formerly Philomena Carnivale, and then

11   she became Philomena Oliva.

12             So, is her name both Oliva and

13   Carnivale?  Or is her name now Oliva and

14   formerly Carnivale?

15             MR. KAGAN:  Objection.  Beyond

16        the scope of the declaration.

17             THE WITNESS:  Again, I am not

18        going to speak to issues outside of

19        my declaration, but I will make

20        this comment:  Your grandmother is

21        referred to by both names.

22       Q.    What is her name married,

23   though?

24       A.    Again --

25       Q.    Her married name?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 182

```
 1        A.      -- we're continuing down a

 2   path where it's way outside of my

 3   declaration, and I don't --

 4        Q.      I'll get back to X, then.

 5               So, X, formerly Twitter, means

 6   X used to be Twitter.

 7               Isn't that a fair summary of

 8   what it means?

 9        A.      No.   That's not necessarily

10   the most accurate interpretation.

11        Q.      What is the most accurate

12   interpretation?

13        A.      Both Twitter and X could be

14   used to refer to the same platform.

15        Q.      Wouldn't you say X,

16   parentheses, also Twitter, close

17   parentheses?  Wouldn't that be a better

18   way of expressing that?

19        A.      Again, I did not speak to any

20   alternative ways.

21        Q.      I know, but you did speak to

22   this, and I am just asking you:   What

23   does this mean?

24        A.      And as I said, in the

25   declaration and here, I've noted that we
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 183

1    provided evidence of where both X and

2    Twitter are used in connection with the

3    declaration.  And as part of that, this

4    is one of the pieces of evidence that

5    shows use of both X and Twitter and, in

6    this case specifically, how we worked

7    with the NBA to use both the X and the

8    Twitter.

9         **Q.    Doesn't formerly Twitter mean**

10   **it's not Twitter anymore?**

11        A.    Not necessarily.

12        **Q.    What else does it mean?**

13        A.    Like I said, all I'm talking

14   about, and as I set forth in the

15   declaration, we use both marks.  Here is

16   a use of both of these marks.

17        **Q.    Then why are you telling**

18   **people it used to be Twitter?**

19        A.    I don't see where I have said

20   anywhere in the declaration that it used

21   to be Twitter.

22        **Q.    What does the word "formerly"**

23   **mean?**

24        A.    Again, as I previously said,

25   "formerly" may mean multiple different

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 184

1   things.

2        Q.    Does it mean -- is one of the

3   meanings "used to be"?

4        A.    That is, I guess, a possible

5   interpretation; but, again, I didn't

6   speak to, in my declaration, what

7   something like this means.  This was

8   presented, as I said, as part of a number

9   of different ways that we use both of

10  these marks.  And this is exactly what it

11  is.

12       Q.    Could you type into the web

13  browser in front of you, could you type

14  into a search on Google, formerly

15  definition.

16            MR. KAGAN:  I am going to

17         object and instruct the witness not

18         to do that pursuant to Rule 30(c).

19       Q.    Well, I did represent to you

20  that formerly definition says:  Adverb,

21  in the past, earlier times.

22            So, when you're saying that X

23  is, paren, formerly Twitter, close paren,

24  are you saying that it was Twitter in the

25  past?

Page 185

```
 1        A.    Look, I am not saying that, as
 2   it was Twitter in the past.  And more
 3   specifically, as I said in my
 4   declaration, we continue to use both
 5   marks in various different contexts; and
 6   this is one of the contexts where we
 7   continue to use that.
 8             I think, as also part of my
 9   declaration, we noted that the platform,
10   there was a rebrand, and we continue to
11   use two different brands to provide
12   products and services under.  And that --
13   these are two brands.  We continue to use
14   both marks, and this is one of the ways
15   that we continue to use both marks.
16        Q.    So, you think formerly means
17   it used to be and it also continues to
18   be?  You think that's what formerly
19   means?
20        A.    I don't know exactly, as I
21   said.  This is provided as evidence of
22   use of both of these marks, and it's an
23   example.  I mean, it's one of the
24   numerous other examples that were set
25   forth in our declaration.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1              MR. SPRIGMAN:  Now is a good

2         time for a break.  It's 2:22.

3              (Whereupon, a short break was

4         taken at this time.)

5              MR. SPRIGMAN:  Let's resume.

6              MR. KAGAN:  For the record,

7         it's 2:38.

8              MR. SPRIGMAN:  That's right.

9    BY MR. SPRIGMAN:

10         Q.    Mr. Baseer, are you familiar

11    with the baseball team named Cleveland

12    Guardians?

13         A.    I'm not.

14         Q.    Okay.  You're not aware that

15    they were formerly named the Cleveland

16    Indians?

17         A.    I am not.

18         Q.    Okay.  So, I am going to

19    represent to you there's a Cleveland

20    Guardians baseball team.  Up until a few

21    years ago, they were named the Cleveland

22    Indians.  They're formerly known as the

23    Cleveland Indians.

24              Given your understanding of

25    the word "formerly," are the Cleveland

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 187

1    Guardians still known as the Cleveland

2    Indians?

3                MR. KAGAN:   Objection to form.

4         Beyond the scope of the

5         declaration.

6                THE WITNESS:   I don't know

7         about baseball very much.   I never

8         spoke to that issue in my

9         declaration, so I am not sure how I

10        can answer that question for you.

11    Q.    So, do you know that's there's

12    a country named Russia?

13    A.    Yes.

14    Q.    And do you know that that

15    country was formerly a large part of a

16    country name The Union of the Soviet

17    Socialist Republics?

18                MR. KAGAN:   Objection.   Beyond

19        the scope of the deposition.

20                THE WITNESS:   Again, never

21        spoke about Russian history in my

22        declaration.

23    Q.    But do you know that to be

24    true?

25    A.    I refer to Russia as Soviet

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 188

 1    Union Russia, yes.

 2         Q.    So, is Russia still known as

 3    the Union of the Soviet Socialist

 4    Republics?

 5              MR. KAGAN:  Objection.  Beyond

 6         the scope.

 7              THE WITNESS:  Again, I did not

 8         speak to this in my declaration.  I

 9         didn't talk about it with Russian

10         history, but I still associate the

11         term "Soviet Union" with Russia,

12         yes.

13         Q.    Is Russia still known as the

14    Union of Soviet Socialist Republics?

15              MR. KAGAN:  Objection.  Beyond

16         the scope.

17              THE WITNESS:  I think, as I

18         said, I still associate a number of

19         different terms with Russia.

20         Q.    Is Russia still referred in

21    the United Nations as the Union of Soviet

22    Socialist Republics?

23              MR. KAGAN:  Objection.

24              THE WITNESS:  I have no

25         knowledge about any of that, sir.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 189

1        Q.     Is Russia still referred to in

2    any diplomatic communications as the

3    Union of Soviet Socialist Republics?

4              MR. KAGAN:  Objection.  Beyond

5         the scope.

6              THE WITNESS:  I'm not aware of

7         what the -- I'm sorry.  Can you

8         repeat the question.

9        Q.     Is Russia still referred by

10   any diplomatic communication of the

11   United States today as the Union of

12   Soviet Socialist Republics?

13             MR. KAGAN:  Objection.  Beyond

14        the scope.

15             THE WITNESS:  I am not

16        familiar with Russian history.  Nor

17        did I speak to it in my

18        declaration.  Nor am I familiar

19        with diplomatic communications.

20       Q.     Do you know who the president

21   of Russia is?

22             MR. KAGAN:  Objection.  Beyond

23        the spoke.

24             THE WITNESS:  I didn't speak

25        to this issue in my declaration.

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 190

1       Q.      Do you know who it is?

2       A.      I believe it is Putin.

3       Q.      Vladimir Putin?

4       A.      Yes.

5       Q.      Do you know whether his

6    official title is president of the Union

7    of Soviet Socialist Republics?

8             MR. KAGAN:  Objection.  This

9         is getting ridiculous.

10            MR. SPRIGMAN:  It is.

11            MR. KAGAN:  I'm going to

12        instruct you not to respond

13        pursuant to Rule 30(c).  This is

14        beyond the scope of the

15        declaration.

16      Q.      So, in paragraph 59 of your

17   declaration, you refer to the petition to

18   cancel the Twitter marks that Operation

19   Bluebird filed on December 2nd, 2025.

20            Do you recall that?

21      A.      I am going to my declaration,

22   if you give me a second.

23      Q.      Paragraph 59.

24      A.      Do you have a page number?

25      Q.      Paragraph 59 is on page --

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 191

1    just bear with me, please.

2        A.    Sure, take your time.

3        Q.    **Paragraph 59 is on page 27 of**

4    **Exhibit 1, which is your declaration.**

5        A.    59?

6        Q.    **Yes, paragraph 59.**

7        A.    Yes.

8        Q.    **So, you refer to that**

9    **petition, which is TTAB Proceeding Number**

10   **92090266.**

11            **Am I correct?**

12       A.    That's right.

13            MR. SPRIGMAN:  So, I am

14       attempting to share an exhibit with

15       you that, when it succeeds in being

16       distributed, will be marked as

17       Exhibit 31.  It's taking its sweet

18       time, but you should be able to

19       access it now.

20            (Defendant's Exhibit 31,

21       petition for cancellation, was

22       marked for identification as of

23       this date by the Attorney.)

24            THE WITNESS:  No problem.  I'm

25       downloading it.

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 192

1                     MR. SPRIGMAN:  Okay.  Great.

2                     THE WITNESS:  Okay.

3     BY MR. SPRIGMAN:

4          Q.    Okay.  What is this that

5     you're looking at?

6          A.    This is a petition for

7     cancellation to the USPTO.

8          Q.    What's the filing date?

9          A.    The filing date is 12/2/2025.

10         Q.    And what is the name of the

11    petitioner?

12         A.    Operation Bluebird, Inc.

13         Q.    So, is this the petition

14    you're referring to in paragraph 59 of

15    your declaration?

16         A.    Yes.

17         Q.    Could you please take a look

18    at paragraph 32 of this document, which

19    I'll tell you what page it's on.  It is

20    on page 9 of the document.

21         A.    I am there.

22         Q.    I'll read this to you.  I'm

23    going to omit the serial numbers.  I'm

24    just going to read the marks and omit the

25    serial numbers, so, again, we're not here

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 193

1    all day.

2         A.    Okay.

3         Q.    Since acquiring the

4    registrations and applications owned by

5    Twitter, Inc., in March 2023, X Corp. has

6    allowed several applications for marks

7    such as Twitter Amplify, Twitter Fleet,

8    Twitter Mirror, Tweetstorm, Hashflag,

9    Hashlogo and Birdsignals, to go

10   abandoned.

11            Do you see that?  Did I read

12   it correctly?  Again, I did not read the

13   serial numbers.

14            But, with the exception of the

15   serial numbers, have I read it correctly?

16        A.    Yes.

17            MR. SPRIGMAN:  I am going to

18        show you an exhibit.  Please bear

19        with me.  Okay.  This will take a

20        moment.  You should be able to now

21        access Exhibit 32.  Maybe it would

22        be best to download this.

23            (Defendant's Exhibit 32, US

24        Serial No. 90403411, was marked for

25        identification as of this date by

Page 194

```
 1          the Attorney.)

 2   BY MR. SPRIGMAN:

 3        Q.    So, I'll represent to you that

 4   these are pages that I downloaded from

 5   the USPTO website, again, from the

 6   Trademark Status & Document Retrieval

 7   Tool.  I want to go through these marks.

 8              So, the first one is US

 9   registration -- actually, US Serial

10   No. 90403411, and the mark is Twitter

11   Amplify.

12              Do you see that?

13        A.    I do see that.

14        Q.    Can you tell me what the

15   status is of that mark?

16        A.    The Status row here states:

17   Abandoned because the application [sic]

18   failed to response [sic] or file a late

19   response to an Office action.

20        Q.    So, the Status line reads:

21   Abandoned because the applicant failed to

22   respond or filed a late response to an

23   Office action.

24              The date abandoned is

25   October 6th, 2025; am I correct?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 195

```
 1          A.    Yes.  That is what this reads.
 2          Q.    So, the application filing
 3   date here was December 22nd, 2020; am I
 4   correct?
 5          A.    That's right.
 6          Q.    This mark was published,
 7   meaning it was approved, on June 8th,
 8   2021, approved for publication; am I
 9   correct?
10          A.    That's what I see here.
11          Q.    And it was abandoned on
12   October 6th, 2025?
13          A.    That is what I see there.
14          Q.    Okay.  Can we scroll down to
15   the next page.
16          A.    Sure.
17          Q.    Can we agree that this is an
18   TSDR status page for US Serial
19   No. 90632093.
20                That is the Twitter Fleet
21   mark; is that correct?
22          A.    Yes.
23          Q.    And the application filing
24   date was April -- it appears to be
25   April 6th, though they're very difficult
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 196

1   to read, 2021.

2             Or is that April 8th?

3        A.    8th.

4        Q.    8th.  I'm sorry.

5             April 8th, 2021.

6             What date was that approved

7   for publication?

8        A.    September 14, 2021.

9        Q.    And on what date was it

10   abandoned?

11            MR. KAGAN:  I'm going to just

12       note for the record and object that

13       this document is beyond the scope

14       of the declaration.

15            You can answer.

16            THE WITNESS:  December 16,

17       2024.

18       Q.    There's a status line there.

19   Can you read me the status line, please?

20       A.    Abandoned because no Statement

21   of Use or Extension Request timely filed

22   after Notice of Allowance was issued.

23       Q.    Let me take you to the next

24   page.

25             This is a TSDR page for US

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 197

1    Serial No. 90632088, the Twitter Fleet

2    mark.  This is for a different product or

3    service category.  And I am going to

4    read, to speed this up, an application

5    filing date, a publication date, and an

6    abandonment date.  I am going to read a

7    status entry as well.  Tell me if you

8    agree with my summary.

9           Application filing date was

10   April 8th, 2021.  The publication date

11   was November 8th, 2022.  The date

12   abandoned, October 2nd, 2025.  And the

13   status says that the mark was abandoned

14   because no statement of use or extension

15   request timely filed after notice of

16   allowance was issued.

17          Am I reading that correctly?

18          MR. KAGAN:  Same objection.

19      For the record, beyond the scope.

20          You can answer.

21          THE WITNESS:  Yes.

22   Q.    Okay.

23          Let's go to the next page.

24   This is for different Twitter Tweet mark,

25   90632098.  Application filing date

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 198

1    April 8th, 2021.  Publication date,

2    October 18th, 2022.  Date abandoned,

3    October 1st, 2025.  Status:  Abandoned

4    because no statement of use or extension

5    request timely filed after notice of

6    allowance was issued.

7              Am I reading it correctly?

8              MR. KAGAN:  Same objection for

9        the record.

10             THE WITNESS:  Yes.

11    Q.    Let's go to the next page.

12             This is a TSDR page for

13    another Twitter Fleet mark, Serial

14    No. 90632084.  Application filing date,

15    April 8th, 2021.  Publication date,

16    September 1st, 2021.  Date abandoned,

17    December 23rd, 2024.  The status is

18    abandoned because no statement of use or

19    extension request timely filed after

20    notice of allowance was issued.

21             Have I read that correctly?

22             MR. KAGAN:  Same objection,

23        for the record.

24             THE WITNESS:  Yes.

25    Q.    The next page, another Twitter

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 199

1    Fleet mark US serial No. 906320944.

2    Application filing date, April 8th, 2021.

3    Publication date, September 21st, 2021.

4    Date abandoned, December 23rd, 2024.

5    Status:  Abandoned because no statement

6    of use or extension request timely filed

7    after notice of allowance was issued.

8              Have I read that correctly?

9              MR. KAGAN:  Same objection,

10        for the record.

11             THE WITNESS:  Yes.

12        Q.    The next page is another

13   Twitter Fleet mark, 90632097 is the

14   serial number.  Application filing date,

15   April 8th, 2021.  Publication date,

16   September 14th, 2021.  Date abandoned,

17   December 16th, 2024.  The status says

18   abandoned because no statement of use or

19   extension request timely filed after

20   notice of allowance was issued.

21             Have I read that correctly?

22             MR. KAGAN:  Same objection.

23             THE WITNESS:  Yes.

24        Q.    We're in the home stretch.

25   The next page, the 8th page of the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 200

1    11-page exhibit, this shows an entry in

2    the TSDR database for Twitter Mirror,

3    which is US Serial No. 86194449.

4    Application filing date February 14th,

5    2014.  Publication date, April 15th,

6    2014.  Date cancelled January 17th, 2025.

7    Status:  Registration cancelled because

8    registrant didn't file an acceptable

9    declaration under Section 8.

10              Do you see that?

11              MR. KAGAN:  Same objection.

12              THE WITNESS:  Yes.

13        Q.    Is that correct?  Is that a

14   correct reading of this information?

15        A.    Yes.

16        Q.    Can you tell me what a

17   declaration under Section 8 is, please?

18        A.    It's a declaration to renew a

19   trademark.

20        Q.    So, this trademark wasn't

21   renewed by X Corp.; am I correct?

22              MR. KAGAN:  Objection.  Beyond

23        the scope of the declaration.

24              THE WITNESS:  No, it was not

25        renewed.

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 201

1          Q.    Let's go to the ninth page,

2    the next page.  This is a TSDR entry for

3    the mark Tweetstorm.  It's US Serial

4    No. 90015902.  Application filing date,

5    June 23rd, 2020.  Publication date,

6    May 4th, 2021.  Date abandoned,

7    August 5th, 2024.  And the status reads:

8    Abandoned because no statement of use or

9    extension request timely filed after

10   notice of allowance was issued.

11              Have I read that correctly?

12              MR. KAGAN:  Objection.  Beyond

13       the scope.

14              THE WITNESS:  Yes.

15        Q.    Next page, page 10 of 11,

16   Hashflag, US Serial No. 88468980.

17   Application filing date, June 11th, 2019

18   publication date, March 31st, 2020.  Date

19   abandoned, August 5th, 2024.  The Status

20   reads:  Abandoned because applicant

21   failed to respond or filed a late

22   response to an Office action.

23              Is that something I've read

24   correctly?

25              MR. KAGAN:  Objection.  Beyond

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 202

1          the scope.

2                    THE WITNESS:  Yes.

3          Q.     Last one.

4                    A TSDR status for the mark

5     Birdsignals, US serial No. 88468985.

6     Application filing date, June 11th, 2019.

7     Publication date, April 5th, 2020.  Date

8     abandoned, July 3rd, 2023.  Status reads:

9     Abandoned because no statement of use or

10    extension request timely filed after

11    notice of allowance was issued.

12                   Have I read that correctly?

13                   MR. KAGAN:  Objection.  Beyond

14        the scope.

15                   THE WITNESS:  Yes.

16         Q.     Now, for all of these marks,

17    these are marks that had been published,

18    that had been approved and published, and

19    for which registration wasn't completed

20    because Twitter either failed to respond

21    to an office action or failed to file a

22    statement of use or extension request; am

23    I right?

24                   MR. KAGAN:  Objection.  Beyond

25        the scope.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 203

```
 1                  Instruct not to answer
 2          pursuant to Rule 30(c).
 3      Q.    Please look at paragraph 34 of
 4   the petition to cancel, which has been
 5   marked, I believe, as Exhibit 31.
 6               Yes, Exhibit 31.
 7               So, if you look at paragraph
 8   34, which is on page 10, do you see that
 9   the petition to cancel reads:  X Corp.
10   has also allowed registrations for marks,
11   such as TWTTR -- I guess we would
12   pronounce that Twitter -- Tweet love, and
13   an instance of the Twitter bird icon --
14   that's what I'm characterizing, an image
15   of the Twitter bird icon that appears
16   there as.
17               X Corp. has allowed these
18   registrations to lapse, providing further
19   evidence that X Corp. has abandoned and
20   ceased using any Twitter marks.
21               Do you see that paragraph 34?
22      A.    I see --
23               MR. KAGAN:  Objection.  Beyond
24       the scope.
25      Q.    Okay.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 204

1          A.     I see the paragraph.

2          **Q.     Do you have any reason to**

3    **believe that what's alleged in this**

4    **paragraph is not correct?**

5                  MR. KAGAN:  Objection.  Beyond

6          the scope.

7                  THE WITNESS:  Can you repeat

8          your question?

9          **Q.     Do you have any reason to**

10   **believe that the allegations in this**

11   **paragraph 34 are not correct?**

12                 MR. KAGAN:  Same objection.

13                 THE WITNESS:  I am not sure

14         what specific allegations there are

15         related to this paragraph.

16         **Q.     That X Corp. has allowed**

17   **registrations for Twitter, Tweet love,**

18   **and this image of the Twitter bird to**

19   **lapse.**

20                 MR. KAGAN:  Same objection.

21                 THE WITNESS:  It is accurate

22         to note that we have allowed these

23         specific registrations to lapse in

24         due course.  The reasons why we

25         allow certain things to lapse in

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 205

```
 1          due course is protected by

 2          attorney-client privilege; but, as

 3          I also noted in my declaration,

 4          there are several other Twitter,

 5          Tweet, and bird logo marks that are

 6          valid, subsisting, and that we

 7          continue to maintain the

 8          registration for.

 9     Q.    I want to refer you back to

10  paragraph 32 of the petition to cancel,

11  which is Exhibit 31, paragraph 32, which

12  appears on page 9.

13          And you remember that a moment

14  ago we just went through a set of TSDR

15  pages showing that these marks have been

16  abandoned or canceled.  These marks were

17  Twitter Amplify, Twitter Fleet, Twitter

18  Mirror, Tweetstorm, Hashflag, Hashlogo,

19  Birdsignals.  We've seen those all

20  abandoned or canceled.

21          Do you have any reason to

22  contest the allegations in paragraph 32

23  of the petition to cancel that these

24  marks have been abandoned or canceled?

25          MR. KAGAN:  I'm going to
```

Page 206

```
 1    object.  And I'm going to note for

 2    the record that the substantive

 3    allegations of the petition to

 4    cancel are well beyond the scope of

 5    Mr. Baseer's declaration.

 6         I am trying to temper my

 7    instructions; but, if we continue

 8    down this path, I am going to be

 9    providing some instructions.

10         MR. SPRIGMAN:  Okay.

11         THE WITNESS:  Again, I cannot

12    speak to what the underlying

13    allegations.  I can confirm that

14    these marks were allowed to lapse

15    in due course.

16         I will reiterate what I said

17    earlier, which is the reason why we

18    allow certain applications to lapse

19    in due course are protected by

20    attorney-client privilege.

21    Nevertheless, that is not an

22    abandonment of rights, nor -- nor

23    is that an indication that we have

24    -- we don't have any rights in

25    these.
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 207

1              As set forth in my

2        declaration, there are numerous

3        trademark registrations and

4        applications that cover Twitter,

5        Tweet, and bird logo marks that are

6        valid, subsisting, and registered

7        and continue to be registered and

8        renewed, including, for example,

9        the Twitter Amplify marks.

10       **Q.    Sure.  And I'm not asking**

11   **about those others.  I'm asking about**

12   **these.**

13              **You have no reason to contest**

14   **the allegations that these have been**

15   **either abandoned or canceled?**

16              MR. KAGAN:  I'm going to

17        object and instruct the witness not

18        to answer pursuant to 30(c).  He is

19        not here to testify about the

20        substantive allegations of the

21        petition to counsel.

22              MR. SPRIGMAN:  Okay.  So, I

23        have distributed an exhibit, which

24        is now marked as Exhibit 33.

25              Can you take a look at that,

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 208

```
1              please, and tell me when you can

2         see it.

3              (Defendant's Exhibit 33,

4         Twitter accounts, was marked for

5         identification as of this date by

6         the Attorney.)

7              THE WITNESS:  I can see

8         Exhibit 33.

9    BY MR. SPRIGMAN:

10        Q.    What is -- what are we looking

11   at here?

12              MR. KAGAN:  Object to form.

13        Q.    What do you see in Exhibit 33?

14   What is this?

15        A.    It looks like a page on our

16   platform that lists a number of accounts.

17        Q.    Right.  So, the upper left

18   corner, what is the branding?

19        A.    The branding is X in the upper

20   left-hand corner.

21        Q.    I want you to look to the

22   right and then down, and you see a post

23   from an account that seems to be --

24   belong to someone called Digital Gal.  Do

25   you see that?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 209

1       A.      I do see that.

2       Q.      @DigitalGalX.

3               Do you see that?

4       A.      Yes, I do see that.

5       Q.      Okay.  What does it say --

6    there's a siren.  There is an icon that

7    looks a flashing siren.

8               What does it say next to that

9    flashing siren icon?

10      A.      It says:  Breaking, Twitter

11   has been shut down on X.  No coming back.

12   Done.  @Twitter.

13      Q.      And what's the date of that

14   post from Digital Gal?

15      A.      I see January 11th.

16      Q.      Do you know what year that is?

17      A.      I don't.  I don't see the year

18   mark here or the year identified there.

19   I'm sorry.

20              But above the post, I also see

21   our handles for various regions,

22   including Twitter Ghana, as well as

23   Twitter Singapore.

24      Q.      So, look back down to the

25   bottom to Digital Gal, and what you just

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 210

1    read from Digital Gal's post, do you see

2    an image below that?

3          A.    Yes, I do.

4          Q.    And I understand that this is

5    part -- you see part of the image because

6    you have to click on the image to see the

7    whole thing, but there is two images

8    here.

9                What's the image on the left?

10               MR. KAGAN:  Objection.  Beyond

11         the scope of the declaration.

12               THE WITNESS:  I'm sorry.  I'm

13         trying to expand here.

14         Q.    Yeah.

15         A.    It's a partial image on the

16    left-hand side.

17         Q.    It says, witter.

18         A.    Yeah.

19         Q.    Do you have any views as to

20    what if we can see that entire image what

21    we'd see?

22               MR. KAGAN:  Objection.  Beyond

23         the scope of the declaration.

24               THE WITNESS:  I don't.  But, I

25         mean, I assume it's going to say,

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 211

1          Twitter.

2          Q.    So, maybe like @Twitter, like

3    the Twitter account?

4               MR. KAGAN:  Objection to form.

5          Beyond the scope of the

6          declaration.

7               THE WITNESS:  Yeah.

8          Q.    And below it, it says, account

9    suspended.

10              So, any notion -- do you have

11   any notion, if we expanded this image,

12   what that would read?

13              MR. KAGAN:  Objection to form.

14              THE WITNESS:  It would likely

15         read, account suspended.

16         Q.    Okay.  Do you see an image to

17   the right of it, a kind of vertical-scale

18   image?

19         A.    Yes.

20         Q.    What does the window say on

21   that?  There's a pane overlaying the

22   image.  What does it say?

23         A.    Sorry --

24              MR. KAGAN:  Objection.  Beyond

25         the scope of the declaration.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 212

```
 1                THE WITNESS:  When you say
 2        "pane" --
 3        Q.    Yeah, you see there's a white
 4   text box with some black text in it.  I
 5   call that a pane.  Maybe that's not
 6   technically the right term.
 7             But what does the black text
 8   in that white box say?
 9             MR. KAGAN:  Same objection.
10             THE WITNESS:  That's it, boys.
11        Twitter is gone.
12        Q.    That's -- let me read that
13   back, and just tell me if I'm reading it
14   correctly.
15             That's it, boys.  Twitter is
16   gone; is that correct?  Am I reading that
17   correctly?
18        A.    That is what it states.
19        Q.    Were you aware -- are you
20   aware now that, as of January 11th, 2026,
21   the original Twitter account, that is,
22   @Twitter has been shut down?
23        A.    I'm not sure what you mean by
24   shut down; but, in this case, I see the
25   screen that says it is suspended.
```

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          **Naser Baseer**

1      Q.    Okay.

2      A.    But I can't speak to why

3    that's the case, nor does that speak to

4    what the reason was.  For example, I

5    don't know if somebody hijacked the

6    account.  I don't know what the basis is

7    here for suspending the account.

8      **Q.    So, just so we're clear, can**

9    **you type Twitter.com into the browser**

10   **address bar?**

11     A.    By the way, I can't tell you

12   what meaning or what is in mind or how to

13   interpret whoever the account owner was

14   there.

15     **Q.    I hear you.  I didn't ask that**

16   **yet.  So, just would you type Twitter.com**

17   **in.**

18     A.    Sure.

19     **Q.    Okay.  Great.**

20           **And what is the URL that you**

21   **see in the browser?**

22     A.    I see the URL X.com.  But, as

23   I've previously stated earlier in the

24   day, both Twitter.com as I typed it in

25   and X.com lead to the same platform.  I

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 214

1    see the sign-in -- or sign-up or sign-in

2    page for our platform.

3          **Q.    So, can you sign --**

4          A.    On our website.

5          **Q.    Do you have an account?**

6          A.    I do.  But it's a very

7    complicated password and a two-step

8    process because I am also an employee.

9          **Q.    So, I am going to show you**

10   **this laptop, and I think you'll see that**

11   **I'm signed into X.com.  On the right**

12   **you'll see a search box.**

13         A.    Sure.

14         **Q.    Can you type @Twitter into**

15   **there?**

16               **Okay.  What do you see?**

17         A.    I see -- I see obviously the

18   left-hand menu.  I see recommendations

19   for certain accounts like Crypto Twitter,

20   Twitter Singapore; and I also see the

21   post that we just spoke about.

22         **Q.    So, this is actually a**

23   **different person, Digital Daisy, a little**

24   **bit different person than we talked about**

25   **before.**

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 215

1                    Why don't we go to the explore

2     box and type in @Twitter and see what

3     happens there.

4          A.    Okay.

5          Q.    What do you see now?

6          A.    I see a post by N3RI, who both

7     uses the Twitter bird logo and the X

8     logo, obviously referencing our platform,

9     the at-handle, and it says:  Free at

10    Twitter.

11         Q.    And what do you see below

12    that?

13         A.    I see an image of the Twitter

14    bird logo, Twitter with a lock screen,

15    and then @Twitter.  And the text reads:

16    The account is no longer active; follow

17    @X for updates.

18         Q.    Okay.  Thank you.

19              (Defendant's Exhibit 35,

20         Twitter mark, was marked for

21         identification as of this date by

22         the Attorney.)

23              MR. SPRIGMAN:  So, I have

24         marked an exhibit as Exhibit 35.

25              Let me know when you're there.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 216

```
 1              THE WITNESS:  I am here.
 2   BY MR. SPRIGMAN:
 3      Q.    It might be good to download
 4   it because it's a little difficult to
 5   see.
 6      A.    I downloaded it.
 7      Q.    So, I'll represent to you that
 8   this is a page from the PTO website,
 9   again, from the Trademark Status &
10   Document Retrieval Tool for the Twitter
11   mark, US registration number 442235
12   [sic].
13              And I'll represent to you this
14   is one of the marks that you reference in
15   your declaration.  In fact, it's the
16   first mark that you reference in your
17   declaration.
18              Do you see that?
19      A.    I do see it.  It's
20   registration number 4422235.
21              (Defendant's Exhibit 36,
22         Twitter mark 4422235, was marked
23         for identification as of this date
24         by the Attorney.)
25   BY MR. SPRIGMAN:
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 217

1      Q.      Now, please take a look at

2    Exhibit 36.

3              Do you see here another

4    trademark status and document retrieval

5    page for the same mark, Twitter,

6    442235 --

7      A.      2235.

8      Q.      2235.   4422235.   Thank you.

9              And if you look down the page

10   a little bit, you'll see I am on the

11   documents tab here in this exhibit.   And

12   the documents I'd like you to look at are

13   on October 23rd, 2023.   There's PR, dash,

14   Section 8 and 9; October 23rd, 2023.   And

15   just below it, specimen.

16             Do you see that?

17     A.      Yes.

18     Q.      So, what is Section 8 and 9

19   filing?

20     A.      Again, it is to renew the mark

21   and have an opportunity to make any

22   amendments.

23     Q.      So, to renew the mark and have

24   an opportunity to make amendments.

25             Did I hear you correctly?

Page 218

1      A.      Yep.  To renew the marks.

2              (Defendant's Exhibit 37,

3          Section 8 and 9 filing, was marked

4          for identification as of this date

5          by the Attorney.)

6   BY MR. SPRIGMAN:

7      Q.      Okay.  So, please take a look

8   at Exhibit 37.

9              Do you know if this is the

10  Section 8 and 9 filing you made on

11  October 23rd, 2013 -- or no.  I'm sorry.

12              October 23rd, 2023, if that's

13  the date?

14     A.      October 23rd, 2023, yes.

15     Q.      So, this is the Section 8 and

16  9 filing you made on October 23rd, 2023,

17  for the Twitter mark that we've been

18  referring to?

19     A.      That's right.  Or at least one

20  of the marks that we own.

21     Q.      Correct.  You're the

22  signatory.

23              Am I correct?

24     A.      Yes.

25              MR. SPRIGMAN:  And let's go to

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 219

```
 1          Exhibit 38, if you would.

 2               (Defendant's Exhibit 38,

 3          specimen, was marked for

 4          identification as of this date by

 5          the Attorney.)

 6   BY MR. SPRIGMAN:

 7        Q.    Let me know when you're there.

 8               Is this the specimen for that

 9   filing?

10        A.    I'd have to compare, but it

11   appears so, yes.  I can't go back and

12   forth.

13        Q.    Take all the time you need.

14        A.    Yes.

15        Q.    Please take a look at the

16   first page of that specimen.  It appears

17   to be from a site Apk-yes.com.

18               Do you see that?

19        A.    Yes.

20        Q.    Do you know what Apk-yes.com

21   is?

22        A.    Yes, it's an APK site where

23   you can download applications.

24        Q.    What's an APK?

25        A.    It's an app for the Android
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 220

```
 1   platform.
 2        Q.      What does APK stand for?
 3        A.      I don't know exactly what APK
 4   stands for.
 5        Q.      Have you heard the term
 6   application package kit or Android
 7   package kit?
 8        A.      I haven't heard that full
 9   form; but I have heard, as I said, what
10   an APK is.   I've seen it as APK.
11        Q.      Do you know whether what's
12   purported to be offered here as Twitter
13   is the consumer app?   Or is it something
14   different?
15        A.      It is the app.
16        Q.      So, your testimony is that an
17   Android package kit is an app?
18        A.      It's the form in which you can
19   download the app, yes, and install it on
20   an Android platform or phone.
21        Q.      Do you know whether X Corp.
22   posted this, made this posting to
23   APK-Yes?
24        A.      We allow our apps to be
25   downloaded through various ways.   And, as
```

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 Naser Baseer

Page 221

1    you can see, X Corp. is listed as the

2    developer.

3         Q.    Do you know, as of today, if

4    this app or this APK is available on

5    APK-Yes?

6         A.    I don't know as of today.

7    Obviously, I didn't speak to this

8    specific exhibit.  I didn't specifically

9    identify it, but I do know the Twitter

10   app is available in various versions

11   through various sites:  APKMirror,

12   APK-Yes, and others that provide

13   opportunity for users to download and

14   install apps or various versions of the

15   apps.

16        Q.    But you don't know if it's

17   available today?

18        A.    This specific one?

19        Q.    Or any Twitter-branded APK.

20        A.    I do know that there are

21   Twitter-branded APKs that are available

22   through APK sites, as I said:  APKMirror

23   and others.

24        Q.    Do you know whether one's

25   available on APK-Yes?

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    Naser Baseer

Page 222

1          A.    I assume so, but I -- as of

2    today, like, for example, I don't know

3    for APK-Yes specifically.  But, again, I

4    do know that various of our -- versions

5    of our apps are available through various

6    APK sites.  I assume that also includes

7    APK-Yes.

8                I do know, for example,

9    APK-Mirror and other APK sites do

10   continue to carry various versions of our

11   apps that any user can download.  And we

12   do have, as I noted in our declaration,

13   people who are staunch fans and still

14   continue to refer to us as Twitter, love

15   our bird logo.  We talked earlier about

16   certain number of users.  I think our

17   quick review, as I mentioned earlier,

18   found that 200,000 users -- and that was

19   on, I believe, the iOS side -- were still

20   active and actively using that.

21                And we know -- as I also set

22   forth in my declaration, we have a hugely

23   strong fan base who still continues to

24   refer to our platform as Twitter.  We

25   love all of our fans and respect all of

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 223

1    their thoughts and views and continue to

2    allow them to use that.

3                And I also, as part of that,

4    know that some people still continue to

5    refer to it not only as Twitter.  I think

6    we also, as part of my declaration,

7    shared that there are even TV shows that

8    get -- that reflect that kind of a rabid

9    fan base, including, I think, one of the

10   specific ones that we identified where

11   it's clear from the show that a person

12   says, it's Twitter; it's always Twitter

13   for me.

14               There are lots of comments on

15   that same page in response to that video

16   clip that also has users chiming in,

17   saying, yes, it will always be Twitter

18   for me as well.

19       Q.    So, on these APK sites, like,

20   APK-Yes, this is not you posting APKs;

21   these are your fans?

22       A.    No, these are not our fans

23   posting this stuff.  This is the APK site

24   owners allowing our -- versions of our

25   apps to be downloaded through those

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 **Naser Baseer**

Page 224

1    sites.  We are aware of these.

2              As I said, there are times we

3    know different users use different mobile

4    devices that have different capabilities.

5    And sometimes our fans use different

6    versions of the app or want to continue

7    using different versions of the app.  So,

8    we're aware of sites that allow you to

9    download and install different versions

10   of the app.

11        **Q.    When you say you're aware of**

12   **these sites, you didn't post that code to**

13   **APK-Yes or these other APK sites?**

14        A.    We didn't specifically post

15   that app on those sites; but we know; we

16   monitor; and we ensure that, if they're

17   downloading, that it's actually our

18   version of the app that's being

19   downloaded.  And to the extent it's not,

20   we would take action.

21              But as I said, we know of

22   these APK sites.  They're allowing

23   installation of different versions of our

24   app and our platform.

25        Q.    So, you did not post the code

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 225

1    to the APK site, but rather the APK site

2    allowed that code to be posted by a third

3    party to the APK site for download.

4              Am I correct?

5         A.    I don't know who posts the APK

6    to the APK site.  I believe the APK site

7    owner controls.

8         Q.    But that's not you?

9         A.    But we're aware of it, and we

10   allow certain things to happen as long as

11   they're done in compliance with what we

12   need them to be.

13        Q.    So, you offered to the PTO as

14   statement of use, of current use, of the

15   Twitter mark in October of 2023, you

16   offered the Twitter mark as it appears on

17   an APK site not posted by you?  You

18   offered that as your use of the mark?

19        A.    Yes.  I mean, all of these

20   uses that we allow.  For example, we

21   talked about this in a different context

22   on the website for JetBlue and others.

23   We allowed these uses based or our brand

24   guidelines, and we monitor to see if

25   anybody is using it in contradiction to

01/22/2026                     X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 226

1    those brand guidelines.  And to the

2    extent they are, we'll enforce against

3    it.  And if they're complying with our

4    brand guidelines, based on our reviews,

5    then we will allow these uses to happen.

6              And in this case, APK-Yes was

7    one of the sites that allowed our app to

8    be downloaded.  We were aware of it, and

9    we submitted that as one of the exhibits.

10        Q.    Do you have a trademark

11   license agreement with APK-Yes?

12             MR. KAGAN:  Objection.  Beyond

13        the scope of the declaration.

14             THE WITNESS:  I am happy to

15        refer to my declaration, or I'm

16        happy for you to refer me to --

17        Q.    I'd like you to answer the

18   question.

19             Do you have a trademark

20   license with APK-Yes?

21        A.    We allow users, as I said, to

22   use our marks in connection with our

23   brand guidelines.  We monitor uses and

24   continue to monitor those uses.

25        Q.    That's not my question.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 227

1                    My question is:  Do you have a

2      trademark license with APK-Yes?

3                    MR. KAGAN:  Same objection.

4                    THE WITNESS:  As I said, I did

5         not specifically identify any

6         licensees with respect to my

7         declaration.

8         Q.    So, you don't know whether you

9      have a trademark license with APK-Yes?

10        A.    Like I said, we allow uses

11     based on our brand guidelines.  We allow

12     third parties in connection with various

13     different ways to use that and enforce

14     our rights when it's appropriate to do

15     so.

16        Q.    I heard you, but I'm taking

17     that to mean to that you don't have a

18     trademark license with APK-Yes.

19                    Am I correct?

20                    MR. KAGAN:  Same objection.

21                    THE WITNESS:  Same thing as I

22        said, as long as people are using

23        it in connection with our brand

24        guidelines, just like everybody

25        else does, and as long as we have

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 228

```
 1          an opportunity to enforce our

 2          rights against that.  We monitor

 3          and we ensure that, if there are

 4          misuses, we will take appropriate

 5          action.

 6     Q.    Have you ever spoken with

 7   anyone at APK-Yes?

 8          MR. KAGAN:  Objection.  Beyond

 9       the scope of the declaration.

10          THE WITNESS:  As I said, it's

11       not part of my declaration.

12     Q.    I am asking you a question.

13          Have you ever spoken with

14   anyone at APK-Yes?

15     A.    I personally have not spoken

16   with anybody at APK-Yes.

17     Q.    Do you know if any of the

18   lawyers who work with you have spoken

19   with anyone at APK-Yes?

20          MR. KAGAN:  Objection.  Beyond

21       the scope of declaration.

22          And I caution witness not to

23       divulge any attorney-client

24       communications.

25          THE WITNESS:  I'm not sure at
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 229

```
 1          this point.  I have to think about
 2          it, and I'd have to discuss it with
 3          outside counsel.
 4      Q.    Is APK-Yes a client of
 5   X Corp.?
 6          MR. KAGAN:  Objection.  Beyond
 7          the scope of the declaration.
 8          THE WITNESS:  I don't know.
 9      Q.    Do you provide legal advice to
10   APK-Yes?
11          MR. KAGAN:  Objection.  We're
12          getting pretty far afield from the
13          declaration here.
14          THE WITNESS:  I don't provide
15          legal advice to anybody else except
16          for X.
17      Q.    So, they're not a client of
18   yours?  APK-Yes is not a client to whom
19   you provide legal advice?
20          MR. KAGAN:  Objection.  Beyond
21          the scope of the declaration.
22          THE WITNESS:  It's beyond the
23          scope.  I haven't spoken about
24          APK-Yes in my declaration.  But, if
25          you're talking about me providing
```

01/22/2026              X Corp. vs Operation Bluebird, Inc.              Naser Baseer

Page 230

```
 1          legal advice to APK-Yes in my

 2          capacity as an attorney, in that

 3          sense, no, they're not my client.

 4          I represent X in this case.

 5      Q.    So, there's no attorney-client

 6   privilege question here that I can see.

 7   I am going to ask you the question again.

 8          MR. KAGAN:  You asked the

 9          witness if he --

10          [Crosstalk.]

11          MR. SPRIGMAN:  Hang on.  I'm

12          going to get the question out.

13          MR. KAGAN:  Okay.

14      Q.    Does X Corp. have a trademark

15   license agreement with APK-Yes?

16          MR. KAGAN:  Objection.  Beyond

17          the scope.  Asked and answered.

18          MR. SPRIGMAN:  Asked, not

19          answered.

20          MR. KAGAN:  Maybe not to your

21          satisfaction.

22          MR. SPRIGMAN:  The question is

23          on the table.

24          [Crosstalk.]

25          MR. SPRIGMAN:  Not answered.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 231

```
 1              The question is on the table.
 2                   THE WITNESS:  I don't know.  I
 3          am not aware of a specific license
 4          agreement between X and APK-Yes;
 5          but, as I said, we review all uses.
 6          We're aware of uses.  We review
 7          them against our brand guidelines.
 8          To the extent they comply, we allow
 9          them to use it in compliance with
10          our brand guidelines.
11      Q.    It's your testimony that, with
12   respect to the PTO, if some third party
13   is using a picture of the Twitter bird,
14   the Twitter bird image, and you don't
15   object to it, that that is your use for
16   the purpose of renewing rights in this
17   trademark.  That's your testimony; is it
18   not?
19                   MR. KAGAN:  Objection.  Beyond
20          the scope of the declaration.
21                   I'll caution the witness not
22          to divulge any attorney-client
23          communications.
24                   THE WITNESS:  As my counsel
25          just stated, we're very mindful of
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 232

```
 1          exactly what we discuss.  And then

 2          discussions with my outside

 3          counsel, in order to submit any

 4          declarations and other things, are

 5          subject to attorney-client

 6          privilege.

 7      Q.    So, you're refusing to answer

 8  this question?

 9      A.    I'm noting that the answer to

10  this question is subject to

11  attorney-client privilege.

12      Q.    Do you think that this

13  declaration that you made to the PTO

14  shows X Corp.'s continued use of the

15  Twitter mark?

16          MR. KAGAN:  Objection.

17          And I'll caution the witness

18      not to divulge attorney-client

19      communications.

20          THE WITNESS:  That's

21      exactly -- this is subject to

22      attorney-client privilege.  What is

23      sufficient or not is subject to

24      attorney-client privilege.

25      Q.    Well, I mean, forget about
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 233

1    what your lawyer told you, but what's

2    your view of whether this is X Corp.'s

3    use or not?

4              MR. KAGAN:  Same objection.

5         Same caution.

6              THE WITNESS:  The answer is

7         subject to attorney-client

8         privilege.

9    Q.    I am not asking for anything

10   your attorney said to you.  What I am

11   asking you for is your internal

12   understanding of why you represented to

13   the PTO that this third party, which

14   posted some Android package kit using the

15   Twitter mark, constitutes a use in

16   commerce of the Twitter mark by you.

17             MR. KAGAN:  Same objection.

18        Same caution.

19             THE WITNESS:  Again, the

20        answer to that is subject to

21        attorney-client privilege.

22             MR. SPRIGMAN:  Let's go off

23        the record.  Let's have a talk.

24             MR. KAGAN:  You can continue

25        your examination.  I have nothing

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 234

```
 1          to discuss.
 2               MR. SPRIGMAN:  We do,
 3          actually, have something to
 4          discuss; and I'm asking you if you
 5          will discuss it with me.
 6               (Whereupon, a short break was
 7          taken at this time.)
 8               MR. SPRIGMAN:  We're back on
 9          the record at 3:46.
10               (Defendant's Exhibit 46, USPTO
11          Retrieval Status Tool, was marked
12          for identification as of this date
13          by the Attorney.)
14     BY MR. SPRIGMAN:
15          Q.   Mr. Baseer, could you please
16     look at Exhibit 46 with me.  And I'll
17     represent to you this is another page
18     from the USPTO website.  This is again
19     from the Trademark Status & Document
20     Retrieval Tool.  It's for US Registration
21     No. 4187348, which is one of the Twitter
22     bird marks.  This is one of the marks
23     that you refer to in your declaration.
24               Do you see that?
25          A.   4187348, yes.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 235

```
 1                    MR. SPRIGMAN:  Okay.  Great.

 2          Would you please look at Exhibit

 3          40 -- no.  I'm sorry -- 39.

 4                    (Defendant's Exhibit 39, TSDR

 5          documents page, was marked for

 6          identification as of this date by

 7          the Attorney.)

 8  BY MR. SPRIGMAN:

 9          Q.    Do you see it?

10          A.    I'm just downloading it.

11          Q.    Yep.

12          A.    Yes.

13          Q.    You'll see this is for the

14  same, the TSDR documents page for the

15  same mark.

16                    Do you see that?

17          A.    Yes.

18          Q.    I want to draw your attention

19  to a couple of different things down the

20  page.  There are two entries on

21  February 6th, 2023.  One is for

22  PR-Section 8 and 9, and the other

23  February 6th, 2023 entry is for Specimen.

24                    Do you see those entries?

25          A.    On February 6th, 2023?  Yes.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 236

```
 1          Q.    Just up the page a bit is, on
 2   October 1st, 2025, a Section 7 request.
 3                Do you see that?
 4          A.    I see that.
 5          Q.    Just below it on October 1st,
 6   2025, a specimen.
 7                Do you see that?
 8          A.    Yes.
 9                (Defendant's Exhibit 40,
10           Section 8 and 9 filing, was marked
11           for identification as of this date
12           by the Attorney.)
13   BY MR. SPRIGMAN:
14          Q.    Let's take a look at
15   Exhibit 40, please.
16                Is this the Section 8 and 9
17   filing on the date 2/6/2023 that I
18   referred to in the previous exhibit?
19          A.    Was it related to registration
20   4187348?
21          Q.    Yes.
22          A.    Yes.
23          Q.    And this is what we referred
24   to in the previous exhibit as the
25   Section 8 and 9 filing in 2023, correct?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 237

```
 1        A.      February 6th, 2023.
 2        Q.      This is a filing that's part
 3   of the renewal of that Twitter bird mark
 4   in 2023; am I correct?
 5        A.      It appears to be so, yes.
 6              MR. SPRIGMAN:  Let's take a
 7        look at Exhibit 41.
 8              (Defendant's Exhibit 41,
 9        specimen, was marked for
10        identification as of this date by
11        the Attorney.)
12   BY MR. SPRIGMAN:
13        Q.      I'll represent to you this is
14   the specimen that you filed in
15   February 6th of 2023 to accompany that
16   request for renewal.
17              Do you see that document?
18        A.      Yes.
19        Q.      And I want you to focus on the
20   very top.  At the top of this document,
21   which appears to be screenshots from a
22   website named APKMirror.
23              Do you see that?
24        A.      Yes, I do.
25        Q.      What is APKMirror?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 238

```
 1          A.    It's a website that allows you
 2     to download APKs, which then installs
 3     applications.
 4          Q.    And did X post this code to
 5     APKMirror?
 6          A.    I'm not sure if X posted it;
 7     but, again, we're aware of this.  We
 8     monitor the uses and make sure it's in
 9     compliance with our guidelines.
10          Q.    It says -- below APKMirror, it
11     says:  -- there's the Twitter bird.  And
12     then it says:  Twitter 3.2.2.
13               Do you see that?
14          A.    Yes.
15          Q.    Are you familiar with
16     Twitter 3.2.2?
17          A.    To the extent it's a version
18     of the Twitter app, I am generally aware
19     there are different versions of Twitter
20     in our apps that we offer.  Yes.
21          Q.    Okay.
22          A.    I'm not sure what specific
23     version this is, other than what it says
24     here, 3.2.2.
25          Q.    Twitter 3.2.2.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 239

```
 1        A.    Yes.

 2        Q.    Do you have any sense of when

 3   Twitter 3.2.2 was released?

 4        A.    I don't know off the top of my

 5   head, no.

 6              MR. SPRIGMAN:   Okay.  Let take

 7         a look at Exhibit 42, please.

 8              (Defendant's Exhibit 42,

 9         screenshot, was marked for

10         identification as of this date by

11         the Attorney.)

12   BY MR. SPRIGMAN:

13        Q.    Let me know when you see it.

14        A.    I see it.

15        Q.    At the top left of the

16   screen -- this is a screenshot from a

17   website.  And at the top left, you see

18   the words, Mobile Syrup.

19              Do you see that?

20        A.    Yes.

21        Q.    With a maple leaf?

22        A.    I do.

23        Q.    And then below that, you see a

24   red button that says, News.

25              Do you see that?
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 240

1       A.     Yes.

2       Q.     And then below that, you see

3   some text.  It's in relatively big type,

4   and it says:  Twitter for Android gets

5   updated to version 3 -- well, V3.2.2.

6               Do you see that?

7       A.     Yes, I do.

8       Q.     There's a date below that.

9               Do you see the date?

10      A.     Yes.

11      Q.     What's the date?

12      A.     May 15, 2012.

13      Q.     Does this refresh your

14  recollection about when Twitter 3.2.2

15  might have been released?

16      A.     Again, I don't know exactly

17  when it was released, but I do know this

18  article appears to be published on

19  May 15, 2012.  So, I can at least confirm

20  that that article was published on that

21  date.

22      Q.     Can you scroll down, please.

23  I am going to read to you some of the

24  text from this Mobile Syrup article.

25               It says -- and tell me if I'm

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 241

```
 1    reading this correctly -- if you're fond

 2    of using the official Twitter for Android

 3    app versus a TweetDeck, then you probably

 4    want to keep up on the latest updates.

 5    Version 3.2.2 is now available and brings

 6    the usual and unknown bug fixes, plus

 7    addresses the missing avatars issue on

 8    devices running OS 2.0 and 2.1.

 9              I'll stop there.

10              So, does this suggest that

11    Twitter 3.2.2 was new as of May 2012?

12              MR. KAGAN:  Objection.  Beyond

13         the scope of the declaration.

14              THE WITNESS:  I can confirm

15         that what you read is what the

16         article states, yes.

17    Q.    Okay.  And do you understand

18    that to suggest -- I mean, I am not

19    asking to take it for the truth, but I am

20    asking you whether you understand that to

21    suggest that Twitter version 3.2.2 was

22    released in 2012?

23              MR. KAGAN:  Object to form.

24         Beyond the scope of the

25         declaration.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 242

1              THE WITNESS:  It's beyond the

2         scope of my declaration, but I also

3         said it earlier, that, yes, that is

4         what the article here states.

5              MR. SPRIGMAN:  Okay.  So,

6         let's take a look at Exhibit 43.

7         Let me know when you're there.

8              (Defendant's Exhibit 43,

9         Section 7 Request Form, was marked

10        for identification as of this date

11        by the Attorney.)

12             THE WITNESS:  I'm there.

13   BY MR. SPRIGMAN:

14        Q.    Okay.  It says at the top,

15   Section 7 Request Form.

16             Do you see that?

17        A.    I do.

18        Q.    So, is this the Section 7

19   Request Form that you submitted in --

20   with respect to the Twitter mark that

21   we're talking about, and the submission

22   date for this -- I am just going down to

23   your signature -- is 10 -- I'm sorry --

24   9/30/2025; is that right?

25        A.    That is correct.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 243

1          Q.    Okay.  What is the Section 7

2     Request Form?  What is a Section 7

3     request, I guess I would ask?

4          A.    In this case, we submitted a

5     specimen for the mark as used.  Here's

6     what it says:  Registrant hereby submits

7     a specimen for the mark that was used in

8     commerce on or before the filing date of

9     this request.  The specimen submitted

10    consisted of screenshots of a page from

11    an app store, Class 9 screenshot, Class

12    35 screenshot, Class 41 screenshots.

13         Q.    Okay.  So, the idea -- correct

14    me if I'm wrong, but I think the idea

15    here is you have a mark for the Twitter

16    bird, and the -- the look of the Twitter

17    bird has changed a little bit.  But it

18    still gives the same commercial

19    impression.

20              So, you're telling the PTO,

21    hey, just update this mark just to the

22    new design, which gives the same

23    commercial impression.  So, it's not a

24    different mark.  It's just an update of

25    the same mark.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 244

1              Do I have that correct?

2              MR. KAGAN:  Objection.  Beyond

3         the scope of the declaration.

4              THE WITNESS:  Beyond the scope

5         of the declaration; but I can

6         confirm that, as filed, we state

7         the amendment is sought to update

8         an aspect of one part of the design

9         of the registered mark from its

10        current form to a permissible,

11        slightly revised version.

12             MR. SPRIGMAN:  Okay.  So,

13        let's take a look at Exhibit 44,

14        please.

15             (Defendant's Exhibit 44,

16        screenshot, was marked for

17        identification as of this date by

18        the Attorney.)

19   BY MR. SPRIGMAN:

20        Q.    Do you see Exhibit 44?

21        A.    Yes, I do.

22        Q.    Do you see that it says at the

23   top, APKPure?

24        A.    Yes.

25        Q.    What is APKPure?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 245

1       A.    It is another APK site that

2   allows you to -- or that posts APK files

3   that which, if you download one install,

4   it allows users to install our

5   application.

6       Q.    And you see just below that,

7   you see the Twitter bird.

8       A.    Yes.

9       Q.    And you see something that

10  says, if I am reading it correctly,

11  pardon me, Twitter Lite.  Do you see

12  that?

13      A.    Yes.

14      Q.    Did you post this -- did X

15  Corp. post this to APKPure?

16          MR. KAGAN:  Objection.  Beyond

17      the scope of the declaration.

18          THE WITNESS:  It's beyond the

19      scope of my declaration.  I didn't

20      talk about the Twitter Lite app.

21      But I don't believe we are the ones

22      who specifically posted it.

23      Q.    Is Twitter --

24      A.    Again, I -- Twitter Lite is an

25  application that is offered by X Corp.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 246

```
 1   and its predecessor, Twitter, Inc.  When

 2   you install this, it actually installs

 3   the application that we offer.

 4              MR. SPRIGMAN:  Let's go to

 5         Exhibit 45.

 6              (Defendant's Exhibit 45,

 7         Twitter Lite post, was marked for

 8         identification as of this date by

 9         the Attorney.)

10   BY MR. SPRIGMAN:

11        Q.    Let me know when you're there.

12   So, this is, I'll represent to you, the

13   current page for Twitter Lite at APKPure.

14              Do you see APKPure at the top

15   of the page?

16        A.    Yes.

17        Q.    You see Twitter Lite just

18   below it?

19        A.    Yes.

20        Q.    Would you scroll down to the

21   bottom of the first screen.

22        A.    Yes.

23        Q.    You see where it says,

24   Additional App Information?

25        A.    Yes.
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 247

```
 1        Q.    On the right, it says,
 2   Uploaded by.
 3              Do you see that?
 4        A.    Yes.
 5        Q.    And there's a name there,
 6   Isaac Matos or Matos.
 7              Do you see that?
 8        A.    Yes.
 9        Q.    Do you know who that is?
10        A.    I don't know who specifically
11   Isaac Matos is.
12        Q.    So, you don't know if Isaac
13   Matos works for Twitter?
14              MR. KAGAN:  Objection.  Beyond
15          the scope of the declaration.
16              THE WITNESS:  It is beyond the
17          scope of the declaration.  I don't
18          know if Isaac Matos works for
19          Twitter.
20              But, as I've said previously,
21          we're aware of all of these APK
22          sites.  We review all their uses to
23          make sure they're in compliance
24          with our guidelines.  And when you
25          install these apps, they are the
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 248

1              apps provided by us.

2        Q.    So, let me just sum this up.

3   So, with respect to the bird mark, it's

4   one of the marks in your declaration that

5   you're talking about.

6              With respect to the bird mark,

7   you renewed that mark in 2023 based on a

8   specimen that showed third-party use of a

9   version of the Twitter app that was

10  released in 2012.

11             Do you think that is trademark

12  use by X that could support --

13             MR. KAGAN:  Objection.

14       Q.    I'm not done yet.

15             -- that could support a

16  renewal?

17             MR. KAGAN:  Object to form.

18          Beyond the scope of the

19          declaration --

20             THE WITNESS:  That is asking

21          for -- it's beyond the scope of the

22          declaration.  And the reasons why

23          or what is specifically selected is

24          subject to attorney-client

25          privilege.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1          Q.     Okay.  So, I am going to

2     remind you.  In your declaration, you

3     state, specifically in the declaration,

4     that this mark, the bird mark and the

5     Twitter mark, which we talked about

6     earlier --

7          A.     Yes.

8          Q.     -- are valid and

9     incontestable; isn't that correct?

10         A.     Yes.

11         Q.     Part of the validity of this

12    mark, the bird mark and the Twitter mark

13    which was talked about earlier, depends

14    on whether they were properly renewed;

15    isn't that correct?

16              MR. KAGAN:  Objection.  Calls

17         for a legal conclusion.

18              THE WITNESS:  That's exactly

19         right.  You're asking me for a

20         legal conclusion.  And that's

21         subject to attorney-client

22         privilege.

23         Q.     You're not willing to answer

24    whether if a mark isn't validly renewed

25    whether it remains valid or not?

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 250

1        A.      You're asking me about whether

2    there is validity to this mark or not,

3    and that's subject to attorney-client

4    privilege.

5        Q.      In other words, your views

6    about a public filing you made to the PTO

7    about whether that filing actually did

8    show use as of 2023, that view you won't

9    tell me because you think it's

10    attorney-client privileged?

11        A.      What I have stated earlier and

12    what I read is exactly what we filed in

13    explanation of that filing.  And I'm

14    happy to reshare that.  But as to the

15    reasoning behind why, that is subject to

16    attorney-client privilege.

17        Q.      Okay.  With respect to the

18    Section 7 request, so the update, you

19    submitted a specimen that showed

20    third-party use of -- of code, right,

21    that originated with Twitter, a

22    third-party use, the date of which is

23    unclear, posted by somebody else.

24                And you think that shows use

25    of the Twitter mark sufficient to update

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 251

1    the Twitter mark to the new specimen.

2              MR. KAGAN:  Object to form.

3         Beyond the scope of the

4         declaration.

5              THE WITNESS:  It was beyond

6         the scope of the declaration.  Did

7         not speak to that issue.  But as I

8         said, the explanation of the filing

9         is present within the filing

10        itself.

11        Q.    Where's the explanation?

12        A.    It's within Section 7 filing.

13        Q.    Let's look at that.

14        A.    Sure.

15        Q.    That's Exhibit 43, is it not?

16   Yes, it is.

17              So, where's the explanation?

18        A.    It says:  Explanation of

19   filing, registrant respectfully submits

20   this Section 7 request for amendment

21   pursuant to 15 USC, 1057 and CFR, 2.173.

22   This request is made to amend the

23   registration of the mark bearing US

24   registration number 4187348.

25              The amendment is sought to

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 252

1    update an aspect of one part of the

2    design of the registered mark from its

3    current form to a permissible, slightly

4    revised version.  The revised design mark

5    is substantially identical to the

6    as-registered version and conveys the

7    same commercial impression.

8              The requested amendment

9    doesn't alter the fundamental nature of

10   the mark and maintains its distinctive

11   character.  Specifically, the amended

12   design mark refines one aspect of one

13   graphic element, i.e., removal of the

14   tuft of hair from the head while

15   retaining the essential visual features

16   that identify the source of the relevant

17   goods and services.  Indeed, both the

18   mark, as registered, and the proposed

19   amendment mark consists of an outline of

20   a bird in flight and removal of the tuft

21   of hair from the current registration.

22             The amended design retains the

23   same core elements, overall shape, and

24   distinctive features as the registered

25   mark.  The requested amendment will not

01/22/2026            **X Corp. vs Operation Bluebird, Inc.**            Naser Baseer

Page 253

1    expand or alter the scope of the

2    registration with respect to the covered

3    goods and services.

4              The identification of goods

5    and services remains unchanged and

6    continues to reflect registrants current

7    offerings in commerce.  The requested

8    amendment is consistent with USPTO

9    requirements per immersible amendments,

10   as the revised mark maintains the same

11   overall commercial impression as the mark

12   as registered and does not materially

13   alter the registration.

14              Accordingly, a registrant

15   requests that the USPTO requests this

16   request for amendment and issue updated

17   certificate of registration reflecting

18   the revised design mark.

19        Q.    Terrific.  I want to ask you

20   about one sentence in that whole

21   paragraph, and here's the sentence:  The

22   identification of goods and services

23   remains unchanged and continues to

24   reflect registrant's current offerings in

25   commerce.

01/22/2026             X Corp. vs Operation Bluebird, Inc.             Naser Baseer

Page 254

1              Do you see that sentence?

2        A.    Yes.

3        Q.    The specimen is meant to be

4    evidence of, quote, the registrant's

5    current offerings in commerce, unquote.

6              Is that correct?

7        A.    Yes.

8        Q.    Is, in your view, the specimen

9    representative of the registrant's,

10   quote, current offerings in commerce, end

11   quote?

12             MR. KAGAN:  Objection.  Beyond

13        the scope of the declaration.

14             THE WITNESS:  I didn't speak

15        to this issue in the declaration.

16        Nevertheless, as I've read

17        previously, restate:  It continues

18        to reflect registrant's current

19        offerings in commerce.

20       Q.    So, your contention is -- and

21   this is within the scope of your

22   declaration because you assert that this

23   mark is valid and incontestable.

24             So, your contention is, if I

25   understand it, that third-party use of an

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 255

1    old version of Twitter code contained in

2    an APK, the Android package kit, not

3    posted by X but posted by some guy named

4    Isaac Matos that you don't know, that

5    that is your X Corp.'s current offering

6    in commerce, unquote.

7                Is that right?

8                MR. KAGAN:  Object to form.

9                THE WITNESS:  Again, I can't

10          speak to everything that you said

11          there because a lot of that

12          includes legal analysis that would

13          be subject to attorney-client

14          privilege.

15               I can reiterate that we state

16          here that the identification of

17          goods and services remains

18          unchanged and continues to reflect

19          registrant's current offerings in

20          commerce.

21      Q.    You told the United States

22    Patent and Trademark Office that that

23    site reflected registrant's current

24    offerings in commerce; did you not?

25      A.    I didn't say that the APK site

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 256

1    does that.  Exactly what it reads here is

2    the identification of goods and services

3    remains unchanged and continues to

4    reflect registrant's current offerings in

5    commerce.

6        **Q.    The specimen is meant to**

7    **illustrate the registrant's current**

8    **offerings in commerce?**

9            MR. KAGAN:  Object to form.

10        Beyond the scope of the

11        declaration.

12            THE WITNESS:  Again, I didn't

13        speak to these specific issues in

14        the declaration.  But, as I said,

15        the specimen was submitted in

16        connection with the Section 7

17        request; and we note that continues

18        to reflect registrant's current

19        offerings in commerce.

20        **Q.    That's what the specimen is**

21    **meant to illustrate; is it not?**

22        A.    The specimen was submitted in

23    connection with respect to the Section 7

24    submission, and the submission states

25    here it continues to reflect the

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 257

1    registrant's current offerings in

2    commerce.

3          Q.    Right.  So, the specimen

4    illustrates the registrant's current

5    offerings and commerce; does it not?

6               MR. KAGAN:  Object to form.

7               THE WITNESS:  As I said, and

8          I'll reiterate, we submitted the

9          specimen in connection with the

10         Section 7 submission.

11              And the submission states:

12         The identification of goods and

13         services remains unchanged and

14         continues to reflect the

15         registrant's current offerings in

16         commerce.

17         Q.    So, the specimen is

18    illustrating the registrant's current

19    offerings in commerce?

20              Isn't that what you just said?

21              MR. KAGAN:  Object to form.

22              THE WITNESS:  And I'll

23         reiterate that we submitted the

24         specimen, and I've read the

25         explanation of our filing.  And the

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 258

```
 1         explanation states -- and I can
 2         repeat that sentence:  The
 3         identification of goods and
 4         services remains unchanged, and it
 5         continues to reflect registrant's
 6         current offerings in commerce.
 7     Q.    So, why does the USPTO require
 8  a specimen when you file a Section 7
 9  request?
10           MR. KAGAN:  Objection.  Beyond
11      the scope of the declaration.
12           THE WITNESS:  I am not going
13      to speak to why the USPTO requires
14      something.
15     Q.    You are unless your counsel
16  instructs you not to answer.
17           Why does the USPTO require a
18  specimen when you file a Section 7
19  request?
20           MR. KAGAN:  Objection.  The
21      reason that the USPTO requires a
22      Section 7 is beyond the scope of
23      the declaration.
24           I'll instruct the witness not
25      to answer pursuant to Rule 30(c).
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 259

1          Q.    So, is it your contention

2     again that an APK site run by a third

3     party that advertises for downloading an

4     Android package kit titled Twitter Lite,

5     posted not by X Corp., but by some

6     unknown third-party named Isaac Matos;

7     that, that as of the time in 2005 --

8     represented by Debevoise & Plimpton, I'd

9     add -- as of the time of 2025 that you

10    filed this Section 7 request, that that

11    reflects X Corp.'s current use of that

12    mark in commerce?

13              Is that your contention?

14              MR. KAGAN:  Object to form.

15         Beyond the scope of the

16         declaration.

17              THE WITNESS:  It's beyond the

18         scope of my declaration, but I'll

19         reiterate the answer before.  I

20         can't speak to everything that you

21         just said.  The reason why we

22         select what we select, what we

23         submit is subject to

24         attorney-client privilege.

25              I can confirm that that was

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 260

```
 1          the specimen that was submitted in
 2          connection with the Section 7
 3          filing; and the Section 7 filing
 4          here includes an explanation, which
 5          states that the requested amendment
 6          will not expand or alter the scope
 7          of the registration with respect to
 8          the covered goods and services.
 9          The identification of the goods and
10          services remains unchanged and
11          continues to reflect registrant's
12          current offerings and commerce.
13      Q.    So, if the PTO calls you up
14   and says, did the specimen that you filed
15   alongside your Section 7 request, does
16   that reflect your current offerings in
17   commerce?  I am looking at this APK site.
18   Who's this Isaac Matos person?  Are you
19   going to say to the PTO examining
20   attorney, I'm sorry; that's privileged?
21          MR. KAGAN:  Object to form.
22      Section 7 filing is beyond the
23      scope of the declaration.
24          Instruct the witness not to
25      answer pursuant to Rule 30(c).
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 261

1          MR. SPRIGMAN:  I'm going to
2       upload some -- mark some exhibits.
3          (Defendant's Exhibit 47,
4       search page, was marked for
5       identification as of this date by
6       the Attorney.)
7          (Defendant's Exhibit 48,
8       Twitter hatch, was marked for
9       identification as of this date by
10      the Attorney.)
11         (Defendant's Exhibit 49,
12      continued declaration of use, was
13      marked for identification as of
14      this date by the Attorney by the
15      Attorney.)
16   BY MR. SPRIGMAN:
17      Q.   I've uploaded some exhibits,
18   which you should have access to now.
19   Exhibit 48, please.  I'll represent to
20   you is from the PTO website.  And again,
21   it's from the Trademark Status & Document
22   Retrieval Tool on that website.  It is
23   the status page for a mark that is
24   comprised of the Twitter bird and Twitter
25   hatch, so let's refer to that as Twitter

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 262

1    hatch.

2              Do you see that?

3         A.    Yes, I see that.

4         Q.    The registration number is

5    5076118, and the application and filing

6    date is March 12, 2015, and the

7    registration date November 8th, 2016.

8              Do you see that?

9         A.    Yes.

10        Q.    Let's look at Exhibit 47.  Let

11   me know when you're there.

12        A.    I am there.

13        Q.    I'll represent to you that

14   this is the search page from the

15   Trademark Status & Document Retrieval

16   Tool for the same mark, the same Twitter

17   hatch mark; and I want to direct you to

18   a -- two entries in that search page, the

19   documents filed on May 8th, 2023.

20              You see there's an entry on

21   May 8, 2023, for Section 8 and 15 and an

22   entry on the same date, 2023, for a

23   specimen?

24              Do you see that?

25        A.    Yes.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1          MR. KAGAN:  Objection.  Note

2      that this registration is beyond

3      the scope of the declaration.

4      Q.    Let's look at Exhibit 49,

5  please.  Let me know when you're there.

6      A.    I'm here.

7      Q.    Okay.  Reads at the top:

8  Continued declaration of use and

9  incontestability under Sections 8 and 15.

10          If you look at the mark, it

11  says:  Hatch stylized and/or with design.

12          So, that's the Twitter hatch

13  mark?

14          Again, this is filed -- if you

15  scroll down, this is filed on May 8th,

16  2023; and you're the signatory.

17          Is that all correct?

18          MR. KAGAN:  Objection.  Beyond

19      the scope of the declaration.

20          THE WITNESS:  I didn't speak

21      to this mark in my declaration.

22      Q.    I'm sorry?  Say that again,

23  please.

24      A.    I didn't refer to this mark in

25  my declaration.

01/22/2026        X Corp. vs Operation Bluebird, Inc.        Naser Baseer

1        Q.    Is this your signature?  Are

2    you the signatory to this form?

3            MR. KAGAN:  Same objection.

4            THE WITNESS:  I didn't speak

5        to this in my declaration.

6        Q.    I understand you're saying

7    that, but are you the signatory to this

8    form?

9        A.    Yes.

10       Q.    And the date is 5/8/2023; Am I

11   correct?

12       A.    That's right.

13       Q.    And the mark that this refers

14   to is the Twitter hatch mark; Am I

15   correct?

16           MR. KAGAN:  I'm going to

17        object.  This mark is beyond the

18        scope of the declaration.

19           I'll instruct the witness not

20        to answer pursuant to Rule 30(c).

21           MR. SPRIGMAN:  I want to take

22        you to Exhibit 50, please.  Let me

23        know when you're there.

24           THE WITNESS:  Exhibit which

25        one?  I'm sorry.

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 265

```
 1                    MR. SPRIGMAN:  Exhibit 50.

 2                    (Defendant's Exhibit 50, May

 3            2023 specimen, was marked for

 4            identification as of this date by

 5            the Attorney.)

 6    BY MR. SPRIGMAN:

 7        Q.    I'll represent to you that

 8    this is the specimen that you submitted

 9    in May 2023 along with your request, your

10    Section 8 request, to renew this mark on

11    the same date, and this is your specimen

12    of use.

13                    Do you see a picture at the

14    top of the specimen?

15                    MR. KAGAN:  Same objection.

16        Same instruction.

17        Q.    Do you see the date, if you

18    scroll down on the picture?

19                    MR. KAGAN:  Same objection.

20        Same instruction.

21        Q.    Is it your contention that use

22    in 2015 is current use for the purposes

23    of the renewal of this mark as of 2023?

24                    MR. KAGAN:  Same objection.

25        Same instruction.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 266

```
 1                    MR. SPRIGMAN:  We'll stop here

 2           for a moment.  We're going to

 3           confer, and we'll be back to you.

 4                    How long have we been on the

 5           record, altogether?

 6                    MR. KAGAN:  The time is 4:19

 7           now.

 8                    (Whereupon, an off-the-record

 9           discussion was held.)

10                    (Whereupon, a short break was

11           taken at this time.)

12                    MR. SPRIGMAN:  We're back on

13           the record at 4:33.

14   BY MR. SPRIGMAN:

15           Q.    Mr. Baseer, I am going to

16   start with some background questions.

17                    Did you attend a university?

18           A.    Yes.

19           Q.    Where?

20           A.    Which specific -- are you

21   asking about undergrad?

22           Q.    Let's start with

23   undergraduate.

24           A.    I attended University of

25   California at Riverside.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 267

```
 1          Q.    At Riverside.

 2                Did you receive a degree?

 3          A.    Yes.

 4          Q.    What was that degree?

 5          A.    BA in neuroscience.

 6          Q.    Neuroscience.

 7                What year was that?

 8          A.    I can't recall the exact year.

 9    I'm old.

10          Q.    Did you attend graduate

11    school?

12          A.    I did.

13          Q.    In what?

14          A.    In law.

15          Q.    And where?

16          A.    In Chicago-Kent College of

17    Law.

18          Q.    Did you receive a degree from

19    Chicago-Kent?

20          A.    I did.

21          Q.    What year was that degree?

22          A.    Honestly, I am getting old.  I

23    can't recall.  It's likely around 2013.

24          Q.    Was that degree a JD?

25          A.    Yes.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 268

```
 1          Q.     Are you admitted to the bar of

 2     any state?

 3          A.     I am.

 4          Q.     Which states?

 5          A.     Illinois and Washington.

 6          Q.     Washington State?

 7          A.     Washington State.

 8          Q.     Not District of Columbia?

 9          A.     No.

10          Q.     Do you remember the years in

11     which you were admitted to the bar?

12          A.     Illinois probably the year

13     after I graduated and took the bar there.

14     I can't recall exactly, but likely around

15     2013 for Illinois.  And then later in

16     Washington State.

17          Q.     Have you ever been subject to

18     any disciplinary actions in either of

19     those states in which you are a member of

20     the bar?

21          A.     No.

22          Q.     What is area of law in which

23     you practice?

24          A.     I practice in intellectual

25     property, and I also provide product
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 269

1   counseling.

2       Q.    Has that always been the area

3   of law in which you practiced since you

4   graduated from Chicago-Kent?

5       A.    I've worked as an associate in

6   various capacities working on different

7   types of matters, including IP

8   prosecution, enforcement, licensing.

9   I've helped out on litigation matters,

10  conducted due diligence, and corporate

11  deals.

12      Q.    Let's go through your

13  employment history, but I would like to

14  do this in the most efficient way

15  possible.

16          Can you tell me, starting from

17  when you graduated from Chicago-Kent,

18  what your first job was after law school.

19      A.    I believe at the time I was a

20  paralegal for Holland & Knight.

21      Q.    Holland & Knight, the law

22  firm?

23      A.    Yes.

24      Q.    Okay.  Got it.

25      A.    Then became an associate for

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 270

```
 1   Holland & Knight.   Then became an
 2   associate for Schiff Hardin.
 3        Q.    How long were you at Holland &
 4   Knight?
 5        A.   I can't recall exactly because
 6   I started working, while I was in law
 7   school, for McBride, Baker & Coles, which
 8   was then, I believe, acquired or merged
 9   into Holland & Knight.  I can't remember
10   the exact number of years.
11        Q.    Do you how many years after
12   law school you were with that firm?
13        A.   I can't remember exactly the
14   number of years.
15        Q.    Do you remember the year in
16   which you left Holland & Knight?
17        A.   I honestly can't remember the
18   exact year.
19        Q.    What was your next job after
20   Holland & Knight?
21        A.   It was at Schiff Hardin.
22        Q.    Did you move from Holland to
23   Schiff right away?  Or did you have a
24   break in between?
25        A.   No.  I moved from Holland &
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 271

```
 1   Knight to Schiff Hardin.
 2        Q.    What was your job at Schiff
 3   Hardin?
 4        A.    I was an associate.  I worked
 5   on various different types of matters,
 6   including IP prosecution, IP enforcement,
 7   licensing.  I helped conduct due
 8   diligence and helped in litigation
 9   support.
10        Q.    How long were you at Schiff
11   Hardin?
12        A.    Again, I can't recall exactly
13   how many years I was at Schiff.
14        Q.    What city was that in?
15        A.    That's in Chicago, Illinois.
16        Q.    What about Holland just
17   before?  Was that also Chicago?
18        A.    Also Chicago.
19        Q.    What was your position -- what
20   was your title when you left Schiff
21   Hardin?
22        A.    Associate.
23        Q.    What was your next job after
24   Schiff Hardin?
25        A.    I joined Starbucks Coffee
```

01/22/2026               X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 272

1    Company.

2         Q.    Do you remember about what

3    year that was?

4         A.    2007.

5              That reminds me, I should go

6    back and correct.  Probably I didn't

7    graduate law school in 2013.  Probably

8    2003 is when I graduated.

9         Q.    That makes sense.  Thank you.

10        A.    I'm old.

11        Q.    You're not that old.  You're

12   good.

13        A.    I'm old.

14        Q.    So, 2007, You went to

15   Starbucks.

16              Was there any period of time

17   between you leaving Schiff and you

18   arriving at Starbucks?  Or was that

19   pretty much right away?

20        A.    It was pretty much right away.

21        Q.    What was your title when you

22   arrived at Starbucks?

23        A.    I can't remember the exact

24   title when I joined Starbucks.

25        Q.    What were your job

Page 273

```
 1   responsibilities at Starbucks?

 2        A.    I joined as counsel that

 3   worked on IP matters.  That included,

 4   again, IP prosecution and enforcement and

 5   providing substantive advice with respect

 6   to IP on litigation as well.

 7        Q.    How long were you at

 8   Starbucks?

 9        A.    I can't remember exactly; but

10   approximately, I want to say, around

11   eight and a half years.

12        Q.    What was the next job after

13   Starbucks?

14        A.    I joined Twitter.

15        Q.    What year was that, if you

16   remember?

17        A.    I want to say that was 2015.

18        Q.    What was your title when you

19   joined?

20        A.    Senior counsel.  It's -- I

21   believe it was senior counsel.  I can't

22   remember exactly.

23        Q.    Have you been at Twitter ever

24   since?

25        A.    I have been at Twitter since.
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 274

1       Q.      Ten-plus years now?

2       A.      Over ten years, yes.

3       Q.      Tell me again your current

4   title.

5       A.      I am director legal.

6       Q.      And can you tell me what your

7   path was, like what titles came between

8   being hired as senior counsel and what

9   you are now, director of legal.

10      A.      Sure.  I started as a senior

11  counsel.  Then I became an associate

12  director and then became director.

13      Q.      Do you remember about what

14  years?

15      A.      Good question.  I don't

16  remember exactly when the titles changed.

17  I can -- it's in my declaration.  I can

18  actually look it up in the declaration.

19      Q.      We can refer to the

20  declaration.  That's fine.

21              What are your job

22  responsibilities now at X Corp.?

23      A.      I provide guidance with

24  respect to IP matters, as well as provide

25  product counseling advice.

01/22/2026            X Corp. vs Operation Bluebird, Inc.            Naser Baseer

Page 275

1      Q.    So, product counseling, what
2   do you mean by that?
3      A.    As we develop products and
4   services or add functionality to our
5   platform, and I help provide guidance
6   with respect to those products and
7   features.
8      Q.    Guidance in terms of their
9   legal consequences?
10      A.    Yes.  I provide legal advice
11   in connection with those products and
12   features.
13      Q.    Who is your supervisor now at
14   X?
15      A.    James Burnham.
16      Q.    What's James Burnham's title?
17      A.    He is general counsel.
18      Q.    So, you report to the general
19   counsel.
20      A.    Yes.
21      Q.    Let's get back to your
22   declaration for a second.
23      A.    Sure.
24      Q.    As I understand the substance
25   of your declaration, you're offering a

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 276

1    list of marks that you say are valid,

2    that continue in force; is that right?

3    Is that the part of the substance of your

4    declaration?

5         A.    Would you mind referring me to

6    the specific paragraph, and I can...

7         Q.    Sure.

8              I'll refer you to paragraph 20

9    and the chart starting on page 6.  At the

10   beginning of this deposition -- near the

11   beginning, I asked you whether these were

12   the registered and pending Twitter marks.

13   You answered me on that.

14              And in your declaration, you

15   say that these are our marks and that

16   these marks are valid.  In fact, a number

17   of them are incontestable; although, you

18   did make a correction about one of them.

19        A.    Yes.  As I state here, the

20   marks outlined are registered or pending

21   with the USPTO.  We continue to own these

22   marks as well as any common law rights.

23              And I did make a correction

24   with respect to two of the marks.  I

25   believe inadvertently we noted that they

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 277

1    were incontestable, and I corrected that

2    two of the marks were not incontestable.

3         Q.    Which two?

4         A.    I believe those are --

5         Q.    I have noted only Twitter

6    Flight --

7         A.    I believe Twitter Flight.

8         Q.    Okay.  Got it.

9              Two Twitter Flight marks?

10        A.    Two Twitter marks, yeah, I

11   believe so.

12        Q.    So, the substance -- or at

13   least part of the substance of your

14   deposition is that these are marks that

15   you own.

16        A.    Yes.

17        Q.    And these are valid.

18        A.    They're registered, yes.  And,

19   as I said, we owned -- registered and

20   common law right in connection with these

21   marks, yes.

22        Q.    So, part of the substance of

23   your deposition is that these are marks

24   that you own, that they're registered and

25   that they are valid; is that correct?

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 278

```
 1        A.    Yes.  I mean, if they're

 2   registered, they're valid.

 3        Q.    Well, they're presumed valid.

 4   They may or may not be valid, right?

 5             MR. KAGAN:  Object to form.

 6             THE WITNESS:  I am not going

 7         to get into word wars.  As I stated

 8         in paragraph 20, they're

 9         incontestable, and they are valid

10         and subsisting.

11        Q.    Okay.  Good.

12             So, that's part of the

13   substance of your declaration.  I asked

14    you a set of questions about two marks,

15    the two marks that are included in that

16    list in your declaration.  One is the

17    Twitter mark; the other is the Twitter

18    bird mark.

19             I asked you a set of questions

20    about whether these marks were validly

21    renewed, which goes to the substance of

22    your declaration about whether those

23    marks are valid.

24             Do you agree?

25             MR. KAGAN:  Object to form.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 279

1          THE WITNESS:  I'm not quite

2     sure I understand your question.

3     Can you repeat your question?

4          Q.    The Twitter mark that I asked

5     about and the bird mark that I asked

6     about are both marks that you assert in

7     your declaration are valid, correct?

8          A.    Yes, they are listed here.  If

9     they're listed here, then yes, I have

10    signed it.

11         Q.    Part of the substance of your

12    declaration is that those two marks are

13    valid, correct?

14         A.    Yes.

15         Q.    I asked questions about those

16    two marks that were relevant to

17    whether -- that went to the question of

18    whether those marks were, in fact, valid,

19    because those questions were about

20    whether those marks were validly renewed;

21    isn't that right?

22          MR. KAGAN:  Object to form.

23          THE WITNESS:  I -- can you --

24         Q.    Yes.

25         A.    -- remind me what the exact

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 280

1    questions were?

2         Q.    Yes.   Do you remember me

3    showing you the Section 8 and 9 forms for

4    the Twitter mark and then for the bird

5    mark?

6         A.    Yes, I remember that.

7         Q.    Do you remember me showing you

8    the specimens that accompanied the

9    Sections 8 and 9 forms for the Twitter

10   mark and then for the bird mark?

11        A.    Yes, I do remember you showing

12   me specimens.

13        Q.    Do you remember me asking

14   questions regarding whether those

15   specimens showed the continued, current

16   use of those marks, that is, a necessary

17   predicate to the renewal of those marks?

18        A.    I do remember you asking the

19   question.

20        Q.    Do you agree that whether

21   those marks were validly renewed is

22   relevant to whether those marks are, as

23   you assert in the substance of the

24   declaration, valid?

25              MR. KAGAN:   Object to form.

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 281

1              THE WITNESS:  Again, in this

2        case, as I said in paragraph 20, I

3        assert -- or I state here in my

4        declaration that those marks are

5        valid.

6        Q.    Okay.  So, is it your opinion

7   that those specimens support a valid

8   renewal of those marks, which would be

9   necessary for those marks, as you assert

10  in the substance of your declaration, to

11  be valid?

12             MR. KAGAN:  Object to form.

13             THE WITNESS:  As I said,

14        right, you asked about a number of

15        different things there.  I

16        confirmed that we did submit those

17        specimens.  I confirmed and read,

18        at least in one of those instances,

19        exactly what was submitted along

20        with that.

21             And I can confirm that, in

22        paragraph 20 of my declaration, I

23        state that the marks that are

24        listed here are valid.

25        Q.    Okay.  So, that must mean,

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 282

1    correct me if I'm wrong, that the use on

2    those third-party APK sites by third

3    parties, not posted by X Corp., of

4    android package kits containing code for

5    old versions of your app, that those are,

6    in fact, uses by X Corp. of those marks?

7              MR. KAGAN:  Object to form.

8         Q.    Am I right?

9              MR. KAGAN:  Object to form.

10        A.    Now we're talking about stuff

11   that I did not first speak to in my

12   declaration.

13             Second, you're asking me about

14   whether I think certain types of things

15   are sufficient as specimens.  That is

16   attorney-client privileged communication.

17        Q.    So, is not a big part of the

18   substance of your declaration whether

19   certain uses by X Corp. are, in fact,

20   current uses in commerce of the marks

21   that are listed in your declaration?

22             MR. KAGAN:  Object to form.

23             THE WITNESS:  I have in my

24        declaration identified a number of

25        uses by us that use the Twitter,

01/22/2026        **X Corp. vs Operation Bluebird, Inc.**        Naser Baseer

Page 283

1          Tweet, and bird logo marks, yes.

**2        Q.    And part of the substance of**

**3    your declaration is that those uses that**

**4    you've identified are, in fact, according**

**5    to you, current uses in commerce of those**

**6    marks?**

7                MR. KAGAN:  Object --

**8        Q.    By X Corp?**

9                MR. KAGAN:  Object to form.

10               THE WITNESS:  Where I have

11          stated and identified in my

12          declaration and submitted the

13          exhibits, I stand by and state that

14          those are uses of the marks as

15          shown.  I mean, as part of the

16          declaration, there are a number of

17          places and paragraphs where I

18          state, these are our uses in

19          connection with our Twitter and

20          Tweet marks and bird logo marks,

21          and we've attached them as

22          exhibits.

**23        Q.    Some of the uses that you**

**24    attached as exhibits are actually uses by**

**25    third parties; isn't that correct?**

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 284

```
 1              MR. KAGAN:  Object to form.
 2              THE WITNESS:  I'm not sure.
 3         There are a number of uses here
 4         that are uses directly by us, as
 5         well as on other platforms or other
 6         websites we talked about earlier.
 7         For example, JetBlue; for example,
 8         Loreal using it; and the presence
 9         of our marks in various different
10         places, yes, both uses of the
11         Twitter, Tweet, and bird logo marks
12         in various different context.
13      Q.    Yes, in other words, JetBlue,
14  Loreal, Comcast, those uses, which you
15  identified and discussed in the substance
16  of your declaration, are uses by third
17  parties that you are claiming are uses by
18  X Corp.; isn't that right?
19              MR. KAGAN:  Object to form.
20              THE WITNESS:  As I've set
21         forth in the declaration, there are
22         a number of uses of the Twitter
23         marks in various different contexts
24         and various different ways.  And
25         we've identified all of those uses
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 285

```
 1          and our continued use of the marks

 2          over time.

 3               I've also stated that all of

 4          our marks are subject to our

 5          trademark guidelines and brand

 6          guidelines, and we allow third

 7          parties to use our marks, and we've

 8          identified the various contexts in

 9          which all of these marks are used.

10     Q.    You've actually told me.  It's

11  in your declaration, the substance of

12  your declaration.  And you've sat here

13  and told me today that, as far as you are

14  concerned, the use by JetBlue of a mark

15  that you don't object to is a use by you;

16  isn't that right?

17               MR. KAGAN:  Objection.

18          Mischaracterizes the declaration

19          and testimony.

20               THE WITNESS:  That's right.

21          Again, I will reiterate; and I've

22          been clear.  We've identified a

23          number of uses of the Twitter marks

24          in various different contexts, and

25          we have shared those uses as part
```

01/22/2026          **X Corp. vs Operation Bluebird, Inc.**          Naser Baseer

Page 286

```
1          of my declaration.  And I will
2          reiterate that, yes, various
3          paragraphs identify all of the
4          different uses in various different
5          contexts of the Twitter marks.
6      Q.    One of these uses is by
7  JetBlue, correct?
8      A.    One of those uses is by
9  JetBlue, yes.
10     Q.    And it's in your declaration
11  because you are contending, are you not,
12  that that is the use that counts as
13  X Corp.'s use in commerce of the Twitter
14  marks, correct?
15          MR. KAGAN:  Object to form.
16      Calls for a legal conclusion.
17          THE WITNESS:  First, if you
18      want to point me to the declaration
19      where I specifically state that,
20      that's fine.  But I think what
21      you're really asking here is
22      exactly what I've said:  What
23      constitutes use or how and why are
24      subject to attorney-client
25      privilege.  Our strategy is subject
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 287

```
 1          to privilege.
 2     Q.    So, you're saying that
 3   JetBlue's use is not X Corp.'s use in
 4   commerce?
 5          MR. KAGAN:  Object to form.
 6          THE WITNESS:  I am not
 7      speaking to either way.  I am
 8      saying what you're asking me about
 9      is subject to attorney-client
10      privilege.
11     Q.    JetBlue's use is in the
12   declaration; is it not?
13     A.    We've identified various ways
14   the Twitter marks are used or show up in
15   the different contexts, and they've been
16   presented as all of the different
17   contexts in which they were present.
18     Q.    Does JetBlue's use count as
19   X Corp.'s use in commerce or not?
20          MR. KAGAN:  Objection.  Calls
21      for a legal conclusion.
22          THE WITNESS:  I think that is
23      a legal conclusion that you're
24      asking.
25     Q.    So, you're not testifying that
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 288

```
 1   it counts as X Corp.'s use in commerce?

 2         A.    I'm not answering that

 3   question because it's attorney-client

 4   privileged.

 5         Q.    So, you're not testifying

 6   here, for whatever reason, that JetBlue's

 7   usage counts as X Corp.'s usage of the

 8   Twitter bird?

 9         A.    I am not answering that

10   question at all because it's subject to

11   attorney-client privilege.  It's asking

12   me to make a legal conclusion and share

13   that conclusion with you.

14         Q.    So, every time I ask you to

15   make a legal conclusion, you think that's

16   privileged?

17         A.    If it's guidance that I've

18   provided to my client, yes, it's

19   attorney-client privileged.

20         Q.    I am going to read from the

21   court's order, the court's order about

22   this deposition.  It says:  Plaintiff

23   shall make its fact declarant, Naser

24   Baseer, available for a seven-hour

25   deposition limited to the substance of
```

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 289

```
1     his declaration in the next ten days.
2              Is what constitutes the use by
3     X Corp. of the use of the Twitter marks
4     part of the substance of your
5     declaration?
6              MR. KAGAN:  Object to form.
7              THE WITNESS:  I'm not sure
8         what you're getting at, but I will
9         confirm, again, I've stated and
10        continue to state, and we've talked
11        through, all of the contexts in
12        which the Twitter marks are used.
13        That's part of my declaration.
14        We've talked about them.  I've
15        answered questions with respect to
16        that.  And so, yes, I have answered
17        questions in connection with, in
18        that way, the substance of my
19        declaration with respect to
20        questions that ask me to share what
21        guidance I may have provided to my
22        client.  That's covered by
23        attorney-client privilege.  I've
24        stated that that's covered by
25        attorney-client privilege.
```

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 290

1        Q.    In your declaration, you refer

2    to the concept of trademark abandonment;

3    do you not?

4        A.    In my declaration, would you

5    mind pointing me to the specific

6    paragraphs that we're talking about.

7        Q.    Sure.  Take a look at

8    paragraph 40, which is on page 17 of your

9    declaration.

10            I understand that -- I am

11   going to read paragraph 40 or a part of

12   it anyway.

13            I understand that defendant in

14   this case, Operation Bluebird, is

15   attempting to argue that X Corp. has

16   abandoned its rights in the Twitter

17   marks.

18            Do you see that?

19       A.    Yes.

20       Q.    So, if I understand your

21   declaration correctly, you don't believe

22   that X Corp. abandoned its rights in the

23   Twitter marks.

24            Am I correct?

25            MR. KAGAN:  Object to form.

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 291

 1              THE WITNESS:   I think that
 2         statement clearly states that I
 3         believe Operation Bluebird is
 4         attempting to argue that X Corp.
 5         has abandoned its rights.
 6         Q.      Do you believe that X Corp.'s
 7    abandoned its right?
 8         A.     No, I don't believe X Corp.
 9    has abandoned its rights.   It's continued
10    to use its marks and continues to use
11    them in various different contexts.
12    Those various uses in various different
13    contexts have been shared as part of this
14    declaration.
15         Q.    So, you've expressed your
16    views on abandonment in this declaration.
17    It's part of the substance of your
18    declaration; is it not?
19              MR. KAGAN:   Object to the
20         form.
21              THE WITNESS:   I have stated
22         that they're attempting to argue
23         that X Corp. has abandoned its
24         rights.   I've stated in this
25         declaration all of the different

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                Naser Baseer

**Page 292**

```
 1    contexts of use of our marks, and

 2    I've shared those uses.

 3          And as I've stated, for

 4    example, in, for example, paragraph

 5    43:  X Corp. continues to promote

 6    and provide services under the

 7    Twitter marks.  For example, we

 8    host client events that bring

 9    together customers and leaders

10    across various industries to help

11    consumers understand our

12    products -- X Corp.'s products

13    offerings through their business

14    and expand their networks.

15          I've said in paragraph 44:

16    X Corp. operates a blog, and many

17    of the available articles still

18    refer to the company and platform

19    as Twitter.  Attached are the

20    exhibits with respect to those.

21          I've also said that X Corp.

22    maintains its Twitter branding on

23    other social media platforms like,

24    Facebook, Instagram, YouTube.

25    Attached are the exhibits of some
```

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 **Naser Baseer**

**Page 293**

1    of X Corp.'s social media profiles,

2    which predominantly feature the

3    Twitter marks and are still

4    viewable by millions of consumers.

5         X Corp. further maintains its

6    Twitter branding on websites and

7    client materials, including, but

8    not limited to, our ads help page

9    for our customers, web pages to

10   help customers publish or invent

11   Tweets or posts, marketing and

12   business guides, explaining some of

13   our Twitter Amplify and other

14   advertising products, developer

15   materials, our vendor and supplier

16   onboarding materials, and other

17   consumer-facing materials.

18        And attached to that paragraph

19   was Exhibit 5, which are copies of

20   some of the aforementioned

21   materials, which were captured in

22   December of 2025.

23        I've also spoken to you and

24   state in paragraph 47 that a search

25   of the X Corp. help center shows

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 294

1          that Twitter and Tweet still appear

2          in various places.

3                I've also said that, even if

4          you search on Google that -- for

5          Twitter, it yields dozens of

6          images, posts, and support pages

7          that are published by X Corp.'s

8          website which still utilize the

9          Twitter bird copyrights and logos,

10          and we've gone through a number of

11          those things.

12     Q.     We have.

13            And in that lengthy list of

14     things that you've testified to, all of

15     those things you testified to are, in

16     your view, evidence of X Corp.'s

17     continued use of the Twitter marks,

18     correct?

19            MR. KAGAN:  Object to form.

20            THE WITNESS:  I've read the

21          paragraphs exactly where they are,

22          and I think the declaration stands

23          on its own.

24     Q.     So, those are not evidence of

25     X Corp.'s continued use of the Twitter

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer

Page 295

1    marks?

2              MR. KAGAN:  Object to form.

3         Calls for a legal conclusion.

4              THE WITNESS:  As I've said,

5         I've stated that X Corp. continues

6         to use its marks in many different

7         contexts and many different ways,

8         and I've identified the various

9         ways that X Corp. continues to use

10        its Twitter bird logo and Tweet

11        trademarks.

12        Q.    So, we've spent a number of

13   hours here talking about the substance of

14   your declaration, which is, in your view,

15   X Corp.'s continued use of the Twitter

16   marks, correct?

17             MR. KAGAN:  Object to form.

18             THE WITNESS:  That's right.

19        Q.    So, you have testified about

20   X Corp.'s continued use of the Twitter

21   marks.

22             You've testified to this

23   because continued use of the Twitter

24   marks is necessary to avoid any risk that

25   X Corp. has abandoned the Twitter marks,

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 296

1    correct?

2              MR. KAGAN:  Objection to form.

3         Calls for legal conclusion.

4              THE WITNESS:  You're asking me

5         about making legal conclusions

6         related to advice that I've

7         provided my client, and that's

8         subject to attorney-client

9         privilege.

10             [Crosstalk.]

11             I'll reiterate that, as per my

12        declaration, we have said there are

13        a number of continuing uses of the

14        Twitter, Tweet, and bird logo

15        trademarks; and we have identified

16        a number of these uses and shared

17        those as exhibits as I've just read

18        through the different paragraphs.

19        Q.    Did you take trademark in law

20   school?

21        A.    I can't recall, but I do

22   believe I took a trademark law class.

23        Q.    Do you remember who taught you

24   trademark?

25        A.    I don't remember who taught me

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

Page 297

```
 1    trademark law.
 2         Q.     Hold are you?
 3         A.     I am turning 50 this year.
 4         Q.     Oh, I am turning 60.  I
 5    remember all my professors, but that's
 6    just me.
 7               Okay.  Let's get back to this
 8    question of abandonment.
 9               So, do you understand as a
10    trademark lawyer just in general that
11    marks that are not used, right, marks
12    that are no longer currently used, are at
13    risk of abandonment?
14               MR. KAGAN:  Objection to form.
15          Beyond the scope of the
16          declaration.
17               THE WITNESS:  Now we're
18          getting into a theoretical exercise
19          and hypothetical questions that are
20          not subject to, nor do I speak
21          about them in my declaration.
22         Q.     Do you have an answer to the
23    question?
24         A.     Can you repeat your question?
25         Q.     Yes.
```

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

Page 298

1              Do you understand that marks

2     that are no longer in current use raise a

3     risk of abandonment?

4              MR. KAGAN:  Objection.

5              Mr. Baseer's understanding of the

6              law is outside of the scope of his

7              declaration.

8              I'll instruct not to answer

9              pursuant to Rule 30(c).

10             MR. SPRIGMAN:  Okay.  I am

11             going to put just a couple of

12             things on the record, and then

13             we'll confer again and decide what

14             we want to do.

15             First of all, paragraph 42 of

16             his declaration, earlier we talked

17             about this, Jared, and there are

18             some images of what look like maybe

19             cell phones there; although, they

20             don't look like any cell phones I

21             know.

22             We want to know who produced

23             these images and how they were

24             produced, which associate at your

25             law firm, and exactly how were

01/22/2026          X Corp. vs Operation Bluebird, Inc.          Naser Baseer

1    these images produced, because,

2    looking at these, these look more

3    like cartoons than actual phones.

4    So, I think we need a declaration

5    and maybe a deposition.

6         (Request noted.)

7         MR. KAGAN:  I am not here to

8    answer your questions.  You can ask

9    Mr. Baseer all the questions you'd

10   like.

11        MR. SPRIGMAN:  I am putting

12   this on the record.

13        MR. KAGAN:  Hold on a second.

14        MR. SPRIGMAN:  Go ahead.

15        MR. KAGAN:  You're free to ask

16   Mr. Baseer about paragraph 42.  The

17   things that you've raised right

18   now, you've not asked, so that's

19   your prerogative.  I'm not

20   answering your questions right now.

21   Mr. Baseer is.  If you have

22   questions about paragraph 42,

23   you're free to ask him.

24        MR. SPRIGMAN:  Jared, I have

25   asked questions about paragraph 42.

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 Naser Baseer

Page 300

1    Mr. Baseer very helpfully answered

2    that he didn't produce these

3    images, that an associate of the

4    law firm produced these images, so

5    we want to know who and what they

6    did to produce these images.

7         MR. KAGAN:  Would you like to

8    ask the witness?  He's sitting

9    right here.

10        MR. SPRIGMAN:  I already did.

11   It's on the record.

12        That's number one.

13        MR. KAGAN:  You can ask him

14   the questions you just asked me.

15   If you don't want to ask him those,

16   that's fine.

17        MR. SPRIGMAN:  I'm sure I did,

18   actually.

19        MR. KAGAN:  Okay.

20        MR. SPRIGMAN:  I don't know if

21   you were paying attention, but

22   those questions got asked and

23   answered.  Refer to the record.

24        On this question of the

25   Twitter mark and bird mark, I am

Page 301

1    going to read the order again.

2        The order says:  Plaintiff

3    shall make its fact declarant,

4    Naser Baseer, available for a

5    seven-hour deposition limited to

6    the substance of his declaration in

7    the next ten days.

8        So, as I understand it and for

9    the record, the substance of his

10   declaration is X Corp.'s claim of

11   continued use of the various marks

12   that are at issue in this

13   litigation.

14       Part of that inquiry is his

15   understanding.  Part of the

16   substance of his declaration is his

17   understanding of what constitutes

18   use with respect to both the

19   Twitter mark and the bird mark,

20   both of which are part of the marks

21   that are listed and discussed by

22   Mr. Baseer in the declaration.

23       I asked him questions that are

24   aimed at testing whether, in fact,

25   he has an understanding of use that

Page 302

```
1    accords with the law.  That was the

2    question that I asked him, set of

3    questions, and you instructed him

4    not to answer.

5        We don't agree with that

6    instruction.  We think this is

7    clearly well within the substance

8    of his declaration.

9        Actually, throughout this

10   deposition, we've been operating on

11   a different understanding of what

12   the substance of his declaration

13   means.  I think, what I've heard,

14   you guys seem to think, if he

15   hasn't written it in the

16   declaration, we can't ask about it.

17       It's not the words of his

18   declaration.  It's the substance of

19   his declaration.  And the validity

20   of the trademarks is absolutely

21   part of the substance of the

22   declaration.  What constitutes use

23   of those marks, absolutely part of

24   the substance of his declaration.

25       So, we wanted to note that for
```

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    Naser Baseer

Page 303

1    the record.  I'll stop there.

2         MR. KAGAN:  I'll also state

3    for the record that you've had the

4    opportunity to ask Mr. Baseer about

5    the substance of his declaration.

6         We disagree about certain

7    things, certain declarations that

8    were filed in connection with

9    certain trademark applications.

10   And prosecution history and renewal

11   are outside the scope of the

12   declaration, from our perspective.

13        I appreciate we disagree on

14   that, so I will note that for the

15   record.

16        I will also note for the

17   record that I did give Mr. Baseer a

18   significant amount of latitude to

19   answer questions about those

20   topics.  And when it strayed into

21   areas that, in our view, went far

22   beyond the scope of the

23   declaration, I've instructed him

24   not to answer.

25        MR. SPRIGMAN:  We're not

01/22/2026                X Corp. vs Operation Bluebird, Inc.                Naser Baseer

Page 304

1    objecting to what you allowed.

2    We're objecting to what you didn't.

3        With that, let's take a break.

4    We'll confer one last time, and

5    we'll be back.

6        MR. KAGAN:  For the record,

7    it's 5:08 p.m.

8        MR. SPRIGMAN:  Thanks.

9        (Whereupon, a short break was

10   taken at this time.)

11       MR. SPRIGMAN:  The time is

12   5:27.

13       We're done for the day, and we

14   thank you for coming in today and

15   for talking with us.  Thanks.

16       THE WITNESS:  Thank you.

17       MR. KAGAN:  Before we go off

18   the record for the day, I will just

19   note that Mr. Baseer was here and

20   present for close to six hours of

21   testimony.  He answered questions

22   about the facts contained in his

23   declaration that was filed in

24   connection with this matter.

25       I'll note that Mr. Baseer

Page 305

```
 1   asserted attorney-client privilege

 2   when asked questions that called

 3   for legal conclusions and advice

 4   that he believed he provided to his

 5   clients.  I interposed a limited

 6   number of objections today --

 7   strike that.

 8       I imposed -- interposed a

 9   limited number of instructions

10   today instructing the witness not

11   to answer questions that went

12   beyond the scope of the

13   declaration.

14       (Page break to accommodate

15   jurat.)

16

17

18

19

20

21

22

23

24

25
```

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 **Naser Baseer**

Page 306

1              MR. SPRIGMAN:  Okay.  We

2         appreciate that.  Again, we

3         probably disagree over the

4         instructions, but we can leave that

5         for another time.

6              And again, thank you so much.

7              THE WITNESS:  Thank you.

8              MR. KAGAN:  Off the record.

9              (Whereupon, at 5:30 P.M., the

10        Examination of this Witness was

11        concluded.)

12

13

14        _____
                  NASER BASEER

15

16   Subscribed and sworn to before me

17   this _____ day of _____ 20____.

18   _____

19        NOTARY PUBLIC

20

21

22

23

24

25

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

```
 1              C E R T I F I C A T E
 2
      STATE OF NEW YORK        )
 3                             :
      COUNTY OF RICHMOND       )
 4
 5          I, MARINA DUBSON, a Notary Public for
 6    and within the State of New York, do hereby
 7    certify:
 8          That the witness whose examination is
 9    hereinbefore set forth was duly sworn and
10    that such examination is a true record of

11    the testimony given by that witness.

12          I further certify that I am not

13    related to any of the parties to this

14    action by blood or by marriage and that I

15    am in no way interested in the outcome of

16    this matter.

17          IN WITNESS WHEREOF, I have hereunto

18    set my hand this 22nd day of January 2026.

19                 Marina Dubson

20

21          _____

22                 MARINA DUBSON

23

24

25
```

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 **Naser Baseer**

Page 308

1  Case: X Corp. vs Operation Bluebird, Inc.

2  Witness Name: Naser Baseer

3  Deposition Date:  01/22/2026

4

5

6  Please be advised that the transcript in the above

7  referenced matter is now complete and ready for signature.

8  The deponent may come to this office to sign the transcript,

9  a copy may be purchased for the witness to review and sign,

10 or the deponent and/or counsel may waive the option of

11 signing. Please advise us of the option selected.

12 Please forward the errata sheet and the original signed

13 signature page to counsel noticing the deposition, noting the

14 applicable time period allowed for such by the governing

15 Rules of Procedure. If you have any questions, please do

16 not hesitate to call our office at (202)-232-0646.

17

18 Sincerely,

19 Digital Evidence Group

20 Copyright 2026 Digital Evidence Group

21 Copying is forbidden, including electronically, absent

22 express written consent.

23

24

25

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    **Naser Baseer**

Page 309

```
 1   Digital Evidence Group, L.L.C.

 2   1730 M Street, NW, Suite 812

 3   Washington, D.C. 20036

 4   (202) 232-0646

 5

 6   SIGNATURE PAGE

 7   Case: X Corp. vs Operation Bluebird, Inc.

 8   Witness Name: Naser Baseer

 9   Deposition Date: 01/22/2026

10   I do hereby acknowledge that I have read

11   and examined the foregoing pages

12   of the transcript of my deposition and that:

13   (Check appropriate box):

14   (  ) The same is a true, correct and

15   complete transcription of the answers given by

16   me to the questions therein recorded.

17   (  ) Except for the changes noted in the

18   attached Errata Sheet, the same is a true,

19   correct and complete transcription of the

20   answers given by me to the questions therein

21   recorded.

22

23   _____          _____
         DATE                      WITNESS SIGNATURE

24

25   _____          _____
         DATE                          NOTARY
```

**Page 310**

```
 1                    Errata Sheet

 2   NAME OF CASE:       X Corp. vs Operation Bluebird, Inc.

 3   DATE OF DEPOSITION: 01/22/2026

 4   NAME OF WITNESS:   Naser Baseer

 5   Reason Codes:  1. To clarify the record.

 6                  2. To conform to the facts.

 7                  3. To correct transcription errors.

 8   Page _____ Line _____ Reason _____

 9   From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24                             _____

25                             NASER BASEER
```

01/22/2026      **X Corp. vs Operation Bluebird, Inc.**      Naser Baseer
Index: 1..1976

---

**1**

---

**1**  10:3
13:21,22
14:22 27:3
48:20
63:19,21
66:22
67:9,19
71:20
75:25
76:2,6
79:11 92:4
103:24
114:6
116:6
117:19
121:2,4
122:3
123:16
127:3
130:18
147:3
151:22
157:14
163:8
165:15,17
168:15
169:23
176:7
191:4

**10**  20:10
31:10,16
33:9
106:17
201:15
203:8

242:23

**10/25/21**
106:10

**100**  25:14
51:20 70:5

**1057**  251:21

**11**  20:11
21:8
36:10,11,
25 201:15

**11-page**
200:1

**112**  63:25
64:1

**114**  64:14

**117**  64:25
67:5

**11:02**  75:9

**11:14**  75:12

**11:32**  119:6

**11:32:37**
123:5

**11th**  201:17
202:6
209:15
212:20

**12**  36:10,15
40:23
69:21 71:9
262:6

**12/2/2025**
192:9

**12/26/25**
151:10,13

**121**  67:21

**122**  68:8

**124**  68:14

**127**  68:25

**12:24**  128:9

**12:25**  128:12

**12th**  17:8

**13**  36:10,19
41:20
45:15

**131**  69:18

**132**  70:24

**135**  71:18

**137**  72:9

**14**  74:14,
16,23
129:11
196:8

**140**  73:16

**149**  76:2,5,
8

**14th**  199:16
200:4

**15**  68:23
75:15,20
76:3,7
94:9,20
95:15
240:12,19
251:21

262:21
263:9

**151**  76:21

**154**  78:5

**156**  81:23

**158**  81:25
82:10

**15th**  200:5

**16**  73:13
94:13,20,
21,25 95:1
196:16

**161**  86:1,5,
6

**164**  90:15

**166**  92:3

**16th**  199:17

**17**  48:21,
22,25
110:20,21
290:8

**17th**  200:6

**18**  49:15
53:10
112:7,13

**18th**  198:2

**19**  117:1,2
119:1

**194**  102:4

**195**  102:5

**1976**  13:12

---

01/22/2026     **X Corp. vs Operation Bluebird, Inc.**     Naser Baseer
Index: 1:09..21

**1:09**   96:14

**1:09:46**
  96:10,17

**1:16**   128:16

**1st**   198:3,
  16   236:2,5

---

**2**

**2**   21:23
  22:1   74:8
  134:3

**2.0**   69:2
  241:8

**2.1**   241:8

**2.173**   251:21

**2/19/22**
  76:19

**2/6/2023**
  236:17

**20**   19:20
  118:4,6,11
  119:24
  276:8
  278:8
  281:2,22

**200**   39:18
  40:8
  41:22,23
  42:3

**200,000**   49:6
  52:11,20
  222:18

**2003**   272:8

**2005**   259:7

**2006**   103:24

**2007**   272:4,
  14

**2012**   64:22,
  23   66:2
  240:12,19
  241:11,22
  248:10

**2013**   105:9
  218:11
  267:23
  268:15
  272:7

**2014**   200:5,
  6

**2015**   262:6
  265:22
  273:17

**2016**   262:7

**2019**   69:21
  71:9
  201:17
  202:6

**2020**   28:24
  32:12
  33:17
  69:20
  71:1,4,7,
  10   152:1
  195:3
  201:5,18
  202:7

**2021**   23:3

24:20
72:18,21
73:9   81:2
96:13,20,
22   97:11
98:12
107:15
195:8
196:1,5,8
197:10
198:1,15,
16   199:2,
3,15,16
201:6

**2022**   29:8,
24   33:5,
20,22
66:21,22
67:8,10,
12,15,20
69:4
197:11
198:2

**2023**   65:8
66:6,9,17
67:6   68:4,
6,10,23
193:5
202:8
217:13,14
218:12,14,
16   225:15
235:21,23,
25   236:25
237:1,4,15
248:7
250:8

262:19,21,
22   263:16
265:3,9,23

**2024**   196:17
198:17
199:4,17
201:7,19

**2025**   65:11,
16,19,20
66:11,13
69:14   73:1
74:10
77:10,11,
14   80:11,
13   114:20,
21   116:1
129:4,13
190:19
194:25
195:12
197:12
198:3
200:6
236:2,6
259:9
293:22

**2026**   17:8
89:3,11
212:20

**208**   102:18

**209**   102:23

**21**   64:22,23
66:1
72:18,21
73:9
75:15,20

106:17
118:13,14,
20

**211**  104:15,
16,22

**212**  105:16

**214**  107:4

**217**  108:1

**218**  108:2,3

**219**  110:3

**21st**  199:3

**22**  65:11,16
66:10,13
69:14 73:1
74:10
77:10,11,
14 80:10,
13 120:8,9
128:21
129:13
143:19
144:10

**222**  114:6

**2235**  217:7,
8

**22nd**  28:24
32:12
195:3

**23**  121:14,
16 123:1

**231**  116:6
117:18

**238**  121:1,3

122:3

**23rd**  198:17
199:4
201:5
217:13,14
218:11,12,
14,16

**24**  105:8
122:9,10,
16,21,22

**25**  65:8
66:5,9,17
67:5
106:14
131:6,8,10
133:12
134:25

**254**  123:16,
20

**255**  123:23

**259**  127:2

**26**  106:12,
14 135:12,
13

**26(f)**  17:16

**260**  127:11,
15,16

**261**  127:14

**266**  146:24

**267**  146:25
147:2,7
148:20,21
151:21

**27**  29:24
33:17,22
139:15,16
191:3

**27/08/21**
96:10,17

**27th**  29:8
33:5,20
96:13

**28**  71:4,10
114:20,21
116:1
142:8,9

**283**  157:23,
24,25

**284**  158:1

**285**  158:8,
11 159:10

**289**  163:7

**29**  152:5,11
153:24

**290**  163:16

**291**  163:24

**292**  165:18

**293**  165:22,
24

**2:22**  186:2

**2:38**  186:7

**2nd**  190:19
197:12

**3**

**3**  24:5,10,
13,15
63:14,16,
21,23
64:2,4
134:25
240:5

**3-day**  10:5

**3.2.2**
238:12,16,
24,25
239:3
240:14
241:5,11,
21

**3/2/20**  119:5
123:5

**30**  67:19
69:4
160:12,18,
21

**30(b)(6)**
16:23
17:22

**30(c)**  139:10
184:18
190:13
203:2
207:18
258:25
260:25
264:20
298:9

01/22/2026                     X Corp. vs Operation Bluebird, Inc.                     Naser Baseer
                                                                                       Index: 301..6

**301** 39:4,23    217:2          58:7                              ─────────────
  41:1,13                         242:6,8                                **5**
                 **37** 218:2,8   251:15                            ─────────────
**30th** 66:22                    292:5
  67:10          **38** 21:12                            **5** 13:12
                   219:1,2      **44** 63:13               27:17,19
**31** 68:4,6,                    244:13,15,              28:10
  10 191:17,    **39** 235:3,4    20 292:15               81:22,24
  20 203:5,6                                              116:3
  205:11        **3:46** 234:9  **4422235**               117:14,17
                                  216:20,22               123:14
**313** 169:23  **3rd** 202:8     217:8                   293:19

**314** 169:24  ─────────────   **442235**             **5/8/2023**
                      **4**        216:11                 264:10
**315** 170:11  ─────────────     217:6
                                                        **50** 157:15,
**318** 173:8   **4** 25:22,23  **45** 246:5,6           20 264:22
                  26:6                                    265:1,2
**319** 173:10,   71:17,18,    **46** 96:14               297:3
  24 174:6        21 72:20        234:10,16
                  75:16,22,                             **5076118**
**31st** 201:18   23 76:3,7    **47** 128:19,             262:5
                  79:8            23 130:20
**32** 192:18                     261:3                 **59** 190:16,
  193:21,23     **40** 235:3      262:10                  23,25
  205:10,11,      236:9,15       293:24                   191:3,5,6
  22              290:8,11                                192:14
                                **48** 143:19,
**320** 174:8   **41** 237:7,8    22 144:1,            **5:08** 304:7
                  243:12          12 261:7,
**321** 175:11,                   19                   **5:27** 304:12
  14            **4187348**
                  234:21,25    **49** 146:18           **5th** 201:7,
**33** 207:24     236:20          261:11                 19 202:7
  208:3,8,13      251:24          263:4
                                                       ─────────────
**34** 203:3,8, **42** 48:18,20 **4:01**                     **6**
  21 204:11       49:1,3          114:21,25            ─────────────
                  239:7,8
**348** 142:9,    298:15       **4:19** 266:6          **6** 19:21
  18              299:16,22,                             20:7
                  25           **4:33** 266:13           27:17,23
**35** 21:11                                             29:1,15
  215:19,24     **42nd** 119:6  **4th** 201:6            146:20
  243:12                                                 276:9
                **43** 57:24
**36** 216:21

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 Naser Baseer
Index: 60..a.m.

**60**   297:4

**613**   131:10, 20

**6th**   194:25 195:12,25 235:21,23, 25 237:1, 15

---

**7**

**7**   20:8 27:17 28:2 29:12,15, 17 157:16, 17,19,20 158:1 165:14,16 168:14 236:2 242:9,15, 18 243:1,2 250:18 251:12,20 256:16,23 257:10 258:8,18, 22 259:10 260:2,3, 15,22

**75**   117:14, 16,17

**76**   116:3

---

**8**

**8**   20:9 23:3

31:2,16,20 169:19,21 176:5 200:9,17 217:14,18 218:3,10, 15 235:22 236:10,16, 25 262:21 263:9 265:10 280:3,9

**86194449**   200:3

**88468980**   201:16

**88468985**   202:5

**8th**   195:7 196:2,3,4, 5 197:10, 11 198:1, 15 199:2, 15,25 262:7,19 263:15

---

**9**

**9**   20:9 21:10 31:6,16 32:14 173:8 176:6 192:20 205:12

217:14,18 218:3,10, 16 235:22 236:10,16, 25 243:11 280:3,9

**9/30/2025**   242:24

**90015902**   201:4

**90403411**   193:24 194:10

**90403436**   27:6,20 28:14,16 29:4,6

**90403442**   22:19 26:13

**90403448**   27:7 31:3, 7,25 32:4, 17,21

**90632084**   198:14

**90632088**   197:1

**90632093**   195:19

**906320944**   199:1

**90632097**   199:13

**90632098**   197:25

**92090266**   191:10

**9th**   24:20

---

**@**

---

**@celtics**   175:17

**@ comcastbusines s**   167:3

**@digitalgalx**   209:2

**@jetblue**   160:13 161:2

**@lorealgroupe**   164:10,16

**@twitter**   69:9 106:2 209:12 211:2 212:22 214:14 215:2,15

**@twitterads**   78:10

**@X**   215:17

---

**A**

---

**a.m.**   75:9, 12 114:21,

25

**abandoned**
193:10
194:17,21,
24 195:11
196:10,20
197:12,13
198:2,3,
16,18
199:4,5,
16,18
201:6,8,
19,20
202:8,9
203:19
205:16,20,
24 207:15
290:16,22
291:5,7,9,
23 295:25

**abandonment**
197:6
206:22
290:2
291:16
297:8,13
298:3

**abbreviation**
103:19

**ability**
55:13
154:25
168:7

**about.twitter.
com** 154:6,
14,21

155:8

**about.x.com/en**
155:18

**about.x.com/
en.** 154:12
155:24

**About.x.com/
en/who-we-are**
156:16

**about.x.com/
en/who-we-are/
brand-toolkit.**
153:25

**absolutely**
40:20 63:4
85:11
302:20,23

**acceptable**
200:8

**accepted**
23:7

**access** 45:3
108:8
131:8
152:10
191:19
193:21
261:18

**Accessibility**
172:18

**accessing**
49:11

**accompanied**
280:8

**accompany**
237:15

**accords**
302:1

**account**
37:14
62:21 73:7
75:2
76:10,13
79:19 81:4
125:1
126:8
131:24
140:12
160:13,25
165:3
175:17
208:23
211:3,8,15
212:21
213:6,7,13
214:5
215:16

**accounts**
71:23
78:2,3,4
79:5,6,12,
17,20
80:14
81:11
208:4,16
214:19

**accurate**
15:15
182:10,11
204:21

**acquired**
270:8

**acquiring**
193:3

**Acrobat's**
95:25

**action** 26:17
34:11
159:13
194:19,23
201:22
202:21
224:20
228:5

**actions**
23:23
268:18

**active** 52:17
129:5
215:16
222:20

**actively**
222:20

**actual** 22:21
102:18
299:3

**ad** 178:18

**add** 259:9
275:4

**additional**
126:14
179:5
246:24

**Additionally**

144:2

**address**
35:22
37:4,8
43:1,2,15,
16 44:4,5,
6,16 45:11
59:7,20,21
60:14
82:20
83:3,5,6,
17 86:25
87:9,10,
13,15 88:2
112:3,18,
20,21,23
113:21
115:5
145:22
154:10
156:15,18
162:1,2
165:2
167:7
213:10

**addresses**
88:3 241:7

**administrative**
11:16

**Administrator**
140:9

**admitted**
268:1,11

**Adobe** 95:24

**ads** 84:15,
24 85:2,4,

6,7,14
86:19
87:19 88:6
89:20
118:6
293:8

**ads.twitter.
com** 82:16,
20 83:4,17

**Ads.twitter.
com.** 82:25

**ads.twitter.
com/getstarted**
84:6,13,22
88:15

**ads.twitter.
com/
getstarted.**
82:7 83:12

**ads.x.com**
82:17

**Adverb**
184:20

**advertises**
259:3

**advertising**
47:8 59:3
83:25
293:14

**advertising-
related** 46:8

**advice**
229:9,15,
19 230:1
273:5

274:25
275:10
296:6

**afield**
229:12

**aforementioned**
293:20

**agree** 41:6
125:17
133:24
148:20,22
152:24
159:3
195:17
197:8
278:24
280:20
302:5

**agreement**
17:19
226:11
230:15
231:4

**ahead** 299:14

**AI** 113:4
145:24

**aimed** 301:24

**airline**
159:5

**allegations**
204:10,14
205:22
206:3,13
207:14,20

**alleged**
204:3

**allowance**
196:22
197:16
198:6,20
199:7,20
201:10
202:11

**allowed**
56:16
168:3
193:6
203:10,17
204:16,22
206:14
225:2,23
226:7
304:1

**allowing**
223:24
224:22

**alongside**
260:15

**alter** 252:9
253:1,13
260:6

**alternative**
182:20

**altogether**
266:5

**amend** 251:22

**amended**
252:11,22

amendment
  244:7
  251:20,25
  252:8,19,
  25 253:8,
  16 260:5

amendments
  217:22,24
  253:9

amount  101:8
  303:18

Amplified
  102:11

Amplify  92:5
  193:7
  194:11
  205:17
  207:9
  293:13

amplifying
  32:1

analysis
  255:12

and-protected-
posts  123:19
  124:16

and/or
  263:11

android
  219:25
  220:6,17,
  20 233:14
  240:4
  241:2
  255:2

259:4
282:4

answering
  288:2,9
  299:20

anymore
  183:10

API  108:5

APK  219:22,
  24 220:2,
  3,10
  221:4,19,
  22 222:6,9
  223:19,23
  224:13,22
  225:1,3,5,
  6,17
  245:1,2
  247:21
  255:2,25
  259:2
  260:17
  282:2

APK-MIRROR
  222:9

APK-YES
  220:23
  221:5,12,
  25 222:3,7
  223:20
  224:13
  226:6,11,
  20 227:2,
  9,18
  228:7,14,
  16,19

229:4,10,
  18,24
  230:1,15
  231:4

Apk-yes.com
  219:20

Apk-yes.com.
  219:17

APKMIRROR
  221:11,22
  237:22,25
  238:5,10

APKPURE
  244:23,25
  245:15
  246:13,14

APKS  221:21
  223:20
  238:2

app  47:16,
  22 50:1,3,
  5 51:23,24
  52:7,15,
  18,21,23
  53:5,8,17,
  23 54:3,8,
  12,18,25
  55:8,19
  56:3,7,10,
  11,14,17,
  20,21
  57:4,5,8,
  12,17,20
  172:15
  173:19
  219:25

220:13,15,
  17,19
  221:4,10
  224:6,7,
  10,15,18,
  24 226:7
  238:18
  241:3
  243:11
  245:20
  246:24
  248:9
  282:5

apparently
  166:9

appearance
  157:6
  167:11

appearing
  132:18
  167:17

appears
  22:20 26:9
  27:1
  30:17,22
  33:12 38:4
  41:1,13
  43:6
  60:10,16
  62:14
  64:14 65:1
  66:18
  67:11,23
  68:14
  69:1,4,19
  71:9 73:17
  76:12

77:9,16
80:2 82:22
95:11
96:20,21
104:23
105:23
111:8,19
114:10
116:9
118:2,25
119:12
120:20
122:4
123:9
124:14
125:3
126:11
129:5
135:20
138:4
139:25
143:6,8,11
144:11
149:6
166:16
169:21,23
195:24
203:15
205:12
219:11,16
225:16
237:5,21
240:18

**Apple** 53:8

**applicant**
30:8 34:5
194:21

201:20

**applicant's**
30:10 34:7

**application**
23:6
26:16,17
28:21,23
32:6,8,11
34:12,22
47:15,18,
21 48:1,6
49:9 52:13
54:11
194:17
195:2,23
197:4,9,25
198:14
199:2,14
200:4
201:4,17
202:6
220:6
245:5,25
246:3
262:5

**applications**
20:22
21:16
23:25
34:21
193:4,6
206:18
207:4
219:23
238:3
303:9

**applies** 89:7

**approved**
26:16
195:7,8
196:6
202:18

**approximate**
146:12,15

**approximately**
273:10

**apps** 48:13
50:8,9,13,
18 51:15
56:21
220:24
221:14,15
222:5,11
223:25
238:20
247:25
248:1

**apps.apple.
com/us/app/x/
id333903271.**
170:1

**April** 65:8
66:6,9,17
67:5
195:24,25
196:2,5
197:10
198:1,15
199:2,15
200:5
202:7

**area** 125:8
268:22
269:2

**areas** 303:21

**argue** 41:9
290:15
291:4,22

**arrived**
272:22

**arriving**
272:18

**Artemis**
140:14,21

**article**
64:15,25
65:14,25
66:3,5,9,
15,17,19
67:2,6,22
68:1,4,9,
14 69:1,
11,18
70:25
71:6,15
126:24
240:18,20,
24 241:16
242:4

**articles**
65:22
66:12
69:25
70:3,6
71:13
138:1
292:17

**as-registered**
  252:6

**asks**  18:24

**aspect**  97:19
  244:8
  252:1,12

**aspects**
  84:11

**assert**
  254:22
  279:6
  280:23
  281:3,9

**assets**  157:2
  167:24

**associate**
  49:25 51:9
  188:10,18
  269:5,25
  270:2
  271:4,22
  274:11
  298:24
  300:3

**associates**
  49:25

**assume**
  109:7,10
  128:4
  164:9
  210:25
  222:1,6

**at-handle**
  215:9

**attached**
  14:12
  40:10
  58:18,22
  107:12
  123:9
  283:21,24
  292:19,25
  293:18

**attachments**
  114:13

**attempting**
  191:14
  290:15
  291:4,22

**attend**
  266:17
  267:10

**attended**
  266:24

**attention**
  235:18
  300:21

**attorney**
  13:25 22:4
  24:9 26:1
  27:22
  28:1,5
  31:5,9,13
  36:14,18,
  22 74:19
  94:12,16
  110:24
  112:10
  117:5
  118:9,17

120:13
121:19
122:13
131:13
135:16
139:19
142:12
152:8
160:15
191:23
194:1
208:6
215:22
216:24
218:5
219:5
230:2
233:10
234:13
235:7
236:12
237:11
239:11
242:11
244:18
246:9
260:20
261:6,10,
14,15
265:5

**attorney-
client**
  23:15,24
  205:2
  206:20
  228:23
  230:5
  231:22

232:5,11,
18,22,24
233:7,21
248:24
249:21
250:3,10,
16 255:13
259:24
282:16
286:24
287:9
288:3,11,
19 289:23,
25 296:8

**August**
  96:13,20,
  22 201:7,
  19

**Authentication**
  68:16
  127:23

**authorize**
  17:22

**auto-update**
  56:16

**avatars**
  241:7

**avoid**  12:13
  295:24

**aware**  52:11,
  16 62:24
  186:14
  189:6
  212:19,20
  224:1,8,11
  225:9

226:8
231:3,6
238:7,18
247:21

**awkward**
63:22

---

**B**

---

**BA**  267:5

**back**  18:2
65:13
75:15
117:16
125:13
128:16,18
133:6
140:7
143:17
157:12
162:11
165:14
169:17
182:4
205:9
209:11,24
212:13
219:11
234:8
266:3,12
272:6
275:21
297:7
304:5

**background**
266:16

**Baker**  270:7

**banner**
165:11
174:12

**bar**  37:4,8
43:2,15
44:6 59:7
82:20
83:6,17
85:2 86:25
87:10
112:3,18,
21,23
145:22
154:10
162:1
165:2
167:7
213:10
268:1,11,
13,20

**base**  222:23
223:9

**baseball**
186:11,20
187:7

**based**  72:4
80:2
117:21
122:5
148:18
162:10
168:6
225:23
226:4
227:11

248:7

**Baseer**  10:18
11:19
13:10
16:14
17:11 18:2
75:14
128:18
186:10
234:15
266:15
288:24
299:9,16,
21 300:1
301:4,22
303:4,17
304:19,25

**Baseer's**
206:5
298:5

**basis**  25:15
34:19,22
213:6

**bear**  31:1
94:8
111:20
120:1
123:14
191:1
193:18

**bearing**
251:23

**beginning**
82:10
117:14
122:1

123:23
276:10,11

**begins**
48:21,25
63:24 72:8
81:22,25
90:15
102:2,5,23
108:2
122:2
134:25
156:1
165:18

**belong**
208:24

**beneath**
130:19
140:23
145:22

**big**  92:5
136:14
156:21
240:3
282:17

**bigger**  124:7

**bird**  20:23
46:10,22
48:15
49:10 50:6
52:8,14,22
53:13,23
54:3,9,13
58:25
64:11 72:7
73:12
77:24

01/22/2026                 **X Corp. vs Operation Bluebird, Inc.**                 **Naser Baseer**

79:23
84:15,18
85:5,16
89:18
90:10
92:15 93:8
97:8 98:4
99:4,13
103:12,17
104:3,11,
18,20
105:4,13
110:11
132:23,25
133:2
144:6
150:7,12
166:25
167:12
203:13,15
204:18
205:5
207:5
215:7,14
222:15
231:13,14
234:22
237:3
238:11
243:16,17
245:7
248:3,6
249:4,12
252:20
261:24
278:18
279:5
280:4,10

283:1,20
284:11
288:8
294:9
295:10
296:14
300:25
301:19

**Birdsignals**
193:9
202:5
205:19

**birth** 13:11

**bit** 63:22
105:20
114:5
171:11,19
214:24
217:10
236:1
243:17

**black** 136:14
212:4,7

**block** 55:15

**blog** 46:6
59:23
292:16

**blog.twitter.
com** 60:4,7,
11,13,17,
25

**blog.x.com**
60:8,19
61:1

**blog.x.com.**

60:11,14

**blogs** 47:5

**blue** 61:12
91:3,5,9,
17 136:5
149:3,6
150:7,12
162:14,16

**blue-and-white**
165:11
167:10

**Bluebird**
10:21
190:19
192:12
290:14
291:3

**bookmarks**
109:2

**bore** 43:14

**born** 13:13,
14

**Boston**
175:16

**bottom** 20:7
61:3,10
65:10,17
89:2
105:16
124:13
140:17
159:2,10
163:23
164:4
165:12

166:20,21
209:25
246:21

**box** 212:4,8
214:12
215:2

**boys**
212:10,15

**brand** 147:4,
12,18
148:5
149:14
152:6,16,
17,19,22
153:2,7,9,
11,15,20,
21,22
154:2,4,
17,22
155:9
156:10,11,
17,23,24
157:9,10,
11 161:7
170:4,7,19
171:10,22
180:14
225:23
226:1,4,23
227:11,23
231:7,10
285:5

**branded**
47:17,19
48:3 50:3

**branding**

107:3,4,
16,21
111:18
113:1
162:15
171:7
180:12
208:18,19
292:22
293:6

**brands**   90:8
126:25
151:3
153:16
179:7
180:16
185:11,13

**break**   12:21,
24  75:10
128:13
186:2,3
234:6
266:10
270:24
304:3,9

**Breaking**
209:10

**bring**   58:12
292:8

**brings**   241:5

**browser**
35:8,9,21
37:4,7,23
38:2,7,13
43:14,15
44:3,6

59:7  82:21
83:6,18
87:1,10
112:3,18
120:17
138:23,25
154:7,10
155:9
161:16
162:1
165:3
166:5
167:8
184:13
213:9,21

**browser's**
43:2

**bug**   241:6

**bullet**
107:5,8
132:12

**bunch**   93:6

**Burnham**
275:15

**Burnham's**
275:16

**business**
76:22
84:16 85:5
292:13
293:12

**business.
comcast.com**
166:2,4,13

**business.
comcast.com.**
165:20

**business.x.com**
83:21
88:25

**business.x.
com/en**   83:22
86:3

**business.x.
com/en/
advertising**
84:5,21

**business.x.
com/en/
advertising.**
83:7

**business.x.
com/en/
resources**
86:24
87:12
88:16

**business.x.
com/en/
resources.**
87:6

**business.x.
com/en/
resources/get-
started-**
86:10,14
87:16

**business.x.
com/en/search.**
85:13

**businesses**
58:16
167:23
168:11

**button**   106:3
110:14
111:9
136:14,15,
24 137:3,
12,19
138:4,9
139:6,7
239:24

**buttons**
37:11

---

C

**cabinet**
93:18

**cable**   166:9

**California**
266:25

**call**   38:3
82:6 212:5

**called**   38:15
39:5
141:13
208:24

**calls**   136:17
249:16
260:13
286:16
287:20
295:3
296:3

cancel
  190:18
  203:4,9
  205:10,23
  206:4

canceled
  205:16,20,
  24 207:15

cancellation
  191:21
  192:7

cancelled
  200:6,7

Candidates
  69:20
  71:2,7

capabilities
  224:4

capacities
  269:6

capacity
  16:21 17:4
  18:4 230:2

capture
  64:6,9
  65:10,15
  66:10
  69:13
  72:1,4
  124:13
  127:4
  158:3
  159:7
  163:9,20
  165:19,23

  166:2
  169:25
  173:9,12,
  16

captured
  65:18,19
  72:25 74:9
  77:11,12
  80:10
  129:4
  293:21

Careers
  156:10

Carnivale
  181:6,10,
  13,14

carry   222:10

cartoons
  299:3

case   10:21
  11:1,3,8
  17:17 19:4
  43:5 52:19
  53:25
  56:2,19
  60:9,16
  62:14 91:3
  104:23
  178:8
  183:6
  212:24
  213:3
  226:6
  230:4
  243:4
  281:2

  290:14

cases   10:25

category
  197:3

caution
  228:22
  231:21
  232:17
  233:5,18

ceased
  203:20

cell
  298:19,20

Celtics
  174:13
  175:16,17

center   110:8
  124:2
  127:12,18,
  20 129:1,
  12,20
  133:18
  293:25

certificate
  253:17

CFR   251:21

changed
  80:12
  243:17
  274:16

channel
  76:22

character
  252:11

characterizati
on   153:17

characterizing
  203:14

chart   276:9

check   59:8,9

checkmarks
  136:5

Chicago
  271:15,17,
  18

Chicago-kent
  267:16,19
  269:4,17

chiming
  223:16

Chris   10:19

Chrome
  38:10,12,
  15,18

circulated
  74:1,13

cite   166:12

city   271:14

claim   301:10

claimed
  34:4,18

claiming
  79:13
  284:17

clarification
  13:4

class  21:10,
  11,12
  243:11,12
  296:22

clear  11:21
  25:14 55:5
  177:8
  179:2
  213:8
  223:11
  285:22

Cleveland
  186:11,15,
  19,21,23,
  25 187:1

click  81:15,
  17,18
  110:14
  111:9
  143:3
  144:18,25
  145:19
  160:6
  161:23
  164:3,11
  166:24
  169:9
  210:6

clicked
  132:7
  156:13

clicking
  162:10
  163:5
  167:12

client  58:12

99:24
100:3
229:4,17,
18 230:3
288:18
289:22
292:8
293:7
296:7

clients
  92:16
  93:13,24
  97:4
  98:23,24
  99:10,11
  100:5
  101:4,5

clip  223:16

close  171:15
  182:16
  184:23
  304:20

closer  159:9

closure
  178:15

code  40:8
  41:22
  57:4,6
  224:12,25
  225:2
  238:4
  250:20
  255:1
  282:4

codes  44:24

Coffee
  271:25

Coles  270:7

collect
  92:22,23

collected
  93:1,4,11,
  15,20

collection
  76:16

College
  267:16

color  61:12

Columbia
  268:8

column  39:14

columns  39:8

combination
  126:12
  130:4
  134:8
  135:7

Comcast
  166:1
  284:14

comma  61:13,
  14,15,16,
  17

comment
  181:20

comments
  223:14

commerce
  233:16
  243:8
  253:7,25
  254:5,10,
  19 255:6,
  20,24
  256:5,8,19
  257:2,5,
  16,19
  258:6
  259:12
  260:12,17
  282:20
  283:5
  286:13
  287:4,19
  288:1

commercial
  243:18,23
  252:7
  253:11

Commitment
  69:3

common
  276:22
  277:20

communication
  189:10
  282:16

communications
  99:20
  189:2,19
  228:24
  231:23
  232:19

companies
  113:16,17
  168:25

company
  92:20
  113:6,13
  163:13
  166:9
  272:1
  292:18

company's
  167:18

comparable
  154:1

comparative
  122:5

compare
  95:10
  219:10

comparing
  153:18

comparison
  117:21

completed
  202:19

compliance
  225:11
  231:9
  238:9
  247:23

complicated
  214:7

comply
  147:18

231:8

complying
  226:3

components
  103:14

comprised
  261:24

concealed
  115:6

concept
  149:16
  290:2

concerned
  44:22
  72:20  83:2
  97:1
  285:14

concert
  180:1

conclusion
  249:17,20
  286:16
  287:21,23
  288:12,13,
  15  295:3
  296:3

conclusions
  296:5

conduct
  133:7
  154:15
  271:7

conducted
  269:10

conducting
  144:23

confer   266:3
  298:13
  304:4

conference
  17:16

confirm
  27:13
  56:13
  72:16
  81:19
  164:12
  206:13
  240:19
  241:14
  244:6
  259:25
  281:21
  289:9

confirmed
  281:16,17

Connected
  159:14,17

connection
  16:7 18:8,
  17,18,20
  19:3 46:23
  59:2,16
  69:8 73:12
  85:17
  97:16,22
  98:20
  134:18,19,
  20  168:2
  176:3

178:5
179:19,20
183:2
226:22
227:12,23
256:16,23
257:9
260:2
275:11
277:20
283:19
289:17
303:8
304:24

consequences
  275:9

consisted
  243:10

consistent
  253:8

consistently
  79:2
  125:18
  149:25

consists
  252:19

constitutes
  233:15
  286:23
  289:2
  301:17
  302:22

consumer
  61:25
  220:13

consumer-
facing
  293:17

consumers
  167:19
  292:11
  293:4

contained
  48:20
  167:7
  255:1
  304:22

contend  47:1
  178:22

contending
  35:20
  179:10
  286:11

content
  77:15,16
  78:13,14
  90:17
  158:17
  170:18
  171:5

contention
  167:16
  176:14
  177:2,14
  180:5
  254:20,24
  259:1,13
  265:21

contest
  205:22
  207:13

context
  42:22
  56:24
  168:5
  179:5
  225:21
  284:12

contexts
  179:8
  180:18,19
  185:5,6
  284:23
  285:8,24
  286:5
  287:15,17
  289:11
  291:11,13
  292:1
  295:7

continually
  56:10

continue
  48:14 49:7
  52:7,12,20
  54:7 70:8,
  12 73:10
  77:18
  78:1,3
  79:4 80:5
  81:9,10
  90:5,7,23
  92:15,17
  95:16
  97:3,5,6,
  7,11 99:1,
  3,7,11,13,
  14 101:4,

13 116:20
119:21
131:3
136:6
168:18,19
169:1
185:4,7,
10,13,15
205:7
206:7
207:7
222:10,14
223:1,4
224:6
226:24
233:24
276:2,21
289:10

continued
  69:2 93:7
  232:14
  261:12
  263:8
  280:15
  285:1
  291:9
  294:17,25
  295:15,20,
  23 301:11

continues
  49:25
  53:25 58:3
  185:17
  222:23
  253:6,23
  254:17
  255:18

256:3,17,
25 257:14
258:5
260:11
291:10
292:5
295:5,9

continuing
  72:6 182:1
  296:13

contradiction
  225:25

control  78:2

controlled
  168:6

controls
  225:7

conversation
  69:3 108:9

conveys
  252:6

copies  93:23
  94:1
  293:19

copy  10:2,3
  30:9,15,18
  34:2,6,13
  35:1 68:8,
  11 147:25
  148:12,14,
  16 178:10
  180:2

copyright
  89:2,3,4,9

144:6
173:3,4

**copyrights**
294:9

**core**  252:23

**corner**  38:9
107:11
136:14
156:19
208:18,20

**Corp**  58:3,
11  89:3
113:7,14
129:1,5
172:25
173:6,20
193:5
200:21
203:9,17,
19  204:16
220:21
221:1
229:5
230:14
245:15,25
259:5
274:22
282:3,6,19
283:8
284:18
289:3
290:15,22
291:4,8,23
292:5,16,
21  293:5,
25  295:5,
9,25

**Corp's**  20:1

**Corp.'s**
58:15
59:14
129:7
232:14
233:2
255:5
259:11
286:13
287:3,19
288:1,7
291:6
292:12
293:1
294:7,16,
25  295:15,
20  301:10

**corporate**
172:24
173:5
269:10

**correct**
17:5,6
30:7  33:18
34:4,16,20
35:2,5
45:7
60:15,20
61:1  62:6
71:24
72:12
73:18  83:8
89:12
91:14
107:18
125:7

126:18
127:19,24
145:13,16
147:5
154:22
155:11
163:25
167:4
169:12
191:11
194:25
195:4,9,21
200:13,14,
21  204:4,
11  212:16
218:21,23
225:4
227:19
236:25
237:4
242:25
243:13
244:1
249:9,15
254:6
263:17
264:11,15
272:6
277:25
279:7,13
282:1
283:25
286:7,14
290:24
294:18
295:16
296:1

**corrected**
277:1

**correction**
15:18,25
276:18,23

**correctly**
16:19  66:7
129:8,15
144:7
193:12,15
197:17
198:7,21
199:8,21
201:11,24
202:12
212:14,17
217:25
241:1
245:10
290:21

**cosmetics**
163:13

**counsel**
14:13,19
15:1,3
18:6  19:2,
10  49:21
50:25
51:1,5,6
64:8  72:3
90:20
92:22
130:5
148:1
207:21
229:3
231:24

232:3
258:15
273:2,20,
21 274:8,
11 275:17,
19

counseling
269:1
274:25
275:1

count 287:18

country
30:10 34:8
187:12,15,
16

counts
286:12
288:1,7

couple 88:13
159:17
235:19
298:11

court 11:24
12:7
17:18,21

court's 17:8
288:21

cover 20:22
207:4

covered
23:15,23
253:2
260:8
289:22,24

Create
131:24

created
94:3,5
96:21,25
97:10
98:1,10
102:15
103:1,3
108:13,15
119:4,5
123:4
128:5,6,8
147:16
151:18,19

created-on
96:7,9

creation
119:10
146:7,11,
13,15

Crosstalk
50:23
95:19
137:20
230:10,24
296:10

Crypto
214:19

cultures
164:24

Curate
91:22,23

curious 16:3

current

50:17
55:7,18,20
79:15 80:7
120:22
153:11,18
177:24
178:23
179:13
180:7
225:14
244:10
246:13
252:3,21
253:6,24
254:5,10,
18 255:5,
19,23
256:4,7,18
257:1,4,
15,18
258:6
259:11
260:12,16
265:22
274:3
280:15
282:20
283:5
298:2

curser 41:21
141:16
142:1

cursor 40:25

customers
58:13,14
292:9
293:9,10

cut 69:24

———————

D

Daisy 214:23

Dang 106:2

dash 217:13

data 61:4,
13 66:20
67:7,11

database
31:22
200:2

date 13:11,
24 22:3,
24,25
23:2,5
24:8 25:25
27:21,25
28:4,18,
22,23
29:21,23
31:4,9,12
32:7,9,11
33:14,16,
19,22
36:13,17,
21 64:19,
20,21
65:5,7,23
66:1,5,8
68:3,5,19,
22 69:15
72:14
74:18
76:14,24

77:1
94:12,16
96:8,9,15
100:1,8
103:22,24
105:7
106:7
110:23
112:10
116:12,14
117:5
118:8,17
119:3,9,
10,11
120:13
121:9,11,
19 122:13
123:4,7,8
128:1
131:12
135:15
139:18
142:11
151:7,14,
24 152:7
160:15
191:23
192:8,9
193:25
194:24
195:3,24
196:6,9
197:5,6,9,
10,11,25
198:1,2,
14,15,16
199:2,3,4,
14,15,16

200:4,5,6
201:4,5,6,
17,18
202:6,7
208:5
209:13
215:21
216:23
218:4,13
219:4
234:12
235:6
236:11,17
237:10
239:10
240:8,9,
11,21
242:10,22
243:8
244:17
246:8
250:22
261:5,9,14
262:6,7,22
264:10
265:4,11,
17

dated  66:16
67:4 68:10
69:4,21
72:18 81:2

dates  65:23
66:21 67:9
70:1,4,7
80:3
146:8,11,
13,15

168:17

day  193:1
213:24
304:13,18

days  17:14
289:1
301:7

deals  269:11

Debevoise
259:8

December
28:24
32:12
65:11,16,
20 66:10,
13 69:14,
21 71:9
73:1 74:10
77:10,11,
14 80:10,
13 129:4,
13 190:19
195:3
196:16
198:17
199:4,17
293:22

decide  57:21
298:13

declarant
17:11 51:3
97:17
288:23
301:3

declaration

13:19,23
14:4,11,23
15:12,14,
18 17:14
18:8,18,
21,23,25
19:6,13,
20,21
25:4,8,12
40:3,15,21
41:5,8
42:2,14
43:5,19
48:12,19,
22 49:1
50:14,21
51:19
52:4,10
54:20,22
55:11
57:24
58:24
63:1,13,
15,23
71:19
75:24
79:8,10
83:1 95:4
97:16
98:2,18
99:2,5
101:12
113:10
116:23
117:18
123:11
128:20
130:19

137:15,18
139:9
141:6,8
143:18
144:10
146:18
147:3
148:9,10
151:1
152:23
153:4,13
165:16
166:15
168:14,25
169:18
176:6,19
177:7
178:3
179:2,17
180:16
181:16,19
182:3,25
183:3,15,
20 184:6
185:4,9,25
187:5,9,22
188:8
189:18,25
190:15,17,
21 191:4
192:15
196:14
200:9,17,
18,23
205:3
206:5
207:2
210:11,23

211:6,25
216:15,17
222:12,22
223:6
226:13,15
227:7
228:9,11,
21 229:7,
13,21,24
231:20
232:13
234:23
241:13,25
242:2
244:3,5
245:17,19
247:15,17
248:4,19,
22 249:2,3
251:4,6
254:13,15,
22 256:11,
14 258:11,
23 259:16,
18 260:23
261:12
263:3,8,
19,21,25
264:5,18
274:17,18,
20 275:22,
25 276:4,
14 278:13,
16,22
279:7,12
280:24
281:4,10,
22 282:12,

18,21,24
283:3,12,
16 284:16,
21 285:11,
12,18
286:1,10,
18 287:12
289:1,5,
13,19
290:1,4,9,
21 291:14,
16,18,25
294:22
295:14
296:12
297:16,21
298:7,16
299:4
301:6,10,
16,22
302:8,12,
16,18,19,
22,24
303:5,12,
23 304:23

**declarations**
16:5,6
232:4
303:7

**defendant**
290:13

**defendant's**
13:22 22:1
24:5 25:23
27:19,23
28:2 31:2,
6,10

36:11,15,
19 74:16
94:9,13
110:21
112:7
117:2
118:6,14
120:9
121:16
122:10
131:10
135:13
139:16
142:9
152:5
160:12
191:20
193:23
208:3
215:19
216:21
218:2
219:2
234:10
235:4
236:9
237:8
239:8
242:8
244:15
246:6
261:3,7,11
265:2

**definition**
184:15,20

**degree**
267:2,4,

18,21,24

**Delegate**
132:2

**depends**
249:13

**deposed**
10:22 11:9

**deposition**
11:21
17:12,23
116:22
117:19
187:19
276:10
277:14,23
288:22,25
299:5
301:5
302:10

**design**
149:20,22
150:1,21
170:19,21,
23 243:22
244:8
252:2,4,
12,22
253:18
263:11

**designated**
15:23

**designation**
53:7

**determined**
52:19

**develop**
275:3

**developer**
38:16,23
45:19,23
47:9 59:3
108:4,24
221:2
293:14

**Developer's**
38:24

**developer-related**    46:9

**developer.x.com**    109:6,
15

**developer.x.com/en/developer-terms**    102:21

**developer.x.com/en/products/x-api**
107:24
113:22

**developers.x.com/en/products/x-api**
111:11
112:1,17

**development**
115:22

**device**
49:22,23

**devices**
48:14

49:11
52:17
224:4
241:8

**difference**
16:17

**difficult**
158:15
195:25
216:4

**Digital**
208:24
209:14,25
210:1
214:23

**diligence**
269:10
271:8

**diplomatic**
189:2,10,
19

**direct**    114:5
132:16
139:14
141:21
262:17

**directed**
35:10
129:6
164:5,7

**directing**
167:18

**direction**
129:24
130:6

**directly**
39:14
107:12
284:4

**director**
18:5
274:5,9,12

**disagree**
303:6,13

**disciplinary**
268:18

**discovery**
17:17

**discuss**
99:15
229:2
232:1
234:1,4,5

**discussed**
40:14
284:15
301:21

**discussing**
168:13

**discussion**
101:19
266:9

**discussions**
72:5 232:2

**dismiss**
162:15,17

**display**
42:25

display-
requirements
 102:22

displayed
 107:11

displaying
 105:2

distinctive
 252:10,24

distribute
 27:18
 30:25
 122:8

distributed
 21:24 22:6
 31:15
 47:16,22
 48:2,7
 54:13
 74:13 95:2
 121:15
 131:7
 160:17
 191:16
 207:23

District
 268:8

diversity
 61:7,17

divulge
 228:23
 231:22
 232:18

docs.x.com/x-
api/
introduction
 112:8
 113:20

docs.x.com/x-
api/
introduction.
 112:24

document
 22:11,13,
 15,16
 24:3,6,18
 28:13 29:3
 31:23,24
 32:16
 75:25 76:2
 91:4 94:2,
 5,10 95:9,
 13,25
 96:5,6,19
 98:11
 99:22
 101:25
 102:2,5,23
 106:20,22
 107:23
 108:1
 110:6
 115:16
 116:5,9,
 13,15,18
 117:11,13
 118:15,24,
 25 119:4,5
 121:5,10,
 12,24
 122:1,11,

24,25
 123:4,9,22
 124:1,17
 125:18
 127:11
 128:2,4,21
 147:3,14,
 16,21
 149:9,17,
 25 151:8,
 10,15,25
 192:18,20
 194:6
 196:13
 216:10
 217:4
 234:19
 237:17,20
 261:21
 262:15

documents
 14:15,17
 27:24 29:1
 31:7 32:18
 33:2 35:6
 92:14
 97:4,5
 116:20
 217:11,12
 235:5,14
 262:19

domain  45:5
 124:11
 169:6

domains  45:9

dont  89:21

dot  38:6
 44:3 59:23

download
 22:7
 47:15,21
 48:1,6
 50:2,5
 51:25
 56:7,10
 122:18
 168:8
 193:22
 216:3
 219:23
 220:19
 221:13
 222:11
 224:9
 225:3
 238:2
 245:3

downloadable
 26:3

downloaded
 117:11
 119:17
 121:24
 148:17
 167:24
 168:16
 194:4
 216:6
 220:25
 223:25
 224:19
 226:8

downloading
  24:14
  29:14
  74:20
  111:2
  169:14
  191:25
  224:17
  235:10
  259:3

dozens  144:3
  294:5

draft  10:4,7
  14:25  15:2

drafted  15:3

draw  235:18

drive  168:9,
  19  169:2,
  16

driven  59:11
  162:9
  167:11

due  204:24
  205:1
  206:15,19
  269:10
  271:7

duly  10:11

─────────────
         E
─────────────

e-mail  99:23
  100:3,5
  114:11,18,
  23  115:5

116:18
123:10

e-mails
  115:3

earlier  53:6
  58:23
  107:15
  184:21
  206:17
  213:23
  222:15,17
  242:3
  249:6,13
  250:11
  284:6
  298:16

edit  106:3

effective
  71:3

efficient
  269:14

efforts
  67:16

Election
  69:20
  71:1,7

electronic
  93:21,23,
  25  99:20

element
  252:13

elements
  252:23

embedded

104:21
106:21
107:14
125:8,15,
25  126:17,
21

embedding
  104:25

employee
  214:8

employees
  130:3

employment
  269:13

En  83:24
  165:7

en/resources/
get-started-
with-twitter-
ads  89:1

end  38:6
  125:19
  129:2,3
  164:18
  254:10

ends  20:10

enforce
  226:2
  227:13
  228:1

enforcement
  269:8
  271:6
  273:4

engine
  144:18,19

English
  83:23
  165:8

ensure
  147:18
  224:16
  228:3

enterprise
  107:25
  108:6
  111:12
  112:2
  113:23

entire  76:6
  77:21
  79:2,5
  89:5
  210:20

entirety
  138:15

entity
  172:24
  173:5,20

entries
  235:20,24
  262:18

entry  24:7,
  18  29:7
  33:4
  155:19
  156:1
  165:18
  197:7

200:1
201:2
235:23
262:20,22

**environment**
168:7

**episode**
175:15

**equals**  165:7

**Era**  67:23
68:2,9

**essential**
252:15

**events**  58:12
292:8

**evidence**
93:7
183:1,4
185:21
203:19
254:4
294:16,24

**evocative**
150:9

**evolve**
150:18

**exact**  60:22,
23  95:11,
12  108:25
126:4
137:11
141:23
146:10
148:14,16

168:17
169:7
267:8
270:10,18
272:23
279:25

**examination**
10:16
233:25

**examined**
10:13

**examining**
260:19

**examples**
58:10
79:14
106:19
134:21
138:19,21
179:6
185:24

**exception**
193:14

**exciting**
140:15

**excluding**
125:15

**exemplary**
104:18

**exercise**
297:18

**exhibit**
13:21,22
14:22

21:23  22:1
24:5,10,
13,15
25:19,22,
23  26:6
27:3,23
28:2,9
29:1,12,
15,17
31:2,6,10,
20  32:14
33:9
36:11,15,
19,25  37:5
40:23
41:20
45:15
48:20
58:18,20
63:14,16,
19,21,23
64:2,4
65:10,17
71:17,18,
20,21
72:19,20
73:22
74:2,14,
16,23
75:16,22,
23,25
76:2,3,6,7
79:7,8,11
81:22,24
83:10
84:12  91:4
92:4  94:7,
9,13,19,20

95:1,15
97:21
102:7
110:18,19,
20,21
112:6,7,
13,21,22
114:6
116:3,6,25
117:1,2,
14,17,19,
24  118:4,
6,11,12,
14,20
119:1,24
120:7,9
121:2,4,
14,16
122:3,8,9,
10,16,21,
22  123:1,
10,14,16
127:3
130:16,18
131:5,6,8,
10  133:12
134:25
135:12,13
139:15,16
142:7,8,9
146:20,24
147:3
151:22
152:3,5,11
153:23
157:13,14,
15,16,17,
19,20

158:1
160:10,12,
17,21
163:8
165:14,15,
16,17
168:13,14,
15 169:9,
19,21,23
173:8
176:5,6,7
191:4,14,
17,20
193:18,21,
23 200:1
203:5,6
205:11
207:23,24
208:3,8,13
215:19,24
216:21
217:2,11
218:2,8
219:1,2
221:8
234:10,16
235:2,4
236:9,15,
18,24
237:7,8
239:7,8
242:6,8
244:13,15,
20 246:5,6
251:15
261:3,7,
11,19
262:10

263:4
264:22,24
265:1,2
293:19

**exhibits**
14:12
27:16,17,
19 31:1,16
36:8,10
97:23
120:3,5
176:10
226:9
261:2,17
283:13,22,
24 292:20,
25 296:17

**expand** 58:16
91:25
210:13
253:1
260:6
292:14

**expanded**
211:11

**expedite**
10:5

**explain**
106:23

**explaining**
126:4
293:12

**explanation**
36:16,20
41:1,2,23
250:13

251:8,11,
17,18
257:25
258:1
260:4

**explore**
110:15
111:9
215:1

**exploring**
40:19

**expressed**
291:15

**expressing**
182:18

**extends** 20:7

**extension**
196:21
197:14
198:4,19
199:6,19
201:9
202:10,22

**extent** 23:13
79:18
81:15
224:19
226:2
231:8
238:17

─────────────
        **F**
─────────────

**Facebook**
72:9 73:4,
7,13 74:7

80:24
159:19
175:1
292:24

**fact** 17:10
23:18
34:17 85:1
97:17
98:6,13
147:24
216:15
276:16
279:18
282:6,19
283:4
288:23
301:3,24

**Factor**
127:23

**factor-
authentication**
127:6

**facts** 304:22

**factual** 98:9

**failed**
194:18,21
201:21
202:20,21

**fair** 182:7

**familiar**
22:14
38:17,19
130:12
180:20
186:10

189:16,18
238:15

**fan** 222:23
223:9

**Fanduel**
173:25
174:1,4

**fanduel-
sportsbook-
announce-
partnership**
173:15

**fans**
222:13,25
223:21,22
224:5

**FAQS** 132:2,
7,9,10,18
133:8,11,
13,19
134:4,11,
24

**fathered**
115:24

**feature**
38:15,18,
20 132:2
293:2

**features**
59:15
90:25
104:25
131:25
252:15,24
275:7,12

**February**
68:23
71:4,10
200:4
235:21,23,
25 237:1,
15

**feed** 10:4

**feel** 80:20
149:15,19
150:3,10,
16,18,25
151:3

**feeling**
150:11

**figure**
154:16

**file** 194:18
200:8
202:21
258:8,18

**filed** 16:4,6
18:18
151:10,13
190:19
194:22
196:21
197:15
198:5,19
199:6,19
201:9,21
202:10
237:14
244:6
250:12
259:10

260:14
262:19
263:14,15
303:8
304:23

**files** 38:6
245:2

**filing** 28:21
32:7,8,11
93:18
192:8,9
195:2,23
197:5,9,25
198:14
199:2,14
200:4
201:4,17
202:6
217:19
218:3,10,
16 219:9
236:10,17,
25 237:2
243:8
250:6,7,13
251:8,9,
12,19
257:25
260:3,22
262:5

**final** 10:5,7

**finally**
15:11

**find** 60:22
79:22
81:12

109:21
146:22

**fine** 62:3
274:20
286:20
300:16

**finish** 59:25
155:5

**finished**
12:9

**firm** 51:10
269:22
270:12
298:25
300:4

**fixes** 241:6

**flashing**
209:7,9

**Fleet** 193:7
195:20
197:1
198:13
199:1,13
205:17

**flight** 15:21
252:20
277:6,7,9

**focus** 237:19

**follow** 85:20
105:1
125:2
126:10
215:16

**follower**

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    Naser Baseer
Index: followers..God

132:13
133:16,23

**followers**
73:14 74:8

**fond** 241:1

**footnote**
129:10,11,
14

**force** 276:2

**foreign**
26:19,21
30:6,9,11,
15,18,20
34:2,7,8,
13,19,22
35:1

**forget**
232:25

**form** 23:12
43:17 44:7
50:11
51:17 52:2
55:9 98:7,
16 101:10
134:3
151:16
154:23
167:22
168:23
176:17
178:25
179:14
180:9
187:3
208:12

211:4,13
220:9,18
241:23
242:9,15,
19 243:2
244:10
248:17
251:2
252:3
255:8
256:9
257:6,21
259:14
260:21
264:2,8
278:5,25
279:22
280:25
281:12
282:7,9,22
283:9
284:1,19
286:15
287:5
289:6
290:25
291:20
294:19
295:2,17
296:2
297:14

**formal** 67:18

**format** 67:20
102:7
106:23

**formatives**
20:24

**forms** 280:3,
9

**formulation**
176:8

**found** 46:11
47:10
64:11 72:7
95:7
154:17
222:18

**frankly** 55:3
87:25

**free** 215:9
299:15,23

**French**
164:20

**Friday** 68:3

**front** 86:3
138:23
152:12
153:23
154:7,11
161:16
167:8
184:13

**full** 13:8,
10 175:13
220:8

**function**
95:25

**functionality**
275:4

**fundamental**
252:9

**future** 142:5

---

**G**

---

**Gal** 208:24
209:14,25

**Gal's** 210:1

**gathered**
93:6

**general**
275:17,18
297:10

**generally**
238:18

**GERBER**
157:23

**gestures**
12:3

**get-started-
with-twitter-
ads** 88:17

**Ghana** 209:22

**gigantic**
140:19

**give** 24:14
63:16
94:19
106:3
157:17
190:22
303:17

**global** 20:21
108:8

**God** 157:20

**good** 10:18
  61:6,16
  128:10
  186:1
  216:3
  272:12
  274:15
  278:11

**goods** 85:18
  150:17,20
  252:17
  253:3,4,22
  255:17
  256:2
  257:12
  258:3
  260:8,9

**Google**
  38:12,15
  48:2,7
  144:2,18
  145:6,14
  154:15
  184:14
  294:4

**government**
  61:6,16

**grab** 49:21

**graduate**
  267:10
  272:7

**graduated**
  268:13
  269:4,17
  272:8

**grandfather**
  181:4,7

**grandfather's**
  181:5

**grandmother**
  181:1,9,20

**granted**
  176:1

**graphic**
  149:20,21
  150:21
  252:13

**graphical**
  171:5

**grayed**
  105:20

**Great** 25:20
  31:19 68:7
  71:16 76:9
  105:10
  106:18
  118:23
  119:21
  180:3
  192:1
  213:19
  235:1

**green** 141:2
  174:14

**Grok** 113:2,
  3

**groupe**
  163:19
  164:4,18,

21 165:4

**Groupe's**
  164:8

**grow** 58:15
  84:16

**Guardians**
  186:12,20
  187:1

**guess** 54:25
  57:19
  103:19
  119:6
  140:11
  184:4
  203:11
  243:3

**guidance**
  274:23
  275:5,8
  288:17
  289:21

**guide** 85:4
  116:10
  117:3

**guideline**
  153:20

**guidelines**
  106:24
  132:1
  147:4,12,
  19 148:5
  149:14
  153:9,15
  154:4,17,
  22 155:10

157:11
  225:24
  226:1,4,23
  227:11,24
  231:7,10
  238:9
  247:24
  285:5,6

**guides**
  293:12

**guy** 255:3

**guys** 16:19
  302:14

---

**H**

**H1** 67:12,15

**hair**
  252:14,21

**half** 26:20
  30:1,14
  66:21
  67:7,13
  273:11

**handle**
  161:3,4

**handles**
  209:21

**Hang** 95:20
  116:5
  154:18
  160:10
  230:11

**happen** 11:22
  59:5 142:5

225:10
226:5

happening
37:10
162:16,18
165:13

happy
226:14,16
250:14

hard  91:2
106:10,11,
13

Hardin
270:2,21
271:1,3,
11,21,24

Hashflag
193:8
201:16
205:18

Hashlogo
193:9
205:18

hatch  261:8,
25 262:1,
17 263:11,
12 264:14

head  12:3
21:21
239:5
252:14

heading
107:4,21
124:24
126:5,6

headings
134:20

headlines
158:23

health  61:6,
16 67:15

hear  97:13
155:6
213:15
217:25

heard  220:5,
8,9 227:16
302:13

hearing
11:17

held  101:19
266:9

help.x.com/en
129:12

help.x.com/en/
managing-your-
account/two-
127:5

help.x.com/en/
safety-and-
security/
public-
123:18
124:15

helped  15:1
269:9
271:7,8

helpfully
300:1

Helping
69:19
71:1,6

hey  243:21

highlighted
32:23 33:1
141:2,13

hijacked
213:5

hired  274:8

historically
80:1

history
13:18
187:21
188:10
189:16
269:13
303:10

hold  40:25
41:21
297:2
299:13

holder  173:4

Holland
269:20,21
270:1,3,9,
16,20,22,
25 271:16

home  132:14
199:24

honestly
267:22
270:17

Hong  15:5,
10

host  292:8

hosts  58:12

hours  115:4
295:13
304:20

hover  141:19
142:1
156:5,9

hovered
141:16

HTML  39:24
40:8

https  82:4

https://blog.
twitter.com
59:6

https://blog.
x.com  59:22

https://x.com.
61:22

hugely
222:22

hundred
148:16

hundreds
129:5

Hyderabad
13:14

hypothetical
297:19

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                 Naser Baseer
                                                                      Index: i.e...images

---
**I**
---

**i.e.** 85:12
  252:13

**icon** 47:23
  48:8 52:15
  53:11,13,
  18,23
  54:4,10,14
  141:1,4,
  12,22,24
  142:2
  159:21,22
  160:5,7
  161:21
  163:6,24
  164:3
  166:25
  168:8
  170:22,23
  174:25
  175:2,5,7
  203:13,15
  209:6,9

**icons** 74:8
  140:24,25
  159:1,19
  160:2
  166:22
  167:17
  168:1,16
  169:10,15
  174:23

**idea**
  243:13,14

**identical**

252:5

**identification**
  13:24 22:3
  24:8 25:25
  27:21,25
  28:4 31:4,
  8,12
  36:13,17,
  21 74:18
  94:11,15
  110:23
  112:9
  117:4
  118:8,16
  120:12
  121:18
  122:12
  131:12
  135:15
  139:18
  142:11
  152:7
  160:14
  191:22
  193:25
  208:5
  215:21
  216:23
  218:4
  219:4
  234:12
  235:6
  236:11
  237:10
  239:10
  242:10
  244:17
  246:8

253:4,22
  255:16
  256:2
  257:12
  258:3
  260:9
  261:5,9,13
  265:4

**identified**
  15:20
  177:17
  209:18
  223:10
  282:24
  283:4,11
  284:15,25
  285:8,22
  287:13
  295:8
  296:15

**identifies**
  103:17

**identify**
  69:19
  71:1,7
  221:9
  227:5
  252:16
  286:3

**II** 140:14,
  21

**Illinois**
  268:5,12,
  15 271:15

**illustrate**
  256:7,21

**illustrates**
  257:4

**illustrating**
  131:2
  257:18

**image**
  103:13,14
  105:19,23
  130:22
  132:24
  144:11
  146:3
  203:14
  204:18
  210:2,5,6,
  9,15,20
  211:11,16,
  18,22
  215:13
  231:14

**images**
  49:16,18
  50:17 51:7
  64:5 71:22
  72:2,4
  129:17
  130:18,21
  144:3,19,
  25 145:20,
  24,25
  146:9
  210:7
  294:6
  298:18,23
  299:1
  300:3,4,6

imagine
  161:12

immersible
  253:9

immigrant
  181:3

important
  11:25 12:6

impression
  243:19,23
  252:7
  253:11

In-app    173:2

inability
  55:14

inaccurate
  153:19

inadvertently
  276:25

include
  89:17,18
  97:7,8
  99:12
  101:14
  135:6
  151:2

included
  150:22
  273:3
  278:15

includes
  61:11
  89:25 90:9
  115:20

126:25
171:10
222:6
255:12
260:4

including
  20:24 59:1
  79:1 84:10
  85:3 88:9
  90:24
  108:23
  207:8
  209:22
  223:9
  269:7
  271:6
  293:7

incontestabili
ty   16:2,7
  263:9

incontestable
  15:22,24
  249:9
  254:23
  276:17
  277:1,2
  278:9

independent
  113:15,16

India    13:15

Indians
  186:16,22,
  23 187:2

indicating
  162:25

indication
  80:11
  206:23

individual
  107:12

industries
  58:14
  292:10

information
  47:7 60:24
  71:5 81:13
  114:12
  115:14
  124:23
  125:1
  126:9
  165:23
  172:9,21
  200:14
  246:24

infrequently
  78:21 79:3
  80:1,5

initial
  46:19

initially
  18:22

initiator
  39:10,19

inquiry
  301:14

Instagram
  74:7
  76:11,13
  159:20

292:24

install
  220:19
  221:14
  224:9
  245:3,4
  246:2
  247:25

installation
  224:23

installs
  238:2
  246:2

instance
  179:25
  203:13

instances
  281:18

instruct
  184:17
  190:12
  203:1
  207:17
  258:24
  260:24
  264:19
  298:8

instructed
  302:3
  303:23

instructing
  145:14

instruction
  265:16,20,
  25 302:6

instructions
  152:19,25
  206:7,9

instructs
  258:16

intellectual
  268:24

interchangeabl
e   141:25

interested
  47:5
  143:18

internal
  92:23
  233:11

internet
  80:16,18
  82:21
  83:18
  86:25
  112:3,18
  117:12
  120:17
  121:25
  148:17
  154:6

interpret
  213:13

interpretation
  182:10,12
  184:5

interrupt
  86:7

invent
  293:10

invitation
  115:17

ios   47:16,
  18,22 53:8
  222:19

IP   23:25
  269:7
  271:6
  273:3,4,6
  274:24

irrelevant
  97:1

Isaac   247:6,
  11,12,18
  255:4
  259:6
  260:18

Isaacman
  140:10

issue   25:5
  29:23
  33:14,16,
  19,21 41:8
  98:6,9,13
  141:9
  187:8
  189:25
  241:7
  251:7
  253:16
  254:15
  301:12

issued
  196:22
  197:16

198:6,20
  199:7,20
  201:10
  202:11

issues   30:12
  34:10
  97:13
  181:18
  256:13

Italian
  181:3

──────────
      J
──────────

James
  275:15,16

January   17:8
  66:22
  67:9,19
  200:6
  209:15
  212:20

Jared   16:12
  140:9
  298:17
  299:24

JD   267:24

Jeong   105:25

Jetblue
  158:21,23,
  25 159:5,
  13 160:2,7
  162:22
  225:22
  284:7,13
  285:14

286:7,9

Jetblue's
  160:25
  287:3,11,
  18 288:6

Jetblue.com
  161:17

Jetblue.com.
  158:4
  159:8

job   18:10
  19:7,14
  269:18
  270:19
  271:2,23
  272:25
  273:12
  274:21

Join   37:10

joined
  271:25
  272:24
  273:2,14,
  19

JS   38:6

judicial
  11:16

July   202:8

June   23:3
  24:20
  66:22
  67:10,19
  195:7
  201:5,17

202:6

---

**K**

---

**KAGAN** 10:3
17:6 23:12
40:1,11
41:4,16,25
42:6,11,20
43:3,17
44:7 50:11
51:17 52:2
54:19 55:9
59:24
63:18
75:8,12
98:7,16
101:10
128:11
130:15
137:14
138:11
139:8
141:5
151:16
153:3,12
154:23
155:4
167:22
168:23
176:17
177:6
178:25
179:14
180:9
181:15
184:16
186:6

187:3,18
188:5,15,
23 189:4,
13,22
190:8,11
196:11
197:18
198:8,22
199:9,22
200:11,22
201:12,25
202:13,24
203:23
204:5,12,
20 205:25
207:16
208:12
210:10,22
211:4,13,
24 212:9
226:12
227:3,20
228:8,20
229:6,11,
20 230:8,
13,16,20
231:19
232:16
233:4,17,
24 241:12,
23 244:2
245:16
247:14
248:13,17
249:16
251:2
254:12
255:8

256:9
257:6,21
258:10,20
259:14
260:21
263:1,18
264:3,16
265:15,19,
24 266:6
278:5,25
279:22
280:25
281:12
282:7,9,22
283:7,9
284:1,19
285:17
286:15
287:5,20
289:6
290:25
291:19
294:19
295:2,17
296:2
297:14
298:4
299:7,13,
15 300:7,
13,19
303:2
304:6,17

**kind** 11:16
91:11
130:23
150:2,21,
22 211:17
223:8

**kinds** 90:25

**kit** 152:6,
16,19,22
153:2,7,
11,20
154:2
156:10,12,
23,24
220:6,7,17
233:14
255:2
259:4

**kits** 282:4

**Knight**
269:20,21
270:1,4,9,
16,20
271:1

**knowledge**
188:25

**Kong** 15:6,
10

---

**L**

---

**L'OR**
163:12,19
164:4,7
165:3

**label** 38:25
39:5,10

**labeled**
110:15

**lan** 165:7

**language**

37:12

languages
164:22

lapse   203:18
204:19,23,
25 206:14,
18

laptop   61:9
214:10

large   187:15

larger   108:7
127:21

late
194:18,22
201:21

latest   241:4

latitude
303:18

launch
140:21

law   51:9
98:15,21
267:14,17
268:22
269:3,18,
21 270:6,
12 272:7
276:22
277:20
296:19,22
297:1
298:6,25
300:4
302:1

lawsuit
18:19 19:4

lawyer   10:20
19:8,15
41:11
51:2,13
63:7 233:1
297:10

lawyers
228:18

layover
15:10

lead   36:6
45:9 62:8,
16 213:25

leaders
58:13
292:9

leads   36:2
37:21
42:15
60:18,19

leaf   239:21

leave   78:4
82:3,4

leaving
272:17

left   37:2,7
45:18,19
73:7 92:7
108:4
110:8
124:2
127:12

133:19
147:11
156:19
161:6
170:17
208:17
210:9
239:15,17
270:16
271:20

left-hand
38:9 69:9
136:13
208:20
210:16
214:18

legal   18:5
97:13 98:6
229:9,15,
19 230:1
249:17,20
255:12
274:5,9
275:9,10
286:16
287:21,23
288:12,15
295:3
296:3,5

legal.x.com/
suppliers.html
120:11

legal.x.com/
suppliers.
html.   120:18

length   79:5

lengthy
294:13

letter   24:21
25:14 29:9
33:6
170:24

letters   92:5

license
226:11,20
227:2,9,18
230:15
231:3

licensees
227:6

licensing
269:8
271:7

limited
17:13,21
288:25
293:8
301:5

lines   173:1

link
102:19,20,
22 123:17,
20

linked   88:9

Linkedin
73:18,20,
23 74:11,
17 75:1

links   85:3,
21 87:21,

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    **Naser Baseer**

22 88:10
109:2,18,
23 110:1
113:25
158:24

**list**  20:6
85:3 276:1
278:16
294:13

**listed**  21:10
28:18
29:23
78:23
119:3
131:24
221:1
279:8,9
281:24
282:21
301:21

**listen**  41:9
50:24

**lists**  208:16

**Lite**
245:11,20,
24 246:7,
13,17
259:4

**literally**
93:14
162:24

**litigation**
19:11
115:12
269:9

271:8
273:6
301:13

**live**  84:14
90:6

**LLC**  115:21

**located**
124:12
130:18

**lock**  215:14

**log-in**  36:12
37:15

**logo**  20:24
37:10
46:11,22
48:15
49:10 50:7
52:8,14,22
54:9 58:25
64:11 72:7
73:12
77:24
79:23
84:15,18
85:5,17
89:18
90:10
92:16 93:8
97:8 98:4
99:4,13
103:12,17
104:3,11,
18,20
105:4,13
107:9,17,
20 133:2

144:6
150:7
151:3
156:20
162:10
167:12
205:5
207:5
215:7,8,14
222:15
283:1,20
284:11
295:10
296:14

**logos**  150:12
294:9

**long**  21:18
225:10
227:22,25
266:4
270:3
271:10
273:7

**longer**
215:16
297:12
298:2

**looked**  83:19
92:14
117:15
122:25

**Loreal**
284:8,14

**Loreal.com/en.**
163:21

**loreal.com/**
**english**
163:10

**lot**  166:10
255:11

**lots**  120:3,
4 223:14

**love**  63:3
203:12
204:17
222:14,25

**lower**  136:13

**lunch**
128:10,13

————————————

M

————————————

**made**  178:10
218:10,16
220:22
232:13
250:6
251:22

**magnify**
172:2

**main**  103:14

**maintain**
49:7 52:12
54:8 79:4
205:7

**maintained**
150:15

**maintains**
252:10
253:10

292:22
293:5

make 12:9
13:1
15:17,25
17:10
66:25
83:13
91:12,21
97:6 145:2
181:19
217:21,24
238:8
247:23
276:18,23
288:12,15,
23 301:3

makes 177:8
272:9

making
103:10
296:5

manage 56:20
124:22

manually
56:21

maple 239:21

March 64:22,
23 66:1
68:4,6,10
103:24
105:8
193:5
201:18
262:6

mark 21:11,
12,23
24:23
25:11,12
26:12
27:16,17,
19 28:13
29:4 30:4,
19,25
31:2,7,25
32:17,18
33:24
34:3,25
36:8 52:22
103:11
118:4,12
119:6
122:8
132:24,25
138:2
167:13,21
176:16
177:4
179:19,24
194:10,15
195:6,21
197:2,13,
24 198:13
199:1,13
201:3
202:4
209:18
215:20
216:11,16,
22 217:5,
20,23
218:17
225:15,16,

18 232:15
233:15,16
235:15
237:3
242:20
243:5,7,
15,21,24,
25 244:9
248:3,6,7
249:4,5,
12,24
250:2,25
251:1,23
252:2,4,
10,12,18,
19,25
253:10,11,
18 254:23
259:12
261:2,23
262:16,17
263:10,13,
21,24
264:13,14,
17 265:10,
23 278:17,
18 279:4,5
280:4,5,10
285:14
300:25
301:19

mark's 30:13

marked
13:20,23
22:2 24:7,
11 25:24
26:2,13

27:20,24
28:3 31:3,
8,11,15
36:12,16,
20 48:19
71:19
74:17
75:19 76:6
79:11
94:11,15,
20 110:20,
22 112:9,
13 117:1,4
118:7,16
119:24
120:12
121:18
122:12
127:11,18
131:6,11
135:14
139:17
142:10
152:6
160:14
168:15
176:7
191:16,22
193:24
203:5
207:24
208:4
215:20,24
216:22
218:3
219:3
234:11
235:5

236:10
237:9
239:9
242:9
244:16
246:7
261:4,8,13
265:3

**marketing**
61:5,14
74:5 78:9
293:11

**marks**  15:21
20:1,13,
16,24
21:2,5,10
27:2 32:1
34:16,17
45:22
46:3,18
47:2 49:10
58:5,25
66:11
77:24
79:15,24
85:9,17
89:25
90:1,23
93:8,9
97:8 98:4,
11 99:8,13
101:8,9
104:1
106:21
125:5
126:14
132:17

134:8,16,
22 135:6,
8,9 136:3,
10,12
137:24
147:17
148:23,25
150:13
152:20
153:1,6
157:6
161:8
162:6
168:22
169:1
176:12,21,
23 177:9,
11,19,20,
22 178:11
183:15,16
184:10
185:5,14,
15,22
190:18
192:24
193:6
194:7
202:16,17
203:10,20
205:5,15,
16,24
206:14
207:5,9
216:14
218:1,20
226:22
234:22
248:4

276:1,12,
15,16,20,
22,24
277:2,9,
10,14,21,
23 278:14,
15,20,23
279:6,12,
16,18,20
280:16,17,
21,22
281:4,8,9,
23 282:6,
20 283:1,
6,14,20
284:9,11,
23 285:1,
4,7,9,23
286:5,14
287:14
289:3,12
290:17,23
291:10
292:1,7
293:3
294:17
295:1,6,
16,21,24,
25 297:11
298:1
301:11,20
302:23

**married**
181:4,7,
22,25

**materially**
253:12

**materials**
19:3 84:9
92:22,24
93:13,24
99:1,10,
12,17
100:19
101:14
147:23
177:20
293:7,15,
16,17,21

**Matos**  247:6,
11,13,18
255:4
259:6
260:18

**matter**  14:3
304:24

**matters**
19:11
269:7,9
271:5
273:3
274:24

**Mcbride**
270:7

**meaning**
66:11
195:7
213:12

**meanings**
184:3

**means**  18:16
23:6 39:23
40:8

41:15,18
42:5,8,9,
23 56:2,19
89:10,13
132:12
133:15,22
180:24
182:5,8
184:7
185:16,19
302:13

**meant** 254:3
256:6,21

**mechanics**
63:2

**media** 11:2,7
35:14
43:11,21
44:13,15,
17 45:2,3,
6,10,12
46:2,13
71:23
79:12,14
135:23
136:25
137:3,13
138:10
140:2
159:1,18
160:2,5
166:21
167:19
168:1
169:10,15
174:23
292:23

293:1

**member**
268:19

**mentioned**
18:7 45:8
90:9
222:17

**menu** 145:24
155:19,25
159:11
170:17
174:19,20
214:18

**menus** 158:21

**merged** 270:8

**Messages**
132:16

**method**
155:12

**million**
73:14 74:8

**millions**
293:4

**mind** 25:3
50:15
66:24
158:18
213:12
276:5
290:5

**mindful**
231:25

**minimum**
54:25

115:25

**Mirror** 193:8
200:2
205:18

**Mischaracteriz
es** 285:18

**missing**
241:7

**mission**
140:14

**mistaken**
104:20
174:10

**misunderstandi
ng** 149:12

**misuses**
228:4

**mobile** 48:14
49:7,8,10,
22,23
50:19
51:15
52:6,11,20
54:7,16
224:3
239:18
240:24

**mode** 145:24

**model** 113:4

**modification**
119:9,11

**modified**
70:14,18,
19 96:15,

22 103:5,7
108:17,19
123:6,7

**moment** 16:11
19:19
160:20
166:7
193:20
205:13
266:2

**momentarily**
160:19

**monitor**
224:16
225:24
226:23,24
228:2
238:8

**moon** 140:15

**morning**
10:19

**mortal**
167:16

**move** 19:18
270:22

**moved** 41:13
270:25

**multiple**
153:15
183:25

---

**N**

---

**N3ri** 215:6

**named**
  186:11,15,
  21 187:12
  237:22
  255:3
  259:6

**names**  181:21

**NASA**  135:13
  139:16
  140:9

**Naser**  13:10
  17:11
  288:23
  301:4

**Nations**
  188:21

**nature**  252:9

**navigate**
  46:25
  84:4,10,20
  86:20
  87:15
  88:12
  109:6,8,
  17,19,24
  113:19

**navigated**
  87:19

**navigation**
  85:21
  158:21

**NBA**  173:22
  174:1,9,10
  175:24,25
  178:9,17

179:25
180:1
183:7

**NBA.COM**
  173:13

**NBA.COM/
CELTICS/NEWS/
BOSTON-
CELTICS-AND-**
  173:14

**necessarily**
  182:9
  183:11

**network**
  58:16

**networking**
  74:6

**networks**
  292:14

**neuroscience**
  267:5,6

**newer**  78:17

**News**  239:24

**NFL**  175:22

**niceties**
  89:9

**ninth**  201:1

**nodding**  12:2

**Notary**  10:12

**note**  15:22
  17:15
  41:25 65:9
  101:3

158:14
196:12
204:22
206:1
256:17
263:1
302:25
303:14,16
304:19,25

**noted**  61:23
  101:13
  182:25
  185:9
  205:3
  222:12
  276:25
  277:5
  299:6

**notes**  61:4,
  12

**notice**  25:24
  26:10,12
  28:3
  29:19,22
  31:11
  33:13,15
  34:5 89:2,
  4 164:17
  196:22
  197:15
  198:5,20
  199:7,20
  201:10
  202:11

**notification**
  57:14,16

**noting**  74:6
  232:9

**notion**
  211:10,11

**November**
  69:4
  197:11
  262:7

**number**  22:19
  26:13
  27:6,7,16,
  20 31:3,25
  38:4 39:4,
  22 48:13
  63:17 64:5
  71:22 76:1
  79:11
  85:15
  90:22 91:4
  93:5 94:23
  118:20
  120:8
  131:23
  134:22
  146:24
  157:18
  169:21,22
  184:8
  188:18
  190:24
  191:9
  199:14
  208:16
  216:11,20
  222:16
  251:24
  262:4

270:10,14
276:16
281:14
282:24
283:16
284:3,22
285:23
294:10
295:12
296:13,16
300:12

**numbering**
157:25
158:16

**numbers**
192:23,25
193:13,15

**numerous**
185:24
207:2

———————

**O**

———————

**O+1**  10:6

**oath**  12:17

**object**  23:12
40:2 41:4,
11 43:17
44:7 50:11
51:1,6,17
52:2 55:9
63:7 98:7,
16 101:10
151:16
154:23
167:22

168:23
176:17
178:25
179:14
180:9
184:17
196:12
206:1
207:17
208:12
231:15
241:23
248:17
251:2
255:8
256:9
257:6,21
259:14
260:21
264:17
278:5,25
279:22
280:25
281:12
282:7,9,22
283:7,9
284:1,19
285:15
286:15
287:5
289:6
290:25
291:19
294:19
295:2,17

**objecting**
304:1,2

**objection**
40:11
41:16,25
42:6,11,20
43:3 51:6,
18 54:19
137:14
138:11
139:8
141:5
153:3,12
181:15
187:3,18
188:5,15,
23 189:4,
13,22
190:8
197:18
198:8,22
199:9,22
200:11,22
201:12,25
202:13,24
203:23
204:5,12,
20 210:10,
22 211:4,
13,24
212:9
226:12
227:3,20
228:8,20
229:6,11,
20 230:16
231:19
232:16
233:4,17
241:12

244:2
245:16
247:14
248:13
249:16
254:12
258:10,20
263:1,18
264:3
265:15,19,
24 285:17
287:20
296:2
297:14
298:4

**objections**
177:6

**objective**
92:8 94:14
99:22

**occurrences**
171:22

**October**
13:12
72:18,21
73:9 81:2
114:20,21
116:1
152:1
194:25
195:12
197:12
198:2,3
217:13,14
218:11,12,
14,16
225:15

236:2,5

**odd** 166:3

**off-the-record**
101:18
266:8

**offer** 238:20
246:3

**offered**
46:15
59:16
220:12
225:13,16,
18 245:25

**offering**
255:5
275:25

**offerings**
58:15
253:7,24
254:5,10,
19 255:19,
24 256:4,
8,19
257:1,5,
15,19
258:6
260:12,16
292:13

**office** 20:4
194:19,23
201:22
202:21
255:22

**official**
107:9,20

110:10
190:6
241:2

**Oliva** 181:3,
8,11,12,13

**omit**
192:23,24

**onboarding**
116:10
117:3
293:16

**one's** 221:24

**one-stop**
157:1

**online**
149:10

**open** 57:5
142:3

**opens** 41:22
141:17

**operate** 78:1
79:17,20
81:10

**operates**
292:16

**operating**
302:10

**Operation**
10:20
190:18
192:12
290:14
291:3

**opinion**
16:17
281:6

**opportunity**
15:17
62:18
168:4
217:21,24
221:13
228:1
303:4

**opposition**
23:7

**order** 17:8,
19,21
19:2,10
232:3
288:21
301:1,2

**ordering**
10:2

**origin** 30:11
34:8

**original**
212:21

**originally**
71:8

**originate**
146:9

**originated**
250:21

**os** 241:8

**outline**
252:19

**outlined**
20:1
276:20

**overlaying**
211:21

**Overview**
121:17

**owned** 193:4
277:19

**owner** 213:13
225:7

**owners**
223:24

**owns** 173:21

---

**P**

---

**p.m.** 96:10,
14 119:6
123:5
128:16
304:7

**package**
220:6,7,17
233:14
255:2
259:4
282:4

**pad** 140:21

**page-vault**
169:24

**pages** 46:6,
7,8,9
47:1,4
59:3,4

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer
                                                                    Index: Paid..partner

64:24
77:20
78:20
79:14
85:10
88:6,19,22
89:7,14,15
93:21 99:7
101:24
120:21
129:6
132:20
135:6
144:4
145:20
146:8,11,
13,16
150:2
167:20
169:11
194:4
205:15
293:9
294:6

**Paid** 131:25

**pane** 36:16,
20 38:25
41:1,2,23
45:19,24
96:5
118:25
122:11,24
123:6
125:13,16,
25 126:17,
21 141:16
156:8

211:21
212:2,5

**panes** 130:23
171:4

**paper** 149:8,
17

**paragraph**
19:19 20:6
48:18,20
49:1,3
57:24
58:1,6,7,
9,19,21
63:13
128:19,22,
23 130:20
143:19,22
144:1,12
146:18
157:15,20
175:13,14
190:16,23,
25 191:3,6
192:14,18
203:3,7,21
204:1,4,
11,15
205:10,11,
22 253:21
276:6,8
278:8
281:2,22
290:8,11
292:4,15
293:18,24
298:15
299:16,22,

25

**paragraphs**
283:17
286:3
290:6
294:21
296:18

**paralegal**
269:20

**pardon**
245:11

**paren** 184:23

**parentheses**
182:16,17

**parenthesis**
171:14,16,
23

**part** 17:9
18:9,25
38:2 42:2
43:4,18
46:20 47:6
62:25
93:12
105:13
116:22
141:8
143:8
147:23
148:9
150:3
166:14
168:4
178:9
179:17

183:3
184:8
185:8
187:15
210:5
223:3,6
228:11
237:2
244:8
249:11
252:1
276:3
277:13,22
278:12
279:11
282:17
283:2,15
285:25
289:4,13
290:11
291:13,17
301:14,15,
20 302:21,
23

**partial**
210:15

**parties** 11:6
16:16
17:20
168:11
179:22
227:12
282:3
283:25
284:17
285:7

**partner**

110:10
178:9

partners
110:15
111:10
178:7
179:21

partners.x.
com/en
110:22

Partners.x.
com/en.
111:6

partnership
61:7

partnerships
61:17

parts  58:24
59:1

party  225:3
231:12
233:13
259:3

password
214:7

past  102:1
137:6,23
180:25
184:21,25
185:2

Patent  20:4
255:22

path  182:2
206:8

274:7

paying
300:21

Payments
115:21

pending
12:23
20:2,13,16
21:2,16,19
23:9,11,20
24:25
25:11
26:18 27:3
30:4,13
32:1 33:24
34:1 95:21
276:12,20

people  50:2
74:6 93:6
106:23
107:16
109:2
124:23
125:2
126:9
183:18
222:13
223:4
227:22

people's
50:8,9

percent
25:14
51:21 70:5
148:16

period  67:19
272:16

Periscope
131:25

permanently
41:14

permissible
244:10
252:3

permission
176:1

person  35:7,
9 132:15
214:23,24
223:11
260:18

personal
16:21 17:3

personally
44:2
228:15

perspective
303:12

pertains
27:5,10

petition
190:17
191:9,21
192:6,13
203:4,9
205:10,23
206:3
207:21

petitioner

192:11

Philomena
181:2,6,
10,11

phone  50:9
51:24,25
54:16
55:19
56:6,8
57:3
220:20

phones  50:9,
19 51:15
298:19,20
299:3

phrase
177:3,15
178:16

physical
93:22 94:1

picture
53:10
102:4
231:13
265:13,18

pictured
104:21
129:3

pictures
158:22

piece  81:24

pieces  183:4

place  62:8

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    **Naser Baseer**
                                                                                    Index: places..posts

**places**  64:10
  103:9
  137:25
  149:5
  283:17
  284:10
  294:2

**plain**  61:9

**plaintiff**
  17:10
  288:22
  301:2

**platform**
  35:11,13,
  15,17
  36:2,4,6
  42:16
  43:11,22
  44:13,16,
  17  45:2,3,
  6,10,12
  46:2,13,15
  49:11
  59:17
  61:25
  62:20
  79:19
  81:20
  108:4
  129:7
  135:21,22,
  23,24
  136:2,25
  137:3,13
  138:10,15
  140:1,3,5
  160:8

  161:1
  163:4
  164:6,8
  165:4
  167:3
  168:3,9,20
  169:2,3,7,
  16  176:13
  180:11,12
  182:14
  185:9
  208:16
  213:25
  214:2
  215:8
  220:1,20
  222:24
  224:24
  275:5
  292:18

**platforms**
  284:5
  292:23

**play**  48:2,7
  57:16

**playbook**
  92:8  94:14
  99:23

**Plimpton**
  259:8

**point**  12:12
  50:21  63:4
  71:14
  72:24
  100:18
  107:5,8

  113:8
  132:12
  137:17
  167:25
  229:1
  286:18

**pointed**  64:9
  90:21

**pointing**
  25:3  50:15
  97:24
  106:20
  290:5

**points**
  169:15

**policies**
  158:25
  159:13

**Policy**  61:4,
  12

**pop**  144:20

**pops**  156:8

**popular**
  61:11

**portal**
  120:23,25
  121:6,17

**position**
  271:19

**post**  72:15,
  17,18,21,
  23  73:9,
  22,25
  76:15,18

  79:3  81:1,
  5  103:15,
  17,22,24
  104:21
  105:4,7,24
  106:8
  107:12
  126:24
  134:2,5
  135:14,20
  140:8,18
  142:23,24
  208:22
  209:14,20
  210:1
  214:21
  215:6
  224:12,14,
  25  238:4
  245:14,15
  246:7

**posted**  69:25
  70:3,7
  71:8  76:25
  220:22
  225:2,17
  233:14
  238:6
  245:22
  250:23
  255:3
  259:5
  282:3

**posting**
  220:22
  223:20,23

**posts**  74:17

75:1,3
76:18
105:2
106:22,24
107:14
124:8,18
125:4,9,
19,20,23
126:3,13
132:13
133:22
134:12
135:1,4
136:16,17,
20  144:3
225:5
245:2
293:11
294:6

PR   217:13

PR-SECTION
235:22

practice
268:23,24

practiced
269:3

precise
96:11,12

predecessor
246:1

predicate
280:17

predominant
126:2

predominantly

293:2

premier
175:16

preparation
19:6

prepare   14:9
19:2

prepared
14:6

prepopulated
88:4

prerogative
299:19

presence
284:8

present
138:20
251:9
287:17
304:20

presented
43:10,21
44:14  45:1
60:5,23
61:24
62:19
184:8
287:16

president
189:20
190:6

press   178:19

presumed
278:3

pretty
229:12
272:19,20

prevent
54:17
55:7,14

previous
65:13
67:20
116:18
236:18,24

previously
69:12
88:11
116:21
119:24
183:24
213:23
247:20
254:17

primary
126:12

principle
20:3

print   172:2

printout
82:2,10
86:2,9
90:12,18
101:20
114:10

privacy
115:10,13
172:15

privilege

23:16,24
205:2
206:20
230:6
232:6,11,
22,24
233:8,21
248:25
249:22
250:4,16
255:14
259:24
286:25
287:1,10
288:11
289:23,25
296:9

privileged
250:10
260:20
282:16
288:4,16,
19

problem
120:2
191:24

proceed
123:13

Proceeding
191:9

process
77:21
214:8

procurement
114:17,24
115:2

**produce**
42:25 54:2
90:18
300:2,6

**produced**
88:20
89:22
115:18,20
116:13,15
121:10,12
126:22
128:2,4
298:22,24
299:1
300:4

**produces**
83:5

**product**
61:4,14
197:2
268:25
274:25
275:1

**products**
47:8,9,10
59:15
177:16,25
178:24
179:13
180:7
185:12
275:3,6,11
292:12
293:14

**products'**
58:15

**professors**
297:5

**profiles**
293:1

**program**
95:12

**programs**
98:25
99:14

**prominently**
89:19
135:7

**promote**   58:3
292:5

**Promotions**
132:1

**pronounce**
203:12

**proof**   30:5

**properly**
249:14

**properties**
94:10
95:25 96:5
118:15,24
122:11,24

**property**
268:25

**proposed**
252:18

**prosecution**
19:11
269:8

271:6
273:4
303:10

**protect**
124:25
126:6,7

**protected**
124:8
125:9
205:1
206:19

**protecting**
115:12

**provide**   30:9
34:6 58:4
59:18
70:20
81:16
185:11
221:12
229:9,14,
19 268:25
274:23,24
275:5,10
292:6

**provided**
34:1 35:4
75:21
113:5
148:7,18
168:24
178:3
179:17
183:1
185:21
248:1

288:18
289:21
296:7

**providing**
203:18
206:9
229:25
273:5

**PTO**   22:18
24:19
26:23
30:5,16
34:2,24
216:8
225:13
231:12
232:13
233:13
243:20
250:6
260:13,19
261:20

**PTO's**   22:15

**public**   10:12
69:3 124:8
125:9
250:6

**publication**
22:23,25
23:2,5
26:16,21
28:18
195:8
196:7
197:5,10
198:1,15

01/22/2026                 X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

199:3,15
200:5
201:5,18
202:7

**publish**
91:13
293:10

**publish.**
**twitter.com/#.**
90:13

**published**
23:7 27:11
66:18
144:4
195:6
202:17,18
240:18,20
294:7

**publishing**
67:18

**purchases**
173:2

**purport**
124:12

**purported**
220:12

**purports**
82:2 86:2,
9 90:12

**purpose**
231:16

**purposes**
98:14
265:22

**pursuant**
17:7,18
139:10
184:18
190:13
203:2
207:18
251:21
258:25
260:25
264:20
298:9

**push** 55:15
56:1

**push-update**
56:17,19,
23,25 57:1

**push-updated**
50:10,19
51:16,22

**push-updating**
54:18 55:7

**pushed** 55:24
57:9

**put** 36:4
98:1
298:11

**Putin** 190:2,
3

**putting**
299:11

─────────
Q
─────────

**qualifies**

167:20
168:21

**quarter**
38:21

**question**
12:22
18:13
19:17
25:10 40:5
41:12
43:23,25
50:25 51:5
53:9 60:12
62:2,9,10
63:8 66:25
84:8 93:17
95:21,22
113:12
137:21
138:5,7
141:11
147:20
154:19
155:15
165:6
176:25
178:12
187:10
189:8
204:8
226:18,25
227:1
228:12
230:6,7,
12,22
231:1
232:8,10

274:15
279:2,3,17
280:19
288:3,10
297:8,23,
24 300:24
302:2

**questions**
12:1 13:2,
17 41:11
51:12
83:14
97:22
143:23
266:16
278:14,19
279:15,19
280:1,14
289:15,17,
20 297:19
299:8,9,
20,22,25
300:14,22
301:23
302:3
303:19
304:21

**quick** 15:17
117:21
122:5
222:17

**quote** 124:18
125:19
129:2,3
254:4,10,
11

01/22/2026                     **X Corp. vs Operation Bluebird, Inc.**                     **Naser Baseer**
                                                                                           Index: rabid..record

---

**R**

---

**rabid** 223:8

**raise** 298:2

**raised**
299:17

**Ratings**
172:12

**raw** 149:16
150:3,10,
16

**reach** 108:22
109:4
148:5

**reached**
19:23,24
140:5

**read** 49:4
58:1 59:19
61:21
91:6,18,19
96:7
106:10,11,
13 107:7
124:6
125:12,14
128:22,25
129:8
133:20
134:11
143:21
144:7
165:1
167:6
174:6

192:22,24
193:11,12,
15 196:1,
19 197:4,6
198:21
199:8,21
201:11,23
202:12
210:1
211:12,15
212:12
240:23
241:15
250:12
254:16
257:24
281:17
288:20
290:11
294:20
296:17
301:1

**readily**
132:21
161:10
172:4

**reading** 39:8
47:5 66:7
125:10
129:14
197:17
198:7
200:14
212:13,16
241:1
245:10

**reads** 83:6

126:7
175:15
194:20
195:1
201:7,20
202:8
203:9
215:15
256:1
263:7

**real** 149:16
150:11

**realtime**
10:4

**reason** 16:25
25:15
55:16
105:19
204:2,9
205:21
206:17
207:13
213:4
258:21
259:21
288:6

**reasoning**
250:15

**reasons**
115:10
204:24
248:22

**rebrand**
185:10

**recall** 21:20
25:1,2

44:9 136:9
190:20
267:8,23
268:14
270:5
271:12
296:21

**receipt**
26:18

**receive**
55:15
57:13
267:2,18

**receives**
34:13

**recent**
72:15,17,
21 73:8,
22,24
76:15,25
77:7,15
78:13
115:22

**recipient**
115:6

**recollection**
24:23
240:14

**recommendations** 214:18

**record** 75:9
101:17
128:11,16
186:6
196:12

01/22/2026                **X Corp. vs Operation Bluebird, Inc.**                **Naser Baseer**
                                                                        Index: records..regions

197:19
198:9,23
199:10
206:2
233:23
234:9
266:5,13
298:12
299:12
300:11,23
301:9
303:1,3,
15,17
304:6,18

**records**
27:13

**red** 239:24

**redacted**
115:13

**redirect**
42:10
62:23
63:10

**redirecting**
60:8,14
62:15

**redirection**
42:13 63:2

**redirects**
60:25
62:4,12

**reduce** 102:8

**refer** 13:19
38:1 46:12
98:25

136:1,20
146:21
148:10
150:14
176:12
182:14
187:25
190:17
191:8
205:9
222:14,24
223:5
226:15,16
234:23
261:25
263:24
274:19
276:8
290:1
292:18
300:23

**reference**
70:21,23
71:3 92:17
97:5 99:11
103:18
104:14,17
127:17
133:8
138:1
143:15
161:11
172:5,7
174:4
177:19
216:14,16

**references**

46:10
64:8,10
69:10
70:17 72:5
85:8,16
89:17
90:22
104:10
105:12
115:20,21
125:4,20,
23 126:1,
13,14
131:2
137:22
138:22
153:6,8
158:24
171:25
176:2

**referencing**
124:20
215:8

**referred**
38:24
157:19
181:21
188:20
189:1,9
236:18,23

**referring**
46:14 67:2
125:6
130:16,17
180:8,10
192:14
218:18

276:5

**refers**
124:17
125:18
134:14,15
135:1,2,4
146:20
157:16
264:13

**refines**
252:12

**reflect**
223:8
253:6,24
254:18
255:18
256:4,18,
25 257:14
258:5
260:11,16

**reflected**
255:23

**reflecting**
253:17

**reflects**
259:11

**refresh**
24:22 26:4
31:17
240:13

**refusing**
232:7

**regions**
209:21

**register**
  20:3 34:25

**registered**
  20:2,12,16
  21:1 24:24
  30:20
  136:7
  207:6,7
  244:9
  252:2,18,
  24 253:12
  276:12,20
  277:18,19,
  24 278:2

**registrant**
  200:8
  243:6
  251:19
  253:14

**registrant's**
  253:24
  254:4,9,18
  255:19,23
  256:4,7,18
  257:1,4,
  15,18
  258:5
  260:11

**registrants**
  253:6

**registration**
  26:19,22
  30:6,10,
  11,12,15,
  18,21
  34:3,7,9,

10,14
114:12
115:17
194:9
200:7
202:19
205:8
216:11,20
234:20
236:19
251:23,24
252:21
253:2,13,
17 260:7
262:4,7
263:2

**registrations**
  20:22 24:1
  27:9 34:19
  35:1 193:4
  203:10,18
  204:17,23
  207:3

**reiterate**
  206:16
  255:15
  257:8,23
  259:19
  285:21
  286:2
  296:11

**related**  32:3
  58:21
  59:15
  113:6,13
  204:15
  236:19

296:6

**relates**
  58:18

**relative**
  171:13

**release**
  178:19

**released**
  239:3
  240:15,17
  241:22
  248:10

**relevant**
  17:9 63:6
  252:16
  279:16
  280:22

**remain**  79:16
  80:17

**remains**
  24:24
  25:11 30:4
  33:25 73:8
  98:12
  249:25
  253:5,23
  255:17
  256:3
  257:13
  258:4
  260:10

**remember**
  26:25
  58:20 81:2
  93:4

205:13
268:10
270:9,13,
15,17
272:2,23
273:9,16,
22 274:13,
16 280:2,
6,7,11,13,
18 296:23,
25 297:5

**remind**  12:16
  249:2
  279:25

**reminds**
  272:5

**removal**
  252:13,20

**renew**  200:18
  217:20,23
  218:1
  265:10

**renewal**
  237:3,16
  248:16
  265:23
  280:17
  281:8
  303:10

**renewed**
  200:21,25
  207:8
  248:7
  249:14,24
  278:21
  279:20

280:21

renewing
  231:16

repeat   189:8
  204:7
  258:2
  279:3
  297:24

repeating
  66:24

report   67:18
  275:18

reporter
  10:1 11:24
  12:7

reporting
  65:2 66:5,
  16,19
  67:4,6

Repost
  141:14,17,
  20,24
  142:24
  143:3,13

represent
  10:20 22:9
  24:16
  28:10 29:2
  31:21
  32:14
  38:11,13
  40:24
  41:20 57:2
  74:25 95:7
  96:4 111:7

112:15
117:10
118:23
120:15
121:23
122:23
131:17
132:6
141:15
142:16
184:19
186:19
194:3
216:7,13
230:4
234:17
237:13
246:12
261:19
262:13
265:7

representative
  254:9

represented
  51:8
  233:12
  259:8

representing
  50:16

Republics
  187:17
  188:4,14,
  22 189:3,
  12 190:7

request
  196:21

197:15
198:5,19
199:6,19
201:9
202:10,22
236:2
237:16
242:9,15,
19 243:2,
3,9 250:18
251:20,22
253:16
256:17
258:9,19
259:10
260:15
265:9,10
299:6

requested
  252:8,25
  253:7
  260:5

requests
  253:15

require
  70:20
  258:7,17

required
  12:18 30:9
  34:6

requirements
  105:1
  253:9

requires
  258:13,21

reshare
  250:14

resolve
  40:18
  42:18,22
  43:14
  166:8
  169:11

resolves
  35:22,25
  36:1 83:4
  112:19

Resources
  118:7

respect
  23:24
  27:5,8
  97:18
  150:24
  164:22
  222:25
  227:6
  231:12
  242:20
  248:3,6
  250:17
  253:2
  256:23
  260:7
  273:5
  274:24
  275:6
  276:24
  289:15,19
  292:20
  301:18

respectfully
  251:19

respond
  190:12
  194:22
  201:21
  202:20

response
  138:12
  194:18,19,
  22 201:22
  223:15

responsibiliti
es  19:1,8,
  14 273:1
  274:22

responsibility
  18:10

responsible
  72:11

rest
  125:12,14

restate
  254:17

restricter
  87:2,5
  112:2
  145:7,9

result  60:18
  82:23 88:7
  131:20
  133:11
  134:1,2
  145:1

resulted
  83:2,20
  132:8

resulting
  145:20

results
  84:25
  85:1,2,15
  86:21,22
  87:25
  129:21
  130:11,14,
  25 131:11,
  20,24
  132:3
  133:6
  134:7,14
  142:10,19,
  22 143:9
  144:20
  146:4

resume  186:5

retaining
  252:15

retains
  252:22

retrieval
  22:11,16
  24:7,18
  28:13 29:3
  31:24
  32:16
  194:6
  216:10
  217:4
  234:11,20

261:22
262:15

Retweet
  141:22,24
  142:3
  143:11

review
  14:14,16
  27:12
  122:5
  222:17
  231:5,6
  247:22

reviewed
  14:11
  15:4,11

reviews
  172:12
  226:4

revised
  244:11
  252:4
  253:10,18

ridiculous
  190:9

rights  23:25
  34:3,16
  206:22,24
  227:14
  228:2
  231:16
  276:22
  290:16,22
  291:5,9,24

risk  295:24

297:13
298:3

Riverside
  266:25
  267:1

rough  10:4,6

row  159:18
  174:22
  194:16

rows  159:17

Rule  139:10
  184:18
  190:13
  203:2
  258:25
  260:25
  264:20
  298:9

rules  11:20

run  259:2

running
  241:8

Russia
  187:12,25
  188:1,2,
  11,13,19,
  20 189:1,
  9,21

Russian
  187:21
  188:9
  189:16

01/22/2026                  X Corp. vs Operation Bluebird, Inc.                  Naser Baseer
                                                                                Index: safety..scroll

**S**

safety  61:5,
  14 67:15
sample
  106:22
sat  285:12
satisfaction
  230:21
save  63:17
Schiff
  270:2,21,
  23 271:1,
  2,10,13,
  20,24
  272:17
school
  267:11
  269:18
  270:7,12
  272:7
  296:20
scope  19:7,
  14 25:8
  40:2,20
  41:5 51:18
  52:3 54:20
  55:10
  98:17
  101:12
  137:15
  139:9
  141:6
  153:4,13
  176:18

181:16
187:4,19
188:6,16
189:5,14
190:14
196:13
197:19
200:23
201:13
202:1,14,
25 203:24
204:6
206:4
210:11,23
211:5,25
226:13
228:9,21
229:7,21,
23 230:17
231:20
241:13,24
242:2
244:3,4
245:17,19
247:15,17
248:18,21
251:3,6
253:1
254:13,21
256:10
258:11,22
259:15,18
260:6,23
263:3,19
264:18
297:15
298:6
303:11,22

screen  36:12
  37:15,18
  38:23
  42:25 43:6
  44:14
  46:18,19
  60:5 62:19
  64:5 71:22
  72:1,4
  132:8
  143:2
  161:6
  162:13,21
  212:25
  215:14
  239:16
  246:21
screenshot
  22:2,10
  38:12
  45:20,25
  72:17,20,
  23 75:5
  77:13,14
  94:10
  103:13,16
  104:7,18
  105:3
  118:15
  120:10,16
  124:20
  135:14
  140:1
  159:4
  160:13
  171:9
  239:9,16
  243:11,12

244:16
screenshots
  49:20 64:9
  65:19
  90:21
  130:2,9
  137:24
  138:3,21
  237:21
  243:10,12
screenshotted
  166:14
  168:12
scroll  49:14
  61:8
  68:13,24
  69:7
  101:24
  104:4,13
  105:15
  107:3
  114:4
  127:10
  133:17
  142:21
  157:4
  158:7
  161:20
  163:15,22
  165:21
  166:17,19
  169:20
  170:10
  171:1,11,
  19 172:11
  173:7,24
  175:9

195:14
240:22
246:20
263:15
265:18

scrolled
102:1

scrolling
69:17
172:12
173:19

scuffed
149:6

scuffs
150:13

search  22:19
47:4 84:23
85:2,12,19
87:18,23,
25 88:6
109:21
114:2
117:12
121:25
129:1
130:11,13,
25 131:18,
24 132:3
133:6,7,
11,25
134:7,13,
18 142:17,
22 143:8
144:2,18,
19,23
145:5,6,

14,22
146:4
148:4,18
154:16
155:1,13
184:14
214:12
261:4
262:14,18
293:24
294:4

searches
88:7

searching
47:11
86:19
108:24

seconds
96:14

section
61:11
159:1
200:9,17
217:14,18
218:3,10,
15 236:2,
10,16,25
242:9,15,
18 243:1,2
250:18
251:12,20
256:16,23
257:10
258:8,18,
22 259:10
260:2,3,
15,22

262:21
265:10
280:3

Sections
263:9
280:9

select  25:19
156:11
259:22

selected
124:25
126:8
145:25
248:23

seller
172:23

semi-obscures
158:16

send  132:15

sending
115:3

sends  57:2

senior
273:20,21
274:8,10

sense  230:3
239:2
272:9

sentence
49:5 58:2
253:20,21
254:1
258:2

September
29:8,24
33:5,17,
19,22
196:8
198:16
199:3,16

serial  22:19
26:13
27:5,7
192:23,25
193:13,15,
24 194:9
195:18
197:1
198:13
199:1,14
200:3
201:3,16
202:5

service
37:13
197:3

services
58:4 59:17
74:5 85:18
90:25
150:17,21
177:16,25
178:24
179:13
180:7
185:12
252:17
253:3,5,22
255:17
256:2

01/22/2026                    X Corp. vs Operation Bluebird, Inc.                    Naser Baseer

257:13
258:4
260:8,10
275:4
292:6

**set**  14:3
48:11
52:10
58:23 99:2
183:14
185:24
205:14
207:1
222:21
278:14,19
284:20
302:2

**sets**  135:8

**settings**
56:13

**seven-hour**
17:12
288:24
301:5

**shaking**  12:2

**shape**  252:23

**share**  84:9
93:23
99:16
110:18
112:5
191:14
288:12
289:20

**shared**  53:6

64:7 88:10
92:16
93:13
99:9,19,23
100:3,4,
18,24
101:2,3
110:19
116:25
118:19
147:25
148:15
223:7
285:25
291:13
292:2
296:16

**shop**  157:1

**short**  69:24
75:10
134:3
143:22
186:3
234:6
266:10
304:9

**show**  24:3
46:18,20
70:22 94:7
117:23
119:16,23
131:5
139:6
142:7
152:2
156:9
160:10

162:18,20
193:18
214:9
223:11
250:8
287:14

**showed**  96:6
129:20
248:8
250:19
280:15

**showing**
130:22
205:15
280:3,7,11

**shown**  43:1
54:1 77:7
116:18
138:18
146:9
162:2
283:15

**shows**  44:12
65:11 74:4
84:12,15
85:4
103:14,16
105:3
126:16
129:2
145:1
148:21
162:13
165:19
179:7
183:5
200:1

223:7
232:14
250:24
293:25

**shut**  209:11
212:22,24

**sic**  194:17,
18 216:12

**side**  37:7,
23 38:14,
22 45:18,
19 69:9
91:15
155:18,25
210:16
222:19

**sign**  37:11,
14,17
62:20
214:3

**sign-in**
214:1

**sign-up**
214:1

**signatory**
218:22
263:16
264:2,7

**signature**
242:23
264:1

**signed**  15:5,
11 214:11
279:10

**significant**
303:18

**similar**
118:1

**simple**  98:9

**simply**  81:8
85:2

**simulating**
150:22

**simultaneously**
85:9

**Singapore**
209:23
214:20

**single**  88:2

**sir**  10:23
13:8 48:24
188:25

**siren**  209:6,
7,9

**sister**
113:16

**site**  37:21
46:24 47:6
60:3,23
73:4 74:4,
11 84:11
138:16
144:24
145:9,15,
23 146:5,6
154:2
160:2,7
166:10

173:22,25
174:2
219:17,22
223:23
225:1,3,6,
17 245:1
255:23,25
259:2
260:17

**sites**  79:22
221:11,22
222:6,9
223:19
224:1,8,
12,13,15,
22 226:7
247:22
282:2

**sitting**
300:8

**situation**
27:5,10

**size**  102:8

**slash**  86:3

**slightly**
244:11
252:3

**slow**  157:22
166:10

**small**  91:16
171:12,13
172:2

**smaller**
156:25

**SMS**  68:16

**social**  11:2,
7 35:14
43:10,21
44:13,15,
17 45:2,3,
6,10,12
46:2,12
71:23 74:5
79:12,14
135:23
136:25
137:3,13
138:10
140:2
159:1,18
160:1,5
166:21
167:19
168:1
169:10,14
174:23
292:23
293:1

**Socialist**
187:17
188:3,14,
22 189:3,
12 190:7

**software**
47:15,21
48:1,6
50:3 74:6

**sought**  244:7
251:25

**source**

177:16,24
178:23
179:12
180:6
252:16

**Soviet**
187:16,25
188:3,11,
14,21
189:3,12
190:7

**speak**  14:18
42:13
50:13
54:22
55:13
141:9
142:4
152:21
181:18
182:19,21
184:6
188:8
189:17,24
206:12
213:2,3
221:7
251:7
254:14
255:10
256:13
258:13
259:20
263:20
264:4
282:11
297:20

**speaking**
12:10 25:5
70:24
137:18
287:7

**specific**
19:4 25:5
41:7 45:25
53:2 58:21
89:16
104:6
119:7,8
130:9
143:12
168:5
204:14,23
221:8,18
223:10
231:3
238:22
256:13
266:20
276:6
290:5

**specifically**
15:19,21
20:20
28:12
31:23
83:11
87:20 93:4
101:1,2
183:6
185:3
221:8
222:3
224:14

227:5
245:22
247:10
248:23
249:3
252:11
286:19

**specimen**
217:15
219:3,8,16
235:23
236:6
237:9,14
243:5,7,9
248:8
250:19
251:1
254:3,8
256:6,15,
20,22
257:3,9,
17,24
258:8,18
260:1,14
262:23
265:3,8,
11,14

**specimens**
280:8,12,
15 281:7,
17 282:15

**speed** 197:4

**spell** 164:21

**spent** 295:12

**spoke** 14:12
41:7

187:8,21
189:23
214:21

**spoken**
228:6,13,
15,18
229:23
293:23

**sports** 61:4,
13

**spot** 134:7

**Sprigman**
10:6,17,19
13:16 14:1
16:10
17:24 18:1
21:22
22:5,8
24:2,10,12
25:17,21
26:2,5
27:15
28:6,8
30:24
31:14
36:7,23
40:4 63:20
74:12,22
75:6,13
94:6,17
101:16
110:17,25
112:5,11
116:24
118:3,10,
18 119:22
120:4,14

121:13,20
122:7,14
128:9,15,
17 130:17
131:4,16
135:11,17
139:13,20
142:6,13
152:2,9
155:6
160:9,16
186:1,5,8,
9 190:10
191:13
192:1,3
193:17
194:2
206:10
207:22
208:9
215:23
216:2,25
218:6,25
219:6
230:11,18,
22,25
233:22
234:2,8,14
235:1,8
236:13
237:6,12
239:6,12
242:5,13
244:12,19
246:4,10
261:1,16
264:21
265:1,6

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    Naser Baseer
Index: stamp..strayed

266:1,12,
14 298:10
299:11,14,
24 300:10,
17,20
303:25
304:8,11

**stamp**  65:11,
15 66:10
69:13
72:25
77:11,12

**stamped**
151:12

**stand**  220:2
283:13

**standalone**
178:5

**stands**  220:4
294:22

**Starbucks**
271:25
272:15,18,
22,24
273:1,8,13

**start**  12:10
85:7
175:14
266:16,22

**started**
84:16,24
85:2,4,6,
13,14
87:19
89:19

270:6
274:10

**starting**
269:16
276:9

**starts**  19:20
71:18
157:20

**state**  10:12
89:19
98:19
244:6
249:3
255:15
268:2,6,7,
16 276:19
281:3,23
283:13,18
286:19
289:10
293:24
303:2

**stated**  43:8
58:23
69:12
180:15
213:23
231:25
250:11
278:7
283:11
285:3
289:9,24
291:21,24
292:3
295:5

**statement**
178:17
196:20
197:14
198:4,18
199:5,18
201:8
202:9,22
225:14
291:2

**states**  17:9
20:3 21:3,
7 26:15
30:8 34:5,
11 189:11
194:16
212:18
241:16
242:4
255:21
256:24
257:11
258:1
260:5
268:4,19
291:2

**status**  22:15
24:6,18
28:12 29:3
31:24
32:16
39:6,17,
22,23
40:7,9,25
41:22
194:6,15,
16,20

195:18
196:18,19
197:7,13
198:3,17
199:5,17
200:7
201:7,19
202:4,8
216:9
217:4
234:11,19
261:21,23
262:15

**staunch**
222:13

**Stay**
159:13,16

**Steph**  105:25

**stick**  40:13

**stop**  75:7
241:9
266:1
303:1

**store**  47:16,
22 48:2,7
53:8 56:20
57:16
173:19
243:11

**story**  91:22,
23

**strategy**
23:14,22
286:25

**strayed**

303:20

**stretch**
199:24

**strong**
222:23

**structure**
139:11

**stuff**  85:5
223:23
282:10

**stumble**
12:11

**stylized**
263:11

**subject**
115:11
232:5,10,
21,23
233:7,20
248:24
249:21
250:3,15
255:13
259:23
268:17
285:4
286:24,25
287:9
288:10
296:8
297:20

**subjects**
14:7

**submission**
242:21

256:24
257:10,11

**submit**  232:3
259:23
281:16

**submits**
243:6
251:19

**submitted**
226:9
242:19
243:4,9
250:19
256:15,22
257:8,23
260:1
265:8
281:19
283:12

**subscribing**
132:13
133:15,22

**subsisting**
205:6
207:6
278:10

**substance**
17:13
275:24
276:3
277:12,13,
22  278:13,
21  279:11
280:23
281:10
282:18

283:2
284:15
285:11
288:25
289:4,18
291:17
295:13
301:6,9,16
302:7,12,
18,21,24
303:5

**substantially**
252:5

**substantive**
206:2
207:20
273:5

**succeeds**
191:15

**sufficient**
16:5
232:23
250:25
282:15

**suggest**
241:10,18,
21

**sum**  248:2

**summary**
182:7
197:8

**superiors**
18:15

**supervisor**
275:13

**supplier**
47:9
114:11
115:17
116:10
117:3
120:22,25
121:6,17
293:15

**supplier-
related**  59:4

**suppliers**
115:1,13
116:19,21

**support**
131:25
144:4
248:12,15
271:9
281:7
294:6

**suspended**
26:18
27:11
34:12
211:9,15
212:25

**suspending**
213:7

**suspension**
24:21
25:14,24
26:10,12
28:3  29:9,
19,22
31:11

33:6,13,15

**sweet** 191:17

**sworn** 10:11

**Syrup** 239:18
  240:24

---

**T**

---

**tab** 27:24
  29:2 32:22
  33:1 74:17
  75:1
  144:19,25
  217:11

**table** 230:23
  231:1

**tagline**
  134:14

**tags** 61:12

**takes** 140:20
  160:8
  167:2

**taking**
  191:17
  227:16

**talk** 12:8
  16:13,25
  17:1 48:17
  82:3 99:13
  169:18
  188:9
  233:23
  245:20

**talked** 65:14
  88:14,16

122:2
135:5
138:18
173:20
214:24
222:15
225:21
249:5,13
284:6
289:10,14
298:16

**talking**
  50:22
  57:14
  65:24
  70:25
  77:20
  83:10
  89:16
  101:23
  107:19
  110:6
  111:24
  113:9,21
  134:21
  150:9
  166:15
  183:13
  229:25
  242:21
  248:5
  282:10
  290:6
  295:13
  304:15

**taught**
  296:23,25

**team**
  114:18,24
  115:3
  186:11,20

**teams** 92:23

**technical**
  55:13,16

**technically**
  212:6

**telling**
  107:16,17
  183:17
  243:20

**temerity**
  164:20

**temper** 206:6

**ten** 17:14
  274:2
  289:1
  301:7

**Ten-plus**
  274:1

**term** 145:14
  188:11
  212:6
  220:5

**terms** 37:12
  134:18
  141:25
  188:19
  275:8

**Terrific**
  128:25
  253:19

**testified**
  10:14
  11:11,13,
  15 40:17
  294:14,15
  295:19,22

**testify**
  14:3,7,10
  18:10,15,
  20 97:13,
  15 150:24
  207:19

**testifying**
  16:15,20,
  22 17:2
  18:4,7
  40:17
  287:25
  288:5

**testimony**
  16:18
  19:12
  151:4
  220:16
  231:11,17
  285:19
  304:21

**testing**
  301:24

**text** 91:3,
  5,9,16
  108:7
  115:16,18,
  25 124:21
  125:17
  130:20

133:25
144:12
171:12
212:4,7
215:15
240:3,24

**theme** 162:14

**theoretical**
297:18

**thing** 68:12
82:1 85:25
101:23
123:13
126:5
158:15
210:7
227:21

**things** 46:23
97:9 150:8
158:3
184:1
204:25
225:10
232:4
235:19
281:15
282:14
294:11,14,
15 298:12
299:17
303:7

**third-party**
169:8,11
248:8
250:20,22
254:25

259:6
282:2

**thoughts**
223:1

**time** 12:22
15:10
43:13 44:1
56:10 57:5
65:11,15
66:10
69:13
72:25
75:11
77:11 79:2
80:4,22
81:3,6
99:21
100:18,24
119:9,10,
11 120:3
128:10,14
142:2
150:19
158:13
169:16
181:2
186:2,4
191:2,18
219:13
234:7
259:7,9
266:6,11
269:19
272:16
285:2
288:14
304:4,10,

11

**timeline**
107:13
132:15

**timelines**
105:2

**timely**
196:21
197:15
198:5,19
199:6,19
201:9
202:10

**times** 184:21
224:2

**title** 68:20
102:6,9,10
124:6,7
125:8
127:22
133:19
190:6
271:20
272:21,24
273:18
274:4
275:16

**titled** 64:15
65:1 67:23
68:1,15
69:2,19
114:11
116:9
121:5
140:9
147:4

259:4

**titles**
274:7,16

**today** 14:3,6
17:2 18:4,
11,15
19:13
37:11
47:14,20,
25 48:5
50:2 97:14
137:13
138:10
189:11
221:3,6,17
222:2
285:13
304:14

**told** 233:1
255:21
285:10,13

**tool** 22:11,
16 28:13
31:24
32:16
152:6,16,
19,22
153:2,7,
11,20
154:2
156:10,12,
23,24
194:7
216:10
234:11,20
261:22
262:16

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    Naser Baseer

toolkit
  156:17

**Tools** 38:16,
  23,24

top 21:20
  32:23 38:9
  49:15 67:5
  75:19 76:6
  91:9 92:7
  108:4
  124:2
  158:17,22
  170:14,16,
  17,18
  174:16
  237:20
  239:4,15,
  17 242:14
  244:23
  246:14
  263:7
  265:14

topics
  303:20

totally
  97:25

trademark
  11:4 19:10
  20:4
  22:11,15
  23:8,10,19
  24:6,17
  28:12 29:3
  31:23
  32:15
  98:15,21

136:8
176:16
177:5
194:6
200:19,20
207:3
216:9
217:4
226:10,19
227:2,9,18
230:14
231:17
234:19
248:11
255:22
261:21
262:15
285:5
290:2
296:19,22,
24 297:1,
10 303:9

**trademarks**
  15:20
  46:22
  48:16 50:7
  52:9 72:7
  90:8 99:4
  101:15
  173:21
  176:3
  295:11
  296:15
  302:20

**transcribing**
  11:24 12:7

**transcript**

10:2

**transferred**
  57:7

**transmits**
  57:3

**transparency**
  61:5,15
  65:2 66:4,
  16,20
  67:4,7,18,
  24 68:2,9

**traveling**
  15:9

**trial** 11:12,
  14

**tricky** 102:3
  105:18

**trouble**
  63:17

**true** 154:20
  187:24

**truth** 12:18
  241:19

**TSDR** 195:18
  196:25
  198:12
  200:2
  201:2
  202:4
  205:14
  235:4,14

**TTAB** 191:9

**Tuesday** 67:5

tuft
  252:14,20

turn 76:20
  78:5
  128:19

turning
  297:3,4

**Turns** 64:15
  65:15 66:1

**TV** 223:7

**Tweet** 20:23,
  25 21:5
  46:10,22
  50:6 64:11
  72:7 93:8
  124:21
  126:15
  127:1
  129:3,19
  133:3
  134:2
  136:21,24
  137:2,12,
  19 138:2,
  3,9,22
  139:6,7,17
  142:10,17,
  19 143:6
  197:24
  203:12
  204:17
  205:5
  207:5
  283:1,20
  284:11
  294:1

295:10
296:14

**Tweetdeck**
 241:3

**tweets**
 124:25
 125:1,4
 126:1,4,7,
 8,16
 133:16
 134:12,15
 135:1
 293:11

**Tweetstorm**
 193:8
 201:3
 205:18

**Twitter**
 15:21
 20:1,13,
 16,23,25
 21:2,5,10
 26:14
 27:2,6
 32:1
 34:16,17
 40:18 44:3
 45:17,22
 46:3,10,
 18,21
 47:2,17,
 19,23
 48:3,8,15
 49:8,9
 50:4,6
 52:8,14,22
 53:5,7,14,

17 54:9,10
58:4,24
59:23
61:5,15
64:11,15
65:2,14
66:1,4,16
67:3,24
68:2,10,16
69:2,10,20
71:2,8
72:6,10
73:7,11,18
74:4,5
75:2
76:10,12,
21 77:23
78:9
79:15,23
84:17,18
85:5,6,16
86:19
89:18,20
90:1,10
92:8,15
93:7 94:14
97:19 98:4,
11 99:4,
12,22
101:8,9
102:10
103:11,20
104:1
106:21
110:11
114:11
115:17
116:10

117:3
121:6,17
124:21,24
126:15
127:1
129:2,19
131:11,18,
21 132:17,
22,23,24
133:8,15
134:1,6,
12,15
135:2
136:1,3
144:3,6,
17,24
145:6,15,
23 147:4,
11,17
148:5
149:14
150:7,11
152:20
153:1,6,9,
22 154:2,
4,16,22
155:9
157:6,10
159:21,22
160:7
161:8,11,
21 162:6,
10,14
163:6,24
164:3
166:24
167:12,21,
25 168:22

170:7
171:15,22,
24 173:21
175:5,7,18
176:3,9,
15,16
177:4,8,
11,14,24
178:17,20,
21,22
179:3,6,
11,19,24
180:6,13,
15,19
182:5,6,
13,16
183:2,5,8,
9,10,18,21
184:23,24
185:2
190:18
193:5,7,8
194:10
195:20
197:1,24
198:13,25
199:13
200:2
202:20
203:12,13,
15,20
204:17,18
205:4,17
207:4,9
208:4
209:10,22,
23 211:1,3
212:11,15,

21 214:19,
20 215:7,
10,13,14,
20 216:10,
22 217:5
218:17
220:12
221:9
222:14,24
223:5,12,
17 225:15,
16 231:13,
14 232:15
233:15,16
234:21
237:3
238:11,12,
16,18,19,
25 239:3
240:4,14
241:2,11,
21 242:20
243:15,16
245:7,11,
20,23,24
246:1,7,
13,17
247:13,19
248:9
249:5,12
250:21,25
251:1
255:1
259:4
261:8,24,
25 262:16
263:12
264:14

273:14,23,
25 276:12
277:5,7,9,
10 278:17
279:4
280:4,9
282:25
283:19
284:11,22
285:23
286:5,13
287:14
288:8
289:3,12
290:16,23
292:7,19,
22 293:3,
6,13
294:1,5,9,
17,25
295:10,15,
20,23,25
296:14
300:25
301:19

Twitter-
branded
221:19,21

Twitter.com
35:8,19,
21,23 36:5
37:20 38:5
39:1,4,15
42:15,17,
24 43:9,
12,16,20
44:2,5,12,

18 45:1,9,
13,16,17
46:16
61:18,24
62:4,7,12,
15,22 63:9
140:4
169:6
213:9,16,
24

Twitter.com.
39:21
61:20

Two-factor
68:15

two-step
214:7

TWTTR  103:18
203:11

type  35:20
42:15
43:9,12,19
44:11,25
46:17 59:6
60:10
61:18
82:19
83:16
86:24
87:13 88:2
109:1,12,
14 111:24
112:16
127:22
139:1
144:17

154:5,20
155:8
156:21,25
161:17
166:4
171:12
184:12,13
213:9,16
214:14
215:2
240:3

typed  44:2
61:10,20,
24 87:11
145:23
213:24

typeface
124:7

types  35:7
42:24
269:7
271:5
282:14

typically
169:14

typing  60:4,
17,21
83:19 85:1
109:8
129:19

U

Ultimate
108:8

ultimately

62:16

**unchanged**
253:5,23
255:18
256:3
257:13
258:4
260:10

**unclear**
91:11
250:23

**undergrad**
266:21

**undergraduate**
266:23

**underlying**
206:12

**underneath**
107:5

**understand**
12:14,19
13:2 14:2
16:14,19,
20,22,24
18:3,6,12
19:17
46:13 55:4
57:11
58:14
66:14
69:16 73:5
81:7 83:14
93:16
138:7
145:3

149:11
152:24
177:1
178:13
179:9
210:4
241:17,20
254:25
264:6
275:24
279:2
290:10,13,
20 292:11
297:9
298:1
301:8

**understanding**
186:24
233:12
298:5
301:15,17,
25 302:11

**Understood**
16:9 25:17

**Union** 187:16
188:1,3,
11,14,21
189:3,11
190:6

**United** 20:3
21:2,6
188:21
189:11
255:21

**university**
266:17,24

**unknown**
241:6
259:6

**unquote**
254:5
255:6

**unusual**
114:23

**update**
51:24,25
54:24
55:21,23,
24 56:2,4,
14,21
57:7,9,21
65:1 66:4,
15 67:3
68:15
70:21,23
71:3,4
89:14
154:13
243:21,24
244:7
250:18,25
252:1

**updated**
50:14
57:17 70:5
71:10,14,
15 88:23
89:11
90:3,5
134:10,13
160:3
240:5
253:16

**updates**
55:15
56:11
57:12
70:17
132:14
215:17
241:4

**upload** 261:2

**uploaded**
247:2
261:17

**upper** 107:11
127:12
133:19
147:11
156:19
161:5
208:17,19

**URL** 35:16
36:3 42:10
45:4 60:6
61:19,21,
22 64:7
83:10
84:13
86:13
92:12
107:25
108:25
111:5,24
112:23
120:17
124:13
127:4
148:2,8
154:9

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    Naser Baseer
                                                                              Index: URLS..view

158:3
159:7
161:13
162:1
163:9,20
165:5,19
166:2
167:6
169:25
170:2,5,8
173:17
174:5
213:20,22

**URLS** 35:18
82:4 88:13
140:6

**usage** 288:7

**USC** 251:21

**user** 44:24,
25 45:10
54:23 55:6
60:21
105:24
222:11

**users** 48:13
49:7 50:17
52:7,12,20
54:7,16
55:14
57:13
79:21
81:12
84:12
88:1,8,9
90:7,24
98:22

99:17
101:5
129:6
141:25
147:17
221:13
222:16,18
223:16
224:3
226:21
245:4

**USPTO** 26:10,
11 28:11
29:20
31:22
33:13
34:13
192:7
194:5
234:10,18
253:8,15
258:7,13,
17,21
276:21

**USPTO's**
22:10

**usual** 241:6

**utilize**
144:5
294:8

**utilizes**
52:8

_____

_____
        **v**
_____

**V3.2.2.**

240:5

**vaguely** 25:1
91:12

**valid** 30:12
34:9 205:6
207:6
249:8,25
254:23
276:1,16
277:17,25
278:2,3,4,
9,23
279:7,13,
18 280:24
281:5,7,
11,24

**validity**
249:11
250:2
302:19

**validly**
249:24
278:20
279:20
280:21

**vault** 158:2

**vehicle**
140:20

**vendor**
293:15

**vendors**
114:19

**verbally**
12:1

**version** 49:8
50:1
52:13,21
53:2,4,16,
20,21,22
54:3,8,24
55:8,19,20
57:4,19
224:18
238:17,23
240:5
241:5,21
244:11
248:9
252:4,6
255:1

**versions**
52:18,25
221:10,14
222:4,10
223:24
224:6,7,9,
23 238:19
282:5

**versus** 241:3

**vertical-scale**
211:17

**video** 76:25
77:7 78:14
125:8,15,
25 126:17,
20 223:15

**videos** 77:3,
7 92:6

**view** 17:3,
20 28:9

01/22/2026                    **X Corp. vs Operation Bluebird, Inc.**                    **Naser Baseer**

45:10 80:8
92:1 101:6
121:6
122:16
160:19
179:11
233:2
250:8
254:8
294:16
295:14
303:21

**viewable**
293:4

**views** 210:19
223:1
250:5
291:16

**Vincent**
181:8

**visible**
107:10
125:2

**visit** 81:16

**visited**
129:12

**visual**
252:15

**Vladimir**
190:3

———————
**W**
———————

**wanted** 16:13
302:25

**wars** 278:7

**Washington**
268:5,6,7,
16

**ways** 85:24
108:23
109:3
131:2
134:17,23
135:10
136:19
158:23
176:21,22
177:10,18,
21 178:2,
4,7 179:4,
18,23
180:17
182:20
184:9
185:14
220:25
227:13
284:24
287:13
295:7,9

**wear**
148:23,25
150:22

**web** 35:8
44:2,5,16
82:11,14
86:17 87:9
88:2,3
95:8 98:13
101:7
102:14,25

103:3
108:13,15,
21 113:21
119:18
120:21
122:18,19
129:5
155:8
162:2
163:18,23
164:4,5
166:5
169:11
184:12
293:9

**website**
24:19
28:11
35:22
43:14 44:3
46:7,21
47:3 59:1,
12,13,14,
19,21
60:10
61:3,9
62:17
64:12
70:8,12
81:16
89:5,10,14
90:24 91:1
99:19
131:3,19
134:9,23
142:18
144:5
159:4

162:23
163:2
164:6
165:25
174:10
179:4,20
194:5
214:4
216:8
225:22
234:18
237:22
238:1
239:17
261:20,22
294:8

**websites**
63:3
168:12
284:6
293:6

**week** 100:21

**whatnot** 13:4

**white**
162:14,16
212:3,8

**window** 35:9
37:23
38:2,14
142:3
211:20

**wishes** 50:25
63:7

**with-twitter-
ads** 86:11,
15 87:17

**witter**
  210:17

**wonky**  102:7

**word**  22:21
  39:9
  53:14,17
  91:13
  126:16
  133:3
  136:21
  143:5,11
  180:20
  183:22
  186:25
  278:7

**wordmark**
  54:10
  73:12
  132:22

**wordmarks**
  20:25

**words**  73:6
  145:12
  149:1
  161:2
  239:18
  250:5
  284:13
  302:17

**work**  13:18
  19:1,9,10
  63:3 115:1
  228:18

**worked**  15:2
  92:21,23
  175:22,25

  183:6
  269:5
  271:4
  273:3

**working**
  90:19 93:5
  269:6
  270:6

**works**
  247:13,18

**world**  115:2

**worn**  149:6
  150:2,8

**worries**  86:8
  95:5 104:9

**write**  18:23,
  24 19:25
  20:5

**written**  63:1
  67:14
  302:15

**wrong**
  118:11,12
  243:14
  282:1

———————

        **X**

———————

**X's**  167:16
  176:14
  177:2
  179:11
  180:5

**X-BRANDED**
  150:16,20

**X.com**  36:6,
  12 37:5,16
  38:5
  39:17,20
  42:18 43:2
  45:6,9
  46:3,17
  47:1 62:7,
  13,23
  63:10
  131:18
  135:23
  136:18
  138:10
  139:1
  140:2,4
  142:18
  145:24
  146:5,6
  154:2
  167:20
  169:4,5,12
  213:25

**X.com's**
  136:25
  137:3,13

**X.com.**  35:19
  37:18
  39:16
  40:10 43:7
  44:19
  45:13
  46:16
  62:5,15
  139:4
  145:10,15
  213:22

  214:11

**X.com/**
**comcastbusines**
**s.**  167:9

**X.com/jetblue**
  162:4

**X.com/jetblue.**
  162:3

**X.com/**
**lorealgroupe**
  165:6

**X.corp.'s**
  144:5

**xai**  113:5,
  6,9,13,15

**XXXX**  10:8

———————

        **Y**

———————

**year**  100:16
  137:8
  209:16,17,
  18 267:7,
  8,21
  268:12
  270:15,18
  272:3
  273:15
  297:3

**years**  26:21
  30:2,14
  33:25
  77:3,4,5,
  6,9,16
  78:16,23,
  24 80:16,

```
17,20 88:5
100:9,11,
14 137:10
186:21
268:10
270:10,11,
14 271:13
273:11
274:1,2,14
```

**yesterday**
  44:11

**yield**  85:14
  154:4

**yields**  84:14
  144:3
  294:5

**York**  10:13

**York-based**
  159:5

**Youtube**
  76:22
  78:9,10
  159:24
  292:24

---

**Z**

---

**zoom**  91:20
  103:23
  105:8
  106:9,15