# EXHIBIT 2

**Page Vault**

| | |
|---|---|
| Document title: | Twitter.new - FAQ (Frequently Asked Questions) |
| Capture URL: | https://www.twitter.new/faq#trademark |
| Page loaded at (UTC): | Thu, 19 Feb 2026 18:53:11 GMT |
| Capture timestamp (UTC): | Thu, 19 Feb 2026 18:54:46 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | jRBx5Kd7WKaz4w4EfBLLHj |
| Display Name: | gaulkh |

# Frequently Asked Questions

## Table of Contents

General
Organization & Team
Trust, Context & Content Integrity
Speech, Reach & Moderation Philosophy
User Control & Experience
Comparisons & Differentiation
Handles, Access & Participation
Privacy & Data
Business Model & Infrastructure
Trademark & Legal Context
Timeline & Mission
Contact & Resources

## General

### What is Twitter.new?

Twitter.new is a trust-first social platform rebuilt on trust, civility, and transparency. It emphasizes user control and provides real-time context on content so misinformation loses reach without banning speech.

### What problem are you solving?

Social media incentives reward outrage over credibility. That drives misinformation, polarization, and brand safety failures. We're rebuilding the public square so users can control what they see and understand context before content spreads.

### Why is it called "twitter.new"?

Twitter.new uses the .new top-level domain, which is designed for creating and starting things. The name reflects the mission of building a new Twitter — one focused on trust infrastructure and user empowerment.

### Is Twitter.new affiliated with X or the original Twitter?

No. Twitter.new is an independent company. It is not affiliated with X Corp, Elon Musk, or the former Twitter Inc.

## Organization & Team

### Who is behind Twitter.new?

Twitter.new is built by Operation Bluebird Inc., a team that includes former Twitter trademark counsel Stephen Coates, along with experienced operators in technology, law, strategy, and platform development.

### What is Operation Bluebird?

Operation Bluebird is the team building Twitter.new and the underlying trust infrastructure that powers it.

Document title: Twitter.new - FAQ (Frequently Asked Questions)
Capture URL: https://www.twitter.new/faq#trademark
Capture timestamp (UTC): Thu, 19 Feb 2026 18:54:46 GMT

## Who is behind Twitter.new?

Twitter.new is built by Operation Bluebird Inc., a team that includes former Twitter trademark counsel Stephen Coates, along with experienced operators in technology, law, strategy, and platform development.

## What is Operation Bluebird?

Operation Bluebird is the team building Twitter.new and the underlying trust infrastructure that powers it.

## Who founded Twitter.new?

Twitter.new was founded by the Operation Bluebird team, including Michael Peroff, Stephen Coates, Jeff Brooks, Rick Baker, Durk Barnhill, Kevin Raper.

# Trust, Context & Content Integrity

## How is Twitter.new trustworthy?

Trust is a foundational principle of the platform. Twitter.new is building systems that surface evidence and context, allowing users to make their own informed decisions.

## What does "real-time context" mean?

Real-time context means that when a post makes a claim, the system can surface helpful information next to it, such as source links, credibility signals, and explanations. The goal is to give users the full picture before they react or share.

## Is this "fact-checking"?

Not in the traditional sense. We're not outsourcing truth to a single authority. We provide context and credibility signals and let users set their own thresholds for what they want in their feed.

## How do you handle sarcasm, humor, and nuance?

We treat nuance as a first-class problem. The system is designed to evaluate claims carefully and avoid overconfident labels, especially in cases like satire, sarcasm, or ambiguous language.

## What happens when your system is uncertain?

When confidence is low, we prioritize transparency. We may show "insufficient confidence" rather than pretending certainty, and we bias toward adding context instead of labeling something false.

## How do you prevent bias?

Bias prevention is an ongoing discipline, not a one-time feature. We design for transparency, allow user control, and continuously test outputs for skew and failure modes. We also aim to avoid partisan enforcement by focusing on credibility signals and manipulation patterns.

# Speech, Reach & Moderation Philosophy

## Is filtering the same as censorship?

No. Filtering is personalization. Filtered content still exists and remains visible to others.

## Are you censoring speech?

No. Our approach is reduce reach, not speech. People can post, but content that shows strong signs of manipulation or low credibility can lose distribution. Users remain in control of how strict their feed is.

## Can coordinated campaigns and bots still operate?

## Are you censoring speech?

No. Our approach is reduce reach, not speech. People can post, but content that shows strong signs of manipulation or low credibility can lose distribution. Users remain in control of how strict their feed is.

## Can coordinated campaigns and bots still operate?

They'll try. Our goal is to make manipulation expensive and ineffective by detecting patterns over time and limiting distribution when behavior indicates coordination.

# User Control & Experience

## What controls do users have?

Users control their own experience. They can customize filters, adjust trust thresholds, choose chronological or algorithmic feeds, and decide what content they want to see more or less of.

## Who decides what sources are "trusted"?

We use a transparent approach that includes reputable sources and makes it clear why a signal is provided. Over time, users can customize their experience with settings that control how strict their feed should be and what kinds of sources they prefer.

# Comparisons & Differentiation

## How is Twitter.new different from X, Threads, or Bluesky?

Most platforms focus on engagement mechanics first, then bolt on safety later. Twitter.new starts with trust as architecture: user control, transparent context, and incentives designed to discourage manipulation.

## How is this different from Community Notes?

Community Notes is crowd-sourced and often slow. Twitter.new is designed to provide real-time context at the speed of a feed, with transparent signals and user-controlled thresholds.

# Handles, Access & Participation

## How do I request my handle at Twitter.new?

Visit Twitter.new and enter your desired username. Requesting a handle is free.

## How do I reserve my handle at Twitter.new?

If your requested handle complies with the Handle Reservation Disclaimer, it may be reserved. Operation Bluebird reserves the right to deny or reassign handles in accordance with its handle reservation policies.

## Is it free to reserve a handle?

Yes. Requesting and reserving a handle at Twitter.new is completely free.

## Can I reserve multiple handles?

Handle reservation policies will be announced prior to launch. Currently, users may reserve handles they intend to actively use.

## What happens after I reserve my handle?

If available, your handle is secured for launch. You will receive updates about timing and early access. Early reservers are recognized as

## Can I reserve multiple handles?

Handle reservation policies will be announced prior to launch. Currently, users may reserve handles they intend to actively use.

## What happens after I reserve my handle?

If available, your handle is secured for launch. You will receive updates about timing and early access. Early reservers are recognized as Founding Members.

## How can I participate?

Reserve your handle, join the waitlist, and follow product updates. If you have relevant skills (engineering, design, community, trust and safety), reach out through our contact page.

# Privacy & Data

## What data do you collect?

We aim to collect the minimum required to run the platform safely and reliably. We're building with privacy in mind and will publish clear policies about data use, retention, and user controls.

## Do you sell user data?

The goal is to build a sustainable platform without exploiting users. We will be explicit about how data is handled and what is not sold.

# Business Model & Infrastructure

## How will you make money?

We plan multiple revenue streams: brand-safe advertising, subscriptions, and licensing trust infrastructure (B2B) to organizations that need credibility at speed.

## What does "trust infrastructure" mean?

Trust infrastructure is the underlying software layer that helps evaluate credibility and provide context at scale. The same system that powers Twitter.new can be licensed to media organizations, platforms, and enterprises.

## How is Twitter.new funded?

Twitter.new has been built with strategic investment and lean operations. Over 140,000 handles were reserved with zero marketing spend.

## Is Twitter.new for sale?

The company explores strategic options aligned with its mission. No transaction is currently announced.

# Trademark & Legal Context

## What happened to the Twitter trademark?

After acquiring Twitter in 2022, Elon Musk rebranded the platform to X in July 2023 and publicly stated an intent to discontinue use of the Twitter brand. The Twitter name, bird logo, and related terminology were removed from the platform.

## Can the Twitter trademark legally be reclaimed?

## What happened to the Twitter trademark?

After acquiring Twitter in 2022, Elon Musk rebranded the platform to X in July 2023 and publicly stated an intent to discontinue use of the Twitter brand. The Twitter name, bird logo, and related terminology were removed from the platform.

## Can the Twitter trademark legally be reclaimed?

Under U.S. trademark law, if a mark is not used for three consecutive years with intent not to resume use, it may be deemed abandoned and subject to cancellation. Operation Bluebird filed a petition with the USPTO based on these grounds.

## What is the USPTO petition?

Operation Bluebird filed a petition with the United States Patent and Trademark Office (USPTO) to cancel Twitter trademark registrations based on abandonment. The proceeding is handled by the Trademark Trial and Appeal Board (TTAB).

## Did X file a lawsuit against Operation Bluebird Inc.?

Yes. On December 16, 2025, X Corp filed a civil lawsuit against Operation Bluebird Inc. The lawsuit and the USPTO cancellation proceeding are separate legal matters operating on different tracks.

## Are the lawsuit and the USPTO petition the same?

No. The federal lawsuit concerns trademark infringement and unfair competition claims. The USPTO petition is an administrative proceeding focused on the status of trademark registrations. One does not automatically resolve the other.

## Is this just about a trademark dispute?

No. We're building a product and an infrastructure layer that stands on its own. Legal proceedings are context, not the core of what we're building.

## What if you don't win the trademark outcome?

Twitter.new and the trust infrastructure still exist. The mission is to build trust-first social and licensable credibility technology regardless of legal outcomes.

# Timeline & Mission

## When will Twitter.new launch?

We're rolling out in phases: development, limited beta, then broader release. We'll publish milestones and update timelines as we ship.

## What is the timeline for Twitter.new?

- December 2025: Handle reservations open
- December 16, 2025: X Corp files civil lawsuit
- 2026: Platform launch

## What is Twitter.new's mission?

To rebuild the public square with trust and user empowerment.

# Contact & Resources

## How do I contact Twitter.new?

- Press: https://twitter.new/press
- Investor: https://twitter.new/investor
- Privacy & Contact: https://twitter.new/privacy

Yes. On December 16, 2025, X Corp filed a civil lawsuit against Operation Bluebird Inc. The lawsuit and the USPTO cancellation proceeding are separate but interconnected tracks.

## Are the lawsuit and the USPTO petition the same?

No. The federal lawsuit concerns trademark infringement and unfair competition claims. The USPTO petition is an administrative proceeding focused on the status of trademark registrations. One does not automatically resolve the other.

## Is this just about a trademark dispute?

No. We're building a product and an infrastructure layer that stands on its own. Legal proceedings are context, not the core of what we're building.

## What if you don't win the trademark outcome?

Twitter.new and the trust infrastructure still exist. The mission is to build trust-first social and licensable credibility technology regardless of legal outcomes.

# Timeline & Mission

## When will Twitter.new launch?

We're rolling out in phases: development, limited beta, then broader release. We'll publish milestones and update timelines as we ship.

## What is the timeline for Twitter.new?

- December 2025: Handle reservations open
- December 16, 2025: X Corp files civil lawsuit
- 2026: Platform launch

## What is Twitter.new's mission?

To rebuild the public square with trust and user empowerment.

# Contact & Resources

## How do I contact Twitter.new?

- Press: https://twitter.new/press
- Investor: https://twitter.new/investor
- Privacy & Contact: https://twitter.new/privacy

**Home**

© 2025 Operation Bluebird Inc.

Investor  |  Press  |  Privacy  |  FAQ  |  News  |  Blog

**IMPORTANT:** Operation Bluebird Inc. is not affiliated with X Corp or Twitter, Inc. Handle reservations are for the Operation Bluebird platform only and do not guarantee any rights to handles you may have on other platforms.