## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

X CORP.,

          Plaintiff,

   v.

OPERATION BLUEBIRD, INC.,

          Defendant.

C.A. No. 25-cv-1510-CFC

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for the parties to file a proposed ESI Order is extended to April 15, 2026.

Dated: April 1, 2026

ASHBY & GEDDES

/s/ Randall Teti
Andrew C. Mayo (#5207)
Randall Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff X Corp.*

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Operation Bluebird, Inc.*

IT IS SO ORDERED this 1st day of April, 2026.

_____
The Honorable Colm F. Connolly