IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1510-CFC |
| | ) |
| OPERATION BLUEBIRD, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXEMPTION OF PERSONS FROM
THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER
ON PERSONAL ELECTRONIC DEVICES**

Plaintiff moves (the "Motion") for an Order to exempt certain persons

from the District of Delaware's May 15, 2023 Standing Order on Procedures

Regarding the Possession and Use of Cameras and Personal Electronic

Devices by Visitors to the J. Caleb Boggs Federal Building and United States

Courthouse (the "May 15, 2023 Standing Order").  In support of this Motion,

the parties state as follows:

- The District of Delaware's May 15, 2023 Standing Order provides

  procedures to regulate the possession and use of personal electronic

  devices by visitors to the J. Caleb Boggs Federal Building and United

  States Courthouse, which require inter alia, for visitors to place personal

  electronic devices in a locked pouch provided by U.S. Marshals.

Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

- Oral Argument is scheduled for April 8, 2026 in this case.

- The following persons will be attending the hearing, and need access to their electronic devices, but do not have a state issued bar card or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Megan K. Bannigan (lead counsel)
- Jared I. Kagan (lead counsel)
- Daniel N. Cohen (lead counsel)
- E. Benjamin Elron (in-house counsel)
- Naser Baseer (in-house counsel)

WHEREFORE, the parties respectfully request that the Court exempt the listed individuals from the May 15, 2023 Standing Order during the trial in this action.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____

*Of Counsel:*

Megan K. Bannigan
Jared I. Kagan
Nicole M. Flores
Daniel N. Cohen
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY  10001
(212) 909-6000
mkbannigan@debevoise.com
jikagan@debevoise.com
nmflores@debevoise.com
dncohen@debevoise.com

Dated: April 7, 2026

Andrew C. Mayo (#5207)
Randall J. Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff X Corp.*

SO ORDERED, this _____ day of _____, 2026.

_____
Chief Judge

3