IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

X CORP., )
Plaintiff, )
) C.A. No. 25-cv-1510-CFC
v. )
OPERATION BLUEBIRD, INC., )
Defendant. )

Wednesday, April 8, 2026
9:00 a.m.
Preliminary Injunction Hearing

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE COLM F. CONNOLLY
United States District Court Judge

APPEARANCES:

ASHBY & GEDDES
BY: ANDREW C MAYO, ESQ.

-and-

APPEARANCES CONTINUED:

DEBEVOISE & PLIMPTON
BY: MEGAN K. BANNIGAN, ESQ.
BY: JARED I. KAGAN, ESQ.
BY: DANIEL N. COHEN, ESQ.

Counsel for the Plaintiff

FARNAN LLP
BY: MICHAEL J. FARNAN, ESQ.

-and-

LEX LUMINA LLP
BY: CHRISTOPHER J. SPRIGMAN, ESQ.
BY: MARK P. MCKENNA, ESQ.

Counsel for the Defendant

\- - - - - - - - - -

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 9:00 a.m.)

**THE COURT:** Good morning. Please be seated.

**MR. MAYO:** Good morning, Your Honor. Andrew Mayo from Ashby & Geddes this morning on behalf of

X Corp.

I'm joined by my cocounsel from Debevoise & Plimpton, Megan Bannigan, Jared Kagan, and Daniel Cohen.

We are joined in the back by Naser Baseer, who is the director and associate general counsel at X Corp., as well as senior litigation counsel Ben Elron.

**THE COURT:** Mr. Farnan.

**MR. FARNAN:** Good morning, Your Honor. Michael Farnan for the defendant.

With me today is Mark McKenna, Christopher Sprigman from Lex Lumina. We also have Stephen Coates, the general counsel of Operation Bluebird.

**THE COURT:** Thank you. All right.

I've read the papers. It seems to me you already saw my ruling on the copyright, and there's no mention of copyright in the briefing. I assume you are not even pursuing it seriously.

For me, the real issue that I want to explore is what is the mark or marks, and then what's the evidence of use of the alleged marks. I mean, as far as I'm concerned, you're limited to three marks.

What I'm saying now, I'm talking to X Corp. You can only allege, for purposes of this motion, that there are three marks: Twitter, tweet, and the logo. That's it.

I don't see briefing on anything else; although, you kind of ambiguously suggest there might be other marks out there. So why don't you walk through those three things.

Now, if you disagree with anything I've said, you need to put that on the record and make me aware of it. For instance, if you say, Oh no, there was some other mark that you discussed in your briefing, other than that Twitter, tweet, or the bird logo, you need to show it to me because I didn't see it.

**MS. BANNIGAN:** Yes, Your Honor. Thank you very much.

Your Honor, we have slides. We have hard copies of slides.

Would Your Honor like a copy? We can hand them up.

**THE COURT:** Sure.

**MS. BANNIGAN:** May I approach?

**THE COURT:** Yes, please.

**MS. BANNIGAN:** Here's three copies. We have others, if you need more.

Thank you very much, Your Honor. We appreciate your time today.

With respect to your question about the trademarks, we have included a list of our trademarks in

Paragraph 23 of the complaint. But Your Honor is correct that this boils down to essentially -- there's different registrations for different marks, but it is the word "Twitter," it is the logo for Twitter, and it is the Bluebird logo, the image of the bird. There's tweet as well.

**THE COURT:** Tweet, I was going to say tweet.

**MS. BANNIGAN:** Those four. There is one --

**THE COURT:** I only see three: Twitter, tweet, and the bird logo.

**MS. BANNIGAN:** There is technically a logo for Twitter on Page 11 of the complaint.

**THE COURT:** Well, it might be in the complaint.

Where is it in your preliminary injunction papers?

**MS. BANNIGAN:** It's included. I don't know that there actually -- well, let me take this back.

For the purposes of preliminary injunction, X Corp. would be very happy with Twitter, tweet, and the bird logo.

Thank you, Your Honor.

**THE COURT:** Let's go with that.

**MS. BANNIGAN:** Thank you very much.

**THE COURT:** Now just walk through Twitter.

Let's start with Twitter.

What's the evidence that X Corp. continues to use Twitter?

**MS. BANNIGAN:** Absolutely, Your Honor. We believe there's overwhelming evidence that X Corp. continues to use Twitter.

Let's -- well, we can go through these uses one by one. There's many of them. As I'm sure Your Honor is aware, the burden is very high to prove abandonment, and even one use is --

**THE COURT:** I am not even at abandonment. I just want you to start with you show use.

**MS. BANNIGAN:** Thank you, Your Honor.

Okay. So the first evidence of -- the first category is use of twitter.com domain name. So use of twitter -- well, this is Operation Bluebird's use.

So, Dan, let's take this down. Let's not...

For the first instance, it's use the of the twitter.com domain name. And so X maintains the twitter.com domain name, which redirects to X.com.

**THE COURT:** I know you say that in your brief. Where in the record is that?

**MS. BANNIGAN:** Yes. That's in Mr. Baseer's declaration.

**THE COURT:** Would you point it out to me.

**MS. BANNIGAN:** The declaration is Docket 11.

**THE COURT:** Yep. I've got it.

**MS. BANNIGAN:** Okay. Paragraph 41.

**THE COURT:** Okay. I'm there.

**MS. BANNIGAN:** Okay. And so Paragraph 41, we say, "Millions of" -- Mr. Baseer says, "Millions of consumers continue to refer to X as Twitter and to refer to posts as tweets."

**THE COURT:** Let's stop there.

**MS. BANNIGAN:** Yes.

**THE COURT:** That's a who cares, right? I mean, that's not you; that's millions of customers, right? So, I mean, don't you agree?

What I need to look at is: When does X Corp. use it, right? Just show me where X Corp. uses it.

**MS. BANNIGAN:** X Corp. uses it. It allows consumers to access its site by using twitter.com.

**THE COURT:** Where does it say that?

**MS. BANNIGAN:** It says, "As of December 11, 2025," that's when we were preparing these papers, "over 4 million users per day were accessing X Corp.'s social networking platform through the still-active twitter.com domain name, meaning these users intentionally typed, searched for, and otherwise directed themselves to the Twitter domain. That would not be possible if X Corp.

had not made those" -- "that domain name accessible to users in order to access the page."

Now --

**THE COURT:** So you want me to infer from this... and it might be a reasonable inference. We'll see what they say. I should infer from this paragraph, it doesn't say it directly, and I don't know why you didn't just say it directly.

Does Twitter own the twitter.com domain name?

**MS. BANNIGAN:** X Corp. owns twitter.com. It is X Corp. now. It was Twitter.

Yes, X Corp. owns the twitter.com domain name.

**THE COURT:** It says, "as of December 11."

What did it do on December 10? On December 10, 2025, did X Corp. own an active twitter.com domain name?

**MS. BANNIGAN:** Yes, Your Honor. X Corp. has owned the twitter.com domain name, as far as I'm aware, for nearly two decades now. I can't tell exactly when it was acquired, but Twitter was started in 2006 as a internet site.

December 11, Your Honor, that's the time we were very quickly preparing these preliminary injunction papers.

So my understanding is the significance is we were trying to be very accurate as of the date that we were filing these papers, but there's nothing significant, meaning anything with the domain name changed on December 11.

I believe what Mr. Baseer was saying -- and he is here. He flew in from Seattle. He would be happy to answer any questions Your Honor has.

What he was saying, that that was the day that he checked in with his team who's accessing twitter.com, and we learned that it is 4 million people a day that X Corp. is allowing to access its services.

**THE COURT:** Right, but it could be zero. You keep going on about the 4 million. It could be zero. The point is that X Corp. is using it. You didn't say directly, but you're telling me I should infer from this that X Corp. owned and was making active, as of December 11, 2025, the twitter.com domain name.

That's right?

**MS. BANNIGAN:** Yes, Your Honor. We appreciate that point. Thank you.

**THE COURT:** Anything else?

**MS. BANNIGAN:** With respect to twitter.com?

**THE COURT:** Yeah.

**MS. BANNIGAN:** Yes, certainly. There are many

other pieces of evidence.

**THE COURT:** Go ahead.

Paragraph 41. What else?

**MS. BANNIGAN:** Okay. Paragraph 41. So let's go to Paragraph 42, Your Honor.

**THE COURT:** Yep.

**MS. BANNIGAN:** This is that more than 200,000 mobile users continue to maintain a version of the Twitter mobile application.

**THE COURT:** That's not your use, that's their use, right?

**MS. BANNIGAN:** That is the Twitter application lives on these hundreds of thousands of consumers' phones. But, again, it's the application that Twitter and X Corp. has put out.

And so what we mean by the mobile application, just so it's very clear for the record, the mobile application, if you have a phone in your hand and you are looking to go to Twitter or to X from your phone, you click on the little icon.

So here, if you are using the Twitter version of the app, the icon will appear in blue with a picture of the bird, so it is the bird logo.

And if a consumer clicks on that, which they have on their phone, they get the app, and the app is

the Twitter version, where it says -- there's Twitter on the app and there's -- you know, it's what it looked like prior to X Corp. rebranding.

And so that is --

**THE COURT:** What I don't understand is --

**MS. BANNIGAN:** Thank you.

**THE COURT:** -- I don't know the technology. I think you assume too much, and I want to hear what they have to say.

But for all I know, X Corp. made an app, maybe they made it 2020. And maybe users, millions, maybe a dozen, it doesn't matter, but some other third party downloaded the app, and now it resides on those users' phones. So the user has the app; the user is using it.

Where is the evidence that X Corp. is using it?

**MS. BANNIGAN:** So it's an app that X Corp. made available.

**THE COURT:** Right, but they made it available prior.

Where is the evidence that as of December 11, 2025, X Corp. is using the app?

**MS. BANNIGAN:** So as the -- and this was discussed during the deposition of Mr. Baseer.

**THE COURT:** I wasn't there, so I don't know about that.

**MS. BANNIGAN:** It is in the record, Your Honor, but I will explain it. Thank you.

Happy to clarify. Appreciate these questions and absolutely happy to answer all of this them and to clarify anything.

So X Corp. has the capability to send updates to force people to update their app to say that the old versions aren't available anymore. X Corp. has not done that. They've made a deliberate and conscious decision, and this is what Mr. Baseer talked about at his deposition. I believe this is in the reply declaration that there is a conscious effort by X Corp. not to force consumers to update their apps, not to take down references of Twitter on the websites, on the app, and we'll get to those references, Your Honor.

This is -- the app does not exist unless Twitter is allowing users. It is an app. It is a service. That's how you get to the service that Twitter is providing, through the app.

Regardless of whether that version of the app was created in 2020 or 2006 or yesterday, it is a use that is being created by X Corp. that is allowing X Corp. to take advantage of the goodwill of the Twitter

marks, of the bird logo, and to commercialize that goodwill to allow users to use its service.

And so --

**THE COURT:** Can you explain again, because I still don't hear the answer, but I just want to know the app --

**MS. BANNIGAN:** Yes, sir.

**THE COURT:** When did X Corp. last update the app?

**MS. BANNIGAN:** So the app is updated, like most apps, they are updated continuously. There's various versions of app. I transparently --

**THE COURT:** It was updated since December 11, 2025?

**MS. BANNIGAN:** I do not know the answer to that. It may have been.

**THE COURT:** So that's not in the record.

**MS. BANNIGAN:** Whether the app was updated since December 11, 2025 -- it may have been updated in some instances.

What I do know is that since December 11, 2025, there are still hundreds of thousands of users who have the Twitter app on their phones.

**THE COURT:** Okay. So those are users. Again, you keep conflating users with X Corp.

You want to show me case law that says I should look at what users do as opposed to what X Corp. does?

**MS. BANNIGAN:** It's not -- the reasons users are able to do this, Your Honor, is because X Corp. has made that app available to --

**THE COURT:** Look, I could write a book and make it available 25 years ago because I made it available to somebody 25 years ago, and the person might still be reading it today. That doesn't show my use of the book, okay?

What I'm giving you the opportunity to do, and if you could do it directly, I would really appreciate it, is what is the evidence that X Corp. uses the app with this twitter.com on it?

**MS. BANNIGAN:** X Corp. maintains that app.

**THE COURT:** Tell me what does it mean to maintain it, and where is this anywhere in the record?

**MS. BANNIGAN:** I'm getting the cite in the reply declaration.

**THE COURT:** For instance, why don't you answer the... first, before you put it in the record, tell me what does it do to maintain the app?

For instance, if you told me every day, in order for that app to work on people's phones, X Corp.

has to send out an electronic signal. It has to refresh the app. That would be one thing, but I don't hear you telling me that.

**MS. BANNIGAN:** And Mr. Baseer can talk more about this than I can talk about today.

**THE COURT:** Do you know?

**MS. BANNIGAN:** What I know is that it takes steps to make sure that app is still accessible. Can I tell you what the steps are and is there an electronic signal, me standing right here, no, I cannot.

**THE COURT:** So --

**MS. BANNIGAN:** But it is in the record that it takes steps to maintain the app.

**THE COURT:** Show me that.

**MS. BANNIGAN:** And that it allows -- we are pulling up the cite from the reply declaration, Your Honor.

While we're pulling that up, can I address this point about the book, that a book may have been written 25 years ago, and people still may be using it?

**THE COURT:** Right.

**MS. BANNIGAN:** That doesn't -- what Your Honor said is that doesn't mean that the book publisher or the author is actually doing anything with that book.

**THE COURT:** Correct.

**MS. BANNIGAN:** There is actually case law. There's *Marshak* case that we cited. That case was about the band The Drifters. And the question there is there was a band The Drifters who had put out music. I believe it was decades ago. It was a long time ago that the music and the songs had come out. The band was since broken up. They weren't making new music, but the songs were continuing to be played on the radio.

The question in that case was, you know, because the band is not making music anymore, the band is essentially doing nothing with respect to the music, has the mark at issue been abandoned?

What the court said is no. The radio continues to play the song.

**THE COURT:** Right. But wasn't it pursuant to a licensing agreement? I mean, there was an agreement in place.

In fact, the band members still profited from the playing of the song, correct?

**MS. BANNIGAN:** The band members did still profit from the playing of the song.

**THE COURT:** For the radio to play the song, it had to have the authority through a license grant that was given. I mean, that's why I go if you want to show me.

For instance, is there some licensing agreement that X Corp. has with Apple or with Samsung, so that people can't use the app without a current license?

**MS. BANNIGAN:** Well, there are -- this is not in the record, and Mr. Baseer can talk about it, but there are -- when you sign up for an app, there are things that you click to use the app.

Twitter and X Corp. is still commercializing the app.

**THE COURT:** Show me in the record where that is.

**MS. BANNIGAN:** Do you have the record?

**THE COURT:** But you might be best to go back and get the first record cite.

**MS. BANNIGAN:** Yes, Your Honor.

Okay. So in the reply declaration, these issues were...

**THE COURT:** Okay. This is D.I. 37?

**MS. BANNIGAN:** Is this 37?

It's 37 yes, Your Honor. Thank you.

**THE COURT:** Okay.

**MS. BANNIGAN:** Paragraph 9, Your Honor.

**THE COURT:** Okay. I'm there.

**MS. BANNIGAN:** Mr. Baseer says, "As I

explained in my first declaration and at my deposition, more than 200,000 mobile users continue to maintain a version of the Twitter mobile application together with the Twitter marks."

Again, it is a reasonable inference these users could not maintain that if X Corp. did not continue to make that available.

**THE COURT:** So you say that it's a reasonable inference. I mean, I don't know anything about the technology. I don't know how you expect me to make that inference.

I don't know how apps work. I don't know iPhones work. I don't know how Galaxy phones work. I can't do that.

For all I know, what the inference I should draw from this paragraph is exactly the book example. It's that sometime in the past, X created an app, it let people download the app, and the app continues to work.

It's kind of like I have at home an iPod. You know, the iPod still works. I'm not paying a licensing fee to Apple. I can still play music on my iPod.

So I can't make the inference you are asking me to make from that paragraph.

Show me somewhere else in the record where

there's evidence that X Corp., today, is using the twitter.com. I get the one that they maintain a website. Let's hear what they have to say about that.

Is there anything else?

**MS. BANNIGAN:** Yes, Your Honor.

One last point on the mobile app. It is -- I do believe that this point, at least, is clear in the record that X Corp. has made that app. X Corp. initially made that app available. X Corp. did not insist that its users update to the X app. And it is allowing users to continue to access Twitter through that app.

**THE COURT:** Could it even stop them from accessing that app?

**MS. BANNIGAN:** My understanding is it could stop them.

**THE COURT:** Well, that's your understanding.

Is there anything in the record that shows that it could stop them today?

**MS. BANNIGAN:** There was testimony about this.

**THE COURT:** I wasn't at the deposition. You've got to show me the --

**MS. BANNIGAN:** The record is in the record, and I can pull up the deposition pages. We did submit the -- I believe both sides submitted the deposition

transcripts.

**THE COURT:** Is it in your brief? Like, you have to understand you filed a preliminary injunction motion.

**MS. BANNIGAN:** Yes.

**THE COURT:** You cannot expect me to go and read the thousands of pages of exhibits if you don't even discuss this in your brief.

Do you want to point me to it in the brief?

**MS. BANNIGAN:** Well, Your Honor, I appreciate that. Thank you.

What we have said is that we are using -- that we are using the app, and what -- it is not our burden to show. We have said we are using the app. 200,000 users are using the app that X Corp. has made available.

**THE COURT:** I have to stop you. You do this in your brief. We will probably just end the argument in five minutes if you don't stop.

I don't care that third parties use Twitter. That's got nothing to do with the legal issue before me. The one case that you point to when I asked you, you point me to the band case.

But there's a licensing agreement in that case, correct?

**MS. BANNIGAN:** There was an agreement in that case, but it's not -- there is no written agreement in the X Corp. case, but it is the same -- X Corp. is allowing users to commercialize this. This is how X Corp. commercializes it.

**THE COURT:** Show me case law that says that allowing somebody else to use a mark constitutes use of the mark by the entity that's in question. Show me a case that says that. Then I will stop this.

But I thought from reading the case and reading the briefing, that's not, in fact, the law. The law is that you have to show your use, i.e. X Corp.'s use of the mark.

Now, if I've got the wrong legal impression, you tell me right now and show me a case.

**MS. BANNIGAN:** Your Honor, let's just move. There are plenty of other uses, and I think we can answer this question. I understand your frustration here, and we can -- let's move on to the other uses.

And to the extent, Your Honor, it would be helpful to get more information, Mr. Baseer just passed me up entire set of notes. He could come up testify and explain exactly why it is completely reasonable to infer from what he wrote in his declaration.

He can give you -- answer any question that

you have. And he -- like I said, I do have I have notes on it.

**THE COURT:** Right, but --

**MS. BANNIGAN:** I don't want to pretend that I'm testifying on his behalf, Your Honor.

**THE COURT:** Well, it's a little late now. I mean, you had the briefing. You submitted thousands of pages of declarations.

Show me in the record where you've got use by X Corp. of twitter.com.

**MS. BANNIGAN:** Yes, Your Honor.

I'm going to say one more thing before I move on from this at this point. This is in our reply brief, Docket 35, Page 8.

**THE COURT:** Hold up. Let me find it. Thank you.

I'm there.

**MS. BANNIGAN:** There's a bullet that says, "uses on mobile app."

The last sentence of that paragraph says, "The authorized distribution of older versions confirms continued commercial exploitation of the Twitter marks," and that's where we attach the transcript of Mr. Baseer and the exact passages where he talks about this.

It is in the record, Your Honor, that X Corp.

authorizes the distribution of these older versions.

**THE COURT:** Authorized distribution by whom?

**MS. BANNIGAN:** X Corp., Your Honor.

**THE COURT:** Then you are saying can X Corp. right now is distributing older versions of, what, the app?

**MS. BANNIGAN:** X Corp. is authorizing the continued distribution of the app. Yes, Your Honor.

**THE COURT:** Distribution by whom? You just said it was X Corp.

Is it distribution by Apple?

**MS. BANNIGAN:** This is technical. X Corp. make its app available through the Apple IS App Store, through the Android store. It -- users have downloaded it from there.

Users can also go to the third-party sites. Like, there are third-party sites, they're APKs. There has been a lot discussion about these, a lot of discussion in the record.

APK sites can -- they allow older versions to be downloaded by consumers. This is something that X Corp. monitors, X Corp. authorizes.

**THE COURT:** How does it authorize it?

**MS. BANNIGAN:** It does not take enforcement action against them.

**THE COURT:** That sounds passive. This is, again, we're back to use. Unless you want to show me case law and, again, you are free to show me the case law.

**MS. BANNIGAN:** Thank you, Your Honor.

**THE COURT:** But passively sitting on the sidelines, while other people use a mark, that's not use of the mark, except by the third parties who are using it. So authorized distribution, it's got to be active distribution.

Is there a license? What is there to show? And maybe you want to point me to these deposition citations. We can walk through them, I guess.

But I asked you authorized distribution by whom, and you are telling me it's distribution by X Corp.

**MS. BANNIGAN:** I'm telling you it's distribution that X Corp. allows to move forward, because X Corp. takes its marks very seriously. It monitors and enforces its mark.

It is a well established principle of trademark law that a trademark owner is supposed to police the field and see how its mark is being used, and if it is -- if a mark is being used in an unauthorized way, to take action.

Your Honor, I want to move on to the next uses because --

**THE COURT:** Well, I know you do, but hold on. If you just answered my questions, you know --

**MS. BANNIGAN:** I'm sorry, Your Honor.

**THE COURT:** I can't rule for you if you are going to decide what course we are going to take. I need my questions to be answered.

Are you going to rely on this sentence, "The authorized distribution of older versions confirms continued commercial exploitation of the Twitter marks"?

For instance, I'm going to guess they don't dispute there's commercial exploitation of the Twitter marks. I think they are going to say, Yeah, it's by users.

Isn't that what you are going to say?

**MR. McKENNA:** Certainly, we are going to contest that this is any use by X, Your Honor.

**THE COURT:** Yeah.

But you don't contest the third parties are using the mark?

**MR. FARNAN:** Clearly, there is relic software out there in the world.

**THE COURT:** Yeah.

And you don't dispute that millions of people

are online and in communications talking about twitter.com, right? You don't dispute that either?

**MR. McKENNA:** Well, certainly, Your Honor, we don't think there is anything in the record that would substantiate the numbers, but certainly we don't contest that there are people who are referencing Twitter.

**THE COURT:** Right. Okay.

Are you going to rely on this sentence that you just pointed out to me?

**MS. BANNIGAN:** We are relying on this sentence, but I think I can make this easier by moving to our next use to show exact use of Twitter by X Corp. and make this easier for the Court, Your Honor. Okay.

So the next use is use by X Corp. in text that it -- X Corp. itself placed on the App Store app.

So what you see here, this is Docket 11-8. This is an exhibit that was attached to Mr. Baseer's declaration, Exhibit 8.

**THE COURT:** Okay. Let me pull it up. I'm there.

**MS. BANNIGAN:** Okay. And so what you see here is the current version of the app, or at least current as of the date this declaration was filed, in the Apple App Store.

So if you search for X or Twitter on the App

Store using this icon here on your iPhone, this is what comes up.

**THE COURT:** Okay.

**MS. BANNIGAN:** So here, Your Honor -- and X Corp. places the text here.

It says, "Welcome to X (formerly known as Twitter)." And X Corp. uses this formally known as language to capitalize on the goodwill and source identifying value of the Twitter marks, so that if a user searches for Twitter, this comes up, or if a user, you know, has the goodwill or knows about the Twitter, the user sees that, downloads the app.

So this is direct commercialization and use of Twitter by X Corp. currently in connection with its goods and services.

And courts have explicitly held that this type of formerly language constitutes a bona fide use in commerce and preserves trademark rights following a rebrand.

**THE COURT:** What cases said that saying something formerly known as --

**MS. BANNIGAN:** Yes, there are a few cases, Your Honor. One is the *American Association for Justice versus the American Trial Lawyers Association*, 698 F. Supp. 2d 1129. The pin cite 1139 to Page 1140.

**THE COURT:** Okay.

**MS. BANNIGAN:** This is from the District of Minnesota from 2010. And, although it's not binding, of course, on this district court, we believe this is highly persuasive.

The law that the court was looking at is the same abandonment law. There's generally not a circuit split or a district split. The courts are pretty clear on what the law of abandonment is.

And so what was happening here, there was an association. It was called the American Association for Justice. They were a trial lawyers association. They were previously known as, I believe, the American Trial Lawyers of America, something similar to that. They changed their name for several reasons. They issued -- they implemented a full rebrand. But they were still using both the domain name, Your Honor, of the former name, and they were using these references "formerly known as."

What the court said is that these uses, both of the domain name and the "formerly known as" was allowing the brand to link the goodwill from its old brand to its new brand, and that constitutes use in commerce, and the court is very clear there. And it is -- the facts are very similar about what was

happening.

And that's precisely what X Corp. is doing with the Twitter marks. It's continuing to use the "formerly known as Twitter" language to preserve the source identifying function and the goodwill associated with the Twitter marks, and it maintains the twitter.com domain to direct consumers to the platform.

There are other cases that also discuss this. There's a *Brown & Brown* case. I believe that is in the Eastern District of Pennsylvania, so within this circuit, just not within this district court. That also dealt with a domain name redirect.

**THE COURT:** That case, you're telling me that if I read that case, it's going to say that a reference to a mark and an explication that the mark was formerly used constitutes use of the mark?

**MS. BANNIGAN:** Definitely says the domain name, Your Honor. But sitting here, I don't -- I want to make sure I'm not misrepresenting the "formerly known as."

**THE COURT:** That's what we were on. We were on the "formerly known as," and you said there's lots of case law that supports that. I have got American Association.

Do you have any other cases?

**MS. BANNIGAN:** Yes, Your Honor. There's at least one other case. This is the Ninth Circuit decision in *Wells Fargo & Co. v. ABD Insurance & Financial Services*, 758 F.3d 1069, pin cite 1072. It's the Ninth Circuit from 2014.

There, the court held that Wells Fargo had not abandoned the acquired ABD trademark because it continued several bona fide uses that allowed it to keep benefiting from the goodwill and the recognition associated with the mark. And those uses included using formerly ABD language and customer solicitations.

**THE COURT:** Okay.

**MS. BANNIGAN:** Those are the cases that I have for you right now, Your Honor.

**THE COURT:** All right.

**MS. BANNIGAN:** I do want to point out that even though one use is enough to defeat the abandonment claim, there are other ways in which that this "formerly known as Twitter" is being used.

And I don't want to have -- I don't want to confuse anything about third parties again.

But if you flip to the next slide, please, Mr. Cohen.

Here you see a use, and this is a use by the NBA, where it says X (Formerly Twitter).

But as Mr. Baseer has explained, this was a use that the NBA specifically came to X and said, "Can we use formerly Twitter?" And they were given express permission by X Corp. to use this formulation.

So, again, we have the clear use of X Corp. on the app, but that's not the only use.

**THE COURT:** Give me a second, please.

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** All right. So I have got Paragraph 41 of the Baseer declaration, and I have got Exhibit 8 of the Baseer declaration.

Anything else that is record evidence of use of Twitter?

**MS. BANNIGAN:** Yes. And, Your Honor, I just mentioned that NBA use, that was expressly authorized by X Corp.

**THE COURT:** And where does it say that?

**MS. BANNIGAN:** In the record, that's Paragraph 52, Your Honor, of Mr. Baseer's declaration.

**THE COURT:** Hold up.

All right. But I am supposed to take from that that in Paragraph 52 of the declaration, it's alleged that X Corp., quote, approved the use by another party, correct? That's what it's all based on? There is no contract; there's no license agreement? It's just

a --

**MS. BANNIGAN:** It is an implied license, Your Honor, but there is no actual written agreement there, yes.

**THE COURT:** So Paragraph 52.

All right. Anything else?

**MS. BANNIGAN:** It's also -- that point is also in Paragraph 32 of Mr. Baseer's reply declaration, which is Docket 37.

**THE COURT:** Sorry. The reply declaration.

**MS. BANNIGAN:** Yes, Your Honor. That's where Mr. Baseer talks about X Corp.'s marketing team expressly granting the NBA permission to use the Twitter marks.

**THE COURT:** What's the paragraph again, sorry?

**MS. BANNIGAN:** Thirty-two, Your Honor.

**THE COURT:** Of the reply dec.

**MS. BANNIGAN:** Yes.

**THE COURT:** All right. Let me just take a look at that. Okay.

Anything else?

**MS. BANNIGAN:** Yes, Your Honor.

Let's flip to the next slide, please, Mr. Cohen.

So X Corp. also uses the Twitter marks in client-facing vendor onboarding materials. So X Corp.

uses the Twitter name, and these are external client-facing communications.

As Mr. Baseer talked about, this is -- what you see here are declarations from his -- excuse me, exhibits from his declaration.

**THE COURT:** Okay. Where in the declaration? Can you show me where --

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** -- in the declaration on this?

**MS. BANNIGAN:** I will get the cite for the first declaration, but Paragraph 18 of the reply declaration talks about how X Corp.'s entire vendor onboarding process remains Twitter branded.

**THE COURT:** Should I even consider the reply declaration?

**MS. BANNIGAN:** Yes, Your Honor.

There were no new facts or arguments presented. What Mr. Baseer was doing in the reply declaration was expanding upon facts that were already submitted and facts that were already in the record.

**THE COURT:** So show me in his original declaration, then, where this is then I can look at that.

**MS. BANNIGAN:** Yes. I'm just pulling the cite for you right now.

Paragraph 46, Your Honor. I have to thank my

team for their help here.

So this is where X Corp. talks about it maintains its Twitter branding on websites and client materials including, but not limited to, and it has different categories.

And I can go through each one of them. One of them, and this is on the fourth line, Your Honor, at the end, says "Our vendor and supplier onboarding materials."

And that's where Mr. Baseer attaches these examples as exhibits in Exhibit 5. What you see on the screen, Your Honor, is one of those examples that's at Exhibit 5.

And as Mr. Baseer went on to explain in his reply declaration, that the entire vendor onboarding process of X Corp. remains Twitter branded. So X Corp. sends new vendors Twitter-branded materials that include the Twitter name, the marks, and the descriptions of its Twitter products. For instance, Twitter Amplify, Twitter Vendor Management.

What you see here, Your Honor, is an e-mail. This is from October 28, 2025, just a few months ago, where X -- you see the X branding up top, so this is intentional. It's noting that X is the primary brand. Twitter supplier registration invitation.

**THE COURT:** Wait. I'm sorry.

Where is that e-mail? You said it's Exhibit 5.

**MS. BANNIGAN:** It is in part of Exhibit 5 of Mr. Baseer's initial declaration, Your Honor.

**THE COURT:** I don't see it. I do see like --

**MS. BANNIGAN:** There are many websites there, Your Honor. Page 67 -- we tried to put page numbers at the bottom, to make it easier, given how many uses there are here.

**THE COURT:** Got it. Okay. Thank you.

**MS. BANNIGAN:** So as I was saying, Your Honor, this is an example of an e-mail that was sent just a few months ago, October 28, 2025.

You see the X logo at the very top of the e-mail. You see that there's an X.com e-mail address, but the subject matter is Twitter supplier registration invitation.

It comes from a Twitter vendor management e-mail address with a Twitter.com domain name. And there's several uses, we've highlighted them, of Twitter.

So this is what's going out to all of X Corp.'s vendor still today. X Corp. is using the name Twitter. Bluebird doesn't even address these vendor

materials in its opposition papers.

**THE COURT:** Okay. All right. Let's move on then.

Let's talk next about tweet.

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** What's the record evidence that X Corp. uses "tweet"?

**MS. BANNIGAN:** Yes, Your Honor. "Tweet" also appears in several different web pages, as one example, that are on X Corp.'s website, so accessible today to the general public.

Let's look at the ads example.

So here's another web page that is accessible today. You see, Your Honor, this is a web page that, as Mr. Baseer testified, was deliberately and consciously maintained after the rebranding.

You can see, Your Honor, if you look at the heading of the web page, it says "Grow your business with X." So there is a reference to what is now the primary brand.

**THE COURT:** All right. And where is this in the record?

**MS. BANNIGAN:** This is also in Exhibit 5. And I'm going to get the exact page number for you. Page 3, Your Honor.

**THE COURT:** I'm there. Great. Thank you.

**MS. BANNIGAN:** Okay. So here, Your Honor, this is a web page. The domain is ads.twitter.com\getstarted. That's at the top left-hand corner here. It's also -- you can also see that on the screenshot we put in with the exhibit.

At the top, you see use of the Bluebird, Your Honor, next to ads. Then you see "Grow your business with X."

So there is -- this isn't just an old web page that never took into account X. There's reference to the primary branding after the 2023 rebrand.

And then if you continue to go down, you see references to both Twitter and to tweet. So we've underlined, towards the bottom of the page it says "Tweet engagements reach more people and drive conversation."

And so here what you see is, X Corp., post rebrand, with references to X on the page, actively engaging consumers still using Twitter, tweet, and the Bluebird -- all three examples are on this page here.

**THE COURT:** Now, at the bottom, the left, it says, "Capture url ads.Twitter.com get started."

Do you see that?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Is it your position that this URL was maintained and owned by X Corp. as of December 15, 2025?

**MS. BANNIGAN:** Absolutely, Your Honor.

**THE COURT:** And can you show me in the declaration where that's established?

**MS. BANNIGAN:** Yes, Your Honor. Just give me one second, please.

So if you look again at Paragraph 46.

**THE COURT:** Yeah.

**MS. BANNIGAN:** This is Page 20 of Mr. Baseer's declaration. Docket 11, "X Corp. further maintains its Twitter branding on websites and client materials including, but not limited to, our ads, help page for our customers, web pages to help customers publish or embed tweets or post on its own media." That's the reference to this one.

But you see there's that rather large Exhibit 5 that we're looking at that I've been giving Your Honor page numbers for.

**THE COURT:** Yeah.

**MS. BANNIGAN:** So what Paragraph 46 is saying is that, Yes, X Corp. maintains the Twitter branding on these web pages post rebrand.

**THE COURT:** Right.

**MS. BANNIGAN:** And Your Honor can see for itself.

**THE COURT:** Well, I can now that you've walked me through it.

So was this in your brief?

**MS. BANNIGAN:** Talking about the web pages, yes, was in our brief, Your Honor.

**THE COURT:** Where was it? Show me. So you pointed out specifically to Page 3, for instance, the blue logo was used in an ad maintained on a URL page maintained and owned by X Corp? That's in your brief?

**MS. BANNIGAN:** I will find the section of the brief, Your Honor.

**THE COURT:** Okay.

**MS. BANNIGAN:** Well, we certainly say it in our reply brief.

The issue is when we moved for the preliminary injunction, Your Honor, we moved on trademark infringement. The other side had not yet raised their affirmative defense of abandonment.

So we talk in the brief about, on Page 6, that the Twitter marks are valid and protectable.

And we mention that based on public statements, we assume that they're going to argue that the marks have been legally abandoned.

We don't put in all of our evidence of use here because the affirmative defense had not been used yet. But if you go to the reply brief, this is certainly where we talk about it in the reply brief, Your Honor.

**THE COURT:** Okay.

**MS. BANNIGAN:** It's, of course, Docket 35.

**THE COURT:** Yep.

**MS. BANNIGAN:** So here we talk about, Your Honor, on 7 of the reply brief, how we use Twitter, the domain name. We put it together. We were quite limited, frankly, Your Honor, in terms of there are so many uses in terms of the pages.

But on Page 7, we talk about uses of twitter.com, social media profiles, and other web pages.

And as my colleague Mr. Cohen just pointed out to me, that we do, in our opening brief, although we're not fully talking about this abandonment -- in our opening brief, when we're talking about the background of X, we talk about how X Corp. continues to use the Twitter marks in sales, licensing arrangements, client-facing communications, and other Twitter-branded pages and materials. That would include this web page. And that we continuously enforce and maintain the rights. That's on Page 3.

And we reference Paragraphs 27 through 29, 38, 43 to 52 of Mr. Baseer's declaration, which would include this exhibit, Your Honor.

**THE COURT:** Okay. Anything else?

**MS. BANNIGAN:** Yes, Your Honor.

There are several web pages that use Twitter. We can continue to go through them.

**THE COURT:** Not Twitter. Let's just focus on the logo and on "tweet."

**MS. BANNIGAN:** Okay. Thank you, Your Honor.

Your Honor, if you look at -- continuing to look at Exhibit 5, at Page 14, Your Honor, this is another page that Mr. Baseer has testified X Corp. continues -- included in his declaration and the record that X Corp. continues to maintain after the rebrand. This -- the first page here says "How to get started." Right?

**THE COURT:** Yep.

**MS. BANNIGAN:** If you look at the bottom of the first page, on the left-hand corner, you will see a ham- -- what looks like a hammer and a wrench, Your Honor.

**THE COURT:** I see "tweet."

**MS. BANNIGAN:** Tweet. Exactly.

**THE COURT:** Yep.

**MS. BANNIGAN:** And if you look at the next page, there are several uses of "tweet."

**THE COURT:** Yep.

**MS. BANNIGAN:** Under the heading, Tweets in pre-role views.

**THE COURT:** Yep.

**MS. BANNIGAN:** There's the use of "twitter" right after that.

**THE COURT:** Yep.

**MS. BANNIGAN:** If you look at the left-hand side, there's home timelines, there's a -- we've highlighted them, Your Honor, tweet, Twitter, tweet, twitter.com, Twitter, tweet. There are several uses of "tweet" on this page.

**THE COURT:** Okay. Now I see the bird, too. Okay.

All right. All right. And it's your position, right, that under the statute for abandonment, you only have to have a single use, and that defeats abandonment, correct?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Okay. You think the case law is really strong on that, correct?

**MS. BANNIGAN:** Case law is incredibly strong that this is a serious forfeiture right, and it must be

strictly proved by clear and convincing evidence.

**THE COURT:** Where does it say? There's binding case law it's got to be clear and convincing evidence?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Really? Okay.

**MS. BANNIGAN:** I believe so. I believe that the courts say it over and over again. I don't want say anything wrong, but I know I have read that. So I will pull that for Your Honor.

**THE COURT:** I've read it from other circuits. I think I've read it in the Third Circuit, but I might be wrong. Third Circuit says it's strictly --

**MS. BANNIGAN:** I know you're usually right, Your Honor, so --

**THE COURT:** No, no. But I want to make sure. I mean, I didn't know that it was clear and convincing evidence for sure. I definitely know it's strict. It's a high burden.

**MS. BANNIGAN:** It's a very high burden. I'm asking my team to pull the clear and convincing evidence for you.

**THE COURT:** Okay.

**MS. BANNIGAN:** The fact of the matter is, it is a very strict burden. The courts are clear only one

use is enough. There are more uses that I could go through, Your Honor.

This is a very, very valuable brand for X Corp. regardless of the rebrand, and it makes very much sense why they aren't -- they haven't just let $44 billion in value go and are not commercializing the goodwill, especially when X Corp. knows that there are people who continue to love Twitter.

**THE COURT:** Right. Let's talk about the bond.

What do you say about the bond?

**MS. BANNIGAN:** We don't think that -- the other side has not asked for a bond.

**THE COURT:** Right.

But under the rule, I have to have a bond, right?

**MS. BANNIGAN:** No, Your Honor. You have to have a bond if there's facts that support a bond.

Here, when we asked Mr. Coates at his deposition what the harm would be if this injunction was granted, he said, "Well, we could launch under a new name. We wouldn't get our first choice of name."

I actually have a slide showing this. I said, "Well, anything else?" And he said, "No."

So I'm really struggling to understand what their damages would be. I mean, they wouldn't be able

to take advantage of the free marketing they are getting by trading off of the goodwill of Twitter, but they have touted over and over again that they have paid nothing for that marketing because 400 million people a day search for Twitter, and now they are finding twitter.new.

So I -- Your Honor, I have not heard one bit of evidence in the record what would justify a bond in this case.

**THE COURT:** So the rule says that the Court may issue a preliminary injunction or temporary restraining order only if the movant gives security in an amount the Court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained.

**MS. BANNIGAN:** The question there, Your Honor, is: Is there a possibility of any damages here? And, you know, it is a question that we'd be happy to address.

At best, it would be minimal bond, Your Honor, $1,000 or something like that. There's just no evidence in the record that there's anything more than that needed.

**THE COURT:** How do you square that with your irreparable harm arguments and the statement you made just two minutes ago about how valuable these marks are?

**MS. BANNIGAN:** It is a completely different story when you talk about X Corp.

X Corp. owns these marks. X Corp. bought, decades -- over a decade -- it was 2023, so 18 -- over 15 years of goodwill and value with these marks. A whopping $44 billion. A trademark, it's, you know, the goodwill. It's your reputation. It's your name.

To the extent we allow another party to go and use those marks, we've lost the reputation. We've lost the control. And that's not something that monetary damages can remedy. It's your reputation.

To the extent Operation Bluebird is out there causing massive confusion -- which they will because they don't even seriously dispute that there's a likelihood of confusion.

**THE COURT:** Yeah, but they are saying they are damaged because they won't be able to use the brand of their choice, and you just said how valuable that brand is.

So that would suggest they are going to lose big time, and in the event I'm wrong, the damages would be huge, if I were wrong, in other words, to enjoin them.

**MS. BANNIGAN:** There is just no evidence they have any right to use that brand.

**THE COURT:** That's the question of the merits, but the question about damages... That's why I say how do you square it that there should be no bond. I mean, given how valuable you say this property is, notwithstanding the fact that your CEO publicly was saying let's get rid of it. But if we just ignore those tweets and statements by Mr. Musk, you are saying it's incredibly valuable.

Why shouldn't you have to actually put up a very, very high bond in order to enjoin them?

**MS. BANNIGAN:** Well, what we are looking at here, Your Honor, is what investment are they losing?

What they are touting is they are losing no investment because they are able to trade on our valuable brand that we own, they haven't had to invest anything. It's been very easy for them to get 160,000 followers. They have been able to do it for nothing. You know, they --

**THE COURT:** What about the opportunity cost that they are foregoing?

**MS. BANNIGAN:** I'm not sure the opportunity cost is supported by the bond here, and I haven't heard anything about an opportunity cost.

**THE COURT:** That's in the statement. He said they wouldn't be able to use the brand of their choice,

the deposition transcript you put up.

So the loss is the opportunity to go out and take advantage of this, what you just said is an incredibly valuable mark or marks.

**MS. BANNIGAN:** Again, it comes back to what the investment is. I don't know, and I have not looked at the case law that supports, like, potential opportunity costs here.

I mean, they can go launch their platform under a different name. Mr. Coates was very clear about that, that they can still launch.

What they are using is the stealing of our goodwill and the 400 million users that are looking for Twitter and now confusingly going to find twitter.new.

I mean, it's a very egregious case of trademark infringement and confusion.

**THE COURT:** What are you willing to put up as a bond?

**MS. BANNIGAN:** For that, I would need to speak to my client because the bond had not been briefed. We have not briefed the bond either.

**THE COURT:** When you say "either," I mean, it's your obligation. You are the movant.

**MS. BANNIGAN:** Well, it's our -- to the extent that there is actual -- if they seek a bond.

**THE COURT:** Not if they seek it. The rule says the Court may issue a preliminary injunction or a TRO only if the movant gives security. I mean, it's your obligation.

**MS. BANNIGAN:** Our position would be minimal security, Your Honor. They haven't --

**THE COURT:** What is that amount?

**MS. BANNIGAN:** $1,000. They haven't invested anything. They don't even know -- there is nothing in the record to say they even invested $1,000 in this. It is certainly something we could brief, if Your Honor would like us to brief it separately.

**THE COURT:** Do you mention the bond in your opening brief?

**MS. BANNIGAN:** We do not mention the bond because --

**THE COURT:** Have you waived your right to seek a preliminary injunction because you didn't even raise it as an issue?

**MS. BANNIGAN:** No, Your Honor. If anything, Operation Bluebird will have waived the right to seek a bond.

**THE COURT:** Again, there's no rule that they have to seek a bond. The rule says for you to get, it says "the movant," right? You only get it only if the

movant gives the security and amount.

I'm wondering, since you didn't mention in your opening brief, have you waived your right to get a preliminary injunction?

**MS. BANNIGAN:** No, Your Honor. There is absolutely no case law saying that the movant has to mention -- say, "This is what we'll pay for the bond."

I mean, of course, to the extent the Court orders a bond, X Corp. will do what it needs to do under the law.

This is a very serious matter for X Corp. There's absolutely no waiver here. I am surprised the other side didn't brief the bond.

**THE COURT:** Well, they might be surprised you didn't, especially since the rule says it's up to the movant. All right.

Let me hear from them.

**MS. BANNIGAN:** Thank you, Your Honor.

**MR. McKENNA:** Good morning, Your Honor. Mark McKenna for Operation Bluebird.

Your Honor, I'd prefer to, if it's okay with you, to just go to the order of the materials that counsel referenced as the evidence of use.

But I did want to say a couple of things about the standard because Your Honor asked about it at

the beginning.

A couple of times, counsel suggested that even a single instance of bona fide use is enough. So the case that X sites for that in its brief comes from a district court case in Pennsylvania, and that case is *Brown & Brown versus Cola*.

Ms. Bannigan mentioned it's 2011 Westlaw 1103867 at Page 11, Eastern District of Pennsylvania, March 23, 2011.

But that case, actually, in the very next sentence, makes clear that to prove bona fide usage, the proponent of the trademark must demonstrate that the use of the mark has been deliberate and continuous, not sporadic, casual, or transitory.

So the right standard here, Your Honor, focuses on deliberate and continuous use in a real attempt to sustain a trade under the mark, not just simply stray references.

That standard, Your Honor, matches up with the standard about acquisition of trademark rights, which is, of course, the mirror image of abandonment. Someone acquires trademark rights through use. They lose trademark rights through non-use.

And the standard there is that you have to do more than just, like, a random use periodically. It has

to be a sustained effort to sustain usage. I could give you a few more cases, Your Honor, on that point.

*Kusek versus Family Circle, Inc.* --

**THE COURT:** Hold up, hold up.

Give me the other case, please.

**MR. McKENNA:** *Kusek versus Family Circle, Inc.* 894 F. Supp. 522, pin cite is 533, District of Massachusetts, 1995.

**THE COURT:** Sorry, 894 F. Supp.

**MR. McKENNA:** 522. Page cite is 533, District of Massachusetts, 1995.

**THE COURT:** All right.

**MR. McKENNA:** That's a case, Your Honor, where the court found that Family Circle's inconsequential use of the trademark Speed Cooking where it was making back issues available of the magazine was not enough to forestall abandonment.

And the Court says, quoting the same language I gave you a minute ago, "To prove bona fide usage, the proponent of the trademark must demonstrate that use of the mark has been deliberate and continuous, not sporadic, casual, or transitory."

That case is citing a Second Circuit case. My French pronunciation very poor at this point so you'll have to forgive me. *La Societe Anonyme des*

*Parfums Le Galion v. Jean Patou.* The case cite is 495 F.2d 1265. Second Circuit, 1974.

**THE COURT:** The bottom line is the statute itself says it has to be bona fide use, not just use.

**MR. McKENNA:** That's correct. It has to be bona fide, and bona fide use means more than stray references. It means a genuine attempt to establish a trade under the mark.

One more thing about the standard I wanted to mention. You asked about the standard, about whether it was heightened standard, whether it was clear and convincing evidence.

The Third Circuit case that X cites for that notion is a case called *United States Jaycees.* That case is not an abandonment by non-use case. It's an abandonment by failure to enforce rights against potential infringers. So it's not on point to this case.

And as Your Honor mentioned, there's no statutory support for the idea that there should be heavier burden to prove abandonment than any other defense.

**THE COURT:** But the Third Circuit has used the word "strictly" when it comes to the statute, right?

**MR. McKENNA:** You're right. It has that, your

Honor. The Federal Circuit has said --

**THE COURT:** Well, wait. Is it Federal Circuit? I thought it was the Third Circuit.

**MR. McKENNA:** It is a Third Circuit case, Your Honor. Of course you are right that that's what the Third Circuit has said.

What I was going to say is that the Federal Circuit has interpreted that language strict to mean an evidentiary difficulty, that it's hard to come up with the evidence to show that something hasn't happened. So that's the way that court has interpreted it.

But it is true that the Third Circuit has said strictly. I think that case is not on point because it's not an abandonment by non-use case, but that case is there. That's the *United States Jaycees*, Your Honor.

**THE COURT:** Let's go through the three uses. Let's start with the Twitter.

So I've got some clarity now that there's record evidence that X Corp. is using the Twitter mark.

Do you dispute that in e-mail communications with vendors, X Corp. has made reference to the blue logo, the Twitter mark, and the tweet?

**MR. McKENNA:** So, Your Honor, I think that's actually an important one to look at. So this is the

vendor materials that counsel referenced.

I think if we were look at that, there's a couple of things I would like to say about it. The first is --

Yeah, one back, Chris, please. Right there.

Okay. So that document appears to be a printout of an e-mail that has an attached vendor form. And I think the first thing to notice is that the recipient information is concealed on that document.

So we can't tell who the e-mail was sent to. We don't know if it was sent to a client. We don't know if it was sent even outside of X, let alone if it was sent in the United States. And obviously it can't be evidence of use in the United States without that information.

**THE COURT:** But is there any testimony? I mean, in the declaration, I agree it's vague, but there is in the declaration a paragraph, let's start at Paragraph 41, sorry, 46.

"That X Corp. further maintains its Twitter branding on website and client materials including, but not limited to, our ad help page for our customers, web pages to help customers publish or embed tweets or post on its own media," et cetera, et cetera.

And then it does cite, it says, rather it

says, then, in the declaration that "Attached is Exhibit 5, and these are true and correct copies of some of the aforementioned materials."

I mean, so I've got a declaration. Do you have reason to doubt or to undermine the assertion that those materials were provided to customers?

**MR. McKENNA:** There's no evidence in that declaration statement that it was provided. It just says that they maintained the documents. So we don't doubt that.

But I guess the most important thing to highlight here, Your Honor, is that this is a vendor form. This is a form that they send to people who are selling things to X. It's not something they are using in selling any goods and services. And that's what it means to use a mark in the ordinary course of trade, is to use it to sell goods and services under the mark.

So this is a form where people are -- that they are sending to people who sell things to them, who are vendors. So that's not legitimate evidence of use by X of the Twitter marks.

**THE COURT:** Okay. Hold up. Stop for a second, please.

I mean, if you look at Page 3, talking about X offering advertising solutions to these customers. I

mean, that sounds like a customer, or potential customer. And it says, quote, "Whatever your business goals are, we'll guide you through designing ad campaigns to reach them."

And then it talks about tweet engagements, talks about grow your community on Twitter. It has in the upper left, the blue logo bird with ads.

I mean, that seems to me to constitute use of all three marks, and it's the use of the three marks in communications with folks that X is saying we can work for you. That sounds like a customer.

**MR. McKENNA:** Well, the way they presented it, Your Honor, is that it's a vendor form.

**THE COURT:** You say "the way they presented it." I mean, actually, in the declaration, in Paragraph 46, they use the word "vendor"?

**MR. McKENNA:** I believe that exhibit --

**THE COURT:** It uses the word "customer." It does say "our vendor?" Actually, it does say --

**MR. McKENNA:** Yes, it does say "vendor." Yes, I think that's the way the document is presented, it's Twitter vendor management.

**THE COURT:** What do you mean that's the way it's presented?

**MR. McKENNA:** Well, first, the title of the

e-mail here is "Twitter supplier registration invitation." It comes from the address Twitter vendor management.

**THE COURT:** Okay. So now you're on the e-mail alone.

I wasn't on the e-mail. I'm on the ad, which is at Page 3. Yeah, okay.

So you want to talk specifically about the e-mail. That's a fair comment. So let's say I discount the e-mail.

**MR. McKENNA:** Okay.

**THE COURT:** And, frankly, I don't discount it, necessarily. But I find more probative what was pointed out on Page 3, Pages 14 and 15. So they're not part of the e-mail. They appear to be solicitations to potential customers that X is trying to partner with and provide advertising design and --

**MR. McKENNA:** Okay. Your Honor, I think I might have misunderstood your question.

So I think you're talking about the Twitter ads page now, which is Exhibit 5, Page 3. Is that what you're referring to?

**THE COURT:** Yeah, that's what I was referring to.

**MR. McKENNA:** Okay. So I do have some things

to say about that.

So, first of all, as Mr. Coates demonstrated in his declaration, like this appears to come from -- this is -- this, Twitter objective playbook, which --

I think that's not the one, Chris, that they were referring to.

This is ads.twitter.com/getstarted. Is that -- that's the page?

**THE COURT:** I don't know. I mean, the whole thing is very confusing, to be honest with you. You know, it was expected that I would go in and read all these individual pages and put them together. I don't know how you win a PI when you're asking me to do that.

But on page, so I'm at Exhibit 5.

**MR. McKENNA:** Right. Starting at Page 3, Your Honor.

**THE COURT:** And then the first thing it looks like is, it looks like it's ads.twitter.com/getstarted.

**MR. McKENNA:** So as Mr. Coates demonstrated in his declaration, as we argued in our brief, this document, this web page is only really accessible if you were to know and type in exactly that URL. If you even just remove the restricter, you get taken to an X page. This is just like a historical remnant of a page that they haven't yet gotten around to taking down.

Mr. Baseer tried to rehabilitate that by saying you could get through it -- to it through a Google search, but he doesn't actually show us what the Google search would be, what search terms you would need to be able to get to this page, how far down in the search results you would go, whether the pages would even be live pages at that point.

So I think this is just a historical remnant. It's consistent with lots of the evidence that X has provided, Your Honor, is that there are stray pages still accessible on the internet, if you know and type in exactly the URL, but you can't actually navigate to them in a meaningful way from the website. They haven't shown us how you can find them in any other way.

So the fact that this document continues to exist, we don't dispute. But whether it shows genuine, bona fide, attempt to use the mark in commerce is a different story, and they haven't given us any evidence of that, Your Honor.

**THE COURT:** Okay. And then can you point me to specifically where Coates addresses this particular ad campaign?

**MR. McKENNA:** I can, Your Honor. Give me one second.

**THE COURT:** And I'm calling it an ad campaign,

but where he addresses specifically that there's --

**MR. McKENNA:** Yes.

**THE COURT:** -- the URL is not publicly posted.

**MR. McKENNA:** The URL is publicly posted. That's not what I meant to say, Your Honor.

It's just that you can't navigate to it without typing that URL directly in, which is to say you have to use the entire restricter, the entire URL, which there's no reason to thing that ordinary consumers do or that they know that URL.

If you just remove the "get started" part at the end, what it takes you to is an X-branded page. And then if you click through on the various pages -- which is to say this page can be found on the internet if someone gives you the exact link and you type it in and you get to it. So it's not that it doesn't exist.

**THE COURT:** All right. But, look, yesterday I typed in "Twitter" and I get an X page.

**MR. McKENNA:** Yeah. Correct. Twitter.com automatically redirects to X in every instance.

**THE COURT:** All right. So do you at least then concede that they are using Twitter?

**MR. McKENNA:** I don't, Your Honor. I don't think the use of the twitter.com domain name, which automatically redirects to X, is not a trademark use.

In fact, the Trademark Office makes routine distinctions between use of an internet domain name, just as an address on the internet, and use as a trademark. And that distinction turns on the use in advertising and promotion.

So the mere fact that technologically it redirects is not use as a trademark. So we concede that they continue to own twitter.com as a domain name. That's not used as a trademark. It's not the kind of use that sustains rights in a trademark.

Your Honor, you asked for a reference.

**THE COURT:** Do you have a case, by any chance, that says, though, the ownership of the domain is not sufficient to constitutes bona fide use?

**MR. McKENNA:** Your Honor, yes, I do. I can point you to -- first, the rule in the Trademark Office comes from the trademark Manual of Examining Procedure. That's Section 1215.02, especially Subsection (a).

If the proposed mark is used in a way that --

(Court Reporter clarification.)

**MR. McKENNA:** It's Trademark Manual of Examining Procedure, Section 1215.02, subsection (a): "If the proposed mark is used in a way that would be perceived as nothing more than an internet address where the applicant can be contacted, registration must be

refused."

I'd also refer you to Section 7:17.50 of the McCarthy Treatise, where Professor McCarthy discusses at length this rule about the difference between use of a domain name as a domain name versus use of it as a trademark.

**THE COURT:** Do you have any case law that says it?

**MR. McKENNA:** There's lot of case law in that section, Your Honor. Off the top of my head, I don't have the cases written down.

But I wanted to answer your question. You asked for -- you asked for a citation in the Coates declaration. I have one for you. I want to make sure I give that to you.

The Coates declaration is Docket 30, and it starts at Paragraph 21, goes a couple of more paragraphs after that.

**THE COURT:** Go ahead. Starts at what, 21?

**MR. McKENNA:** Paragraph 21.

**THE COURT:** Yep.

**MR. McKENNA:** Mr. Coates describes the difficulty of getting to these various web pages, what it would take to find them, what happens in you remove the restricter, what happens if you click on the actual "get

started" button, and what you get taken to are X pages.

Your Honor, X referred to the Twitter mobile app. I'd like to say a few things about that.

So X says that 200,000 users still access the platform through that version. That claim is unsubstantiated. Mr. Baseer submitted images from a phone of an associate at X's law firm and then just asserted that that was representative of the experience of 200,000 users. But they haven't supplied any evidence of that.

Mr. Baseer claims that X can look up the number of active devices that have versions of the app, but he supplied no documentary evidence showing any of the number of users.

But, also, I want to highlight, Your Honor, you asked several questions that I think were the important questions, which is: Is this actually a continued use by X? And the answer to that is no.

This is an old piece of software that people downloaded under then-available Twitter app that just resides on their phone that they haven't deleted or accepted any updates.

Mr. Baseer's own reply declaration, he supplies new evidence of printouts from Reddit and from X.com, which purport to reflect post comments of users

who still use this on their phone. But actually what you see in the comments --

Chris, maybe you can pull these up.

The comments from those is that the software is not being updated, it's not being even supported. Most of the users are saying --

Keep going up there.

Many of the users are saying that the software doesn't even work anymore, that many of the features don't work. The reason the features don't work is because it's not being updated. It is a relic. It's a piece of software.

So Your Honor mentioned this is like having a book that you bought a long time ago sitting -- maybe a more apt description is software used to be distributed on CDs. They would send them to your house. Many of those CDs are still sitting in my house. That doesn't mean that the company that sold them to me years ago is still using the mark just because I continue to have the CD. The same thing is true with that mobile software.

They also try to say that some of this was authorized, and what they mean by that is that third parties on these APK sites are offering for download, independently, old versions of the Twitter software.

**THE COURT:** They are really saying, "We are

not enforcing it. We are not going after them."

**MR. McKENNA:** That's right, Your Honor. But as you noted, that's not authorization that counts for trademark purposes.

The only kind of authorization that counts would be a license, where the third party was offering goods and services under the control of the licensor.

So X would need to have supplied evidence that it's exercising control over the quality of the software that's being offered by these third-party sites.

They've offered none of that evidence. In fact, if they think those are licensed uses, then X is engaged in naked licensing, and they should forfeit the marks for that reason because they are not exercising control over these third parties.

Refraining from asserting some kind of IP right that they haven't even established is not the same thing as a license. They haven't given us any evidence that those are licensed uses. So those should not be evidence that's counted in favor of X.

**THE COURT:** All right. Let's take a five-minute break. When we come back, if the plaintiffs want to move forward, I think they are going to have to put on evidence, and then it will be subject to

cross-examination. Then we will continue the hearing. All right?

**MR. McKENNA:** All right.

**THE COURT:** We will do that.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated. Let's go forward.

**MR. McKENNA:** Your Honor, before we begin, I forgot to mention that I referenced some slides, I do have hard copies of those. I'd like to offer them to the bench.

**THE COURT:** Sure. Yes, please.

All right.

**MR. KAGAN:** Your Honor, if Your Honor will hear testimony, we'll call Naser Baseer to the stand.

**THE COURT:** Okay. Thank you.

**THE CLERK:** Raise your hand. Please state and spell your name for the record.

**THE WITNESS:** My name is Naser Baseer. First name is N-A-S-E-R, B-A-S-E-R.

NASER BASEER, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**THE CLERK:** Thank you. Please be seated.

DIRECT EXAMINATION

**MR. KAGAN:** Your Honor, may I hand Mr. Baseer a binder with the exhibits to his declarations?

**THE COURT:** Sure.

**MR. KAGAN:** If you'd like, I can hand one up.

**THE COURT:** I've got his declarations. We're good. Thank you.

**BY MR. KAGAN:**

**Q.** Good morning, Mr. Baseer.

**A.** Good morning.

**Q.** Can you please introduce yourself to the Court.

**A.** My name is Naser Baseer.

**Q.** And where are you currently employed, Mr. Baseer?

**A.** I'm employed by X Corp.

**Q.** What are your responsibilities at X Corp.?

**A.** I help manage, both prosecute and enforce, IP rights on behalf of X Corp. That specifically includes all of its brands, including, for example, X, X logo, Twitter, bird logo, tweet, and various other trademarks. I also work as product counsel, and I support litigation and licensing.

**Q.** What is your current title at X Corp.?

**A.** I am director, associate general counsel, or director of legal.

**Q.** How long have you been employed by X Corp.?

**A.** I've been at X Corp. for over ten years.

**Q.** What other positions, if any, have you held while employed at X Corp.?

**A.** I was hired as senior counsel, in fact, by Mr. Stephen Coates. He's the one who hired me on.

I was fortunate enough to become the associate director after a couple of years, actually, probably after a few years, and then I was also fortunate enough to be moved to my current position, which is director, associate general counsel, X Corp.

**Q.** In your roles at X Corp., what work, if any, have you done involving the marks that we've been discussing today, the Twitter mark, the tweet mark, and the bird logo?

**A.** Since I joined, I was responsible for and initially worked with Mr. Coates in developing the strategy to protect and enforce all of the Twitter, bird logo, tweet, and various other trademarks that are owned by Twitter, Inc. at that time, and now its successor, X Corp.

**Q.** How did you come to be involved in the case that occasions us being here today?

**A.** It's -- I, as part of my responsibility, help, of course, protect and enforce our rights in connection with the Twitter and other trademarks.

And as part of that responsibility, I work with outside counsel in order to work on this case. And more specifically, I'm also the declarant in this case.

**Q.** How did you come to learn about Operation Bluebird, the defendant in this case?

**A.** It's -- we came to learn of it when the cancellation petition -- or petition for cancellation was filed by Operation Bluebird in connection with our trademark with the USPTO.

**Q.** Shifting gears a little bit, going back to your time when the company was Twitter, Inc.

Can you tell us a bit about the background of Twitter and the brand?

**THE COURT:** Let's do this. The only issue is the use. Let's go right to the use, whether it's bona fide use or it's not.

**MR. KAGAN:** Of course, Your Honor.

**BY MR. KAGAN:**

**Q.** Mr. Baseer, can you tell the Court about the uses of the marks that we've been discussing today that X Corp. makes?

**A.** X Corp. made deliberate choices about continuing use of the marks. As part of my responsibilities to come up with the strategy in order to ensure that we appropriately use our marks, appropriately defend our rights, I execute on business direction. And in this case, we were going to rebrand, so the primary rebrand would become X.

My job was to also come up with the strategy in order

to ensure that that transition took place appropriately. And in this case, X became the primary brand and Twitter became the secondary or tertiary brand.

In order to ensure that we maintained our rights in our brands, we made deliberate choices about where the changes would be made, how they would be made, and what continued uses we would have.

So specifically, for example, we had the opportunity to decide whether to just maintain the twitter.com domain name as a simple, static, defensive domain that we hold, but it doesn't do anything. And you can register and hold and maintain domains for defensive purposes, where they don't resolve into anything. If somebody types it, it goes nowhere.

We made a deliberate choice to ensure that it actually still led to the platform. That platform continues, and it leads to the current version of the platform through the site. So that's one deliberate choice that we made.

Second choice that we discussed and that I spoke with was related to our -- a number of our master services agreements and other agreements that we had with clients and vendors.

And in connection with those, we wanted to ensure that there was continuity with respect to our brands, and

continuation and our ability for our clients to continue to be able to use it in various capacities.

And so we made deliberate choices to continue to allow clients, if they chose to, to represent what they had done on the platform at particular periods of time and during other periods of time to be able to use those.

So we maintained the agreements. We maintained the uses. We maintained the Twitter brand guidelines. And so that all of these uses and the continuity of the brand would still be maintained.

In addition to that, we made some deliberate choices about evaluating the entirety of the site. And in instances where we would absolutely scrub the site to transition to the new X and X logo branding, and then in instances where we would ensure that the references to Twitter, tweet, bird logo would be maintained, and that is another way that we made some deliberate choices in order to do that.

We also have deliberately, during certain events, talked about both the X branding as well as the Twitter branding because our clients and our customers are still familiar with that, and they have the opportunity to still talk about that.

So specifically, for example, we've worked with a number of our clients. The NBA, who was interested in

also continuing to use the brand advertising, I know that the sales and relationship managers were asked about that. We worked with the NBA to ensure that use continued, or NBA was able to use that.

There are a number of these kinds of uses that we have used and continue to use over time since then. And these choices were made and these uses continue despite the rebranding effort.

So those are just some of the examples, and I can continue on and talk about.

**Q.** We will talk about some of those in more specifics, but one of the things that you mentioned was that the company rebranded its primary brand to X.

Why did it decide to retain the Twitter and tweet and bird logo branding as a secondary brand?

**A.** There were several reasons why. Number one is our customers still associate that brand, and we knew that that association continues and will continue.

And, in fact, like, even just a few weeks ago, there was a show by John Oliver, where he talked about the X and Twitter. And during the entire show, the X branding was there, as well as the Twitter bird logo was there. And he referenced it as Twitter the entire time.

The customer base that we had, the uses that we have, they are very loyal, and some of them swear that it will

be Twitter, and it will always be Twitter for them. The references throughout shows other things like that.

So one, we knew our users still associate our Twitter branding bird logo as our site or leading to our site. That's one reason.

Second reason is we've over time spent millions of dollars, tens of millions of dollars, as well as human resources, including my time, Mr. Stephen Coates' time, others who have worked on these to build up equity and value in that brand.

It's a valuable brand. It still continues to be valued at hundreds of millions of dollars. And we want to maintain that value.

In addition to that, as I said, it's still us. Just because we rebranded and have a primary branding doesn't mean that we can't continue to have our secondary branding and continue to have our association with our own IP.

**Q.** So I want to talk in more detail about some of the specific uses, including the ones that we talked about earlier this morning.

So the first one I think you mentioned is the domain name twitter.com.

First, can you describe how that is -- that domain name is continued to be used by X Corp.?

**A.** We maintain the domain name with our registry, and we

ensure that anybody who types in twitter.com is taken to our platform.

**Q.** And how many people -- strike that.

Do you know how many people access the platform through the twitter.com domain name?

**A.** As I said in my declaration, we did have -- and I worked with our engineering team to pull the data to see how many people still are directed towards our platform using that domain name.

And at least at December -- in December on that date when we had that data pulled, 4 million people were still using twitter.com in some form, whether they were typing it in, whether it was part of a bookmark, or whether it was LinkedIn, were still using that domain to come to our site.

**Q.** Does X Corp. have the ability to retain that domain without having it direct anywhere?

**A.** Yes. You can absolutely register a domain name and not have it resolve anywhere, meaning it just doesn't go anywhere. It's still under your control. A lot of brands do this for defensive purposes, so other people don't snatch it up and misuse it or direct it towards a competing product without authorization.

Every brand has their opportunity to do that. We had the opportunity to do that. And we chose to actually have

it still direct to the platform.

And, frankly, other brands -- even before the rebranding, other brands like tweet.com or twttr.com would also still lead to the platform. So the use can happen in many different ways.

And this is a common use by brand owners to actually have multiple brands still be directed to the same service, as long as they're providing the same service -- providing the same service.

**Q.** To be clear for the record, who owns the twitter.com domain name?

**A.** X Corp. owns and operates the twitter.com domain name.

**Q.** Okay. I want to shift a little bit and talk about the app that you discussed in your declaration that we talked about earlier this morning.

You explained in your declaration and Ms. Bannigan discussed how X Corp. maintains or how users can use a Twitter-branded app.

Can you explain to the Court how that works?

**A.** Yes.

Twitter develops apps that are distributed through various different channels. For example, the Apple App Store. We talked about how a version of the app is currently available through the Apple App Store. It

includes description, title, all of that information that is entirely within X's control. And X uses that platform in order to distribute that. And as was pointed out earlier, we continue to use the reference to Twitter in connection with that app.

There are other platforms, for example, older versions of apps can actually be distributed by others if they're using the same thing. The key thing there is developers have the opportunity to stop the old versions of the app from accessing their services.

Twitter made a deliberate decision, X Corp. continues to allow access by those individuals using the older versions of the app to the service. And it continues to do that to this day.

**Q.** Why did X Corp. make that deliberate decision?

**A.** Again, there are -- as I mentioned earlier, there are fans of the brand that will always associate our platform with Twitter. And we wanted them to continue to have the opportunity to enjoy our services without actually having to switch that app. So they can continue to have the icon as the bluebird logo and the description underneath the icon, the app name shows still as Twitter in that instance.

**Q.** You stated in your declaration that at least 200,000 mobile users maintain a version of that Twitter-branded

app, and I believe you heard earlier Mr. McKenna stated that you don't have any personal knowledge of that.

Can you respond to that comment?

**A.** Sure.

As part of my responsibility, obviously, I cannot go and check all of these things myself. So I work with the engineering team to actually find information.

We know that people reach our services in many different ways. We have technology to understand which versions of the apps are reaching out to us, which domains are coming to us.

And so in this instance I worked with our engineering team to pull data related to how many people were using version of an app, at least during that day, and just so that I'm clear, this is only for the iOS. We haven't even looked at Android or other versions.

And our engineering team found that this version of the app that includes the bird logo and the Twitter reference. There's still at least 200,000 people using that version that is reaching out and calling our services on the back end.

**Q.** And the data that you're referring to, is that data that's kept and maintained by X Corp. in the ordinary course of business?

**A.** Yes. It's -- we track how many users are coming in.

We have metadata associated with certain users. We are able to -- or our engineering team is able to pull statistics related to that information.

**Q.** And is that data that you've described data on which X Corp. regularly relies in conducting its business?

**A.** Yes. As I said, we maintain information about our users, and we rely on that information for various things.

**Q.** Okay. I'd like to change and talk about another use now.

So earlier you recall Ms. Bannigan was referring to uses of formerly Twitter -- and I can direct your attention to Exhibit 8 of your declaration, it's Docket Entry 11-8.

Can you explain, Mr. Baseer, to the Court what we're looking at in this exhibit?

**A.** This appears to be the Apple App Store app page.

**Q.** The Apple App Store app page for what?

**A.** For the X app.

**Q.** Okay. And do you see the text that says, "Welcome to X (Formerly known as Twitter)"?

**A.** Yes, I do.

**Q.** Do you know, whose decision was it to include that language in the Apple App Store?

**A.** This, again, was a deliberate decision because when the first transition happened, this language was not

included. Then --

**Q.** What do you mean by "the first transition"?

**A.** So when the rebrand first occurred, the transition took place to rebrand the Twitter bird logo as the icon in the top left-hand corner, as you see here to this type of X branding.

However, within just a few -- I think within weeks after this took place, we went back and deliberately added "Welcome to X (Formerly known as Twitter)" to ensure that people who were searching for the Twitter app within the App Store, as well as people who were searching for the Twitter app outside of the App Store, would find the Apple app link and have an understanding that this is one and the same app, same platform.

**Q.** Why did you want people to understand that or why did X Corp. want people to understand that after the rebrand to X?

**A.** Well, again, we provide goods and services under both our primary and our secondary brands. Some of those services overlap. And in this case, we also have a number of users who still look for and use the term "Twitter," our brand, in connection with searching for our services or our goods.

There are people who are still searching for Twitter within the Apple App Store. And we didn't want them to be

confused or didn't think that this app was associated with Twitter.

And so in order to maintain offering our services under both of these brands, we added this language.

**Q.** Okay. Now, in your declaration -- Ms. Bannigan talked about this a little bit earlier this morning.

In Paragraph 52 of your declaration, you refer to national ad campaigns with clients and partners like the NBA, Brandwatch, and Sprout Social, where they use formerly Twitter. Can you explain the nature of those relationships?

**A.** Yes. We collaborate with, and have clients who provide both content on the platform, as well as advertise on the platform. And in connection with those collaborations, we have certain efforts where our clients may want to use and reference our platform and their presence on the platform to their customers as well.

So we work with those clients and customers in order to grant permission to use our marks appropriately in their own campaigns.

In this case, for example, the NBA was interested in ensuring that their users also understood that it's one and the same, and they could go either way to reach their content on the platform. And then that -- for that reason, we allowed the NBA to use formerly Twitter.

**Q.** Can we turn now to -- I want to talk about some of the vendor materials that we talked about a little bit earlier this morning. And you discussed these a bit in Paragraph 46 of your declaration, and I can direct your attention to Exhibit 5 in the binder in front of you. It's Docket Entry 11-5, and I'll direct your attention to Page 67. There are some page numbers in the bottom right.

Can you explain to the Court what this e-mail is dated October 28, 2025?

**A.** This appears to be an e-mail that's directed to a potential vendor to onboard them as a supplier in connection with some of the offerings that they have for our X Payments LLC subsidiary.

**Q.** Why does the term and the mark Twitter appear in this e-mail?

**A.** As I mentioned earlier, we made some conscious decisions with respect to certain agreements, MSAs, and other things like that because we knew that brand association still continued and we wanted to continue use of our mark. And we thought this was another way of doing so.

And so, as you can see, even the templates include both the X branding, as well as the Twitter branding. And this e-mail -- so we continue to use these types of e-mail addresses and some of these e-mail templates with our

vendors.
**Q.** And to be clear, is this particular e-mail that we're looking at using the Twitter marks a unique one-off?
**A.** I don't believe so. This is just -- these are regular e-mail templates and the Twitter supplier and onboarding materials that we send out.
**Q.** What types of suppliers and -- strike that.
What types of suppliers does X Corp. send these materials to?
**A.** All kinds of suppliers. The vendors provide various different services, and we may, in turn, work with the vendors to collaborate on a number of different products and services.
So, for example, this specific e-mail seems to be addressed related to X Payments, LLC, which is a peer-to-peer payment and payment product that we're building within the platform itself currently. It hasn't launched yet.
We continue to onboard suppliers and work with them in order to develop that product and feature functionality within the app.
And so this looks like it's a supplier related to that that we may collaborate with the supplier, vendor for providing those services to us.
**Q.** Okay. I want to shift and talk about another use.

In your declaration, at Paragraph 44, you refer to a blog at -- available at blog.Twitter.com.

Are you familiar with that?

**A.** With the site, yes, I am.

**Q.** Can you explain what blog.Twitter.com is?

**A.** Yes. We maintain a number of different sites and these are actually really subsites within the overarching twitter.com domain.

So there are a number of these subsites that are related to different aspects of our goods and services. And in connection with this specific subsite, we share information and content about our products and services and sometimes we explain how the technology works or if we, for example, launch a policy that we need to explain further, or we want to talk about, we will use this subsite as that form of content dissemination.

**Q.** And so I can direct your attention to Exhibit 3 of your declaration. That's Docket Entry 11-3.

Am I correct that these are examples that appear on blog.Twitter.com?

**A.** Yes. These are examples of blog.Twitter.com.

**Q.** In your declaration exhibit, there are a number of uses of Twitter that are highlighted.

Can you explain why X Corp. has included articles relating to and mentioning Twitter on blog.Twitter.com?

**A.** Yes. I mean, these are our brands. They continue to be our brands, and so we want to continue using them. We have a number of different uses.

We did scrub various of these sites to continue to also add X branding. But to a great extent and instances where it was appropriate, we thought we would actually continue to use both the primary and the secondary brand together.

So you can see that in these, like, one of these, it wasn't entirely -- yeah. It's all of these. There were not entirely scrubbed of all references to the new branding, but they use both co-branding, the X as well as the Twitter and other brands.

**Q.** Now, Operation Bluebird has argued that these blog posts were put up prior to the rebrand, and has referred to them as historical remnants.

What's your response to that?

**A.** They're currently available. They are available to our users now. We continue to maintain them. We always have the opportunity to completely scrub all references if we wanted to. We have the opportunity to completely remove all of these references if we wanted to.

But we don't because we want to make sure that we have an opportunity for our users to find information about all of our different brands, and this continues to

be one way that we continue to present both of our brands.

**Q.** Let's take a look at another use that we discussed this morning. If I can direct your attention to Exhibit 5 to your declaration. That's docket entry 11-5. And let's go to Page 11.

**A.** Yes, I'm there.

**Q.** Do you see in the upper left corner, there's an image of the Twitter bluebird, and it says, "Twitter objective playbook"?

**A.** Sorry, what page? Sorry.

**Q.** Page 11 of Exhibit 5, if you look at the numbers in the bottom right.

**A.** Sorry, this is weird. My binder has Page 10, and then on the other side has Page 14.

**MR. KAGAN:** Your Honor, can I just hand Mr. Baseer another binder that has the full pages?

**THE COURT:** Sure.

**MR. KAGAN:** Thank you.

**BY MR. KAGAN:**

**Q.** Okay. Mr. Baseer, so Exhibit 5, docket entry 11-5, at Page 11.

Are you there?

**A.** Yes, I'm there.

**Q.** Do you see in the top left corner, there is an image of the Twitter bluebird, and it says, "Twitter objective

playbook"?

**A.** Yes.

**Q.** Can you describe what this document is?

**A.** Yes. This document is information about our Amplify product, which is really a video product that we offer as an advertising option on the platform.

And it talks about how you can get started with this, how the ads actually appear within the platform, how advertisers can advertise using the various different tools that we offer in connection with this particular product.

**Q.** And if you flip through this document -- we looked at some of these pages earlier -- you'll see references to tweet and Twitter throughout that are highlighted.

Why does this document refer to Twitter and tweet?

**A.** As I said, we continue to offer our goods and services under multiple different brands. There are also existing clients and customers that started with us a long time ago and still need the appropriate guidelines with respect to the types of advertising that we provide.

And this is another one of the documents that can be provided to our clients, in order for them to understand how Twitter Amplify works, how it continues to operate.

And so these are materials that can be used by our sales teams to share with clients who want to advertise on

the platform.

**Q.** How can clients and customers access these materials?

**A.** Either they can be shared by our teams or advertisers can literally -- or prospective advertisers and customers can literally search for Twitter ads, and they will come across these sites.

**Q.** Where would they search Twitter ads to come across the sites?

**A.** You can search in multiple different place. I mean, most users search using search engines like Google or Bing or other search engines that are available.

In addition to that, users can go on to, like, blogs or Twitter ads or X ads to sites and conduct a search within our site itself and still come across these references.

**Q.** Operation Bluebird's counsel referred to uses such as these as sporadic.

What would be your response to that?

**A.** As I said, we have now a primary brand and a secondary brand. And the number of uses, the types of uses evolves based on what the business direction is at the time. And so the appropriate level of the use for our brand, and particularly one that is now a secondary brand, necessarily is less than what it may have been when it was the primary brand.

And so we adjusted our strategy and our uses accordingly and use it strategically, where we still offer it in connection with our goods and services where it's appropriate, continue to use it in a manner that is appropriate and reflects the new branding as the secondary brand.

**Q.** Okay. I want to talk about a different use now that we did not actually talk about this morning.

In Paragraph 45 of your declaration, you talk about how X Corp. maintains Twitter branding on other social media platforms, such as Facebook, Instagram, LinkedIn, and YouTube.

And I'll direct your attention to Exhibit 4 of your declaration. That's docket entry 11-4, where I believe you attached images of how X Corp. has used Twitter branding on social media pages.

**A.** As we continue to maintain our social media pages on various other social media sites, including, for example, Facebook, Instagram, YouTube, LinkedIn.

**Q.** Why does X Corp. continue to do that?

**A.** It's very straightforward. We know where our users still refer to us in many ways as Twitter, still search for us as Twitter.

So these provide forums for them to continue to discuss, and then these sites also, when they click on the

twitter.com link, are directed to our platform and our service.

**Q.** So am I understanding correctly that from these Twitter-branded social media accounts, a user can get to X Corp.'s platform?

**A.** Yes. These include links to, for example, like twitter.com, and when they click on that, they will be redirected to our platform.

**Q.** Operation Bluebird has also argued that these social media pages are historical uses because Twitter doesn't currently -- or X Corp. does not currently post to them.

What's your response to that?

**A.** It's always been our practice that we maintain these sites, but we don't use them as frequently because we use our own platform to disseminate most of our information and content.

And you can see even in these -- when you look at back at the historical use, even during the time when there was no other brand but the Twitter brand, the posts are very sporadic by Twitter and X.

We, like I said, don't necessarily use these sites too often, and that doesn't mean that we've somehow relinquished our rights in these sites or the branding here that's presented here. It just means that we use these rarely.

**Q.** Who owns and operates the Twitter-branded social media sites that are in Exhibit 4 to your declaration?
**A.** Technically, I don't know who -- I believe the platform that they are on would own it. But Twitter operates and manages these sites. Twitter controls what we do with these sites.
In fact, like, these were sites that were brought up as part of the rebrand, and we decided not to switch out the Twitter branding.
**Q.** Just to be clear, when you say "Twitter," are you referring to X Corp.?
**A.** Yes, sorry. I still use them interchangeably.
**Q.** Do you have an understanding as to whether users on the social media platforms continue to interact with the Twitter-branded pages?
**A.** Yes. I believe there are posts as recent as just weeks ago or a couple of months ago on some of these sites that are used by users.
**MR. KAGAN:** And for the record, I believe that what Mr. Baseer is referring to is at Pages 13 and 14 of his reply declaration, which is docket entry 37.
**BY MR. KAGAN:**
**Q.** Let's talk about another use that you discuss in your declaration.
In Paragraph 49 of your declaration, your first

declaration, you talk about the Twitter brand guidelines, and I can direct you to Exhibit 6 of your declaration. That's docket entry 11-6.

Can you explain what the Twitter brand guidelines are?

**A.** Yes. We developed brand guidelines so that users can appropriately use our marks. The guidelines provide guidance on, for example, how the brand should appear, how -- what the size limitations are, what the flexibility is with respect to the use of those brands.

And they essentially grant permission to use those brands in specific contexts as long as that use is in accordance with the guidelines. And these are references that users and customers and anybody can use in order to determine exactly what our brand -- and how it should appear.

**Q.** And are these still valid guidelines for X Corp.?

**A.** Yes. As I mentioned, there are a number of our users that continue to use the brand logo that always had permission to use it in certain contexts, and they continue to use it, and we need to continue to provide them brand guidelines to ensure that they are being used appropriately.

**Q.** Operation Bluebird has argued that this is another historical use because the guidelines are dated

October 2020.

What's your response to that?

**A.** Brand guidelines are -- is guidance about a particular brand. Unless the brand itself changes, there is no need to update guidelines.

In fact, many guidelines are not updated for years at a time because the brand itself hasn't changed and the restrictions or the uses that are permitted under those brand guidelines don't change. And so brand guidelines exist for a period of time without any changes.

In fact, you know, even if the argument is, like, the current -- for example, with the X brand, that's the primary brand. The brand guidelines when they were initially created are the same guidelines that are being used now.

And even during when there was no X branding and it was only just Twitter as the primary brand, the brand guidelines were created and would not be updated for years at a time.

**Q.** How can somebody who wants to use the Twitter brand pursuant to these guidelines access these guidelines?

**A.** Like I said, many people search for brand guidelines when they want to use somebody else's brand guidelines.

So, for example, I do that when, for example, our marketing and sales teams wants to use, for example, the

Apple logo. To advertise that our app is available in the Apple App Store, I will just literally type in Apple brand guidelines, click on the links that appear, go to the page, download the guidelines, and then understand and read through what the restrictions are, how we can use it, and then share that with my sales and marketing team in order to do that.

Similarly, users are going to type in and search for Twitter brand guidelines, X brand guidelines, Apple brand guidelines, all of the brand guidelines in that way, and navigate to that page and then download or view it in their computer.

**Q.** Does a user need to be aware of a specific domain name or URL address in order to access the Twitter brand guidelines?

**A.** No. In fact, most users are not typing in long URL names. And in fact, like, most sites and sub sites have lengthy URLs with characters at the end. It's very rare that people fully type in the entirety of a URL.

The practice that most users use is either searching through the search sites, like Google or Bing, as I mentioned, or they will go to the overarching site and then search within the site itself and find the appropriate link.

**Q.** Can I ask you to turn to the last page of the

guidelines in Exhibit 6 to your declaration?

Do you see at the top left -- you have to turn the page sideways -- there's the Number 16, and it says "legal" at the top?

**A.** Yes.

**Q.** Okay. And do you see under the heading "legal," it says, "By using the Twitter trademarks and these brand guidelines, you agree to follow these Twitter trademark guidelines (The guidelines), as well as our terms of service and all other Twitter rules and policies"? Do you see that?

**A.** Yes, I do.

**Q.** Why is that included in there?

**A.** Well, as I mentioned, brands have many different users and many different use cases in how users may use their brand.

It's impractical for any large brand to enter into specific negotiated license agreements with every single individual who needed to use it.

So from a practical perspective, there is a differentiation between certain types of uses that are far less risky. And generally, in that context, all of the brands provide brand guidelines to ensure that while they may use those brands, typically downloaded from a site or provided by the brand holder when requested, they will be

subject to terms like this. It's almost akin to when you -- yeah.

Download a software and there are terms, or use a website and there are terms associated with the website. And your use of the website is subject to those terms. And it's the same concept here, where if you are using the brand, then you have to comply with these guidelines and you're subject to these guidelines.

And that allows -- that essentially says that we grant them permission to use the brand in connection with these guidelines, so long as the guidelines are met. If not, then we reserve the right to revoke that permission.

**Q.** If you look on that same page to the gray box on the right, are those the terms that you were just describing that need to be complied with if people want to use the Twitter brand?

**A.** Yes. Those, along with all of the other specific criteria that's set forth. For example, size, color, all of that stuff.

**Q.** Does X Corp. take any steps to monitor or ensure that third parties who are using the Twitter marks are doing so in compliance with these guidelines?

**A.** Yes. We run random periodic checks. More specifically, as I mentioned, one of my responsibilities is to manage the enforcement of our brands.

I meet with our outside counsel on a weekly basis, and we conduct various different types of enforcement reviews. One of those enforcement reviews is we will randomly periodically check if users, for example, are using the bluebird social media icon, that that icon is appropriate under the brand guidelines, and that if a user of that site clicks on that, that it actually directs to our platform and not to anyone else.

**Q.** Now, in Paragraph 50 of your declaration, you refer to third parties that use the Twitter marks, including the bird logo that -- you just described one of them that you mentioned in Paragraph 50, is JetBlue. You also mentioned Loreal, Bilt Rewards, and Snap, Inc., and I believe you attached examples of those as Exhibit 7 to your declaration.

These uses that you've cited, are these being used in compliance with the Twitter brand guidelines?

**A.** Yes, they are.

**Q.** And how do you know that?

**A.** Well, as I said, we conduct periodic checks. We particularly -- for example, Loreal is a client. And so when we review the materials when we have these discussions with my outside counsel, we will periodically check for these kinds of uses. And I know, at least for Loreal, specifically, for example, that I had checked

within the last several months.

Then we knew, you know, a number of the other sites. That's why I have some of the examples.

**Q.** You've heard counsel for Operation Bluebird argue that these are uses by third parties and not by X Corp.

How would you respond to that?

**A.** These are uses that are allowed by X Corp. by the third parties. Like I said, there are a number of instances where third parties need to use your brands.

And in this specific case, this use is for the third parties to use our brand in order to drive to their content on our platform.

And so X Corp. allows third parties to use it in that manner. But, again, it's all within the context of identifying that they have content on our platform.

**Q.** And in light of all of these different uses that we've discussed here this morning, how do you respond to Operation Bluebird's argument that these uses are either sporadic or historical or remnants?

**A.** Again, we make conscious decisions. I'm not aware that the law requires specific types of uses, other than use in connection with commerce, bona fide uses. I don't know if the law says in one particular context you have to have 100 uses, 1000 uses. We use the brands appropriately. That's always the case and that's always

the case with every other brand. There are primary brands and secondary brands. The number of uses, where they are used, how they are used, are all decisions that we can make.

We had the ability to, and we did, scrub a number of instances of our uses, but we continue our uses in other instances because we made conscious decisions about a number of uses that we wanted to continue.

And, you know, examples of continuing to allow, you know, third parties to use that icon to drive back to our platform using twitter.com and various other uses that we've talked about here were conscious decisions to allow.

Could some pages have been left? Probably. But that doesn't mean that there weren't conscious decisions made about a number of uses that we've outlined.

**MR. KAGAN:** I'd like to pause for a moment, Your Honor. I have nothing further to cover with Mr. Baseer on the uses, but he is prepared to talk about the harm to X Corp., if you would like to hear that.

**THE COURT:** No, let's go on. Let's have cross-examination. Thank you.

**MR. KAGAN:** Thank you, Your Honor.

Thank you, Mr. Baseer.

**THE WITNESS:** Thank you.

**MR. SPRIGMAN:** Your Honor, my name is Christopher Sprigman. I'm here on behalf of Operation Bluebird.

May I proceed?

**THE COURT:** Yes.

**MR. SPRIGMAN:** Thank you.

CROSS-EXAMINATION

**BY MR. SPRIGMAN:**

**Q.** Hi, Mr. Baseer. We've met before. It's nice to see you again. Welcome.

**A.** Nice to see you again.

**Q.** I'm going to ask Mr. McKenna to put up on the screen an internet URL box on Chrome.

**MR. SPRIGMAN:** And would you please, Mr. McKenna, type in twitter.com. Not that one. There we go.

**BY MR. SPRIGMAN:**

**Q.** Mr. Baseer, it resolves immediately to the X.com home page; does it not?

**A.** It resolves to our platform, yes.

**Q.** Is that not the home page for X.com?

**A.** It is the home page for X.com.

**Q.** And if I type in twitter.com it resolves immediately, immediately to the home page for X.com; is that correct?

**A.** Yes. Counsel did type it in.

**Q.** What is the branding on the upper left of the home page for X.com? It is X; is it not?
**A.** Yes.
**Q.** Okay. I want you to look at this page.
And Mr. McKenna will scroll down as slowly as you want him to. And I want you to point to any of the branding that the judge has directed our attention to here today, Twitter, tweet, or the Twitter bird.
If you need to go slower, Mr. McKenna will go slower. You point to the Twitter branding when it comes up.
**A.** You said Twitter branding. You're now defining it as just Twitter, bird logo, and tweet mark?
**Q.** I'm defining it the way the judge defined it earlier, which is the word Twitter, the word tweet, or the bird logo.
**A.** I don't see that branding yet.
**Q.** It's true, is it not, that on the X home page, there are no occurrences of the word "Twitter," the word "tweet" or the Twitter bird logo; am I correct?
**A.** Yes, there are no references. It's not the primary brand.
**Q.** Okay. And if I type in twitter.com a thousand times, it will resolve instantaneously each time, each of the thousand times, it will resolve instantaneously to the X.com home page; am I correct?

**A.** That's right.

**Q.** Okay.

**MR. SPRIGMAN:** Mr. McKenna, would you please type in, in a separate window -- leave that window open -- please type in blog.twitter.com, and press enter, please.

**BY MR. SPRIGMAN:**

**Q.** What happens here, Mr. Baseer, is that it resolves instantaneously to blog.X.com; am I correct?

**A.** Yes.

**Q.** And if I type in blog.twitter.com a thousand times, it will resolve each time instantaneously to blog.X.com; am I correct?

**A.** Yes.

**Q.** Okay. Now, I'm going to do the same exercise here with blog.X.com that I did earlier with X.com.

I am going to have Mr. McKenna scroll down in a minute -- in a moment, and I want you to identify any instance of what you characterize as the so-called, quote, secondary brand. You told us that Twitter and tweet and the Twitter bird icon are X's secondary brand.

So let's scroll down and when you see one of the instances of that secondary brand, you tell me, please.

**A.** I see "Twitter for good."

**Q.** Okay. Where do you see the secondary brand

"Twitter"?
**A.** As part of the popular tags list.
**Q.** So at the very bottom of the page, you see a tag that says "Twitter for good." Am I correct?
**A.** Yes, that's right.
**Q.** Do you know what happens when you click on that tag?
**A.** I don't know.
**Q.** Why don't we do that.
**MR. SPRIGMAN:** Mr. McKenna, could you please click on that tag?
**BY MR. SPRIGMAN:**
**Q.** So clicking on that tag takes you to a page that is at the URL blog.X.com/en_US/tags.blog--twitter-for-good-.
Do you see that, Mr. Baseer? That's the URL to which it resolves?
**A.** Yes, I see the URL up on the --
**Q.** Okay. Did I read it correctly?
**A.** I believe you did, yeah.
**Q.** Okay. So you see the post tag, it says "Twitter for good" and then under that is a post titled "Celebrating Twitter for good."
You see that, right, Mr. Baseer?
**A.** Yes. I see tht.
**Q.** What's the date on that post?
**A.** The post is from May 20, 2022.

**Q.** 20 May 2022. That is a date before X gained control of Twitter, is it not, Mr. Baseer?
**A.** Yes, that's accurate.
**Q.** Okay. So let's scroll down the page. The next post is "Accelerating our client commitments on Earth Day," 22 April 2022. "COP26 is happening on Twitter," 1 November 2021, et cetera.
These posts are getting older as we scroll down the page; am I correct, Mr. Baseer?
**A.** Yes, that's right.
**Q.** Okay. So let's go back.
**MR. SPRIGMAN:** Let's go back, Mr. McKenna, to blog.X.com.
**BY MR. SPRIGMAN:**
**Q.** So "Twitter for good" is basically a tag for a number of blog entries on this blog that are about a subject that was last spoken about more than four years ago. Am I correct?
**A.** Not quite four years.
**Q.** Let's go to the "Twitter for good."
**A.** Yes. Around that time.
**Q.** Okay. So the date is 20 May 2022. So in May, May 20, 2026, you're correct. It will be four years. It is three years and some months ago.
**A.** That's right.

**Q.** Before X took over Twitter, where "Twitter for good" was last posted about on the blog.X.com website; am I correct?

**A.** That's right.

**Q.** Okay.

Let's talk about the app. Sir, do you have a copy of your reply declaration in front of you?

**A.** I don't.

Would you mind providing me one, please?

**Q.** I would not mind.

**MR. SPRIGMAN:** Your Honor, I believe you have copies of these, Mr. Baseer's reply declaration.

**THE COURT:** I do, thanks.

**MR. SPRIGMAN:** May I approach?

**THE COURT:** Yes, please.

**MR. SPRIGMAN:** Thank you.

**THE WITNESS:** Thank you.

**MR. SPRIGMAN:** You're welcome.

**BY MR. SPRIGMAN:**

**Q.** So, Mr. Baseer, I want to call your attention to Pages 6 and 7 of your reply declaration.

**A.** Yes.

**Q.** So if I understand correctly, these are pictures, images, taken from the phone that you say is owned by an unnamed Debevoise associate; am I correct?

**A.** Yes.
**Q.** Now, looking at these pictures, I'm struck by the fact that there is no picture of the feed here. There's no picture in your reply declaration of the feed of this Twitter app that is located on the phone of this unnamed Debevoise associate; am I correct?
**A.** Yes. I don't see a feed.
**Q.** Why is the feed not shown?
**A.** Because this is about where the references to Twitter appear and where the references to the bird logo appear, and these are screenshots of where the references appear.
**Q.** So references to Twitter do not appear in the feed --
**A.** They do not.
**Q.** -- of -- let me finish this question.
**THE COURT:** I'm on six and seven of his reply declaration, and I don't see this.
Is this an exhibit?
**MR. SPRIGMAN:** No, Your Honor. This is actually in the reply declaration at Pages 6 and 7.
**THE COURT:** Got it now.
**MR. SPRIGMAN:** Thank you.
So, Mr. McKenna, could you show X.com home page again, please?
**BY MR. SPRIGMAN:**
**Q.** So you testified, just a few moments ago, Mr. Baseer,

that no Twitter marks appear on the X.com home page on this desktop display.

Am I to understand no Twitter marks appear on the phone display of this Twitter-branded app?

**A.** I can't speak specifically with respect to this person's app, but the timeline, the home feed is not provided as a screenshot here, and the references to Twitter, where they appear within this app flow, are provided here.

**Q.** So the Twitter marks do not appear on the feed of the app; am I correct?

**A.** Well, like I said, it's not in front of me, so I can't confirm for you. But if they did not, we may not have taken the screenshot.

**Q.** Why wasn't the feed included? Why wasn't a picture of the feed included in this declaration?

**A.** As I said, these screenshots are to show where within the app flow the Twitter and bird logo references appear, and the screenshots show where the Twitter and bird logo references appear. I mean, if you wanted to screenshot of every single flow, that would just be superfluous for the purposes here.

**Q.** So we don't know if the feed works on Debevoise associate's phone, do we?

**A.** I can't confirm what this specific person's phone is,

but I can confirm that feeds do work on older versions of our app.

**Q.** How can you confirm that? Where in the record does -- is there evidence that the feed works on this old version of the app?

**A.** Like I said, when we -- when I talked to the engineers to pull the references and numbers with respect to users and app versions that still call our services to provide that, these are app versions that are associated with those 200,000 users.

**Q.** Where is there any evidence in the record that the feed works for this old version of the Twitter software on anyone's phone?

**A.** There may not be any evidence of the feed not having the references, but within the app, there are references here.

**Q.** Where?

**A.** The icon for the app itself includes the bird logo, the name under the icon shows Twitter, within the search functionality in the app, it says, "Search Twitter."

**Q.** Well, let's talk about those. I want to look at those first image, the one that appears to show the Twitter app on the screen of this Debevoise associate's phone.

All that's shown in this image is the Twitter app.

No other apps are shown.

Do you know why Twitter is the only app shown on this Debevoise associate's phone?

**A.** Because it's the only relevant one for this case.

**Q.** How is this image produced?

**A.** Screenshots were taken of the phone.

**Q.** Were there other apps on the phone that were removed?

**A.** Yes. But since they are irrelevant, the screenshot for the app standing by itself was taken.

**Q.** You don't know whether Twitter is the only app on that phone, do you?

**A.** No, I don't. But -- and it's unlikely that it's the only app on the phone.

**Q.** You don't know if this image came from a phone that the Debevoise associate actually uses, do you?

**A.** Yes, I do.

**Q.** What -- where is the evidence in the record of that?

**A.** It's --

**Q.** Can you point me to it?

**A.** I may not have explicitly stated that within the declaration or in the record, but we talked about and I directed them to pull screenshots of apps that are being used.

**Q.** We don't know that the images don't come from a phone that the Debevoise associate acquired for this litigation,

right?

**A.** I do know that that's not the case.

**Q.** How do you know that?

**A.** I talked to the Debevoise team and confirmed that this is the associate's phone.

**Q.** Where is that in the record?

**A.** I'm sorry, I did not explicitly state that in the record.

**Q.** You don't know whether the Debevoise associate actually uses this old version of the Twitter app, do you?

**A.** They used it at least during the instance when this was being taken, but I guess I didn't, in my declaration or on the record, state that the Debevoise associate uses these phones. But -- or uses the app specifically.

But as I said, I directed various individuals and worked with various teams to pull the relevant information for the case.

**Q.** So we don't know, in fact, whether the Debevoise associate actually uses this old version of the Twitter app because we don't see the feed in these images, do we?

**A.** There are different aspects to the app, and we know these screenshots are associated with this particular app.

So just because we don't see the feed screenshot, which is not relevant because it doesn't include the Twitter references, doesn't necessarily mean that the lack

of the feed's appearance means this app doesn't work.

**Q.** I see. Well, let's take a look at the second image on Page 6. That's an image of an inbox. It says, "Welcome to your inbox."

Now, if I understand this app correctly, the inbox is not the feed. It's not a place where you see posts on X. It is, in fact, a place where you receive direct messages from others you may be communicating with.

Am I right about that?

**A.** That's exactly right.

**Q.** Why there are no direct messages in this box?

**A.** The person, for privacy reasons, may have deleted any messages.

**Q.** Do you know if that's the case?

**A.** I don't know with 100-percent certainty.

**Q.** Is there any evidence in the record that that's the case?

**A.** No.

**Q.** So for all you know, this is a Twitter app that's never been used by anyone on a phone that a Debevoise associate purchased for the purpose of this litigation; isn't that right?

**A.** No. That's incorrect. As I said, I talked --

**Q.** Take a look at the same image, "Welcome to your inbox." Above that is a outline of a head. Above left

corner of that image, outline of a head.

Usually, if I understand this correctly, that would be the place where the user icon is pictured, the user's avatar is pictured, the user's picture is pictured.

There's no picture there; am I right?

**A.** Yes, that's right.

**Q.** But there's no indication that there was a picture there and it was blanked out, like you blanked out the e-mail address on the vendor form; am I right?

**A.** I'm not sure I understand your question.

**Q.** Here's my question: How do we know that this app has ever been used by anyone when there's no user, there's no messages in the inbox, there's no feed, and it comes from a phone that apparently only has the Twitter app on it? How do we know?

**A.** As I said, the screenshot was taken from a phone of an associate that actually still uses this app.

Now, as I said, for various reasons, it may have been -- the messages may have been deleted. The timeline, if it didn't reference Twitter, was irrelevant as a screenshot, and the screenshots that were most relevant were presented here as part of the reply brief.

**Q.** Does X currently distribute an app that is branded Twitter?

**A.** X does not, itself, distribute.

**Q.** How old is the version of the app pictured on this phone of a Debevoise associate?
**A.** This is likely at least four years old.
**Q.** Okay. And Twitter -- you say earlier in your deposition that 200,000 people or thereabouts are using some old version of the Twitter app on their phone; am I correct?
**A.** At least on the IOS, yes.
**Q.** Why was no data submitted about the number that are using the old Twitter app, the number of users?
**A.** I'm sorry, the data is 200,000 users.
**Q.** Where in the record do we see that data?
**A.** It's not in the record, if you are talking about the actually log files as support for the number. I'm not sure I understand.
**Q.** Any substantiation for 200,000 users using old versions of the Twitter app, is there anything in the record that substantiates that claim?
**A.** It's data that stands on its own.
**Q.** Well, that's a legal conclusion. I'm just asking you a simple question.
Are there any documents or exhibits or anything in this case in the record, other than your statement that it's 200,000 users, that substantiates that 200,000 people are using some old version of the Twitter app on their

phone?
**A.** Right. The specific log files that may have been pulled to determine that number are not included.
**Q.** Okay. Thank you.
Okay. I want to turn to... I want you to turn, please, to your original declaration. In particular, I ask that you turn to Exhibit 8, Page 3.
**MR. SPRIGMAN:** Mr. McKenna, do you have a slide of that? Thank you.
**BY MR. SPRIGMAN:**
**Q.** Are you there, Mr. Baseer?
**A.** Yes.
**Q.** Okay. Great.
This is, if I understand it correctly -- this is, if I understand it correctly, the X app as it appears as of December in the App Store on the Apple platform.
Am I correct about that?
**A.** Yes, that's right.
**Q.** So your primary brand, you testified, is X; am I correct?
**A.** Yes.
**Q.** In fact, if you look at the upper left-hand corner, there is a very large letter.
What is that letter?
**A.** That's actually the design, but it's X design.

**Q.** Okay. It's the design for X. It is a stylized X.

To the right of that very big X is another letter, and what is that letter?

**A.** It's X.

**Q.** Okay. And if you look down a bit to, essentially, the middle of that page -- well, before we go to the middle, let me just tarry.

If you look below the big X and the smaller X at the very top, you see a line of things. There's a rating, 4.6 stars, ages 16 plus, category, and then it says, "developer."

And who is the developer?

**A.** X Corp.

**Q.** X Corp. Okay.

If you would point me to the occurrence of the word "Twitter" on that page?

**A.** It's highlighted, "Welcome to X (formerly known as Twitter.)

**Q.** Okay. So it's in the middle of the page beneath very -- one very prominent occurrence of the letter X, another fairly prominent occurrence of the letter X, the identification of X Corp. as the developer. It is below a bunch of screenshots of the app. It says, "Welcome to the X (formerly known as Twitter.)

It's highlighted on this exhibit, but it's not

highlighted on the page at the Apple web store, is it?

**A.** No, it's not highlighted.

**Q.** No, it's not highlighted. It is in small text, not bolded, not italicized, not underlined, in a block of text about halfway down the page, with nothing to set it off or to emphasize it. It says, "Welcome to X (formerly known as Twitter), your trusted digital town square," et cetera.

Have I read that correctly?

**A.** Yes.

**Q.** And it's your testimony, if I understand, that -- your testimony correctly that that usage in small type, unbolded, unitalicized, ununderlined, in the middle of the page, beneath your primary brand, that is a use in commerce of your secondary brand Twitter, and it proves bona fide usage, it is deliberate and continuous, not sporadic, casual, or transitory.

Do I have your testimony correct?

**A.** Yes.

**Q.** Okay. Thank you.

Okay. I want to talk about the NBA. That, I believe, is Exhibit 9.

So would you please, Mr. Baseer, go to Exhibit 9 of your declaration, Pages 3 and 4. It's two pages. We only have Page 3 up at the moment on the screen, but Pages 3 and 4 of Exhibit 9 to your declaration.

This, if I understand your testimony correctly, is a announcement, a press release by the Boston Celtics and FanDual, a sports betting site, announcing a partnership.

Am I correct about that?

**A.** Yes.

**Q.** And if you look at the headline, it's Boston Celtics and FanDual Sportsbook announce partnership. That's the headline.

Then there is a date and a link, and beneath that -- oh, let me just direct you to the -- closer to the top of the page, there are two logos, one for the Boston Celtics, the other for FanDual; am I correct?

**A.** Yes, that's right.

**Q.** Okay. No X logo at the top, right?

**A.** No.

**Q.** Okay. Could you point me to the first occurrence of the term X?

**A.** Yes. It's on the sub headline, "The C's and FanDuel Sportsbook to partner on first-of-its-kind docuseries, 'All In: The Boston Celtics,' premiering exclusively on X."

**Q.** Okay. So in the subhead, X appears, the X brand appears at the very end.

Now, looking at your exhibit, Exhibit 9, Pages 3 and 4, could you point me, please, to the use of the term

"Twitter"?

**A.** As it's conveniently highlighted here, each episode of" -- "As it's conveniently highlighted here, each episode of, 'All in: The Boston Celtics," will premiere on the Celtics account, @Celtics, on X (formerly Twitter)."

**Q.** So you're right, it is highlighted.

But it wasn't highlighted on that press release, was it?

**A.** No.

**Q.** Okay. So it appears, if I understand you correctly, in the penultimate paragraph of a two-page press release the term "X (formerly Twitter)" appears; am I correct?

**A.** Yes, it appears on the second to last --

**Q.** It appears in small type, unadorned by any italicization, underlining, or bolding. It appears along with a whole bunch of other text. And this is a use that you say is a bona fide usage that demonstrates that use of the mark has been deliberate and continuous, not sporadic, casual, or transitory.

Do I have your testimony correct?

**A.** Yes, that's right.

**Q.** Okay. So let's talk about vendor materials. I'm interested in Exhibit 5. In particular, Page 67 of Exhibit 5 for the moment. Would you turn to that, please?

So in Exhibit 5 of your declaration, Page 67, you see an e-mail, which you discussed in your declaration; am I right?

**A.** Yes.

**Q.** You discussed it in Paragraph 18 of your reply declaration, correct?

**A.** Yes, it's Paragraph 18 of my reply declaration.

**Q.** So in your role as counsel to X, do you review vendor communications as a regular part of your job?

**A.** Not all vendor -- no.

**Q.** Do you review any vendor communications?

**A.** When templates are formed, yes. I do review templates that may be created.

**Q.** You don't know who this was sent to?

**A.** I don't know who this was specifically sent to, no.

**Q.** You don't know how many times something like this is sent to a vendor, do you?

**A.** I do know that we use these regularly. I don't know the specific number of times that the template is used.

**Q.** Where is that evidence of regular use in the record?

**A.** As I said, I know that the business actually uses these templates and sends them out, and this is one example of that use.

**Q.** Okay. But you don't know how many times, and there's nothing in -- there's no evidence in the record about

that, is there?
**A.** No. There's nothing that -- where I've stated specifically how many times this template was used.
**Q.** Okay. Here's something I want to know from you.
What is X using the Twitter marks to sell here? What product or service is X using the Twitter marks to sell in this e-mail?
**A.** In this case, X is actually soliciting the -- and onboarding the supplier.
**Q.** So X is looking to buy stuff?
**A.** Yes. It's looking to buy stuff and collaborate with a vendor in connection with its peer-to-peer payment service that it's going to launch.
**Q.** But X is not using this communication in any attempt to sell anything its -- to a vendor?
**A.** It's -- we may work with the vendor in order to collaborate with them in various different capacities, but I don't know in this specific instance.
**Q.** There's no evidence in the record of any product or any service that X has used the Twitter brand by virtue of these vendor communications to sell in the market, is there?
**A.** No. This record may not show that we are selling that, or this document in the record.
**Q.** So earlier, your counsel asked you whether this was a

unique use, and you said, quote, "I don't believe so."

Do you know that this was not a unique use?

**A.** Yes. We have multiple different uses. This isn't just the sole use of the Twitter, tweet, or bird logo. We have been talking about a number of different uses.

**Q.** So these vendor materials, they're old, right? They predate, specifically -- their creation predates the takeover of Twitter by X; am I correct?

**A.** It's very likely the template was created before the acquisition, yes.

**Q.** Okay. I want to talk about paragraph -- I want to talk about this amplify your videos document, which -- let's see if I can point you to it.

**MR. SPRIGMAN:** Your Honor, we have some technical difficulties here. For some reason, the system has stopped showing our documents. I wonder if we could have a technical break for five minutes?

**THE COURT:** Why don't we take a lunch break? Did you all have lunch brought in?

Is 12:45 enough time for you to eat lunch and get back?

**MR. SPRIGMAN:** We will eat rapidly.

**THE COURT:** Let's do that. We will be back at 12:45.

Now, the witness is on cross, so you cannot

have any conversations with counsel about the nature of your testimony, okay?

You can step down.

**THE WITNESS:** Thanks.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

Did you get the technical stuff working?

**MR. SPRIGMAN:** Yes.

**THE COURT:** All right. Great.

**BY MR. SPRIGMAN:**

**THE COURT:** All right. I will remind you that you remain under oath.

Go ahead.

**BY MR. SPRIGMAN:**

**Q.** Okay. Mr. Baseer, welcome back.

I would like, if you would, for you to turn to Exhibit 5 of your declaration. This is something that we saw before, Exhibit 5, starting on Page 3. That is a web page that is captured from https://ads.twitter.com/getstarted.

Do you see that?

**A.** Yes, I see the URL.

**Q.** Okay. Now, do you know when this was created?

**A.** I don't know when this was created.

**Q.** Okay. Do you know if the content that involves

Twitter was created before X's takeover of Twitter?

**A.** There's content that was -- that includes Twitter that was created afterwards, and there's content that was created with Twitter before the acquisition.

**Q.** Okay. So this URL, which I'll shorten ads.twitter.com/getstarted, you said earlier that not many people would type a full URL into a browser to get these materials or materials like them; is that right?

**A.** I said users go through different ways, but yes, many users don't type in a full URL.

**Q.** And you say --

**THE COURT:** Can I stop you? You are on Page 3.

**MR. SPRIGMAN:** Yes.

**THE COURT:** The URL I have is not what you just read into the record. The URL that I have is business.X.com, so let's make sure we're all dealing with the same document.

**MR. SPRIGMAN:** Yes, Your Honor.

So the URL can be found for this document in the lower left corner of the page. It says capture URL. It says https://ads.twitter.com.

**THE COURT:** I must be on a different page. What page? I am on a different page. Now I am on Page 3. Thank you very much. Appreciate it. Apologize.

**MR. SPRIGMAN:** Of course.

**BY MR. SPRIGMAN:**

**Q.** Mr. Baseer, let's just go back for a second. I just want to make sure the record is clear.

You testified earlier that a URL like this, ads.twitter.com/getstarted with a restricter, not many people would actually type that full URL into a browser to reach this page; am I correct?

**A.** I believe I said most people don't type in full URLs to reach pages. I don't -- I wasn't talking necessarily specifically about this page, but generally speaking, users don't necessarily type in a full URL to reach a page.

**Q.** There's nothing in the record that suggests that any particular user has ever typed in this full URL to reach this page; am I right?

**A.** I don't think I specifically state that in the record, no.

**Q.** You say, however, that this page is reachable by a simple Google search.

Didn't you testify to that earlier?

**A.** I believe various Twitter ads pages are, yes.

**Q.** There's nothing in the record that shows that a Google search or a simple Google search would get a user to this page, is there?

**A.** I didn't specify the specific mechanism on how to reach some of these pages, yes.
**Q.** Okay. Would Twitter ads be a simple Google search?
**A.** Twitter ads would be a simple Google search.
**Q.** Okay.
**MR. SPRIGMAN:** Could we do a search for Twitter ads, please?
**BY MR. SPRIGMAN:**
**Q.** Okay. So on the screen in front of you, you see a Google search box. In the Google search box, Mr. McKenna has typed "Twitter ads," and there are some results.
So the first result is X, and the URL reads -- I'll leave off the hypertext transfer protocol part of it because that's just boilerplate.
The URL reads business.X.com/advertising.
**MR. SPRIGMAN:** Mr. McKenna, could you click on that?
**BY MR. SPRIGMAN:**
**Q.** Okay. Mr. Baseer, what is the branding on this page?
**A.** It's the X design mark, as well as the X mark.
**Q.** Okay. I'm going to have Mr. McKenna scroll down.
Could you please tell me if you see the "Twitter" word, the "tweet" word, or the Twitter bird on this page?
**A.** I don't see the "Twitter" word or the bird logo or tweet mark on this page.

**Q.** The only branding on this page, Mr. Baseer, is X branding; is that true?
**A.** That's right. It's the primary branding.
**MR. SPRIGMAN:** Could we back up and go back to the search, please, Mr. McKenna?
**BY MR. SPRIGMAN:**
**Q.** The second entry in that search, it reads at the top "X," and the hyperlink is -- the URL is ads.twitter.com/mobile/getstarted, and it says Twitter ads.
Do you see that?
**A.** Yes, I see that.
**MR. SPRIGMAN:** Mr. McKenna, would you click on that, please?
**BY MR. SPRIGMAN:**
**Q.** Okay. Mr. Baseer, this is a dead page, isn't it?
**A.** I'm not sure what you mean by a "dead page."
**Q.** Are you selling products or services -- is X selling products or services using this page, Mr. Baseer?
**A.** The page says, "Twitter ads can help you connect with them and achieve meaningful results," referencing the earlier sentence that says, "Hundreds of millions of people use Twitter to discover what's happening in the world." It does have the ability for you to log in to the account.

**Q.** Okay. So look at the bottom.
"To access advanced features of Twitter ads, visit ads.twitter.com in a desktop browser."
**MR. SPRIGMAN:** Mr. McKenna, would you do that, please?
**BY MR. SPRIGMAN:**
**Q.** Okay. Would you please read for me the URL to which ads.twitter.com resolves?
**A.** Business.X.com/EN/advertising.
**Q.** Do you see any Twitter branding on that page, Mr. Baseer?
**A.** I haven't looked at the entire page, but --
**Q.** Why don't we do that?
**MR. SPRIGMAN:** Mr. McKenna, could you slowly scroll down for Mr. Baseer, please?
**BY MR. SPRIGMAN:**
**Q.** Isn't this just the same page we visited before, Mr. Baseer?
**A.** Yes, that appears to be the case.
**Q.** Is it still your testimony that this Twitter page that you reference in Exhibit 5 is available on the site?
**A.** Yes. Because as you asked your cocounsel, the specific URL to take advantage of those ads services was provided there, and the ability to log into your account was also provided.

**Q.** But none of that was branded Twitter, was it?
**A.** If we want to go back to that page.
**Q.** Sure.
**A.** It says "Twitter ads" and has the bird logo in the upper left-hand corner.
**Q.** So this -- your testimony is that this is a bona fide usage of the Twitter mark that demonstrates that use of the mark has been deliberate and continuous, not sporadic, casual, and transitory?
Let me put it another way. This isn't just some random flotsam and jetsam of historical use. This is a current use by X of the Twitter mark to sell products or services.
That's your testimony, Mr. Baseer?
**A.** I apologize if I don't understand the meaning of all of those words.
**Q.** Okay.
**THE COURT:** I've got to admit, flotsam was a first. When I read it in your brief, I thought that's pretty interesting. I hadn't seen that before in a brief.
(Speaking simultaneously.)
**MR. SPRIGMAN:** Your Honor, flotsam and jetsam are the remains of something that's been destroyed at sea.

**BY MR. SPRIGMAN:**

**Q.** So is this flotsam or jetsam, or is this current use of the Twitter mark to sell product or service?

**A.** This is a current use because they are -- not only identifies the specific URL that you can go to to take advantage of those services, but it also allows to you log in through this to your site.

**Q.** This page --

**MR. SPRIGMAN:** Mr. McKenna, would you go back to ads.twitter.com?

**BY MR. SPRIGMAN:**

**Q.** This page, which leads to this page, which is branded, as you testify, exclusively with X marks and with no Twitter marks, this page --

**MR. SPRIGMAN:** Go back to that page, please, Mr. McKenna.

**BY MR. SPRIGMAN:**

**Q.** -- is a deliberate and continuous use of the marks, the Twitter marks, in a real attempt to sustain trade under the marks.

That's your testimony, Mr. Baseer?

**A.** Yes, that's right. It reflects the reality that there is a primary and a secondary brand.

**Q.** Okay. Mr. Baseer, could you turn to Page 24 of your reply declaration? Paragraph 24.

**THE COURT:** What page did you say?

**BY MR. SPRIGMAN:**

**Q.** Paragraph 24 of your reply declaration, Mr. Baseer.

Okay. Are you there? Let me know when you are, please.

**A.** Yes.

**Q.** Okay. Great.

Do you recall, Mr. Baseer, that in your first declaration, you testified regarding some developer materials that you said evidenced use of the Twitter mark? Do you recall that?

**A.** Yes, I do recall that.

**Q.** Okay. And do you recall that in Mr. Coates' declaration, he claimed that that page, which is hosted at developer.X.com/en/developer-terms/display-requirements -- that is a long URL. And Mr. Coates claimed that that page was available only from that URL.

Do you recall Mr. Coates making that claim?

**A.** I vaguely recall that, yes.

**Q.** Okay. And do you recall, in Paragraph 24 of your reply declaration, that you maintain that Mr. Coates was incorrect in stating that the user could only get to that page by typing in that exact URL? Do you remember making that claim, Mr. Baseer?

**A.** I see here in my reply that I said that it could be

navigated from X.com.

**Q.** Okay. Specifically, on Page 15, that is the second page of that Paragraph 24, you say -- and I'm reading the third line down from the top of Page 15.

Specifically, you say, "If a user had navigated to X.com, clicked on 'developers,' then 'developer terms,' and selected the option to view the 'display requirements,' the user would have accessed the at-issue web page through navigation links on X.com, contrary to Mr. Coates' baseless claim."

Do you see that in your declaration?

**A.** Yes.

**Q.** That's your reply declaration.

Then you say that the navigation links have changed since the time of Mr. Coates' declaration.

Do you remember saying that in your reply declaration, Mr. Baseer?

**A.** Yes.

**Q.** Do you know why they changed?

**A.** We change our website constantly, and it's updated on a regular basis.

**Q.** Okay. Did the change have anything to do with the issues in this litigation, Mr. Baseer?

**A.** No.

**Q.** Okay. So let's take a look at Paragraph 25.

In Paragraph 25, if you remember, you supplied some new navigation directions for this page, this developer materials page, which you say shows some Twitter branding.

In particular, at the very bottom of Page 15, you start to explain the new directions for navigating.

However, the display requirements page, you say, "remains active on X.com and accessible through navigation links on the X.com site. Now users have access the exact web page Mr. Coates claimed was inaccessible by visiting X.com, selecting 'developers,' then navigating to 'docs,' 'resources,' and finally 'developer terms.' The new URL for this web page is docs.X.com/developerterms/display-requirements."

Do you see that, Mr. Baseer?

**A.** Yes.

**MR. SPRIGMAN:** Mr. McKenna, could you bring up the X.com site, please?

**BY MR. SPRIGMAN:**

**Q.** Okay. So let's follow those directions, Mr. Baseer.

So first, we have got to visit X.com. X.com is up there on the screen.

Can you direct me to developers? That's the first NAV link in the chain of NAV links that lead to the page that you are using as evidence of use?

**THE COURT:** Before you go anything further.

**MR. SPRIGMAN:** Yeah.

**THE COURT:** The website, this is X.com; is that right?

**MR. SPRIGMAN:** Yes, Your Honor.

**THE COURT:** The one thing at some point somebody is going to have to address, and if I have to, I can ask questions.

So I'm doing the same Google search as you are, and I get different results. So that is interesting.

And then when I go on to X.com, I get a different page. Now, I think it's because I'm not signed in.

**MR. SPRIGMAN:** Yes.

**THE COURT:** So somebody is signed into this account?

**MR. SPRIGMAN:** Correct. If you look at the lower left-hand corner, you'll see, Your Honor, that I set up a dummy account, helpfully named dummy_ACCT123. So that is a dummy account set up for the purpose of this litigation by me.

In terms of Google searches being different, Google is a dynamic algorithm. So depending on your search history, you may get a different search.

My point in those questions, Your Honor, is

that there is no evidence in the record that the pages that Mr. Baseer claims are accessible via a Google search are, in fact, accessible via a simple Google search.

And the Google search that I did shows you that what's accessible, at least for me, is a dead page.

**THE COURT:** I got that dead page, just so you know. The only difference between the... so I will put this on the record. I was going to do it at some point. But because of this, this most recent slide, I wanted to address it now.

So the difference is your first three searches, I have an additional link to an X site. I have three, and then I have the Reddit. You have two followed by the Reddit.

So that point still remains, although what it does bring up is... I would explore this, so somebody may as well is one issue I am a grappling with generally is the use of the domain name, does that constitute use of a mark?

**MR. SPRIGMAN:** Yes.

**THE COURT:** Right. Use of a domain name in Google, does that constitute use of a mark?

Or, for instance, when you pay Google to forward users to your website, and if you use a mark, so

you're privately using that mark with Google, and then Google is incorporating into the search engine for some algorithm that presumably they charge you money for, and then it causes people to go to the website in question, whether that would be use of a mark. It's not public, but it's privately used for Google.

And at some point, I'd like you all to offer some either argument or testimony on that.

**MR. SPRIGMAN:** Your Honor, while we are on this subject, would it be okay with you if I invited Mr. McKenna to address that, so that that is not lingering as we go through what I'm about to go through with this witness? Because I think it will help clarify what the witness's testimony means.

**THE COURT:** Yeah. All right. The question is also should we do this in front of the witness?

**MR. SPRIGMAN:** Your Honor, I think this will be quick, and I don't think it will relate to the subject of the testimony.

**THE COURT:** You are not worried about it affecting the witness's testimony?

**MR. SPRIGMAN:** No, Your Honor.

**THE COURT:** Given the amount of times the witness has used the word "deliberate," he is clearly aware of the legal standards that are at issue. But

that's fine. Go ahead. And both side's witnesses are present.

**MR. McKENNA:** Your Honor, just so I make sure I understand your question, I think the question was whether users' entry of that word in the sort of internal use by Google of that phrase "Twitter," whether that constitutes a trademark use?

**THE COURT:** Bona fide use under the statute, yeah.

**MR. McKENNA:** I think the answer to that is no. There is a whole series of older cases about Google searches in general and keyword. Even ones, when people pay for the keyword, in general, are not considered trademark uses as long as the results that show up don't -- aren't branded in that particular way. That is like an internal particular kind of use.

So certainly uses by searchers themselves, when somebody is not paying for the actual keyword within Google, that's just part of the algorithm.

**THE COURT:** Yeah. Just to be clear. My thing would be so if X has a contract with Google, and it says, "We want you to direct people to our website every time they use the word 'Twitter,'" your position would be that's not bona fide use of a mark, right?

**MR. McKENNA:** No, it is not, Your Honor. It's

not presenting the mark to consumers in a way that's offering goods or services. It's just using it as a tool to direct people around the internet. It is like a business address on the outside of the wall.

And a use that's just pointing people to a place on the internet is not a use in commerce that's branding goods or services, which is the kind of use that's necessary to sustain rights.

**THE COURT:** You would say as well using... and I don't know how you, quote/unquote, use it. There's been no technical testimony offered by this witness about this.

I don't know the mechanics of how I can enable a browser to link to X when you type in twitter.com. I don't know that you pay... I guess ICANN is gone. So it can't be ICANN anymore.

I don't know how that works. If you want to tell me something about that.

Secondly, once you tell me that, I take it your position is that whatever is done to accomplish that does not constitute bona fide use of the mark. That would be your legal position?

**MR. McKENNA:** That's right, Your Honor.

**THE COURT:** Can you explain the mechanics to me?

**MR. McKENNA:** To a limited extent, I can. I mean, I think what you're talking about is sort of the internal operation of the Google algorithm.

**THE COURT:** Well, no because it's not Google. It's a browser.

**MR. McKENNA:** I think maybe Mr. Sprigman might be able to...

**THE COURT:** Because I assume this would work on Safari as well. We have been using Google's browser.

**MR. SPRIGMAN:** I've opened the developer tools page on Chrome. This is Google's browser.

Mr. McKenna, would you please type in twitter.com again, please?

**MR. McKENNA:** Into the browser?

**MR. SPRIGMAN:** Yeah.

A bunch of stuff is going to happen. Okay. So what has happened, if you go to the source, what has happened is that twitter.com has re-- why is that happening?

**MR. KAGAN:** Your Honor, I am just going to object. Mr. Sprigman is testifying about what --

**THE COURT:** You can rebut it. You stand up and... I mean, you didn't offer any technical. You've got a lawyer testifying. You guys decided not to put on a technical person or a marketing person. You put on a

hearsay declarant through a lawyer.

I need to know this, and you didn't... You can stand up and rebut anything you want he says. I am going to listen to what he says. Then you will get your chance to argue it.

**MR. KAGAN:** Understood, Your Honor.

**MR. SPRIGMAN:** I can do better than that, Your Honor, because we have testimony on this by Mr. Baseer. He was asked. And if you turn to Mr. Baseer's deposition, and in particular --

**THE COURT:** Where am I? Just give me where in the record it is.

**MR. SPRIGMAN:** You are at Exhibit 12, Your Honor.

**THE COURT:** To what?

**MR. SPRIGMAN:** Mr. Baseer's deposition. If you don't have it, I can give it to you.

**THE COURT:** It is an Exhibit 12 to what?

**MR. SPRIGMAN:** I don't, at the moment, know the document number, but I have the --

**THE COURT:** To whose declaration? Is it his declaration?

**MR. SPRIGMAN:** No, Your Honor. It's Mr. Baseer's deposition testimony.

**THE COURT:** Yeah, I don't have it.

**MR. SPRIGMAN:** I have it, if you need it.

**THE COURT:** Sure. Is it a D.I. number?

**MR. SPRIGMAN:** There is. I just don't think so because it's not on the record.

Is it?

No, it's not in the docket. But it is his deposition.

**THE COURT:** Do they have a copy of this? Make sure they have a copy of it.

**MR. SPRIGMAN:** They do.

If you take a look at Exhibit 12, you see I showed Mr. Baseer that twitter.com redirects to X.com.

If you look at Exhibit 12 -- actually, if you look at Exhibit 11, start with Exhibit 11, you will see the developer pane open on a Google -- on a Chrome browser. Twitter.com has been typed in, and it's resolved to X.com.

Now, if you look at the developer pane on the right, you'll see twitter.com is the first entry, and the status next to it is 301.

If you go to Exhibit 12, you see me hovering my cursor over that status, and an HTML tag opens in the developer page.

301 stands for moved permanently. Moved permanently to what? To X.com. So what's going on

there is that twitter.com, its only existence and only function in the world is to redirect to X.com. It is not an independent domain.

If you look at this deposition, you will see that I asked Mr. Baseer specifically about something that X did, which is they canceled all the two-factor authentication registrations for twitter.com, and they made people reregister their two-factor authentication registrations to X.com, meaning that you couldn't access X.com using two-factor authentication by virtue of your previous registration of two-factor authentication on Twitter.

So this, to me, speaks volumes that the purpose of this domain is just to direct traffic to the actual domain that they are using, the actual brand that they are using, which is X.com.

**THE COURT:** Okay. That makes sense and that's, frankly, consistent with what I kind of understood coming in, this part of it.

And then the question becomes what I asked your colleague, which is okay, but is using... because it is using the word "Twitter," which I'm willing to accept is a mark.

And then the question becomes is its using it, though, in cohorts with Google? Because not

everybody uses a Google browser, right?

**MR. SPRIGMAN:** This domain name is registered with the domain name registrar, and where it resolves to is also basically is directed to resolve to X.com.

So twitter.com essentially just exists as a place that gets you to X.com.

**THE COURT:** ICANN is gone, is my understanding, so where do you register? Who is it that is the repository now for those domains? Does anybody know?

**MR. SPRIGMAN:** So it's a distributed repository, meaning that there are all these domain name registrars, and they all run domain name servers, and they run according to a common protocol so they can all interoperate.

So the point is somewhere there's hosted the domain name twitter.com, and there are directions at that host saying resolve to X.com.

**THE COURT:** Okay. Then let's say I think we're probably going to get agreement that X has taken steps, in conjunction with these repositories, to make sure that the word "Twitter" leads people to X's website. I think we will all agree on that.

You will agree on that?

**MR. SPRIGMAN:** Of course.

**THE COURT:** You will agree on that?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** And then we have the next question is: All right, well, is that use?

**MR. SPRIGMAN:** That is not trademark use.

**THE COURT:** You would say it's not trademark.

But my question is now: Is that a legal question?

**MR. SPRIGMAN:** Your Honor, there's case authority on this, which -- there's the Patent Office's own approach to this, the Patent and Trademark Office's own approach to this.

**THE COURT:** Yes.

**MR. SPRIGMAN:** There's authority for the fact that use of a domain name as a domain name is not tantamount to use as a trademark.

So the question always is: Are they using twitter.com to brand products or services? What they are doing is they are basically just using it to direct traffic to the website that contains the mark X that they are using to brand products and services. And, again --

**THE COURT:** Can I stop you? Because I'm familiar with the... at least I've been made familiar with this PTO stuff.

That's not binding on me, right?

**MR. SPRIGMAN:** Well, I'm not sure it's binding. But what I would say is it is a very sensible way to treat this.

**THE COURT:** That might be. You know, I'm not making a definitive judgment this second.

What I want to understand is: Is it your position that whether or not the use of a domain name by the purported mark holder to direct people somewhere constitutes bona fide use of a trademark is a legal question?

**MR. SPRIGMAN:** That is a legal question, Your Honor.

**THE COURT:** Do you agree it's a legal question?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Okay. That's great.

**MR. SPRIGMAN:** Your Honor, I will say one more thing.

The statute says that a mark is abandoned if it is not used in commerce. What is used in commerce, it is bona fide use, consistent, durable, not casual use, to mark the origin of products and services, and not merely to reserve rights in the mark.

Now, the reason the PTO does what it does is

I think the PTO realizes -- pardon me, let me boot this back up -- that if simply redirecting the domain name is -- qualifies as use in commerce, as the statute requires for there not to be abandonment, there will never be abandonment.

**THE COURT:** Right, because people are going to stay on the web for eternity.

**MR. SPRIGMAN:** The same thing --

**THE COURT:** It's going to be like your book. It's going to be like, "Hey, I published a book 200 years ago. It is in a library somewhere. I am using my mark."

**MR. SPRIGMAN:** It's in use.

The same principle applies to all the bits and pieces that they are referring you to: The developer guidelines, the Twitter objective playbook. This is stuff that was created during Twitter.

X.com, X took over Twitter and basically just stepped away and said, "Fine. We're leaving this."

That historical stuff is not current use in commerce. That is the focus of everything I have been trying to do here and Mr. McKenna has been trying to do here today, is carefully delineate between use and commerce today to mark the origin of goods and services for consumers now.

And stuff that happens to still be on the

internet that they haven't yet extirpated, they may never. They may just let it die through benign neglect, or they may extirpate it.

The rest of the cross I have with Mr. Baseer is one or another variation on that theme. So social media is where I am going next, and I think you will see that theme repeated.

**THE COURT:** Okay. That's helpful.

Did you want to say anything in response?

**MS. BANNIGAN:** I obviously have a response to this legal argument.

**THE COURT:** Well, I don't know that you obviously do.

Go ahead.

**MS. BANNIGAN:** Would you like me to go to the podium?

**THE COURT:** Sure.

**MR. SPRIGMAN:** I will clear it out.

**MS. BANNIGAN:** Sorry, not looking at your notes.

**MR. SPRIGMAN:** Not a problem.

**MS. BANNIGAN:** Okay. Thank you, Your Honor.

We are in agreement that whether something is a bona fide use in commerce is a legal question. But what a bona fide use is use in a way that is source

identifying for goods and services. That's pretty standard. I believe we can agree on that, too. There is no hard line rule.

**THE COURT:** Source identifying to whom?

**MS. BANNIGAN:** Source identifying to the owner of the trademark. So source identifying -- you see Twitter.

**THE COURT:** No, but the use --

**MS. BANNIGAN:** Yes.

**THE COURT:** It's use as observed by whom to identify?

**MS. BANNIGAN:** Use as observed by whoever is using -- so let me back up.

The purpose of trademark law --

**THE COURT:** Let me give you an example. Let's say I think I came up with a mark to use for, you know, polo shirts. I share it just with my wife.

That's not going to be use in commerce, right?

**MS. BANNIGAN:** That's not use in commerce. You are not selling it. You are not using it. You said, "Hey, I have this idea." Just having an idea is not use in commerce.

**THE COURT:** Right.

If I used it with a seamstress and asked her

to make the shirts but without the logo, that wouldn't be use in commerce, right?

**MS. BANNIGAN:** Prior to ever shown it to the general public or offered or advertised it for sale, correct. If it's -- and there are case law --

**THE COURT:** That's my point.

So when you say "use," it has to be observed by somebody, right?

**MS. BANNIGAN:** By the public.

**THE COURT:** It's the public.

**MS. BANNIGAN:** Yes. So the idea is if the public sees the mark, the public sees Twitter, they say that's X Corp or it's Twitter. Like you know the source.

**THE COURT:** Hold on. So I hear you, but when X contracts with the repository, I mean, I don't even know who the repository is. Doesn't sound you like you know who the repository is.

**MS. BANNIGAN:** Naser does.

**THE COURT:** He didn't testify to it, but anyway. So you know who the repository is.

So you get a contract with the repository to achieve this linking; is that right?

**MS. BANNIGAN:** Yes, it is very standard.

**THE COURT:** Okay. But the repository is not public.

**MS. BANNIGAN:** No, and it doesn't need to be. That's not -- the reason we didn't include it -- and we hear you, Your Honor, in terms of getting more technical. We will not make that mistake again.

But the reason it isn't include here is because it's simply just not relevant to the analysis, and I will explain why.

Because there's no dispute that twitter.com is a domain name that is owned by X Corp. and that is used by the general public. It's used by 4 million people a day.

**THE COURT:** Why is it relevant that it's used by the general public?

**MS. BANNIGAN:** I'm going there.

So the general public uses the name in order to get to X's goods and services.

Let me answer this question. The way that Operation Bluebird is portraying this is that use of a domain name can never be a use in commerce, and that is absolutely not the law.

There is -- they have cited a few time to the TMEP. That's the Trademark Manual of Examining Procedure, something like that.

**THE COURT:** Right.

**MS. BANNIGAN:** That is -- that is a completely

different question. That is should a mark alone -- should twitter.com be registered as a trademark? We litigated a big Supreme Court case, booking.com. Can booking.com, the actual domain name, which happens to be the name of the business, can that be a trademark? That is a different question than what we are here today.

What we are here today is saying we are using this word in context of a domain name -- and by the way, there are plenty of trademark infringement cases based on domain names. You're using a confusingly similar domain name. It's not just -- a domain name is never the only factor, and it's not the only factor here.

But when you look at the cases that are actually talking about abandonment and they are talking about use of the mark in a domain name, the cases go different ways. And I can give you an example of one that finds no abandonment and one that finds abandonment.

And the key factor there is that the Court needs to look at the totality of the circumstances to see how these marks are being used and if they are being used in a commercial sense to take advantage of the goodwill of the mark.

And a good example is the case that I cited earlier, one of the cases that I cited earlier. There

are a couple of them. But one of them is the *American Association for Justice*, the case about the lawyer associations that rebranded. That is directly on point. It's about a lawyer, professional association for trial lawyers. They rebranded the name. There is an argument from -- another trial association came, used a very similar name. They said, "Oh no, they abandoned it because they rebranded."

And one of the uses that the plaintiff pointed to said we are redirecting to our website. We are using it to redirect.

And the court there said, "AAJ maintained www.atla.org and www.atlanet.org websites to direct users to the organization's new website. Similar to the formerly designation's such use, even if intended to be temporary, capitalized on the source identification and goodwill of the ATLA mark by directing those individuals who were drawn to the website by the ATLA mark to the new AAL website." And on that basis, the court found that the other side had not met the burden for abandonment.

Now, Mr. Sprigman is right. That's not always the case. There's another case that they cite often. It's the *Specht* case in the Ninth Circuit. That involved use of the Android mark.

So when Google introduced the Android platform, which obviously has been very popular now, it turned out there was another business using Android years earlier. And that company got upset, and they sued. And, of course, Google's response was, "You haven't been using it for years. You've abandoned it." One of the pieces of evidence that the other side pointed to said, "Even though we ceased business operations, we've had our website up for couple of years later. There is no abandonment."

The court said you have to look at the totality of the circumstances. And if you look, nobody was actually using -- yes, the domain name was up. Nobody was actually using it because you weren't conducting any business.

Here, this is absolutely like the AAJ case, the ATLA case, because Twitter is absolutely using it. As Mr. Baseer has testified over and over and over today, the reason they are redirecting the website is to take advantage of that goodwill from Twitter and to bring it over to the X platform. People love Twitter.

People still go -- 4 million people still go to twitter.com. That is source identifying for the business, and that is exactly why that domain is relevant.

And it's the *AAJ* case from the District of Minnesota I just cited. There is a *Wells Fargo* case in the Ninth Circuit. I gave you the cite for that earlier. There is a *Brown v. Brown* case in the Eastern District of Pennsylvania.

I can give Your Honor the cite for that. That's also in our brief.

**THE COURT:** I don't need it.

**MS. BANNIGAN:** They all say the same thing. When there is a rebrand, the redirect of the website constitutes a bona fide source identifying use in commerce.

**THE COURT:** All right. Thank you.

**MR. McKENNA:** Your Honor, can I have a minute to respond?

**THE COURT:** Yes.

**MR. McKENNA:** I'll try to be brief, Your Honor.

So it's not our position that the use of a domain name can never be a trademark. It's our position that use of a domain name when it operates only as a domain name and transfers you around the internet, it's just an address on the internet, that's not a trademark use.

So we agree with the other side that it is a

totality of the circumstances.

**THE COURT:** Right. So, for instance, if Twitter, if there was a Twitter website that I linked to and that had all these instructions, and it said, "We're partnering with X," and it explained, you know, "We used to work with using tweet and we had a logo," and had all these explanations, and then it recommended you go down below and click on a link to get to X, that would be very different.

**MR. McKENNA:** It might be a little bit different, Your Honor. I think I still might have some concerns about that, but that would certainly be a lot more than they are doing now, which is purely a redirect to X.

So it's not -- again, not our position that it can be never be a trademark. In fact, the example that counsel gave about booking.com is a great example because booking.com is the branding of the website. It's not just an internet domain name. That is the branding. That's why they applied to register as a trademark. It's why the court, the Supreme Court ultimately said they could, right? When they run advertisements, they refer to them as booking.com, booking.yeah, right? That is their logo. X doesn't do anything like that with Twitter. It is purely a

redirect on the internet.

Counsel has mentioned a couple of times *American Association for Justice*. I just want to say a couple of things about that.

First, obviously, it is an out of circuit district court case, but it is also distinguishable because there is a lot of other uses that are discussed in that case by the court as evidence of not abandonment, including licensing and use on publications, things you would be conventionally thinking of as trademark uses.

So in some respects, the use of the redirect is not even necessary to the outcome of the case, not to mention that it's obviously out-of-court precedent.

I will just say -- because earlier it was represented that that court was applying abandonment law. Actually, the two cases that that district court, the District Court of Minnesota, cited for the proposition that the sort of formerly designation constituted bona fide use, one wasn't even about abandonment. It was about whether the court should dissolve an injunction that it had issued to a company before it was acquired by somebody else. The abandonment issue wasn't even raised.

And the other one was about whether residual

goodwill was evidence of intent to resume use, which is not the question here. We obviously don't think that case is relevant here.

And then one last thing, which is the *Wells Fargo* case, that case, I think, has been mischaracterized.

In that case, the Ninth Circuit did reverse a district court's finding of abandonment. If you need the citation --

**THE COURT:** I have it.

**MR. McKENNA:** So X characterizes that case as finding that they had not abandoned because of the use of the formerly ABD and because of the domain name redirect.

But actually, the Ninth Circuit in that case emphasized that ABD's use of the mark was in customer presentations and solicitations, solicitations of people who would be buying the services. That use was in the format of ABD Insurance & Financial Services, a Wells Fargo company.

And then the solicitation e-mails they used was, "Our firm, ABD Insurance, was acquired by Wells Fargo four years ago."

That's really different than the "formerly." It's very different than the pure redirect. This is a statement about ownership, while the continued use of

the mark.

So I don't think that case stands for the proposition either, Your Honor.

**THE COURT:** All right. Thank you.

All right. Let's pick up, then, with the testimony.

**MR. SPRIGMAN:** Yes, Your Honor.

**BY MR. SPRIGMAN:**

**Q.** Mr. Baseer, I want to direct you to Exhibit 5 to your declaration again. And, in particular, I want to direct you to the document that begins on Page 11 of Exhibit 5 to your declaration.

It says, "Amplify your videos." In the upper left-hand corner, it is titled, "Twitter objective playbook."

Do you see that page, sir?

**A.** Yes, I do.

**Q.** Okay. Do you remember the date this was created?

**A.** I don't remember the date this was created.

**Q.** Do you remember at your deposition, I stated a creation date for this document?

**A.** I vaguely recall that.

**Q.** Do you recall that date was August 27, 2021?

**A.** I don't recall the exact date.

**Q.** Okay. You say that this document is in current use;

although, it is a document from 2021.

Do you know if it's been revised at all or updated since 2021?

**A.** I don't believe it's been revised or updated.

**Q.** Okay. And yet, you say the document is in current use. You said specifically, quote, if I am quoting your testimony correctly, that "it can be used by our sales team."

That was your testimony earlier, was it not?

**A.** Yes, that's right.

**Q.** "Can be used."

Do you know if it, in fact, is used?

**A.** I know this document has been shared with various clients.

**Q.** Is there any evidence in the record of such sharing of this document with various clients?

**A.** I haven't explicitly stated that in the record, no. But I have said that this is being used in connection with our use of the marks with our clients.

**Q.** Is there any evidence in the record to document that use of this document currently with clients?

**A.** I don't know if I specified that, no.

**Q.** Okay. You also testified earlier that this could be found with a Google search, did you not?

**A.** Yes.

**Q.** Is there any such Google search in the record?
**A.** I don't know if I explicitly provided that, no.
**Q.** Okay. Would you please turn to Exhibit 4 of your declaration?
Exhibit 4 of your declaration, if you turn to Page 1 of 2, this is -- these are images, are they not, of the Twitter account on Facebook; am I correct?
**A.** Yes.
**Q.** What is the date of the most recent post at the Twitter account on Facebook?
**A.** Do you mean the post by this user Alley?
**Q.** That's the most recent post that seems to be shown.
What's the date of that post, sir?
**A.** October 21, 2021.
**Q.** In your reply declaration, do you remember saying that, although the posts are old, that the newest post on this page appears to be from 2021, users continue to comment on this page to this day? Do you remember saying that in your reply declaration?
**A.** I think I generically said users continue to comment on pages, yes.
**Q.** But you don't point to any instance where X responds to those comments, do you?
**A.** No.
**Q.** As far as you are aware, X never responds to those

comments; isn't that correct?

**A.** As I mentioned earlier, X rarely uses these to communicate regularly with our users. We do so when we think it's appropriate.

**Q.** Isn't the right statement that X never uses these at all and hasn't used them since it took over the Twitter business to communicate anything?

**A.** No, that's inaccurate. We maintain --

**Q.** How is it inaccurate?

**A.** Well, we maintain the accounts. We allow users, if they want, to communicate with us through those or communicate with each other about our products and services. We allow them to do that.

In addition to that, as I said, they continue to contain links that drive through the platform. They continue to use and provide opportunity for users to communicate with each other about our platform.

**Q.** What product or service have you been selling since you took over the Twitter business on this Facebook page?

**A.** Well, via the link, we are providing them the opportunity to get to our platform, and so we're providing social media services, communication services, and various other services.

**Q.** How are those services branded?

**A.** The services are branded both Twitter and X.

**Q.** Okay. Why don't we turn to Page -- Exhibit 4 at 6.
This, if I understand it, is the Twitter account on LinkedIn; am I correct?
**A.** Yes, that's right.
**Q.** So I want you to take a look at Page 6. I want you to take a look the Exhibit 4, Page 7. And then there's some more material here. There's Exhibit 4, Page 9; Exhibit 4, Page 10; Exhibit 4, Page 12; Exhibit 4, Page 13; multiple pages from the LinkedIn account of Twitter.
You can't find any posts on those pages, can you, Mr. Baseer?
**A.** No.
**Q.** So LinkedIn -- the Twitter account on LinkedIn, X has not posted a single time since it took over Twitter's business; isn't that correct?
**A.** That appears to be the case, yes.
**Q.** Please turn to Exhibit 4, Page 15.
Are you there?
**A.** Yes, I'm here.
**Q.** Okay. Great.
This is the Twitter feed on Twitter; am I correct? The Twitter feed on X now; is that right?
I'm sorry, no. This is the --
**A.** No, this is not.

**Q.** This is the Twitter feed on Instagram. I'm sorry. Pardon me.
This is the Twitter feed on Instagram, is it not?
**A.** Right. This is Twitter's Instagram account, yes.
**Q.** And the latest post on Twitter's Instagram feed appears to be from what date?
**A.** 2/19/22.
**Q.** 2/19/22, so a date before X took over Twitter's business; am I correct?
**A.** That's right.
**Q.** Now, with respect to X itself -- with respect to X itself, there is no more Twitter account on X; isn't that correct?
**A.** No, it's the X account on X.
**Q.** No. I'm talking about the Twitter account on X. The first account on Twitter, as I understand it, was the handle @Twitter.
That handle @Twitter no longer exists on the X platform; am I correct?
**A.** That's right.
**Q.** When was that discontinued?
**A.** I don't know the exact date, but I know it was discontinued sometime after the rebrand.
**Q.** Was it discontinued in the closing months of 2025?
**A.** Like I said, I don't know exactly when it was

discontinued.

**Q.** But there's no more Twitter handle on X.

That's right, isn't it?

**A.** That's right. Because the primary branding is X, and so we want to make sure that we use the primary branding in connection with that account.

**Q.** Twitter, as you testified earlier, is your so-called secondary brand.

Did I not hear you correctly?

**A.** You heard me correctly, but --

**Q.** So your so-called secondary brand --

**MR. KAGAN:** Can he finish his answer?

**MR. SPRIGMAN:** Yes. I'm sorry.

**BY MR. SPRIGMAN:**

**Q.** Your so-called secondary brand no longer has a handle on Twitter; am I correct?

**A.** The secondary brand no longer has a handle at Twitter. Yes, that's right.

**Q.** Okay. So I want to take you back to the X.com website. I want to take you back to your reply declaration that we were talking about before the judge had some questions.

And, in particular, I'm very interested in the directions to get to the developer terms page. You had stated in your reply declaration in Paragraph 25 that that

can be accessed by visiting X.com, where we are now, selecting developers, then navigating to docs, then to resources, and finally developer terms. Okay.

So would you please direct me to the first step of that navigation, developers?

**A.** I believe there may be a typo. I think it might say you need to go to the developer page on X.com and then select developers, docs, resources, and developer terms.

**Q.** How would I do that?

I visited X.com, and I am selecting developers.

How am I getting to the developer page from X.com?

**A.** I think you have to go to developers.X.com.

**Q.** I'm sorry, say that again, please?

**A.** You may have to go to developers.X.com.

**Q.** Well, you say in your declaration -- I just want to say is there a way to get it to from X.com?

**A.** Like I said, there may be a typo there. It might be the developer page, developer page on X.com.

**Q.** Is there a way to get to it from this page?

**A.** From this home page? I'm not sure. It may be through the three-dot menu if you are a developer.

**Q.** Okay. Can you show me where that three-dot menu is?

**A.** If you could either go to upper right-hand corner, that's one possibility. Or the other one is above post composer on the left-hand side in the...

**Q.** So upper right-hand corner, those three dots?
**A.** Yes.
**Q.** Click on that mark?
**A.** I'm sorry. That's the Google web page.
**Q.** Okay. What's the other possibility?
**A.** Could be the three dots on the left-hand side. I'm not sure. I'm not sure.
As I said, there may be a typo in that. You may have said we need to go to the developer page on X.com, which is developer.X.com.
**Q.** Well, how is a consumer supposed to know to developer.X.com?
**A.** As I said, most people type in and search for -- if you want to be developer, you typically search for developer.
**Q.** Okay.
**A.** Or X.
**Q.** All right. So I want to talk about something else. I want to talk about these Twitter brands --
**MR. KAGAN:** Can I object? So the directions in the declaration that counsel was reading from X.com, the domain up there is X.com/home.
**MR. SPRIGMAN:** Type in X.com, please.
**MR. KAGAN:** If you log out, you will end up at X.com, and you should be able to walk through what you

are intending to do.

**MR. SPRIGMAN:** So to log out, you have to go to --

**THE COURT:** There is a thing called redirect. And, you know, it's really effective. I am not a jury, but just a tip for you if you going to try jury trials, you should just keep quiet and then you do it in redirect. Then he can't answer. But I will let you save it for redirect. Just do it in redirect

**MR. SPRIGMAN:** Okay. Fair enough.

**BY MR. SPRIGMAN:**

**Q.** I want to talk about these Twitter brand guidelines and Exhibit 6, please, to your declaration.

So Exhibit 6, you see, opens with a page that's got a big bird on it. And it says, in very small letters in the upper left-hand corner, "Twitter brand guidelines," and then it has a date next to it.

Could you read that date?

**A.** October 2020.

**Q.** October 2020.

Do you know if these have been updated since October 2020?

**A.** No. I don't believe they have.

**Q.** So do you know if this is findable through navigation on the X.com website?

**A.** I don't know that. But as I mentioned earlier, people typically search for them using Google or some search engine.

**Q.** We'll get to that.

But it's true, isn't it, that there's no evidence in the record about how to navigate to this on the X.com website?

**A.** I haven't specified how to get to --

**Q.** Let me just ask you a general question. This is your -- Twitter is supposedly your secondary brand. That's your argument.

Is it your practice, basically, to have information about your secondary brand not available through navigation on your website?

**A.** As I said, it's up to us how people get to them and where we post them, but that doesn't necessarily mean they are not available.

They are available on the internet. We maintain the site that still retains this information, including this document.

**Q.** Lots of stuff is available on the internet.

Is it your testimony that this information -- this information that you testified is critical about your so-called secondary brand is accessible only through a Google search?

**A.** No, not necessarily.
As I said, we maintain the site. We maintain the links to the site and the ability for people to access this document. We can provide different ways. It's just not the primary brand, and so it's not the same presence that the primary brand gets.
**Q.** Mr. Baseer, could you point me in the record to a place that tells me what Google search I need to do to get to this?
**A.** I don't know if I specifically provided that, but I believe I testified earlier. And as I've said earlier, we know that people look for brand guidelines, not only for Twitter, but other brand guidelines by just searching for the brand name plus brand guidelines.
So, in this case, search for Twitter brand guidelines, and the document will be available.
**Q.** Are images of such a Google search or the results of such a Google search anywhere in the record, Mr. Baseer?
**A.** I don't believe I provided that specific Google search.
**Q.** Is there anywhere in the record any information regarding how a user of the X.com website would navigate to these brand guidelines, Mr. Baseer?
**A.** I don't believe that's specified.
**Q.** Okay. So these are guidelines about the permissible

use of your so-called secondary brand, and I understand your testimony to be that they are neither available or there's at least no evidence they are available through navigation on your website, and you don't know how they would get them with a Google search, or at least there's no evidence about how they would get them with a Google search.

Do I understand that correctly?

**A.** No, you don't.

**Q.** Okay. I want to talk about the legal page of these guidelines. This comes at the very end of the document. You pointed to it, the legal page.

It's Page 16 of the guidelines. It's very small, but it's Exhibit 6 at 17. That's in the lower right-hand corner. Let me know when you've gotten to that page.

**A.** I'm here.

**Q.** Okay. And I understood your testimony to be that these are -- these guidelines are the rules, right, that third-party users of these Twitter marks must follow; am I correct in that?

**A.** Yes. They are part of the guidelines on how to appropriately use the Twitter marks.

**Q.** At the right side of this page is a gray box, and in that gray box are some numbered points.

I want to call your attention to Number 4, and I'm

going to read it. "You may not use the Twitter trademarks in any manner that implies sponsorship or endorsement by Twitter without an express written permission and license from Twitter.""

Do you see that?

**A.** Sorry. Which paragraph are you reading?

**Q.** Number 4. It is in the gray box at the right of the page in the center column at the top, Number 4.

**A.** Yes, that's right.

**Q.** Did you have a license agreement with JetBlue?

**A.** No, but they are not implying that we are endorsing their product, nor are we implying that we are sponsoring their product.

**Q.** Okay. Thank you.

I want to talk about that JetBlue exhibit that you spoke about. That's Exhibit 7 to your declaration. And I want to go to Page 3 of Exhibit 7.

I'm going to have Mr. McKenna put JetBlue.com up on the screen.

Mr. Baseer, looking at Exhibit 7 at Page 3, could you direct me on that exhibit, on the paper exhibit to the use of the Twitter mark that you say is happening here?

**A.** It's in the bottom right. It appears to be the social media icon of the logo.

**Q.** At the bottom right of the page is a social media

icon. Now, we're looking at -- can we start at the top of the JetBlue?

So this is just a piece of the JetBlue website, right? This is not the entire thing.

Is there a reason why you didn't give us the entire JetBlue website in your declaration, but just this piece?

**A.** We identified the relevant portion of the site that displayed the mark.

**Q.** Okay. So there's the JetBlue website. I want you to take a look at it.

Mr. McKenna is going to scroll very slowly. You tell me when you see the mark.

**A.** I see it now.

**Q.** Okay. So it's a social media icon at the very bottom of a web page that JetBlue is using to do what? What is JetBlue using this social media icon to do?

**A.** It is pointing to users to their account on the platform.

**MR. SPRIGMAN:** Mr. McKenna, would you click that social media icon, please.

**BY MR. SPRIGMAN:**

**Q.** Okay. So, Mr. Baseer, would you read the URL for this page?

**A.** X.com/JetBlue.

**Q.** Is that the JetBlue account on the X home page?

**A.** It is the JetBlue account on X's site.
**Q.** Okay.
**A.** Not the home page.
**Q.** I want you to tell me where the Twitter marks are on this page.
**A.** In the place you are showing, I don't see a Twitter mark.
**MR. SPRIGMAN:** Mr. McKenna, would you scroll down?
**BY MR. SPRIGMAN:**
**Q.** Let me know when you see it.
Do you see it yet?
**A.** I don't see it.
**Q.** Okay. Mr. Baseer --
**THE COURT:** Can somebody tell me, I don't use X or Twitter, is what we're on JetBlue's page on X?
**MR. SPRIGMAN:** Correct.
**THE COURT:** Is that how you refer to it?
**THE WITNESS:** Yes. We call it -- that's their account on our site, yes.
**THE COURT:** Gotcha. Thank you.
**BY MR. SPRIGMAN:**
**Q.** JetBlue doesn't use any Twitter marks on its page on X, does it?
**A.** Why would it need to use the Twitter marks on its

page on X? It uses --
**Q.** I'm asking you, does it?
**A.** It doesn't appear so, but it appears that they continue to use the Twitter mark on their page to drive their users to their page on the platform.
And so they recognize that as a source identifying function and so the users of JetBlue's site are directed to --
**Q.** Are they licensed to use that --
**MR. KAGAN:** Can the witness finish his answer, please.
**BY MR. SPRIGMAN:**
**Q.** Are they licensed to use that icon on their website?
**A.** They are permitted to use that social media icon on their website based on the brand guidelines, yes. There's permission for them to use it.
**Q.** Does X monitor the quality of the airline services that JetBlue offers to the public?
**A.** No, it doesn't, nor does it need to monitor the quality of a third party and what kind of services they provide to their users.
**Q.** Okay.
**A.** All it needs to monitor is if JetBlue is appropriately using its trademark in connection with driving to our platform, and we do that.

**Q.** Okay, Mr. Baseer.
Could you put a value on the loss to Operation Bluebird if they can't use the Twitter marks?
**A.** I don't believe there is much value. They haven't started operating.
**Q.** So what is the value you would say?
**A.** To Operation Bluebird?
**Q.** Yes.
**A.** I can't testify as to what the value for Bluebird is. I do know they don't operate a site. They don't actually have any operations or any social media in connection with what I've seen.
**Q.** Okay.
**MR. SPRIGMAN:** That's it, Your Honor. Thank you.
**THE COURT:** Redirect? Actually, we need to give the court reporter a break. Ten minutes. All right?
(Whereupon, a recess is taken.)
**THE COURT:** Please be seated.
All right. Witness, want to come up? How long are you going to be on redirect?
**MR. KAGAN:** Probably 10 to 15 minutes.
**THE COURT:** Okay. Go ahead.
**MR. KAGAN:** Thank you, Your Honor.

REDIRECT EXAMINATION

**BY MR. KAGAN:**

**Q.** Mr. Baseer, do you recall a few moments ago Mr. Sprigman was asking you about various Google searches and how you could find different assets that X Corp. owns?

**A.** Yes.

**Q.** What we have up here on the screen a Google search for Twitter ads. Do you see that?

**A.** Yes.

**Q.** And if we scroll down a little bit further, do you see the result that says "X ads, tools to fit your business needs-advertising-Twitter"?

**A.** Yes, I see that.

**MR. KAGAN:** Mr. Cohen, can you click that, please.

**BY MR. KAGAN:**

**Q.** This page that we're looking at now that goes to ads.Twitter.com/getstarted, is this the exhibit we were looking at in your declaration before?

**A.** It appears to be so, yes.

**Q.** And so somebody who goes to Google and types in "Twitter ads" will be able to find this page, correct?

**A.** That's right.

**MR. KAGAN:** Can we go back to Google, Mr. Cohen? Can we type in now "Twitter brand

guidelines."

**BY MR. KAGAN:**

**Q.** And what's the first result you see there, Mr. Baseer?

**A.** Twitter external brand guidelines.

**MR. KAGAN:** Can you click on that, please Mr. Cohen.

**BY MR. KAGAN:**

**Q.** And if you scroll through, is this the brand guidelines that was attached to your declaration, Mr. Baseer?

**A.** Yes, that's exactly it.

**Q.** And so it's correct that if somebody goes to Google and types in "Twitter brand guidelines," at least in the search that we just did, this was the first result, correct?

**A.** Yes, that's right.

**Q.** Okay.

**MR. KAGAN:** Could we go back to Google, Mr. Cohen. And now can we type in "get started with Twitter ads"?

And we can scroll down a bit.

**MR. KAGAN:** And what happens if we click on the -- sorry. Scroll down a little further.

Right. If you click -- can we click on the

one that says "How do get started with Twitter ads."

**BY MR. KAGAN:**

**Q.** What does this appear to you, Mr. Baseer?

**A.** It appears to be a guide on how to advertise on Twitter using Twitter ads.

**MR. KAGAN:** Mr. Cohen, if you could scroll through.

**BY MR. KAGAN:**

**Q.** And this includes the bluebird Logo, correct?

**A.** Yes, it does.

**Q.** And it includes the Twitter --

**THE COURT:** Can I ask, so how is any of this relevant?

**MR. KAGAN:** Counsel was suggesting that you couldn't find these uses by doing a Google search, and I'm just demonstrating that the assets and the uses of Twitter that are in Mr. Baseer's declaration that counsel is saying you can't find are very easily accessible.

**MR. SPRIGMAN:** Your Honor, objection. It misstates counsel's questioning and the purpose of it.

**THE COURT:** That's not what I inferred he was trying to do.

In fact, what I think he's saying is you can search and find a lot of this stuff. It's historical stuff. It's like going to a library. You can find it.

But they're saying that's not use, that's not bona fide use. And I just don't understand why this is going to help.

**BY MR. KAGAN:**

**Q.** Well, Mr. Baseer, are these uses -- that we've looked at through these Google searches, are these uses that Twitter or X Corp. actively maintains?

**MR. SPRIGMAN:** Your Honor, objection. This question has been asked and answered.

**THE COURT:** Overruled. But I don't get it. I mean, use. You just do it. That's fine. He's going to say it's use. Okay. Good, it's use. What you guys think is a legal matter, it's use.

**MR. KAGAN:** Yeah. The point that I'm making is that these are uses that X Corp. is maintaining and that they're keeping up. They could -- as part of the rebrand --

**THE COURT:** Ask him when is the last time X went on this? What's this website? I can't see it.

**MR. SPRIGMAN:** Objection, Your Honor. This mistakes what this is. This is not a website.

**THE COURT:** What is it, a PDF?

**MR. KAGAN:** It is document that's hosted as a website.

**THE COURT:** It must be on a website somewhere.

Google took you somewhere.

You are on the internet right now, right?

**MR. KAGAN:** Correct, Your Honor.

**THE COURT:** What is the address of the internet that you are on?

**MR. KAGAN:** It's business.twitter.com with extended...

**THE COURT:** Okay. My question: When did X last go on that website and do anything to this web page?

**THE WITNESS:** As part of the rebranding effort, X looked at all of its sites and determined whether we wanted to continue to keep and maintain them or change references. So at a minimum, this would have been somewhere between -- this would have been evaluated somewhere after late 2023 to '24 or '25.

**THE COURT:** Well, you don't even know. So what you are saying, you don't know. I mean, you just know it happened.

You are saying sometime after X bought Twitter, somebody from X went on this website, is what you are saying?

**THE WITNESS:** Yes, Your Honor.

**THE COURT:** Can you tell me, because your counsel thought it was important to put this particular website up: When is the last time anybody from X went on

that website and did anything; do you know?

**THE WITNESS:** Your Honor, I don't know the specific date. However, as I said, after the rebrand happened, I spoke with various teams, including the marketing team that would have been responsible for evaluating all of these sites. We identified certain things that we said we would continue to maintain, and so --

**THE COURT:** When you say "continue to maintain," what do you have to do to maintain it?

**THE WITNESS:** We need to make sure that the live -- the links still continue to actually resolve.

**THE COURT:** When did you last go on to that website to make sure that the links on that website that continue to resolve?

**THE WITNESS:** It had to have been through sometime at the end of '23 or '24, one of the --

**THE COURT:** Why do you say end of '23?

**THE WITNESS:** I think it's just as part of the rebranding.

**THE COURT:** When did the rebranding start?

**THE WITNESS:** Rebranding started in around mid 2023, Your Honor.

**THE COURT:** Mid 2023.

That's the reason why you are assuming it is

sometime in 2023?

**THE WITNESS:** Yes, because I had a conversation with the various teams to ensure that we actually evaluated everything.

And as I said, because the primary brand was going to be X, we needed to actually remove a lot of the references where it was inappropriate and replace them with the X design logo, the X branding, and then there were going to be other pages that we knew we would continue to use just as Twitter and the Twitter bird logo.

**THE COURT:** When did you complete that project?

**THE WITNESS:** Technically, the project was completed probably at the end of -- or probably fall of 2025.

**THE COURT:** It took you a year and a half for... You are telling me X took a year and a half to finish checking out all the Twitter websites? It took them that long, really?

**THE WITNESS:** Yes, Your Honor.

Partly because, as was previously discussed, there was also a transition between -- we wanted to have both of the domain names, twitter.com as well as X.com.

There is lots of security and other issues.

It's not a simple aspect of just switching from one site to another.

We wanted to make sure everything actually worked, and then also that the product itself continues to work because the product itself --

**THE COURT:** What you mean by "the product"?

**THE WITNESS:** As you saw, when you go to X.com, the platform and the service is also available. There's different components to that service. There's -- as was previously mentioned, there is the home timeline.

There's complex systems that identify, for example, who you are, what information we have about you, who you follow, how you follow them, and then there are systems that identify what content is relevant to you to serve it up.

There's other content, like we saw in the left-hand menu. If you have certain subscriptions or things like that, the left-hand menu, itself, is different from user to user based on your subscription, based on what you participate in, if you have bookmarks, things of that sort.

Then the right-hand portion of that site also has different information related to trends, what might be relevant for you based on a number of different pieces.

So it's a complex set of background systems that are doing all of this work. And merely just changing from twitter.com to X.com doesn't work because it will break a lot of links.

A lot of the code that actually powers those systems have references to you should look at this, you should then follow this path to this place, and then pull data from this place, and then identify it.

So a lot of that is also associated with the main domain name, whether it's Twitter.com or X.com. So all of those paths have to be correctly evaluated. So the engineering team and the marketing teams and others work closely together. They may not look at certain set of domain names or sub domains or portions of the site because there's additional work that's being done. So that's one reason.

Another reason is, frankly, resource constraints. If we are developing the product and we are focusing on rebranding, also trying to make sure that the new brand name also gets recognized, the teams are also creating marketing and other materials related to the new information, so they can dedicate the entire time just scrubbing through the sites. So we take a reasoned approach to go through and work on a number of different aspects.

**MR. KAGAN:** Thank you.
You can take that down, Mr. Cohen.
**BY MR. KAGAN:**
**Q.** Mr. Baseer, can we talk a bit -- I'd like to talk a bit about the app, the Twitter version of the app that we talked about earlier.
If you go back to your declaration, your reply declaration, do you have that in front of you?
**A.** Yes, I do.
**Q.** And can you go to Paragraph 10, please?
**A.** I'm there.
**Q.** Do you see in the middle of the paragraph, it says, "However, as I explained during my deposition, the 200,000 figure was derived from the number of active devices that maintain and use the Twitter-branded iOS app."
Do you see that?
**A.** Yes, I see that.
**Q.** You didn't fabricate that 200,000 number, did you?
**A.** No. As I said, I worked with our engineering team to pull the data to support that.
**Q.** And what did you do to work with your engineering team?
**A.** As I said, I'm aware of a number of different uses as part of my job at X, and I work with various teams.
And as part of this work, I knew that we still had

and we still maintain a number of different versions of the app. And I asked the engineering team to pull data that related to versions of the app that would still have the bluebird icon, as well as the Twitter name associated with them.

And I pulled that data for that specific date to see how many people were still using those versions of the app that we actually still provide that service to.

Because we could have shut off that service. We can completely kill the functionality of -- all functionality of any app, and there are old, old versions of the app that no longer work. But there's still others we allow to maintain, and this is one of the versions that contains the logo and the Twitter bird that we still allow.

**Q.** Do you recall earlier that Mr. Sprigman asked you questions about a single image from a Debevoise attorney that was in your declaration?

**A.** Yes, I do.

**Q.** As you testified, there's -- that's not the only instance of the app that's being used, correct?

**A.** No. It's an example of one instance.

**Q.** And based on the data that you reviewed in coming up with that 200,000 figure, do you have an understanding as to whether the users that use that version of the Twitter app have content available to them?

**A.** Yes. In fact, you can see in this screenshot, where it says "Search Twitter," under the sports bar, there's trending information related to that particular sporting event.

It looks like this is related to NFL because you still see the NFL carousel up on top with different teams playing, as well as the trends related to sports, generally.

**Q.** And can you explain --

**THE COURT:** What tab is this, please?

**MR. KAGAN:** This is in Mr. Baseer's reply declaration, and it's Pages 6 to 7. They are images that appear.

**THE COURT:** Page 6, okay. Thank you.

**BY MR. KAGAN:**

**Q.** Mr. Sprigman asked you -- do you recall he asked you questions about whether you have knowledge of whether the individual whose phone this came from has other apps and similar questions?

**A.** Yes, I recall that.

**Q.** What was your purpose of putting these particular images in your declaration?

**A.** As I responded back to Mr. Sprigman, we took screenshots that showed uses of the bird logo and the Twitter marks and tweet marks, and these are screenshots

from within that app environment that show uses of those marks.

**Q.** Were these screenshots intended to show the entire user experience?

**A.** No. As I said, we even saw it earlier, you can just continue to scroll and scroll and scroll and scroll and scroll through the home timeline.

So first, it's impractical to take screenshots of every single experience as part of the app of the service.

Second, as I said earlier, the rest of that stuff may be irrelevant. What's relevant here is do you show use and where is the use, and here are the use cases.

**Q.** Can you go up to the Paragraph 2 of your declaration, please?

And do you see the last --

**A.** The reply declaration?

**Q.** Yes, your reply declaration. Sorry.

**A.** I'm there.

**Q.** Do you see the last sentence of your reply declaration that states, "As with my first declaration, I submit this declaration based on my personal knowledge and review of company records and on information from individuals at X Corp. upon whom I regularly rely"?

**A.** Yes.

**Q.** Was that accurate?

**A.** Yes, that's accurate.
**Q.** Did you review both your original declaration and your reply declaration for accuracy before you signed them?
**A.** Yes.
**Q.** And you signed them under penalty of perjury, correct?
**A.** Yes, I did.
**Q.** I'd like to put a screen back up.
Do you recall when Mr. Sprigman was asking you how to navigate to the developer page from the X.com home page?
**A.** I do. I just couldn't recall exactly how.
**Q.** And can we go to X.com, please?
The domain here is X.com, correct, Mr. Baseer?
**A.** Yes.
**Q.** And this is different from the page that Mr. Sprigman was showing you before, correct?
**A.** Yes. This is the logged out experience, meaning you are not logged in as a user. This is the main page before you log in to the website or the platform.
**Q.** And do you see at the bottom --
**A.** Developers?
**Q.** -- a link that says developers?
**A.** Yes.
**Q.** Is that the developers link you were referring to in

your declaration?

**A.** Yes.

**Q.** Thank you.

**MR. KAGAN:** We can take that down, Mr. Cohen.

**BY MR. KAGAN:**

**Q.** Mr. Baseer, just a couple more questions for you.

Do you recall during Mr. Sprigman's examination there was a colloquy with the Court about use of words, purchasing words with Google?

**A.** Yes.

**Q.** Does -- does X Corp. purchase keywords from Google?

**A.** Yes. X continues to purchase keywords from Google, as did Twitter.

**Q.** Can you explain what that means, to purchase a keyword?

**A.** Yes. As a company, we actually purchase certain keywords with Google in order to associate certain links or advertisements related to our products and services.

And in connection with some of the Twitter word marks, we have done so. We continue to do so in connection with our brands. It's common practice with brands and advertisers.

**Q.** Why does X Corp. continue to purchase Twitter as a keyword?

**MR. SPRIGMAN:** Your Honor, I'm going to

object. This is well outside the scope of either the declaration or the reply declaration. The reply declaration, itself, made a whole bunch of fact statements that were new. We're like two steps outside now.

**THE COURT:** I'm's not sure where it's going. Where is this going?

**MR. KAGAN:** I believe the door was opened to this before.

**THE COURT:** It was opened, but to what? What do you hope he's going to tell you that's going to help your argument?

**MR. KAGAN:** I believe Your Honor had a question about whether purchasing keywords or something to that effect was a use in commerce.

**THE COURT:** Right. I mean, I assume they buy keywords.

Is it your position that if somebody buys... For instance, is it your position if they bought... Are you going to ask him if he bought Twitter?

**MR. KAGAN:** Yes. I believe he testified that -- he just testified that he did.

**THE COURT:** You bought Twitter? I didn't hear that.

Here's the thing now: Is it your position

that buying the word "Twitter" from Google for a search constitutes bona fide use of the mark?

**MR. KAGAN:** 100 percent, Your Honor. There is case law. That is Legion.

**THE COURT:** We will see. The point is I kind of assumed they bought the word "Twitter."

Your position, Mr. Sprigman, is as a matter of law, that's not bona fide use, right?

**MR. McKENNA:** Yes.

**THE COURT:** I think I have got a legal issue that you guys can tee up for me.

**MR. KAGAN:** I mean, the case law is Legion.

**THE COURT:** I don't need the case law right now. You have got the witness on the stand. We have to finish up pretty soon. I have a court reporter who has to go somewhere. Let's get to what you need.

**MR. KAGAN:** I think that's it.

**BY MR. KAGAN:**

**Q.** Mr. Baseer, can you explain why X Corp. continues to buy Twitter as a keyword?

**A.** Again, it is one of our brands, and we want to make sure that users who are searching for our brands find their way to our platform and our service, and that's exactly why we do it.

**Q.** Thank you.

**MR. KAGAN:** Your Honor, I have no further questions.

I just wanted to note one thing for the record, which is when Mr. Sprigman was questioning Mr. Baseer, there were questions about highlighting in the exhibits. We did that because we understood that that's the Court's preference as to pin cite and pinpoint where relevant material is. That's the reason that that was done.

**THE COURT:** As long as you note it, that's true. I welcome it, because it makes it easier for me. But I do think it's important to make sure you note it, so that I know that's not the way the document appears naturally. But in this case, I figured as much.

**MR. KAGAN:** Thank you, Your Honor.

**THE COURT:** Thank you.

All right. I just have a couple of questions for the witness.

In Tab 6 of your declaration, you have got this Twitter brand guidelines that was just put up on the internet.

Is it true that this was last amended in October of 2020?

**THE WITNESS:** Yes, Your Honor.

**THE COURT:** Then, at the last page,

Mr. Sprigman brought your attention to this, that there's a provision in here at Subparagraph 4, quote, "You may not use the Twitter trademark in any manner that implies sponsorship or endorsement by Twitter without an express written permission and license from Twitter," unquote.

Do you see that?

**THE WITNESS:** Yes, Your Honor.

**THE COURT:** I mean, you saw JetBlue has got Twitter, the Twitter logo on its website; is that right?

**THE WITNESS:** Yes, Your Honor.

**THE COURT:** And I think you already testified that you JetBlue does not have a license from Twitter to do that; is that right?

**THE WITNESS:** No, Your Honor. However, as I also clarified, that that use is not an endorsement, nor is it seen as a sponsorship.

That is a social media icon that is prevalent on several sites, actually millions of sites, to drive people from that icon to their account on the platform.

Users don't see that as a sponsorship or an endorsement. They see that as a way to identify use by that particular user of the Twitter service to exchange messages on that platform.

So that's not a sponsorship or an endorsement. Those icons --

**THE COURT:** What is a sponsorship?

**THE WITNESS:** If, for example -- a very straightforward example, Your Honor, is if, for example, X is sponsoring an NBA game, it's, you know, "The Lakers and Golden State Warriors brought to you by X." That would be a sponsorship.

**THE COURT:** Wait. That's a sponsorship by X?

**THE WITNESS:** That's right.

**THE COURT:** The provision that I'm discussing prohibits anyone from using the Twitter trademark in any manner that implies sponsorship or endorsement by Twitter.

**THE WITNESS:** That's right, Your Honor.

**THE COURT:** Okay. So JetBlue would be prohibited, you are saying, under this provision from using Twitter to sponsor an NBA game.

Isn't it really JetBlue is not supposed to use... well, you tell me.

That's what sponsorship means?

**THE WITNESS:** No, Your Honor. I'm sorry.

You were asking for any example of sponsorship. In the case of JetBlue, it would be like "JetBlue sponsored by Twitter" or "sponsored by X," or it would be like "JetBlue's flight brought to you by X" "or Twitter." That would be a specific example of a

sponsorship where X sponsors JetBlue. That's not the use case.

In those instances, we would absolutely put a license agreement in place. In fact, with almost all of our clients where we have master services agreement, there are provisions in there that prohibit those clients and advertisers, even though they are advertisers and clients on our platform, to use our marks in a way that implies that kind of sponsorship.

In fact, even if you don't have a specifically negotiated master services agreement, if you are just an advertiser on the platform, there are advertising terms on the platform that also include language that explicitly prohibit those kinds of uses for marketing and sponsorship purposes without explicit written agreements.

**THE COURT:** When is the last time Twitter licensed its trademark to anyone?

**THE WITNESS:** It's been a very long time, Your Honor. We don't license the core marks. Even when -- before the rebrand, we --

**THE COURT:** Let me just ask you this: Has X ever licensed the Twitter mark to anyone?

**THE WITNESS:** No, it hasn't. X hasn't licensed X mark to anyone.

**THE COURT:** Okay. So X has never licensed a mark to anyone?

**THE WITNESS:** Throughout the history of Twitter, I don't know if Twitter had ever licensed, but I do know that it is a very rare instance. I can't recall an instance where we specifically licensed it.

The only instances that I can -- actually, let me clarify that for Your Honor. We did have specific agreements, at least that I'm aware of, in a couple of instances where, for example, there was -- there were a couple of politicians, and I can't remember the exact countries, where in order for them to run for office and show that users can reach out to them via the platform, the election laws in those countries specifically required them to show that there was a written agreement between them and the platform. I do know I drafted a couple of those agreements.

Outside of that context, like normal sponsorship and others that we are talking about, I can't recall off the top of my head if Twitter ever licensed the core mark of X.

**THE COURT:** I just want to go back.

Since X bought Twitter, it has never licensed the Twitter mark, right?

**THE WITNESS:** No, Your Honor.

**THE COURT:** In your brief, you say, "X Corp. continues to use the Twitter marks in sales licensing arrangements."

So that doesn't sound... how do I square that, that your lawyers in your brief are saying that X Corp. continues to use the marks in licensing agreements, and yet you just testified that X has never licensed the trademark? Do you want to tell me... Can you explain that to me?

**THE WITNESS:** Yes, Your Honor. I'm sorry. Let me be very precise with my language, right?

The brand guidelines allow people to use the Twitter marks with permission from Twitter based on limited circumstances and limited use cases. Example is JetBlue, right?

The kind of license arrangement that you are talking about, that sophisticated sponsorship arrangement, that I don't know -- that I'm sure we haven't done since X Corp. has acquired Twitter.

**THE COURT:** So you do have a licensing arrangement with JetBlue or you don't? I'm kind of confused.

**THE WITNESS:** I'm sorry, Your Honor. To be precise, JetBlue uses the social media icon with Twitter or X Corp.'s permission, and in that sense --

**THE COURT:** Do you have a contract with them?

**THE WITNESS:** As I said, it is a part of the developer guidelines. As long as they are following the developer -- sorry, not developer -- the brand guidelines, as we explained, it is done with permission of Twitter.

So in that broad sense, there are these arrangements. But the kind of sponsorship and licensing we have been talking about, that I don't believe X Corp. has licensed --

**THE COURT:** All right.

**THE WITNESS:** -- to the company.

**THE COURT:** Now, if I go into... what do you call it? Is it a browser? Where do I type in the URL?

**THE WITNESS:** That's address bar of the browser.

**THE COURT:** If I go into my address bar, and I just type "Twitter," what happens?

**THE WITNESS:** Typically, depending on which browser you are using, it will default to whatever search engine, if it defaults to a search engine. It will conduct a search using that search engine.

**THE COURT:** Okay. And so do you know, if I type it into Google browser, what happens?

**THE WITNESS:** It will very likely conduct a

Google search, and you will get results for Twitter related.

**THE COURT:** It will not take me to a website?

**THE WITNESS:** No, unless you -- if you just typed in the word "Twitter," it will give you search results related to Twitter rather than taking you specifically to a website.

**THE COURT:** I need a dot something to get somewhere to a website.

Is that what you are saying?

**THE WITNESS:** Yes, Your Honor.

**THE COURT:** Now, if I put in "tweet," what do I get?

**THE WITNESS:** If you just put in "tweet" by itself, again, if it's, for example, a Chrome browser, it may default to Google search engine, and it'll use Google search engine to search and then provide you results related to "tweet" as part of that.

**THE COURT:** Okay. You testified at 10:52 this morning that, quote, "Frankly, other brands, even before the rebranding, other brands like tweet.com would also still lead to the platform."

What did you mean by that testimony?

**THE WITNESS:** Your Honor, Twitter has always maintained a number of different domain names that it

registers with -- and I can tell you the vendor is Markmonitor. They are one of the bigger registries that allow to you, essentially, register these domain names.

So Twitter maintained a number of these domain names. Some of them we maintain for defensive purposes, which means we register them, we lock them, and they don't actually resolve anywhere. They don't do anything. They are just -- if you type in, it's just a dead site. It'll say, you know -- some message just says it doesn't resolve or some other thing.

Then there are other domain names, where we actively ask our registry to direct them to certain servers and URLs, so that they will actually lead to our platform or the specific location where we want them to go and show the specific site we want them to show.

**THE COURT:** All right. When is the last time X made any adjustments, changes, modifications, or did anything active to the Twitter Facebook account?

**THE WITNESS:** I can't remember exactly, Your Honor, but I believe, if I remember correctly, it was in 2022 that Twitter or X actually posted something. But I think I also noted earlier that we rarely use those sites.

You will see, if you look at those pages, even during -- when it was just Twitter before

rebranding, some of those posts are months or a year apart. They are infrequent use. But they have been continuous and periodic use, Your Honor.

**THE COURT:** All right. Thank you very much. You may step down.

All right. Give me a second.

Okay. Where I am is I'd like to hear from the parties with the benefit of the transcript with respect to certain issues.

But before I tell you what I'm thinking, what are you all thinking and how would you like to proceed?

**MR. McKENNA:** Your Honor, I think we are okay. We don't need to call Mr. Coates. I think we would be happy to stand on his written submission.

**MS. BANNIGAN:** We are in agreement on that, Your Honor.

**THE COURT:** Okay. And then what do you want to do about... I only want supplemental briefing on use.

**MR. McKENNA:** Understood.

**THE COURT:** And let me tell you where I am. For starters, I want a little bit of clarification.

The three marks in question in the order, proposed order, were for Twitter, tweet, and the Twitter bird logo, right?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Now, the mark does not include "tweets," plural?

**MS. BANNIGAN:** The mark, itself, as registered, is just "tweet."

**THE COURT:** It's "tweet," singular, right?

**MS. BANNIGAN:** Correct.

**THE COURT:** The reason I asked that is because when I put tweets.com, I get one thing in my browser. If I put tweet.com, I get something different.

**MS. BANNIGAN:** We haven't put in any -- we are not talking about tweet.com. It's the use of the "tweet" throughout the platform.

**THE COURT:** I did not find... So I am going to tell you I'm going to make one finding, which is I have not found that X has adduced credible evidence of use of "tweet" or the bird logo.

And I mean, I gave it every opportunity. I did not think the testimony was, in my mind, credible to adduce public use of "tweet" or the bird logo.

And I'm undecided about use of "Twitter." That's what I think I would benefit from further briefing on, but I think with the benefit of you all having the transcript.

Now, it gives X another bite at the apple, essentially, but I think that's the right way to do it.

And so that's kind of where I am in terms of the facts. I think those are the real critical facts. I mean, there's a presumption of irreparable harm.

Everybody agrees on that?

**MS. BANNIGAN:** Yes, Your Honor.

**MR. McKENNA:** Yes, Your Honor.

**THE COURT:** Right?

And, you know, there wasn't even serious briefing on the *Lapp* Factors. I mean, just from the defense. I mean, I think the real issue is use. Am I missing anything?

**MR. McKENNA:** I think that's clearly the primary issue, Your Honor.

**THE COURT:** Yeah. All right. So there was no briefing on the bond, really. That would have to be addressed. And so that's what I propose, in a very general way.

Now, how do you want to proceed? I mean, the burden is, you know...

Do you want the plaintiff to go first, for instance, or defense or do you want simultaneous briefs? You know, what do you think?

**MS. BANNIGAN:** I do think it's helpful to address the burden here, and the burden is clearly on Operation Bluebird.

The way the burden works is under 15 U.S.C. 1115(a) there's a presumption of validity when you have a trademark registration.

X clearly has a trademark registration. When you look at, then, you go to 15 U.S.C. 1127, which is what addresses abandonment, there's a presumption of abandonment if non-use has been for three years. That's not on the table here. The rebrand only happened two and a half -- under three years ago. And so that's where it comes to abandonment must be strictly proved.

It's not our burden to prove there wasn't abandonment. It's the other sides' burden. And so that's why our position is --

**THE COURT:** Right. When you say that, and I hear you, right? And I'm going to guess they don't dispute that.

But when you're proving a negative, right, I mean, it's impossible to prove a negative. And so as a practical matter with this kind of affirmative defense, the way it works is it's raised. There's, like, if you want to call it a prima facie case of some sort. I mean, unless you want to point me to case law that says exactly how this would unfold, and I welcome that if you do.

But, you know, we are proving, you are asking

the defendant to prove a negative. And so as a practical matter, at some point the burden shifts back to you, right?

**MS. BANNIGAN:** As a practical matter, that's not what the case law says, the burden shifts back. I understand what Your Honor is saying, but that's why the burden is so hard here -- I mean is so high here.

**THE COURT:** How do you prove a negative affirmatively?

**MS. BANNIGAN:** Essentially, we have shown use. What Operation Bluebird has tried to do is poke holes in the use. They are saying that use is not good enough.

But that -- you know, especially at the stage we are at right now, they have not met that burden. Simply saying you don't use it enough or, you know, your use came years ago before the rebrand -- they are creating a bunch of laws that don't actually exist.

There's nothing -- bona fide use is using the mark in a commercial sense.

It is -- it's generally not complicated in most cases. That's why, for instance, when we have these Meta Tag cases. There's been a lot of cases about is Meta Tag purchasing the key words, like we were talking about purchasing Twitter so you can use it in a Google search, is that use in commerce.

In fact, the Second Circuit just addressed it definitively recently, and many cases have addressed it definitively and they said it's a commercial transaction. That's used in commerce.

The real question is, is it infringing? Is it likely to cause confusion? That's obviously not what we are addressing here.

But there's a policy reason why the burden is so high for abandonment. That's because, Number 1, it's a forfeiture right, so you're taking away someone's property, right? In this case, a property right that the company paid $44 billion for.

Two, the ultimate goal of trademark law, whether we're talking about abandonment or confusion or registration, is to prevent consumer confusion.

And so if you have this situation where a brand rebrands, and that happens all the time, and somebody else, as soon as the rebrand happened, like what happened here, Operation Bluebird filed their first trademark registration within hours, I believe, of the rebrand being announced, before any changes were even made. And that says, oh, you've rebranded, we can take your use, like it would cause massive consumer confusion.

As Your Honor has acknowledged, Operation

Bluebird hasn't even attempted to say there would be no confusion. We know that there's residual goodwill and that's another point that we're going to address in the brief. Consumers still call this platform Twitter. To the extent --

**THE COURT:** You know, you can do that. But if I were you --

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** You know, I would really try to persuade me that you've bona fidely, if that's an adverb, used the mark.

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** And you can do, as you have today, if you want to spend all your time in your brief talking about the goodwill and how valuable the company is and how much money you paid, you can do that. But then we ought to just, maybe you only have one page to brief. Because I have made it really clear what I'm struggling with, right?

**MS. BANNIGAN:** Yes.

**THE COURT:** You just seem intent upon avoiding that. Talk with Mr. Mayo when you leave here, and I think he might be able to guide you in a way that would help your client.

**MS. BANNIGAN:** Thank you, Your Honor.

**MR. McKENNA:** Your Honor, if I could just respond quickly.

We certainly don't disagree that the statute places the burden on the defendant with respect to any affirmative defense, but I will just reiterate that abandonment is a validity doctrine. That's how it's articulated in the statute. It's not about likely to lead to contusion. It the marks are abandoned, likelihood of confusion is irrelevant because the marks have -- X has no rights on the marks.

The statute does not differentiate the burden between abandonment and any of the other defenses that it lists, so there is no statutory basis for applying a higher burden to abandonment.

This is also a preliminary injunction, so even if it's the case and the ultimate merits that we bear at least a burden to bring forward the evidence.

At the stage of preliminary injunction, they have a high burden to meet to show that they are entitled --

**THE COURT:** Well, okay, but let me stop you there. This is not really addressed in your papers, right? I mean, their burden is less than a preponderance of the evidence.

This is a preliminary injunction. So they

don't have to prove by 51 percent that they won. All right? And you know and that's, by the way, another reason why I kind of threw this out to you-all because another thing is, you know, this is part of an ongoing case, right?

And your client isn't on the market yet. So another practical way to proceed with this case would just say, let's just expedite the entire case and get it resolved on the merits in final form. And I just hold off on ruling on the preliminary injunction.

You know, I mean, in other words, if your client is willing to say, you know what, I'll tell you what, I'll stand down for right now. Let's expeditiously litigate this case. That might be the way, in fact, X might say that's acceptable to it. And, you know, and I'll move on it.

I mean, do you want to talk about that together for a couple minutes or something?

**MR. McKENNA:** I think we can consult on that, Your Honor. I think we have to talk to our client a little bit.

**THE COURT:** Well, clearly you would, but your clients are here, both of them.

**MR. McKENNA:** Yeah. So we could certainly consult with them when we're finished. I'm not sure I'm

prepared to answer it on the spot. So...

**THE COURT:** Yeah, okay. Because I don't even know that there's that much discovery. I mean, this sounds like largely a legal issue, but it's a weighty legal issue and, you know, I want to give it due attention. It deserves a lot of attention.

**MR. McKENNA:** Understood.

**THE COURT:** Here's what I'm going to do. I'm going to break for ten minutes, but we are going to be right back at ten minutes, and then we are going to end at 3:15 because I have other things I have to attend to. But I think if you spend five minutes just talking to each other, it may make that...

Otherwise, I'll come out at 3, 10 and I'll think about, like, a schedule that we can do further briefing. But, frankly, what I would welcome is an agreement just to preserve the status quo and to expeditiously litigate this case. And, you know, I like to avoid decisions I don't have to make. I like that a lot.

And I think this will be a very interesting case, and it certainly is an important case that deserves a lot of attention, and I would be willing to work with the parties to have an early trial or early summary judgment, things like that. All right?

I will be back at 3:10.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated. All right.

Any chance you worked out anything? Not really.

**MR. SPRIGMAN:** Your Honor, Christopher Sprigman for Operation Bluebird.

There are three possible things to do here from Operation Bluebird's perspective.

**THE COURT:** All right.

**MR. SPRIGMAN:** One is to do what it seems you want, which is to basically have a quick trial and freeze everything in place until then.

For practical reasons, Operation Bluebird is a small company, it has investors. That is not likely to work out for Operation Bluebird.

**THE COURT:** Okay. All right.

**MR. SPRIGMAN:** The second is just to say no and, you know, that, to us, seems to be inviting a PI on the Twitter mark. So obviously we are struggling for a third way.

**THE COURT:** Well, it's not inviting, there's a PI motion. I have asked for briefing precisely because I am really struggling.

**MR. SPRIGMAN:** That is the third way, Your

Honor. So the third way, we believe, is to put off a decision, have some briefing on the Twitter mark -- only the Twitter mark. Have that briefing be on the record, only the record, no new facts, so no repeat of the reply declaration.

**THE COURT:** Right.

**MR. SPRIGMAN:** Have the briefing be simultaneous and then each side gets to reply so this gets done quickly.

We think, Your Honor, we can get over the line on Twitter because we think, as you do, that discovery is not going to add much here. There are a couple of legal questions that we have to address.

But at the end of the day, I disagree with my colleague, who I respect very much, but I disagree with her. It's not that they've got lots of use. They have unbelievable amounts of use. They've got legions of use and we just poked a few holes.

**THE COURT:** Okay. I've got to cut you off because I said 3:15.

**MR. SPRIGMAN:** Thank you.

**THE COURT:** You didn't reach an agreement. And you propose further briefing, simultaneous briefing?

**MR. SPRIGMAN:** Correct.

**THE COURT:** Let's hear from them. Maybe they

agree with that.

**MS. BANNIGAN:** We are okay with briefing, further briefing, Your Honor.

**THE COURT:** Okay.

**MS. BANNIGAN:** We would ask the opportunity to brief Tweet and bluebird. We think the issues are completely intertwined and some of the uses are the same. It doesn't really add much, so we would appreciate the opportunity to brief the three marks on the issue of use.

And, you know, our proposal was going to be since it's their burden, they go first, and then we go, but we could agree to simultaneous briefing and replies. We're all in agreement, we are fine with a quick schedule.

**THE COURT:** Well, I'll tell you what I'll do. I'm going to give you simultaneous briefs. It's limited to use. You can allocate it however you want. But I'm telling you all, you don't need to brief in your first brief anything other than Twitter.

And then you can make the call, depending on how compelling or not compelling you think their opening brief was, whether you even respond on the other two. That will be your call. All right? So that way you get...

Now, let's talk about length. I only want

it...

Again, you know, you don't need to argue goodwill because I'm of the generation when Twitter meant something. I never used it, but, you know, half the time I refer to Twitter instead of X. So it's not helpful to me. I want to know about use. All right? So that's what I would do, I would limit it.

You know what, I'll give you a page limit or word limit, and you can do what you want.

Let's talk about what do you think you would need, page-wise, that will be helpful?

**MS. BANNIGAN:** We propose 25 pages, Your Honor.

**THE COURT:** Okay.

**MR. SPRIGMAN:** Twenty-five pages, Your Honor.

**THE COURT:** All right. And then is it 2 or 250 as my multiplier?

**MR. MAYO:** 250.

**THE COURT:** 250 okay. All right. So convert it. 14-point font, 250 times 25 is the word Count. Okay? And no new evidence. You are stuck with what the record is. All right? Is that clear?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Clear?

**MR. SPRIGMAN:** Very.

**MS. BANNIGAN:** Your Honor, do you want briefing on the bond issue as well?

**THE COURT:** Oh, we did say that.

What do you think?

**MR. SPRIGMAN:** Your Honor, I think we should have briefing on the bond. I think we should have separate briefing on the bond.

**THE COURT:** Separate briefing?

**MR. SPRIGMAN:** Yes, short brief on the bond. Because we have a reason --

**THE COURT:** All right. Then why don't we wait. Why don't I wait for briefing on the bond and then I'll make a decision. That's what we're going to do. So we have to go.

**MR. SPRIGMAN:** Your Honor, time limit -- timeframe? Both Mr. McKenna and I have prearranged other things over the next two weeks. I wonder if we could get three weeks here.

**THE COURT:** Three weeks to get the first brief in?

**MR. SPRIGMAN:** Yes, please.

**THE COURT:** That's fine.

**MR. SPRIGMAN:** Thank you.

**MS. BANNIGAN:** I'm looking at the calendar.

**THE COURT:** Does that work?

**MS. BANNIGAN:** That works. I'm traveling -- it depends on how long we have. If we can get a couple weeks for the reply, then I am away -- three weeks starts my trip.

**THE COURT:** What do you want? Tell you what. Meet and confer, submit a schedule. All right? And then meet and confer and propose timing and a very, very short brief on bond that would follow this briefing.

You want to meet and confer on that? Is that acceptable?

**MS. BANNIGAN:** Yes, Your Honor.

**THE COURT:** Is that acceptable to you?

**MR. SPRIGMAN:** Yes, Your Honor.

**THE COURT:** All right. Great. Thank you very much for the arguments. We are adjourned.

(The proceedings concluded at 3:15 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer, RPR, FCRR
Official Court Reporter
U.S. District Court

**[429]**
**BY MR. KAGAN: [15]** 1:68/7 1:70/15 1:86/19 1:91/22 1:175/2 1:175/16 1:176/2 1:176/8 1:177/2 1:177/8 1:178/4 1:184/3 1:186/15 1:189/5 1:191/18
**BY MR. SPRIGMAN: [29]** 1:100/8 1:100/17 1:102/7 1:103/11 1:104/14 1:105/19 1:106/24 1:114/10 1:122/10 1:122/14 1:124/2 1:125/8 1:125/18 1:126/6 1:126/15 1:127/6 1:127/16 1:129/1 1:129/11 1:129/17 1:130/2 1:132/18 1:157/8 1:163/14 1:166/11 1:171/21 1:172/10 1:172/22 1:173/12
**MR. FARNAN: [2]** 1:3/8 1:25/22
**MR. KAGAN: [39]** 1:67/14 1:68/1 1:68/4 1:70/14 1:86/15 1:86/18 1:91/19 1:99/16 1:99/22 1:138/20 1:139/6 1:163/12 1:165/20 1:165/24 1:173/10 1:174/23 1:174/25 1:175/14 1:175/24 1:176/6 1:176/19 1:176/23 1:177/6 1:177/14 1:178/14 1:178/23 1:179/3 1:179/6 1:184/1 1:186/11 1:189/4 1:190/8 1:190/13 1:190/21 1:191/3 1:191/12 1:191/17 1:192/1 1:192/15
**MR. MAYO: [2]** 1:2/24 1:214/18
**MR. McKENNA: [53]** 1:25/17 1:26/3 1:50/19 1:52/6 1:52/10 1:52/13 1:53/5 1:53/25 1:54/4 1:54/24 1:56/7 1:57/12 1:57/17 1:57/20 1:57/25 1:58/11 1:58/18 1:58/25 1:59/15 1:59/19 1:60/23 1:61/2 1:61/4 1:61/19 1:61/23 1:62/15 1:62/21 1:63/9 1:63/20 1:63/22 1:66/2 1:67/3 1:67/8 1:136/3 1:136/10 1:136/25 1:137/23 1:138/1 1:138/6 1:138/14 1:153/14 1:153/17 1:154/10 1:156/11 1:191/9 1:201/12 1:201/19 1:203/6 1:203/12 1:208/1 1:209/19 1:209/24 1:210/7
**MR. SPRIGMAN: [88]** 1:99/25 1:100/6 1:100/14 1:102/3 1:103/9 1:104/12 1:105/11 1:105/14 1:105/16 1:105/18 1:106/18 1:106/21 1:114/8 1:121/14 1:121/22 1:122/8 1:123/14 1:123/19 1:124/1 1:125/6 1:125/16 1:126/4 1:126/13 1:127/4 1:127/14 1:128/23 1:129/9 1:129/15 1:132/16 1:133/1 1:133/4 1:133/14 1:133/17 1:134/21 1:135/9 1:135/17 1:135/22 1:138/10 1:138/15 1:139/7 1:139/13 1:139/16 1:139/19 1:139/23 1:140/1 1:140/3 1:140/10 1:142/2 1:142/11 1:142/25 1:143/5 1:143/9 1:143/14 1:144/2 1:144/12 1:144/18 1:145/8 1:145/12 1:146/18 1:146/21 1:157/7 1:163/13 1:165/23 1:166/2 1:166/10 1:171/19 1:172/8 1:172/17 1:174/14 1:177/19 1:178/8 1:178/20 1:189/25 1:211/6 1:211/11 1:211/18 1:211/25 1:212/7 1:212/21 1:212/24 1:214/15 1:214/25 1:215/5 1:215/9 1:215/15 1:215/21 1:215/23 1:216/13
**MS. BANNIGAN: [177]** 1:4/11 1:4/18 1:4/20 1:5/8 1:5/11 1:5/17 1:5/24 1:6/4 1:6/13 1:6/23 1:7/1 1:7/3 1:7/5 1:7/10 1:7/16 1:7/19 1:8/10 1:8/18 1:9/20 1:9/23 1:9/25 1:10/4 1:10/7 1:10/12 1:11/6 1:11/18 1:11/24 1:12/3 1:13/7 1:13/10 1:13/15 1:13/18 1:14/4 1:14/16 1:14/19 1:15/4 1:15/7 1:15/12 1:15/15 1:15/22 1:16/1 1:16/20 1:17/5 1:17/13 1:17/16 1:17/20 1:17/23 1:17/25 1:19/5 1:19/15 1:19/20 1:19/23 1:20/5 1:20/10 1:21/1 1:21/16 1:22/4 1:22/11 1:22/18 1:23/3 1:23/7 1:23/12 1:23/24 1:24/5 1:24/17 1:25/5 1:26/10 1:26/21 1:27/4 1:27/22 1:28/2 1:29/17 1:30/1 1:30/13 1:30/16 1:31/8 1:31/14 1:31/18 1:32/2 1:32/7 1:32/11 1:32/15 1:32/17 1:32/21 1:33/8 1:33/10 1:33/16 1:33/23 1:35/4 1:35/7 1:35/12 1:36/5 1:36/8 1:36/23 1:37/2 1:37/25 1:38/4 1:38/7 1:38/11 1:38/22 1:39/1 1:39/6 1:39/12 1:39/15 1:40/7 1:40/9 1:41/5 1:41/10 1:41/19 1:41/24 1:42/1 1:42/4 1:42/7 1:42/10 1:42/21 1:42/24 1:43/5 1:43/7 1:43/14 1:43/20 1:43/24 1:44/11 1:44/16 1:45/16 1:46/1 1:46/24 1:47/11 1:47/21 1:48/5 1:48/19 1:48/24 1:49/5 1:49/8 1:49/15 1:49/20 1:50/5 1:50/18 1:143/2 1:144/16 1:146/10 1:146/15 1:146/19 1:146/22 1:147/5 1:147/9 1:147/12 1:147/20 1:148/3 1:148/9 1:148/11 1:148/18 1:148/23 1:149/1 1:149/14 1:149/25 1:153/9 1:201/15 1:201/25 1:202/3 1:202/6 1:202/10 1:203/5 1:203/23 1:205/4 1:205/10 1:207/8 1:207/12 1:207/20 1:207/25 1:213/2 1:213/5 1:214/12 1:214/23 1:215/1 1:215/24 1:216/1 1:216/11
**THE CLERK: [2]** 1:67/17 1:67/24
**THE COURT: [352]**
**THE WITNESS: [40]** 1:67/19 1:99/24 1:105/17 1:122/4 1:172/19 1:179/10 1:179/22 1:180/2 1:180/11 1:180/16 1:180/19 1:180/22 1:181/2 1:181/14 1:181/21 1:182/7 1:192/24 1:193/7 1:193/10 1:193/14 1:194/2 1:194/8 1:194/13 1:194/20 1:195/19 1:195/24 1:196/3 1:196/25 1:197/10 1:197/23 1:198/2 1:198/12 1:198/15 1:198/19 1:198/25 1:199/4 1:199/11 1:199/14 1:199/24 1:200/19

**$**

**$1,000 [3]** 1:45/20 1:49/8 1:49/10
**$44 [3]** 1:44/6 1:46/6 1:206/12
**$44 billion [2]** 1:44/6 1:46/6

**'**

**'23 [2]** 1:180/17 1:180/18
**'24 [2]** 1:179/15 1:180/17
**'25 [1]** 1:179/15
**'All [2]** 1:117/20 1:118/4
**'developer [2]** 1:131/6 1:132/11
**'developers,' [2]** 1:131/6 1:132/10
**'display [1]** 1:131/7
**'docs,' [1]** 1:132/10
**'resources,' [1]** 1:132/11
**'Twitter,' [1]** 1:136/23

**-**

**-- a [1]** 1:188/23
**-- in [1]** 1:33/9
**-- is [1]** 1:129/18
**-- of [1]** 1:106/14
**-- to [1]** 1:198/12
**-and [2]** 1:1/21 1:2/11

**/**

**/s [1]** 1:216/23

**1**

**1 [3]** 1:104/6 1:159/5 1:206/9
**10 [7]** 1:8/15 1:8/16 1:86/13 1:161/8 1:174/23 1:184/10 1:210/14
**100 [3]** 1:98/24 1:111/15 1:191/3
**100 percent [1]** 1:191/3
**100-percent [1]** 1:111/15
**1000 [1]** 1:98/24
**1069 [1]** 1:30/4
**1072 [1]** 1:30/4
**10:52 [1]** 1:199/19
**11 [27]** 1:5/12 1:7/1 1:7/19 1:8/14 1:8/23 1:9/5 1:9/18 1:11/22 1:13/13 1:13/19 1:13/21 1:26/16 1:38/12 1:51/8 1:79/13 1:82/6 1:84/18 1:86/4 1:86/5 1:86/11 1:86/20 1:86/21 1:89/14 1:92/3 1:140/14 1:140/14 1:157/11
**11-3 [1]** 1:84/18
**11-4 [1]** 1:89/14
**11-5 [3]** 1:82/6 1:86/4 1:86/20
**11-6 [1]** 1:92/3
**11-8 [2]** 1:26/16 1:79/13
**1103867 [1]** 1:51/8
**1115 [1]** 1:204/2
**1127 [1]** 1:204/5
**1129 [1]** 1:27/25
**1139 [1]** 1:27/25
**1140 [1]** 1:27/25
**12 [6]** 1:139/13 1:139/18 1:140/11 1:140/13 1:140/21 1:161/8
**1215.02 [2]** 1:62/18 1:62/22
**1265 [1]** 1:53/2
**12:45 [2]** 1:121/20 1:121/24
**12:45 enough [1]** 1:121/20
**13 [2]** 1:91/20 1:161/9
**14 [5]** 1:41/12 1:58/14 1:86/14 1:91/20 1:214/20
**14-point [1]** 1:214/20
**15 [10]** 1:38/2 1:46/5 1:58/14 1:131/2 1:131/4 1:132/4 1:161/18 1:174/23 1:204/1 1:204/5
**1510 [1]** 1:1/4
**16 [3]** 1:95/3 1:115/10 1:169/13
**160,000 [1]** 1:47/16
**17 [1]** 1:169/14
**18 [4]** 1:33/11 1:46/4 1:119/5 1:119/7
**19 [2]** 1:162/7 1:162/8
**1974 [1]** 1:53/2
**1995 [2]** 1:52/8 1:52/11

**2**

**2 [5]** 1:159/6 1:162/7 1:162/8 1:187/13 1:214/16
**2/19/22 [2]** 1:162/7

**2**

**2/19/22... [1]** 1:162/8
**20 [5]** 1:38/11 1:103/25 1:104/1 1:104/22 1:104/23
**200 [1]** 1:145/10
**200,000 [16]** 1:10/7 1:18/2 1:20/15 1:64/4 1:64/9 1:77/24 1:78/19 1:108/10 1:113/5 1:113/11 1:113/16 1:113/24 1:113/24 1:184/13 1:184/18 1:185/23
**2006 [2]** 1:8/21 1:12/23
**2010 [1]** 1:28/3
**2011 [2]** 1:51/7 1:51/9
**2014 [1]** 1:30/5
**2020 [7]** 1:11/11 1:12/23 1:93/1 1:166/19 1:166/20 1:166/22 1:192/23
**2021 [6]** 1:104/7 1:157/23 1:158/1 1:158/3 1:159/14 1:159/17
**2022 [5]** 1:103/25 1:104/1 1:104/6 1:104/22 1:200/21
**2023 [6]** 1:37/12 1:46/4 1:179/15 1:180/23 1:180/24 1:181/1
**2025 [13]** 1:7/20 1:8/16 1:9/18 1:11/23 1:13/14 1:13/19 1:13/22 1:34/22 1:35/14 1:38/3 1:82/9 1:162/24 1:181/16
**2026 [2]** 1:1/10 1:104/23
**21 [4]** 1:63/17 1:63/19 1:63/20 1:159/14
**22 [3]** 1:104/5 1:162/7 1:162/8
**23 [2]** 1:5/1 1:51/9
**24 [5]** 1:129/24 1:129/25 1:130/3 1:130/20 1:131/3
**25 [9]** 1:1/4 1:14/8 1:14/9 1:15/20 1:131/25 1:132/1 1:163/25 1:214/12 1:214/20
**25-cv-1510-CFC [1]** 1:1/4
**250 [4]** 1:214/17 1:214/18 1:214/19 1:214/20
**27 [2]** 1:41/1 1:157/23
**28 [3]** 1:34/22 1:35/14 1:82/9
**29 [1]** 1:41/1
**2d [1]** 1:27/25

**3**

**3 [21]** 1:36/24 1:39/9 1:40/25 1:56/24 1:58/7 1:58/14 1:58/21 1:59/15 1:84/17 1:84/18 1:114/7 1:116/23 1:116/24 1:116/24 1:117/24 1:122/18 1:123/13 1:123/25 1:170/17 1:170/20 1:210/14
**30 [1]** 1:63/16
**301 [2]** 1:140/20 1:140/24
**32 [1]** 1:32/8
**35 [2]** 1:22/14 1:40/7
**37 [5]** 1:17/19 1:17/20 1:17/21 1:32/9 1:91/21
**38 [1]** 1:41/2
**3:10 [1]** 1:211/1
**3:15 [3]** 1:210/11 1:212/20 1:216/16
**3:15 because [1]** 1:210/11

**4**

**4 [25]** 1:7/21 1:9/11 1:9/14 1:75/11 1:89/13 1:89/14 1:91/2 1:116/23 1:116/25 1:117/25 1:149/10 1:152/22 1:159/3 1:159/5 1:161/1 1:161/6 1:161/7 1:161/8 1:161/8 1:161/8 1:161/18 1:169/25 1:170/7 1:170/8 1:193/2
**4 million [5]** 1:7/21 1:9/11 1:75/11 1:149/10 1:152/22
**4.6 [1]** 1:115/9
**400 [2]** 1:45/4 1:48/13
**400 million [2]** 1:45/4 1:48/13
**41 [6]** 1:7/3 1:7/5 1:10/3 1:10/4 1:31/10 1:55/19
**42 [1]** 1:10/5
**43 [1]** 1:41/2
**44 [1]** 1:84/1
**45 [1]** 1:89/9
**46 [6]** 1:33/25 1:38/9 1:38/22 1:55/19 1:57/16 1:82/4
**49 [1]** 1:91/25
**495 [1]** 1:53/1

**5**

**5 [25]** 1:34/11 1:34/13 1:35/3 1:35/4 1:36/23 1:38/19 1:41/12 1:56/2 1:58/21 1:59/14 1:82/5 1:82/6 1:86/3 1:86/4 1:86/11 1:86/20 1:86/20 1:118/24 1:118/25 1:119/1 1:122/17 1:122/18 1:127/21 1:157/9 1:157/11
**50 [2]** 1:97/9 1:97/12
**51 [1]** 1:209/1
**51 percent [1]** 1:209/1
**52 [5]** 1:31/19 1:31/22 1:32/5 1:41/2 1:81/7
**522 [2]** 1:52/7 1:52/10
**533 [2]** 1:52/7 1:52/10

**6**

**6 [15]** 1:39/21 1:92/2 1:92/3 1:95/1 1:105/21 1:106/19 1:111/3 1:161/1 1:161/5 1:166/13 1:166/14 1:169/14 1:186/12 1:186/14 1:192/19
**67 [4]** 1:35/8 1:82/7 1:118/24 1:119/1
**698 [1]** 1:27/24

**7**

**7 [10]** 1:40/10 1:40/14 1:97/14 1:105/21 1:106/19 1:161/6 1:170/16 1:170/17 1:170/20 1:186/12
**758 [1]** 1:30/4
**7:17.50 [1]** 1:63/2

**8**

**8 [8]** 1:1/10 1:22/14 1:26/16 1:26/18 1:31/11 1:79/12 1:79/13 1:114/7
**844 [1]** 1:1/13
**894 [2]** 1:52/7 1:52/9

**9**

**9 [6]** 1:17/23 1:116/21 1:116/22 1:116/25 1:117/24 1:161/7
**9:00 [2]** 1:1/10 1:2/22

**A**

**a.m [2]** 1:1/10 1:2/22
**AAJ [3]** 1:151/12 1:152/16 1:153/1
**AAL [1]** 1:151/19
**abandoned [8]** 1:16/12 1:30/7 1:39/25 1:144/20 1:151/7 1:152/6 1:156/12 1:208/8
**abandonment [36]** 1:6/10 1:6/11 1:28/7 1:28/9 1:30/17 1:39/20 1:40/18 1:42/18 1:42/20 1:51/21 1:52/17 1:53/15 1:53/16 1:53/21 1:54/14 1:145/4 1:145/5 1:150/14 1:150/17 1:150/18 1:151/21 1:152/10 1:155/9 1:155/16 1:155/21 1:155/24 1:156/8 1:204/6 1:204/7 1:204/10 1:204/12 1:206/9 1:206/14 1:208/6 1:208/12 1:208/14
**ABD [6]** 1:30/3 1:30/7 1:30/11 1:156/13 1:156/18 1:156/21
**ABD's [1]** 1:156/15
**ability [6]** 1:72/1 1:75/16 1:99/5 1:126/24 1:127/24 1:168/3
**able [16]** 1:14/5 1:44/25 1:46/17 1:47/14 1:47/17 1:47/25 1:60/5 1:72/2 1:72/6 1:73/4 1:79/2 1:79/2 1:138/7 1:165/25 1:175/22 1:207/23
**about [172]** 1:4/24 1:9/14 1:12/2 1:12/12 1:15/5 1:15/5 1:15/19 1:16/2 1:17/6 1:18/9 1:19/3 1:19/20 1:22/24 1:23/18 1:26/1 1:27/11 1:28/25 1:30/21 1:32/12 1:33/3 1:33/12 1:34/2 1:36/4 1:39/6 1:39/21 1:40/4 1:40/9 1:40/14 1:40/18 1:40/19 1:40/20 1:44/9 1:44/10 1:45/25 1:46/2 1:47/2 1:47/19 1:47/23 1:48/10 1:50/25 1:50/25 1:51/20 1:53/9 1:53/10 1:53/10 1:55/3 1:56/24 1:57/5 1:57/6 1:58/8 1:58/20 1:59/1 1:63/4 1:64/3 1:70/1 1:70/9 1:70/16 1:70/19 1:71/5 1:72/12 1:72/20 1:72/23 1:73/2 1:73/10 1:73/11 1:73/20 1:74/18 1:74/19 1:76/14 1:76/16 1:76/24 1:79/6 1:79/8 1:81/6 1:82/1 1:82/2 1:83/25 1:84/12 1:84/15 1:85/25 1:87/4 1:87/7 1:89/7 1:89/8 1:89/9 1:91/23 1:92/1 1:93/3 1:99/7 1:99/12 1:99/15 1:99/18 1:104/16 1:104/17 1:105/2 1:105/6 1:106/9 1:108/21 1:109/21 1:111/9 1:113/9 1:113/13 1:114/17 1:116/5 1:116/20 1:117/4 1:118/23 1:119/25 1:121/5 1:121/11 1:121/12 1:122/1 1:124/11 1:135/12 1:135/20 1:136/11 1:137/11 1:137/18 1:138/2 1:138/21 1:141/5 1:150/14 1:150/15 1:151/2 1:151/4 1:154/12 1:154/17 1:155/4 1:155/20 1:155/21 1:155/25 1:156/25 1:160/12 1:160/17 1:162/15 1:163/21 1:165/18 1:165/19 1:166/12 1:167/6 1:167/13 1:167/23 1:168/25 1:169/6 1:169/10 1:170/15 1:170/16 1:175/4 1:182/12 1:184/5 1:184/6 1:185/16 1:186/17 1:189/8 1:190/14 1:192/5 1:196/19 1:197/17 1:198/9 1:201/18 1:202/11 1:202/20 1:205/22 1:205/24 1:206/14 1:207/15 1:208/7 1:209/17 1:210/15 1:213/25 1:214/6 1:214/10
**above [3]** 1:111/25 1:111/25 1:164/24
**absolutely [11]** 1:6/4 1:12/6 1:38/4 1:50/6 1:50/12 1:72/13 1:75/18 1:149/20 1:152/16 1:152/17 1:195/3
**Accelerating [1]** 1:104/5
**accept [1]** 1:141/23
**acceptable [3]** 1:209/15 1:216/10 1:216/12
**accepted [1]** 1:64/22
**access [14]** 1:7/17 1:8/2 1:9/12 1:19/11 1:64/4 1:75/4 1:77/12 1:88/2 1:93/21 1:94/14 1:127/2 1:132/8 1:141/9 1:168/3
**accessed [2]** 1:131/8 1:164/1
**accessible [12]** 1:8/1 1:15/8 1:36/10 1:36/13 1:59/21 1:60/11 1:132/7 1:134/2 1:134/3 1:134/6 1:167/24 1:177/18
**accessing [4]** 1:7/21 1:9/10 1:19/14 1:77/10
**accomplish [1]**

**A**
**accomplish... [1]** 1:137/20
**accordance [1]** 1:92/13
**according [1]** 1:142/14
**accordingly [1]** 1:89/2
**account [24]** 1:37/11 1:118/5 1:126/25 1:127/24 1:133/16 1:133/19 1:133/20 1:159/7 1:159/10 1:161/2 1:161/9 1:161/14 1:162/4 1:162/12 1:162/14 1:162/15 1:162/16 1:163/6 1:171/17 1:171/25 1:172/1 1:172/20 1:193/19 1:200/18
**accounts [2]** 1:90/4 1:160/10
**ACCT123 [1]** 1:133/19
**accuracy [1]** 1:188/3
**accurate [5]** 1:9/2 1:104/3 1:187/25 1:188/1 1:216/21
**achieve [2]** 1:126/21 1:148/22
**acknowledged [1]** 1:206/25
**acquired [6]** 1:8/21 1:30/7 1:109/25 1:155/23 1:156/21 1:197/19
**acquires [1]** 1:51/22
**acquisition [3]** 1:51/20 1:121/10 1:123/4
**across [3]** 1:88/6 1:88/7 1:88/14
**action [2]** 1:23/25 1:24/25
**active [8]** 1:7/22 1:8/16 1:9/17 1:24/9 1:64/12 1:132/7 1:184/14 1:200/18
**actively [3]** 1:37/19 1:178/7 1:200/12
**actual [7]** 1:32/3 1:48/25 1:63/25 1:136/18 1:141/15 1:141/15 1:150/4
**actually [56]** 1:5/18 1:15/24 1:16/1 1:44/22 1:47/9 1:51/10 1:54/25 1:57/15 1:57/19 1:60/3 1:60/12 1:64/17 1:65/1 1:69/6 1:71/16 1:75/25 1:76/6 1:77/7 1:77/19 1:78/7 1:84/7 1:85/6 1:87/8 1:89/8 1:97/7 1:106/19 1:109/15 1:110/10 1:110/19 1:112/17 1:113/14 1:114/25 1:119/21 1:120/8 1:124/7 1:140/13 1:150/14 1:152/13 1:152/14 1:155/17 1:156/14 1:174/10 1:174/16 1:180/12 1:181/4 1:181/6 1:182/3 1:183/5 1:185/8 1:189/16 1:193/18 1:196/7 1:200/7 1:200/13 1:200/21 1:205/17
**ad [7]** 1:39/10 1:55/22 1:57/3 1:58/6 1:60/21 1:60/25 1:81/8
**add [3]** 1:85/5 1:212/12 1:213/8
**added [2]** 1:80/8 1:81/4
**addition [4]** 1:72/11 1:74/14 1:88/12 1:160/14
**additional [2]** 1:134/13 1:183/15
**address [21]** 1:15/18 1:35/16 1:35/20 1:35/25 1:45/18 1:58/2 1:62/3 1:62/24 1:94/14 1:112/9 1:133/6 1:134/11 1:135/11 1:137/4 1:153/23 1:179/4 1:198/15 1:198/17 1:203/24 1:207/3 1:212/13
**addressed [5]** 1:83/15 1:203/16 1:206/1 1:206/2 1:208/22
**addresses [4]** 1:60/21 1:61/1 1:82/25 1:204/6
**addressing [1]** 1:206/7
**adduce [1]** 1:202/19
**adduced [1]** 1:202/15
**adjourned [1]** 1:216/15
**adjusted [1]** 1:89/1
**adjustments [1]** 1:200/17
**admit [1]** 1:128/18
**ads [26]** 1:36/12 1:37/8 1:38/14 1:57/7 1:58/21 1:87/8 1:88/5 1:88/7 1:88/13 1:88/13 1:124/22 1:125/3 1:125/4 1:125/7 1:125/11 1:126/10 1:126/20 1:127/2 1:127/23 1:128/4 1:175/8 1:175/11 1:175/22 1:176/21 1:177/1 1:177/5
**ads.Twitter.com [11]** 1:37/23 1:59/7 1:59/18 1:123/6 1:123/22 1:124/6 1:126/9 1:127/3 1:127/8 1:129/10 1:175/18
**ads.Twitter.com/getstarted [5]** 1:59/7 1:59/18 1:123/6 1:124/6 1:175/18
**ads.twitter.com/mobile/getstarted [1]** 1:126/9
**ads.twitter.come [1]** 1:122/20
**ads.twitter.com\getstarted [1]** 1:37/4
**advanced [1]** 1:127/2
**advantage [7]** 1:12/25 1:45/1 1:48/3 1:127/23 1:129/6 1:150/22 1:152/20
**adverb [1]** 1:207/10
**advertise [5]** 1:81/13 1:87/9 1:87/25 1:94/1 1:177/4
**advertised [1]** 1:148/4
**advertisements [2]** 1:154/23 1:189/18
**advertiser [1]** 1:195/12
**advertisers [6]** 1:87/9 1:88/3 1:88/4 1:189/22 1:195/7 1:195/8
**advertising [10]** 1:56/25 1:58/17 1:62/5 1:73/1 1:87/6 1:87/20 1:125/15 1:127/9 1:175/12 1:195/13
**affecting [1]** 1:135/21
**affirmative [4]** 1:39/20 1:40/2 1:204/19 1:208/5
**affirmatively [1]** 1:205/9
**affirmed [1]** 1:67/22
**aforementioned [1]** 1:56/3
**after [14]** 1:36/16 1:37/12 1:41/15 1:42/8 1:63/18 1:66/1 1:69/6 1:69/6 1:80/8 1:80/16 1:162/23 1:179/15 1:179/19 1:180/3
**afterwards [1]** 1:123/3
**again [31]** 1:10/14 1:13/4 1:13/24 1:18/5 1:24/2 1:24/3 1:30/21 1:31/5 1:32/14 1:38/9 1:43/8 1:45/3 1:48/5 1:49/23 1:77/16 1:79/24 1:80/18 1:98/14 1:98/20 1:100/10 1:100/11 1:106/23 1:138/13 1:143/22 1:149/4 1:154/15 1:157/10 1:164/13 1:191/21 1:199/15 1:214/2
**against [2]** 1:23/25 1:53/16
**ages [1]** 1:115/10
**ago [23]** 1:14/8 1:14/9 1:15/20 1:16/5 1:16/5 1:34/22 1:35/14 1:45/25 1:52/19 1:65/14 1:65/18 1:73/19 1:87/19 1:91/17 1:91/17 1:104/17 1:104/24 1:106/25 1:145/11 1:156/22 1:175/3 1:204/9 1:205/16
**agree [11]** 1:7/13 1:55/17 1:95/8 1:142/23 1:142/24 1:143/1 1:144/14 1:147/2 1:153/25 1:213/1 1:213/12
**agreement [19]** 1:16/16 1:16/16 1:17/2 1:20/24 1:21/1 1:21/2 1:31/25 1:32/3 1:142/20 1:146/23 1:170/10 1:195/4 1:195/5 1:195/11 1:196/16 1:201/15 1:210/17 1:212/22 1:213/13
**agreements [9]** 1:71/22 1:71/22 1:72/7 1:82/17 1:95/18 1:195/16 1:196/9 1:196/17 1:197/7
**agrees [1]** 1:203/4
**ahead [6]** 1:10/2 1:63/19 1:122/13 1:136/1 1:146/14 1:174/24
**airline [1]** 1:173/17
**akin [1]** 1:96/1
**algorithm [4]** 1:133/23 1:135/3 1:136/19 1:138/3
**all [109]** 1:3/13 1:11/10 1:12/6 1:18/15 1:30/15 1:31/9 1:31/21 1:31/24 1:32/6 1:32/18 1:35/23 1:36/2 1:36/21 1:37/21 1:40/1 1:42/17 1:42/17 1:50/16 1:52/12 1:57/9 1:59/2 1:59/11 1:61/17 1:61/21 1:66/22 1:67/2 1:67/3 1:67/13 1:68/16 1:69/15 1:72/9 1:77/1 1:78/6 1:83/10 1:85/10 1:85/11 1:85/20 1:85/22 1:85/25 1:94/10 1:95/10 1:95/22 1:96/17 1:96/18 1:98/14 1:98/16 1:99/3 1:108/25 1:111/19 1:119/10 1:121/19 1:122/9 1:122/11 1:125/17 1:128/15 1:135/7 1:135/15 1:141/6 1:142/12 1:142/13 1:142/14 1:142/23 1:143/4 1:145/13 1:153/9 1:153/13 1:154/4 1:154/6 1:157/4 1:157/5 1:158/2 1:160/6 1:165/18 1:173/23 1:174/17 1:174/21 1:179/11 1:180/6 1:181/19 1:183/2 1:183/11 1:185/10 1:192/17 1:195/4 1:198/11 1:200/16 1:201/4 1:201/6 1:201/11 1:202/22 1:203/14 1:206/17 1:207/14 1:209/1 1:209/3 1:210/25 1:211/3 1:211/10 1:211/17 1:213/13 1:213/18 1:213/23 1:214/6 1:214/16 1:214/19 1:214/22 1:215/11 1:216/6 1:216/14
**allege [1]** 1:3/23
**alleged [2]** 1:3/20 1:31/23
**Alley [1]** 1:159/11
**allocate [1]** 1:213/17
**allow [13]** 1:13/2 1:23/20 1:46/8 1:72/4 1:77/12 1:99/9 1:99/12 1:160/10 1:160/13 1:185/12 1:185/14 1:197/12 1:200/3
**allowed [3]** 1:30/8 1:81/25 1:98/7
**allowing [7]** 1:9/12 1:12/19 1:12/24 1:19/11 1:21/4 1:21/7 1:28/22
**allows [6]** 1:7/16 1:15/15 1:24/18 1:96/9 1:98/13 1:129/6
**almost [2]** 1:96/1 1:195/4
**alone [3]** 1:55/12 1:58/5 1:150/1
**along [2]** 1:96/17 1:118/16
**already [4]** 1:3/15 1:33/19 1:33/20 1:193/11
**also [48]** 1:3/11 1:23/16 1:29/8 1:29/11 1:32/7 1:32/7 1:32/24 1:36/8 1:36/23 1:37/5 1:37/5 1:63/2 1:64/15 1:65/21 1:68/18 1:69/7 1:69/25 1:70/25 1:72/19 1:73/1 1:76/4

**A**

**also... [27]** 1:80/20 1:81/22 1:85/5 1:87/17 1:89/25 1:90/9 1:97/12 1:127/25 1:129/6 1:135/16 1:142/4 1:153/7 1:155/6 1:158/23 1:181/23 1:182/4 1:182/8 1:182/22 1:183/9 1:183/19 1:183/20 1:183/21 1:193/15 1:195/13 1:199/21 1:200/22 1:208/15
**although [6]** 1:4/2 1:28/3 1:40/17 1:134/16 1:158/1 1:159/16
**always [10]** 1:74/1 1:77/17 1:85/19 1:90/13 1:92/19 1:98/25 1:98/25 1:143/17 1:151/23 1:199/24
**am [59]** 1:6/11 1:31/21 1:50/12 1:68/22 1:84/4 1:84/19 1:90/3 1:101/19 1:101/25 1:102/9 1:102/13 1:102/17 1:103/4 1:104/9 1:104/17 1:105/2 1:105/25 1:106/6 1:107/3 1:107/11 1:111/9 1:112/5 1:112/9 1:113/6 1:114/17 1:114/19 1:117/4 1:117/12 1:118/13 1:119/2 1:121/8 1:123/24 1:123/24 1:124/8 1:124/16 1:134/18 1:138/20 1:139/3 1:139/11 1:145/11 1:146/6 1:158/6 1:159/7 1:161/3 1:161/22 1:162/9 1:162/19 1:163/16 1:164/10 1:164/11 1:166/5 1:169/19 1:201/7 1:201/20 1:202/13 1:203/1 1:203/10 1:211/24 1:216/3
**ambiguously [1]** 1:4/2
**amended [1]** 1:192/22
**America [1]** 1:28/14
**American [7]** 1:27/23 1:27/24 1:28/11 1:28/13 1:29/23 1:151/1 1:155/3
**amount [4]** 1:45/13 1:49/7 1:50/1 1:135/23
**amounts [1]** 1:212/17
**amplify [5]** 1:34/19 1:87/4 1:87/23 1:121/12 1:157/13
**analysis [1]** 1:149/6
**ANDREW [2]** 1:1/20 1:2/24
**Android [5]** 1:23/14 1:78/16 1:151/25 1:152/1 1:152/3
**announce [1]** 1:117/7
**announced [1]** 1:206/21
**announcement [1]** 1:117/2
**announcing [1]** 1:117/3
**Anonyme [1]** 1:52/25
**another [27]** 1:31/23 1:36/13 1:41/13 1:46/8 1:72/17 1:79/8 1:82/20 1:83/25 1:86/2 1:86/16 1:87/21 1:91/23 1:92/24 1:115/2 1:115/21 1:128/10 1:146/5 1:151/6 1:151/23 1:152/3 1:182/2 1:183/17 1:202/24 1:207/3 1:209/2 1:209/4 1:209/7
**answer [15]** 1:9/8 1:12/6 1:13/5 1:13/15 1:14/21 1:21/17 1:21/25 1:63/12 1:64/18 1:136/10 1:149/17 1:163/12 1:166/8 1:173/10 1:210/1
**answered [3]** 1:25/4 1:25/8 1:178/9
**any [63]** 1:9/8 1:21/25 1:25/18 1:29/25 1:45/14 1:45/17 1:46/25 1:53/21 1:55/16 1:56/15 1:60/14 1:60/18 1:62/12 1:63/7 1:64/9 1:64/13 1:64/22 1:66/19 1:69/1 1:69/10 1:78/2 1:93/10 1:95/17 1:96/20 1:101/6 1:102/18 1:108/11 1:108/14 1:111/12 1:111/16 1:113/16 1:113/22 1:118/15 1:119/11 1:120/14 1:120/19 1:120/20 1:122/1 1:124/14 1:127/10 1:138/23 1:152/15 1:158/15 1:158/20 1:159/1 1:159/22 1:161/11 1:168/21 1:170/2 1:172/23 1:174/11 1:174/11 1:177/12 1:185/11 1:193/3 1:194/10 1:194/21 1:200/17 1:202/10 1:206/21 1:208/4 1:208/12 1:211/4
**anybody [4]** 1:75/1 1:92/14 1:142/9 1:179/25
**anymore [4]** 1:12/10 1:16/10 1:65/9 1:137/16
**anyone [8]** 1:97/8 1:111/20 1:112/12 1:194/10 1:195/18 1:195/23 1:195/25 1:196/2
**anyone's [1]** 1:108/13
**anything [40]** 1:4/1 1:4/5 1:9/4 1:9/22 1:12/7 1:15/24 1:18/9 1:19/4 1:19/18 1:26/4 1:30/21 1:31/12 1:32/6 1:32/20 1:41/4 1:43/9 1:44/23 1:45/21 1:47/16 1:47/23 1:49/9 1:49/20 1:71/11 1:71/13 1:113/17 1:113/22 1:120/15 1:131/22 1:132/25 1:139/3 1:146/9 1:154/25 1:160/7 1:179/9 1:180/1 1:200/8 1:200/18 1:203/11 1:211/4 1:213/19
**anyway [1]** 1:148/20
**anywhere [7]** 1:14/18 1:75/17 1:75/19 1:75/20 1:168/18 1:168/21 1:200/7
**apart [1]** 1:201/2
**APK [2]** 1:23/20 1:65/23
**APKs [1]** 1:23/17
**apologize [2]** 1:123/25 1:128/15
**app [142]** 1:10/22 1:10/25 1:10/25 1:11/2 1:11/10 1:11/13 1:11/14 1:11/18 1:11/23 1:12/9 1:12/16 1:12/18 1:12/19 1:12/21 1:12/22 1:13/6 1:13/9 1:13/10 1:13/12 1:13/18 1:13/23 1:14/6 1:14/15 1:14/16 1:14/23 1:14/25 1:15/2 1:15/8 1:15/13 1:17/3 1:17/7 1:17/8 1:17/10 1:18/17 1:18/18 1:18/18 1:19/6 1:19/8 1:19/9 1:19/10 1:19/12 1:19/14 1:20/13 1:20/14 1:20/15 1:22/19 1:23/6 1:23/8 1:23/13 1:23/13 1:26/15 1:26/15 1:26/22 1:26/23 1:26/25 1:27/12 1:31/6 1:64/3 1:64/12 1:64/20 1:76/15 1:76/19 1:76/23 1:76/24 1:76/25 1:77/5 1:77/10 1:77/13 1:77/20 1:77/22 1:78/1 1:78/14 1:78/18 1:79/16 1:79/16 1:79/17 1:79/17 1:79/18 1:79/23 1:80/10 1:80/11 1:80/12 1:80/12 1:80/13 1:80/14 1:80/25 1:81/1 1:83/21 1:94/1 1:94/2 1:105/6 1:106/5 1:107/4 1:107/6 1:107/8 1:107/11 1:107/18 1:108/2 1:108/5 1:108/8 1:108/9 1:108/15 1:108/18 1:108/20 1:108/23 1:108/25 1:109/2 1:109/9 1:109/10 1:109/13 1:110/10 1:110/14 1:110/20 1:110/21 1:110/22 1:111/1 1:111/5 1:111/19 1:112/11 1:112/14 1:112/17 1:112/23 1:113/1 1:113/6 1:113/10 1:113/17 1:113/25 1:114/15 1:114/16 1:115/23 1:184/5 1:184/5 1:184/15 1:185/2 1:185/3 1:185/7 1:185/11 1:185/11 1:185/20 1:185/25 1:187/1 1:187/9
**apparently [1]** 1:112/14
**appear [21]** 1:10/22 1:58/15 1:82/14 1:84/19 1:87/8 1:92/8 1:92/16 1:94/3 1:106/10 1:106/10 1:106/11 1:106/12 1:107/1 1:107/3 1:107/8 1:107/10 1:107/18 1:107/20 1:173/3 1:177/3 1:186/13
**appearance [1]** 1:111/1
**APPEARANCES [2]** 1:1/18 1:2/1
**appears [23]** 1:36/9 1:55/6 1:59/3 1:79/16 1:82/10 1:108/22 1:114/15 1:117/22 1:117/23 1:118/11 1:118/13 1:118/14 1:118/15 1:118/16 1:127/19 1:159/17 1:161/17 1:162/6 1:170/23 1:173/3 1:175/20 1:177/4 1:192/13
**apple [19]** 1:17/2 1:18/21 1:23/11 1:23/13 1:26/23 1:76/23 1:76/25 1:79/16 1:79/17 1:79/23 1:80/12 1:80/25 1:94/1 1:94/2 1:94/2 1:94/9 1:114/16 1:116/1 1:202/24
**applicant [1]** 1:62/25
**application [6]** 1:10/9 1:10/12 1:10/14 1:10/17 1:10/18 1:18/3
**applied [1]** 1:154/20
**applies [1]** 1:145/13
**applying [2]** 1:155/16 1:208/13
**appreciate [7]** 1:4/23 1:9/20 1:12/5 1:14/14 1:20/10 1:123/25 1:213/8
**approach [5]** 1:4/18 1:105/14 1:143/11 1:143/12 1:183/24
**appropriate [8]** 1:85/6 1:87/19 1:88/22 1:89/4 1:89/5 1:94/24 1:97/6 1:160/4
**appropriately [9]** 1:70/21 1:70/22 1:71/1 1:81/19 1:92/7 1:92/23 1:98/25 1:169/22 1:173/24
**approved [1]** 1:31/23
**apps [10]** 1:12/15 1:13/11 1:18/12 1:76/22 1:77/7 1:78/10 1:109/1 1:109/7 1:109/22 1:186/18
**April [2]** 1:1/10 1:104/6
**April 2022 [1]** 1:104/6
**apt [1]** 1:65/15
**Archer [2]** 1:216/23 1:216/24
**are [350]**
**aren't [3]** 1:12/10 1:44/5 1:136/15
**argue [4]** 1:39/24 1:98/4 1:139/5 1:214/2
**argued [4]** 1:59/20 1:85/14 1:90/9 1:92/24
**argument [8]** 1:20/18 1:93/11 1:98/18 1:135/8 1:146/11 1:151/5 1:167/11 1:190/12
**arguments [3]** 1:33/17 1:45/24 1:216/15
**around [5]** 1:59/25 1:104/21 1:137/3 1:153/22 1:180/22

## A

**arrangement [3]** 1:197/16 1:197/18 1:197/21
**arrangements [3]** 1:40/21 1:197/3 1:198/8
**articles [1]** 1:84/24
**articulated [1]** 1:208/7
**as [254]**
**ASHBY [2]** 1:1/19 1:2/25
**ask [11]** 1:94/25 1:100/12 1:114/7 1:133/7 1:167/9 1:177/12 1:178/18 1:190/20 1:195/22 1:200/12 1:213/5
**asked [24]** 1:20/22 1:24/14 1:44/12 1:44/18 1:50/25 1:53/10 1:62/11 1:63/13 1:63/13 1:64/16 1:73/2 1:120/25 1:127/22 1:139/9 1:141/5 1:141/20 1:147/25 1:178/9 1:185/2 1:185/15 1:186/16 1:186/16 1:202/7 1:211/23
**asking [9]** 1:18/23 1:43/21 1:59/13 1:113/20 1:173/2 1:175/4 1:188/10 1:194/21 1:204/25
**aspect [1]** 1:182/1
**aspects [3]** 1:84/10 1:110/21 1:183/25
**asserted [1]** 1:64/8
**asserting [1]** 1:66/17
**assertion [1]** 1:56/5
**assets [2]** 1:175/5 1:177/16
**associate [19]** 1:3/5 1:64/7 1:68/22 1:69/5 1:69/8 1:73/17 1:74/3 1:77/17 1:105/25 1:106/6 1:109/15 1:109/25 1:110/9 1:110/13 1:110/19 1:111/21 1:112/17 1:113/2 1:189/17
**associate's [4]** 1:107/24 1:108/23 1:109/3 1:110/5
**associated [9]** 1:29/5 1:30/10 1:79/1 1:81/1 1:96/4 1:108/9 1:110/22 1:183/9 1:185/4
**association [13]** 1:27/23 1:27/24 1:28/11 1:28/11 1:28/12 1:29/24 1:73/18 1:74/17 1:82/19 1:151/2 1:151/4 1:151/6 1:155/3
**associations [1]** 1:151/3
**assume [5]** 1:3/16 1:11/8 1:39/24 1:138/8 1:190/16
**assumed [1]** 1:191/6
**assuming [1]** 1:180/25
**ATLA [3]** 1:151/17 1:151/18 1:152/17
**attach [1]** 1:22/23
**attached [6]** 1:26/17 1:55/7 1:56/1 1:89/15 1:97/14 1:176/10
**attaches [1]** 1:34/10
**attempt [5]** 1:51/17 1:53/7 1:60/17 1:120/14 1:129/19
**attempted [1]** 1:207/1
**attend [1]** 1:210/11
**attention [13]** 1:79/12 1:82/5 1:82/6 1:84/17 1:86/3 1:89/13 1:101/7 1:105/20 1:169/25 1:193/1 1:210/6 1:210/6 1:210/23
**attorney [1]** 1:185/16
**August [1]** 1:157/23
**August 27 [1]** 1:157/23
**authentication [4]** 1:141/7 1:141/8 1:141/10 1:141/11
**author [1]** 1:15/24
**authority [3]** 1:16/23 1:143/10 1:143/14
**authorization [3]** 1:66/3 1:66/5 1:75/23
**authorize [1]** 1:23/23
**authorized [7]** 1:22/21 1:23/2 1:24/9 1:24/14 1:25/10 1:31/15 1:65/22
**authorizes [2]** 1:23/1 1:23/22
**authorizing [1]** 1:23/7
**automatically [2]** 1:61/20 1:61/25
**available [29]** 1:11/19 1:11/20 1:12/10 1:14/6 1:14/8 1:14/9 1:18/7 1:19/9 1:20/16 1:23/13 1:52/16 1:64/20 1:76/25 1:84/2 1:85/18 1:85/18 1:88/11 1:94/1 1:127/21 1:130/17 1:167/13 1:167/17 1:167/18 1:167/21 1:168/16 1:169/2 1:169/3 1:182/8 1:185/25
**avatar [1]** 1:112/4
**avoid [1]** 1:210/19
**avoiding [1]** 1:207/21
**aware [9]** 1:4/6 1:6/9 1:8/19 1:94/13 1:98/20 1:135/25 1:159/25 1:184/23 1:196/9
**away [3]** 1:145/18 1:206/10 1:216/3

## B

**B [1]** 1:67/20
**B-A-S-E-R [1]** 1:67/20
**back [38]** 1:3/4 1:5/18 1:17/14 1:24/2 1:48/5 1:52/15 1:55/5 1:66/23 1:70/7 1:78/21 1:80/8 1:90/18 1:99/10 1:104/11 1:104/12 1:121/21 1:121/23 1:122/15 1:124/3 1:126/4 1:126/4 1:128/2 1:129/9 1:129/15 1:145/2 1:147/13 1:163/19 1:163/20 1:175/24 1:176/19 1:184/7 1:186/23 1:188/9 1:196/22 1:205/2 1:205/5 1:210/10 1:211/1
**background [3]** 1:40/19 1:70/9 1:183/1
**band [8]** 1:16/3 1:16/4 1:16/6 1:16/10 1:16/10 1:16/18 1:16/20 1:20/23
**BANNIGAN [6]** 1:2/2 1:3/3 1:51/7 1:76/17 1:79/10 1:81/5
**bar [3]** 1:186/2 1:198/15 1:198/17
**base [1]** 1:73/24
**based [11]** 1:31/24 1:39/23 1:88/21 1:150/9 1:173/15 1:182/19 1:182/20 1:182/24 1:185/22 1:187/21 1:197/13
**Baseer [92]** 1:3/4 1:7/6 1:9/6 1:11/25 1:12/12 1:15/4 1:17/6 1:17/25 1:21/21 1:22/23 1:31/1 1:31/10 1:31/11 1:32/12 1:33/3 1:33/18 1:34/10 1:34/14 1:36/15 1:41/13 1:60/1 1:64/6 1:64/11 1:67/15 1:67/19 1:67/21 1:68/1 1:68/8 1:68/11 1:68/12 1:70/16 1:79/14 1:86/16 1:86/20 1:91/20 1:99/18 1:99/23 1:100/9 1:100/18 1:102/8 1:103/14 1:103/22 1:104/2 1:104/9 1:105/20 1:106/25 1:114/11 1:116/22 1:122/15 1:124/3 1:125/19 1:126/1 1:126/16 1:126/19 1:127/11 1:127/15 1:127/18 1:128/14 1:129/21 1:129/24 1:130/3 1:130/8 1:130/24 1:131/17 1:131/23 1:132/14 1:132/19 1:134/2 1:139/8 1:140/12 1:141/5 1:146/4 1:152/18 1:157/9 1:161/12 1:168/7 1:168/18 1:168/23 1:170/20 1:171/22 1:172/14 1:174/1 1:175/3 1:176/4 1:176/11 1:177/3 1:178/5 1:184/4 1:188/14 1:189/6 1:191/19 1:192/5
**Baseer's [14]** 1:6/23 1:26/17 1:31/19 1:32/8 1:35/5 1:38/11 1:41/2 1:64/23 1:105/12 1:139/9 1:139/16 1:139/24 1:177/17 1:186/11
**baseless [1]** 1:131/10
**basically [6]** 1:104/15 1:142/4 1:143/19 1:145/17 1:167/12 1:211/12
**basis [4]** 1:97/1 1:131/21 1:151/19 1:208/13
**be [188]** 1:2/23 1:4/2 1:5/13 1:5/20 1:7/25 1:8/5 1:9/2 1:9/7 1:9/13 1:9/14 1:14/10 1:15/2 1:15/20 1:16/8 1:17/14 1:21/20 1:23/21 1:24/9 1:25/8 1:42/25 1:43/3 1:43/12 1:44/19 1:44/25 1:44/25 1:45/18 1:45/19 1:46/17 1:46/22 1:47/3 1:47/25 1:49/5 1:50/14 1:52/1 1:53/4 1:53/5 1:53/20 1:55/6 1:55/13 1:58/15 1:59/10 1:60/4 1:60/5 1:60/7 1:61/14 1:62/23 1:62/25 1:62/25 1:65/15 1:66/6 1:66/20 1:66/25 1:67/6 1:67/24 1:69/7 1:69/18 1:71/6 1:71/6 1:72/2 1:72/6 1:72/10 1:72/16 1:74/1 1:74/1 1:74/11 1:74/24 1:76/7 1:76/10 1:77/7 1:79/16 1:80/25 1:82/10 1:83/2 1:83/14 1:85/2 1:86/1 1:87/21 1:87/24 1:88/3 1:88/18 1:90/7 1:91/10 1:93/18 1:94/13 1:95/25 1:96/15 1:104/23 1:107/21 1:108/14 1:111/8 1:112/3 1:119/13 1:121/23 1:122/6 1:123/20 1:123/23 1:125/3 1:125/4 1:127/19 1:130/25 1:135/5 1:135/10 1:135/18 1:136/20 1:136/21 1:136/23 1:137/16 1:137/22 1:138/7 1:144/5 1:145/4 1:145/5 1:145/9 1:145/10 1:145/25 1:147/18 1:148/2 1:148/7 1:149/1 1:149/19 1:150/2 1:150/4 1:150/5 1:151/15 1:153/17 1:153/20 1:154/8 1:154/10 1:154/12 1:154/16 1:154/16 1:155/10 1:156/17 1:158/7 1:158/11 1:158/23 1:159/12 1:159/17 1:161/17 1:162/6 1:164/1 1:164/6 1:164/17 1:164/17 1:164/20 1:165/6 1:165/8 1:165/14 1:165/25 1:168/16 1:169/2 1:169/17 1:170/23 1:174/20 1:174/22 1:175/20 1:175/22 1:177/4 1:178/25 1:181/6 1:181/9 1:182/24 1:183/11 1:187/11 1:194/6 1:194/14 1:194/22 1:194/24 1:194/25 1:197/11 1:197/23 1:201/13 1:203/15 1:204/10 1:207/1 1:207/23 1:209/14 1:210/9 1:210/21 1:210/23 1:211/1 1:211/3 1:211/19 1:212/3 1:212/7 1:213/10 1:213/23 1:214/11
**bear [1]** 1:208/17
**became [2]** 1:71/2 1:71/3
**because [84]** 1:4/10 1:13/4 1:14/5 1:14/8 1:16/10 1:24/18 1:25/2 1:30/7 1:40/2 1:45/4 1:46/13 1:46/17 1:47/14 1:48/20

**B**

**because... [70]** 1:49/16 1:49/18 1:50/25 1:54/14 1:65/11 1:65/19 1:66/15 1:72/21 1:74/15 1:79/24 1:82/18 1:85/23 1:90/10 1:90/14 1:92/25 1:93/7 1:99/7 1:106/9 1:109/4 1:110/20 1:110/23 1:110/24 1:125/14 1:127/22 1:129/4 1:133/12 1:134/10 1:135/13 1:138/4 1:138/8 1:139/8 1:140/4 1:141/21 1:141/25 1:143/23 1:145/6 1:149/6 1:149/8 1:151/8 1:152/14 1:152/17 1:154/18 1:155/7 1:155/15 1:156/12 1:156/13 1:163/4 1:179/23 1:181/2 1:181/5 1:181/22 1:182/5 1:183/3 1:183/15 1:185/9 1:186/5 1:192/6 1:192/11 1:202/7 1:206/9 1:207/18 1:208/9 1:209/3 1:210/2 1:210/11 1:211/23 1:212/11 1:212/20 1:214/3 1:215/10

**become [2]** 1:69/5 1:70/24

**becomes [2]** 1:141/20 1:141/24

**been [55]** 1:13/16 1:13/19 1:15/19 1:16/12 1:23/18 1:38/19 1:39/25 1:40/2 1:45/14 1:47/16 1:47/17 1:48/20 1:51/13 1:52/21 1:67/21 1:68/24 1:68/25 1:69/11 1:70/17 1:88/24 1:90/13 1:99/13 1:111/20 1:112/12 1:112/19 1:112/19 1:114/2 1:118/19 1:121/5 1:128/8 1:128/24 1:137/11 1:138/9 1:140/16 1:143/24 1:145/20 1:145/21 1:152/2 1:152/6 1:156/5 1:158/2 1:158/4 1:158/13 1:160/18 1:166/21 1:178/9 1:179/14 1:179/14 1:180/5 1:180/16 1:195/19 1:198/9 1:201/2 1:204/7 1:205/22

**before [31]** 1:1/15 1:14/22 1:20/21 1:22/12 1:67/8 1:76/2 1:100/9 1:104/1 1:105/1 1:115/6 1:121/9 1:122/18 1:123/1 1:123/4 1:127/17 1:128/20 1:132/25 1:155/23 1:162/8 1:163/21 1:175/19 1:188/3 1:188/17 1:188/19 1:190/9 1:195/21 1:199/20 1:200/25 1:201/10 1:205/16 1:206/21

**begin [1]** 1:67/8

**beginning [2]** 1:2/21 1:51/1

**begins [1]** 1:157/11

**behalf [4]** 1:2/25 1:22/5 1:68/16 1:100/2

**being [22]** 1:12/24 1:24/23 1:24/24 1:30/19 1:65/5 1:65/5 1:65/11 1:66/10 1:67/21 1:69/19 1:92/22 1:93/14 1:97/16 1:109/22 1:110/12 1:133/22 1:150/21 1:150/21 1:158/18 1:183/15 1:185/20 1:206/21

**believe [40]** 1:6/5 1:9/6 1:12/13 1:16/4 1:19/7 1:19/25 1:28/4 1:28/13 1:29/9 1:43/7 1:43/7 1:57/17 1:78/1 1:83/4 1:89/14 1:91/3 1:91/16 1:91/19 1:97/13 1:103/18 1:105/11 1:116/21 1:121/1 1:124/9 1:124/22 1:147/2 1:158/4 1:164/6 1:166/23 1:168/11 1:168/19 1:168/24 1:174/4 1:190/8 1:190/13 1:190/21 1:198/9 1:200/20 1:206/20 1:212/1

**below [3]** 1:115/8 1:115/22 1:154/8

**Ben [1]** 1:3/6

**bench [1]** 1:67/11

**beneath [3]** 1:115/19 1:116/13 1:117/9

**benefit [3]** 1:201/8 1:202/21 1:202/22

**benefiting [1]** 1:30/9

**benign [1]** 1:146/2

**best [2]** 1:17/14 1:45/19

**better [1]** 1:139/7

**betting [1]** 1:117/3

**between [9]** 1:62/2 1:63/4 1:95/21 1:134/8 1:145/22 1:179/14 1:181/23 1:196/16 1:208/12

**big [5]** 1:46/21 1:115/2 1:115/8 1:150/3 1:166/15

**bigger [1]** 1:200/2

**billion [3]** 1:44/6 1:46/6 1:206/12

**Bilt [1]** 1:97/13

**binder [4]** 1:68/2 1:82/5 1:86/13 1:86/16

**binding [4]** 1:28/3 1:43/3 1:144/1 1:144/3

**Bing [2]** 1:88/10 1:94/21

**bird [39]** 1:4/9 1:5/5 1:5/10 1:5/21 1:10/23 1:10/23 1:13/1 1:42/15 1:57/7 1:68/18 1:69/12 1:69/15 1:72/16 1:73/15 1:73/22 1:74/4 1:78/18 1:80/4 1:97/11 1:101/8 1:101/12 1:101/14 1:101/19 1:102/21 1:106/10 1:107/18 1:107/19 1:108/18 1:121/4 1:125/23 1:125/24 1:128/4 1:166/15 1:181/10 1:185/14 1:186/24 1:201/24 1:202/16 1:202/19

**bit [15]** 1:45/7 1:70/7 1:70/9 1:76/14 1:81/6 1:82/2 1:82/3 1:115/5 1:154/10 1:175/10 1:176/22 1:184/4 1:184/5 1:201/21 1:209/21

**bite [1]** 1:202/24

**bits [1]** 1:145/13

**blanked [2]** 1:112/8 1:112/8

**block [1]** 1:116/4

**blog [4]** 1:84/2 1:85/14 1:104/16 1:104/16

**blog.twitter.com [7]** 1:84/2 1:84/5 1:84/20 1:84/21 1:84/25 1:102/5 1:102/11

**blog.X.com [6]** 1:102/9 1:102/12 1:102/16 1:103/13 1:104/13 1:105/2

**blog.X.com/en [1]** 1:103/13

**blogs [1]** 1:88/12

**blue [4]** 1:10/22 1:39/10 1:54/22 1:57/7

**bluebird [34]** 1:1/6 1:3/12 1:5/5 1:35/25 1:37/7 1:37/21 1:46/12 1:49/21 1:50/20 1:70/1 1:70/5 1:77/21 1:85/14 1:86/8 1:86/25 1:90/9 1:92/24 1:97/5 1:98/4 1:100/3 1:149/18 1:174/3 1:174/7 1:174/9 1:177/9 1:185/4 1:203/25 1:205/11 1:206/19 1:207/1 1:211/7 1:211/14 1:211/16 1:213/6

**Bluebird's [4]** 1:6/16 1:88/16 1:98/18 1:211/9

**boilerplate [1]** 1:125/14

**boils [1]** 1:5/2

**bolded [1]** 1:116/4

**bolding [1]** 1:118/16

**bona [29]** 1:27/17 1:30/8 1:51/3 1:51/11 1:52/19 1:53/4 1:53/6 1:53/6 1:60/17 1:62/14 1:70/12 1:98/22 1:116/15 1:118/18 1:128/6 1:136/8 1:136/24 1:137/21 1:144/10 1:144/22 1:146/24 1:146/25 1:153/11 1:155/20 1:178/1 1:191/2 1:191/8 1:205/18 1:207/10

**bona fide [2]** 1:178/1 1:205/18

**bond [29]** 1:44/9 1:44/10 1:44/12 1:44/14 1:44/17 1:44/17 1:45/8 1:45/19 1:47/3 1:47/10 1:47/22 1:48/18 1:48/20 1:48/21 1:48/25 1:49/13 1:49/15 1:49/22 1:49/24 1:50/7 1:50/9 1:50/13 1:203/15 1:215/2 1:215/6 1:215/7 1:215/9 1:215/12 1:216/8

**Bonnie [2]** 1:216/23 1:216/24

**book [10]** 1:14/7 1:14/11 1:15/19 1:15/19 1:15/23 1:15/24 1:18/16 1:65/14 1:145/9 1:145/10

**booking.com [5]** 1:150/3 1:150/4 1:154/17 1:154/18 1:154/23

**booking.yeah [1]** 1:154/24

**bookmark [1]** 1:75/13

**bookmarks [1]** 1:182/20

**boot [1]** 1:145/1

**Boston [5]** 1:117/2 1:117/6 1:117/11 1:117/20 1:118/4

**both [19]** 1:19/25 1:28/17 1:28/20 1:37/14 1:68/15 1:72/20 1:80/18 1:81/4 1:81/13 1:82/23 1:85/7 1:85/12 1:86/1 1:136/1 1:160/25 1:181/24 1:188/2 1:209/23 1:215/16

**bottom [14]** 1:35/9 1:37/15 1:37/22 1:41/19 1:53/3 1:82/7 1:86/12 1:103/3 1:127/1 1:132/4 1:170/23 1:170/25 1:171/14 1:188/21

**bought [8]** 1:46/3 1:65/14 1:179/19 1:190/19 1:190/20 1:190/23 1:191/6 1:196/23

**box [8]** 1:96/13 1:100/13 1:111/11 1:125/10 1:125/10 1:169/23 1:169/24 1:170/7

**brand [118]** 1:28/22 1:28/23 1:28/23 1:34/24 1:36/20 1:44/3 1:46/17 1:46/18 1:46/25 1:47/15 1:47/25 1:70/10 1:71/2 1:71/3 1:72/8 1:72/9 1:73/1 1:73/13 1:73/15 1:73/17 1:74/10 1:74/11 1:75/24 1:76/6 1:77/17 1:80/22 1:82/18 1:85/7 1:88/19 1:88/20 1:88/23 1:88/23 1:88/25 1:89/6 1:90/19 1:90/19 1:92/1 1:92/4 1:92/6 1:92/8 1:92/15 1:92/19 1:92/22 1:93/3 1:93/4 1:93/4 1:93/7 1:93/9 1:93/9 1:93/12 1:93/13 1:93/13 1:93/17 1:93/17 1:93/20 1:93/22 1:93/23 1:94/2 1:94/9 1:94/9 1:94/9 1:94/10 1:94/14 1:95/7 1:95/16 1:95/17 1:95/23 1:95/25 1:96/7 1:96/10 1:96/16 1:97/6 1:97/17 1:98/11 1:99/1 1:101/21 1:102/20 1:102/21 1:102/23 1:102/25 1:114/19 1:116/13 1:116/14

**B**

**brand... [35]** 1:117/22 1:120/20 1:129/23 1:141/15 1:143/18 1:143/21 1:163/8 1:163/11 1:163/15 1:163/17 1:166/12 1:166/16 1:167/10 1:167/13 1:167/24 1:168/5 1:168/6 1:168/12 1:168/13 1:168/14 1:168/14 1:168/15 1:168/23 1:169/1 1:173/15 1:175/25 1:176/5 1:176/9 1:176/14 1:181/5 1:183/20 1:192/20 1:197/12 1:198/4 1:206/17
**branded [18]** 1:33/13 1:34/16 1:34/17 1:40/22 1:61/12 1:76/19 1:77/25 1:90/4 1:91/1 1:91/15 1:107/4 1:112/23 1:128/1 1:129/13 1:136/15 1:160/24 1:160/25 1:184/15
**branding [43]** 1:34/3 1:34/23 1:37/12 1:38/13 1:38/23 1:55/21 1:72/14 1:72/20 1:72/21 1:73/15 1:73/21 1:74/4 1:74/15 1:74/16 1:80/6 1:82/23 1:82/23 1:85/5 1:85/12 1:85/12 1:89/5 1:89/10 1:89/16 1:90/23 1:91/9 1:93/16 1:101/1 1:101/7 1:101/10 1:101/11 1:101/16 1:125/19 1:126/1 1:126/2 1:126/3 1:127/10 1:132/3 1:137/7 1:154/18 1:154/20 1:163/4 1:163/5 1:181/8
**brands [32]** 1:68/17 1:71/5 1:71/25 1:75/20 1:76/2 1:76/3 1:76/7 1:80/19 1:81/4 1:85/1 1:85/2 1:85/13 1:85/25 1:86/1 1:87/17 1:92/10 1:92/12 1:95/14 1:95/23 1:95/24 1:96/25 1:98/9 1:98/24 1:99/1 1:99/2 1:165/19 1:189/21 1:189/22 1:191/21 1:191/22 1:199/20 1:199/21
**Brandwatch [1]** 1:81/9
**break [6]** 1:66/23 1:121/17 1:121/18 1:174/17 1:183/4 1:210/9
**brief [42]** 1:6/21 1:20/2 1:20/8 1:20/9 1:20/18 1:22/13 1:39/5 1:39/7 1:39/11 1:39/13 1:39/16 1:39/21 1:40/3 1:40/4 1:40/10 1:40/17 1:40/19 1:49/11 1:49/12 1:49/14 1:50/3 1:50/13 1:51/4 1:59/20 1:112/22 1:128/19 1:128/21 1:153/7 1:153/17 1:197/1 1:197/5 1:207/4 1:207/14 1:207/17 1:213/6 1:213/9 1:213/18 1:213/19 1:213/22 1:215/9 1:215/19 1:216/8
**briefed [2]** 1:48/20 1:48/21
**briefing [25]** 1:3/16 1:4/1 1:4/8 1:21/11 1:22/7 1:201/18 1:202/22 1:203/9 1:203/15 1:210/16 1:211/23 1:212/2 1:212/3 1:212/7 1:212/23 1:212/23 1:213/2 1:213/3 1:213/12 1:215/2 1:215/6 1:215/7 1:215/8 1:215/12 1:216/8
**briefs [2]** 1:203/21 1:213/16
**bring [4]** 1:132/16 1:134/17 1:152/21 1:208/17
**broad [1]** 1:198/7
**broken [1]** 1:16/7
**brought [5]** 1:91/7 1:121/19 1:193/1 1:194/5 1:194/24
**Brown [6]** 1:29/9 1:29/9 1:51/6 1:51/6 1:153/4 1:153/4
**browser [16]** 1:123/7 1:124/7 1:127/3 1:137/14 1:138/5 1:138/9 1:138/11 1:138/14 1:140/16 1:142/1 1:198/14 1:198/16 1:198/20 1:198/24 1:199/15 1:202/8
**build [1]** 1:74/9
**building [1]** 1:83/17
**bullet [1]** 1:22/18
**bunch [5]** 1:115/23 1:118/17 1:138/16 1:190/3 1:205/17
**burden [25]** 1:6/9 1:20/14 1:43/19 1:43/20 1:43/25 1:53/21 1:151/20 1:203/19 1:203/24 1:203/24 1:204/1 1:204/11 1:204/12 1:205/2 1:205/5 1:205/7 1:205/14 1:206/8 1:208/4 1:208/11 1:208/14 1:208/17 1:208/19 1:208/23 1:213/11
**business [19]** 1:36/18 1:37/8 1:57/2 1:70/23 1:78/24 1:79/5 1:88/21 1:119/21 1:137/4 1:150/5 1:152/3 1:152/8 1:152/15 1:152/24 1:160/7 1:160/19 1:161/16 1:162/9 1:175/12
**business.twitter.com [1]** 1:179/6
**business.X.com [3]** 1:123/17 1:125/15 1:127/9
**business.X.com/advertising [1]** 1:125/15
**Business.X.com/EN/advertising [1]** 1:127/9
**button [1]** 1:64/1
**buy [4]** 1:120/10 1:120/11 1:190/16 1:191/20
**buying [2]** 1:156/17 1:191/1
**buys [1]** 1:190/18

**C**

**C [2]** 1:1/20 1:2/19
**C's [1]** 1:117/18
**C.A [1]** 1:1/4
**calendar [1]** 1:215/24
**call [11]** 1:67/15 1:105/20 1:108/8 1:169/25 1:172/19 1:198/14 1:201/13 1:204/21 1:207/4 1:213/20 1:213/23
**called [10]** 1:28/11 1:53/14 1:67/21 1:102/19 1:163/7 1:163/11 1:163/15 1:166/4 1:167/24 1:169/1
**calling [2]** 1:60/25 1:78/20
**came [7]** 1:31/2 1:70/3 1:109/14 1:147/16 1:151/6 1:186/18 1:205/16
**campaign [2]** 1:60/22 1:60/25
**campaigns [3]** 1:57/4 1:81/8 1:81/20
**can [170]** 1:3/23 1:4/15 1:6/7 1:13/4 1:15/4 1:15/5 1:15/8 1:15/18 1:17/6 1:18/21 1:19/24 1:21/17 1:21/19 1:21/25 1:23/4 1:23/16 1:23/20 1:24/13 1:26/11 1:31/2 1:33/7 1:33/22 1:34/6 1:36/17 1:37/5 1:38/5 1:39/1 1:39/3 1:41/7 1:46/11 1:48/9 1:48/11 1:57/10 1:60/14 1:60/20 1:60/23 1:61/14 1:62/15 1:62/25 1:64/11 1:65/3 1:68/4 1:68/10 1:70/9 1:70/16 1:71/11 1:73/9 1:74/23 1:75/18 1:76/4 1:76/18 1:76/20 1:77/7 1:77/20 1:78/3 1:79/11 1:79/14 1:81/10 1:82/1 1:82/4 1:82/8 1:82/22 1:84/5 1:84/17 1:84/24 1:85/9 1:86/3 1:86/15 1:87/3 1:87/7 1:87/9 1:87/21 1:87/24 1:88/2 1:88/3 1:88/4 1:88/5 1:88/9 1:88/12 1:90/4 1:90/17 1:92/2 1:92/4 1:92/6 1:92/14 1:93/20 1:94/5 1:94/25 1:99/3 1:108/1 1:108/3 1:109/19 1:121/13 1:122/3 1:123/12 1:123/20 1:126/20 1:129/5 1:132/22 1:133/7 1:137/13 1:137/24 1:138/1 1:138/22 1:139/3 1:139/7 1:139/17 1:142/14 1:143/23 1:147/2 1:149/19 1:150/3 1:150/5 1:150/16 1:153/6 1:153/14 1:153/20 1:154/16 1:158/7 1:158/11 1:161/11 1:163/12 1:164/1 1:164/22 1:165/20 1:168/4 1:171/1 1:172/15 1:173/10 1:175/14 1:175/24 1:175/25 1:176/6 1:176/20 1:176/22 1:176/25 1:177/12 1:177/23 1:177/25 1:179/23 1:183/22 1:184/2 1:184/4 1:184/10 1:185/9 1:186/1 1:186/9 1:187/5 1:187/13 1:188/13 1:189/4 1:189/14 1:191/11 1:191/19 1:196/7 1:196/13 1:197/8 1:200/1 1:205/24 1:206/22 1:207/6 1:207/13 1:207/16 1:209/19 1:210/15 1:212/10 1:213/17 1:213/20 1:214/9 1:216/2
**can't [24]** 1:8/20 1:17/3 1:18/14 1:18/23 1:25/6 1:55/10 1:55/13 1:60/12 1:61/6 1:74/16 1:107/5 1:107/13 1:107/25 1:137/16 1:161/11 1:166/8 1:174/3 1:174/9 1:177/18 1:178/19 1:196/5 1:196/11 1:196/20 1:200/19
**canceled [1]** 1:141/6
**cancellation [2]** 1:70/3 1:70/4
**cannot [4]** 1:15/10 1:20/6 1:78/5 1:121/25
**capability [1]** 1:12/8
**capacities [2]** 1:72/2 1:120/17
**capitalize [1]** 1:27/8
**capitalized [1]** 1:151/16
**capture [2]** 1:37/23 1:123/21
**captured [1]** 1:122/19
**care [1]** 1:20/20
**carefully [1]** 1:145/22
**cares [1]** 1:7/11
**carousel [1]** 1:186/6
**case [111]** 1:14/1 1:16/1 1:16/2 1:16/2 1:16/9 1:20/22 1:20/23 1:20/25 1:21/2 1:21/3 1:21/6 1:21/9 1:21/10 1:21/15 1:24/3 1:24/3 1:29/9 1:29/13 1:29/14 1:29/23 1:30/2 1:42/22 1:42/24 1:43/3 1:45/9 1:48/7 1:48/15 1:50/6 1:51/4 1:51/5 1:51/5 1:51/10 1:52/5 1:52/13 1:52/23 1:52/23 1:53/1 1:53/13 1:53/14 1:53/15 1:53/15 1:53/18 1:54/4 1:54/13 1:54/14 1:54/15 1:62/12 1:63/7 1:63/9 1:69/18 1:69/24 1:69/25 1:70/2 1:70/23 1:71/2 1:80/20 1:81/21 1:98/10 1:98/25 1:99/1 1:109/4 1:110/2 1:110/17 1:111/14 1:111/17 1:113/23 1:120/8 1:127/19 1:143/9 1:148/5 1:150/3 1:150/24 1:151/2 1:151/23 1:151/23 1:151/24 1:152/16 1:152/17 1:153/1 1:153/2 1:153/4 1:155/6 1:155/8 1:155/13

## C


**case... [27]** 1:156/3 1:156/5 1:156/5 1:156/7 1:156/11 1:156/14 1:157/2 1:161/17 1:168/15 1:191/4 1:191/12 1:191/13 1:192/14 1:194/22 1:195/2 1:204/21 1:204/22 1:205/5 1:206/11 1:208/16 1:209/5 1:209/7 1:209/8 1:209/14 1:210/18 1:210/22 1:210/22
**cases [20]** 1:27/20 1:27/22 1:29/8 1:29/25 1:30/13 1:52/2 1:63/11 1:95/15 1:136/11 1:150/9 1:150/13 1:150/15 1:150/25 1:155/17 1:187/12 1:197/14 1:205/21 1:205/22 1:205/22 1:206/2
**casual [6]** 1:51/14 1:52/22 1:116/16 1:118/20 1:128/9 1:144/22
**categories [1]** 1:34/5
**category [2]** 1:6/15 1:115/10
**cause [2]** 1:206/6 1:206/23
**causes [1]** 1:135/4
**causing [1]** 1:46/13
**CD [1]** 1:65/20
**CDs [2]** 1:65/16 1:65/17
**ceased [1]** 1:152/8
**Celebrating [1]** 1:103/20
**Celtics [6]** 1:117/2 1:117/6 1:117/11 1:118/4 1:118/5 1:118/5
**Celtics,' [1]** 1:117/20
**center [1]** 1:170/8
**CEO [1]** 1:47/5
**certain [13]** 1:72/19 1:79/1 1:81/15 1:82/17 1:92/20 1:95/21 1:180/6 1:182/17 1:183/13 1:189/16 1:189/17 1:200/12 1:201/9
**certainly [12]** 1:9/25 1:25/17 1:26/3 1:26/5 1:39/15 1:40/4 1:49/11 1:136/17 1:154/12 1:208/3 1:209/24 1:210/22
**certainty [1]** 1:111/15
**CERTIFICATE [1]** 1:216/18
**certify [1]** 1:216/20
**cetera [4]** 1:55/24 1:55/24 1:104/7 1:116/7
**CFC [1]** 1:1/4
**chain [1]** 1:132/23
**chance [3]** 1:62/12 1:139/5 1:211/4
**change [5]** 1:79/8 1:93/9 1:131/20 1:131/22 1:179/13
**changed [5]** 1:9/5 1:28/15 1:93/7 1:131/14 1:131/19
**changes [5]** 1:71/6 1:93/4 1:93/10 1:200/17 1:206/21
**changing [1]** 1:183/3
**channels [1]** 1:76/23
**characterize [1]** 1:102/19
**characterizes [1]** 1:156/11
**characters [1]** 1:94/18
**charge [1]** 1:135/3
**check [3]** 1:78/6 1:97/4 1:97/24
**checked [2]** 1:9/10 1:97/25
**checking [1]** 1:181/19
**checks [2]** 1:96/23 1:97/20
**choice [6]** 1:44/21 1:46/18 1:47/25 1:71/15 1:71/19 1:71/20
**choices [6]** 1:70/19 1:71/5 1:72/3 1:72/11 1:72/17 1:73/7
**chose [2]** 1:72/4 1:75/25
**Chris [3]** 1:55/5 1:59/5 1:65/3
**CHRISTOPHER [4]** 1:2/12 1:3/10 1:100/2 1:211/6
**Chrome [4]** 1:100/13 1:138/11 1:140/15 1:199/15
**Circle [2]** 1:52/3 1:52/6
**Circle's [1]** 1:52/14
**circuit [23]** 1:28/7 1:29/11 1:30/2 1:30/5 1:43/12 1:43/13 1:52/23 1:53/2 1:53/13 1:53/23 1:54/1 1:54/3 1:54/3 1:54/4 1:54/6 1:54/8 1:54/12 1:151/24 1:153/3 1:155/5 1:156/7 1:156/14 1:206/1
**circuits [1]** 1:43/11
**circumstances [4]** 1:150/20 1:152/12 1:154/1 1:197/14
**citation [2]** 1:63/13 1:156/9
**citations [1]** 1:24/13
**cite [15]** 1:14/19 1:15/16 1:17/15 1:27/25 1:30/4 1:33/10 1:33/23 1:52/7 1:52/10 1:53/1 1:55/25 1:151/23 1:153/3 1:153/6 1:192/7
**cited [7]** 1:16/2 1:97/16 1:149/21 1:150/24 1:150/25 1:153/2 1:155/18
**cites [1]** 1:53/13
**citing [1]** 1:52/23
**claim [6]** 1:30/18 1:64/5 1:113/18 1:130/18 1:130/24 1:131/10
**claimed [3]** 1:130/14 1:130/16 1:132/9
**claims [2]** 1:64/11 1:134/2
**clarification [2]** 1:62/20 1:201/21
**clarified [1]** 1:193/15
**clarify [4]** 1:12/5 1:12/7 1:135/13 1:196/8
**clarity [1]** 1:54/19
**clear [23]** 1:10/17 1:19/7 1:28/8 1:28/24 1:31/5 1:43/1 1:43/3 1:43/17 1:43/21 1:43/25 1:48/10 1:51/11 1:53/11 1:76/10 1:78/15 1:83/2 1:91/10 1:124/4 1:136/20 1:146/18 1:207/18 1:214/22 1:214/24
**clearly [6]** 1:25/22 1:135/24 1:203/12 1:203/24 1:204/4 1:209/22
**click [19]** 1:10/20 1:17/8 1:61/13 1:63/25 1:89/25 1:90/7 1:94/3 1:103/6 1:103/10 1:125/16 1:126/13 1:154/8 1:165/3 1:171/19 1:175/14 1:176/6 1:176/23 1:176/25 1:176/25
**clicked [1]** 1:131/6
**clicking [1]** 1:103/12
**clicks [2]** 1:10/24 1:97/7
**client [14]** 1:32/25 1:33/2 1:34/3 1:38/13 1:40/22 1:48/20 1:55/11 1:55/21 1:97/21 1:104/5 1:207/24 1:209/6 1:209/12 1:209/20
**client-facing [3]** 1:32/25 1:33/2 1:40/22
**clients [21]** 1:71/22 1:72/1 1:72/4 1:72/21 1:72/25 1:81/8 1:81/12 1:81/15 1:81/18 1:87/18 1:87/22 1:87/25 1:88/2 1:158/14 1:158/16 1:158/19 1:158/21 1:195/5 1:195/7 1:195/8 1:209/23
**closely [1]** 1:183/13
**closer [1]** 1:117/10
**closing [1]** 1:162/24
**co [2]** 1:30/3 1:85/12
**co-branding [1]** 1:85/12
**Coates [16]** 1:3/11 1:44/18 1:48/10 1:59/2 1:59/19 1:60/21 1:63/13 1:63/16 1:63/22 1:69/4 1:69/14 1:130/16 1:130/18 1:130/21 1:132/9 1:201/13
**Coates' [4]** 1:74/8 1:130/13 1:131/10 1:131/15
**cocounsel [2]** 1:3/2 1:127/22
**code [1]** 1:183/5
**COHEN [12]** 1:2/3 1:3/3 1:30/23 1:32/23 1:40/16 1:175/14 1:175/25 1:176/7 1:176/20 1:177/6 1:184/2 1:189/4
**cohorts [1]** 1:141/25
**Cola [1]** 1:51/6
**collaborate [5]** 1:81/12 1:83/12 1:83/23 1:120/11 1:120/17
**collaborations [1]** 1:81/15
**colleague [3]** 1:40/16 1:141/21 1:212/15
**colloquy [1]** 1:189/8
**COLM [1]** 1:1/15
**color [1]** 1:96/18
**column [1]** 1:170/8
**come [16]** 1:16/6 1:21/22 1:54/9 1:59/3 1:66/23 1:69/18 1:70/1 1:70/20 1:70/25 1:75/14 1:88/5 1:88/7 1:88/14 1:109/24 1:174/21 1:210/14
**comes [12]** 1:27/2 1:27/10 1:35/19 1:48/5 1:51/4 1:53/24 1:58/2 1:62/17 1:101/10 1:112/13 1:169/11 1:204/10
**coming [4]** 1:78/11 1:78/25 1:141/19 1:185/22
**commenced [1]** 1:2/21
**comment [4]** 1:58/9 1:78/3 1:159/18 1:159/20
**comments [5]** 1:64/25 1:65/2 1:65/4 1:159/23 1:160/1
**commerce [21]** 1:27/18 1:28/24 1:60/17 1:98/22 1:116/14 1:137/6 1:144/21 1:144/21 1:145/3 1:145/20 1:145/23 1:146/24 1:147/18 1:147/20 1:147/23 1:148/2 1:149/19 1:153/12 1:190/15 1:205/25 1:206/4
**commercial [6]** 1:22/22 1:25/11 1:25/13 1:150/22 1:205/19 1:206/3
**commercialization [1]** 1:27/13
**commercialize [2]** 1:13/1 1:21/4
**commercializes [1]** 1:21/5
**commercializing [2]** 1:17/9 1:44/6
**commitments [1]** 1:104/5
**common [3]** 1:76/6 1:142/14 1:189/21
**communicate [5]** 1:160/3 1:160/7 1:160/11 1:160/12 1:160/17
**communicating [1]** 1:111/8
**communication [2]** 1:120/14 1:160/22
**communications [8]** 1:26/1 1:33/2 1:40/22 1:54/21 1:57/10 1:119/9 1:119/11 1:120/21
**community [1]** 1:57/6
**company [12]** 1:65/18 1:70/8 1:73/13 1:152/4 1:155/22 1:156/19 1:187/22 1:189/16 1:198/12 1:206/12 1:207/15 1:211/15
**compelling [2]** 1:213/21 1:213/21
**competing [1]** 1:75/23
**complaint [3]** 1:5/1 1:5/12 1:5/14
**complete [1]** 1:181/12
**completed [1]** 1:181/15
**completely [7]**

**C**


**completely... [7]** 1:21/23 1:46/1 1:85/20 1:85/21 1:149/25 1:185/10 1:213/7
**complex [2]** 1:182/11 1:183/1
**compliance [2]** 1:96/22 1:97/17
**complicated [1]** 1:205/20
**complied [1]** 1:96/15
**comply [1]** 1:96/7
**components [1]** 1:182/9
**composer [1]** 1:164/25
**computer [1]** 1:94/12
**concealed [1]** 1:55/9
**concede [2]** 1:61/22 1:62/7
**concept [1]** 1:96/6
**concerned [1]** 1:3/21
**concerns [1]** 1:154/12
**concluded [1]** 1:216/16
**conclusion [1]** 1:113/20
**conduct [5]** 1:88/13 1:97/2 1:97/20 1:198/22 1:198/25
**conducting [2]** 1:79/5 1:152/15
**confer [3]** 1:216/6 1:216/7 1:216/9
**confirm [4]** 1:107/13 1:107/25 1:108/1 1:108/3
**confirmed [1]** 1:110/4
**confirms [2]** 1:22/21 1:25/10
**conflating [1]** 1:13/25
**confuse [1]** 1:30/21
**confused [2]** 1:81/1 1:197/22
**confusing [1]** 1:59/10
**confusingly [2]** 1:48/14 1:150/10
**confusion [9]** 1:46/13 1:46/15 1:48/16 1:206/6 1:206/14 1:206/15 1:206/24 1:207/2 1:208/9
**conjunction [1]** 1:142/21
**connect [1]** 1:126/20
**connection [20]** 1:27/14 1:69/21 1:70/5 1:71/24 1:77/5 1:80/22 1:81/14 1:82/12 1:84/11 1:87/10 1:89/3 1:96/10 1:98/22 1:120/12 1:158/18 1:163/6 1:173/24 1:174/11 1:189/19 1:189/21
**CONNOLLY [1]** 1:1/15
**conscious [7]** 1:12/11 1:12/14 1:82/16 1:98/20 1:99/7 1:99/12 1:99/14
**consciously [1]** 1:36/15
**consider [1]** 1:33/14
**considered [1]** 1:136/13
**considers [1]** 1:45/13
**consistent [3]** 1:60/9 1:141/18 1:144/22
**constantly [1]** 1:131/20
**constitute [4]** 1:57/8 1:134/19 1:134/23 1:137/21
**constituted [1]** 1:155/20
**constitutes [9]** 1:21/7 1:27/17 1:28/23 1:29/16 1:62/14 1:136/7 1:144/10 1:153/11 1:191/2
**constraints [1]** 1:183/18
**consult [2]** 1:209/19 1:209/25
**consumer [4]** 1:10/24 1:165/11 1:206/15 1:206/23
**consumers [10]** 1:7/7 1:7/17 1:12/15 1:23/21 1:29/7 1:37/20 1:61/9 1:137/1 1:145/24 1:207/4
**consumers' [1]** 1:10/13
**contacted [1]** 1:62/25
**contain [1]** 1:160/15
**contains [2]** 1:143/20 1:185/13
**content [13]** 1:81/13 1:81/24 1:84/12 1:84/16 1:90/16 1:98/12 1:98/15 1:122/25 1:123/2 1:123/3 1:182/14 1:182/16 1:185/25
**contest [3]** 1:25/18 1:25/20 1:26/5
**context [5]** 1:95/22 1:98/14 1:98/23 1:150/8 1:196/18
**contexts [2]** 1:92/12 1:92/20
**continuation [1]** 1:72/1
**continue [56]** 1:7/7 1:10/8 1:18/2 1:18/7 1:19/11 1:37/13 1:41/7 1:44/8 1:62/8 1:65/19 1:67/1 1:72/1 1:72/3 1:73/6 1:73/7 1:73/10 1:73/18 1:74/16 1:74/17 1:77/4 1:77/18 1:77/20 1:82/19 1:82/24 1:83/19 1:85/1 1:85/2 1:85/4 1:85/7 1:85/19 1:86/1 1:87/16 1:89/4 1:89/17 1:89/20 1:89/24 1:91/14 1:92/19 1:92/21 1:92/21 1:99/6 1:99/8 1:159/17 1:159/20 1:160/14 1:160/16 1:173/4 1:179/12 1:180/7 1:180/9 1:180/12 1:180/15 1:181/10 1:187/6 1:189/20 1:189/23
**continued [11]** 1:2/1 1:22/22 1:23/8 1:25/11 1:30/8 1:64/18 1:71/7 1:73/3 1:74/24 1:82/19 1:156/25
**continues [20]** 1:6/2 1:6/6 1:16/14 1:18/18 1:40/20 1:41/14 1:41/15 1:60/15 1:71/17 1:73/18 1:74/11 1:77/11 1:77/13 1:85/25 1:87/23 1:182/4 1:189/12 1:191/19 1:197/2 1:197/6
**continuing [6]** 1:16/8 1:29/3 1:41/11 1:70/19 1:73/1 1:99/9
**continuity [2]** 1:71/25 1:72/9
**continuous [8]** 1:51/13 1:51/16 1:52/21 1:116/15 1:118/19 1:128/8 1:129/18 1:201/3
**continuously [2]** 1:13/11 1:40/24
**contract [4]** 1:31/25 1:136/21 1:148/21 1:198/1
**contracts [1]** 1:148/15
**contrary [1]** 1:131/9
**control [7]** 1:46/10 1:66/7 1:66/9 1:66/16 1:75/20 1:77/2 1:104/1
**controls [1]** 1:91/5
**contusion [1]** 1:208/8
**conveniently [2]** 1:118/2 1:118/3
**conventionally [1]** 1:155/10
**conversation [2]** 1:37/17 1:181/3
**conversations [1]** 1:122/1
**convert [1]** 1:214/19
**convincing [5]** 1:43/1 1:43/3 1:43/17 1:43/21 1:53/12
**Cooking [1]** 1:52/15
**COP26 [1]** 1:104/6
**copies [5]** 1:4/14 1:4/20 1:56/2 1:67/10 1:105/12
**copy [4]** 1:4/15 1:105/6 1:140/8 1:140/9
**copyright [2]** 1:3/15 1:3/16
**core [2]** 1:195/20 1:196/21
**corner [15]** 1:37/5 1:41/20 1:80/5 1:86/7 1:86/24 1:112/1 1:114/22 1:123/21 1:128/5 1:133/18 1:157/14 1:164/23 1:165/1 1:166/16 1:169/15
**CORP [146]** 1:1/3 1:3/1 1:3/6 1:3/22 1:5/20 1:6/2 1:6/5 1:7/14 1:7/15 1:7/16 1:7/25 1:8/10 1:8/11 1:8/12 1:8/16 1:8/18 1:9/12 1:9/15 1:9/17 1:10/15 1:11/3 1:11/10 1:11/16 1:11/18 1:11/23 1:12/8 1:12/10 1:12/14 1:12/24 1:12/25 1:13/8 1:13/25 1:14/2 1:14/5 1:14/14 1:14/16 1:14/25 1:17/2 1:17/9 1:18/6 1:19/1 1:19/8 1:19/8 1:19/9 1:20/15 1:21/3 1:21/3 1:21/5 1:22/10 1:22/25 1:23/3 1:23/4 1:23/7 1:23/10 1:23/12 1:23/22 1:23/22 1:24/16 1:24/18 1:24/19 1:26/12 1:26/14 1:26/15 1:27/5 1:27/7 1:27/14 1:29/2 1:31/4 1:31/5 1:31/16 1:31/23 1:32/24 1:32/25 1:34/2 1:34/16 1:34/16 1:35/24 1:36/7 1:37/18 1:38/2 1:38/12 1:38/23 1:39/11 1:40/20 1:41/13 1:41/15 1:44/4 1:44/7 1:46/2 1:46/3 1:46/3 1:50/9 1:50/11 1:54/20 1:54/22 1:55/20 1:68/13 1:68/14 1:68/16 1:68/21 1:68/24 1:68/25 1:69/2 1:69/9 1:69/10 1:69/17 1:70/17 1:70/19 1:74/24 1:75/16 1:76/12 1:76/18 1:77/11 1:77/15 1:78/23 1:79/5 1:80/16 1:83/8 1:84/24 1:89/10 1:89/15 1:89/20 1:90/11 1:91/11 1:92/17 1:96/20 1:98/5 1:98/7 1:98/13 1:99/19 1:115/13 1:115/14 1:115/22 1:148/13 1:149/9 1:175/5 1:178/7 1:178/15 1:187/23 1:189/11 1:189/23 1:191/19 1:197/1 1:197/6 1:197/19 1:198/9
**Corp.'s [8]** 1:7/21 1:21/12 1:32/12 1:33/12 1:35/24 1:36/10 1:90/5 1:197/25
**correct [59]** 1:5/2 1:15/25 1:16/19 1:20/25 1:31/24 1:42/20 1:42/23 1:53/5 1:56/2 1:61/19 1:84/19 1:100/24 1:101/19 1:101/25 1:102/9 1:102/13 1:103/4 1:104/9 1:104/18 1:104/23 1:105/3 1:105/25 1:106/6 1:107/11 1:113/7 1:114/17 1:114/20 1:116/17 1:117/4 1:117/12 1:118/13 1:118/21 1:119/6 1:121/8 1:124/8 1:133/17 1:148/5 1:159/7 1:160/1 1:161/3 1:161/16 1:161/22 1:162/9 1:162/13 1:162/19 1:163/16 1:169/20 1:172/17 1:175/22 1:176/13 1:176/16 1:177/9 1:179/3 1:185/20 1:188/7 1:188/14 1:188/17 1:202/6 1:212/24
**correctly [17]** 1:90/3 1:103/17 1:105/23 1:111/5 1:112/2 1:114/14 1:114/15 1:116/8 1:116/11 1:117/1 1:118/11 1:158/7 1:163/9 1:163/10 1:169/8 1:183/11 1:200/20
**cost [3]** 1:47/19 1:47/22 1:47/23
**costs [2]** 1:45/13 1:48/8
**could [47]** 1:9/13 1:9/14 1:14/7 1:14/13 1:18/6 1:19/13 1:19/15 1:19/19 1:21/22 1:44/1 1:44/20 1:49/11 1:52/1 1:60/2 1:81/23 1:99/13 1:103/9 1:106/22 1:117/16 1:117/25

**C**

**could... [27]** 1:121/16 1:125/6 1:125/16 1:125/22 1:126/4 1:127/14 1:129/24 1:130/22 1:130/25 1:132/16 1:154/22 1:158/23 1:164/23 1:165/6 1:166/18 1:168/7 1:170/20 1:174/2 1:175/5 1:176/19 1:177/6 1:178/16 1:185/9 1:208/1 1:209/24 1:213/12 1:215/17
**couldn't [3]** 1:141/9 1:177/15 1:188/12
**counsel [27]** 1:2/5 1:2/15 1:3/5 1:3/6 1:3/12 1:50/23 1:51/2 1:55/1 1:68/19 1:68/22 1:69/3 1:69/9 1:69/24 1:88/16 1:97/1 1:97/23 1:98/4 1:100/25 1:119/8 1:120/25 1:122/1 1:154/17 1:155/2 1:165/21 1:177/14 1:177/17 1:179/24
**counsel's [1]** 1:177/20
**Count [1]** 1:214/20
**counted [1]** 1:66/21
**countries [2]** 1:196/12 1:196/14
**counts [2]** 1:66/3 1:66/5
**couple [18]** 1:50/24 1:51/2 1:55/3 1:63/17 1:69/6 1:91/17 1:151/1 1:152/9 1:155/2 1:155/4 1:189/6 1:192/17 1:196/10 1:196/11 1:196/17 1:209/18 1:212/13 1:216/2
**course [13]** 1:25/7 1:28/4 1:40/7 1:50/8 1:51/21 1:54/5 1:56/16 1:69/21 1:70/14 1:78/24 1:124/1 1:142/25 1:152/5
**court [44]** 1:1/1 1:1/15 1:16/13 1:26/13 1:28/4 1:28/6 1:28/20 1:28/24 1:29/11 1:30/6 1:45/10 1:45/13 1:49/2 1:50/8 1:51/5 1:52/14 1:52/18 1:54/11 1:62/20 1:68/10 1:70/16 1:76/20 1:79/14 1:82/8 1:150/3 1:150/19 1:151/12 1:151/19 1:152/11 1:154/21 1:154/21 1:155/6 1:155/8 1:155/14 1:155/16 1:155/17 1:155/18 1:155/21 1:174/17 1:189/8 1:191/15 1:216/18 1:216/24 1:216/25
**court's [2]** 1:156/8 1:192/7
**courtroom [1]** 1:2/21
**courts [4]** 1:27/16 1:28/8 1:43/8 1:43/25
**cover [1]** 1:99/17
**created [15]** 1:12/23 1:12/24 1:18/17 1:93/14 1:93/18 1:119/13 1:121/9 1:122/23 1:122/24 1:123/1 1:123/3 1:123/4 1:145/16 1:157/18 1:157/19
**creating [2]** 1:183/21 1:205/17
**creation [2]** 1:121/7 1:157/21
**credible [2]** 1:202/15 1:202/18
**criteria [1]** 1:96/18
**critical [2]** 1:167/23 1:203/2
**cross [5]** 1:67/1 1:99/21 1:100/7 1:121/25 1:146/4
**cross-examination [3]** 1:67/1 1:99/21 1:100/7
**current [13]** 1:17/3 1:26/22 1:26/22 1:68/21 1:69/8 1:71/17 1:93/12 1:128/12 1:129/2 1:129/4 1:145/19 1:157/25 1:158/5
**currently [9]** 1:27/14 1:68/12 1:76/25 1:83/17 1:85/18 1:90/11 1:90/11 1:112/23 1:158/21
**cursor [1]** 1:140/22
**customer [7]** 1:30/11 1:57/1 1:57/2 1:57/11 1:57/18 1:73/24 1:156/15
**customers [16]** 1:7/12 1:38/15 1:38/15 1:55/22 1:55/23 1:56/6 1:56/25 1:58/16 1:72/21 1:73/17 1:81/17 1:81/18 1:87/18 1:88/2 1:88/4 1:92/14
**cut [1]** 1:212/19
**cv [1]** 1:1/4

**D**

**D [1]** 1:2/19
**D.I [1]** 1:140/2
**D.I. [1]** 1:17/19
**D.I. 37 [1]** 1:17/19
**damaged [1]** 1:46/17
**damages [6]** 1:44/25 1:45/14 1:45/17 1:46/11 1:46/21 1:47/2
**Dan [1]** 1:6/17
**DANIEL [2]** 1:2/3 1:3/3
**data [16]** 1:75/7 1:75/11 1:78/13 1:78/22 1:78/22 1:79/4 1:79/4 1:113/9 1:113/11 1:113/12 1:113/19 1:183/8 1:184/20 1:185/2 1:185/6 1:185/22
**date [21]** 1:9/2 1:26/23 1:75/10 1:103/24 1:104/1 1:104/22 1:117/9 1:157/18 1:157/19 1:157/21 1:157/23 1:157/24 1:159/9 1:159/13 1:162/6 1:162/8 1:162/22 1:166/17 1:166/18 1:180/3 1:185/6
**dated [2]** 1:82/9 1:92/25
**day [11]** 1:7/21 1:9/9 1:9/12 1:14/24 1:45/4 1:77/14 1:78/14 1:104/5 1:149/11 1:159/18 1:212/14
**dead [5]** 1:126/16 1:126/17 1:134/6 1:134/7 1:200/9
**dealing [1]** 1:123/17
**dealt [1]** 1:29/12
**DEBEVOISE [16]** 1:2/2 1:3/2 1:105/25 1:106/6 1:107/23 1:108/23 1:109/3 1:109/15 1:109/25 1:110/4 1:110/9 1:110/13 1:110/18 1:111/20 1:113/2 1:185/16
**dec [1]** 1:32/16
**decade [1]** 1:46/4
**decades [3]** 1:8/20 1:16/5 1:46/4
**December [15]** 1:7/19 1:8/14 1:8/15 1:8/16 1:8/23 1:9/5 1:9/18 1:11/22 1:13/13 1:13/19 1:13/21 1:38/2 1:75/10 1:75/10 1:114/16
**December 10 [2]** 1:8/15 1:8/16
**December 11 [9]** 1:7/19 1:8/14 1:8/23 1:9/5 1:9/18 1:11/22 1:13/13 1:13/19 1:13/21
**December 15 [1]** 1:38/2
**decide [3]** 1:25/7 1:71/9 1:73/14
**decided [2]** 1:91/8 1:138/24
**decision [8]** 1:12/11 1:30/2 1:77/11 1:77/15 1:79/22 1:79/24 1:212/2 1:215/13
**decisions [7]** 1:82/17 1:98/20 1:99/3 1:99/7 1:99/12 1:99/14 1:210/19
**declarant [2]** 1:69/25 1:139/1
**declaration [127]** 1:6/24 1:7/1 1:12/13 1:14/20 1:15/16 1:17/17 1:18/1 1:21/24 1:26/18 1:26/23 1:31/10 1:31/11 1:31/19 1:31/22 1:32/8 1:32/10 1:33/5 1:33/6 1:33/9 1:33/11 1:33/12 1:33/15 1:33/19 1:33/22 1:34/15 1:35/5 1:38/6 1:38/12 1:41/2 1:41/14 1:55/17 1:55/18 1:56/1 1:56/4 1:56/8 1:57/15 1:59/3 1:59/20 1:63/14 1:63/16 1:64/23 1:75/6 1:76/15 1:76/17 1:77/24 1:79/12 1:81/5 1:81/7 1:82/4 1:84/1 1:84/18 1:84/22 1:86/4 1:89/9 1:89/14 1:91/2 1:91/21 1:91/24 1:91/25 1:92/1 1:92/2 1:95/1 1:97/9 1:97/15 1:105/7 1:105/12 1:105/21 1:106/4 1:106/16 1:106/19 1:107/16 1:109/21 1:110/12 1:114/6 1:116/23 1:116/25 1:119/1 1:119/2 1:119/6 1:119/7 1:122/17 1:129/25 1:130/3 1:130/9 1:130/14 1:130/21 1:131/11 1:131/13 1:131/15 1:131/17 1:139/21 1:139/22 1:157/10 1:157/12 1:159/4 1:159/5 1:159/15 1:159/19 1:163/21 1:163/25 1:164/15 1:165/21 1:166/13 1:170/16 1:171/6 1:175/19 1:176/10 1:177/17 1:184/7 1:184/8 1:185/17 1:186/12 1:186/22 1:187/13 1:187/16 1:187/17 1:187/20 1:187/20 1:187/21 1:188/2 1:188/3 1:189/1 1:190/2 1:190/2 1:190/3 1:192/19 1:212/5
**declarations [4]** 1:22/8 1:33/4 1:68/2 1:68/5
**dedicate [1]** 1:183/22
**default [2]** 1:198/20 1:199/16
**defaults [1]** 1:198/21
**defeat [1]** 1:30/17
**defeats [1]** 1:42/19
**defend [1]** 1:70/22
**defendant [6]** 1:1/7 1:2/15 1:3/9 1:70/2 1:205/1 1:208/4
**defense [7]** 1:39/20 1:40/2 1:53/22 1:203/10 1:203/21 1:204/19 1:208/5
**defenses [1]** 1:208/12
**defensive [4]** 1:71/10 1:71/12 1:75/21 1:200/5
**defined [1]** 1:101/13
**defining [2]** 1:101/11 1:101/13
**definitely [2]** 1:29/17 1:43/18
**definitive [1]** 1:144/6
**definitively [2]** 1:206/2 1:206/3
**DELAWARE [2]** 1:1/2 1:1/13
**deleted [3]** 1:64/21 1:111/12 1:112/19
**deliberate [19]** 1:12/11 1:51/13 1:51/16 1:52/21 1:70/19 1:71/5 1:71/15 1:71/18 1:72/3 1:72/11 1:72/17 1:77/11 1:77/15 1:79/24 1:116/15 1:118/19 1:128/8 1:129/18 1:135/24
**deliberately [3]** 1:36/15 1:72/19 1:80/8
**delineate [1]** 1:145/22
**demonstrate [2]** 1:51/12 1:52/20
**demonstrated [2]** 1:59/2 1:59/19
**demonstrates [2]** 1:118/18 1:128/7
**demonstrating [1]** 1:177/16
**depending [3]** 1:133/23 1:198/19 1:213/20
**depends [1]** 1:216/2
**deposition [17]** 1:11/25 1:12/13 1:18/1

**D**
**deposition... [14]** 1:19/21 1:19/24 1:19/25 1:24/12 1:44/19 1:48/1 1:113/5 1:139/10 1:139/16 1:139/24 1:140/7 1:141/4 1:157/20 1:184/13
**derived [1]** 1:184/14
**des [1]** 1:52/25
**describe [2]** 1:74/23 1:87/3
**described [2]** 1:79/4 1:97/11
**describes [1]** 1:63/22
**describing [1]** 1:96/14
**description [3]** 1:65/15 1:77/1 1:77/21
**descriptions [1]** 1:34/18
**deserves [2]** 1:210/6 1:210/23
**design [6]** 1:58/17 1:114/25 1:114/25 1:115/1 1:125/20 1:181/8
**designation [1]** 1:155/19
**designation's [1]** 1:151/15
**designing [1]** 1:57/3
**desktop [2]** 1:107/2 1:127/3
**despite [1]** 1:73/7
**destroyed [1]** 1:128/24
**detail [1]** 1:74/18
**determine [2]** 1:92/15 1:114/3
**determined [1]** 1:179/11
**develop [1]** 1:83/20
**developed [1]** 1:92/6
**developer [26]** 1:115/11 1:115/12 1:115/22 1:130/9 1:130/15 1:132/2 1:138/10 1:140/15 1:140/18 1:140/23 1:145/15 1:163/24 1:164/3 1:164/7 1:164/8 1:164/11 1:164/18 1:164/18 1:164/21 1:165/9 1:165/14 1:165/15 1:188/11 1:198/3 1:198/4 1:198/4
**developer.X.com [3]** 1:130/15 1:165/10 1:165/12
**developer.X.com/en/developer-terms/display-requirements [1]** 1:130/15
**developers [9]** 1:77/9 1:132/22 1:164/2 1:164/5 1:164/8 1:164/10 1:188/22 1:188/23 1:188/25
**developers.X.com [2]** 1:164/12 1:164/14
**developerterms [1]** 1:132/13
**developing [2]** 1:69/14 1:183/18
**develops [1]** 1:76/22
**devices [2]** 1:64/12 1:184/14
**did [54]** 1:8/15 1:8/16 1:13/8 1:16/20 1:18/6 1:19/9 1:19/24 1:50/24 1:69/18 1:70/1 1:73/14 1:75/6 1:77/15 1:80/15 1:80/15 1:85/4 1:89/8 1:99/5 1:100/25 1:102/16 1:103/17 1:103/18 1:107/13 1:110/7 1:121/19 1:122/7 1:130/1 1:131/22 1:134/5 1:141/6 1:146/9 1:156/7 1:158/24 1:163/9 1:170/10 1:176/15 1:179/8 1:180/1 1:180/13 1:180/21 1:181/12 1:184/18 1:184/21 1:188/2 1:188/8 1:189/13 1:190/22 1:192/6 1:196/8 1:199/23 1:200/17 1:202/13 1:202/18 1:215/3
**didn't [22]** 1:4/10 1:8/8 1:9/15 1:43/17 1:49/18 1:50/2 1:50/13 1:50/15 1:80/25 1:81/1 1:110/12 1:112/20 1:124/21 1:125/1 1:138/23 1:139/2 1:148/19 1:149/2 1:171/5 1:184/18 1:190/23 1:212/22
**die [1]** 1:146/2
**difference [3]** 1:63/4 1:134/8 1:134/12
**different [55]** 1:5/3 1:5/3 1:34/5 1:36/9 1:46/1 1:48/10 1:60/18 1:76/5 1:76/23 1:78/9 1:83/11 1:83/12 1:84/6 1:84/10 1:85/3 1:85/25 1:87/9 1:87/17 1:88/9 1:89/7 1:95/14 1:95/15 1:97/2 1:98/16 1:110/21 1:120/17 1:121/3 1:121/5 1:123/9 1:123/23 1:123/24 1:133/9 1:133/12 1:133/22 1:133/24 1:150/1 1:150/6 1:150/16 1:154/9 1:154/11 1:156/23 1:156/24 1:168/4 1:175/5 1:182/9 1:182/19 1:182/23 1:182/24 1:183/25 1:184/23 1:185/1 1:186/6 1:188/16 1:199/25 1:202/9
**differentiate [1]** 1:208/11
**differentiation [1]** 1:95/21
**difficulties [1]** 1:121/15
**difficulty [2]** 1:54/9 1:63/23
**digital [1]** 1:116/7
**direct [28]** 1:27/13 1:29/7 1:67/25 1:75/17 1:75/22 1:76/1 1:79/11 1:82/4 1:82/6 1:84/17 1:86/3 1:89/13 1:92/2 1:111/7 1:111/11 1:117/10 1:132/22 1:136/22 1:137/3 1:141/14 1:143/19 1:144/9 1:151/13 1:157/9 1:157/10 1:164/4 1:170/21 1:200/12
**directed [10]** 1:7/24 1:75/8 1:76/7 1:82/10 1:90/1 1:101/7 1:109/22 1:110/15 1:142/4 1:173/7
**directing [1]** 1:151/17
**direction [2]** 1:70/23 1:88/21
**directions [6]** 1:132/2 1:132/5 1:132/19 1:142/17 1:163/24 1:165/20
**directly [6]** 1:8/7 1:8/8 1:9/16 1:14/13 1:61/7 1:151/3
**director [5]** 1:3/5 1:68/22 1:68/22 1:69/6 1:69/8
**directs [1]** 1:97/7
**disagree [4]** 1:4/5 1:208/3 1:212/14 1:212/15
**discontinued [4]** 1:162/21 1:162/23 1:162/24 1:163/1
**discount [2]** 1:58/9 1:58/12
**discover [1]** 1:126/23
**discovery [2]** 1:210/3 1:212/12
**discuss [4]** 1:20/8 1:29/8 1:89/25 1:91/23
**discussed [12]** 1:4/8 1:11/25 1:71/20 1:76/15 1:76/18 1:82/3 1:86/2 1:98/17 1:119/2 1:119/5 1:155/7 1:181/22
**discusses [1]** 1:63/3
**discussing [3]** 1:69/11 1:70/17 1:194/9
**discussion [2]** 1:23/18 1:23/19
**discussions [1]** 1:97/23
**display [5]** 1:107/2 1:107/4 1:130/15 1:132/6 1:132/13
**displayed [1]** 1:171/8
**dispute [8]** 1:25/13 1:25/25 1:26/2 1:46/14 1:54/21 1:60/16 1:149/8 1:204/16
**disseminate [1]** 1:90/15
**dissemination [1]** 1:84/16
**dissolve [1]** 1:155/22
**distinction [1]** 1:62/4
**distinctions [1]** 1:62/2
**distinguishable [1]** 1:155/6
**distribute [3]** 1:77/3 1:112/23 1:112/25
**distributed [4]** 1:65/15 1:76/22 1:77/7 1:142/11
**distributing [1]** 1:23/5
**distribution [12]** 1:22/21 1:23/1 1:23/2 1:23/8 1:23/9 1:23/11 1:24/9 1:24/10 1:24/14 1:24/15 1:24/18 1:25/10
**district [19]** 1:1/1 1:1/2 1:1/15 1:28/2 1:28/4 1:28/8 1:29/10 1:29/11 1:51/5 1:51/8 1:52/7 1:52/10 1:153/1 1:153/5 1:155/6 1:155/17 1:155/18 1:156/8 1:216/25
**do [232]**
**docket [16]** 1:7/1 1:22/14 1:26/16 1:32/9 1:38/12 1:40/7 1:63/16 1:79/12 1:82/6 1:84/18 1:86/4 1:86/20 1:89/14 1:91/21 1:92/3 1:140/6
**docs [2]** 1:164/2 1:164/8
**docs.X.com [1]** 1:132/13
**docs.X.com/developerterms/display-requirements [1]** 1:132/13
**doctrine [1]** 1:208/6
**document [29]** 1:55/6 1:55/9 1:57/21 1:59/21 1:60/15 1:87/3 1:87/4 1:87/12 1:87/15 1:120/24 1:121/12 1:123/18 1:123/20 1:139/20 1:157/11 1:157/21 1:157/25 1:158/1 1:158/5 1:158/13 1:158/16 1:158/20 1:158/21 1:167/20 1:168/4 1:168/16 1:169/11 1:178/23 1:192/13
**documentary [1]** 1:64/13
**documents [4]** 1:56/9 1:87/21 1:113/22 1:121/16
**docuseries [1]** 1:117/19
**does [49]** 1:7/14 1:7/18 1:8/9 1:12/18 1:14/3 1:14/17 1:14/23 1:23/23 1:23/24 1:31/17 1:43/2 1:55/25 1:57/19 1:57/19 1:57/20 1:75/16 1:82/14 1:83/8 1:87/15 1:89/20 1:90/11 1:94/13 1:96/20 1:100/19 1:108/4 1:112/23 1:112/25 1:126/24 1:134/17 1:134/19 1:134/23 1:137/21 1:142/9 1:144/25 1:144/25 1:148/18 1:172/24 1:173/2 1:173/17 1:173/19 1:177/3 1:177/10 1:189/11 1:189/11 1:189/23 1:193/12 1:202/1 1:208/11 1:215/25
**doesn't [30]** 1:8/7 1:11/12 1:14/10 1:15/22 1:15/23 1:35/25 1:60/3 1:61/16 1:65/9 1:65/17 1:71/11 1:74/15 1:75/19 1:90/10 1:90/22 1:99/14 1:110/24 1:110/25 1:111/1 1:148/16 1:149/1 1:154/24 1:167/16 1:172/23 1:173/3 1:173/19 1:183/3 1:197/4 1:200/10 1:213/8
**doing [11]** 1:15/24 1:16/11 1:29/2 1:33/18 1:82/20 1:96/21 1:133/8 1:143/19 1:154/13 1:177/15 1:183/2
**dollars [3]** 1:74/7 1:74/7 1:74/12
**domain [78]** 1:6/15 1:6/19 1:6/20 1:7/23

## D

**domain... [74]** 1:7/25 1:8/1 1:8/9 1:8/12 1:8/17 1:8/19 1:9/4 1:9/18 1:28/17 1:28/21 1:29/7 1:29/12 1:29/17 1:35/20 1:37/3 1:40/11 1:61/24 1:62/2 1:62/8 1:62/13 1:63/5 1:63/5 1:71/9 1:71/10 1:74/21 1:74/23 1:74/25 1:75/5 1:75/9 1:75/14 1:75/16 1:75/18 1:76/11 1:76/12 1:84/8 1:94/13 1:134/19 1:134/22 1:141/3 1:141/14 1:141/15 1:142/2 1:142/3 1:142/12 1:142/13 1:142/17 1:143/15 1:143/15 1:144/8 1:145/2 1:149/9 1:149/19 1:150/4 1:150/8 1:150/10 1:150/11 1:150/11 1:150/15 1:152/13 1:152/24 1:153/20 1:153/21 1:153/22 1:154/19 1:156/13 1:165/22 1:181/24 1:183/10 1:183/14 1:188/14 1:199/25 1:200/3 1:200/5 1:200/11

**domains [4]** 1:71/12 1:78/10 1:142/9 1:183/14

**don't [156]** 1:4/1 1:4/3 1:5/17 1:7/13 1:8/7 1:11/5 1:11/7 1:12/1 1:13/5 1:14/21 1:15/2 1:18/9 1:18/10 1:18/12 1:18/12 1:18/13 1:20/7 1:20/19 1:20/20 1:22/4 1:25/12 1:25/20 1:25/25 1:26/2 1:26/4 1:26/5 1:29/18 1:30/20 1:30/20 1:35/6 1:40/1 1:43/8 1:44/11 1:46/14 1:48/6 1:49/9 1:55/11 1:55/11 1:56/9 1:58/12 1:59/9 1:59/12 1:60/16 1:61/23 1:61/23 1:63/10 1:65/10 1:65/10 1:71/13 1:75/21 1:78/2 1:83/4 1:85/23 1:90/14 1:90/21 1:91/3 1:93/9 1:98/22 1:101/16 1:103/7 1:103/8 1:105/8 1:106/7 1:106/16 1:107/23 1:109/10 1:109/12 1:109/14 1:109/24 1:109/24 1:110/9 1:110/18 1:110/20 1:110/23 1:111/15 1:119/14 1:119/15 1:119/16 1:119/18 1:119/24 1:120/18 1:121/1 1:121/18 1:122/24 1:123/10 1:124/9 1:124/10 1:124/12 1:124/17 1:125/24 1:127/13 1:128/15 1:135/18 1:136/15 1:137/10 1:137/13 1:137/15 1:137/17 1:139/17 1:139/19 1:139/25 1:140/3 1:146/12 1:148/15 1:153/8 1:156/2 1:157/2 1:157/19 1:157/24 1:158/4 1:158/22 1:159/2 1:159/22 1:161/1 1:162/22 1:162/25 1:166/23 1:167/1 1:168/10 1:168/19 1:168/24 1:169/4 1:169/9 1:172/6 1:172/13 1:172/15 1:174/4 1:174/10 1:174/10 1:178/2 1:178/10 1:179/16 1:179/17 1:180/2 1:191/13 1:193/20 1:195/10 1:195/20 1:196/4 1:197/18 1:197/21 1:198/9 1:200/7 1:200/7 1:201/13 1:204/15 1:205/15 1:205/17 1:208/3 1:209/1 1:210/2 1:210/19 1:213/18 1:214/2 1:215/11 1:215/12

**done [10]** 1:12/10 1:69/11 1:72/5 1:137/20 1:183/15 1:189/20 1:192/9 1:197/19 1:198/5 1:212/9

**door [1]** 1:190/8

**dot [3]** 1:164/21 1:164/22 1:199/8

**dots [2]** 1:165/1 1:165/6

**doubt [2]** 1:56/5 1:56/9

**down [27]** 1:5/2 1:6/17 1:12/15 1:37/13 1:59/25 1:60/5 1:63/11 1:101/5 1:102/17 1:102/22 1:104/4 1:104/8 1:115/5 1:116/5 1:122/3 1:125/21 1:127/15 1:131/4 1:154/7 1:172/9 1:175/10 1:176/22 1:176/24 1:184/2 1:189/4 1:201/5 1:209/13

**download [5]** 1:18/18 1:65/23 1:94/4 1:94/11 1:96/3

**downloaded [5]** 1:11/13 1:23/14 1:23/21 1:64/20 1:95/24

**downloads [1]** 1:27/12

**dozen [1]** 1:11/12

**drafted [1]** 1:196/17

**draw [1]** 1:18/16

**drawn [1]** 1:151/18

**Drifters [2]** 1:16/3 1:16/4

**drive [6]** 1:37/16 1:98/11 1:99/10 1:160/15 1:173/4 1:193/18

**driving [1]** 1:173/25

**due [1]** 1:210/5

**duly [1]** 1:67/22

**dummy [3]** 1:133/19 1:133/19 1:133/20

**durable [1]** 1:144/22

**during [12]** 1:11/25 1:72/6 1:72/19 1:73/21 1:78/14 1:90/18 1:93/16 1:110/11 1:145/16 1:184/13 1:189/7 1:200/25

**dynamic [1]** 1:133/23

## E

**e [32]** 1:2/19 1:2/19 1:34/21 1:35/2 1:35/13 1:35/16 1:35/16 1:35/20 1:54/21 1:55/7 1:55/10 1:58/1 1:58/4 1:58/6 1:58/9 1:58/10 1:58/15 1:67/20 1:67/20 1:82/8 1:82/10 1:82/15 1:82/24 1:82/24 1:82/25 1:83/2 1:83/5 1:83/14 1:112/9 1:119/2 1:120/7 1:156/20

**e-mail [27]** 1:34/21 1:35/2 1:35/13 1:35/16 1:35/16 1:35/20 1:54/21 1:55/7 1:55/10 1:58/1 1:58/4 1:58/6 1:58/9 1:58/10 1:58/15 1:82/8 1:82/10 1:82/15 1:82/24 1:82/24 1:82/25 1:83/2 1:83/5 1:83/14 1:112/9 1:119/2 1:120/7

**e-mails [1]** 1:156/20

**each [10]** 1:34/6 1:101/23 1:101/23 1:102/12 1:118/2 1:118/3 1:160/12 1:160/17 1:210/13 1:212/8

**earlier [35]** 1:74/20 1:76/16 1:77/4 1:77/16 1:78/1 1:79/10 1:81/6 1:82/3 1:82/16 1:87/13 1:101/13 1:102/16 1:113/4 1:120/25 1:123/6 1:124/5 1:124/21 1:126/22 1:150/25 1:150/25 1:152/4 1:153/4 1:155/15 1:158/9 1:158/23 1:160/2 1:163/7 1:167/1 1:168/11 1:168/11 1:184/6 1:185/15 1:187/5 1:187/10 1:200/22

**early [2]** 1:210/24 1:210/24

**Earth [1]** 1:104/5

**easier [4]** 1:26/11 1:26/13 1:35/9 1:192/11

**easily [1]** 1:177/18

**Eastern [3]** 1:29/10 1:51/8 1:153/4

**easy [1]** 1:47/16

**eat [2]** 1:121/20 1:121/22

**effect [1]** 1:190/15

**effective [1]** 1:166/5

**effort [4]** 1:12/14 1:52/1 1:73/8 1:179/11

**efforts [1]** 1:81/15

**egregious [1]** 1:48/15

**either [11]** 1:26/2 1:48/21 1:48/22 1:81/23 1:88/3 1:94/20 1:98/18 1:135/8 1:157/3 1:164/23 1:190/1

**election [1]** 1:196/14

**electronic [2]** 1:15/1 1:15/9

**Elron [1]** 1:3/6

**else [15]** 1:4/1 1:9/22 1:10/3 1:18/25 1:19/4 1:21/7 1:31/12 1:32/6 1:32/20 1:41/4 1:44/23 1:97/8 1:155/23 1:165/18 1:206/18

**else's [1]** 1:93/23

**embed [2]** 1:38/15 1:55/23

**emphasize [1]** 1:116/6

**emphasized [1]** 1:156/15

**employed [4]** 1:68/12 1:68/13 1:68/24 1:69/2

**en [3]** 1:103/13 1:127/9 1:130/15

**enable [1]** 1:137/14

**end [13]** 1:20/18 1:34/8 1:61/12 1:78/21 1:94/18 1:117/23 1:165/24 1:169/11 1:180/17 1:180/18 1:181/15 1:210/10 1:212/14

**endorsement [6]** 1:170/2 1:193/4 1:193/15 1:193/21 1:193/25 1:194/11

**endorsing [1]** 1:170/11

**enforce [5]** 1:40/24 1:53/16 1:68/15 1:69/15 1:69/21

**enforcement [4]** 1:23/24 1:96/25 1:97/2 1:97/3

**enforces [1]** 1:24/20

**enforcing [1]** 1:66/1

**engaged [1]** 1:66/14

**engagements [2]** 1:37/16 1:57/5

**engaging [1]** 1:37/20

**engine [7]** 1:135/2 1:167/3 1:198/21 1:198/21 1:198/22 1:199/16 1:199/17

**engineering [9]** 1:75/7 1:78/7 1:78/12 1:78/17 1:79/2 1:183/12 1:184/19 1:184/21 1:185/2

**engineers [1]** 1:108/7

**engines [2]** 1:88/10 1:88/11

**enjoin [2]** 1:46/22 1:47/10

**enjoined [1]** 1:45/15

**enjoy [1]** 1:77/19

**enough [10]** 1:30/17 1:44/1 1:51/3 1:52/16 1:69/5 1:69/7 1:121/20 1:166/10 1:205/12 1:205/15

**ensure [13]** 1:70/21 1:71/1 1:71/4 1:71/15 1:71/24 1:72/15 1:73/3 1:75/1 1:80/9 1:92/22 1:95/23 1:96/20 1:181/3

**ensuring [1]** 1:81/22

**enter [2]** 1:95/17 1:102/5

**entire [13]** 1:21/22 1:33/12 1:34/15 1:61/8 1:61/8 1:73/21 1:73/23 1:127/12 1:171/4 1:171/5 1:183/22 1:187/3 1:209/8

**entirely [3]** 1:77/2 1:85/10 1:85/11

**entirety [2]** 1:72/12 1:94/19

**entitled [1]** 1:208/20

**entity [1]** 1:21/8

**entries [1]** 1:104/16

**entry [11]** 1:79/13

## E

**entry... [10]** 1:82/6 1:84/18 1:86/4 1:86/20 1:89/14 1:91/21 1:92/3 1:126/7 1:136/5 1:140/19
**environment [1]** 1:187/1
**episode [2]** 1:118/2 1:118/4
**equity [1]** 1:74/9
**especially [4]** 1:44/7 1:50/15 1:62/18 1:205/13
**ESQ [7]** 1:1/20 1:2/2 1:2/3 1:2/3 1:2/9 1:2/12 1:2/13
**essentially [9]** 1:5/2 1:16/11 1:92/11 1:96/9 1:115/5 1:142/5 1:200/3 1:202/25 1:205/10
**establish [1]** 1:53/7
**established [3]** 1:24/21 1:38/6 1:66/18
**et [4]** 1:55/24 1:55/24 1:104/7 1:116/7
**eternity [1]** 1:145/7
**evaluated [3]** 1:179/14 1:181/4 1:183/11
**evaluating [2]** 1:72/12 1:180/6
**even [47]** 1:3/17 1:6/10 1:6/11 1:19/13 1:20/7 1:30/17 1:33/14 1:35/25 1:46/14 1:49/9 1:49/10 1:49/18 1:51/3 1:55/12 1:59/22 1:60/7 1:65/5 1:65/9 1:66/18 1:73/19 1:76/2 1:78/15 1:82/22 1:90/17 1:90/18 1:93/11 1:93/16 1:136/12 1:148/15 1:151/15 1:152/8 1:155/13 1:155/20 1:155/24 1:179/16 1:187/5 1:195/7 1:195/10 1:195/20 1:199/20 1:200/25 1:203/8 1:206/21 1:207/1 1:208/16 1:210/2 1:213/22
**event [2]** 1:46/21 1:186/4
**events [1]** 1:72/19
**ever [6]** 1:112/12 1:124/15 1:148/3 1:195/23 1:196/4 1:196/20
**every [9]** 1:14/24 1:61/20 1:75/24 1:95/18 1:99/1 1:107/21 1:136/22 1:187/9 1:202/17
**everybody [2]** 1:142/1 1:203/4
**everything [4]** 1:145/20 1:181/4 1:182/3 1:211/13
**evidence [58]** 1:3/20 1:6/2 1:6/5 1:6/14 1:10/1 1:11/16 1:11/22 1:14/14 1:19/1 1:31/12 1:36/6 1:40/1 1:43/1 1:43/4 1:43/18 1:43/21 1:45/8 1:45/21 1:46/24 1:50/23 1:53/12 1:54/10 1:54/20 1:55/14 1:56/7 1:56/20 1:60/9 1:60/18 1:64/10 1:64/13 1:64/24 1:66/8 1:66/12 1:66/19 1:66/21 1:66/25 1:108/4 1:108/11 1:108/14 1:109/17 1:111/16 1:119/20 1:119/25 1:120/19 1:132/24 1:134/1 1:152/7 1:155/8 1:156/1 1:158/15 1:158/20 1:167/5 1:169/3 1:169/6 1:202/15 1:208/17 1:208/24 1:214/21
**evidenced [1]** 1:130/10
**evidentiary [1]** 1:54/9
**evolves [1]** 1:88/21
**exact [9]** 1:22/24 1:26/12 1:36/24 1:61/15 1:130/23 1:132/8 1:157/24 1:162/22 1:196/12
**exactly [15]** 1:8/20 1:18/16 1:21/23 1:41/24 1:59/22 1:60/12 1:92/15 1:111/10 1:152/24 1:162/25 1:176/12 1:188/12 1:191/24 1:200/19 1:204/23
**examination [6]** 1:67/1 1:67/25 1:99/21 1:100/7 1:175/1 1:189/7
**Examining [3]** 1:62/17 1:62/22 1:149/22
**example [39]** 1:18/16 1:35/13 1:36/9 1:36/12 1:68/17 1:71/8 1:72/24 1:76/23 1:77/6 1:81/21 1:83/14 1:84/14 1:89/18 1:90/6 1:92/8 1:93/12 1:93/24 1:93/24 1:93/25 1:96/18 1:97/4 1:97/21 1:97/25 1:119/23 1:147/15 1:150/16 1:150/24 1:154/16 1:154/17 1:182/12 1:185/21 1:194/2 1:194/3 1:194/3 1:194/21 1:194/25 1:196/10 1:197/14 1:199/15
**examples [9]** 1:34/11 1:34/12 1:37/21 1:73/9 1:84/19 1:84/21 1:97/14 1:98/3 1:99/9
**except [1]** 1:24/8
**exchange [1]** 1:193/22
**exclusively [2]** 1:117/20 1:129/13
**excuse [1]** 1:33/4
**execute [1]** 1:70/22
**exercise [1]** 1:102/15
**exercising [2]** 1:66/9 1:66/15
**exhibit [71]** 1:26/17 1:26/18 1:31/11 1:34/11 1:34/13 1:35/3 1:35/4 1:36/23 1:37/6 1:38/19 1:41/3 1:41/12 1:56/2 1:57/17 1:58/21 1:59/14 1:79/12 1:79/15 1:82/5 1:84/17 1:84/22 1:86/3 1:86/11 1:86/20 1:89/13 1:91/2 1:92/2 1:95/1 1:97/14 1:106/17 1:114/7 1:115/25 1:116/21 1:116/22 1:116/25 1:117/24 1:117/24 1:118/24 1:118/25 1:119/1 1:122/17 1:122/18 1:127/21 1:139/13 1:139/18 1:140/11 1:140/13 1:140/14 1:140/14 1:140/21 1:157/9 1:157/11 1:159/3 1:159/5 1:161/1 1:161/6 1:161/7 1:161/8 1:161/8 1:161/8 1:161/18 1:166/13 1:166/14 1:169/14 1:170/15 1:170/16 1:170/17 1:170/20 1:170/21 1:170/21 1:175/18
**Exhibit 11 [2]** 1:140/14 1:140/14
**Exhibit 12 [5]** 1:139/13 1:139/18 1:140/11 1:140/13 1:140/21
**Exhibit 3 [1]** 1:84/17
**Exhibit 4 [11]** 1:89/13 1:91/2 1:159/3 1:159/5 1:161/1 1:161/6 1:161/7 1:161/8 1:161/8 1:161/8 1:161/18
**Exhibit 5 [22]** 1:34/11 1:34/13 1:35/3 1:35/4 1:36/23 1:38/19 1:41/12 1:56/2 1:58/21 1:59/14 1:82/5 1:86/3 1:86/11 1:86/20 1:118/24 1:118/25 1:119/1 1:122/17 1:122/18 1:127/21 1:157/9 1:157/11
**Exhibit 6 [5]** 1:92/2 1:95/1 1:166/13 1:166/14 1:169/14
**Exhibit 7 [4]** 1:97/14 1:170/16 1:170/17 1:170/20
**Exhibit 8 [4]** 1:26/18 1:31/11 1:79/12 1:114/7
**Exhibit 9 [4]** 1:116/21 1:116/22 1:116/25 1:117/24
**exhibits [6]** 1:20/7 1:33/5 1:34/11 1:68/2 1:113/22 1:192/6
**exist [5]** 1:12/18 1:60/16 1:61/16 1:93/10 1:205/17
**existence [1]** 1:141/1
**existing [1]** 1:87/18
**exists [2]** 1:142/5 1:162/18
**expanding [1]** 1:33/19
**expect [2]** 1:18/10 1:20/6
**expected [1]** 1:59/11
**expedite [1]** 1:209/8
**expeditiously [2]** 1:209/14 1:210/18
**experience [4]** 1:64/8 1:187/4 1:187/9 1:188/18
**explain [20]** 1:12/4 1:13/4 1:21/23 1:34/14 1:76/20 1:79/14 1:81/10 1:82/8 1:84/5 1:84/13 1:84/14 1:84/24 1:92/4 1:132/5 1:137/24 1:149/7 1:186/9 1:189/14 1:191/19 1:197/9
**explained [6]** 1:18/1 1:31/1 1:76/17 1:154/5 1:184/13 1:198/5
**explanations [1]** 1:154/7
**explication [1]** 1:29/15
**explicit [1]** 1:195/15
**explicitly [6]** 1:27/16 1:109/20 1:110/7 1:158/17 1:159/2 1:195/14
**exploitation [3]** 1:22/22 1:25/11 1:25/13
**explore [2]** 1:3/18 1:134/17
**express [3]** 1:31/3 1:170/3 1:193/4
**expressly [2]** 1:31/15 1:32/12
**extended [1]** 1:179/7
**extent [8]** 1:21/20 1:46/8 1:46/12 1:48/24 1:50/8 1:85/5 1:138/1 1:207/5
**external [2]** 1:33/1 1:176/5
**extirpate [1]** 1:146/3
**extirpated [1]** 1:146/1

## F

**F [4]** 1:1/15 1:27/24 1:52/7 1:52/9
**F.2d [1]** 1:53/2
**F.3d [1]** 1:30/4
**fabricate [1]** 1:184/18
**Facebook [6]** 1:89/11 1:89/19 1:159/7 1:159/10 1:160/19 1:200/18
**facie [1]** 1:204/21
**facing [3]** 1:32/25 1:33/2 1:40/22
**fact [30]** 1:16/18 1:21/11 1:43/24 1:47/5 1:60/15 1:62/1 1:62/6 1:66/13 1:69/3 1:73/19 1:91/7 1:93/6 1:93/11 1:94/16 1:94/17 1:106/3 1:110/18 1:111/7 1:114/22 1:134/3 1:143/14 1:154/16 1:158/12 1:177/23 1:186/1 1:190/3 1:195/4 1:195/10 1:206/1 1:209/15
**factor [7]** 1:141/6 1:141/8 1:141/10 1:141/11 1:150/12 1:150/12 1:150/19
**Factors [1]** 1:203/9
**facts [8]** 1:28/25 1:33/17 1:33/19 1:33/20 1:44/17 1:203/2 1:203/2 1:212/4
**failure [1]** 1:53/16
**fair [2]** 1:58/9 1:166/10
**fairly [1]** 1:115/21
**fall [1]** 1:181/15
**familiar [4]** 1:72/22 1:84/3 1:143/24 1:143/24
**Family [3]** 1:52/3 1:52/6 1:52/14
**FanDual [3]** 1:117/3 1:117/7 1:117/12
**FanDuel [1]** 1:117/18
**fans [1]** 1:77/17
**far [5]** 1:3/20 1:8/19

## F

**far... [3]** 1:60/5 1:95/21 1:159/25
**Fargo [6]** 1:30/3 1:30/6 1:153/2 1:156/5 1:156/19 1:156/22
**FARNAN [4]** 1:2/9 1:2/9 1:3/7 1:3/9
**favor [1]** 1:66/21
**FCRR [1]** 1:216/24
**feature [1]** 1:83/20
**features [3]** 1:65/10 1:65/10 1:127/2
**Federal [3]** 1:54/1 1:54/2 1:54/7
**fee [1]** 1:18/21
**feed [22]** 1:106/3 1:106/4 1:106/7 1:106/8 1:106/12 1:107/6 1:107/10 1:107/15 1:107/16 1:107/23 1:108/4 1:108/12 1:108/14 1:110/20 1:110/23 1:111/6 1:112/13 1:161/22 1:161/23 1:162/1 1:162/3 1:162/5
**feed's [1]** 1:111/1
**feeds [1]** 1:108/1
**few [12]** 1:27/22 1:34/22 1:35/13 1:52/2 1:64/3 1:69/7 1:73/19 1:80/7 1:106/25 1:149/21 1:175/3 1:212/18
**fide [28]** 1:27/17 1:30/8 1:51/3 1:51/11 1:52/19 1:53/4 1:53/6 1:53/6 1:60/17 1:62/14 1:70/13 1:98/22 1:116/15 1:118/18 1:128/6 1:136/8 1:136/24 1:137/21 1:144/10 1:144/22 1:146/24 1:146/25 1:153/11 1:155/20 1:178/1 1:191/2 1:191/8 1:205/18
**fidely [1]** 1:207/10
**field [1]** 1:24/23
**figure [2]** 1:184/14 1:185/23
**figured [1]** 1:192/14
**filed [4]** 1:20/3 1:26/23 1:70/4 1:206/19
**files [2]** 1:113/14 1:114/2
**filing [1]** 1:9/3
**final [1]** 1:209/9
**finally [2]** 1:132/11 1:164/3
**Financial [2]** 1:30/3 1:156/18
**find [19]** 1:22/15 1:39/12 1:48/14 1:58/13 1:60/14 1:63/24 1:78/7 1:80/12 1:85/24 1:94/23 1:161/11 1:175/5 1:175/22 1:177/15 1:177/18 1:177/24 1:177/25 1:191/22 1:202/13
**findable [1]** 1:166/24
**finding [4]** 1:45/5 1:156/8 1:156/12 1:202/14
**finds [2]** 1:150/17 1:150/17
**fine [5]** 1:136/1 1:145/18 1:178/11 1:213/13 1:215/22
**finish [5]** 1:106/14 1:163/12 1:173/10 1:181/19 1:191/15
**finished [1]** 1:209/25
**firm [2]** 1:64/7 1:156/21
**first [46]** 1:6/14 1:6/14 1:6/18 1:14/22 1:17/15 1:18/1 1:33/11 1:41/16 1:41/20 1:44/21 1:55/4 1:55/8 1:57/25 1:59/2 1:59/17 1:62/16 1:67/19 1:67/22 1:74/21 1:74/23 1:79/25 1:80/2 1:80/3 1:91/25 1:108/22 1:117/16 1:117/19 1:125/12 1:128/19 1:130/8 1:132/20 1:132/22 1:134/12 1:140/19 1:155/5 1:162/16 1:164/4 1:176/3 1:176/15 1:187/8 1:187/20 1:203/20 1:206/19 1:213/11 1:213/18 1:215/19
**first-of-its-kind [1]** 1:117/19
**fit [1]** 1:175/11
**five [5]** 1:20/19 1:66/23 1:121/17 1:210/12 1:214/15
**five-minute [1]** 1:66/23
**flew [1]** 1:9/7
**flexibility [1]** 1:92/9
**flight [1]** 1:194/24
**flip [3]** 1:30/22 1:32/22 1:87/12
**flotsam [4]** 1:128/11 1:128/18 1:128/23 1:129/2
**flow [3]** 1:107/8 1:107/18 1:107/21
**focus [2]** 1:41/8 1:145/20
**focuses [1]** 1:51/16
**focusing [1]** 1:183/19
**folks [1]** 1:57/10
**follow [7]** 1:95/8 1:132/19 1:169/19 1:182/13 1:182/13 1:183/7 1:216/8
**followed [1]** 1:134/15
**followers [1]** 1:47/17
**following [2]** 1:27/18 1:198/3
**follows [1]** 1:67/23
**font [1]** 1:214/20
**force [2]** 1:12/9 1:12/14
**foregoing [2]** 1:47/20 1:216/20
**forestall [1]** 1:52/17
**forfeit [1]** 1:66/14
**forfeiture [2]** 1:42/25 1:206/10
**forgive [1]** 1:52/25
**forgot [1]** 1:67/9
**form [9]** 1:55/7 1:56/13 1:56/13 1:56/18 1:57/13 1:75/12 1:84/16 1:112/9 1:209/9
**formally [1]** 1:27/7
**format [1]** 1:156/18
**formed [1]** 1:119/12
**former [1]** 1:28/17
**formerly [27]** 1:27/6 1:27/17 1:27/21 1:28/18 1:28/21 1:29/4 1:29/15 1:29/19 1:29/22 1:30/11 1:30/18 1:30/25 1:31/3 1:79/11 1:79/20 1:80/9 1:81/10 1:81/25 1:115/17 1:115/24 1:116/6 1:118/5 1:118/13 1:151/15 1:155/19 1:156/13 1:156/23
**formulation [1]** 1:31/4
**forth [1]** 1:96/18
**fortunate [2]** 1:69/5 1:69/7
**forums [1]** 1:89/24
**forward [5]** 1:24/18 1:66/24 1:67/7 1:134/25 1:208/17
**found [8]** 1:45/14 1:52/14 1:61/14 1:78/17 1:123/20 1:151/19 1:158/24 1:202/15
**four [6]** 1:5/8 1:104/17 1:104/19 1:104/23 1:113/3 1:156/22
**fourth [1]** 1:34/7
**frankly [7]** 1:40/12 1:58/12 1:76/2 1:141/18 1:183/17 1:199/20 1:210/16
**free [2]** 1:24/3 1:45/1
**freeze [1]** 1:211/12
**French [1]** 1:52/24
**frequently [1]** 1:90/14
**front [6]** 1:82/5 1:105/7 1:107/12 1:125/9 1:135/16 1:184/8
**frustration [1]** 1:21/18
**full [8]** 1:28/16 1:86/16 1:123/7 1:123/10 1:124/7 1:124/9 1:124/12 1:124/15
**fully [2]** 1:40/18 1:94/19
**function [3]** 1:29/5 1:141/2 1:173/7
**functionality [4]** 1:83/20 1:108/20 1:185/10 1:185/10
**further [12]** 1:38/12 1:55/20 1:84/15 1:99/17 1:132/25 1:175/10 1:176/24 1:192/1 1:202/21 1:210/15 1:212/23 1:213/3

## G

**G [1]** 1:2/19
**gained [1]** 1:104/1
**Galaxy [1]** 1:18/13
**Galion [1]** 1:53/1
**game [2]** 1:194/4 1:194/16
**gave [4]** 1:52/19 1:153/3 1:154/17 1:202/17
**gears [1]** 1:70/7
**GEDDES [2]** 1:1/19 1:2/25
**general [13]** 1:3/5 1:3/12 1:36/11 1:68/22 1:69/9 1:136/12 1:136/13 1:148/4 1:149/10 1:149/13 1:149/15 1:167/9 1:203/17
**generally [6]** 1:28/7 1:95/22 1:124/11 1:134/18 1:186/8 1:205/20
**generation [1]** 1:214/3
**generically [1]** 1:159/20
**genuine [2]** 1:53/7 1:60/16
**get [64]** 1:10/25 1:12/17 1:12/20 1:17/15 1:19/2 1:21/21 1:33/10 1:36/24 1:37/23 1:41/16 1:44/21 1:47/6 1:47/16 1:49/24 1:49/25 1:50/3 1:59/23 1:60/2 1:60/5 1:61/11 1:61/16 1:61/18 1:63/25 1:64/1 1:87/7 1:90/4 1:121/21 1:122/7 1:123/7 1:124/24 1:130/22 1:133/9 1:133/11 1:133/24 1:139/4 1:142/20 1:148/21 1:149/16 1:154/8 1:160/21 1:163/24 1:164/16 1:164/19 1:167/4 1:167/8 1:167/15 1:168/8 1:169/5 1:169/6 1:176/20 1:177/1 1:178/10 1:191/16 1:199/1 1:199/8 1:199/13 1:202/8 1:202/9 1:209/8 1:212/10 1:213/24 1:215/17 1:215/19 1:216/2
**gets [5]** 1:142/6 1:168/6 1:183/20 1:212/8 1:212/9
**getstarted [7]** 1:59/7 1:59/18 1:122/20 1:123/6 1:124/6 1:126/9 1:175/18
**getting [6]** 1:14/19 1:45/1 1:63/23 1:104/8 1:149/3 1:164/11
**give [19]** 1:21/25 1:31/7 1:38/7 1:52/1 1:52/5 1:60/23 1:63/15 1:139/11 1:139/17 1:147/15 1:150/16 1:153/6 1:171/5 1:174/17 1:199/5 1:201/6 1:210/5 1:213/16 1:214/8
**given [7]** 1:16/24 1:31/3 1:35/9 1:47/4 1:60/18 1:66/19 1:135/23
**gives [5]** 1:45/12 1:49/3 1:50/1 1:61/15 1:202/24
**giving [2]** 1:14/12 1:38/19
**go [91]** 1:5/23 1:6/7 1:10/2 1:10/5 1:10/19 1:16/24 1:17/14 1:20/6 1:23/16 1:34/6 1:37/13 1:40/3 1:41/7 1:44/1 1:44/6 1:46/8 1:48/2 1:48/9 1:50/22 1:54/17 1:59/11 1:60/6 1:63/19 1:67/6 1:70/12 1:75/19 1:78/5 1:81/23 1:86/5 1:88/12 1:94/3 1:94/22 1:99/20 1:100/16 1:101/9 1:101/9 1:104/11 1:104/12

**G**

**go... [53]** 1:104/20 1:115/6 1:116/22 1:122/13 1:123/9 1:124/3 1:126/4 1:128/2 1:129/5 1:129/9 1:129/15 1:132/25 1:133/11 1:135/4 1:135/12 1:135/12 1:136/1 1:138/17 1:140/21 1:146/14 1:146/15 1:150/15 1:152/22 1:152/22 1:154/7 1:164/7 1:164/12 1:164/14 1:164/23 1:165/9 1:166/2 1:170/17 1:174/24 1:175/24 1:176/19 1:179/9 1:180/13 1:182/7 1:183/24 1:184/7 1:184/10 1:187/13 1:188/13 1:191/16 1:196/22 1:198/13 1:198/17 1:200/15 1:203/20 1:204/5 1:213/11 1:213/11 1:215/14
**goal [1]** 1:206/13
**goals [1]** 1:57/3
**goes [5]** 1:63/17 1:71/14 1:175/17 1:175/21 1:176/13
**going [70]** 1:5/7 1:9/14 1:22/12 1:25/7 1:25/7 1:25/9 1:25/12 1:25/14 1:25/16 1:25/17 1:26/8 1:29/14 1:35/23 1:36/24 1:39/24 1:46/20 1:48/14 1:54/7 1:65/7 1:66/1 1:66/24 1:70/7 1:70/23 1:94/8 1:100/12 1:102/15 1:102/17 1:120/13 1:125/21 1:133/6 1:134/9 1:138/16 1:138/20 1:139/4 1:140/25 1:142/20 1:145/6 1:145/9 1:145/10 1:146/6 1:147/18 1:149/14 1:166/6 1:170/1 1:170/18 1:171/11 1:174/22 1:177/25 1:178/2 1:178/11 1:181/6 1:181/9 1:189/25 1:190/6 1:190/7 1:190/11 1:190/11 1:190/20 1:202/13 1:202/14 1:204/15 1:207/3 1:210/8 1:210/9 1:210/9 1:210/10 1:212/12 1:213/10 1:213/16 1:215/13
**Golden [1]** 1:194/5
**gone [2]** 1:137/16 1:142/7
**good [18]** 1:2/23 1:2/24 1:3/8 1:50/19 1:68/6 1:68/8 1:68/9 1:102/24 1:103/4 1:103/13 1:103/20 1:103/21 1:104/15 1:104/20 1:105/1 1:150/24 1:178/12 1:205/12
**goods [14]** 1:27/15 1:56/15 1:56/17 1:66/7 1:80/18 1:80/23 1:84/10 1:87/16 1:89/3 1:137/2 1:137/7 1:145/23 1:147/1 1:149/16
**goodwill [19]** 1:12/25 1:13/2 1:27/8 1:27/11 1:28/22 1:29/5 1:30/9 1:44/7 1:45/2 1:46/5 1:46/7 1:48/13 1:150/23 1:151/17 1:152/20 1:156/1 1:207/2 1:207/15 1:214/3
**Google [62]** 1:60/3 1:60/4 1:88/10 1:94/21 1:124/20 1:124/24 1:124/24 1:125/3 1:125/4 1:125/10 1:125/10 1:133/8 1:133/22 1:133/23 1:134/2 1:134/3 1:134/5 1:134/23 1:134/24 1:135/1 1:135/2 1:135/6 1:136/6 1:136/11 1:136/19 1:136/21 1:138/3 1:138/4 1:140/15 1:141/25 1:142/1 1:152/1 1:158/24 1:159/1 1:165/4 1:167/2 1:167/25 1:168/8 1:168/17 1:168/18 1:168/19 1:169/5 1:169/6 1:175/4 1:175/7 1:175/21 1:175/24 1:176/13 1:176/19 1:177/15 1:178/6 1:179/1 1:189/9 1:189/11 1:189/12 1:189/17 1:191/1 1:198/24 1:199/1 1:199/16 1:199/16 1:205/25
**Google's [3]** 1:138/9 1:138/11 1:152/5
**got [28]** 1:7/2 1:19/22 1:20/21 1:21/14 1:22/9 1:24/9 1:29/23 1:31/9 1:31/10 1:35/11 1:43/3 1:54/19 1:56/4 1:68/5 1:106/20 1:128/18 1:132/20 1:134/7 1:138/24 1:152/4 1:166/14 1:191/10 1:191/14 1:192/19 1:193/8 1:212/16 1:212/17 1:212/19
**Gotcha [1]** 1:172/21
**gotten [2]** 1:59/25 1:169/15
**grant [4]** 1:16/23 1:81/19 1:92/11 1:96/10
**granted [1]** 1:44/20
**granting [1]** 1:32/13
**grappling [1]** 1:134/18
**gray [4]** 1:96/13 1:169/23 1:169/24 1:170/7
**great [9]** 1:37/1 1:85/5 1:114/13 1:122/9 1:130/7 1:144/17 1:154/17 1:161/21 1:216/14
**grow [3]** 1:36/18 1:37/8 1:57/6
**guess [6]** 1:24/13 1:25/12 1:56/11 1:110/12 1:137/15 1:204/15
**guidance [2]** 1:92/8 1:93/3
**guide [3]** 1:57/3 1:177/4 1:207/23
**guidelines [63]** 1:72/8 1:87/19 1:92/1 1:92/4 1:92/6 1:92/7 1:92/13 1:92/17 1:92/22 1:92/25 1:93/3 1:93/5 1:93/6 1:93/9 1:93/9 1:93/13 1:93/14 1:93/18 1:93/21 1:93/21 1:93/22 1:93/23 1:94/3 1:94/4 1:94/9 1:94/9 1:94/10 1:94/10 1:94/15 1:95/1 1:95/8 1:95/9 1:95/9 1:95/23 1:96/7 1:96/8 1:96/11 1:96/11 1:96/22 1:97/6 1:97/17 1:145/15 1:166/12 1:166/16 1:168/12 1:168/13 1:168/14 1:168/16 1:168/23 1:168/25 1:169/11 1:169/13 1:169/18 1:169/21 1:173/15 1:176/1 1:176/5 1:176/10 1:176/14 1:192/20 1:197/12 1:198/3 1:198/5
**guys [3]** 1:138/24 1:178/12 1:191/11

**H**

**had [34]** 1:8/1 1:16/4 1:16/6 1:16/23 1:22/7 1:30/6 1:39/19 1:40/2 1:47/15 1:48/20 1:71/8 1:71/22 1:72/5 1:73/24 1:75/11 1:75/24 1:92/19 1:97/25 1:99/5 1:131/5 1:151/20 1:152/9 1:154/4 1:154/6 1:154/6 1:155/22 1:156/12 1:163/22 1:163/24 1:180/16 1:181/2 1:184/25 1:190/13 1:196/4
**hadn't [1]** 1:128/20
**half [4]** 1:181/17 1:181/18 1:204/9 1:214/4
**halfway [1]** 1:116/5
**ham [1]** 1:41/21
**hammer [1]** 1:41/21
**hand [23]** 1:4/15 1:10/18 1:37/4 1:41/20 1:42/10 1:67/17 1:68/1 1:68/4 1:80/5 1:86/15 1:114/22 1:128/5 1:133/18 1:157/14 1:164/23 1:164/25 1:165/1 1:165/6 1:166/16 1:169/14 1:182/17 1:182/18 1:182/22
**handle [5]** 1:162/17 1:162/18 1:163/2 1:163/15 1:163/17
**happen [2]** 1:76/4 1:138/16
**happened [9]** 1:54/10 1:79/25 1:138/17 1:138/18 1:179/18 1:180/4 1:204/8 1:206/18 1:206/19
**happening [6]** 1:28/10 1:29/1 1:104/6 1:126/23 1:138/19 1:170/22
**happens [10]** 1:63/24 1:63/25 1:102/8 1:103/6 1:145/25 1:150/4 1:176/23 1:198/18 1:198/24 1:206/17
**happy [6]** 1:5/20 1:9/7 1:12/5 1:12/6 1:45/18 1:201/14
**hard [5]** 1:4/13 1:54/9 1:67/10 1:147/3 1:205/7
**harm [4]** 1:44/19 1:45/24 1:99/19 1:203/3
**has [93]** 1:8/18 1:9/8 1:10/15 1:11/14 1:12/8 1:12/10 1:14/5 1:15/1 1:15/1 1:16/12 1:17/2 1:19/8 1:20/15 1:23/18 1:27/11 1:31/1 1:34/4 1:41/13 1:44/12 1:50/6 1:51/13 1:51/25 1:52/21 1:53/4 1:53/5 1:53/23 1:53/25 1:54/1 1:54/6 1:54/8 1:54/11 1:54/12 1:54/22 1:55/7 1:57/6 1:60/9 1:75/24 1:84/24 1:85/14 1:85/15 1:86/13 1:86/14 1:86/16 1:89/15 1:90/9 1:92/24 1:101/7 1:112/11 1:112/14 1:118/19 1:120/20 1:121/16 1:124/15 1:125/11 1:128/4 1:128/8 1:135/24 1:136/21 1:138/17 1:138/17 1:138/18 1:140/16 1:142/20 1:145/21 1:148/7 1:152/2 1:152/18 1:155/2 1:156/5 1:158/13 1:161/14 1:163/15 1:163/17 1:166/17 1:178/9 1:182/23 1:186/18 1:191/15 1:193/8 1:195/22 1:196/1 1:196/23 1:197/7 1:197/19 1:198/10 1:199/24 1:202/15 1:204/4 1:204/7 1:205/11 1:206/25 1:208/10 1:211/15
**hasn't [7]** 1:54/10 1:83/17 1:93/7 1:160/6 1:195/24 1:195/24 1:207/1
**have [249]**
**haven't [21]** 1:44/5 1:47/15 1:47/22 1:49/6 1:49/8 1:59/25 1:60/13 1:60/18 1:64/9 1:64/21 1:66/18 1:66/19 1:78/15 1:127/12 1:146/1 1:152/6 1:158/17 1:167/8 1:174/4 1:197/19 1:202/10
**having [7]** 1:65/13 1:67/21 1:75/17 1:77/19 1:108/14 1:147/22 1:202/23
**he [35]** 1:9/7 1:9/7 1:9/7 1:9/9 1:9/10 1:21/22 1:21/24 1:21/25 1:22/1 1:22/24 1:44/20 1:44/23 1:47/24 1:60/3 1:61/1 1:64/13 1:64/23 1:73/20 1:73/22 1:99/18 1:130/14

**H**

**he... [14]** 1:135/24 1:139/3 1:139/4 1:139/9 1:148/19 1:163/12 1:166/8 1:177/21 1:186/16 1:190/20 1:190/21 1:190/22 1:190/22 1:207/23
**he's [4]** 1:69/4 1:177/23 1:178/11 1:190/11
**head [4]** 1:63/10 1:111/25 1:112/1 1:196/20
**heading [3]** 1:36/18 1:42/4 1:95/6
**headline [3]** 1:117/6 1:117/8 1:117/18
**hear [14]** 1:11/8 1:13/5 1:15/2 1:19/3 1:50/17 1:67/15 1:99/19 1:148/14 1:149/3 1:163/9 1:190/23 1:201/7 1:204/15 1:212/25
**heard [5]** 1:45/7 1:47/22 1:78/1 1:98/4 1:163/10
**hearing [2]** 1:1/11 1:67/1
**hearsay [1]** 1:139/1
**heavier [1]** 1:53/21
**heightened [1]** 1:53/11
**held [3]** 1:27/16 1:30/6 1:69/1
**help [12]** 1:34/1 1:38/14 1:38/15 1:55/22 1:55/23 1:68/15 1:69/20 1:126/20 1:135/13 1:178/3 1:190/11 1:207/24
**helpful [5]** 1:21/21 1:146/8 1:203/23 1:214/6 1:214/11
**helpfully [1]** 1:133/19
**her [2]** 1:147/25 1:212/16
**here [83]** 1:9/7 1:10/21 1:15/10 1:21/18 1:26/16 1:26/21 1:27/1 1:27/4 1:27/5 1:28/10 1:29/18 1:30/24 1:33/4 1:34/1 1:34/21 1:35/10 1:37/2 1:37/5 1:37/18 1:37/21 1:40/2 1:40/9 1:41/16 1:44/18 1:45/17 1:47/12 1:47/22 1:48/8 1:50/12 1:51/15 1:56/12 1:58/1 1:69/19 1:80/5 1:90/24 1:90/24 1:96/6 1:98/17 1:99/12 1:100/2 1:101/7 1:102/8 1:102/15 1:106/3 1:107/7 1:107/9 1:107/22 1:108/16 1:112/22 1:118/2 1:118/3 1:120/5 1:121/15 1:130/25 1:145/21 1:145/22 1:149/5 1:150/6 1:150/7 1:150/12 1:152/16 1:156/2 1:156/3 1:161/7 1:161/20 1:169/16 1:170/22 1:175/7 1:187/11 1:187/12 1:188/14 1:193/2 1:203/24 1:204/8 1:205/7 1:205/7 1:206/7 1:206/19 1:207/22 1:209/23 1:211/8 1:212/12 1:215/18
**here's [6]** 1:4/20 1:36/13 1:112/11 1:120/4 1:190/25 1:210/8
**hereby [1]** 1:216/20
**Hey [2]** 1:145/10 1:147/22
**Hi [1]** 1:100/9
**high [7]** 1:6/9 1:43/19 1:43/20 1:47/10 1:205/7 1:206/9 1:208/19
**higher [1]** 1:208/14
**highlight [2]** 1:56/12 1:64/15
**highlighted [13]** 1:35/21 1:42/12 1:84/23 1:87/14 1:115/17 1:115/25 1:116/1 1:116/2 1:116/3 1:118/2 1:118/3 1:118/7 1:118/8
**highlighting [1]** 1:192/5
**highly [1]** 1:28/4
**him [3]** 1:101/6 1:178/18 1:190/20
**hired [2]** 1:69/3 1:69/4
**his [21]** 1:9/10 1:12/12 1:21/24 1:22/5 1:33/4 1:33/5 1:33/21 1:34/14 1:41/14 1:44/18 1:59/3 1:59/20 1:68/2 1:68/5 1:91/21 1:106/15 1:139/21 1:140/6 1:163/12 1:173/10 1:201/14
**historical [10]** 1:59/24 1:60/8 1:85/16 1:90/10 1:90/18 1:92/25 1:98/19 1:128/11 1:145/19 1:177/24
**history [2]** 1:133/24 1:196/3
**hold [10]** 1:22/15 1:25/3 1:31/20 1:52/4 1:52/4 1:56/22 1:71/10 1:71/11 1:148/14 1:209/9
**holder [2]** 1:95/25 1:144/9
**holes [2]** 1:205/11 1:212/18
**home [19]** 1:18/19 1:42/11 1:100/18 1:100/21 1:100/22 1:100/24 1:101/1 1:101/17 1:101/25 1:106/22 1:107/1 1:107/6 1:164/20 1:165/22 1:171/25 1:172/3 1:182/10 1:187/7 1:188/11
**honest [1]** 1:59/10
**Honor [226]**
**HONORABLE [1]** 1:1/15
**hope [1]** 1:190/11
**host [1]** 1:142/18
**hosted [3]** 1:130/14 1:142/16 1:178/23
**hours [1]** 1:206/20
**house [2]** 1:65/16 1:65/17
**hovering [1]** 1:140/21
**how [99]** 1:12/20 1:18/10 1:18/12 1:18/13 1:21/4 1:23/23 1:24/23 1:33/12 1:35/9 1:40/10 1:40/20 1:41/16 1:45/23 1:45/25 1:46/18 1:47/2 1:47/4 1:59/13 1:60/5 1:60/14 1:68/24 1:69/18 1:70/1 1:71/6 1:74/23 1:75/3 1:75/4 1:75/8 1:76/18 1:76/18 1:76/20 1:76/24 1:78/13 1:78/25 1:84/13 1:87/7 1:87/8 1:87/8 1:87/23 1:87/23 1:88/2 1:89/10 1:89/15 1:92/8 1:92/9 1:92/15 1:93/20 1:94/5 1:95/15 1:97/19 1:98/6 1:98/17 1:99/3 1:108/3 1:109/5 1:110/3 1:112/11 1:112/15 1:113/1 1:119/16 1:119/24 1:120/3 1:125/1 1:137/10 1:137/13 1:137/17 1:150/21 1:160/9 1:160/24 1:164/9 1:164/11 1:165/11 1:167/6 1:167/8 1:167/15 1:168/22 1:169/4 1:169/6 1:169/21 1:172/18 1:174/21 1:175/5 1:177/1 1:177/4 1:177/12 1:182/13 1:185/7 1:188/10 1:188/12 1:197/4 1:201/11 1:203/18 1:204/23 1:205/8 1:207/15 1:207/16 1:208/6 1:213/21 1:216/2
**however [7]** 1:80/7 1:124/19 1:132/6 1:180/3 1:184/13 1:193/14 1:213/17
**HTML [1]** 1:140/22
**https: [2]** 1:122/20 1:123/22
**https://ads.twitter.com [1]** 1:123/22
**https://ads.twitter.come/getstarted [1]** 1:122/20
**huge [1]** 1:46/22
**human [1]** 1:74/7
**hundreds [4]** 1:10/13 1:13/22 1:74/12 1:126/22
**hyperlink [1]** 1:126/8
**hypertext [1]** 1:125/13

**I**

**I [769]**
**I'd [10]** 1:50/21 1:63/2 1:64/3 1:67/10 1:79/8 1:99/16 1:135/7 1:184/4 1:188/9 1:201/7
**I'll [14]** 1:82/6 1:89/13 1:123/5 1:125/12 1:153/17 1:209/12 1:209/13 1:209/16 1:210/14 1:210/14 1:213/15 1:213/15 1:214/8 1:215/13
**I'm [102]** 1:3/2 1:3/21 1:3/22 1:3/22 1:6/8 1:7/4 1:8/19 1:14/12 1:14/19 1:17/24 1:18/20 1:22/5 1:22/12 1:22/17 1:24/17 1:25/5 1:25/12 1:26/19 1:29/19 1:33/23 1:35/1 1:36/24 1:37/1 1:43/20 1:44/24 1:46/21 1:47/21 1:50/2 1:58/6 1:59/14 1:60/25 1:68/13 1:69/25 1:78/15 1:86/6 1:86/23 1:98/20 1:100/2 1:100/12 1:101/13 1:102/15 1:106/2 1:106/15 1:110/7 1:112/10 1:113/11 1:113/14 1:113/20 1:118/23 1:125/21 1:126/17 1:131/3 1:133/8 1:133/12 1:135/12 1:141/22 1:143/23 1:144/2 1:144/5 1:149/14 1:161/20 1:161/24 1:162/1 1:162/15 1:163/13 1:163/23 1:164/13 1:164/20 1:165/4 1:165/6 1:165/7 1:169/16 1:169/25 1:170/18 1:173/2 1:177/16 1:178/14 1:184/11 1:184/23 1:187/18 1:189/25 1:194/9 1:194/20 1:196/9 1:197/10 1:197/18 1:197/21 1:197/23 1:201/10 1:202/14 1:202/20 1:204/15 1:207/18 1:209/25 1:209/25 1:210/8 1:210/8 1:213/16 1:213/17 1:214/3 1:215/24 1:216/1
**I'm's [1]** 1:190/6
**I've [18]** 1:3/14 1:4/5 1:7/2 1:21/14 1:38/19 1:43/11 1:43/12 1:54/19 1:56/4 1:68/5 1:68/25 1:120/2 1:128/18 1:138/10 1:143/24 1:168/11 1:174/12 1:212/19
**i.e [1]** 1:21/12
**ICANN [3]** 1:137/15 1:137/16 1:142/7
**icon [24]** 1:10/20 1:10/22 1:27/1 1:77/20 1:77/22 1:80/4 1:97/5 1:97/5 1:99/10 1:102/21 1:108/18 1:108/19 1:112/3 1:170/24 1:171/1 1:171/14 1:171/16 1:171/20 1:173/13 1:173/14 1:185/4 1:193/17 1:193/19 1:197/24
**icons [1]** 1:193/25
**idea [4]** 1:53/20 1:147/22 1:147/22 1:148/11
**identification [2]** 1:115/22 1:151/16
**identified [2]** 1:171/7 1:180/6
**identifies [1]** 1:129/5
**identify [6]** 1:102/18 1:147/11 1:182/11 1:182/14 1:183/8 1:193/21
**identifying [10]** 1:27/9 1:29/5 1:98/15 1:147/1 1:147/4 1:147/5 1:147/6 1:152/23 1:153/11

**I**

**identifying... [1]** 1:173/6
**ignore [1]** 1:47/6
**image [13]** 1:5/5 1:51/21 1:86/7 1:86/24 1:108/22 1:108/25 1:109/5 1:109/14 1:111/2 1:111/3 1:111/24 1:112/1 1:185/16
**images [9]** 1:64/6 1:89/15 1:105/24 1:109/24 1:110/20 1:159/6 1:168/17 1:186/12 1:186/22
**immediately [3]** 1:100/18 1:100/23 1:100/24
**implemented [1]** 1:28/16
**implied [1]** 1:32/2
**implies [4]** 1:170/2 1:193/3 1:194/11 1:195/9
**implying [2]** 1:170/11 1:170/12
**important [6]** 1:54/25 1:56/11 1:64/17 1:179/24 1:192/12 1:210/22
**impossible [1]** 1:204/18
**impractical [2]** 1:95/17 1:187/8
**impression [1]** 1:21/14
**inaccessible [1]** 1:132/9
**inaccurate [2]** 1:160/8 1:160/9
**inappropriate [1]** 1:181/7
**inbox [5]** 1:111/3 1:111/4 1:111/5 1:111/25 1:112/13
**INC [6]** 1:1/6 1:52/3 1:52/6 1:69/17 1:70/8 1:97/13
**include [11]** 1:34/17 1:40/23 1:41/3 1:79/22 1:82/22 1:90/6 1:110/24 1:149/2 1:149/5 1:195/13 1:202/1
**included [10]** 1:4/25 1:5/17 1:30/10 1:41/14 1:80/1 1:84/24 1:95/13 1:107/15 1:107/16 1:114/3
**includes [7]** 1:68/16 1:77/1 1:78/18 1:108/18 1:123/2 1:177/9 1:177/11
**including [11]** 1:34/4 1:38/14 1:55/21 1:68/17 1:74/8 1:74/19 1:89/18 1:97/10 1:155/9 1:167/19 1:180/4
**inconsequential [1]** 1:52/14
**incorporating [1]** 1:135/2
**incorrect [2]** 1:111/23 1:130/22
**incredibly [3]** 1:42/24 1:47/8 1:48/4
**independent [1]** 1:141/3
**independently [1]** 1:65/24
**indication [1]** 1:112/7
**individual [3]** 1:59/12 1:95/19 1:186/18
**individuals [4]** 1:77/12 1:110/15 1:151/17 1:187/23
**infer [4]** 1:8/4 1:8/6 1:9/16 1:21/23
**inference [6]** 1:8/5 1:18/5 1:18/9 1:18/11 1:18/15 1:18/23
**inferred [1]** 1:177/21
**information [23]** 1:21/21 1:55/9 1:55/15 1:77/1 1:78/7 1:79/3 1:79/6 1:79/7 1:84/12 1:85/24 1:87/4 1:90/15 1:110/16 1:167/12 1:167/19 1:167/22 1:167/23 1:168/21 1:182/12 1:182/23 1:183/22 1:186/3 1:187/22
**infrequent [1]** 1:201/2
**infringement [3]** 1:39/19 1:48/16 1:150/9
**infringers [1]** 1:53/17
**infringing [1]** 1:206/5
**initial [1]** 1:35/5
**initially [3]** 1:19/9 1:69/13 1:93/14
**injunction [16]** 1:1/11 1:5/15 1:5/19 1:8/24 1:20/3 1:39/18 1:44/19 1:45/11 1:49/2 1:49/18 1:50/4 1:155/22 1:208/15 1:208/18 1:208/25 1:209/10
**insist [1]** 1:19/10
**Instagram [6]** 1:89/11 1:89/19 1:162/1 1:162/3 1:162/4 1:162/5
**instance [25]** 1:4/7 1:6/18 1:14/21 1:14/24 1:17/1 1:25/12 1:34/19 1:39/9 1:51/3 1:61/20 1:77/23 1:78/12 1:102/19 1:110/11 1:120/18 1:134/24 1:154/2 1:159/22 1:185/20 1:185/21 1:190/19 1:196/5 1:196/6 1:203/21 1:205/21
**instances [11]** 1:13/20 1:72/13 1:72/15 1:85/5 1:98/9 1:99/6 1:99/7 1:102/23 1:195/3 1:196/7 1:196/10
**instantaneously [4]** 1:101/23 1:101/24 1:102/9 1:102/12
**instead [1]** 1:214/5
**instructions [1]** 1:154/4
**Insurance [3]** 1:30/3 1:156/18 1:156/21
**intended [2]** 1:151/15 1:187/3
**intending [1]** 1:166/1
**intent [2]** 1:156/1 1:207/21
**intentional [1]** 1:34/24
**intentionally [1]** 1:7/23
**interact [1]** 1:91/14
**interchangeably [1]** 1:91/12
**interested [4]** 1:72/25 1:81/21 1:118/24 1:163/23
**interesting [3]** 1:128/20 1:133/10 1:210/21
**internal [3]** 1:136/5 1:136/16 1:138/3
**internet [19]** 1:8/22 1:60/11 1:61/14 1:62/2 1:62/3 1:62/24 1:100/13 1:137/3 1:137/6 1:146/1 1:153/22 1:153/23 1:154/19 1:155/1 1:167/18 1:167/21 1:179/2 1:179/5 1:192/21
**interoperate [1]** 1:142/15
**interpreted [2]** 1:54/8 1:54/11
**intertwined [1]** 1:213/7
**introduce [1]** 1:68/10
**introduced [1]** 1:152/1
**invest [1]** 1:47/15
**invested [2]** 1:49/8 1:49/10
**investment [3]** 1:47/12 1:47/14 1:48/6
**investors [1]** 1:211/15
**invitation [3]** 1:34/25 1:35/18 1:58/2
**invited [1]** 1:135/10
**inviting [2]** 1:211/19 1:211/22
**involved [2]** 1:69/18 1:151/25
**involves [1]** 1:122/25
**involving [1]** 1:69/11
**iOS [3]** 1:78/15 1:113/8 1:184/15
**IP [3]** 1:66/17 1:68/15 1:74/17
**iPhone [1]** 1:27/1
**iPhones [1]** 1:18/13
**iPod [3]** 1:18/19 1:18/20 1:18/22
**irrelevant [4]** 1:109/8 1:112/20 1:187/11 1:208/9
**irreparable [2]** 1:45/24 1:203/3
**is [784]**
**isn't [16]** 1:25/16 1:37/10 1:111/22 1:121/3 1:126/16 1:127/17 1:128/10 1:149/5 1:160/1 1:160/5 1:161/16 1:162/12 1:163/3 1:167/5 1:194/17 1:209/6
**issue [19]** 1:3/18 1:16/12 1:20/21 1:39/17 1:45/11 1:49/2 1:49/19 1:70/11 1:131/8 1:134/18 1:135/25 1:155/24 1:191/10 1:203/10 1:203/13 1:210/4 1:210/5 1:213/9 1:215/2
**issued [2]** 1:28/15 1:155/22
**issues [6]** 1:17/18 1:52/16 1:131/23 1:181/25 1:201/9 1:213/6
**it [569]**
**it'll [2]** 1:199/16 1:200/9
**it's [216]** 1:5/17 1:6/18 1:10/14 1:10/17 1:11/2 1:11/18 1:14/4 1:17/21 1:18/8 1:18/17 1:18/19 1:21/2 1:22/6 1:24/9 1:24/15 1:24/17 1:25/14 1:28/3 1:29/3 1:29/14 1:30/4 1:31/22 1:31/24 1:31/25 1:32/7 1:34/24 1:35/2 1:37/5 1:40/7 1:42/17 1:43/3 1:43/13 1:43/18 1:43/18 1:43/20 1:46/6 1:46/7 1:46/7 1:46/11 1:47/7 1:47/16 1:48/15 1:48/23 1:48/24 1:49/3 1:50/15 1:50/21 1:51/7 1:53/15 1:53/17 1:54/9 1:54/14 1:55/17 1:56/14 1:57/9 1:57/13 1:57/21 1:57/24 1:59/18 1:60/9 1:61/6 1:61/16 1:62/9 1:62/21 1:65/5 1:65/11 1:65/11 1:66/9 1:69/20 1:70/3 1:70/12 1:70/13 1:74/11 1:74/14 1:75/20 1:78/25 1:79/12 1:81/22 1:82/6 1:83/22 1:85/10 1:89/3 1:89/21 1:90/13 1:94/18 1:95/17 1:96/1 1:96/6 1:98/14 1:100/9 1:101/17 1:101/20 1:107/12 1:109/4 1:109/12 1:109/12 1:109/18 1:111/6 1:113/13 1:113/19 1:113/24 1:114/25 1:115/1 1:115/4 1:115/17 1:115/19 1:115/25 1:115/25 1:116/2 1:116/3 1:116/10 1:116/23 1:117/6 1:117/18 1:118/2 1:118/3 1:119/7 1:120/11 1:120/13 1:120/16 1:121/9 1:125/20 1:126/3 1:131/20 1:133/12 1:135/5 1:135/6 1:136/25 1:137/2 1:138/4 1:138/5 1:139/23 1:140/4 1:140/6 1:140/16 1:142/11 1:143/6 1:144/2 1:144/14 1:145/9 1:145/10 1:145/12 1:147/10 1:148/5 1:148/10 1:148/13 1:149/6 1:149/10 1:149/12 1:150/11 1:150/12 1:151/4 1:151/24 1:153/1 1:153/19 1:153/20 1:153/22 1:154/15 1:154/19 1:154/21 1:155/14 1:156/24 1:158/2 1:158/4 1:160/4 1:162/14 1:166/5 1:167/5 1:167/15 1:168/4 1:168/5 1:169/13 1:169/13 1:169/14 1:170/23 1:171/14 1:176/13 1:177/24 1:177/25 1:178/12 1:178/12 1:178/13 1:179/6 1:180/19 1:182/1 1:183/1 1:183/10 1:185/21

**I**

**it's... [28]** 1:186/12 1:187/8 1:189/21 1:190/6 1:192/12 1:194/4 1:195/19 1:199/15 1:200/8 1:202/5 1:202/11 1:203/23 1:204/11 1:204/12 1:204/18 1:204/20 1:205/20 1:206/3 1:206/9 1:208/6 1:208/7 1:208/16 1:210/4 1:211/22 1:212/16 1:213/11 1:213/16 1:214/5
**italicization [1]** 1:118/16
**italicized [1]** 1:116/4
**its [35]** 1:7/17 1:9/12 1:13/2 1:19/10 1:23/13 1:24/19 1:24/20 1:24/23 1:27/14 1:28/22 1:28/23 1:34/3 1:34/18 1:36/1 1:38/12 1:38/16 1:51/4 1:55/20 1:55/24 1:68/17 1:69/17 1:73/13 1:79/5 1:113/19 1:117/19 1:120/12 1:120/15 1:141/1 1:141/24 1:172/23 1:172/25 1:173/24 1:179/11 1:193/9 1:195/18
**itself [19]** 1:26/15 1:39/2 1:53/4 1:83/17 1:88/14 1:93/4 1:93/7 1:94/23 1:108/18 1:109/9 1:112/25 1:162/11 1:162/12 1:182/4 1:182/5 1:182/18 1:190/3 1:199/15 1:202/3

**J**

**J [2]** 1:2/9 1:2/12
**JARED [2]** 1:2/3 1:3/3
**Jaycees [2]** 1:53/14 1:54/15
**Jean [1]** 1:53/1
**JetBlue [25]** 1:97/12 1:170/10 1:170/15 1:171/2 1:171/3 1:171/6 1:171/9 1:171/15 1:171/16 1:171/24 1:171/25 1:172/1 1:172/23 1:173/18 1:173/23 1:193/8 1:193/12 1:194/14 1:194/17 1:194/22 1:194/23 1:195/1 1:197/15 1:197/21 1:197/24
**JetBlue's [3]** 1:172/16 1:173/7 1:194/24
**JetBlue.com [1]** 1:170/18
**jetsam [3]** 1:128/11 1:128/23 1:129/2
**job [3]** 1:70/25 1:119/9 1:184/24
**John [1]** 1:73/20
**joined [3]** 1:3/2 1:3/4 1:69/13
**judge [4]** 1:1/15 1:101/7 1:101/13 1:163/21
**judgment [2]** 1:144/6 1:210/25
**jury [2]** 1:166/5 1:166/6
**just [148]** 1:5/25 1:6/12 1:7/15 1:8/8 1:10/17 1:13/5 1:20/18 1:21/16 1:21/21 1:23/9 1:25/4 1:26/9 1:29/11 1:31/14 1:31/25 1:32/18 1:33/23 1:34/22 1:35/13 1:37/10 1:38/7 1:40/16 1:41/8 1:44/5 1:45/20 1:45/25 1:46/18 1:46/24 1:47/6 1:48/3 1:50/22 1:51/17 1:51/25 1:53/4 1:56/8 1:59/23 1:59/24 1:60/8 1:61/6 1:61/11 1:62/3 1:64/7 1:64/20 1:65/19 1:71/9 1:73/9 1:73/19 1:74/14 1:75/19 1:78/14 1:80/7 1:83/4 1:86/15 1:90/24 1:91/10 1:91/16 1:93/17 1:94/2 1:96/14 1:97/11 1:101/12 1:106/25 1:107/21 1:110/23 1:113/20 1:115/7 1:117/10 1:121/4 1:123/16 1:124/3 1:124/3 1:125/14 1:127/17 1:128/10 1:134/7 1:136/3 1:136/19 1:136/20 1:137/2 1:137/5 1:138/20 1:139/11 1:140/3 1:141/14 1:142/5 1:143/19 1:145/17 1:146/2 1:147/17 1:147/22 1:149/6 1:150/11 1:153/2 1:153/23 1:154/19 1:155/3 1:155/15 1:164/15 1:166/6 1:166/7 1:166/9 1:167/9 1:168/4 1:168/13 1:171/3 1:171/6 1:176/15 1:177/16 1:178/2 1:178/11 1:179/17 1:180/19 1:181/10 1:182/1 1:183/2 1:183/23 1:187/5 1:188/12 1:189/6 1:190/22 1:192/3 1:192/17 1:192/20 1:195/12 1:195/22 1:196/22 1:197/7 1:198/18 1:199/4 1:199/14 1:200/8 1:200/8 1:200/9 1:200/25 1:202/4 1:203/9 1:206/1 1:207/17 1:207/21 1:208/1 1:208/5 1:209/8 1:209/8 1:209/9 1:210/12 1:210/17 1:211/18 1:212/18
**Justice [4]** 1:27/23 1:28/12 1:151/2 1:155/3
**justify [1]** 1:45/8

**K**

**K [1]** 1:2/2
**KAGAN [2]** 1:2/3 1:3/3
**keep [6]** 1:9/14 1:13/25 1:30/8 1:65/7 1:166/7 1:179/12
**keeping [1]** 1:178/16
**kept [1]** 1:78/23
**key [3]** 1:77/8 1:150/19 1:205/23
**keyword [6]** 1:136/12 1:136/13 1:136/18 1:189/15 1:189/24 1:191/20
**keywords [5]** 1:189/11 1:189/12 1:189/17 1:190/14 1:190/17
**kill [1]** 1:185/10
**kind [18]** 1:4/2 1:18/19 1:62/9 1:66/5 1:66/17 1:117/19 1:136/16 1:137/7 1:141/18 1:173/20 1:191/5 1:195/9 1:197/16 1:197/21 1:198/8 1:203/1 1:204/19 1:209/3
**kinds [4]** 1:73/5 1:83/10 1:97/24 1:195/14
**King [1]** 1:1/13
**knew [6]** 1:73/17 1:74/3 1:82/18 1:98/2 1:181/9 1:184/25
**know [156]** 1:5/17 1:6/21 1:8/7 1:11/2 1:11/7 1:11/10 1:12/1 1:13/5 1:13/15 1:13/21 1:15/6 1:15/7 1:16/9 1:18/9 1:18/10 1:18/12 1:18/12 1:18/13 1:18/15 1:18/20 1:25/3 1:25/4 1:27/11 1:43/9 1:43/14 1:43/17 1:43/18 1:45/18 1:46/6 1:47/18 1:48/6 1:49/9 1:55/11 1:55/11 1:59/9 1:59/11 1:59/13 1:59/22 1:60/11 1:61/10 1:73/1 1:75/4 1:78/8 1:79/22 1:89/21 1:91/3 1:93/11 1:97/19 1:97/24 1:98/2 1:98/23 1:99/9 1:99/10 1:103/6 1:103/7 1:107/23 1:109/2 1:109/10 1:109/14 1:109/24 1:110/2 1:110/3 1:110/9 1:110/18 1:110/21 1:111/14 1:111/15 1:111/19 1:112/11 1:112/15 1:119/14 1:119/15 1:119/16 1:119/18 1:119/18 1:119/21 1:119/24 1:120/4 1:120/18 1:121/2 1:122/23 1:122/24 1:122/25 1:130/4 1:131/19 1:134/8 1:137/10 1:137/13 1:137/15 1:137/17 1:139/2 1:139/19 1:142/10 1:144/5 1:146/12 1:147/16 1:148/13 1:148/16 1:148/17 1:148/20 1:154/5 1:158/2 1:158/12 1:158/13 1:158/22 1:159/2 1:162/22 1:162/22 1:162/25 1:165/11 1:166/5 1:166/21 1:166/24 1:167/1 1:168/10 1:168/12 1:169/4 1:169/15 1:172/11 1:174/10 1:179/16 1:179/17 1:179/18 1:180/1 1:180/2 1:192/13 1:194/4 1:196/4 1:196/5 1:196/17 1:197/18 1:198/23 1:200/9 1:203/8 1:203/19 1:203/22 1:204/25 1:205/13 1:205/15 1:207/2 1:207/6 1:207/9 1:209/2 1:209/4 1:209/11 1:209/12 1:209/16 1:210/3 1:210/5 1:210/18 1:211/19 1:213/10 1:214/2 1:214/4 1:214/6 1:214/8
**knowledge [3]** 1:78/2 1:186/17 1:187/21
**known [15]** 1:27/6 1:27/7 1:27/21 1:28/13 1:28/19 1:28/21 1:29/4 1:29/19 1:29/22 1:30/19 1:79/20 1:80/9 1:115/17 1:115/24 1:116/6
**knows [2]** 1:27/11 1:44/7
**Kusek [2]** 1:52/3 1:52/6

**L**

**La [1]** 1:52/25
**lack [1]** 1:110/25
**Lakers [1]** 1:194/4
**language [11]** 1:27/8 1:27/17 1:29/4 1:30/11 1:52/18 1:54/8 1:79/23 1:79/25 1:81/4 1:195/14 1:197/11
**Lapp [1]** 1:203/9
**large [3]** 1:38/18 1:95/17 1:114/23
**largely [1]** 1:210/4
**last [19]** 1:13/8 1:19/6 1:22/20 1:94/25 1:98/1 1:104/17 1:105/2 1:118/14 1:156/4 1:178/18 1:179/9 1:179/25 1:180/13 1:187/15 1:187/19 1:192/22 1:192/25 1:195/17 1:200/16
**late [2]** 1:22/6 1:179/15
**later [1]** 1:152/10
**latest [1]** 1:162/5
**launch [5]** 1:44/20 1:48/9 1:48/11 1:84/14 1:120/13
**launched [1]** 1:83/18
**law [34]** 1:14/1 1:16/1 1:21/6 1:21/11 1:21/12 1:24/3 1:24/4 1:24/22 1:28/6 1:28/7 1:28/9 1:29/23 1:42/22 1:42/24 1:43/3 1:48/7 1:50/6 1:50/10 1:63/7 1:63/9 1:64/7 1:98/21 1:98/23 1:147/14 1:148/5 1:149/20 1:155/17 1:191/4 1:191/8 1:191/12 1:191/13 1:204/22 1:205/5 1:206/13
**laws [2]** 1:196/14 1:205/17
**lawyer [4]** 1:138/24 1:139/1 1:151/2 1:151/4
**lawyers [5]** 1:27/24 1:28/12 1:28/14 1:151/5 1:197/5
**Le [1]** 1:53/1
**lead [5]** 1:76/4 1:132/23 1:199/22 1:200/13 1:208/8

**L**

**leading [1]** 1:74/4
**leads [3]** 1:71/17 1:129/12 1:142/22
**learn [2]** 1:70/1 1:70/3
**learned [1]** 1:9/11
**least [19]** 1:19/7 1:26/22 1:30/2 1:61/21 1:75/10 1:77/24 1:78/14 1:78/19 1:97/24 1:110/11 1:113/3 1:113/8 1:134/6 1:143/24 1:169/3 1:169/5 1:176/14 1:196/9 1:208/17
**leave [3]** 1:102/4 1:125/13 1:207/22
**leaving [1]** 1:145/18
**led [1]** 1:71/16
**left [22]** 1:37/4 1:37/22 1:41/20 1:42/10 1:57/7 1:80/5 1:86/7 1:86/24 1:95/2 1:99/13 1:101/1 1:111/25 1:114/22 1:123/21 1:128/5 1:133/18 1:157/14 1:164/25 1:165/6 1:166/16 1:182/17 1:182/18
**left-hand [13]** 1:37/4 1:41/20 1:42/10 1:80/5 1:114/22 1:128/5 1:133/18 1:157/14 1:164/25 1:165/6 1:166/16 1:182/17 1:182/18
**legal [21]** 1:20/21 1:21/14 1:68/23 1:95/4 1:95/6 1:113/20 1:135/25 1:137/22 1:143/7 1:144/10 1:144/12 1:144/14 1:146/11 1:146/24 1:169/10 1:169/12 1:178/13 1:191/10 1:210/4 1:210/5 1:212/13
**legally [1]** 1:39/25
**Legion [2]** 1:191/4 1:191/12
**legions [1]** 1:212/17
**legitimate [1]** 1:56/20
**length [2]** 1:63/4 1:213/25
**lengthy [1]** 1:94/18
**less [3]** 1:88/24 1:95/22 1:208/23
**let [27]** 1:5/18 1:18/17 1:22/15 1:26/19 1:32/18 1:44/5 1:50/17 1:55/12 1:106/14 1:115/7 1:117/10 1:128/10 1:130/4 1:145/1 1:146/2 1:147/13 1:147/15 1:149/17 1:166/8 1:167/9 1:169/15 1:172/11 1:195/22 1:196/8 1:197/11 1:201/20 1:208/21
**let's [54]** 1:5/23 1:6/1 1:6/7 1:6/17 1:6/17 1:7/9 1:10/4 1:19/3 1:21/16 1:21/19 1:32/22 1:36/2 1:36/4 1:36/12 1:41/8 1:44/9 1:47/6 1:54/17 1:54/18 1:55/18 1:58/9 1:66/22 1:67/6 1:70/11 1:70/12 1:86/2 1:86/4 1:91/23 1:99/20 1:99/20 1:102/22 1:104/4 1:104/11 1:104/12 1:104/20 1:105/6 1:108/21 1:111/2 1:118/23 1:121/13 1:121/23 1:123/17 1:124/3 1:131/25 1:132/19 1:142/19 1:147/15 1:157/5 1:191/16 1:209/8 1:209/13 1:212/25 1:213/25 1:214/10
**letter [6]** 1:114/23 1:114/24 1:115/2 1:115/3 1:115/20 1:115/21
**letters [1]** 1:166/15
**level [1]** 1:88/22
**LEX [2]** 1:2/12 1:3/11
**library [2]** 1:145/11 1:177/25
**license [15]** 1:16/23 1:17/4 1:24/11 1:31/25 1:32/2 1:66/6 1:66/19 1:95/18 1:170/3 1:170/10 1:193/5 1:193/12 1:195/4 1:195/20 1:197/16
**licensed [14]** 1:66/13 1:66/20 1:173/9 1:173/13 1:195/18 1:195/23 1:195/25 1:196/1 1:196/4 1:196/6 1:196/21 1:196/23 1:197/8 1:198/10
**licensing [12]** 1:16/16 1:17/1 1:18/21 1:20/24 1:40/21 1:66/14 1:68/20 1:155/9 1:197/2 1:197/6 1:197/20 1:198/8
**licensor [1]** 1:66/7
**light [1]** 1:98/16
**like [87]** 1:4/15 1:11/3 1:13/10 1:18/19 1:20/2 1:22/1 1:23/17 1:35/6 1:41/21 1:45/20 1:48/7 1:49/12 1:51/25 1:55/3 1:57/1 1:57/11 1:59/3 1:59/18 1:59/18 1:59/24 1:64/3 1:65/13 1:67/10 1:68/4 1:73/19 1:74/2 1:76/3 1:79/8 1:81/8 1:82/18 1:83/22 1:85/9 1:88/10 1:88/12 1:90/6 1:90/21 1:91/7 1:93/11 1:93/22 1:94/17 1:94/21 1:96/1 1:98/8 1:99/16 1:99/19 1:107/12 1:108/6 1:112/8 1:119/16 1:122/16 1:123/8 1:124/5 1:135/7 1:136/16 1:137/3 1:145/9 1:145/10 1:146/15 1:148/13 1:148/16 1:149/23 1:152/16 1:154/25 1:162/25 1:164/17 1:177/25 1:182/16 1:182/18 1:184/4 1:186/5 1:188/9 1:190/4 1:194/22 1:194/24 1:196/18 1:199/21 1:201/7 1:201/11 1:204/20 1:205/23 1:206/18 1:206/23 1:210/4 1:210/15 1:210/18 1:210/19 1:210/25
**likelihood [2]** 1:46/15 1:208/9
**likely [6]** 1:113/3 1:121/9 1:198/25 1:206/6 1:208/7 1:211/15
**limit [4]** 1:214/7 1:214/8 1:214/9 1:215/15
**limitations [1]** 1:92/9
**limited [9]** 1:3/21 1:34/4 1:38/14 1:40/11 1:55/22 1:138/1 1:197/14 1:197/14 1:213/16
**line [6]** 1:34/7 1:53/3 1:115/9 1:131/4 1:147/3 1:212/11
**lingering [1]** 1:135/12
**link [13]** 1:28/22 1:61/15 1:80/13 1:90/1 1:94/24 1:117/9 1:132/23 1:134/13 1:137/14 1:154/8 1:160/20 1:188/23 1:188/25
**linked [1]** 1:154/3
**LinkedIn [7]** 1:75/14 1:89/11 1:89/19 1:161/3 1:161/9 1:161/14 1:161/14
**linking [1]** 1:148/22
**links [12]** 1:90/6 1:94/3 1:131/9 1:131/14 1:132/8 1:132/23 1:160/15 1:168/3 1:180/12 1:180/14 1:183/4 1:189/17
**list [2]** 1:4/25 1:103/2
**listen [1]** 1:139/4
**lists [1]** 1:208/13
**literally [3]** 1:88/4 1:88/5 1:94/2
**litigate [2]** 1:209/14 1:210/18
**litigated [1]** 1:150/3
**litigation [6]** 1:3/6 1:68/19 1:109/25 1:111/21 1:131/23 1:133/21
**little [11]** 1:10/20 1:22/6 1:70/7 1:76/14 1:81/6 1:82/2 1:154/10 1:175/10 1:176/24 1:201/21 1:209/21
**live [2]** 1:60/7 1:180/12
**lives [1]** 1:10/13
**LLC [2]** 1:82/13 1:83/15
**LLP [2]** 1:2/9 1:2/12
**located [1]** 1:106/5
**location [1]** 1:200/14
**lock [1]** 1:200/6
**log [8]** 1:113/14 1:114/2 1:126/24 1:127/24 1:129/6 1:165/24 1:166/2 1:188/20
**logged [2]** 1:188/18 1:188/19
**logo [53]** 1:3/24 1:4/9 1:5/4 1:5/5 1:5/10 1:5/11 1:5/21 1:10/23 1:13/1 1:35/15 1:39/10 1:41/9 1:54/23 1:57/7 1:68/17 1:68/18 1:69/12 1:69/15 1:72/14 1:72/16 1:73/15 1:73/22 1:74/4 1:77/21 1:78/18 1:80/4 1:92/19 1:94/1 1:97/11 1:101/12 1:101/15 1:101/19 1:106/10 1:107/18 1:107/19 1:108/18 1:117/14 1:121/4 1:125/24 1:128/4 1:148/1 1:154/6 1:154/24 1:170/24 1:177/9 1:181/8 1:181/11 1:185/14 1:186/24 1:193/9 1:201/24 1:202/16 1:202/19
**logos [1]** 1:117/11
**long [16]** 1:16/5 1:65/14 1:68/24 1:76/8 1:87/18 1:92/12 1:94/16 1:96/11 1:130/16 1:136/14 1:174/22 1:181/20 1:192/10 1:195/19 1:198/3 1:216/2
**longer [4]** 1:162/18 1:163/15 1:163/17 1:185/12
**look [51]** 1:7/14 1:14/2 1:14/7 1:32/19 1:33/22 1:36/12 1:36/17 1:38/9 1:41/11 1:41/12 1:41/19 1:42/1 1:42/10 1:54/25 1:55/2 1:56/24 1:61/17 1:64/11 1:80/21 1:86/2 1:86/11 1:90/17 1:96/13 1:101/4 1:108/21 1:111/2 1:111/24 1:114/22 1:115/5 1:115/8 1:117/6 1:127/1 1:131/25 1:133/17 1:140/11 1:140/13 1:140/14 1:140/18 1:141/4 1:150/13 1:150/20 1:152/11 1:152/12 1:161/5 1:161/6 1:168/12 1:171/10 1:183/6 1:183/13 1:200/24 1:204/5
**looked [7]** 1:11/2 1:48/6 1:78/16 1:87/12 1:127/12 1:178/5 1:179/11
**looking [17]** 1:10/19 1:28/6 1:38/19 1:47/11 1:48/13 1:79/15 1:83/3 1:106/2 1:117/24 1:120/10 1:120/11 1:146/19 1:170/20 1:171/1 1:175/17 1:175/19 1:215/24
**looks [5]** 1:41/21 1:59/17 1:59/18 1:83/22 1:186/5
**Loreal [3]** 1:97/13 1:97/21 1:97/25
**lose [2]** 1:46/20 1:51/23
**losing [2]** 1:47/12 1:47/13
**loss [2]** 1:48/2 1:174/2
**lost [2]** 1:46/9 1:46/10
**lot [15]** 1:23/18 1:23/18 1:63/9 1:75/20 1:154/12 1:155/7 1:177/24 1:181/6 1:183/4 1:183/5 1:183/9 1:205/22 1:210/6 1:210/20 1:210/23
**lots [5]** 1:29/22 1:60/9 1:167/21 1:181/25 1:212/16
**love [2]** 1:44/8

**L**

**love... [1]** 1:152/21
**lower [3]** 1:123/21 1:133/18 1:169/14
**loyal [1]** 1:73/25
**LUMINA [2]** 1:2/12 1:3/11
**lunch [3]** 1:121/18 1:121/19 1:121/20

**M**

**made [33]** 1:8/1 1:11/10 1:11/11 1:11/19 1:11/20 1:12/11 1:14/6 1:14/8 1:19/8 1:19/9 1:20/15 1:45/24 1:54/22 1:70/19 1:71/5 1:71/6 1:71/6 1:71/15 1:71/19 1:72/3 1:72/11 1:72/17 1:73/7 1:77/11 1:82/16 1:99/7 1:99/14 1:141/8 1:143/24 1:190/3 1:200/17 1:206/22 1:207/18
**magazine [1]** 1:52/16
**mail [27]** 1:34/21 1:35/2 1:35/13 1:35/16 1:35/16 1:35/20 1:54/21 1:55/7 1:55/10 1:58/1 1:58/4 1:58/6 1:58/9 1:58/10 1:58/15 1:82/8 1:82/10 1:82/15 1:82/24 1:82/24 1:82/25 1:83/2 1:83/5 1:83/14 1:112/9 1:119/2 1:120/7
**mails [1]** 1:156/20
**main [2]** 1:183/10 1:188/19
**maintain [34]** 1:10/8 1:14/18 1:14/23 1:15/13 1:18/2 1:18/6 1:19/2 1:40/24 1:41/15 1:71/9 1:71/12 1:74/13 1:74/25 1:77/25 1:79/6 1:81/3 1:84/6 1:85/19 1:89/17 1:90/13 1:130/21 1:160/8 1:160/10 1:167/18 1:168/2 1:168/2 1:179/12 1:180/7 1:180/10 1:180/10 1:184/15 1:185/1 1:185/13 1:200/5
**maintained [15]** 1:36/16 1:38/2 1:39/10 1:39/11 1:56/9 1:71/4 1:72/7 1:72/7 1:72/8 1:72/10 1:72/16 1:78/23 1:151/12 1:199/25 1:200/4
**maintaining [1]** 1:178/15
**maintains [10]** 1:6/19 1:14/16 1:29/6 1:34/3 1:38/12 1:38/23 1:55/20 1:76/18 1:89/10 1:178/7
**make [37]** 1:4/6 1:14/8 1:15/8 1:18/7 1:18/10 1:18/23 1:18/24 1:23/13 1:26/11 1:26/13 1:29/19 1:35/9 1:43/16 1:63/14 1:77/15 1:85/23 1:98/20 1:99/4 1:123/17 1:124/4 1:136/3 1:140/8 1:142/21 1:148/1 1:149/4 1:163/5 1:180/11 1:180/14 1:182/3 1:183/19 1:191/21 1:192/12 1:202/14 1:210/13 1:210/19 1:213/20 1:215/13
**makes [6]** 1:44/4 1:51/11 1:62/1 1:70/18 1:141/17 1:192/11
**making [8]** 1:9/17 1:16/7 1:16/10 1:52/15 1:130/18 1:130/23 1:144/6 1:178/14
**manage [2]** 1:68/15 1:96/25
**management [4]** 1:34/20 1:35/19 1:57/22 1:58/3
**managers [1]** 1:73/2
**manages [1]** 1:91/5
**manner [5]** 1:89/4 1:98/14 1:170/2 1:193/3 1:194/11
**Manual [3]** 1:62/17 1:62/21 1:149/22
**many [28]** 1:6/8 1:9/25 1:35/7 1:35/9 1:40/12 1:65/8 1:65/9 1:65/16 1:75/3 1:75/4 1:75/8 1:76/5 1:78/8 1:78/13 1:78/25 1:89/22 1:93/6 1:93/22 1:95/14 1:95/15 1:119/16 1:119/24 1:120/3 1:123/6 1:123/9 1:124/6 1:185/7 1:206/2
**March [1]** 1:51/9
**March 23 [1]** 1:51/9
**mark [91]** 1:2/13 1:3/10 1:3/19 1:4/8 1:16/12 1:21/7 1:21/8 1:21/13 1:24/7 1:24/8 1:24/20 1:24/23 1:24/24 1:25/21 1:29/15 1:29/15 1:29/16 1:30/10 1:48/4 1:50/19 1:51/13 1:51/17 1:52/21 1:53/8 1:54/20 1:54/23 1:56/16 1:56/17 1:60/17 1:62/19 1:62/23 1:65/19 1:69/12 1:69/12 1:82/14 1:82/20 1:101/12 1:118/19 1:125/20 1:125/20 1:125/25 1:128/7 1:128/8 1:128/12 1:129/3 1:130/10 1:134/20 1:134/23 1:134/25 1:135/1 1:135/5 1:136/24 1:137/1 1:137/21 1:141/23 1:143/20 1:144/9 1:144/20 1:144/23 1:144/24 1:145/11 1:145/23 1:147/16 1:148/12 1:150/1 1:150/15 1:150/23 1:151/17 1:151/18 1:151/25 1:156/15 1:157/1 1:165/3 1:170/22 1:171/8 1:171/12 1:172/7 1:173/4 1:191/2 1:195/23 1:195/25 1:196/2 1:196/21 1:196/24 1:202/1 1:202/3 1:205/19 1:207/11 1:211/20 1:212/2 1:212/3
**market [2]** 1:120/21 1:209/6
**marketing [10]** 1:32/12 1:45/1 1:45/4 1:93/25 1:94/6 1:138/25 1:180/5 1:183/12 1:183/21 1:195/15
**Markmonitor [1]** 1:200/2
**marks [71]** 1:3/19 1:3/20 1:3/21 1:3/24 1:4/3 1:5/3 1:13/1 1:18/4 1:22/22 1:24/19 1:25/11 1:25/14 1:27/9 1:29/3 1:29/6 1:32/13 1:32/24 1:34/18 1:39/22 1:39/25 1:40/21 1:45/25 1:46/3 1:46/5 1:46/9 1:48/4 1:56/21 1:57/9 1:57/9 1:66/15 1:69/11 1:70/17 1:70/20 1:70/22 1:81/19 1:83/3 1:92/7 1:96/21 1:97/10 1:107/1 1:107/3 1:107/10 1:120/5 1:120/6 1:129/13 1:129/14 1:129/18 1:129/19 1:129/20 1:150/21 1:158/19 1:169/19 1:169/22 1:172/4 1:172/23 1:172/25 1:174/3 1:186/25 1:186/25 1:187/2 1:189/20 1:195/9 1:195/20 1:197/2 1:197/6 1:197/13 1:201/22 1:208/8 1:208/9 1:208/10 1:213/9
**Marshak [1]** 1:16/2
**Massachusetts [2]** 1:52/8 1:52/11
**massive [2]** 1:46/13 1:206/23
**master [3]** 1:71/21 1:195/5 1:195/11
**matches [1]** 1:51/19
**material [2]** 1:161/7 1:192/8
**materials [25]** 1:32/25 1:34/4 1:34/9 1:34/17 1:36/1 1:38/13 1:40/23 1:50/22 1:55/1 1:55/21 1:56/3 1:56/6 1:82/2 1:83/6 1:83/9 1:87/24 1:88/2 1:97/22 1:118/23 1:121/6 1:123/8 1:123/8 1:130/10 1:132/3 1:183/21
**matter [9]** 1:11/12 1:35/17 1:43/24 1:50/11 1:178/13 1:191/7 1:204/19 1:205/2 1:205/4
**may [50]** 1:4/18 1:13/16 1:13/19 1:15/19 1:15/20 1:45/11 1:49/2 1:68/1 1:81/16 1:83/11 1:83/23 1:88/24 1:95/15 1:95/24 1:100/4 1:103/25 1:104/1 1:104/22 1:104/22 1:104/23 1:105/14 1:107/13 1:108/14 1:109/20 1:111/8 1:111/12 1:112/18 1:112/19 1:114/2 1:119/13 1:120/16 1:120/23 1:133/24 1:134/18 1:146/1 1:146/2 1:146/3 1:164/6 1:164/14 1:164/17 1:164/20 1:165/8 1:165/8 1:170/1 1:183/13 1:187/10 1:193/2 1:199/16 1:201/5 1:210/13
**May 20 [2]** 1:103/25 1:104/23
**May 2022 [2]** 1:104/1 1:104/22
**maybe [9]** 1:11/11 1:11/11 1:11/12 1:24/12 1:65/3 1:65/14 1:138/6 1:207/17 1:212/25
**MAYO [3]** 1:1/20 1:2/25 1:207/22
**McCarthy [2]** 1:63/3 1:63/3
**MCKENNA [32]** 1:2/13 1:3/10 1:50/20 1:78/1 1:100/12 1:100/15 1:101/5 1:101/9 1:102/3 1:102/17 1:103/9 1:104/12 1:106/22 1:114/8 1:125/10 1:125/16 1:125/21 1:126/5 1:126/13 1:127/4 1:127/14 1:129/9 1:129/16 1:132/16 1:135/11 1:138/12 1:145/21 1:170/18 1:171/11 1:171/19 1:172/8 1:215/16
**me [120]** 1:3/10 1:3/14 1:3/18 1:4/6 1:4/10 1:5/18 1:6/25 1:7/15 1:8/4 1:9/16 1:14/1 1:14/17 1:14/22 1:14/24 1:15/3 1:15/10 1:15/14 1:16/25 1:17/11 1:18/10 1:18/24 1:18/25 1:19/22 1:20/6 1:20/9 1:20/21 1:20/23 1:21/6 1:21/8 1:21/15 1:21/15 1:21/22 1:22/9 1:22/15 1:24/2 1:24/3 1:24/12 1:24/15 1:26/9 1:26/19 1:29/13 1:31/7 1:32/18 1:33/4 1:33/7 1:33/21 1:38/5 1:38/7 1:39/4 1:39/8 1:40/17 1:50/17 1:52/5 1:52/25 1:57/8 1:59/13 1:60/20 1:60/23 1:65/18 1:69/4 1:102/23 1:105/9 1:106/14 1:107/12 1:109/19 1:115/7 1:115/15 1:117/10 1:117/16 1:117/25 1:125/22 1:127/7 1:128/10 1:130/4 1:132/22 1:133/21 1:134/6 1:137/18 1:137/19 1:137/25 1:139/11 1:140/21 1:141/13 1:144/1 1:145/1 1:145/1 1:146/15 1:147/13 1:147/15 1:149/17 1:162/2 1:163/10 1:164/4 1:164/22 1:167/9 1:168/7 1:168/8 1:169/15 1:170/21 1:171/12 1:172/4 1:172/11 1:172/15 1:179/23 1:181/18 1:191/11

M

**me... [14]** 1:192/11 1:194/18 1:195/22 1:196/8 1:197/8 1:197/9 1:197/11 1:199/3 1:201/6 1:201/20 1:204/22 1:207/10 1:208/21 1:214/6
**mean [62]** 1:3/20 1:7/12 1:7/13 1:10/16 1:14/17 1:15/23 1:16/16 1:16/24 1:18/9 1:22/7 1:43/17 1:44/25 1:47/3 1:48/9 1:48/15 1:48/22 1:49/3 1:50/8 1:54/8 1:55/17 1:56/4 1:56/24 1:57/1 1:57/8 1:57/15 1:57/23 1:59/9 1:65/18 1:65/22 1:74/16 1:80/2 1:85/1 1:88/9 1:90/22 1:99/14 1:107/20 1:110/25 1:126/17 1:138/2 1:138/23 1:148/15 1:159/11 1:167/16 1:178/11 1:179/17 1:182/6 1:190/16 1:191/12 1:193/8 1:199/23 1:202/17 1:203/3 1:203/9 1:203/10 1:203/18 1:204/18 1:204/22 1:205/7 1:208/23 1:209/11 1:209/17 1:210/3
**meaning [7]** 1:7/23 1:9/4 1:75/19 1:128/15 1:141/9 1:142/12 1:188/18
**meaningful [2]** 1:60/13 1:126/21
**means [9]** 1:53/6 1:53/7 1:56/16 1:90/24 1:111/1 1:135/14 1:189/14 1:194/19 1:200/6
**meant [2]** 1:61/5 1:214/4
**mechanics [2]** 1:137/13 1:137/24
**mechanism [1]** 1:125/1
**media [23]** 1:38/16 1:40/15 1:55/24 1:89/11 1:89/16 1:89/17 1:89/18 1:90/4 1:90/10 1:91/2 1:91/14 1:97/5 1:146/6 1:160/22 1:170/24 1:170/25 1:171/14 1:171/16 1:171/20 1:173/14 1:174/11 1:193/17 1:197/24
**meet [5]** 1:97/1 1:208/19 1:216/6 1:216/7 1:216/9
**MEGAN [2]** 1:2/2 1:3/3
**members [2]** 1:16/18 1:16/20
**mention [9]** 1:3/16 1:39/23 1:49/13 1:49/15 1:50/2 1:50/7 1:53/10 1:67/9 1:155/14
**mentioned [18]** 1:31/15 1:51/7 1:53/19 1:65/13 1:73/12 1:74/21 1:77/16 1:82/16 1:92/18 1:94/22 1:95/14 1:96/24 1:97/12 1:97/12 1:155/2 1:160/2 1:167/1 1:182/10
**mentioning [1]** 1:84/25
**menu [4]** 1:164/21 1:164/22 1:182/17 1:182/18
**mere [1]** 1:62/6
**merely [2]** 1:144/24 1:183/2
**merits [3]** 1:47/1 1:208/16 1:209/9
**message [1]** 1:200/9
**messages [6]** 1:111/7 1:111/11 1:111/13 1:112/13 1:112/19 1:193/23
**met [4]** 1:96/11 1:100/9 1:151/20 1:205/14
**Meta [2]** 1:205/22 1:205/23
**metadata [1]** 1:79/1
**MICHAEL [2]** 1:2/9 1:3/9
**mid [2]** 1:180/22 1:180/24
**middle [5]** 1:115/6 1:115/7 1:115/19 1:116/12 1:184/12
**might [18]** 1:4/2 1:5/13 1:8/5 1:14/9 1:17/14 1:43/12 1:50/14 1:58/19 1:138/6 1:144/5 1:154/10 1:154/11 1:164/6 1:164/17 1:182/23 1:207/23 1:209/14 1:209/15
**million [8]** 1:7/21 1:9/11 1:9/14 1:45/4 1:48/13 1:75/11 1:149/10 1:152/22
**millions [10]** 1:7/6 1:7/6 1:7/12 1:11/11 1:25/25 1:74/6 1:74/7 1:74/12 1:126/22 1:193/18
**mind [3]** 1:105/9 1:105/10 1:202/18
**minimal [2]** 1:45/19 1:49/5
**minimum [1]** 1:179/13
**Minnesota [3]** 1:28/3 1:153/2 1:155/18
**minute [4]** 1:52/19 1:66/23 1:102/18 1:153/14
**minutes [9]** 1:20/19 1:45/25 1:121/17 1:174/17 1:174/23 1:209/18 1:210/9 1:210/10 1:210/12
**mirror [1]** 1:51/21
**mischaracterized [1]** 1:156/6
**misrepresenting [1]** 1:29/19
**missing [1]** 1:203/11
**misstates [1]** 1:177/20
**mistake [1]** 1:149/4
**mistakes [1]** 1:178/21
**misunderstood [1]** 1:58/19
**misuse [1]** 1:75/22
**mobile [12]** 1:10/8 1:10/9 1:10/16 1:10/18 1:18/2 1:18/3 1:19/6 1:22/19 1:64/2 1:65/20 1:77/25 1:126/9
**modifications [1]** 1:200/17
**moment [5]** 1:99/16 1:102/18 1:116/24 1:118/25 1:139/19
**moments [2]** 1:106/25 1:175/3
**monetary [1]** 1:46/11
**money [2]** 1:135/3 1:207/16
**monitor [4]** 1:96/20 1:173/17 1:173/19 1:173/23
**monitors [2]** 1:23/22 1:24/19
**months [7]** 1:34/22 1:35/14 1:91/17 1:98/1 1:104/24 1:162/24 1:201/1
**more [29]** 1:4/21 1:10/7 1:15/4 1:18/2 1:21/21 1:22/12 1:37/16 1:44/1 1:45/21 1:51/25 1:52/2 1:53/6 1:53/9 1:58/13 1:62/24 1:63/17 1:65/15 1:69/24 1:73/11 1:74/18 1:96/23 1:104/17 1:144/18 1:149/3 1:154/13 1:161/7 1:162/12 1:163/2 1:189/6
**morning [15]** 1:2/23 1:2/24 1:2/25 1:3/8 1:50/19 1:68/8 1:68/9 1:74/20 1:76/16 1:81/6 1:82/3 1:86/3 1:89/8 1:98/17 1:199/20
**most [15]** 1:13/11 1:56/11 1:65/6 1:88/10 1:90/15 1:94/16 1:94/17 1:94/20 1:112/21 1:124/9 1:134/10 1:159/9 1:159/12 1:165/13 1:205/21
**motion [3]** 1:3/23 1:20/4 1:211/23
**movant [7]** 1:45/12 1:48/23 1:49/3 1:49/25 1:50/1 1:50/6 1:50/16
**move [8]** 1:21/16 1:21/19 1:22/12 1:24/18 1:25/1 1:36/2 1:66/24 1:209/16
**moved [5]** 1:39/17 1:39/18 1:69/8 1:140/24 1:140/24
**moving [1]** 1:26/11
**Mr [38]** 1:12/12 1:15/4 1:17/6 1:17/25 1:21/21 1:22/23 1:26/17 1:31/19 1:32/8 1:32/12 1:33/3 1:33/18 1:34/10 1:34/14 1:35/5 1:41/2 1:41/13 1:47/7 1:48/10 1:60/1 1:64/6 1:64/11 1:64/23 1:68/1 1:68/8 1:68/12 1:70/16 1:79/14 1:106/22 1:130/13 1:130/16 1:130/18 1:130/21 1:131/10 1:131/15 1:132/9 1:138/6 1:201/13
**Mr. [132]** 1:3/7 1:6/23 1:7/6 1:9/6 1:11/25 1:30/23 1:31/1 1:32/23 1:36/15 1:38/11 1:40/16 1:44/18 1:59/2 1:59/19 1:63/22 1:69/4 1:69/14 1:74/8 1:78/1 1:86/16 1:86/20 1:91/20 1:99/18 1:99/23 1:100/9 1:100/12 1:100/15 1:100/18 1:101/5 1:101/9 1:102/3 1:102/8 1:102/17 1:103/9 1:103/14 1:103/22 1:104/2 1:104/9 1:104/12 1:105/12 1:105/20 1:106/25 1:114/8 1:114/11 1:116/22 1:122/15 1:124/3 1:125/10 1:125/16 1:125/19 1:125/21 1:126/1 1:126/5 1:126/13 1:126/16 1:126/19 1:127/4 1:127/11 1:127/14 1:127/15 1:127/18 1:128/14 1:129/9 1:129/16 1:129/21 1:129/24 1:130/3 1:130/8 1:130/24 1:131/17 1:131/23 1:132/14 1:132/16 1:132/19 1:134/2 1:135/11 1:138/12 1:138/21 1:139/8 1:139/9 1:139/16 1:139/24 1:140/12 1:141/5 1:145/21 1:146/4 1:151/22 1:152/18 1:157/9 1:161/12 1:168/7 1:168/18 1:168/23 1:170/18 1:170/20 1:171/11 1:171/19 1:171/22 1:172/8 1:172/14 1:174/1 1:175/3 1:175/4 1:175/14 1:175/25 1:176/4 1:176/7 1:176/11 1:176/20 1:177/3 1:177/6 1:177/17 1:178/5 1:184/2 1:184/4 1:185/15 1:186/11 1:186/16 1:186/23 1:188/10 1:188/14 1:188/16 1:189/4 1:189/6 1:189/7 1:191/7 1:191/19 1:192/4 1:192/5 1:193/1 1:207/22 1:215/16
**Mr. Baseer [65]** 1:7/6 1:9/6 1:11/25 1:31/1 1:36/15 1:86/16 1:86/20 1:91/20 1:99/18 1:99/23 1:100/9 1:100/18 1:102/8 1:103/14 1:103/22 1:104/2 1:104/9 1:105/20 1:106/25 1:114/11 1:116/22 1:122/15 1:124/3 1:125/19 1:126/1 1:126/16 1:126/19 1:127/11 1:127/15 1:127/18 1:128/14 1:129/21 1:129/24 1:130/3 1:130/8 1:130/24 1:131/17 1:131/23 1:132/14 1:132/19 1:134/2 1:139/8 1:140/12 1:141/5 1:146/4 1:152/18 1:157/9 1:161/12 1:168/7 1:168/18 1:168/23 1:170/20 1:171/22 1:172/14

## M


**Mr. Baseer... [11]** 1:174/1 1:175/3 1:176/4 1:176/11 1:177/3 1:178/5 1:184/4 1:188/14 1:189/6 1:191/19 1:192/5
**Mr. Baseer's [8]** 1:6/23 1:38/11 1:105/12 1:139/9 1:139/16 1:139/24 1:177/17 1:186/11
**Mr. Coates [5]** 1:44/18 1:59/2 1:59/19 1:63/22 1:69/14
**Mr. Cohen [10]** 1:30/23 1:32/23 1:40/16 1:175/14 1:175/25 1:176/7 1:176/20 1:177/6 1:184/2 1:189/4
**Mr. Farnan [1]** 1:3/7
**Mr. Mayo [1]** 1:207/22
**Mr. McKenna [28]** 1:78/1 1:100/12 1:100/15 1:101/5 1:101/9 1:102/3 1:102/17 1:103/9 1:104/12 1:114/8 1:125/10 1:125/16 1:125/21 1:126/5 1:126/13 1:127/4 1:127/14 1:129/9 1:129/16 1:132/16 1:135/11 1:138/12 1:145/21 1:170/18 1:171/11 1:171/19 1:172/8 1:215/16
**Mr. Sprigman [11]** 1:138/21 1:151/22 1:175/4 1:185/15 1:186/16 1:186/23 1:188/10 1:188/16 1:191/7 1:192/4 1:193/1
**Mr. Sprigman's [1]** 1:189/7
**Mr. Stephen [2]** 1:69/4 1:74/8
**Ms [1]** 1:51/7
**Ms. [3]** 1:76/17 1:79/10 1:81/5
**Ms. Bannigan [3]** 1:76/17 1:79/10 1:81/5
**MSAs [1]** 1:82/17
**much [15]** 1:4/12 1:4/22 1:5/24 1:11/8 1:44/5 1:123/25 1:174/4 1:192/14 1:201/4 1:207/16 1:210/3 1:212/12 1:212/15 1:213/8 1:216/15
**multiple [5]** 1:76/7 1:87/17 1:88/9 1:121/3 1:161/9
**multiplier [1]** 1:214/17
**music [6]** 1:16/4 1:16/6 1:16/7 1:16/10 1:16/11 1:18/21
**Musk [1]** 1:47/7
**must [8]** 1:42/25 1:51/12 1:52/20 1:62/25 1:123/23 1:169/19 1:178/25 1:204/10
**my [57]** 1:3/2 1:3/15 1:9/1 1:14/10 1:18/1 1:18/1 1:18/21 1:19/15 1:25/4 1:25/8 1:33/25 1:40/16 1:43/21 1:48/20 1:52/24 1:63/10 1:65/17 1:67/19 1:68/11 1:69/8 1:69/20 1:70/20 1:70/25 1:74/8 1:75/6 1:78/5 1:86/13 1:94/6 1:96/24 1:97/23 1:100/1 1:110/12 1:112/11 1:119/7 1:130/25 1:133/25 1:136/20 1:140/22 1:142/7 1:143/7 1:145/11 1:147/17 1:148/6 1:179/8 1:184/13 1:184/24 1:187/20 1:187/21 1:196/20 1:197/11 1:198/17 1:202/8 1:202/18 1:212/14 1:214/17 1:216/4 1:216/21
**myself [1]** 1:78/6


## N


**N [3]** 1:2/3 1:2/19 1:67/20
**N-A-S-E-R [1]** 1:67/20
**naked [1]** 1:66/14
**name [80]** 1:6/15 1:6/19 1:6/20 1:7/23 1:8/1 1:8/9 1:8/13 1:8/17 1:8/19 1:9/4 1:9/18 1:28/15 1:28/17 1:28/18 1:28/21 1:29/12 1:29/18 1:33/1 1:34/18 1:35/20 1:35/24 1:40/11 1:44/21 1:44/21 1:46/7 1:48/10 1:61/24 1:62/2 1:62/8 1:63/5 1:63/5 1:67/18 1:67/19 1:67/20 1:68/11 1:71/10 1:74/22 1:74/24 1:74/25 1:75/5 1:75/9 1:75/18 1:76/11 1:76/13 1:77/22 1:94/14 1:100/1 1:108/19 1:134/19 1:134/22 1:142/2 1:142/3 1:142/12 1:142/13 1:142/17 1:143/15 1:143/15 1:144/8 1:145/2 1:149/9 1:149/15 1:149/19 1:150/4 1:150/5 1:150/8 1:150/11 1:150/11 1:150/15 1:151/5 1:151/7 1:152/13 1:153/20 1:153/21 1:153/22 1:154/19 1:156/13 1:168/14 1:183/10 1:183/20 1:185/4
**named [1]** 1:133/19
**names [8]** 1:94/17 1:150/10 1:181/24 1:183/14 1:199/25 1:200/3 1:200/5 1:200/11
**Naser [6]** 1:3/4 1:67/15 1:67/19 1:67/21 1:68/11 1:148/18
**national [1]** 1:81/8
**naturally [1]** 1:192/14
**nature [2]** 1:81/10 1:122/1
**NAV [2]** 1:132/23 1:132/23
**navigate [6]** 1:60/12 1:61/6 1:94/11 1:167/6 1:168/22 1:188/11
**navigated [2]** 1:131/1 1:131/5
**navigating [3]** 1:132/5 1:132/10 1:164/2
**navigation [8]** 1:131/9 1:131/14 1:132/2 1:132/7 1:164/5 1:166/24 1:167/14 1:169/4
**NBA [13]** 1:30/25 1:31/2 1:31/15 1:32/13 1:72/25 1:73/3 1:73/4 1:81/9 1:81/21 1:81/25 1:116/20 1:194/4 1:194/16
**nearly [1]** 1:8/20
**necessarily [8]** 1:58/13 1:88/24 1:90/21 1:110/25 1:124/10 1:124/12 1:167/16 1:168/1
**necessary [2]** 1:137/8 1:155/13
**need [35]** 1:4/6 1:4/9 1:4/21 1:7/14 1:25/7 1:48/19 1:60/4 1:66/8 1:84/14 1:87/19 1:92/21 1:93/5 1:94/13 1:96/15 1:98/9 1:101/9 1:139/2 1:140/1 1:149/1 1:153/8 1:156/8 1:164/7 1:165/9 1:168/8 1:172/25 1:173/19 1:174/16 1:180/11 1:191/13 1:191/16 1:199/8 1:201/13 1:213/18 1:214/2 1:214/11
**needed [3]** 1:45/22 1:95/19 1:181/6
**needs [4]** 1:50/9 1:150/20 1:173/23 1:175/12
**needs-advertising-Twitter [1]** 1:175/12
**negative [4]** 1:204/17 1:204/18 1:205/1 1:205/8
**neglect [1]** 1:146/2
**negotiated [2]** 1:95/18 1:195/11
**neither [1]** 1:169/2
**networking [1]** 1:7/22
**never [14]** 1:37/11 1:111/20 1:145/5 1:146/2 1:149/19 1:150/11 1:153/20 1:154/16 1:159/25 1:160/5 1:196/1 1:196/23 1:197/7 1:214/4
**new [19]** 1:16/7 1:28/23 1:33/17 1:34/17 1:44/20 1:64/24 1:72/14 1:85/11 1:89/5 1:132/2 1:132/5 1:132/11 1:151/14 1:151/19 1:183/20 1:183/22 1:190/4 1:212/4 1:214/21
**newest [1]** 1:159/16
**next [15]** 1:25/1 1:26/12 1:26/14 1:30/22 1:32/22 1:36/4 1:37/8 1:42/1 1:51/10 1:104/4 1:140/20 1:143/3 1:146/6 1:166/17 1:215/17
**NFL [2]** 1:186/5 1:186/6
**nice [2]** 1:100/9 1:100/11
**Ninth [6]** 1:30/2 1:30/4 1:151/24 1:153/3 1:156/7 1:156/14
**no [121]** 1:1/4 1:3/15 1:4/7 1:15/10 1:16/13 1:21/2 1:31/25 1:31/25 1:32/3 1:33/17 1:43/16 1:43/16 1:44/16 1:44/23 1:45/20 1:46/24 1:47/3 1:47/13 1:49/20 1:49/23 1:50/5 1:50/6 1:50/12 1:53/19 1:56/7 1:61/9 1:64/13 1:64/18 1:90/19 1:93/5 1:93/16 1:94/16 1:99/20 1:101/18 1:101/20 1:106/3 1:106/4 1:106/18 1:107/1 1:107/3 1:109/1 1:109/12 1:111/11 1:111/18 1:111/23 1:112/5 1:112/7 1:112/12 1:112/12 1:112/13 1:113/9 1:116/2 1:116/3 1:117/14 1:117/15 1:118/10 1:119/10 1:119/15 1:119/25 1:120/2 1:120/19 1:120/23 1:124/18 1:129/14 1:131/24 1:134/1 1:135/22 1:136/11 1:136/25 1:137/11 1:138/4 1:139/23 1:140/6 1:147/3 1:147/8 1:149/1 1:149/8 1:150/17 1:151/7 1:152/10 1:158/17 1:158/22 1:159/2 1:159/24 1:160/8 1:161/13 1:161/24 1:161/25 1:162/12 1:162/14 1:162/15 1:162/18 1:163/2 1:163/15 1:163/17 1:166/23 1:167/5 1:168/1 1:169/3 1:169/6 1:169/9 1:170/11 1:173/19 1:184/19 1:185/12 1:185/21 1:187/5 1:192/1 1:193/14 1:194/20 1:195/24 1:196/25 1:199/4 1:203/14 1:207/1 1:208/10 1:208/13 1:211/18 1:212/4 1:212/4 1:214/21
**nobody [2]** 1:152/12 1:152/14
**non [4]** 1:51/23 1:53/15 1:54/14 1:204/7
**non-use [4]** 1:51/23 1:53/15 1:54/14 1:204/7
**none [2]** 1:66/12 1:128/1
**normal [1]** 1:196/18
**not [258]**
**note [3]** 1:192/3 1:192/10 1:192/12
**noted [2]** 1:66/3 1:200/22
**notes [4]** 1:21/22 1:22/1 1:146/20

**N**

**notes... [1]** 1:216/21
**nothing [14]** 1:9/3 1:16/11 1:20/21 1:45/3 1:47/17 1:49/9 1:62/24 1:99/17 1:116/5 1:119/25 1:120/2 1:124/14 1:124/23 1:205/18
**notice [1]** 1:55/8
**noting [1]** 1:34/24
**notion [1]** 1:53/14
**notwithstanding [1]** 1:47/5
**November [1]** 1:104/7
**November 2021 [1]** 1:104/7
**now [74]** 1:3/22 1:4/5 1:5/25 1:8/3 1:8/11 1:8/20 1:11/13 1:21/14 1:21/15 1:22/6 1:23/5 1:30/14 1:33/24 1:36/19 1:37/22 1:39/3 1:42/15 1:45/5 1:48/14 1:54/19 1:58/4 1:58/21 1:69/17 1:79/9 1:81/5 1:82/1 1:85/14 1:85/19 1:88/19 1:88/23 1:89/7 1:93/15 1:97/9 1:101/11 1:102/15 1:106/2 1:106/20 1:111/5 1:112/18 1:117/24 1:121/25 1:122/23 1:123/24 1:132/8 1:133/12 1:134/11 1:140/18 1:142/9 1:143/7 1:144/25 1:145/24 1:151/22 1:152/2 1:154/13 1:161/23 1:162/11 1:164/1 1:171/1 1:171/13 1:175/17 1:175/25 1:176/20 1:179/2 1:190/5 1:190/25 1:191/14 1:198/13 1:199/12 1:202/1 1:202/24 1:203/18 1:205/14 1:209/13 1:213/25
**nowhere [1]** 1:71/14
**number [43]** 1:36/24 1:64/12 1:64/14 1:71/21 1:72/25 1:73/5 1:73/16 1:80/20 1:83/12 1:84/6 1:84/9 1:84/22 1:85/3 1:88/20 1:92/18 1:95/3 1:98/2 1:98/8 1:99/2 1:99/5 1:99/8 1:99/15 1:104/15 1:113/9 1:113/10 1:113/14 1:114/3 1:119/19 1:121/5 1:139/20 1:140/2 1:169/25 1:170/7 1:170/8 1:182/24 1:183/24 1:184/14 1:184/18 1:184/23 1:185/1 1:199/25 1:200/4 1:206/9
**Number 1 [1]** 1:206/9
**Number 16 [1]** 1:95/3
**Number 4 [3]** 1:169/25 1:170/7 1:170/8
**Number one [1]** 1:73/16
**numbered [1]** 1:169/24
**numbers [6]** 1:26/5 1:35/8 1:38/20 1:82/7 1:86/11 1:108/7

**O**

**O [1]** 1:2/19
**oath [2]** 1:67/22 1:122/12
**object [3]** 1:138/21 1:165/20 1:190/1
**objection [3]** 1:177/19 1:178/8 1:178/20
**objective [5]** 1:59/4 1:86/8 1:86/25 1:145/15 1:157/14
**obligation [2]** 1:48/23 1:49/4
**observed [3]** 1:147/10 1:147/12 1:148/7
**obviously [10]** 1:55/13 1:78/5 1:146/10 1:146/13 1:152/2 1:155/5 1:155/14 1:156/2 1:206/6 1:211/20
**occasions [1]** 1:69/19
**occurred [1]** 1:80/3
**occurrence [4]** 1:115/15 1:115/20 1:115/21 1:117/16
**occurrences [1]** 1:101/18
**October [9]** 1:34/22 1:35/14 1:82/9 1:93/1 1:159/14 1:166/19 1:166/20 1:166/22 1:192/23
**October 2020 [4]** 1:93/1 1:166/19 1:166/20 1:166/22
**October 21 [1]** 1:159/14
**October 28 [3]** 1:34/22 1:35/14 1:82/9
**off [10]** 1:45/2 1:63/10 1:83/3 1:116/5 1:125/13 1:185/9 1:196/20 1:209/10 1:212/1 1:212/19
**offer [7]** 1:67/10 1:87/5 1:87/10 1:87/16 1:89/2 1:135/7 1:138/23
**offered [4]** 1:66/10 1:66/12 1:137/11 1:148/4
**offering [5]** 1:56/25 1:65/23 1:66/6 1:81/3 1:137/2
**offerings [1]** 1:82/12
**offers [1]** 1:173/18
**office [3]** 1:62/1 1:62/16 1:196/13
**Office's [2]** 1:143/10 1:143/11
**Official [1]** 1:216/24
**often [2]** 1:90/22 1:151/24
**oh [5]** 1:4/7 1:117/10 1:151/7 1:206/22 1:215/3
**okay [157]** 1:6/14 1:7/3 1:7/4 1:7/5 1:10/4 1:13/24 1:14/11 1:17/17 1:17/19 1:17/22 1:17/24 1:26/7 1:26/13 1:26/19 1:26/21 1:27/3 1:28/1 1:30/12 1:32/19 1:33/6 1:35/11 1:36/2 1:37/2 1:39/14 1:40/6 1:41/4 1:41/10 1:42/15 1:42/16 1:42/22 1:43/6 1:43/23 1:50/21 1:55/6 1:56/22 1:58/4 1:58/7 1:58/11 1:58/18 1:58/25 1:60/20 1:67/16 1:76/14 1:79/8 1:79/19 1:81/5 1:83/25 1:86/20 1:89/7 1:95/6 1:101/4 1:101/22 1:102/2 1:102/15 1:102/25 1:103/17 1:103/19 1:104/4 1:104/11 1:104/22 1:105/5 1:113/4 1:114/4 1:114/5 1:114/13 1:115/1 1:115/5 1:115/14 1:115/19 1:116/19 1:116/20 1:117/14 1:117/16 1:117/22 1:118/11 1:118/23 1:119/24 1:120/4 1:121/11 1:122/2 1:122/15 1:122/23 1:122/25 1:123/5 1:125/3 1:125/5 1:125/9 1:125/19 1:125/21 1:126/16 1:127/1 1:127/7 1:128/17 1:129/24 1:130/4 1:130/7 1:130/13 1:130/20 1:131/2 1:131/22 1:131/25 1:132/19 1:135/10 1:138/16 1:141/17 1:141/21 1:142/19 1:144/17 1:146/8 1:146/22 1:148/24 1:157/18 1:157/25 1:158/5 1:158/23 1:159/3 1:161/1 1:161/21 1:163/19 1:164/3 1:164/22 1:165/5 1:165/16 1:166/10 1:168/25 1:169/10 1:169/17 1:170/14 1:171/9 1:171/14 1:171/22 1:172/2 1:172/14 1:173/22 1:174/1 1:174/13 1:174/24 1:176/18 1:178/12 1:179/8 1:186/14 1:194/14 1:196/1 1:198/23 1:199/19 1:201/7 1:201/12 1:201/17 1:208/21 1:210/2 1:211/17 1:212/19 1:213/2 1:213/4 1:214/14 1:214/19 1:214/21
**old [20]** 1:12/9 1:28/22 1:37/10 1:64/19 1:65/24 1:77/9 1:108/4 1:108/12 1:110/10 1:110/19 1:113/1 1:113/3 1:113/6 1:113/10 1:113/16 1:113/25 1:121/6 1:159/16 1:185/11 1:185/11
**older [10]** 1:22/21 1:23/1 1:23/5 1:23/20 1:25/10 1:77/6 1:77/12 1:104/8 1:108/1 1:136/11
**Oliver [1]** 1:73/20
**onboard [2]** 1:82/11 1:83/19
**onboarding [6]** 1:32/25 1:33/13 1:34/8 1:34/15 1:83/6 1:120/9
**once [1]** 1:137/19
**one [81]** 1:5/8 1:6/8 1:6/8 1:6/10 1:15/2 1:19/2 1:19/6 1:20/22 1:22/12 1:27/23 1:30/2 1:30/17 1:34/6 1:34/6 1:34/12 1:36/9 1:38/8 1:38/17 1:43/25 1:45/7 1:53/9 1:54/25 1:55/5 1:59/5 1:60/23 1:63/14 1:68/4 1:69/4 1:71/18 1:73/12 1:73/16 1:74/3 1:74/5 1:74/21 1:80/13 1:81/22 1:83/3 1:85/9 1:86/1 1:87/21 1:88/23 1:96/24 1:97/3 1:97/11 1:98/23 1:100/15 1:102/22 1:105/9 1:108/22 1:109/4 1:115/20 1:117/11 1:119/22 1:133/5 1:134/18 1:144/18 1:146/5 1:150/16 1:150/17 1:150/25 1:151/1 1:151/9 1:152/7 1:155/20 1:155/25 1:156/4 1:164/24 1:164/24 1:177/1 1:180/17 1:182/1 1:183/16 1:185/13 1:185/21 1:191/21 1:192/3 1:200/2 1:202/8 1:202/14 1:207/17 1:211/11
**one-off [1]** 1:83/3
**ones [2]** 1:74/19 1:136/12
**ongoing [1]** 1:209/4
**online [1]** 1:26/1
**only [40]** 1:3/23 1:5/9 1:31/6 1:42/19 1:43/25 1:45/12 1:49/3 1:49/25 1:49/25 1:59/21 1:66/5 1:70/11 1:78/15 1:93/17 1:109/2 1:109/4 1:109/10 1:109/13 1:112/14 1:116/23 1:126/1 1:129/4 1:130/17 1:130/22 1:134/8 1:141/1 1:141/1 1:150/12 1:150/12 1:153/21 1:167/24 1:168/12 1:185/19 1:196/7 1:201/18 1:204/8 1:207/17 1:212/2 1:212/4 1:213/25
**open [2]** 1:102/5 1:140/15
**opened [3]** 1:138/10 1:190/8 1:190/10
**opening [5]** 1:40/17 1:40/19 1:49/14 1:50/3 1:213/21
**opens [2]** 1:140/22 1:166/14
**operate [2]** 1:87/23 1:174/10
**operates [4]** 1:76/12 1:91/1 1:91/5 1:153/21
**operating [1]** 1:174/5
**operation [27]** 1:1/6 1:3/12 1:6/16 1:46/12 1:49/21 1:50/20 1:70/1 1:70/5 1:85/14 1:88/16 1:90/9 1:92/24 1:98/4 1:98/18 1:100/2 1:138/3 1:149/18 1:174/2 1:174/7 1:203/25 1:205/11 1:206/19 1:206/25 1:211/7 1:211/9 1:211/14 1:211/16

**O**

**operations [2]** 1:152/9 1:174/11
**opportunity [20]** 1:14/12 1:47/19 1:47/21 1:47/23 1:48/2 1:48/8 1:71/8 1:72/22 1:75/24 1:75/25 1:77/9 1:77/19 1:85/20 1:85/21 1:85/24 1:160/16 1:160/21 1:202/17 1:213/5 1:213/9
**opposed [1]** 1:14/2
**opposition [1]** 1:36/1
**option [2]** 1:87/6 1:131/7
**order [25]** 1:8/2 1:14/25 1:45/12 1:47/10 1:50/22 1:69/24 1:70/21 1:70/25 1:71/4 1:72/17 1:77/3 1:81/3 1:81/18 1:83/20 1:87/22 1:92/14 1:94/7 1:94/14 1:98/11 1:120/16 1:149/15 1:189/17 1:196/12 1:201/22 1:201/23
**orders [1]** 1:50/9
**ordinary [3]** 1:56/16 1:61/9 1:78/23
**organization's [1]** 1:151/14
**origin [2]** 1:144/23 1:145/23
**original [3]** 1:33/21 1:114/6 1:188/2
**other [81]** 1:4/3 1:4/8 1:4/8 1:10/1 1:11/12 1:21/17 1:21/19 1:24/7 1:29/8 1:29/25 1:30/2 1:30/18 1:39/19 1:40/15 1:40/22 1:43/11 1:44/12 1:46/22 1:50/13 1:52/5 1:53/21 1:60/14 1:68/18 1:69/1 1:69/16 1:69/22 1:71/22 1:72/6 1:74/2 1:75/21 1:76/2 1:76/3 1:77/6 1:78/16 1:82/18 1:85/13 1:86/14 1:88/11 1:89/10 1:89/18 1:90/19 1:95/10 1:96/17 1:98/2 1:98/21 1:99/1 1:99/6 1:99/11 1:109/1 1:109/7 1:113/23 1:117/12 1:118/17 1:151/20 1:152/7 1:153/25 1:155/7 1:155/25 1:160/12 1:160/17 1:160/23 1:164/24 1:165/5 1:168/13 1:181/9 1:181/25 1:182/16 1:183/21 1:186/18 1:199/20 1:199/21 1:200/10 1:200/11 1:204/12 1:208/12 1:209/11 1:210/11 1:210/13 1:213/19 1:213/22 1:215/16
**others [7]** 1:4/21 1:74/9 1:77/7 1:111/8 1:183/12 1:185/12 1:196/19
**otherwise [2]** 1:7/24 1:210/14
**ought [1]** 1:207/17
**our [150]** 1:4/25 1:20/13 1:22/13 1:26/12 1:34/8 1:38/14 1:38/14 1:39/7 1:39/16 1:40/1 1:40/17 1:40/18 1:44/21 1:47/14 1:48/12 1:48/24 1:49/5 1:55/22 1:55/22 1:57/19 1:59/20 1:69/21 1:70/5 1:70/22 1:70/22 1:71/4 1:71/5 1:71/21 1:71/21 1:71/25 1:72/1 1:72/1 1:72/21 1:72/21 1:72/25 1:73/16 1:74/3 1:74/3 1:74/4 1:74/4 1:74/16 1:74/17 1:74/17 1:74/25 1:75/2 1:75/7 1:75/8 1:75/14 1:77/17 1:77/19 1:78/8 1:78/12 1:78/17 1:78/20 1:79/2 1:79/6 1:80/19 1:80/19 1:80/22 1:80/22 1:80/23 1:81/3 1:81/15 1:81/16 1:81/19 1:82/13 1:82/20 1:82/25 1:84/10 1:84/12 1:85/1 1:85/2 1:85/19 1:85/24 1:85/25 1:86/1 1:87/4 1:87/16 1:87/22 1:87/24 1:88/3 1:88/14 1:88/22 1:89/1 1:89/1 1:89/3 1:89/17 1:89/21 1:90/1 1:90/1 1:90/8 1:90/13 1:90/15 1:90/15 1:90/23 1:92/7 1:92/15 1:92/18 1:93/24 1:94/1 1:95/9 1:96/25 1:97/1 1:97/8 1:98/11 1:98/12 1:98/15 1:99/6 1:99/6 1:99/10 1:100/20 1:101/7 1:104/5 1:108/2 1:108/8 1:121/16 1:131/20 1:136/22 1:151/10 1:152/9 1:153/7 1:153/19 1:153/20 1:154/15 1:156/21 1:158/7 1:158/19 1:158/19 1:160/3 1:160/12 1:160/17 1:160/21 1:172/20 1:173/25 1:184/19 1:189/18 1:189/21 1:191/21 1:191/22 1:191/23 1:191/23 1:195/5 1:195/8 1:195/8 1:200/12 1:200/13 1:204/11 1:204/13 1:209/20 1:213/10
**out [36]** 1:4/3 1:6/25 1:10/15 1:15/1 1:16/4 1:16/6 1:25/23 1:26/9 1:30/16 1:35/23 1:39/9 1:40/17 1:46/12 1:48/2 1:58/14 1:77/3 1:78/10 1:78/20 1:83/6 1:91/8 1:112/8 1:112/8 1:119/22 1:146/18 1:152/3 1:155/5 1:155/14 1:165/24 1:166/2 1:181/19 1:188/18 1:196/13 1:209/3 1:210/14 1:211/4 1:211/16
**outcome [1]** 1:155/13
**outline [2]** 1:111/25 1:112/1
**outlined [1]** 1:99/15
**outside [9]** 1:55/12 1:69/24 1:80/12 1:97/1 1:97/23 1:137/4 1:190/1 1:190/4 1:196/18
**over [25]** 1:7/20 1:43/8 1:43/8 1:45/3 1:45/3 1:46/4 1:46/4 1:66/9 1:66/16 1:68/25 1:73/6 1:74/6 1:105/1 1:140/22 1:145/17 1:152/18 1:152/18 1:152/18 1:152/21 1:160/6 1:160/19 1:161/15 1:162/8 1:212/10 1:215/17
**overarching [2]** 1:84/7 1:94/22
**overlap [1]** 1:80/20
**Overruled [1]** 1:178/10
**overwhelming [1]** 1:6/5
**own [14]** 1:8/9 1:8/16 1:38/16 1:47/15 1:55/24 1:62/8 1:64/23 1:74/17 1:81/20 1:90/15 1:91/4 1:113/19 1:143/11 1:143/12
**owned [7]** 1:8/19 1:9/17 1:38/2 1:39/11 1:69/16 1:105/24 1:149/9
**owner [2]** 1:24/22 1:147/5
**owners [1]** 1:76/6
**ownership [2]** 1:62/13 1:156/25
**owns [7]** 1:8/10 1:8/12 1:46/3 1:76/10 1:76/12 1:91/1 1:175/5

**P**

**P [2]** 1:2/13 1:2/19
**p.m [1]** 1:216/16
**page [199]** 1:5/12 1:8/2 1:22/14 1:27/25 1:35/8 1:35/8 1:36/13 1:36/14 1:36/18 1:36/24 1:36/24 1:37/3 1:37/11 1:37/15 1:37/19 1:37/21 1:38/11 1:38/14 1:38/20 1:39/9 1:39/10 1:39/21 1:40/14 1:40/23 1:40/25 1:41/12 1:41/13 1:41/16 1:41/20 1:42/2 1:42/14 1:51/8 1:52/10 1:55/22 1:56/24 1:58/7 1:58/14 1:58/21 1:58/21 1:59/8 1:59/14 1:59/15 1:59/21 1:59/23 1:59/24 1:60/5 1:61/12 1:61/14 1:61/18 1:79/16 1:79/17 1:82/7 1:82/7 1:86/5 1:86/10 1:86/11 1:86/13 1:86/14 1:86/21 1:94/4 1:94/11 1:94/25 1:95/3 1:96/13 1:100/19 1:100/21 1:100/22 1:100/24 1:101/2 1:101/4 1:101/17 1:101/25 1:103/3 1:103/12 1:104/4 1:104/9 1:106/23 1:107/1 1:111/3 1:114/7 1:115/6 1:115/16 1:115/19 1:116/1 1:116/5 1:116/13 1:116/24 1:117/11 1:118/12 1:118/24 1:119/1 1:122/18 1:122/19 1:123/13 1:123/21 1:123/23 1:123/24 1:123/24 1:123/25 1:124/8 1:124/11 1:124/13 1:124/16 1:124/19 1:124/25 1:125/19 1:125/23 1:125/25 1:126/1 1:126/16 1:126/17 1:126/19 1:126/20 1:127/10 1:127/12 1:127/17 1:127/20 1:128/2 1:129/8 1:129/12 1:129/12 1:129/14 1:129/15 1:129/24 1:130/1 1:130/14 1:130/16 1:130/23 1:131/2 1:131/3 1:131/4 1:131/9 1:132/2 1:132/3 1:132/4 1:132/6 1:132/9 1:132/12 1:132/23 1:133/12 1:134/6 1:134/7 1:138/11 1:140/23 1:157/11 1:157/16 1:159/5 1:159/17 1:159/18 1:160/19 1:161/1 1:161/5 1:161/6 1:161/7 1:161/8 1:161/8 1:161/9 1:161/18 1:163/24 1:164/7 1:164/11 1:164/18 1:164/18 1:164/19 1:164/20 1:165/4 1:165/9 1:166/14 1:169/10 1:169/12 1:169/13 1:169/15 1:169/23 1:170/8 1:170/17 1:170/20 1:170/25 1:171/15 1:171/23 1:171/25 1:172/3 1:172/5 1:172/16 1:172/23 1:173/1 1:173/4 1:173/5 1:175/17 1:175/22 1:179/9 1:186/14 1:188/11 1:188/11 1:188/16 1:188/19 1:192/25 1:207/17 1:214/8 1:214/11
**Page 1 [1]** 1:159/5
**Page 10 [2]** 1:86/13 1:161/8
**Page 11 [6]** 1:5/12 1:51/8 1:86/5 1:86/11 1:86/21 1:157/11
**Page 1140 [1]** 1:27/25
**Page 12 [1]** 1:161/8
**Page 13 [1]** 1:161/9
**Page 14 [2]** 1:41/12 1:86/14
**Page 15 [4]** 1:131/2 1:131/4 1:132/4 1:161/18
**Page 16 [1]** 1:169/13
**Page 20 [1]** 1:38/11
**Page 24 [1]** 1:129/24
**Page 3 [15]** 1:36/24 1:39/9 1:40/25 1:56/24 1:58/7 1:58/14 1:58/21 1:59/15 1:114/7 1:116/24 1:122/18 1:123/13 1:123/25 1:170/17 1:170/20
**Page 6 [2]** 1:39/21 1:161/5

P


**Page 67 [4]** 1:35/8 1:82/7 1:118/24 1:119/1
**Page 7 [2]** 1:40/14 1:161/6
**Page 8 [1]** 1:22/14
**Page 9 [1]** 1:161/7
**page-wise [1]** 1:214/11
**pages [46]** 1:19/24 1:20/7 1:22/8 1:36/9 1:38/15 1:38/24 1:39/6 1:40/13 1:40/15 1:40/23 1:41/6 1:55/23 1:58/14 1:59/12 1:60/6 1:60/7 1:60/10 1:61/13 1:63/23 1:64/1 1:86/16 1:87/13 1:89/16 1:89/17 1:90/10 1:91/15 1:91/20 1:99/13 1:105/21 1:106/19 1:116/23 1:116/23 1:116/24 1:117/24 1:124/10 1:124/22 1:125/2 1:134/1 1:159/21 1:161/9 1:161/11 1:181/9 1:186/12 1:200/24 1:214/12 1:214/15
**Pages 13 [1]** 1:91/20
**Pages 14 [1]** 1:58/14
**Pages 3 [3]** 1:116/23 1:116/24 1:117/24
**Pages 6 [3]** 1:105/21 1:106/19 1:186/12
**paid [3]** 1:45/3 1:206/12 1:207/16
**pane [2]** 1:140/15 1:140/18
**paper [1]** 1:170/21
**papers [7]** 1:3/14 1:5/16 1:7/20 1:8/25 1:9/3 1:36/1 1:208/22
**paragraph [48]** 1:5/1 1:7/3 1:7/5 1:8/6 1:10/3 1:10/4 1:10/5 1:17/23 1:18/16 1:18/24 1:22/20 1:31/10 1:31/19 1:31/22 1:32/5 1:32/8 1:32/14 1:33/11 1:33/25 1:38/9 1:38/22 1:55/18 1:55/19 1:57/16 1:63/17 1:63/20 1:81/7 1:82/4 1:84/1 1:89/9 1:91/25 1:97/9 1:97/12 1:118/12 1:119/5 1:119/7 1:121/11 1:129/25 1:130/3 1:130/20 1:131/3 1:131/25 1:132/1 1:163/25 1:170/6 1:184/10 1:184/12
1:187/13
**Paragraph 10 [1]** 1:184/10
**Paragraph 18 [3]** 1:33/11 1:119/5 1:119/7
**Paragraph 2 [1]** 1:187/13
**Paragraph 21 [2]** 1:63/17 1:63/20
**Paragraph 23 [1]** 1:5/1
**Paragraph 24 [4]** 1:129/25 1:130/3 1:130/20 1:131/3
**Paragraph 25 [3]** 1:131/25 1:132/1 1:163/25
**Paragraph 32 [1]** 1:32/8
**Paragraph 41 [6]** 1:7/3 1:7/5 1:10/3 1:10/4 1:31/10 1:55/19
**Paragraph 42 [1]** 1:10/5
**Paragraph 44 [1]** 1:84/1
**Paragraph 45 [1]** 1:89/9
**Paragraph 46 [5]** 1:33/25 1:38/9 1:38/22 1:57/16 1:82/4
**Paragraph 49 [1]** 1:91/25
**Paragraph 50 [2]** 1:97/9 1:97/12
**Paragraph 52 [4]** 1:31/19 1:31/22 1:32/5 1:81/7
**Paragraph 9 [1]** 1:17/23
**paragraphs [2]** 1:41/1 1:63/17
**Paragraphs 27 [1]** 1:41/1
**pardon [2]** 1:145/1 1:162/2
**Parfums [1]** 1:53/1
**part [25]** 1:35/4 1:58/14 1:61/11 1:69/20 1:69/23 1:70/20 1:75/13 1:78/5 1:91/8 1:103/2 1:112/22 1:119/9 1:125/13 1:136/19 1:141/19 1:169/21 1:178/16 1:179/10 1:180/19 1:184/24 1:184/25 1:187/9 1:198/2 1:199/18 1:209/4
**participate [1]** 1:182/20
**particular [20]** 1:60/21 1:72/5 1:83/2 1:87/10 1:93/4 1:98/23
1:110/22 1:114/6 1:118/24 1:124/15 1:132/4 1:136/15 1:136/16 1:139/10 1:157/10 1:163/23 1:179/24 1:186/3 1:186/21 1:193/22
**particularly [2]** 1:88/23 1:97/21
**parties [16]** 1:20/20 1:24/8 1:25/20 1:30/21 1:65/23 1:66/16 1:96/21 1:97/10 1:98/5 1:98/8 1:98/9 1:98/11 1:98/13 1:99/10 1:201/8 1:210/24
**Partly [1]** 1:181/22
**partner [2]** 1:58/16 1:117/19
**partnering [1]** 1:154/5
**partners [1]** 1:81/8
**partnership [2]** 1:117/3 1:117/7
**party [10]** 1:11/13 1:23/16 1:23/17 1:31/24 1:45/14 1:46/8 1:66/6 1:66/10 1:169/19 1:173/20
**passages [1]** 1:22/24
**passed [1]** 1:21/21
**passive [1]** 1:24/1
**passively [1]** 1:24/6
**past [1]** 1:18/17
**Patent [2]** 1:143/10 1:143/11
**path [1]** 1:183/7
**paths [1]** 1:183/11
**Patou [1]** 1:53/1
**pause [1]** 1:99/16
**pay [5]** 1:45/13 1:50/7 1:134/24 1:136/13 1:137/15
**paying [2]** 1:18/20 1:136/18
**payment [3]** 1:83/16 1:83/16 1:120/12
**Payments [2]** 1:82/13 1:83/15
**PDF [1]** 1:178/22
**peer [4]** 1:83/16 1:83/16 1:120/12 1:120/12
**penalty [1]** 1:188/6
**Pennsylvania [4]** 1:29/10 1:51/5 1:51/8 1:153/5
**penultimate [1]** 1:118/12
**people [59]** 1:9/11 1:12/9 1:15/20 1:17/3 1:18/18 1:24/7 1:25/25 1:26/6 1:37/16 1:44/8 1:45/4 1:56/13 1:56/18 1:56/19 1:64/19 1:75/3 1:75/4 1:75/8 1:75/11
1:75/21 1:78/8 1:78/13 1:78/19 1:80/10 1:80/11 1:80/15 1:80/16 1:80/24 1:93/22 1:94/19 1:96/15 1:113/5 1:113/24 1:123/7 1:124/7 1:124/9 1:126/23 1:135/4 1:136/12 1:136/22 1:137/3 1:137/5 1:141/8 1:142/22 1:144/9 1:145/6 1:149/11 1:152/21 1:152/22 1:152/22 1:156/16 1:165/13 1:167/2 1:167/15 1:168/3 1:168/12 1:185/7 1:193/19 1:197/12
**people's [1]** 1:14/25
**per [1]** 1:7/21
**perceived [1]** 1:62/24
**percent [3]** 1:111/15 1:191/3 1:209/1
**period [1]** 1:93/10
**periodic [3]** 1:96/23 1:97/20 1:201/3
**periodically [3]** 1:51/25 1:97/4 1:97/23
**periods [2]** 1:72/5 1:72/6
**perjury [1]** 1:188/6
**permanently [2]** 1:140/24 1:140/25
**permissible [1]** 1:168/25
**permission [13]** 1:31/4 1:32/13 1:81/19 1:92/11 1:92/20 1:96/10 1:96/12 1:170/3 1:173/16 1:193/5 1:197/13 1:197/25 1:198/5
**permitted [2]** 1:93/8 1:173/14
**person [4]** 1:14/9 1:111/12 1:138/25 1:138/25
**person's [2]** 1:107/6 1:107/25
**personal [2]** 1:78/2 1:187/21
**perspective [2]** 1:95/20 1:211/9
**persuade [1]** 1:207/10
**persuasive [1]** 1:28/5
**petition [2]** 1:70/4 1:70/4
**phone [28]** 1:10/18 1:10/20 1:10/25 1:64/7 1:64/21 1:65/1 1:105/24 1:106/5 1:107/4 1:107/24 1:107/25 1:108/13 1:108/24 1:109/3
1:109/6 1:109/7 1:109/11 1:109/13 1:109/14 1:109/24 1:110/5 1:111/20 1:112/14 1:112/16 1:113/2 1:113/6 1:114/1 1:186/18
**phones [6]** 1:10/14 1:11/14 1:13/23 1:14/25 1:18/13 1:110/14
**phrase [1]** 1:136/6
**PI [3]** 1:59/13 1:211/19 1:211/23
**pick [1]** 1:157/5
**picture [7]** 1:10/22 1:106/3 1:106/4 1:107/15 1:112/4 1:112/5 1:112/7
**pictured [4]** 1:112/3 1:112/4 1:112/4 1:113/1
**pictures [2]** 1:105/23 1:106/2
**piece [4]** 1:64/19 1:65/12 1:171/3 1:171/6
**pieces [4]** 1:10/1 1:145/14 1:152/7 1:182/25
**pin [4]** 1:27/25 1:30/4 1:52/7 1:192/7
**pinpoint [1]** 1:192/8
**place [16]** 1:16/17 1:71/1 1:80/4 1:80/8 1:88/9 1:111/6 1:111/7 1:112/3 1:137/6 1:142/6 1:168/8 1:172/6 1:183/7 1:183/8 1:195/4 1:211/13
**placed [1]** 1:26/15
**places [2]** 1:27/5 1:208/4
**plaintiff [4]** 1:1/4 1:2/5 1:151/9 1:203/20
**plaintiffs [1]** 1:66/23
**platform [59]** 1:7/22 1:29/7 1:48/9 1:64/5 1:71/16 1:71/16 1:71/18 1:72/5 1:75/2 1:75/4 1:75/8 1:76/1 1:76/4 1:77/2 1:77/17 1:80/14 1:81/13 1:81/14 1:81/16 1:81/17 1:81/24 1:83/17 1:87/6 1:87/8 1:88/1 1:90/1 1:90/5 1:90/8 1:90/15 1:91/4 1:97/8 1:98/12 1:98/15 1:99/11 1:100/20 1:114/16 1:152/2 1:152/21 1:160/15 1:160/17 1:160/21 1:162/19 1:171/18 1:173/5 1:173/25

P


**platform... [14]**
1:182/8 1:188/20
1:191/23 1:193/19
1:193/23 1:195/8
1:195/12 1:195/13
1:196/14 1:196/16
1:199/22 1:200/14
1:202/12 1:207/4
**platforms [3]** 1:77/6
1:89/11 1:91/14
**play [3]** 1:16/14
1:16/22 1:18/21
**playbook [5]** 1:59/4
1:86/9 1:87/1 1:145/15
1:157/15
**played [1]** 1:16/8
**playing [3]** 1:16/19
1:16/21 1:186/7
**please [57]** 1:2/23
1:4/19 1:30/22 1:31/7
1:32/22 1:38/8 1:52/5
1:55/5 1:56/23 1:67/6
1:67/12 1:67/17
1:67/24 1:68/10
1:100/14 1:102/3
1:102/5 1:102/6
1:102/23 1:103/9
1:105/9 1:105/15
1:106/23 1:114/6
1:116/22 1:117/25
1:118/25 1:122/6
1:125/7 1:125/22
1:126/5 1:126/14
1:127/5 1:127/7
1:127/15 1:129/15
1:130/5 1:132/17
1:138/12 1:138/13
1:159/3 1:161/18
1:164/4 1:164/13
1:165/23 1:166/13
1:171/20 1:173/11
1:174/20 1:175/15
1:176/6 1:184/10
1:186/10 1:187/14
1:188/13 1:211/3
1:215/21
**plenty [2]** 1:21/17
1:150/9
**PLIMPTON [2]** 1:2/2
1:3/3
**plural [1]** 1:202/2
**plus [2]** 1:115/10
1:168/14
**podium [1]** 1:146/16
**point [43]** 1:6/25
1:9/15 1:9/21 1:15/19
1:19/6 1:19/7 1:20/9
1:20/22 1:20/23
1:22/13 1:24/12
1:30/16 1:32/7 1:52/2
1:52/24 1:53/17
1:54/13 1:60/7 1:60/20
1:62/16 1:101/6
1:101/10 1:109/19
1:115/15 1:117/16
1:117/25 1:121/13
1:133/5 1:133/25
1:134/9 1:134/16
1:135/7 1:142/16
1:148/6 1:151/3
1:159/22 1:168/7
1:178/14 1:191/5
1:204/22 1:205/2
1:207/3 1:214/20
**pointed [8]** 1:26/9
1:39/9 1:40/16 1:58/13
1:77/3 1:151/10
1:152/8 1:169/12
**pointing [2]** 1:137/5
1:171/17
**points [1]** 1:169/24
**poke [1]** 1:205/11
**poked [1]** 1:212/18
**police [1]** 1:24/23
**policies [1]** 1:95/10
**policy [2]** 1:84/14
1:206/8
**politicians [1]**
1:196/11
**polo [1]** 1:147/17
**poor [1]** 1:52/24
**popular [2]** 1:103/2
1:152/2
**portion [2]** 1:171/7
1:182/22
**portions [1]** 1:183/14
**portraying [1]**
1:149/18
**position [16]** 1:38/1
1:42/18 1:49/5 1:69/8
1:136/23 1:137/20
1:137/22 1:144/8
1:153/19 1:153/20
1:154/15 1:190/18
1:190/19 1:190/25
1:191/7 1:204/13
**positions [1]** 1:69/1
**possibility [3]** 1:45/17
1:164/24 1:165/5
**possible [2]** 1:7/25
1:211/8
**post [19]** 1:37/18
1:38/16 1:38/24
1:55/23 1:64/25
1:90/11 1:103/19
1:103/20 1:103/24
1:103/25 1:104/4
1:159/9 1:159/11
1:159/12 1:159/13
1:159/16 1:162/5
1:164/24 1:167/16
**posted [5]** 1:61/3
1:61/4 1:105/2
1:161/15 1:200/21
**posts [9]** 1:7/8
1:85/15 1:90/19
1:91/16 1:104/8
1:111/6 1:159/16
1:161/11 1:201/1
**potential [5]** 1:48/7
1:53/17 1:57/1 1:58/15
1:82/11
**powers [1]** 1:183/5
**practical [6]** 1:95/20
1:204/19 1:205/2
1:205/4 1:209/7
1:211/14
**practice [4]** 1:90/13
1:94/20 1:167/12
1:189/21
**pre [1]** 1:42/5
**pre-role [1]** 1:42/5
**prearranged [1]**
1:215/16
**precedent [1]**
1:155/14
**precise [2]** 1:197/11
1:197/24
**precisely [2]** 1:29/2
1:211/23
**predate [1]** 1:121/7
**predates [1]** 1:121/7
**prefer [1]** 1:50/21
**preference [1]**
1:192/7
**preliminary [14]**
1:1/11 1:5/15 1:5/19
1:8/24 1:20/3 1:39/18
1:45/11 1:49/2 1:49/18
1:50/4 1:208/15
1:208/18 1:208/25
1:209/10
**premiere [1]** 1:118/4
**premiering [1]**
1:117/20
**prepared [2]** 1:99/18
1:210/1
**preparing [2]** 1:7/20
1:8/24
**preponderance [1]**
1:208/23
**presence [2]** 1:81/17
1:168/5
**present [2]** 1:86/1
1:136/2
**presentations [1]**
1:156/16
**presented [7]** 1:33/18
1:57/12 1:57/14
1:57/21 1:57/24
1:90/24 1:112/22
**presenting [1]**
1:137/1
**preserve [2]** 1:29/4
1:210/17
**preserves [1]** 1:27/18
**press [4]** 1:102/5
1:117/2 1:118/8
1:118/12
**presumably [1]**
1:135/3
**presumption [3]**
1:203/3 1:204/2
1:204/6
**pretend [1]** 1:22/4
**pretty [4]** 1:28/8
1:128/20 1:147/1
1:191/15
**prevalent [1]**
1:193/17
**prevent [1]** 1:206/15
**previous [1]** 1:141/11
**previously [3]** 1:28/13
1:181/22 1:182/10
**prima [1]** 1:204/21
**primary [25]** 1:34/24
1:36/20 1:37/12
1:70/24 1:71/2 1:73/13
1:74/15 1:80/19 1:85/7
1:88/19 1:88/25
1:93/13 1:93/17 1:99/1
1:101/20 1:114/19
1:116/13 1:126/3
1:129/23 1:163/4
1:163/5 1:168/5
1:168/6 1:181/5
1:203/13
**principle [2]** 1:24/21
1:145/13
**printout [1]** 1:55/7
**printouts [1]** 1:64/24
**prior [4]** 1:11/3
1:11/21 1:85/15
1:148/3
**privacy [1]** 1:111/12
**privately [2]** 1:135/1
1:135/6
**probably [7]** 1:20/18
1:69/6 1:99/13
1:142/20 1:174/23
1:181/15 1:181/15
**probative [1]** 1:58/13
**problem [1]** 1:146/21
**Procedure [3]** 1:62/17
1:62/22 1:149/23
**proceed [4]** 1:100/4
1:201/11 1:203/18
1:209/7
**proceeding [1]**
1:216/22
**proceedings [2]**
1:2/21 1:216/16
**process [2]** 1:33/13
1:34/16
**produced [1]** 1:109/5
**product [17]** 1:68/19
1:75/23 1:83/16
1:83/20 1:87/5 1:87/5
1:87/11 1:120/6
1:120/19 1:129/3
1:160/18 1:170/12
1:170/13 1:182/4
1:182/5 1:182/6
1:183/18
**products [11]** 1:34/19
1:83/12 1:84/12
1:126/18 1:126/19
1:128/12 1:143/18
1:143/21 1:144/23
1:160/12 1:189/18
**professional [1]**
1:151/4
**Professor [1]** 1:63/3
**profiles [1]** 1:40/15
**profit [1]** 1:16/21
**profited [1]** 1:16/18
**prohibit [2]** 1:195/6
1:195/14
**prohibited [1]**
1:194/15
**prohibits [1]** 1:194/10
**project [2]** 1:181/13
1:181/14
**prominent [2]**
1:115/20 1:115/21
**promotion [1]** 1:62/5
**pronunciation [1]**
1:52/24
**proper [1]** 1:45/13
**property [3]** 1:47/4
1:206/11 1:206/11
**proponent [2]** 1:51/12
1:52/20
**proposal [1]** 1:213/10
**propose [4]** 1:203/16
1:212/23 1:214/12
1:216/7
**proposed [3]** 1:62/19
1:62/23 1:201/23
**proposition [2]**
1:155/19 1:157/3
**prosecute [1]** 1:68/15
**prospective [1]** 1:88/4
**protect [2]** 1:69/15
1:69/21
**protectable [1]**
1:39/22
**protocol [2]** 1:125/13
1:142/14
**prove [9]** 1:6/9
1:51/11 1:52/19
1:53/21 1:204/11
1:204/18 1:205/1
1:205/8 1:209/1
**proved [2]** 1:43/1
1:204/10
**proves [1]** 1:116/14
**provide [15]** 1:58/16
1:80/18 1:81/13
1:83/10 1:87/20
1:89/24 1:92/7 1:92/21
1:95/23 1:108/9
1:160/16 1:168/4
1:173/21 1:185/8
1:199/17
**provided [12]** 1:56/6
1:56/8 1:60/10 1:87/22
1:95/25 1:107/7
1:107/9 1:127/24
1:127/25 1:159/2
1:168/10 1:168/19
**providing [7]** 1:12/21
1:76/8 1:76/9 1:83/24
1:105/9 1:160/20
1:160/21
**proving [2]** 1:204/17
1:204/25
**provision [3]** 1:193/2
1:194/9 1:194/15

**P**

**provisions [1]** 1:195/6
**PTO [3]** 1:143/25 1:144/25 1:145/1
**public [14]** 1:36/11 1:39/23 1:135/5 1:148/4 1:148/9 1:148/10 1:148/12 1:148/12 1:148/25 1:149/10 1:149/13 1:149/15 1:173/18 1:202/19
**publications [1]** 1:155/10
**publicly [3]** 1:47/5 1:61/3 1:61/4
**publish [2]** 1:38/15 1:55/23
**published [1]** 1:145/10
**publisher [1]** 1:15/23
**pull [14]** 1:19/24 1:26/19 1:43/10 1:43/21 1:65/3 1:75/7 1:78/13 1:79/2 1:108/7 1:109/22 1:110/16 1:183/8 1:184/20 1:185/2
**pulled [3]** 1:75/11 1:114/3 1:185/6
**pulling [3]** 1:15/16 1:15/18 1:33/23
**purchase [5]** 1:189/11 1:189/12 1:189/14 1:189/16 1:189/23
**purchased [1]** 1:111/21
**purchasing [4]** 1:189/9 1:190/14 1:205/23 1:205/24
**pure [1]** 1:156/24
**purely [2]** 1:154/13 1:154/25
**purport [1]** 1:64/25
**purported [1]** 1:144/9
**purpose [6]** 1:111/21 1:133/20 1:141/14 1:147/14 1:177/20 1:186/21
**purposes [8]** 1:3/23 1:5/19 1:66/4 1:71/12 1:75/21 1:107/22 1:195/15 1:200/6
**pursuant [2]** 1:16/15 1:93/21
**pursuing [1]** 1:3/17
**put [31]** 1:4/6 1:10/15 1:14/22 1:16/4 1:35/8 1:37/6 1:40/1 1:40/11 1:47/9 1:48/1 1:48/17 1:59/12 1:66/25 1:85/15 1:100/12 1:128/10 1:134/8 1:138/24 1:138/25 1:170/18 1:174/2 1:179/24 1:188/9 1:192/20 1:195/3 1:199/12 1:199/14 1:202/8 1:202/9 1:202/10 1:212/1
**putting [1]** 1:186/21

**Q**

**qualifies [1]** 1:145/3
**quality [3]** 1:66/9 1:173/17 1:173/20
**question [40]** 1:4/24 1:16/3 1:16/9 1:21/8 1:21/18 1:21/25 1:45/16 1:45/18 1:47/1 1:47/2 1:58/19 1:63/12 1:106/14 1:112/10 1:112/11 1:113/21 1:135/4 1:135/15 1:136/4 1:136/4 1:141/20 1:141/24 1:143/3 1:143/7 1:143/8 1:143/17 1:144/11 1:144/12 1:144/15 1:146/24 1:149/17 1:150/1 1:150/6 1:156/2 1:167/9 1:178/9 1:179/8 1:190/14 1:201/22 1:206/5
**questioning [2]** 1:177/20 1:192/4
**questions [17]** 1:9/8 1:12/5 1:25/4 1:25/8 1:64/16 1:64/17 1:133/7 1:133/25 1:163/22 1:185/16 1:186/17 1:186/19 1:189/6 1:192/2 1:192/5 1:192/17 1:212/13
**quick [3]** 1:135/18 1:211/12 1:213/13
**quickly [3]** 1:8/24 1:208/2 1:212/9
**quiet [1]** 1:166/7
**quite [2]** 1:40/11 1:104/19
**quo [1]** 1:210/17
**quote [8]** 1:31/23 1:57/2 1:102/19 1:121/1 1:137/10 1:158/6 1:193/2 1:199/20
**quote/unquote [1]** 1:137/10
**quoting [2]** 1:52/18 1:158/6

**R**

**R [5]** 1:2/19 1:67/20 1:67/20 1:216/23 1:216/24
**radio [3]** 1:16/8 1:16/13 1:16/22
**raise [2]** 1:49/18 1:67/17
**raised [3]** 1:39/20 1:155/24 1:204/20
**random [3]** 1:51/25 1:96/23 1:128/11
**randomly [1]** 1:97/4
**rapidly [1]** 1:121/22
**rare [2]** 1:94/18 1:196/5
**rarely [3]** 1:90/25 1:160/2 1:200/22
**rather [3]** 1:38/18 1:55/25 1:199/6
**rating [1]** 1:115/9
**re [1]** 1:138/18
**reach [11]** 1:37/16 1:57/4 1:78/8 1:81/23 1:124/8 1:124/10 1:124/12 1:124/15 1:125/2 1:196/13 1:212/22
**reachable [1]** 1:124/19
**reaching [2]** 1:78/10 1:78/20
**read [16]** 1:3/14 1:20/7 1:29/14 1:43/9 1:43/11 1:43/12 1:59/11 1:94/5 1:103/17 1:116/8 1:123/16 1:127/7 1:128/19 1:166/18 1:170/1 1:171/22
**reading [6]** 1:14/10 1:21/10 1:21/11 1:131/3 1:165/21 1:170/6
**reads [3]** 1:125/12 1:125/15 1:126/7
**real [6]** 1:3/18 1:51/16 1:129/19 1:203/2 1:203/10 1:206/5
**reality [1]** 1:129/22
**realizes [1]** 1:145/1
**really [19]** 1:14/13 1:42/23 1:43/6 1:44/24 1:59/21 1:65/25 1:84/7 1:87/5 1:156/23 1:166/5 1:181/20 1:194/17 1:203/15 1:207/9 1:207/18 1:208/22 1:211/5 1:211/24 1:213/8
**reason [21]** 1:56/5 1:61/9 1:65/10 1:66/15 1:74/5 1:74/6 1:81/25 1:121/15 1:144/25 1:149/2 1:149/5 1:152/19 1:171/5 1:180/25 1:183/16 1:183/17 1:192/8 1:202/7 1:206/8 1:209/3 1:215/10
**reasonable [4]** 1:8/5 1:18/5 1:18/8 1:21/23
**reasoned [1]** 1:183/24
**reasons [6]** 1:14/4 1:28/15 1:73/16 1:111/12 1:112/18 1:211/14
**rebrand [23]** 1:27/19 1:28/16 1:37/12 1:37/19 1:38/24 1:41/15 1:44/4 1:70/24 1:70/24 1:80/3 1:80/4 1:80/16 1:85/15 1:91/8 1:153/10 1:162/23 1:178/17 1:180/3 1:195/21 1:204/8 1:205/16 1:206/18 1:206/21
**rebranded [6]** 1:73/13 1:74/15 1:151/3 1:151/5 1:151/8 1:206/22
**rebranding [11]** 1:11/3 1:36/16 1:73/8 1:76/3 1:179/10 1:180/20 1:180/21 1:180/22 1:183/19 1:199/21 1:201/1
**rebrands [1]** 1:206/17
**rebut [2]** 1:138/22 1:139/3
**recall [20]** 1:79/10 1:130/8 1:130/11 1:130/12 1:130/13 1:130/18 1:130/19 1:130/20 1:157/22 1:157/23 1:157/24 1:175/3 1:185/15 1:186/16 1:186/20 1:188/10 1:188/12 1:189/7 1:196/5 1:196/20
**receive [1]** 1:111/7
**recent [4]** 1:91/16 1:134/10 1:159/9 1:159/12
**recently [1]** 1:206/2
**recess [4]** 1:67/5 1:122/5 1:174/19 1:211/2
**recipient [1]** 1:55/9
**recognition [1]** 1:30/9
**recognize [1]** 1:173/6
**recognized [1]** 1:183/20
**recommended [1]** 1:154/7
**record [72]** 1:4/6 1:6/22 1:10/17 1:12/3 1:13/17 1:14/18 1:14/22 1:15/12 1:17/6 1:17/11 1:17/13 1:17/15 1:18/25 1:19/8 1:19/18 1:19/23 1:19/23 1:22/9 1:22/25 1:23/19 1:26/4 1:31/12 1:31/18 1:33/20 1:36/6 1:36/22 1:41/14 1:45/8 1:45/21 1:49/10 1:54/20 1:67/18 1:76/10 1:91/19 1:108/3 1:108/11 1:109/17 1:109/21 1:110/6 1:110/8 1:110/13 1:111/16 1:113/12 1:113/13 1:113/18 1:113/23 1:119/20 1:119/25 1:120/19 1:120/23 1:120/24 1:123/16 1:124/4 1:124/14 1:124/18 1:124/23 1:134/1 1:134/9 1:139/12 1:140/4 1:158/15 1:158/17 1:158/20 1:159/1 1:167/6 1:168/7 1:168/18 1:168/21 1:192/4 1:212/3 1:212/4 1:214/22
**records [1]** 1:187/22
**Reddit [3]** 1:64/24 1:134/14 1:134/15
**redirect [16]** 1:29/12 1:141/2 1:151/11 1:153/10 1:154/13 1:155/1 1:155/12 1:156/13 1:156/24 1:166/4 1:166/8 1:166/9 1:166/9 1:174/16 1:174/22 1:175/1
**redirected [1]** 1:90/8
**redirecting [3]** 1:145/2 1:151/10 1:152/19
**redirects [5]** 1:6/20 1:61/20 1:61/25 1:62/7 1:140/12
**refer [11]** 1:7/7 1:7/7 1:63/2 1:81/7 1:84/1 1:87/15 1:89/22 1:97/9 1:154/23 1:172/18 1:214/5
**reference [12]** 1:29/14 1:36/19 1:37/11 1:38/16 1:41/1 1:54/22 1:62/11 1:77/4 1:78/19 1:81/16 1:112/20 1:127/21
**referenced [4]** 1:50/23 1:55/1 1:67/9 1:73/23
**references [30]** 1:12/16 1:12/17 1:28/18 1:37/14 1:37/19 1:51/18 1:53/7 1:72/15 1:74/2 1:85/11 1:85/20 1:85/22 1:87/13 1:88/15 1:92/13 1:101/20 1:106/9 1:106/10 1:106/11 1:106/12 1:107/7 1:107/18 1:107/20 1:108/7 1:108/15 1:108/15

**R**


**references... [4]** 1:110/25 1:179/13 1:181/7 1:183/6
**referencing [2]** 1:26/6 1:126/21
**referred [3]** 1:64/2 1:85/15 1:88/16
**referring [9]** 1:58/22 1:58/23 1:59/6 1:78/22 1:79/10 1:91/11 1:91/20 1:145/14 1:188/25
**reflect [1]** 1:64/25
**reflects [2]** 1:89/5 1:129/22
**Refraining [1]** 1:66/17
**refresh [1]** 1:15/1
**refused [1]** 1:63/1
**regarding [2]** 1:130/9 1:168/22
**regardless [2]** 1:12/22 1:44/4
**register [6]** 1:71/11 1:75/18 1:142/8 1:154/20 1:200/3 1:200/6
**registered [3]** 1:142/2 1:150/2 1:202/4
**registers [1]** 1:200/1
**registrar [1]** 1:142/3
**registrars [1]** 1:142/13
**registration [9]** 1:34/25 1:35/17 1:58/1 1:62/25 1:141/11 1:204/3 1:204/4 1:206/15 1:206/20
**registrations [3]** 1:5/3 1:141/7 1:141/9
**registries [1]** 1:200/2
**registry [2]** 1:74/25 1:200/12
**regular [4]** 1:83/5 1:119/9 1:119/20 1:131/21
**regularly [4]** 1:79/5 1:119/18 1:160/3 1:187/23
**rehabilitate [1]** 1:60/1
**reiterate [1]** 1:208/5
**relate [1]** 1:135/18
**related [16]** 1:71/21 1:78/13 1:79/3 1:83/15 1:83/22 1:84/10 1:182/23 1:183/21 1:185/3 1:186/3 1:186/5 1:186/7 1:189/18 1:199/2 1:199/6 1:199/18
**relating [1]** 1:84/25
**relationship [1]** 1:73/2
**relationships [1]** 1:81/11
**release [3]** 1:117/2 1:118/8 1:118/12
**relevant [14]** 1:109/4 1:110/16 1:110/24 1:112/21 1:149/6 1:149/12 1:152/25 1:156/3 1:171/7 1:177/13 1:182/14 1:182/24 1:187/11 1:192/8
**relic [2]** 1:25/22 1:65/11
**relies [1]** 1:79/5
**relinquished [1]** 1:90/23
**rely [4]** 1:25/9 1:26/8 1:79/7 1:187/23
**relying [1]** 1:26/10
**remain [1]** 1:122/12
**remains [5]** 1:33/13 1:34/16 1:128/24 1:132/7 1:134/16
**remedy [1]** 1:46/11
**remember [11]** 1:130/23 1:131/16 1:132/1 1:157/18 1:157/19 1:157/20 1:159/15 1:159/18 1:196/11 1:200/19 1:200/20
**remind [1]** 1:122/11
**remnant [2]** 1:59/24 1:60/8
**remnants [2]** 1:85/16 1:98/19
**remove [5]** 1:59/23 1:61/11 1:63/24 1:85/22 1:181/6
**removed [1]** 1:109/7
**repeat [1]** 1:212/4
**repeated [1]** 1:146/7
**replace [1]** 1:181/7
**replies [1]** 1:213/12
**reply [48]** 1:12/13 1:14/20 1:15/16 1:17/17 1:22/13 1:32/8 1:32/10 1:32/16 1:33/11 1:33/14 1:33/18 1:34/15 1:39/16 1:40/3 1:40/4 1:40/10 1:64/23 1:91/21 1:105/7 1:105/12 1:105/21 1:106/4 1:106/15 1:106/19 1:112/22 1:119/5 1:119/7 1:129/25 1:130/3 1:130/21 1:130/25 1:131/13 1:131/16 1:159/15 1:159/19 1:163/20 1:163/25 1:184/7 1:186/11 1:187/16 1:187/17 1:187/19 1:188/3 1:190/2 1:190/2 1:212/4 1:212/8 1:216/3
**reporter [5]** 1:62/20 1:174/17 1:191/15 1:216/18 1:216/24
**repositories [1]** 1:142/21
**repository [8]** 1:142/9 1:142/12 1:148/15 1:148/16 1:148/17 1:148/20 1:148/21 1:148/24
**represent [1]** 1:72/4
**representative [1]** 1:64/8
**represented [1]** 1:155/16
**reputation [3]** 1:46/7 1:46/9 1:46/11
**requested [1]** 1:95/25
**required [1]** 1:196/15
**requirements [3]** 1:130/15 1:132/6 1:132/13
**requirements,' [1]** 1:131/8
**requires [2]** 1:98/21 1:145/4
**reregister [1]** 1:141/8
**reserve [2]** 1:96/12 1:144/24
**resides [2]** 1:11/13 1:64/21
**residual [2]** 1:155/25 1:207/2
**resolve [11]** 1:71/13 1:75/19 1:101/23 1:101/24 1:102/12 1:142/4 1:142/18 1:180/12 1:180/15 1:200/7 1:200/10
**resolved [2]** 1:140/17 1:209/9
**resolves [7]** 1:100/18 1:100/20 1:100/23 1:102/8 1:103/15 1:127/8 1:142/3
**resource [1]** 1:183/17
**resources [3]** 1:74/8 1:164/3 1:164/8
**respect [14]** 1:4/24 1:9/23 1:16/11 1:71/25 1:82/17 1:87/20 1:92/10 1:107/5 1:108/7 1:162/11 1:162/11 1:201/9 1:208/4 1:212/15
**respects [1]** 1:155/12
**respond [6]** 1:78/3 1:98/6 1:98/17 1:153/15 1:208/2 1:213/22
**responded [1]** 1:186/23
**responds [2]** 1:159/22 1:159/25
**response [7]** 1:85/17 1:88/18 1:90/12 1:93/2 1:146/9 1:146/10 1:152/5
**responsibilities [3]** 1:68/14 1:70/20 1:96/24
**responsibility [3]** 1:69/20 1:69/23 1:78/5
**responsible [2]** 1:69/13 1:180/5
**rest [2]** 1:146/4 1:187/10
**restrained [1]** 1:45/15
**restraining [1]** 1:45/12
**restricter [4]** 1:59/23 1:61/8 1:63/25 1:124/6
**restrictions [2]** 1:93/8 1:94/5
**result [4]** 1:125/12 1:175/11 1:176/3 1:176/15
**results [9]** 1:60/6 1:125/11 1:126/21 1:133/9 1:136/14 1:168/17 1:199/1 1:199/6 1:199/17
**resume [1]** 1:156/1
**retain [2]** 1:73/14 1:75/16
**retains [1]** 1:167/19
**reverse [1]** 1:156/7
**review [6]** 1:97/22 1:119/8 1:119/11 1:119/12 1:187/22 1:188/2
**reviewed [1]** 1:185/22
**reviews [2]** 1:97/3 1:97/3
**revised [2]** 1:158/2 1:158/4
**revoke [1]** 1:96/12
**Rewards [1]** 1:97/13
**rid [1]** 1:47/6
**right [189]** 1:3/13 1:7/11 1:7/13 1:7/15 1:9/13 1:9/19 1:10/11 1:11/20 1:15/10 1:15/21 1:16/15 1:21/15 1:22/3 1:23/5 1:26/2 1:26/7 1:30/14 1:30/15 1:31/9 1:31/21 1:32/6 1:32/18 1:33/24 1:36/2 1:36/21 1:38/25 1:41/17 1:42/8 1:42/17 1:42/17 1:42/18 1:42/25 1:43/14 1:44/9 1:44/13 1:44/15 1:46/25 1:49/17 1:49/21 1:49/25 1:50/3 1:50/16 1:51/15 1:52/12 1:53/24 1:53/25 1:54/5 1:55/5 1:59/15 1:61/17 1:61/21 1:66/2 1:66/18 1:66/22 1:67/2 1:67/3 1:67/13 1:70/12 1:82/7 1:86/12 1:96/12 1:96/14 1:102/1 1:103/5 1:103/22 1:104/10 1:104/25 1:105/4 1:110/1 1:111/9 1:111/10 1:111/22 1:112/5 1:112/6 1:112/9 1:114/2 1:114/18 1:115/2 1:117/13 1:117/14 1:118/7 1:118/22 1:119/3 1:121/6 1:122/9 1:122/11 1:123/8 1:124/16 1:126/3 1:129/22 1:133/3 1:134/22 1:135/15 1:136/24 1:137/23 1:140/19 1:142/1 1:143/4 1:144/1 1:145/6 1:147/19 1:147/24 1:148/2 1:148/8 1:148/22 1:149/24 1:151/22 1:153/13 1:154/2 1:154/22 1:154/24 1:157/4 1:157/5 1:158/10 1:160/5 1:161/4 1:161/23 1:162/4 1:162/10 1:162/20 1:163/3 1:163/4 1:163/18 1:164/23 1:165/1 1:165/18 1:169/14 1:169/18 1:169/23 1:170/7 1:170/9 1:170/23 1:170/25 1:171/4 1:174/18 1:174/21 1:175/23 1:176/17 1:176/25 1:179/2 1:179/2 1:182/22 1:190/16 1:191/8 1:191/13 1:192/17 1:193/9 1:193/13 1:194/8 1:194/13 1:196/24 1:197/11 1:197/15 1:198/11 1:200/16 1:201/4 1:201/6 1:201/24 1:202/5 1:202/25 1:203/7 1:203/14 1:204/14 1:204/15 1:204/17 1:205/3 1:205/14 1:206/10 1:206/11 1:206/11 1:207/19 1:208/23 1:209/2 1:209/5 1:209/13 1:210/10 1:210/25 1:211/3 1:211/10 1:211/17 1:212/6 1:213/23 1:214/6 1:214/16 1:214/19 1:214/22 1:215/11 1:216/6 1:216/14
**right-hand [4]**

**R**

**right-hand... [4]** 1:164/23 1:165/1 1:169/14 1:182/22
**rights [15]** 1:27/18 1:40/25 1:51/20 1:51/22 1:51/23 1:53/16 1:62/10 1:68/15 1:69/21 1:70/22 1:71/4 1:90/23 1:137/8 1:144/24 1:208/10
**risky [1]** 1:95/22
**role [2]** 1:42/5 1:119/8
**roles [1]** 1:69/10
**routine [1]** 1:62/1
**RPR [1]** 1:216/24
**rule [10]** 1:25/6 1:44/14 1:45/10 1:49/1 1:49/23 1:49/24 1:50/15 1:62/16 1:63/4 1:147/3
**rules [2]** 1:95/10 1:169/18
**ruling [2]** 1:3/15 1:209/10
**run [5]** 1:96/23 1:142/13 1:142/14 1:154/22 1:196/12

**S**

**s [4]** 1:2/19 1:67/20 1:67/20 1:216/23
**Safari [1]** 1:138/9
**said [76]** 1:4/5 1:15/23 1:16/13 1:20/12 1:20/14 1:22/1 1:23/10 1:27/20 1:28/20 1:29/22 1:31/2 1:35/2 1:44/20 1:44/23 1:44/23 1:46/18 1:47/24 1:48/3 1:54/1 1:54/6 1:54/13 1:74/14 1:75/6 1:79/6 1:87/16 1:88/19 1:90/21 1:93/22 1:97/20 1:98/8 1:101/11 1:107/12 1:107/17 1:108/6 1:110/15 1:111/23 1:112/16 1:112/18 1:119/21 1:121/1 1:123/6 1:123/9 1:124/9 1:130/10 1:130/25 1:145/18 1:147/21 1:151/7 1:151/10 1:151/12 1:152/8 1:152/11 1:154/4 1:154/22 1:158/6 1:158/18 1:159/20 1:160/14 1:162/25 1:164/17 1:165/8 1:165/9 1:165/13 1:167/15 1:168/2 1:168/11 1:180/3 1:180/7 1:181/5 1:184/19 1:184/23 1:187/5 1:187/10 1:198/2 1:206/3 1:212/20
**sale [1]** 1:148/4
**sales [7]** 1:40/21 1:73/2 1:87/25 1:93/25 1:94/6 1:158/7 1:197/2
**same [25]** 1:21/3 1:28/7 1:52/18 1:65/20 1:66/18 1:76/7 1:76/8 1:76/9 1:77/8 1:80/14 1:80/14 1:81/23 1:93/14 1:96/6 1:96/13 1:102/15 1:111/24 1:123/18 1:127/17 1:133/8 1:145/8 1:145/13 1:153/9 1:168/5 1:213/7
**Samsung [1]** 1:17/2
**save [1]** 1:166/8
**saw [6]** 1:3/15 1:122/18 1:182/7 1:182/16 1:187/5 1:193/8
**say [86]** 1:4/7 1:5/7 1:6/21 1:7/6 1:7/18 1:8/6 1:8/7 1:8/8 1:9/15 1:11/9 1:12/9 1:18/8 1:19/3 1:22/12 1:25/14 1:25/16 1:29/14 1:31/17 1:39/15 1:43/2 1:43/8 1:43/8 1:44/10 1:47/2 1:47/4 1:48/22 1:49/10 1:50/7 1:50/24 1:54/7 1:55/3 1:57/14 1:57/19 1:57/19 1:57/20 1:58/9 1:59/1 1:61/5 1:61/7 1:61/14 1:64/3 1:65/21 1:91/10 1:105/24 1:113/4 1:118/18 1:123/11 1:124/19 1:130/1 1:131/3 1:131/5 1:131/14 1:132/3 1:132/6 1:137/9 1:142/19 1:143/6 1:144/3 1:144/18 1:146/9 1:147/16 1:148/7 1:148/12 1:153/9 1:155/3 1:155/15 1:157/25 1:158/5 1:164/6 1:164/13 1:164/15 1:164/16 1:170/22 1:174/6 1:178/12 1:180/9 1:180/18 1:197/1 1:200/9 1:204/14 1:207/1 1:209/8 1:209/12 1:209/15 1:211/18 1:215/3
**saying [33]** 1:3/22 1:9/6 1:9/9 1:23/4 1:27/20 1:35/12 1:38/22 1:46/16 1:47/6 1:47/7 1:50/6 1:57/10 1:60/2 1:65/6 1:65/8 1:65/25 1:131/16 1:142/18 1:150/7 1:159/15 1:159/18 1:177/18 1:177/23 1:178/1 1:179/17 1:179/19 1:179/21 1:194/15 1:197/5 1:199/10 1:205/6 1:205/12 1:205/15
**says [68]** 1:7/6 1:7/19 1:8/14 1:11/1 1:14/1 1:17/25 1:21/6 1:21/9 1:22/18 1:22/20 1:27/6 1:29/17 1:30/25 1:34/8 1:36/18 1:37/15 1:37/23 1:41/16 1:43/13 1:45/10 1:49/2 1:49/24 1:49/25 1:50/15 1:52/18 1:53/4 1:55/25 1:56/1 1:56/8 1:57/2 1:62/13 1:63/7 1:64/4 1:79/19 1:86/8 1:86/25 1:95/3 1:95/7 1:96/9 1:98/23 1:103/4 1:103/19 1:108/20 1:111/3 1:115/10 1:115/23 1:116/6 1:123/21 1:123/22 1:126/9 1:126/20 1:126/22 1:128/4 1:136/21 1:139/3 1:139/4 1:144/20 1:157/13 1:166/15 1:175/11 1:177/1 1:184/12 1:186/2 1:188/23 1:200/10 1:204/22 1:205/5 1:206/22
**schedule [3]** 1:210/15 1:213/14 1:216/6
**scope [1]** 1:190/1
**screen [9]** 1:34/12 1:100/12 1:108/23 1:116/24 1:125/9 1:132/21 1:170/19 1:175/7 1:188/9
**screenshot [9]** 1:37/6 1:107/7 1:107/14 1:107/20 1:109/8 1:110/23 1:112/16 1:112/21 1:186/1
**screenshots [12]** 1:106/11 1:107/17 1:107/19 1:109/6 1:109/22 1:110/22 1:112/21 1:115/23 1:186/24 1:186/25 1:187/3 1:187/8
**scroll [19]** 1:101/5 1:102/17 1:102/22 1:104/4 1:104/8 1:125/21 1:127/15 1:171/11 1:172/8 1:175/10 1:176/9 1:176/22 1:176/24 1:177/6 1:187/6 1:187/6 1:187/6 1:187/6 1:187/7
**scrub [4]** 1:72/13 1:85/4 1:85/20 1:99/5
**scrubbed [1]** 1:85/11
**scrubbing [1]** 1:183/23
**sea [1]** 1:128/25
**seamstress [1]** 1:147/25
**search [67]** 1:26/25 1:45/5 1:60/3 1:60/4 1:60/4 1:60/6 1:88/5 1:88/7 1:88/9 1:88/10 1:88/10 1:88/11 1:88/13 1:89/22 1:93/22 1:94/8 1:94/21 1:94/23 1:108/19 1:108/20 1:124/20 1:124/24 1:124/24 1:125/3 1:125/4 1:125/6 1:125/10 1:125/10 1:126/5 1:126/7 1:133/8 1:133/24 1:133/24 1:134/3 1:134/4 1:134/5 1:135/2 1:158/24 1:159/1 1:165/13 1:165/14 1:167/2 1:167/3 1:167/25 1:168/8 1:168/15 1:168/17 1:168/18 1:168/20 1:169/5 1:169/7 1:175/7 1:176/15 1:177/15 1:177/24 1:186/2 1:191/1 1:198/20 1:198/21 1:198/22 1:198/22 1:199/1 1:199/5 1:199/16 1:199/17 1:199/17 1:205/25
**searched [1]** 1:7/24
**searchers [1]** 1:136/17
**searches [6]** 1:27/10 1:133/22 1:134/13 1:136/12 1:175/4 1:178/6
**searching [7]** 1:80/10 1:80/11 1:80/22 1:80/24 1:94/20 1:168/13 1:191/22
**seated [6]** 1:2/23 1:67/6 1:67/24 1:122/6 1:174/20 1:211/3
**Seattle [1]** 1:9/7
**second [18]** 1:31/7 1:38/8 1:52/23 1:53/2 1:56/23 1:60/24 1:71/20 1:74/6 1:111/2 1:118/14 1:124/3 1:126/7 1:131/2 1:144/6 1:187/10 1:201/6 1:206/1 1:211/18
**secondary [23]** 1:71/3 1:73/15 1:74/16 1:80/19 1:85/7 1:88/20 1:88/23 1:89/5 1:99/2 1:102/20 1:102/21 1:102/23 1:102/25 1:116/14 1:129/23 1:163/8 1:163/11 1:163/15 1:163/17 1:167/10 1:167/13 1:167/24 1:169/1
**Secondly [1]** 1:137/19
**section [5]** 1:39/12 1:62/18 1:62/22 1:63/2 1:63/10
**Section 1215.02 [2]** 1:62/18 1:62/22
**Section 7:17.50 [1]** 1:63/2
**security [5]** 1:45/12 1:49/3 1:49/6 1:50/1 1:181/25
**see [112]** 1:4/1 1:4/10 1:5/9 1:8/6 1:24/23 1:26/16 1:26/21 1:30/24 1:33/4 1:34/11 1:34/21 1:34/23 1:35/6 1:35/6 1:35/15 1:35/16 1:36/14 1:36/17 1:37/5 1:37/7 1:37/8 1:37/13 1:37/18 1:37/24 1:38/18 1:39/1 1:41/20 1:41/23 1:42/15 1:65/2 1:75/7 1:79/19 1:80/5 1:82/22 1:85/9 1:86/7 1:86/24 1:87/13 1:90/17 1:95/2 1:95/6 1:95/11 1:100/9 1:100/11 1:101/16 1:102/22 1:102/24 1:102/25 1:103/3 1:103/14 1:103/16 1:103/19 1:103/22 1:103/23 1:106/7 1:106/16 1:110/20 1:110/23 1:111/2 1:111/6 1:113/12 1:115/9 1:119/1 1:121/13 1:122/21 1:122/22 1:125/9 1:125/22 1:125/24 1:126/11 1:126/12 1:127/10 1:130/25 1:131/11 1:132/14 1:133/18 1:140/11 1:140/14 1:140/19 1:140/21 1:141/4 1:146/6 1:147/6 1:150/21 1:157/16 1:166/14 1:170/5 1:171/12 1:171/13 1:172/6 1:172/11 1:172/12 1:172/13 1:175/8 1:175/11 1:175/13 1:176/3

## S


**see... [15]** 1:178/19 1:184/12 1:184/16 1:184/17 1:185/6 1:186/1 1:186/6 1:187/15 1:187/19 1:188/21 1:191/5 1:193/6 1:193/20 1:193/21 1:200/24
**seek [5]** 1:48/25 1:49/1 1:49/17 1:49/21 1:49/24
**seem [1]** 1:207/21
**seems [6]** 1:3/14 1:57/8 1:83/14 1:159/12 1:211/11 1:211/19
**seen [3]** 1:128/20 1:174/12 1:193/16
**sees [3]** 1:27/12 1:148/12 1:148/12
**select [1]** 1:164/8
**selected [1]** 1:131/7
**selecting [3]** 1:132/10 1:164/2 1:164/10
**sell [8]** 1:56/17 1:56/19 1:120/5 1:120/6 1:120/15 1:120/21 1:128/12 1:129/3
**selling [7]** 1:56/14 1:56/15 1:120/23 1:126/18 1:126/18 1:147/21 1:160/18
**send [6]** 1:12/8 1:15/1 1:56/13 1:65/16 1:83/6 1:83/8
**sending [1]** 1:56/19
**sends [2]** 1:34/17 1:119/22
**senior [2]** 1:3/6 1:69/3
**sense [6]** 1:44/5 1:141/17 1:150/22 1:197/25 1:198/7 1:205/19
**sensible [1]** 1:144/3
**sent [8]** 1:35/13 1:55/10 1:55/11 1:55/12 1:55/13 1:119/14 1:119/15 1:119/17
**sentence [7]** 1:22/20 1:25/9 1:26/8 1:26/11 1:51/11 1:126/22 1:187/19
**separate [3]** 1:102/4 1:215/7 1:215/8
**separately [1]** 1:49/12
**series [1]** 1:136/11
**serious [3]** 1:42/25 1:50/11 1:203/8
**seriously [3]** 1:3/17 1:24/19 1:46/14
**serve [1]** 1:182/15
**servers [2]** 1:142/13 1:200/13
**service [21]** 1:12/20 1:12/20 1:13/2 1:76/8 1:76/8 1:76/9 1:77/13 1:90/2 1:95/10 1:120/6 1:120/13 1:120/20 1:129/3 1:160/18 1:182/8 1:182/9 1:185/8 1:185/9 1:187/9 1:191/23 1:193/22
**services [49]** 1:9/12 1:27/15 1:30/4 1:56/15 1:56/17 1:66/7 1:71/21 1:77/10 1:77/19 1:78/8 1:78/20 1:80/18 1:80/20 1:80/22 1:81/3 1:83/11 1:83/13 1:83/24 1:84/10 1:84/12 1:87/17 1:89/3 1:108/8 1:126/18 1:126/19 1:127/23 1:128/13 1:129/6 1:137/2 1:137/7 1:143/18 1:143/21 1:144/23 1:145/23 1:147/1 1:149/16 1:156/17 1:156/18 1:160/13 1:160/22 1:160/22 1:160/23 1:160/24 1:160/25 1:173/17 1:173/20 1:189/18 1:195/5 1:195/11
**set [7]** 1:21/22 1:96/18 1:116/5 1:133/19 1:133/20 1:183/1 1:183/13
**seven [1]** 1:106/15
**several [11]** 1:28/15 1:30/8 1:35/21 1:36/9 1:41/6 1:42/2 1:42/13 1:64/16 1:73/16 1:98/1 1:193/18
**share [4]** 1:84/11 1:87/25 1:94/6 1:147/17
**shared [2]** 1:88/3 1:158/13
**sharing [1]** 1:158/15
**shift [2]** 1:76/14 1:83/25
**Shifting [1]** 1:70/7
**shifts [2]** 1:205/2 1:205/5
**shirts [2]** 1:147/17 1:148/1
**short [2]** 1:215/9 1:216/7
**shorten [1]** 1:123/5
**should [21]** 1:8/6 1:9/16 1:14/2 1:18/15 1:33/14 1:47/3 1:53/20 1:66/14 1:66/20 1:92/8 1:92/15 1:135/16 1:150/1 1:150/2 1:155/21 1:165/25 1:166/7 1:183/6 1:183/7 1:215/5 1:215/6
**shouldn't [1]** 1:47/9
**show [43]** 1:4/10 1:6/12 1:7/15 1:14/1 1:14/10 1:15/14 1:16/24 1:17/11 1:18/25 1:19/22 1:20/14 1:21/6 1:21/8 1:21/12 1:21/15 1:22/9 1:24/2 1:24/3 1:24/11 1:26/12 1:33/7 1:33/21 1:38/5 1:39/8 1:54/10 1:60/3 1:73/20 1:73/21 1:106/22 1:107/17 1:107/19 1:108/22 1:120/23 1:136/14 1:164/22 1:187/1 1:187/3 1:187/11 1:196/13 1:196/15 1:200/15 1:200/15 1:208/19
**showed [2]** 1:140/12 1:186/24
**showing [5]** 1:44/22 1:64/13 1:121/16 1:172/6 1:188/17
**shown [8]** 1:60/14 1:106/8 1:108/25 1:109/1 1:109/2 1:148/3 1:159/12 1:205/10
**shows [8]** 1:19/18 1:60/16 1:74/2 1:77/22 1:108/19 1:124/23 1:132/3 1:134/5
**shut [1]** 1:185/9
**side [12]** 1:39/19 1:42/11 1:44/12 1:50/13 1:86/14 1:151/20 1:152/7 1:153/25 1:164/25 1:165/6 1:169/23 1:212/8
**side's [1]** 1:136/1
**sidelines [1]** 1:24/7
**sides [1]** 1:19/25
**sides' [1]** 1:204/12
**sideways [1]** 1:95/3
**sign [1]** 1:17/7
**signal [2]** 1:15/1 1:15/10
**signed [4]** 1:133/13 1:133/15 1:188/3 1:188/6
**significance [1]** 1:9/1
**significant [1]** 1:9/4
**similar [6]** 1:28/14 1:28/25 1:150/10 1:151/7 1:151/14 1:186/19
**Similarly [1]** 1:94/8
**simple [8]** 1:71/10 1:113/21 1:124/20 1:124/24 1:125/3 1:125/4 1:134/3 1:182/1
**simply [4]** 1:51/18 1:145/2 1:149/6 1:205/15
**simultaneous [5]** 1:203/21 1:212/8 1:212/23 1:213/12 1:213/16
**simultaneously [1]** 1:128/22
**since [18]** 1:13/13 1:13/19 1:13/21 1:16/6 1:50/2 1:50/15 1:69/13 1:73/6 1:109/8 1:131/15 1:158/3 1:160/6 1:160/18 1:161/15 1:166/21 1:196/23 1:197/19 1:213/11
**single [7]** 1:42/19 1:51/3 1:95/18 1:107/21 1:161/15 1:185/16 1:187/9
**singular [1]** 1:202/5
**sir [4]** 1:13/7 1:105/6 1:157/16 1:159/13
**site [33]** 1:7/17 1:8/22 1:71/18 1:72/12 1:72/13 1:74/4 1:74/4 1:75/15 1:84/4 1:88/14 1:94/22 1:94/23 1:95/24 1:97/7 1:117/3 1:127/21 1:129/7 1:132/8 1:132/17 1:134/13 1:167/19 1:168/2 1:168/3 1:171/7 1:172/1 1:172/20 1:173/7 1:174/10 1:182/1 1:182/22 1:183/14 1:200/9 1:200/15
**sites [31]** 1:23/16 1:23/17 1:23/20 1:51/4 1:65/23 1:66/11 1:84/6 1:85/4 1:88/6 1:88/8 1:88/13 1:89/18 1:89/25 1:90/14 1:90/21 1:90/23 1:91/2 1:91/5 1:91/6 1:91/7 1:91/17 1:94/17 1:94/17 1:94/21 1:98/2 1:179/11 1:180/6 1:183/23 1:193/18 1:193/18 1:200/23
**sitting [4]** 1:24/6 1:29/18 1:65/14 1:65/17
**situation [1]** 1:206/16
**six [1]** 1:106/15
**size [2]** 1:92/9 1:96/18
**slide [5]** 1:30/22 1:32/22 1:44/22 1:114/9 1:134/10
**slides [3]** 1:4/13 1:4/14 1:67/9
**slower [2]** 1:101/9 1:101/9
**slowly [3]** 1:101/5 1:127/14 1:171/11
**small [6]** 1:116/3 1:116/11 1:118/15 1:166/15 1:169/13 1:211/15
**smaller [1]** 1:115/8
**Snap [1]** 1:97/13
**snatch [1]** 1:75/22
**so [328]**
**so-called [6]** 1:102/19 1:163/7 1:163/11 1:163/15 1:167/24 1:169/1
**social [23]** 1:7/21 1:40/15 1:81/9 1:89/10 1:89/16 1:89/17 1:89/18 1:90/4 1:90/9 1:91/1 1:91/14 1:97/5 1:146/5 1:160/22 1:170/24 1:170/25 1:171/14 1:171/16 1:171/20 1:173/14 1:174/11 1:193/17 1:197/24
**Societe [1]** 1:52/25
**software [11]** 1:25/22 1:64/19 1:65/4 1:65/9 1:65/12 1:65/15 1:65/20 1:65/24 1:66/10 1:96/3 1:108/12
**sold [1]** 1:65/18
**sole [1]** 1:121/4
**solicitation [1]** 1:156/20
**solicitations [4]** 1:30/11 1:58/15 1:156/16 1:156/16
**soliciting [1]** 1:120/8
**solutions [1]** 1:56/25
**some [58]** 1:4/7 1:11/12 1:13/20 1:17/1 1:54/19 1:56/2 1:58/25 1:65/21 1:66/17 1:67/9 1:72/11 1:72/17 1:73/9 1:73/11 1:73/25 1:74/18 1:75/12 1:80/19 1:82/1 1:82/7 1:82/12 1:82/16 1:82/25 1:87/13 1:91/17 1:98/3 1:99/13 1:104/24 1:113/6 1:113/25 1:121/14 1:121/15 1:125/2 1:125/11 1:128/10 1:130/9 1:132/1 1:132/3 1:133/5 1:134/9 1:135/2 1:135/7 1:135/8 1:154/11 1:155/12 1:161/7 1:163/22 1:167/2 1:169/24 1:189/19 1:200/5

S

**some... [7]** 1:200/9 1:200/10 1:201/1 1:204/21 1:205/2 1:212/2 1:213/7
**somebody [17]** 1:14/9 1:21/7 1:71/13 1:93/20 1:93/23 1:133/6 1:133/15 1:134/17 1:136/18 1:148/8 1:155/23 1:172/15 1:175/21 1:176/13 1:179/20 1:190/18 1:206/18
**somehow [1]** 1:90/22
**someone [2]** 1:51/22 1:61/15
**someone's [1]** 1:206/10
**something [23]** 1:23/21 1:27/21 1:28/14 1:45/20 1:46/10 1:49/11 1:54/10 1:56/14 1:119/16 1:120/4 1:122/17 1:128/24 1:137/18 1:141/5 1:146/23 1:149/23 1:165/18 1:190/14 1:199/8 1:200/21 1:202/9 1:209/18 1:214/4
**sometime [5]** 1:18/17 1:162/23 1:179/19 1:180/17 1:181/1
**sometimes [1]** 1:84/13
**somewhere [10]** 1:18/25 1:142/16 1:144/9 1:145/11 1:178/25 1:179/1 1:179/14 1:179/15 1:191/16 1:199/9
**song [4]** 1:16/14 1:16/19 1:16/21 1:16/22
**songs [2]** 1:16/6 1:16/7
**soon [2]** 1:191/15 1:206/18
**sophisticated [1]** 1:197/17
**sorry [25]** 1:25/5 1:32/10 1:32/14 1:35/1 1:52/9 1:55/19 1:86/10 1:86/10 1:86/13 1:91/12 1:110/7 1:113/11 1:146/19 1:161/24 1:162/1 1:163/13 1:164/13 1:165/4 1:170/6 1:176/24 1:187/17 1:194/20 1:197/10 1:197/23 1:198/4
**sort [5]** 1:136/5 1:138/2 1:155/19 1:182/21 1:204/21
**sound [2]** 1:148/16 1:197/4
**sounds [4]** 1:24/1 1:57/1 1:57/11 1:210/4
**source [12]** 1:27/8 1:29/5 1:138/17 1:146/25 1:147/4 1:147/5 1:147/6 1:148/13 1:151/16 1:152/23 1:153/11 1:173/6
**speak [2]** 1:48/19 1:107/5
**speaking [2]** 1:124/11 1:128/22
**speaks [1]** 1:141/13
**Specht [1]** 1:151/24
**specific [23]** 1:74/19 1:83/14 1:84/11 1:92/12 1:94/13 1:95/18 1:96/17 1:98/10 1:98/21 1:107/25 1:114/2 1:119/19 1:120/18 1:125/1 1:127/23 1:129/5 1:168/19 1:180/3 1:185/6 1:194/25 1:196/9 1:200/14 1:200/15
**specifically [27]** 1:31/2 1:39/9 1:58/8 1:60/21 1:61/1 1:68/16 1:69/25 1:71/8 1:72/24 1:96/24 1:97/25 1:107/5 1:110/14 1:119/15 1:120/3 1:121/7 1:124/11 1:124/17 1:131/2 1:131/5 1:141/5 1:158/6 1:168/10 1:195/11 1:196/6 1:196/15 1:199/7
**specifics [1]** 1:73/11
**specified [3]** 1:158/22 1:167/8 1:168/24
**specify [1]** 1:125/1
**Speed [1]** 1:52/15
**spell [1]** 1:67/18
**spend [2]** 1:207/14 1:210/12
**spent [1]** 1:74/6
**split [2]** 1:28/8 1:28/8
**spoke [3]** 1:71/20 1:170/16 1:180/4
**spoken [1]** 1:104/17
**sponsor [1]** 1:194/16
**sponsored [2]** 1:194/23 1:194/23
**sponsoring [2]** 1:170/12 1:194/4
**sponsors [1]** 1:195/1
**sponsorship [17]** 1:170/2 1:193/4 1:193/16 1:193/20 1:193/24 1:194/1 1:194/6 1:194/7 1:194/11 1:194/19 1:194/22 1:195/1 1:195/9 1:195/15 1:196/19 1:197/17 1:198/8
**sporadic [8]** 1:51/14 1:52/22 1:88/17 1:90/20 1:98/19 1:116/16 1:118/19 1:128/8
**sporting [1]** 1:186/3
**sports [3]** 1:117/3 1:186/2 1:186/7
**Sportsbook [2]** 1:117/7 1:117/19
**spot [1]** 1:210/1
**SPRIGMAN [16]** 1:2/12 1:3/11 1:100/2 1:138/6 1:138/21 1:151/22 1:175/4 1:185/15 1:186/16 1:186/23 1:188/10 1:188/16 1:191/7 1:192/4 1:193/1 1:211/7
**Sprigman's [1]** 1:189/7
**Sprout [1]** 1:81/9
**square [4]** 1:45/23 1:47/3 1:116/7 1:197/4
**stage [2]** 1:205/13 1:208/18
**stand [6]** 1:67/15 1:138/22 1:139/3 1:191/14 1:201/14 1:209/13
**standard [10]** 1:50/25 1:51/15 1:51/19 1:51/20 1:51/24 1:53/9 1:53/10 1:53/11 1:147/2 1:148/23
**standards [1]** 1:135/25
**standing [2]** 1:15/10 1:109/9
**stands [3]** 1:113/19 1:140/24 1:157/2
**stars [1]** 1:115/10
**start [8]** 1:6/1 1:6/12 1:54/18 1:55/18 1:132/5 1:140/14 1:171/1 1:180/21
**started [11]** 1:8/21 1:37/23 1:41/16 1:61/11 1:64/1 1:87/7 1:87/18 1:174/5 1:176/20 1:177/1 1:180/22
**starters [1]** 1:201/21
**starting [2]** 1:59/15 1:122/18
**starts [3]** 1:63/17 1:63/19 1:216/3
**state [5]** 1:67/17 1:110/7 1:110/13 1:124/17 1:194/5
**stated [7]** 1:77/24 1:78/1 1:109/20 1:120/2 1:157/20 1:158/17 1:163/25
**statement [6]** 1:45/24 1:47/24 1:56/8 1:113/23 1:156/25 1:160/5
**statements [3]** 1:39/24 1:47/7 1:190/4
**states [7]** 1:1/1 1:1/15 1:53/14 1:54/15 1:55/13 1:55/14 1:187/20
**static [1]** 1:71/10
**stating [1]** 1:130/22
**statistics [1]** 1:79/3
**status [3]** 1:140/20 1:140/22 1:210/17
**statute [9]** 1:42/18 1:53/3 1:53/24 1:136/8 1:144/20 1:145/3 1:208/3 1:208/7 1:208/11
**statutory [2]** 1:53/20 1:208/13
**stay [1]** 1:145/7
**stealing [1]** 1:48/12
**stenographic [1]** 1:216/21
**step [3]** 1:122/3 1:164/4 1:201/5
**Stephen [3]** 1:3/11 1:69/4 1:74/8
**stepped [1]** 1:145/18
**steps [6]** 1:15/8 1:15/9 1:15/13 1:96/20 1:142/21 1:190/4
**still [67]** 1:7/22 1:13/5 1:13/22 1:14/10 1:15/8 1:15/20 1:16/18 1:16/20 1:17/9 1:18/20 1:18/21 1:28/16 1:35/24 1:37/20 1:48/11 1:60/11 1:64/4 1:65/1 1:65/17 1:65/19 1:71/16 1:72/10 1:72/21 1:72/22 1:73/17 1:74/3 1:74/11 1:74/14 1:75/8 1:75/11 1:75/14 1:75/20 1:76/1 1:76/4 1:76/7 1:77/22 1:78/19 1:80/21 1:80/24 1:82/19 1:87/19 1:88/14 1:89/2 1:89/22 1:89/22 1:91/12 1:92/17 1:108/8 1:112/17 1:127/20 1:134/16 1:145/25 1:152/22 1:152/22 1:154/11 1:167/19 1:180/12 1:184/25 1:185/1 1:185/3 1:185/7 1:185/8 1:185/12 1:185/14 1:186/6 1:199/22 1:207/4
**still-active [1]** 1:7/22
**stop [12]** 1:7/9 1:19/13 1:19/16 1:19/19 1:20/17 1:20/19 1:21/9 1:56/22 1:77/9 1:123/12 1:143/23 1:208/21
**stopped [1]** 1:121/16
**store [16]** 1:23/13 1:23/14 1:26/15 1:26/24 1:27/1 1:76/24 1:76/25 1:79/16 1:79/17 1:79/23 1:80/11 1:80/12 1:80/25 1:94/2 1:114/16 1:116/1
**story [2]** 1:46/2 1:60/18
**straightforward [2]** 1:89/21 1:194/3
**strategically [1]** 1:89/2
**strategy [4]** 1:69/14 1:70/21 1:70/25 1:89/1
**stray [3]** 1:51/18 1:53/6 1:60/10
**Street [1]** 1:1/13
**strict [3]** 1:43/18 1:43/25 1:54/8
**strictly [5]** 1:43/1 1:43/13 1:53/24 1:54/13 1:204/10
**strike [2]** 1:75/3 1:83/7
**strong [2]** 1:42/23 1:42/24
**struck [1]** 1:106/2
**struggling [4]** 1:44/24 1:207/18 1:211/20 1:211/24
**stuck [1]** 1:214/21
**stuff [13]** 1:96/19 1:120/10 1:120/11 1:122/7 1:138/16 1:143/25 1:145/16 1:145/19 1:145/25 1:167/21 1:177/24 1:177/25 1:187/10
**stylized [1]** 1:115/1
**sub [3]** 1:94/17 1:117/18 1:183/14
**subhead [1]** 1:117/22
**subject [8]** 1:35/17 1:66/25 1:96/1 1:96/5 1:96/8 1:104/16 1:135/10 1:135/18
**submission [1]** 1:201/14
**submit [3]** 1:19/24 1:187/21 1:216/6
**submitted [5]** 1:19/25 1:22/7 1:33/20 1:64/6 1:113/9
**Subparagraph [1]**

**S**

**Subparagraph... [1]** 1:193/2
**Subparagraph 4 [1]** 1:193/2
**subscription [1]** 1:182/19
**subscriptions [1]** 1:182/17
**subsection [2]** 1:62/18 1:62/22
**subsidiary [1]** 1:82/13
**subsite [2]** 1:84/11 1:84/16
**subsites [2]** 1:84/7 1:84/9
**substantiate [1]** 1:26/5
**substantiates [2]** 1:113/18 1:113/24
**substantiation [1]** 1:113/16
**successor [1]** 1:69/17
**such [7]** 1:88/16 1:89/11 1:151/15 1:158/15 1:159/1 1:168/17 1:168/18
**sued [1]** 1:152/5
**sufficient [1]** 1:62/14
**suggest [2]** 1:4/2 1:46/20
**suggested [1]** 1:51/2
**suggesting [1]** 1:177/14
**suggests [1]** 1:124/14
**summary [1]** 1:210/25
**superfluous [1]** 1:107/21
**Supp [3]** 1:27/25 1:52/7 1:52/9
**supplemental [1]** 1:201/18
**supplied [4]** 1:64/9 1:64/13 1:66/8 1:132/1
**supplier [9]** 1:34/8 1:34/25 1:35/17 1:58/1 1:82/11 1:83/5 1:83/22 1:83/23 1:120/9
**suppliers [4]** 1:83/7 1:83/8 1:83/10 1:83/19
**supplies [1]** 1:64/24
**support [5]** 1:44/17 1:53/20 1:68/19 1:113/14 1:184/20
**supported [2]** 1:47/22 1:65/5
**supports [2]** 1:29/23 1:48/7
**supposed [4]** 1:24/22 1:31/21 1:165/11 1:194/17
**supposedly [1]** 1:167/10
**Supreme [2]** 1:150/3 1:154/21
**sure [38]** 1:4/17 1:6/8 1:15/8 1:29/19 1:43/16 1:43/18 1:47/21 1:63/14 1:67/12 1:68/3 1:78/4 1:85/23 1:86/17 1:112/10 1:113/15 1:123/17 1:124/4 1:126/17 1:128/3 1:136/3 1:140/2 1:140/9 1:142/22 1:144/2 1:146/17 1:163/5 1:164/20 1:165/7 1:165/7 1:180/11 1:180/14 1:182/3 1:183/19 1:190/6 1:191/22 1:192/12 1:197/18 1:209/25
**surprised [2]** 1:50/12 1:50/14
**sustain [4]** 1:51/17 1:52/1 1:129/19 1:137/8
**sustained [2]** 1:45/14 1:52/1
**sustains [1]** 1:62/10
**swear [1]** 1:73/25
**switch [2]** 1:77/20 1:91/8
**switching [1]** 1:182/1
**sworn [1]** 1:67/22
**system [1]** 1:121/15
**systems [4]** 1:182/11 1:182/14 1:183/1 1:183/6

**T**

**tab [2]** 1:186/10 1:192/19
**Tab 6 [1]** 1:192/19
**table [1]** 1:204/8
**tag [9]** 1:103/3 1:103/6 1:103/10 1:103/12 1:103/19 1:104/15 1:140/22 1:205/22 1:205/23
**tags [1]** 1:103/2
**tags.blog [1]** 1:103/13
**take [36]** 1:5/18 1:6/17 1:12/15 1:12/25 1:23/24 1:24/25 1:25/7 1:31/21 1:32/18 1:45/1 1:48/3 1:63/24 1:66/22 1:86/2 1:96/20 1:111/2 1:111/24 1:121/18 1:127/23 1:129/5 1:131/25 1:137/19 1:140/11 1:150/22 1:152/20 1:161/5 1:161/6 1:163/19 1:163/20 1:171/10 1:183/23 1:184/2 1:187/8 1:189/4 1:199/3 1:206/22
**taken [14]** 1:59/23 1:64/1 1:67/5 1:75/1 1:105/24 1:107/14 1:109/6 1:109/9 1:110/12 1:112/16 1:122/5 1:142/20 1:174/19 1:211/2
**takeover [2]** 1:121/8 1:123/1
**takes [5]** 1:15/7 1:15/13 1:24/19 1:61/12 1:103/12
**taking [3]** 1:59/25 1:199/6 1:206/10
**talk [45]** 1:15/4 1:15/5 1:17/6 1:36/4 1:39/21 1:40/4 1:40/9 1:40/14 1:40/20 1:44/9 1:46/2 1:58/8 1:72/23 1:73/10 1:73/11 1:74/18 1:76/14 1:79/8 1:82/1 1:83/25 1:84/15 1:89/7 1:89/8 1:89/9 1:91/23 1:92/1 1:99/18 1:105/6 1:108/21 1:116/20 1:118/23 1:121/11 1:121/12 1:165/18 1:165/19 1:166/12 1:169/10 1:170/15 1:184/4 1:184/4 1:207/22 1:209/17 1:209/20 1:213/25 1:214/10
**talked [15]** 1:12/12 1:33/3 1:72/20 1:73/20 1:74/19 1:76/16 1:76/24 1:81/6 1:82/2 1:99/12 1:108/6 1:109/21 1:110/4 1:111/23 1:184/6
**talking [23]** 1:3/22 1:26/1 1:39/6 1:40/18 1:40/19 1:56/24 1:58/20 1:113/13 1:121/5 1:124/10 1:138/2 1:150/14 1:150/14 1:162/15 1:163/21 1:196/19 1:197/17 1:198/9 1:202/11 1:205/24 1:206/14 1:207/14 1:210/12
**talks [7]** 1:22/24 1:32/12 1:33/12 1:34/2 1:57/5 1:57/6 1:87/7
**tantamount [1]** 1:143/16
**tarry [1]** 1:115/7
**team [17]** 1:9/10 1:32/12 1:34/1 1:43/21 1:75/7 1:78/7 1:78/13 1:78/17 1:79/2 1:94/6 1:110/4 1:158/8 1:180/5 1:183/12 1:184/19 1:184/22 1:185/2
**teams [10]** 1:87/25 1:88/3 1:93/25 1:110/16 1:180/4 1:181/3 1:183/12 1:183/20 1:184/24 1:186/6
**technical [8]** 1:23/12 1:121/15 1:121/17 1:122/7 1:137/11 1:138/23 1:138/25 1:149/3
**technically [3]** 1:5/11 1:91/3 1:181/14
**technologically [1]** 1:62/6
**technology [4]** 1:11/7 1:18/10 1:78/9 1:84/13
**tee [1]** 1:191/11
**tell [26]** 1:8/20 1:14/17 1:14/22 1:15/9 1:21/15 1:55/10 1:70/9 1:70/16 1:102/23 1:125/22 1:137/18 1:137/19 1:171/11 1:172/4 1:172/15 1:179/23 1:190/11 1:194/18 1:197/8 1:200/1 1:201/10 1:201/20 1:202/14 1:209/12 1:213/15 1:216/5
**telling [7]** 1:9/16 1:15/3 1:24/15 1:24/17 1:29/13 1:181/18 1:213/18
**tells [1]** 1:168/8
**template [3]** 1:119/19 1:120/3 1:121/9
**templates [6]** 1:82/22 1:82/25 1:83/5 1:119/12 1:119/13 1:119/22
**temporary [2]** 1:45/11 1:151/16
**ten [4]** 1:68/25 1:174/17 1:210/9 1:210/10
**tens [1]** 1:74/7
**term [5]** 1:80/21 1:82/14 1:117/17 1:117/25 1:118/13
**terms [17]** 1:40/12 1:40/13 1:60/4 1:95/9 1:96/1 1:96/3 1:96/4 1:96/5 1:96/14 1:130/15 1:133/22 1:149/3 1:163/24 1:164/3 1:164/8 1:195/13 1:203/1
**terms,' [1]** 1:131/6
**terms.' [1]** 1:132/11
**tertiary [1]** 1:71/3
**testified [18]** 1:36/15 1:41/13 1:67/22 1:106/25 1:114/19 1:124/5 1:130/9 1:152/18 1:158/23 1:163/7 1:167/23 1:168/11 1:185/19 1:190/21 1:190/22 1:193/11 1:197/7 1:199/19
**testify [5]** 1:21/22 1:124/21 1:129/13 1:148/19 1:174/9
**testifying [3]** 1:22/5 1:138/21 1:138/24
**testimony [28]** 1:19/20 1:55/16 1:67/15 1:116/10 1:116/11 1:116/17 1:117/1 1:118/21 1:122/2 1:127/20 1:128/6 1:128/14 1:129/21 1:135/8 1:135/14 1:135/19 1:135/21 1:137/11 1:139/8 1:139/24 1:157/6 1:158/7 1:158/9 1:167/22 1:169/2 1:169/17 1:199/23 1:202/18
**text [6]** 1:26/14 1:27/5 1:79/19 1:116/3 1:116/4 1:118/17
**than [21]** 1:4/9 1:10/7 1:15/5 1:18/2 1:45/21 1:51/25 1:53/6 1:53/21 1:62/24 1:88/24 1:98/21 1:104/17 1:113/23 1:139/7 1:150/6 1:154/13 1:156/23 1:156/24 1:199/6 1:208/23 1:213/19
**thank [52]** 1:3/13 1:4/11 1:4/22 1:5/22 1:5/24 1:6/13 1:9/21 1:11/6 1:12/4 1:17/21 1:20/11 1:22/15 1:24/5 1:33/25 1:35/11 1:37/1 1:41/10 1:50/18 1:67/16 1:67/24 1:68/6 1:86/18 1:99/21 1:99/22 1:99/23 1:99/24 1:100/6 1:105/16 1:105/17 1:106/21 1:114/4 1:114/9 1:116/19 1:123/25 1:146/22 1:153/13 1:157/4 1:170/14 1:172/21 1:174/14 1:174/25 1:184/1 1:186/14 1:189/3 1:191/25 1:192/15 1:192/16 1:201/4 1:207/25 1:212/21 1:215/23 1:216/14
**thanks [2]** 1:105/13 1:122/4
**that [1197]**
**that's [196]** 1:3/25 1:6/23 1:7/11 1:7/12 1:7/12 1:7/20 1:8/23

T

**that's... [189]** 1:9/19 1:10/10 1:10/10 1:12/20 1:13/17 1:16/24 1:19/17 1:20/21 1:21/8 1:21/11 1:22/23 1:24/7 1:29/2 1:29/21 1:31/6 1:31/18 1:31/24 1:32/11 1:34/10 1:34/12 1:37/4 1:38/6 1:38/16 1:39/11 1:40/25 1:46/10 1:47/1 1:47/2 1:47/24 1:52/13 1:53/5 1:54/5 1:54/11 1:54/15 1:54/24 1:56/15 1:56/20 1:57/21 1:57/23 1:58/9 1:58/23 1:59/5 1:59/8 1:61/5 1:62/9 1:62/18 1:66/2 1:66/3 1:66/10 1:66/21 1:71/18 1:74/5 1:78/23 1:82/10 1:84/18 1:86/4 1:89/14 1:90/24 1:92/3 1:93/12 1:96/18 1:98/3 1:98/25 1:98/25 1:102/1 1:103/5 1:103/14 1:104/3 1:104/10 1:104/25 1:105/4 1:108/25 1:110/2 1:111/3 1:111/10 1:111/14 1:111/16 1:111/19 1:111/23 1:112/6 1:113/20 1:114/18 1:114/25 1:117/7 1:117/13 1:118/22 1:125/14 1:126/3 1:128/14 1:128/19 1:128/24 1:129/21 1:129/22 1:131/13 1:132/22 1:136/1 1:136/19 1:136/24 1:137/1 1:137/5 1:137/6 1:137/8 1:137/23 1:141/18 1:144/1 1:144/17 1:146/8 1:147/1 1:147/18 1:147/20 1:148/6 1:148/13 1:149/2 1:149/22 1:151/22 1:153/7 1:153/23 1:154/20 1:156/23 1:158/10 1:159/12 1:160/8 1:161/4 1:162/10 1:162/20 1:163/3 1:163/4 1:163/18 1:164/24 1:165/4 1:166/14 1:167/11 1:168/24 1:169/14 1:170/9 1:170/16 1:172/19 1:174/14 1:175/23 1:176/12 1:176/17 1:177/21 1:178/1 1:178/1 1:178/11 1:178/23 1:180/25 1:183/15 1:183/16 1:185/19 1:185/20 1:188/1 1:190/11 1:191/8 1:191/17 1:191/23 1:192/7 1:192/8 1:192/10 1:192/13 1:193/24 1:194/7 1:194/8 1:194/13 1:194/19 1:195/1 1:198/15 1:202/21 1:202/25 1:203/1 1:203/12 1:203/16 1:204/7 1:204/9 1:204/13 1:205/4 1:205/6 1:205/21 1:206/4 1:206/6 1:206/9 1:207/3 1:207/10 1:208/6 1:209/2 1:209/15 1:214/7 1:215/13 1:215/22

**their [45]** 1:10/10 1:10/25 1:12/9 1:12/15 1:13/23 1:28/15 1:34/1 1:39/20 1:44/25 1:46/18 1:47/25 1:48/9 1:64/21 1:65/1 1:75/24 1:77/10 1:81/16 1:81/17 1:81/20 1:81/22 1:81/23 1:94/12 1:95/16 1:98/11 1:113/6 1:113/25 1:121/7 1:141/8 1:154/24 1:170/12 1:170/13 1:171/17 1:172/19 1:173/4 1:173/5 1:173/5 1:173/13 1:173/15 1:173/21 1:191/23 1:193/19 1:206/19 1:208/23 1:213/11 1:213/21

**them [83]** 1:4/16 1:6/8 1:12/6 1:19/13 1:19/16 1:19/19 1:23/25 1:24/13 1:34/6 1:34/7 1:35/21 1:41/7 1:42/12 1:46/23 1:47/10 1:47/16 1:50/17 1:56/19 1:57/4 1:59/12 1:60/13 1:60/14 1:63/24 1:65/16 1:65/18 1:66/1 1:67/10 1:73/25 1:74/1 1:77/18 1:80/25 1:82/11 1:83/19 1:85/2 1:85/16 1:85/19 1:87/22 1:89/24 1:90/11 1:90/14 1:91/12 1:92/22 1:96/10 1:97/11 1:109/22 1:119/22 1:120/17 1:123/8 1:126/21 1:151/1 1:151/1 1:154/23 1:160/6 1:160/13 1:160/20 1:167/2 1:167/15 1:167/16 1:169/5 1:169/6 1:173/16 1:179/12 1:181/7 1:181/20 1:182/13 1:185/5 1:185/25 1:188/4 1:188/6 1:196/12 1:196/13 1:196/15 1:196/16 1:198/1 1:200/5 1:200/6 1:200/6 1:200/12 1:200/14 1:200/15 1:209/23 1:209/25 1:212/25

**theme [2]** 1:146/5 1:146/7

**themselves [2]** 1:7/24 1:136/17

**then [83]** 1:3/19 1:21/9 1:23/4 1:33/22 1:33/22 1:36/3 1:37/8 1:37/13 1:55/25 1:56/1 1:57/5 1:59/17 1:60/20 1:61/13 1:61/22 1:64/7 1:64/20 1:66/13 1:66/25 1:67/1 1:69/7 1:72/14 1:73/6 1:80/1 1:81/24 1:86/14 1:89/25 1:94/4 1:94/6 1:94/11 1:94/23 1:96/7 1:96/12 1:98/2 1:103/20 1:115/10 1:117/9 1:131/6 1:131/14 1:132/10 1:133/11 1:134/14 1:135/1 1:135/4 1:139/4 1:141/20 1:141/24 1:142/19 1:143/3 1:154/7 1:156/4 1:156/20 1:157/5 1:161/6 1:164/2 1:164/2 1:164/7 1:166/7 1:166/8 1:166/17 1:181/8 1:182/4 1:182/13 1:182/22 1:183/7 1:183/7 1:183/8 1:192/25 1:199/17 1:200/11 1:201/17 1:204/5 1:207/16 1:210/10 1:211/13 1:212/8 1:213/11 1:213/20 1:214/16 1:215/11 1:215/12 1:216/3 1:216/6

**then-available [1]** 1:64/20

**there [207]** 1:3/24 1:4/2 1:4/3 1:4/7 1:5/8 1:5/11 1:5/18 1:7/4 1:7/9 1:9/25 1:12/1 1:12/14 1:13/22 1:15/9 1:16/1 1:16/3 1:16/3 1:16/16 1:17/1 1:17/5 1:17/7 1:17/7 1:17/24 1:19/4 1:19/18 1:19/20 1:21/1 1:21/2 1:21/17 1:22/17 1:23/15 1:23/17 1:23/17 1:24/11 1:24/11 1:25/22 1:25/23 1:26/4 1:26/6 1:26/20 1:27/22 1:28/10 1:28/24 1:29/8 1:30/6 1:30/18 1:31/24 1:32/3 1:32/3 1:33/17 1:35/7 1:35/7 1:35/9 1:36/19 1:37/1 1:37/10 1:40/12 1:41/6 1:42/2 1:42/13 1:44/1 1:44/7 1:45/16 1:45/17 1:46/12 1:46/24 1:47/3 1:48/25 1:49/9 1:50/5 1:51/24 1:53/20 1:54/15 1:55/5 1:55/16 1:55/17 1:60/10 1:65/7 1:71/25 1:73/5 1:73/16 1:73/19 1:73/22 1:73/22 1:77/6 1:77/8 1:77/16 1:77/16 1:80/24 1:82/7 1:84/9 1:84/22 1:85/10 1:86/6 1:86/22 1:86/23 1:86/24 1:87/17 1:90/19 1:91/16 1:92/18 1:93/4 1:93/16 1:95/13 1:95/20 1:96/3 1:96/4 1:98/8 1:99/1 1:99/14 1:100/15 1:101/17 1:101/20 1:106/3 1:108/4 1:108/11 1:108/14 1:108/15 1:109/7 1:110/21 1:111/11 1:111/16 1:112/5 1:112/7 1:112/8 1:113/17 1:113/22 1:114/11 1:114/23 1:117/9 1:117/11 1:120/1 1:120/22 1:124/25 1:125/11 1:127/24 1:129/23 1:130/4 1:132/21 1:134/1 1:136/11 1:140/3 1:141/1 1:142/12 1:142/17 1:145/4 1:145/4 1:147/2 1:148/5 1:149/14 1:149/21 1:150/9 1:150/19 1:150/25 1:151/5 1:151/12 1:152/3 1:152/10 1:153/2 1:153/4 1:153/10 1:154/3 1:155/7 1:158/15 1:158/20 1:159/1 1:161/19 1:162/12 1:164/6 1:164/16 1:164/17 1:164/17 1:164/19 1:165/8 1:165/22 1:166/4 1:168/21 1:171/5 1:174/4 1:176/3 1:181/8 1:181/23 1:181/25 1:182/10 1:182/13 1:184/11 1:185/11 1:187/18 1:189/7 1:191/3 1:192/5 1:195/6 1:195/6 1:195/12 1:196/10 1:196/11 1:196/15 1:198/7 1:200/11 1:203/8 1:203/14 1:204/11 1:207/1 1:208/13 1:208/22 1:211/8 1:212/12

**there's [92]** 1:3/15 1:5/2 1:5/5 1:6/5 1:6/8 1:9/3 1:11/1 1:11/2 1:13/11 1:16/2 1:19/1 1:20/24 1:22/18 1:25/13 1:28/7 1:29/9 1:29/22 1:30/1 1:31/25 1:35/16 1:35/21 1:37/11 1:38/18 1:42/7 1:42/11 1:42/11 1:43/2 1:44/17 1:45/20 1:45/21 1:46/14 1:49/23 1:50/12 1:53/19 1:54/19 1:55/2 1:56/7 1:61/1 1:61/9 1:63/9 1:78/19 1:86/7 1:95/3 1:106/3 1:112/5 1:112/7 1:112/12 1:112/12 1:112/13 1:115/9 1:119/24 1:119/25 1:120/2 1:120/19 1:123/2 1:123/3 1:124/14 1:124/23 1:137/10 1:142/16 1:143/9 1:143/10 1:143/14 1:149/8 1:151/23 1:161/6 1:161/7 1:163/2 1:167/5 1:169/3 1:169/5 1:171/9 1:173/15 1:182/9 1:182/9 1:182/11 1:182/16 1:183/15 1:185/12 1:185/19 1:186/2 1:193/1 1:203/3 1:204/2 1:204/6 1:204/20 1:205/18 1:205/22 1:206/8 1:207/2 1:210/3 1:211/22

**thereabouts [1]** 1:113/5

**these [136]** 1:6/7 1:7/20 1:7/23 1:8/24 1:9/3 1:10/13 1:12/5 1:17/17 1:18/5 1:23/1 1:23/18 1:24/12 1:28/18 1:28/20 1:33/1

**T**


**these... [121]** 1:34/10 1:35/25 1:38/24 1:45/25 1:46/3 1:46/5 1:56/2 1:56/25 1:59/12 1:63/23 1:65/3 1:65/23 1:66/10 1:66/16 1:72/9 1:73/5 1:73/7 1:73/7 1:74/9 1:78/6 1:81/4 1:82/3 1:82/24 1:82/25 1:83/4 1:83/8 1:84/7 1:84/9 1:84/19 1:84/21 1:85/1 1:85/4 1:85/9 1:85/9 1:85/10 1:85/14 1:85/22 1:87/13 1:87/24 1:88/2 1:88/6 1:88/14 1:88/17 1:89/24 1:89/25 1:90/3 1:90/6 1:90/9 1:90/13 1:90/17 1:90/21 1:90/23 1:90/25 1:91/5 1:91/6 1:91/7 1:91/17 1:92/13 1:92/17 1:93/21 1:93/21 1:95/7 1:95/8 1:96/7 1:96/8 1:96/11 1:96/22 1:97/16 1:97/16 1:97/22 1:97/24 1:98/5 1:98/7 1:98/16 1:98/18 1:104/8 1:105/12 1:105/23 1:106/2 1:106/11 1:107/17 1:108/9 1:110/14 1:110/20 1:110/22 1:119/18 1:119/22 1:120/21 1:121/6 1:123/7 1:125/2 1:142/12 1:142/21 1:150/21 1:154/4 1:154/7 1:159/6 1:160/2 1:160/5 1:165/19 1:166/12 1:166/21 1:168/23 1:168/25 1:169/10 1:169/18 1:169/18 1:169/19 1:177/15 1:178/5 1:178/6 1:178/6 1:178/15 1:180/6 1:186/21 1:186/25 1:187/3 1:198/7 1:200/3 1:200/4 1:205/22

**they [216]** 1:8/6 1:10/24 1:10/25 1:11/8 1:11/11 1:11/20 1:13/11 1:16/7 1:19/2 1:19/3 1:23/20 1:25/12 1:25/14 1:28/12 1:28/12 1:28/14 1:28/15 1:28/16 1:28/16 1:28/18 1:31/3 1:44/5 1:44/5 1:44/25 1:45/1 1:45/2 1:45/3 1:45/5 1:46/13 1:46/14 1:46/16 1:46/16 1:46/17 1:46/20 1:46/24 1:47/12 1:47/13 1:47/13 1:47/14 1:47/15 1:47/17 1:47/18 1:47/20 1:47/25 1:48/9 1:48/11 1:48/12 1:48/25 1:49/1 1:49/6 1:49/8 1:49/9 1:49/10 1:49/23 1:50/14 1:51/22 1:56/9 1:56/13 1:56/14 1:56/19 1:57/12 1:57/14 1:57/16 1:58/15 1:59/5 1:59/25 1:60/13 1:60/18 1:61/10 1:61/22 1:62/8 1:64/9 1:64/21 1:65/16 1:65/21 1:65/22 1:65/25 1:66/13 1:66/14 1:66/15 1:66/18 1:66/19 1:66/24 1:71/6 1:71/12 1:72/4 1:72/4 1:72/22 1:73/25 1:75/12 1:77/20 1:81/9 1:81/23 1:82/12 1:85/1 1:85/12 1:85/18 1:88/3 1:88/5 1:88/7 1:89/25 1:90/7 1:90/7 1:91/4 1:92/11 1:92/20 1:92/22 1:93/13 1:93/23 1:94/22 1:95/23 1:95/25 1:97/18 1:98/15 1:99/2 1:99/3 1:106/13 1:107/8 1:107/13 1:109/8 1:110/11 1:121/6 1:129/4 1:131/19 1:135/3 1:136/23 1:140/8 1:140/9 1:140/10 1:141/6 1:141/7 1:141/15 1:141/16 1:142/13 1:142/14 1:142/14 1:143/17 1:143/18 1:143/19 1:143/21 1:145/14 1:146/1 1:146/1 1:146/2 1:146/3 1:148/12 1:149/21 1:150/14 1:150/21 1:151/5 1:151/7 1:151/7 1:151/8 1:151/23 1:152/4 1:152/19 1:153/9 1:154/13 1:154/20 1:154/22 1:154/22 1:154/23 1:156/12 1:156/20 1:159/6 1:160/11 1:160/14 1:160/15 1:166/23 1:167/16 1:167/18 1:169/2 1:169/3 1:169/4 1:169/6 1:169/21 1:170/11 1:173/3 1:173/6 1:173/9 1:173/13 1:173/14 1:173/20 1:174/3 1:174/4 1:174/10 1:174/10 1:178/16 1:183/13 1:183/22 1:186/12 1:190/16 1:190/19 1:191/6 1:193/21 1:195/7 1:198/3 1:200/2 1:200/7 1:200/7 1:200/8 1:200/13 1:201/2 1:201/2 1:204/15 1:205/12 1:205/14 1:205/16 1:206/3 1:208/18 1:208/19 1:208/25 1:209/1 1:212/16 1:212/25 1:213/11

**they're [9]** 1:23/17 1:39/24 1:58/14 1:76/8 1:77/8 1:85/18 1:121/6 1:178/1 1:178/16

**they've [4]** 1:12/11 1:66/12 1:212/16 1:212/17

**thing [25]** 1:15/2 1:22/12 1:53/9 1:55/8 1:56/11 1:59/10 1:59/17 1:61/9 1:65/20 1:66/19 1:77/8 1:77/8 1:133/5 1:136/20 1:144/19 1:145/8 1:153/9 1:156/4 1:166/4 1:171/4 1:190/25 1:192/3 1:200/10 1:202/8 1:209/4

**things [23]** 1:4/4 1:17/8 1:50/24 1:55/3 1:56/14 1:56/19 1:58/25 1:64/3 1:73/12 1:74/2 1:78/6 1:79/7 1:82/18 1:115/9 1:155/4 1:155/10 1:180/7 1:182/18 1:182/21 1:210/11 1:210/25 1:211/8 1:215/17

**think [80]** 1:11/8 1:21/17 1:25/14 1:26/4 1:26/11 1:42/22 1:43/12 1:44/11 1:54/13 1:54/24 1:55/2 1:55/8 1:57/21 1:58/18 1:58/20 1:59/5 1:60/8 1:61/24 1:64/16 1:66/13 1:66/24 1:74/21 1:80/7 1:81/1 1:124/17 1:133/12 1:135/13 1:135/17 1:135/18 1:136/4 1:136/10 1:138/2 1:138/6 1:140/3 1:142/19 1:142/23 1:145/1 1:146/6 1:147/16 1:154/11 1:156/2 1:156/5 1:157/2 1:159/20 1:160/4 1:164/6 1:164/12 1:177/23 1:178/13 1:180/19 1:191/10 1:191/17 1:192/12 1:193/11 1:200/22 1:201/12 1:201/13 1:202/18 1:202/21 1:202/22 1:202/25 1:203/2 1:203/10 1:203/12 1:203/22 1:203/23 1:207/23 1:209/19 1:209/20 1:210/12 1:210/15 1:210/21 1:212/10 1:212/11 1:213/6 1:213/21 1:214/10 1:215/4 1:215/5 1:215/6

**thinking [3]** 1:155/11 1:201/10 1:201/11

**third [33]** 1:11/12 1:20/20 1:23/16 1:23/17 1:24/8 1:25/20 1:30/21 1:43/12 1:43/13 1:53/13 1:53/23 1:54/3 1:54/4 1:54/6 1:54/12 1:65/22 1:66/6 1:66/10 1:66/16 1:96/21 1:97/10 1:98/5 1:98/8 1:98/9 1:98/10 1:98/13 1:99/10 1:131/4 1:169/19 1:173/20 1:211/21 1:211/25 1:212/1

**third-party [4]** 1:23/16 1:23/17 1:66/10 1:169/19

**Thirty [1]** 1:32/15

**Thirty-two [1]** 1:32/15

**this [422]**

**those [67]** 1:4/4 1:5/8 1:8/1 1:11/13 1:12/17 1:13/24 1:30/10 1:30/13 1:34/12 1:46/9 1:47/6 1:56/6 1:65/4 1:65/17 1:66/13 1:66/20 1:66/20 1:67/10 1:71/24 1:72/6 1:73/9 1:73/11 1:77/12 1:80/19 1:81/10 1:81/14 1:81/18 1:83/24 1:92/10 1:92/11 1:93/8 1:95/24 1:96/5 1:96/14 1:96/17 1:97/3 1:97/14 1:108/10 1:108/21 1:108/22 1:127/23 1:128/16 1:129/6 1:132/19 1:133/25 1:142/9 1:151/17 1:159/23 1:159/25 1:160/11 1:160/24 1:161/11 1:165/1 1:183/5 1:183/11 1:185/7 1:187/1 1:193/25 1:195/3 1:195/6 1:195/14 1:196/14 1:196/17 1:200/22 1:200/24 1:201/1 1:203/2

**though [5]** 1:30/17 1:62/13 1:141/25 1:152/8 1:195/7

**thought [6]** 1:21/10 1:54/3 1:82/20 1:85/6 1:128/19 1:179/24

**thousand [3]** 1:101/22 1:101/24 1:102/11

**thousands [4]** 1:10/13 1:13/22 1:20/7 1:22/7

**three [24]** 1:3/21 1:3/24 1:4/4 1:4/20 1:5/9 1:37/21 1:54/17 1:57/9 1:57/9 1:104/24 1:134/12 1:134/14 1:164/21 1:164/22 1:165/1 1:165/6 1:201/22 1:204/7 1:204/9 1:211/8 1:213/9 1:215/18 1:215/19 1:216/3

**three-dot [2]** 1:164/21 1:164/22

**threw [1]** 1:209/3

**through [53]** 1:4/3 1:5/25 1:6/7 1:7/22 1:12/21 1:16/23 1:19/11 1:23/13 1:23/14 1:24/13 1:34/6 1:39/4 1:41/1 1:41/7 1:44/2 1:51/22 1:51/23 1:54/17 1:57/3 1:60/2 1:60/2 1:61/13 1:64/5 1:71/18 1:75/5 1:76/22 1:76/25 1:87/12 1:94/5 1:94/21 1:123/9 1:129/7 1:131/9 1:132/7 1:135/12 1:135/12 1:139/1 1:146/2 1:160/11 1:160/15 1:164/21 1:165/25 1:166/24 1:167/13 1:167/24 1:169/3 1:176/9 1:177/7 1:178/6 1:180/16 1:183/23 1:183/24 1:187/7

**throughout [4]** 1:74/2 1:87/14 1:196/3 1:202/12

**tht [1]** 1:103/23

**time [38]** 1:4/23 1:8/23 1:16/5 1:46/21 1:65/14 1:69/17 1:70/7 1:72/5 1:72/6 1:73/6 1:73/23 1:74/6 1:74/8 1:74/8 1:87/19 1:88/22 1:90/18 1:93/7 1:93/10 1:93/19 1:101/23

**T**

**time... [17]** 1:102/12 1:104/21 1:121/20 1:131/15 1:136/22 1:149/21 1:161/15 1:178/18 1:179/25 1:183/23 1:195/17 1:195/19 1:200/16 1:206/17 1:207/14 1:214/5 1:215/15
**timeframe [1]** 1:215/16
**timeline [4]** 1:107/6 1:112/19 1:182/10 1:187/7
**timelines [1]** 1:42/11
**times [11]** 1:51/2 1:101/22 1:101/24 1:102/11 1:119/16 1:119/19 1:119/24 1:120/3 1:135/23 1:155/2 1:214/20
**timing [1]** 1:216/7
**tip [1]** 1:166/6
**title [3]** 1:57/25 1:68/21 1:77/1
**titled [2]** 1:103/20 1:157/14
**TMEP [1]** 1:149/22
**today [19]** 1:3/10 1:4/23 1:14/10 1:15/5 1:19/1 1:19/19 1:35/24 1:36/10 1:36/14 1:69/11 1:69/19 1:70/17 1:101/8 1:145/22 1:145/23 1:150/6 1:150/7 1:152/19 1:207/13
**together [6]** 1:18/3 1:40/11 1:59/12 1:85/8 1:183/13 1:209/18
**told [2]** 1:14/24 1:102/20
**too [4]** 1:11/8 1:42/15 1:90/22 1:147/2
**took [15]** 1:37/11 1:71/1 1:80/4 1:80/8 1:105/1 1:145/17 1:160/6 1:160/19 1:161/15 1:162/8 1:179/1 1:181/17 1:181/18 1:181/19 1:186/23
**tool [1]** 1:137/2
**tools [3]** 1:87/10 1:138/10 1:175/11
**top [18]** 1:34/23 1:35/15 1:37/4 1:37/7 1:63/10 1:80/5 1:86/24 1:95/2 1:95/4 1:115/9 1:117/10 1:117/14 1:126/7 1:131/4 1:170/8 1:171/1 1:186/6 1:196/20
**totality [3]** 1:150/20 1:152/12 1:154/1
**touted [1]** 1:45/3
**touting [1]** 1:47/13
**towards [3]** 1:37/15 1:75/8 1:75/22
**town [1]** 1:116/7
**track [1]** 1:78/25
**trade [5]** 1:47/14 1:51/17 1:53/8 1:56/16 1:129/19
**trademark [53]** 1:24/22 1:24/22 1:27/18 1:30/7 1:39/19 1:46/6 1:48/16 1:51/12 1:51/20 1:51/22 1:51/23 1:52/15 1:52/20 1:61/25 1:62/1 1:62/4 1:62/7 1:62/9 1:62/10 1:62/16 1:62/17 1:62/21 1:63/6 1:66/4 1:70/5 1:95/8 1:136/7 1:136/14 1:143/5 1:143/6 1:143/11 1:143/16 1:144/10 1:147/6 1:147/14 1:149/22 1:150/2 1:150/5 1:150/9 1:153/20 1:153/23 1:154/16 1:154/21 1:155/11 1:173/24 1:193/3 1:194/10 1:195/18 1:197/8 1:204/3 1:204/4 1:206/13 1:206/20
**trademarks [7]** 1:4/25 1:4/25 1:68/18 1:69/16 1:69/22 1:95/7 1:170/1
**trading [1]** 1:45/2
**traffic [2]** 1:141/14 1:143/20
**transaction [1]** 1:206/4
**transcript [5]** 1:22/23 1:48/1 1:201/8 1:202/23 1:216/21
**transcripts [1]** 1:20/1
**transfer [1]** 1:125/13
**transfers [1]** 1:153/22
**transition [6]** 1:71/1 1:72/14 1:79/25 1:80/2 1:80/3 1:181/23
**transitory [5]** 1:51/14 1:52/22 1:116/16 1:118/20 1:128/9
**transparently [1]** 1:13/12
**traveling [1]** 1:216/1
**treat [1]** 1:144/4
**Treatise [1]** 1:63/3
**trending [1]** 1:186/3
**trends [2]** 1:182/23 1:186/7
**trial [7]** 1:27/24 1:28/12 1:28/13 1:151/4 1:151/6 1:210/24 1:211/12
**trials [1]** 1:166/6
**tried [3]** 1:35/8 1:60/1 1:205/11
**trip [1]** 1:216/4
**TRO [1]** 1:49/3
**true [9]** 1:54/12 1:56/2 1:65/20 1:101/17 1:126/2 1:167/5 1:192/11 1:192/22 1:216/20
**trusted [1]** 1:116/7
**try [4]** 1:65/21 1:153/17 1:166/6 1:207/9
**trying [6]** 1:9/2 1:58/16 1:145/21 1:145/21 1:177/22 1:183/19
**turn [15]** 1:82/1 1:83/11 1:94/25 1:95/2 1:114/5 1:114/5 1:114/7 1:118/25 1:122/16 1:129/24 1:139/9 1:159/3 1:159/5 1:161/1 1:161/18
**turned [1]** 1:152/3
**turns [1]** 1:62/4
**tweet [50]** 1:3/24 1:4/9 1:5/6 1:5/7 1:5/7 1:5/9 1:5/20 1:36/4 1:36/7 1:36/8 1:37/14 1:37/16 1:37/20 1:41/9 1:41/23 1:41/24 1:42/2 1:42/12 1:42/12 1:42/13 1:42/14 1:54/23 1:57/5 1:68/18 1:69/12 1:69/15 1:72/16 1:73/14 1:87/14 1:87/15 1:101/8 1:101/12 1:101/14 1:101/18 1:102/20 1:121/4 1:125/23 1:125/25 1:154/6 1:186/25 1:199/12 1:199/14 1:199/18 1:201/23 1:202/4 1:202/5 1:202/11 1:202/16 1:202/19 1:213/6
**tweet.com [4]** 1:76/3 1:199/21 1:202/9 1:202/11
**tweets [6]** 1:7/8 1:38/16 1:42/4 1:47/7 1:55/23 1:202/2
**tweets.com [1]** 1:202/8
**Twenty [1]** 1:214/15
**Twenty-five [1]** 1:214/15
**twitter [410]**
**Twitter's [4]** 1:161/15 1:162/4 1:162/5 1:162/8
**Twitter-branded [9]** 1:34/17 1:40/22 1:76/19 1:77/25 1:90/4 1:91/1 1:91/15 1:107/4 1:184/15
**twitter.com [55]** 1:6/15 1:6/19 1:6/20 1:7/17 1:7/22 1:8/9 1:8/10 1:8/12 1:8/16 1:8/19 1:9/11 1:9/18 1:9/23 1:14/15 1:19/2 1:22/10 1:26/2 1:29/6 1:35/20 1:40/15 1:42/13 1:61/19 1:61/24 1:62/8 1:71/9 1:74/22 1:75/1 1:75/5 1:75/12 1:76/10 1:76/12 1:84/8 1:90/1 1:90/7 1:99/11 1:100/15 1:100/23 1:101/22 1:137/15 1:138/13 1:138/18 1:140/12 1:140/16 1:140/19 1:141/1 1:141/7 1:142/5 1:142/17 1:143/18 1:149/8 1:150/2 1:152/23 1:181/24 1:183/3 1:183/10
**twitter.new [2]** 1:45/6 1:48/14
**two [17]** 1:8/20 1:32/15 1:45/25 1:116/23 1:117/11 1:118/12 1:134/14 1:141/6 1:141/8 1:141/10 1:141/11 1:155/17 1:190/4 1:204/8 1:206/13 1:213/22 1:215/17
**two-factor [4]** 1:141/6 1:141/8 1:141/10 1:141/11
**two-page [1]** 1:118/12
**twttr.com [1]** 1:76/3
**type [32]** 1:27/17 1:59/22 1:60/11 1:61/15 1:80/5 1:94/2 1:94/8 1:94/19 1:100/15 1:100/23 1:100/25 1:101/22 1:102/4 1:102/5 1:102/11 1:116/11 1:118/15 1:123/7 1:123/10 1:124/7 1:124/9 1:124/12 1:137/14 1:138/12 1:165/13 1:165/23 1:175/25 1:176/20 1:198/14 1:198/18 1:198/24 1:200/8
**typed [6]** 1:7/23 1:61/18 1:124/15 1:125/11 1:140/16 1:199/5
**types [12]** 1:71/13 1:75/1 1:82/24 1:83/7 1:83/8 1:87/20 1:88/20 1:95/21 1:97/2 1:98/21 1:175/21 1:176/14
**typically [4]** 1:95/24 1:165/14 1:167/2 1:198/19
**typing [4]** 1:61/7 1:75/12 1:94/16 1:130/23
**typo [3]** 1:164/6 1:164/17 1:165/8

**U**

**U.S [1]** 1:216/25
**U.S.C [2]** 1:204/1 1:204/5
**ultimate [2]** 1:206/13 1:208/16
**ultimately [1]** 1:154/22
**unadorned [1]** 1:118/15
**unauthorized [1]** 1:24/24
**unbelievable [1]** 1:212/17
**unbolded [1]** 1:116/12
**undecided [1]** 1:202/20
**under [29]** 1:42/4 1:42/18 1:44/14 1:44/20 1:48/10 1:50/9 1:51/17 1:53/8 1:56/17 1:64/20 1:66/7 1:67/22 1:75/20 1:80/18 1:81/4 1:87/17 1:93/8 1:95/6 1:97/6 1:103/20 1:108/19 1:122/12 1:129/20 1:136/8 1:186/2 1:188/6 1:194/15 1:204/1 1:204/9
**underlined [2]** 1:37/15 1:116/4
**underlining [1]** 1:118/16
**undermine [1]** 1:56/5
**underneath [1]** 1:77/21
**understand [29]** 1:11/5 1:20/3 1:21/18 1:44/24 1:78/9 1:80/15 1:80/16 1:87/22 1:94/4 1:105/23 1:107/3 1:111/5 1:112/2 1:112/10 1:113/15 1:114/14 1:114/15 1:116/10 1:117/1 1:118/11 1:128/15 1:136/4 1:144/7 1:161/2 1:162/16 1:169/1 1:169/8 1:178/2 1:205/6
**understanding [8]** 1:9/1 1:19/15 1:19/17

**U**
**understanding... [5]** 1:80/13 1:90/3 1:91/13 1:142/8 1:185/23
**understood [7]** 1:81/22 1:139/6 1:141/19 1:169/17 1:192/6 1:201/19 1:210/7
**unfold [1]** 1:204/23
**unique [3]** 1:83/3 1:121/1 1:121/2
**unitalicized [1]** 1:116/12
**UNITED [6]** 1:1/1 1:1/15 1:53/14 1:54/15 1:55/13 1:55/14
**unless [5]** 1:12/18 1:24/2 1:93/4 1:199/4 1:204/22
**unlikely [1]** 1:109/12
**unnamed [2]** 1:105/25 1:106/5
**unquote [2]** 1:137/10 1:193/5
**unsubstantiated [1]** 1:64/6
**until [1]** 1:211/13
**ununderlined [1]** 1:116/12
**up [68]** 1:4/16 1:15/16 1:15/18 1:16/7 1:17/7 1:19/24 1:21/22 1:21/22 1:22/15 1:26/19 1:27/2 1:27/10 1:31/20 1:34/23 1:47/9 1:48/1 1:48/17 1:50/15 1:51/19 1:52/4 1:52/4 1:54/9 1:56/22 1:64/11 1:65/3 1:65/7 1:68/4 1:70/20 1:70/25 1:74/9 1:75/22 1:85/15 1:91/7 1:100/12 1:101/10 1:103/16 1:116/24 1:126/4 1:132/16 1:132/20 1:133/19 1:133/20 1:134/17 1:136/14 1:138/22 1:139/3 1:145/2 1:147/13 1:147/16 1:152/9 1:152/13 1:157/5 1:165/22 1:165/24 1:167/15 1:170/18 1:174/21 1:175/7 1:178/16 1:179/25 1:182/15 1:185/22 1:186/6 1:187/13 1:188/9 1:191/11 1:191/15 1:192/20
**update [5]** 1:12/9 1:12/15 1:13/8 1:19/10 1:93/5
**updated [13]** 1:13/10 1:13/11 1:13/13 1:13/18 1:13/19 1:65/5 1:65/11 1:93/6 1:93/18 1:131/20 1:158/2 1:158/4 1:166/21
**updates [2]** 1:12/8 1:64/22
**upon [3]** 1:33/19 1:187/23 1:207/21
**upper [9]** 1:57/7 1:86/7 1:101/1 1:114/22 1:128/5 1:157/13 1:164/23 1:165/1 1:166/16
**upset [1]** 1:152/4
**url [41]** 1:37/23 1:38/1 1:39/10 1:59/22 1:60/12 1:61/3 1:61/4 1:61/7 1:61/8 1:61/10 1:94/14 1:94/16 1:94/19 1:100/13 1:103/13 1:103/14 1:103/16 1:122/22 1:123/5 1:123/7 1:123/10 1:123/15 1:123/16 1:123/20 1:123/21 1:124/5 1:124/7 1:124/12 1:124/15 1:125/12 1:125/15 1:126/8 1:127/7 1:127/23 1:129/5 1:130/16 1:130/17 1:130/23 1:132/11 1:171/22 1:198/14
**URLs [3]** 1:94/18 1:124/9 1:200/13
**us [20]** 1:49/12 1:60/3 1:60/14 1:60/18 1:66/19 1:69/19 1:70/9 1:74/14 1:78/10 1:78/11 1:83/24 1:87/18 1:89/22 1:89/23 1:102/20 1:103/13 1:160/11 1:167/15 1:171/5 1:211/19
**usage [7]** 1:51/11 1:52/1 1:52/19 1:116/11 1:116/15 1:118/18 1:128/7
**use [312]**
**used [50]** 1:24/23 1:24/24 1:29/16 1:30/19 1:39/10 1:40/2 1:53/23 1:62/9 1:62/19 1:62/23 1:65/15 1:73/6 1:74/24 1:87/24 1:89/15 1:91/18 1:92/22 1:93/15 1:97/16 1:99/3 1:99/3 1:109/23 1:110/11 1:111/20 1:112/12 1:119/19 1:120/3 1:120/20 1:135/6 1:135/24 1:144/21 1:144/21 1:147/25 1:149/10 1:149/10 1:149/12 1:150/21 1:150/22 1:151/6 1:154/5 1:156/20 1:158/7 1:158/11 1:158/12 1:158/18 1:160/6 1:185/20 1:206/4 1:207/11 1:214/4
**user [22]** 1:11/14 1:11/14 1:27/10 1:27/10 1:27/12 1:90/4 1:94/13 1:97/6 1:112/3 1:112/12 1:124/15 1:124/24 1:130/22 1:131/5 1:131/8 1:159/11 1:168/22 1:182/19 1:182/19 1:187/4 1:188/19 1:193/22
**user's [2]** 1:112/3 1:112/4
**users [78]** 1:7/21 1:7/23 1:8/2 1:10/8 1:11/11 1:12/19 1:13/2 1:13/22 1:13/24 1:13/25 1:14/2 1:14/4 1:18/2 1:18/6 1:19/10 1:19/11 1:20/15 1:21/4 1:23/14 1:23/16 1:25/15 1:48/13 1:64/4 1:64/9 1:64/14 1:64/25 1:65/6 1:65/8 1:74/3 1:76/18 1:77/25 1:78/25 1:79/1 1:79/7 1:80/21 1:81/22 1:85/19 1:85/24 1:88/10 1:88/12 1:89/21 1:91/13 1:91/18 1:92/6 1:92/14 1:92/18 1:94/8 1:94/16 1:94/20 1:95/15 1:95/15 1:97/4 1:108/8 1:108/10 1:113/10 1:113/11 1:113/16 1:113/24 1:123/9 1:123/10 1:124/12 1:132/8 1:134/25 1:151/14 1:159/17 1:159/20 1:160/3 1:160/10 1:160/16 1:169/19 1:171/17 1:173/5 1:173/7 1:173/21 1:185/24 1:191/22 1:193/20 1:196/13
**users' [2]** 1:11/14 1:136/5
**uses [92]** 1:6/7 1:7/15 1:7/16 1:14/14 1:21/17 1:21/19 1:22/19 1:25/2 1:27/7 1:28/20 1:30/8 1:30/10 1:32/24 1:33/1 1:35/9 1:35/21 1:36/7 1:40/12 1:40/14 1:42/2 1:42/13 1:44/1 1:54/17 1:57/18 1:66/13 1:66/20 1:70/16 1:71/7 1:72/8 1:72/9 1:73/5 1:73/7 1:73/24 1:74/19 1:77/2 1:79/11 1:84/23 1:85/3 1:88/16 1:88/20 1:88/21 1:89/1 1:90/10 1:93/8 1:95/21 1:97/16 1:97/24 1:98/5 1:98/7 1:98/16 1:98/18 1:98/21 1:98/22 1:98/24 1:98/24 1:99/2 1:99/6 1:99/6 1:99/8 1:99/11 1:99/15 1:99/18 1:109/15 1:110/10 1:110/13 1:110/14 1:110/19 1:112/17 1:119/21 1:121/3 1:121/5 1:136/14 1:136/17 1:142/1 1:149/15 1:151/9 1:155/7 1:155/11 1:160/2 1:160/5 1:173/1 1:177/15 1:177/16 1:178/5 1:178/6 1:178/15 1:184/23 1:186/24 1:187/1 1:195/14 1:197/24 1:213/7
**using [86]** 1:7/17 1:9/15 1:10/21 1:11/15 1:11/16 1:11/23 1:15/20 1:19/1 1:20/12 1:20/13 1:20/14 1:20/15 1:24/8 1:25/21 1:27/1 1:28/17 1:28/18 1:30/10 1:35/24 1:37/20 1:48/12 1:54/20 1:56/14 1:61/22 1:65/19 1:75/9 1:75/12 1:75/14 1:77/8 1:77/12 1:78/13 1:78/19 1:83/3 1:85/2 1:87/9 1:88/10 1:95/7 1:96/6 1:96/21 1:97/5 1:99/11 1:113/5 1:113/10 1:113/16 1:113/25 1:120/5 1:120/6 1:120/14 1:126/19 1:132/24 1:135/1 1:137/2 1:137/9 1:138/9 1:141/10 1:141/15 1:141/16 1:141/21 1:141/22 1:141/24 1:143/17 1:143/19 1:143/21 1:145/11 1:147/13 1:147/21 1:150/7 1:150/10 1:151/11 1:152/3 1:152/6 1:152/13 1:152/14 1:152/17 1:154/6 1:167/2 1:171/15 1:171/16 1:173/24 1:177/5 1:185/7 1:194/10 1:194/16 1:198/20 1:198/22 1:205/18
**USPTO [1]** 1:70/6
**usually [2]** 1:43/14 1:112/2

**V**
**v [4]** 1:1/5 1:30/3 1:53/1 1:153/4
**vague [1]** 1:55/17
**vaguely [2]** 1:130/19 1:157/22
**valid [2]** 1:39/22 1:92/17
**validity [2]** 1:204/2 1:208/6
**valuable [9]** 1:44/3 1:45/25 1:46/18 1:47/4 1:47/8 1:47/15 1:48/4 1:74/11 1:207/15
**value [9]** 1:27/9 1:44/6 1:46/5 1:74/10 1:74/13 1:174/2 1:174/4 1:174/6 1:174/9
**valued [1]** 1:74/12
**variation [1]** 1:146/5
**various [26]** 1:13/12 1:61/13 1:63/23 1:68/18 1:69/16 1:72/2 1:76/23 1:79/7 1:83/10 1:85/4 1:87/9 1:89/18 1:97/2 1:99/11 1:110/15 1:110/16 1:112/18 1:120/17 1:124/22 1:158/13 1:158/16 1:160/22 1:175/4 1:180/4 1:181/3 1:184/24
**vendor [32]** 1:32/25 1:33/12 1:34/8 1:34/15 1:34/20 1:35/19 1:35/24 1:35/25 1:55/1 1:55/7 1:56/12 1:57/13 1:57/16 1:57/19 1:57/20 1:57/22 1:58/2 1:82/2 1:82/11 1:83/23 1:112/9 1:118/23 1:119/8 1:119/10 1:119/11 1:119/17 1:120/12 1:120/15 1:120/16 1:120/21 1:121/6 1:200/1
**vendors [7]** 1:34/17 1:54/22 1:56/20 1:71/23 1:83/1 1:83/10 1:83/12
**version [22]** 1:10/8 1:10/21 1:11/1 1:12/22 1:18/3 1:26/22 1:64/5 1:71/17 1:76/24 1:77/25 1:78/14 1:78/17 1:78/20 1:108/5 1:108/12 1:110/10 1:110/19 1:113/1 1:113/6

**V**

**version... [3]** 1:113/25 1:184/5 1:185/24
**versions [23]** 1:12/10 1:13/12 1:22/21 1:23/1 1:23/5 1:23/20 1:25/10 1:64/12 1:65/24 1:77/7 1:77/9 1:77/13 1:78/10 1:78/16 1:108/1 1:108/8 1:108/9 1:113/17 1:185/1 1:185/3 1:185/7 1:185/11 1:185/13
**versus [5]** 1:27/24 1:51/6 1:52/3 1:52/6 1:63/5
**very [66]** 1:4/12 1:4/22 1:5/20 1:5/24 1:6/9 1:8/24 1:9/2 1:10/17 1:24/19 1:28/24 1:28/25 1:35/15 1:43/20 1:43/25 1:44/3 1:44/3 1:44/4 1:47/10 1:47/10 1:47/16 1:48/10 1:48/15 1:50/11 1:51/10 1:52/24 1:59/10 1:73/25 1:89/21 1:90/20 1:94/18 1:103/3 1:114/23 1:115/2 1:115/9 1:115/20 1:115/20 1:117/23 1:121/9 1:123/25 1:132/4 1:144/3 1:148/23 1:151/6 1:152/2 1:154/8 1:156/24 1:163/23 1:166/15 1:169/11 1:169/13 1:171/11 1:171/14 1:177/18 1:194/2 1:195/19 1:196/5 1:197/11 1:198/25 1:201/4 1:203/16 1:210/21 1:212/15 1:214/25 1:216/7 1:216/7 1:216/14
**via [4]** 1:134/2 1:134/3 1:160/20 1:196/13
**video [1]** 1:87/5
**videos [2]** 1:121/12 1:157/13
**view [2]** 1:94/11 1:131/7
**views [1]** 1:42/5
**virtue [2]** 1:120/20 1:141/10
**visit [2]** 1:127/2 1:132/20
**visited [2]** 1:127/17 1:164/10
**visiting [2]** 1:132/9 1:164/1
**volumes [1]** 1:141/13

**W**

**wait [5]** 1:35/1 1:54/2 1:194/7 1:215/12 1:215/12
**waived [3]** 1:49/17 1:49/21 1:50/3
**waiver [1]** 1:50/12
**walk [4]** 1:4/3 1:5/25 1:24/13 1:165/25
**walked [1]** 1:39/3
**wall [1]** 1:137/4
**want [103]** 1:3/18 1:6/12 1:8/4 1:11/8 1:13/5 1:14/1 1:16/24 1:20/9 1:22/4 1:24/2 1:24/12 1:25/1 1:29/18 1:30/16 1:30/20 1:30/20 1:43/8 1:43/16 1:50/24 1:58/8 1:63/14 1:64/15 1:66/24 1:74/12 1:74/18 1:76/14 1:80/15 1:80/16 1:80/25 1:81/16 1:82/1 1:83/25 1:84/15 1:85/2 1:85/23 1:87/25 1:89/7 1:93/23 1:96/15 1:101/4 1:101/6 1:101/6 1:102/18 1:105/20 1:108/21 1:114/5 1:114/5 1:116/20 1:120/4 1:121/11 1:121/11 1:124/4 1:128/2 1:136/22 1:137/17 1:139/3 1:144/7 1:146/9 1:155/3 1:157/9 1:157/10 1:160/11 1:161/5 1:161/5 1:163/5 1:163/19 1:163/20 1:164/15 1:165/14 1:165/18 1:165/19 1:166/12 1:169/10 1:169/25 1:170/15 1:170/17 1:171/9 1:172/4 1:174/21 1:191/21 1:196/22 1:197/8 1:200/14 1:200/15 1:201/17 1:201/18 1:201/21 1:203/18 1:203/20 1:203/21 1:204/21 1:204/22 1:207/14 1:209/17 1:210/5 1:211/12 1:213/17 1:213/25 1:214/6 1:214/9 1:215/1 1:216/5 1:216/9
**wanted [14]** 1:53/9 1:63/12 1:71/24 1:77/18 1:82/19 1:85/21 1:85/22 1:99/8 1:107/20 1:134/10 1:179/12 1:181/23 1:182/3 1:192/3
**wants [2]** 1:93/20 1:93/25
**Warriors [1]** 1:194/5
**was [195]** 1:4/7 1:5/7 1:8/11 1:8/21 1:8/21 1:9/6 1:9/9 1:9/9 1:9/17 1:11/24 1:12/23 1:13/13 1:13/18 1:16/2 1:16/4 1:16/5 1:16/5 1:16/6 1:16/9 1:16/16 1:16/24 1:19/20 1:21/1 1:23/10 1:26/17 1:26/23 1:28/6 1:28/10 1:28/10 1:28/11 1:28/21 1:28/25 1:29/15 1:31/1 1:31/15 1:33/18 1:33/19 1:35/12 1:35/13 1:36/15 1:38/2 1:39/5 1:39/7 1:39/8 1:39/10 1:43/17 1:44/19 1:46/4 1:47/5 1:48/10 1:52/15 1:52/16 1:53/11 1:53/11 1:54/3 1:54/7 1:55/10 1:55/11 1:55/12 1:55/12 1:56/8 1:58/13 1:58/23 1:59/11 1:64/8 1:65/21 1:66/6 1:67/5 1:69/3 1:69/5 1:69/7 1:69/13 1:70/4 1:70/8 1:70/25 1:71/21 1:71/25 1:72/25 1:73/4 1:73/12 1:73/20 1:73/21 1:73/22 1:75/13 1:75/14 1:77/3 1:79/10 1:79/22 1:79/24 1:79/25 1:81/1 1:81/21 1:82/20 1:85/6 1:88/24 1:90/19 1:93/16 1:93/17 1:104/17 1:105/2 1:109/9 1:110/12 1:112/7 1:112/8 1:112/16 1:112/20 1:113/9 1:118/8 1:119/14 1:119/15 1:120/3 1:120/25 1:121/2 1:121/9 1:122/5 1:122/23 1:122/24 1:123/1 1:123/2 1:123/3 1:123/3 1:127/23 1:127/25 1:128/1 1:128/1 1:128/18 1:130/17 1:130/21 1:132/9 1:134/9 1:136/4 1:139/9 1:145/16 1:152/3 1:152/5 1:152/13 1:152/13 1:152/14 1:154/3 1:155/15 1:155/16 1:155/21 1:155/23 1:155/25 1:156/1 1:156/15 1:156/17 1:156/21 1:156/21 1:157/18 1:157/19 1:157/23 1:158/9 1:158/9 1:162/16 1:162/21 1:162/22 1:162/24 1:162/25 1:165/21 1:175/4 1:176/10 1:176/15 1:177/14 1:177/21 1:179/24 1:181/5 1:181/7 1:181/14 1:181/22 1:181/23 1:182/10 1:184/14 1:185/17 1:186/21 1:187/25 1:188/10 1:188/17 1:189/8 1:190/8 1:190/10 1:190/15 1:192/4 1:192/9 1:192/20 1:192/22 1:196/10 1:196/15 1:200/20 1:200/25 1:202/18 1:203/14 1:211/2 1:213/10 1:213/22
**wasn't [13]** 1:12/1 1:16/15 1:19/21 1:58/6 1:85/10 1:107/15 1:107/15 1:118/8 1:124/10 1:155/20 1:155/24 1:203/8 1:204/11
**way [41]** 1:24/25 1:54/11 1:57/12 1:57/14 1:57/21 1:57/23 1:60/13 1:60/14 1:62/19 1:62/23 1:72/17 1:81/23 1:82/20 1:86/1 1:94/10 1:101/13 1:128/10 1:136/15 1:137/1 1:144/4 1:146/25 1:149/17 1:150/8 1:164/16 1:164/19 1:191/23 1:192/13 1:193/21 1:195/9 1:202/25 1:203/17 1:204/1 1:204/20 1:207/23 1:209/2 1:209/7 1:209/15 1:211/21 1:211/25 1:212/1 1:213/23
**ways [7]** 1:30/18 1:76/5 1:78/9 1:89/22 1:123/9 1:150/16 1:168/4
**we [422]**
**we'd [1]** 1:45/18
**we'll [6]** 1:8/5 1:12/17 1:50/7 1:57/3 1:67/15 1:167/4
**we're [23]** 1:15/18 1:24/2 1:38/19 1:40/18 1:40/19 1:68/5 1:79/14 1:83/2 1:83/16 1:123/17 1:142/20 1:145/18 1:154/4 1:160/21 1:171/1 1:172/16 1:175/17 1:190/4 1:206/14 1:207/3 1:209/25 1:213/13 1:215/13
**we've [16]** 1:35/21 1:37/14 1:42/11 1:46/9 1:46/9 1:69/11 1:70/17 1:72/24 1:74/6 1:90/22 1:98/17 1:99/12 1:99/15 1:100/9 1:152/9 1:178/5
**web [24]** 1:36/9 1:36/13 1:36/14 1:36/18 1:37/3 1:37/10 1:38/15 1:38/24 1:39/6 1:40/15 1:40/23 1:41/6 1:55/22 1:59/21 1:63/23 1:116/1 1:122/18 1:131/9 1:132/9 1:132/12 1:145/7 1:165/4 1:171/15 1:179/9
**website [50]** 1:19/3 1:36/10 1:55/21 1:60/13 1:96/4 1:96/4 1:96/5 1:105/2 1:131/20 1:133/2 1:134/25 1:135/4 1:136/22 1:142/22 1:143/20 1:151/10 1:151/14 1:151/18 1:151/19 1:152/9 1:152/19 1:153/10 1:154/3 1:154/18 1:163/20 1:166/25 1:167/7 1:167/14 1:168/22 1:169/4 1:171/3 1:171/6 1:171/9 1:173/13 1:173/15 1:178/19 1:178/21 1:178/24 1:178/25 1:179/9 1:179/20 1:179/25 1:180/1 1:180/14 1:180/14 1:188/20 1:193/9 1:199/3 1:199/7 1:199/9
**websites [6]** 1:12/16 1:34/3 1:35/7 1:38/13 1:151/13 1:181/19
**Wednesday [1]** 1:1/10
**weekly [1]** 1:97/1
**weeks [8]** 1:73/19 1:80/7 1:91/17 1:215/17 1:215/18 1:215/19 1:216/3 1:216/3
**weighty [1]** 1:210/4
**weird [1]** 1:86/13
**welcome [14]** 1:27/6 1:79/19 1:80/9 1:100/10 1:105/18 1:111/4 1:111/24 1:115/17 1:115/23 1:116/6 1:122/15

W

**welcome... [3]** 1:192/11 1:204/23 1:210/16
**well [64]** 1:3/6 1:5/6 1:5/13 1:5/18 1:6/7 1:6/16 1:17/5 1:19/17 1:20/10 1:22/6 1:24/21 1:25/3 1:26/3 1:39/3 1:39/15 1:44/20 1:44/23 1:47/11 1:48/24 1:50/14 1:54/2 1:57/12 1:57/25 1:72/20 1:73/22 1:74/7 1:80/11 1:80/18 1:81/13 1:81/17 1:82/23 1:85/12 1:95/9 1:95/14 1:97/20 1:107/12 1:108/21 1:111/2 1:113/20 1:115/6 1:125/20 1:134/18 1:137/9 1:138/4 1:138/9 1:143/4 1:144/2 1:146/12 1:160/10 1:160/20 1:164/15 1:165/11 1:178/5 1:179/16 1:181/24 1:185/4 1:186/7 1:190/1 1:194/18 1:208/21 1:209/22 1:211/22 1:213/15 1:215/2
**Wells [6]** 1:30/3 1:30/6 1:153/2 1:156/4 1:156/18 1:156/21
**went [5]** 1:34/14 1:80/8 1:178/19 1:179/20 1:179/25
**were [62]** 1:7/20 1:7/21 1:8/24 1:9/2 1:9/3 1:16/8 1:17/18 1:28/12 1:28/13 1:28/16 1:28/18 1:29/21 1:29/21 1:31/3 1:33/17 1:33/19 1:33/20 1:40/11 1:46/22 1:55/2 1:56/6 1:59/6 1:59/22 1:64/16 1:70/23 1:73/2 1:73/7 1:73/16 1:75/11 1:75/12 1:75/14 1:78/13 1:80/10 1:80/11 1:85/10 1:85/15 1:91/7 1:91/7 1:93/13 1:93/18 1:96/14 1:99/12 1:109/6 1:109/7 1:109/7 1:112/21 1:112/22 1:151/18 1:163/21 1:175/18 1:181/9 1:185/7 1:187/3 1:188/25 1:190/4 1:192/5 1:194/21 1:196/11 1:201/23 1:205/23 1:206/21 1:207/7
**weren't [3]** 1:16/7 1:99/14 1:152/14
**Westlaw [1]** 1:51/7
**what [218]**
**what's [17]** 1:3/19 1:6/2 1:32/14 1:35/23 1:36/6 1:85/17 1:90/12 1:93/2 1:103/24 1:126/23 1:134/6 1:140/25 1:159/13 1:165/5 1:176/3 1:178/19 1:187/11
**whatever [3]** 1:57/2 1:137/20 1:198/20
**when [87]** 1:7/14 1:7/20 1:8/20 1:13/8 1:17/7 1:20/22 1:39/17 1:40/19 1:44/7 1:44/18 1:46/2 1:48/22 1:53/24 1:59/13 1:66/23 1:70/3 1:70/8 1:75/11 1:79/24 1:80/3 1:88/24 1:89/25 1:90/7 1:90/17 1:90/18 1:91/10 1:93/13 1:93/16 1:93/23 1:93/24 1:95/25 1:96/1 1:97/22 1:97/22 1:101/10 1:102/22 1:103/6 1:108/6 1:108/6 1:110/11 1:112/12 1:119/12 1:122/23 1:122/24 1:128/19 1:130/4 1:133/11 1:134/24 1:136/12 1:136/18 1:137/14 1:148/7 1:148/14 1:150/13 1:152/1 1:153/10 1:153/21 1:154/22 1:160/3 1:162/21 1:162/25 1:169/15 1:171/12 1:172/11 1:178/18 1:179/8 1:179/25 1:180/9 1:180/13 1:180/21 1:181/12 1:182/7 1:188/10 1:192/4 1:195/17 1:195/20 1:200/16 1:200/25 1:202/8 1:204/2 1:204/4 1:204/14 1:204/17 1:205/21 1:207/22 1:209/25 1:214/3
**where [101]** 1:5/15 1:6/22 1:7/15 1:7/18 1:11/1 1:11/16 1:11/22 1:14/18 1:17/11 1:18/25 1:22/9 1:22/23 1:22/24 1:30/25 1:31/17 1:32/11 1:33/6 1:33/7 1:33/22 1:34/2 1:34/10 1:34/23 1:35/2 1:36/21 1:38/6 1:39/8 1:40/4 1:43/2 1:52/13 1:52/15 1:56/18 1:60/21 1:61/1 1:62/24 1:63/3 1:66/6 1:68/12 1:71/5 1:71/12 1:72/13 1:72/15 1:73/20 1:81/9 1:81/15 1:85/6 1:88/7 1:89/2 1:89/3 1:89/14 1:89/21 1:96/6 1:98/9 1:99/2 1:102/25 1:105/1 1:106/9 1:106/10 1:106/11 1:107/8 1:107/17 1:107/19 1:108/3 1:108/11 1:108/17 1:109/17 1:110/6 1:111/6 1:111/7 1:112/3 1:113/12 1:119/20 1:120/2 1:139/11 1:139/11 1:142/3 1:142/8 1:146/6 1:159/22 1:164/1 1:164/22 1:167/16 1:172/4 1:181/7 1:186/1 1:187/12 1:190/6 1:190/7 1:192/8 1:195/1 1:195/5 1:196/6 1:196/10 1:196/12 1:198/14 1:200/11 1:200/14 1:201/7 1:201/20 1:203/1 1:204/10 1:206/16
**Whereupon [4]** 1:67/5 1:122/5 1:174/19 1:211/2
**whether [31]** 1:12/22 1:13/18 1:53/10 1:53/11 1:60/6 1:60/16 1:70/12 1:71/9 1:75/12 1:75/13 1:75/13 1:91/13 1:109/10 1:110/9 1:110/18 1:120/25 1:135/5 1:136/5 1:136/6 1:144/8 1:146/23 1:155/21 1:155/25 1:179/12 1:183/10 1:185/24 1:186/17 1:186/17 1:190/14 1:206/14 1:213/22
**which [53]** 1:6/20 1:10/24 1:30/18 1:32/8 1:41/2 1:46/13 1:51/21 1:58/6 1:58/21 1:59/4 1:61/7 1:61/8 1:61/13 1:61/24 1:64/17 1:64/25 1:69/8 1:78/9 1:78/10 1:79/4 1:83/15 1:87/5 1:91/21 1:101/14 1:103/14 1:110/24 1:119/2 1:121/12 1:123/5 1:127/7 1:129/12 1:129/12 1:130/14 1:132/3 1:137/7 1:141/6 1:141/16 1:141/21 1:141/22 1:143/10 1:150/4 1:152/2 1:154/13 1:156/1 1:156/4 1:165/9 1:170/6 1:192/4 1:198/19 1:200/6 1:202/14 1:204/5 1:211/12
**while [6]** 1:15/18 1:24/7 1:69/1 1:95/23 1:135/9 1:156/25
**who [43]** 1:3/5 1:7/11 1:13/22 1:16/4 1:24/8 1:26/6 1:44/8 1:55/10 1:56/13 1:56/19 1:56/19 1:65/1 1:69/4 1:72/25 1:74/9 1:75/1 1:76/10 1:80/10 1:80/11 1:80/21 1:80/24 1:81/12 1:87/25 1:91/1 1:91/3 1:93/20 1:95/19 1:96/21 1:115/12 1:119/14 1:119/15 1:142/8 1:148/16 1:148/17 1:148/20 1:151/18 1:156/17 1:175/21 1:182/12 1:182/13 1:191/15 1:191/22 1:212/15
**who's [1]** 1:9/10
**whoever [1]** 1:147/12
**whole [4]** 1:59/9 1:118/17 1:136/11 1:190/3
**whom [6]** 1:23/2 1:23/9 1:24/15 1:147/4 1:147/10 1:187/23
**whopping [1]** 1:46/6
**whose [3]** 1:79/22 1:139/21 1:186/18
**why [51]** 1:4/3 1:8/7 1:14/21 1:16/24 1:21/23 1:44/5 1:47/2 1:47/9 1:73/14 1:73/16 1:77/15 1:80/15 1:80/15 1:82/14 1:84/24 1:87/15 1:89/20 1:95/13 1:98/3 1:103/8 1:106/8 1:107/15 1:107/15 1:109/2 1:111/11 1:113/9 1:121/18 1:127/13 1:131/19 1:138/18 1:149/7 1:149/12 1:152/24 1:154/20 1:154/21 1:161/1 1:171/5 1:172/25 1:178/2 1:180/18 1:180/25 1:189/23 1:191/19 1:191/24 1:204/13 1:205/6 1:205/21 1:206/8 1:209/3 1:215/11 1:215/12
**wife [1]** 1:147/17
**will [74]** 1:10/22 1:12/4 1:20/18 1:21/9 1:33/10 1:39/12 1:41/20 1:43/9 1:46/13 1:49/21 1:50/9 1:66/25 1:67/1 1:67/4 1:67/14 1:73/11 1:73/18 1:73/25 1:74/1 1:77/17 1:84/15 1:88/5 1:90/7 1:94/2 1:94/22 1:95/25 1:97/3 1:97/23 1:101/5 1:101/9 1:101/23 1:101/24 1:102/12 1:104/23 1:118/4 1:121/22 1:121/23 1:122/11 1:134/8 1:135/13 1:135/17 1:135/18 1:139/4 1:140/14 1:141/4 1:142/23 1:142/24 1:143/1 1:144/18 1:145/4 1:146/6 1:146/18 1:149/4 1:149/7 1:155/15 1:165/24 1:166/8 1:168/16 1:175/22 1:183/4 1:191/5 1:198/20 1:198/21 1:198/25 1:199/1 1:199/3 1:199/5 1:200/13 1:200/24 1:208/5 1:210/21 1:211/1 1:213/23 1:214/11
**willing [4]** 1:48/17 1:141/22 1:209/12 1:210/23
**Wilmington [1]** 1:1/13
**win [1]** 1:59/13
**window [2]** 1:102/4 1:102/4
**wise [1]** 1:214/11
**within [23]** 1:29/10 1:29/11 1:77/2 1:80/7 1:80/7 1:80/10 1:80/25 1:83/17 1:83/21 1:84/7 1:87/8 1:88/14 1:94/23 1:98/1 1:98/14 1:107/8 1:107/17 1:108/15 1:108/19 1:109/20 1:136/19 1:187/1 1:206/20
**without [11]** 1:17/3 1:55/14 1:61/7 1:75/17 1:75/23 1:77/19 1:93/10 1:148/1 1:170/3 1:193/4 1:195/15
**witness [10]** 1:67/21 1:121/25 1:135/13 1:135/16 1:135/24 1:137/11 1:173/10 1:174/21 1:191/14 1:192/18
**witness's [2]** 1:135/14

**W**

**witness's... [1]** 1:135/21
**witnesses [1]** 1:136/1
**won [1]** 1:209/1
**won't [1]** 1:46/17
**wonder [2]** 1:121/16 1:215/17
**wondering [1]** 1:50/2
**word [24]** 1:5/4 1:53/24 1:57/16 1:57/18 1:101/14 1:101/14 1:101/18 1:101/18 1:115/15 1:125/23 1:125/23 1:125/24 1:135/24 1:136/5 1:136/23 1:141/22 1:142/22 1:150/8 1:189/19 1:191/1 1:191/6 1:199/5 1:214/9 1:214/20
**words [6]** 1:46/22 1:128/16 1:189/8 1:189/9 1:205/23 1:209/11
**work [35]** 1:14/25 1:18/12 1:18/13 1:18/13 1:18/18 1:57/10 1:65/9 1:65/10 1:65/10 1:68/19 1:69/10 1:69/23 1:69/24 1:78/6 1:81/18 1:83/11 1:83/19 1:108/1 1:111/1 1:120/16 1:138/8 1:154/6 1:182/5 1:183/2 1:183/3 1:183/13 1:183/15 1:183/24 1:184/21 1:184/24 1:184/25 1:185/12 1:210/24 1:211/16 1:215/25
**worked [10]** 1:69/14 1:72/24 1:73/3 1:74/9 1:75/7 1:78/12 1:110/16 1:182/4 1:184/19 1:211/4
**working [1]** 1:122/7
**works [11]** 1:18/20 1:76/20 1:84/13 1:87/23 1:107/23 1:108/4 1:108/12 1:137/17 1:204/1 1:204/20 1:216/1
**world [3]** 1:25/23 1:126/24 1:141/2
**worried [1]** 1:135/20
**would [128]** 1:4/15 1:5/20 1:6/25 1:7/25 1:9/7 1:14/13 1:15/2 1:21/20 1:26/4 1:40/23 1:41/2 1:44/19 1:44/25 1:45/8 1:45/19 1:46/20 1:46/21 1:48/19 1:49/5 1:49/12 1:55/3 1:59/11 1:60/4 1:60/4 1:60/6 1:60/6 1:62/23 1:63/24 1:65/16 1:66/6 1:66/8 1:70/24 1:71/6 1:71/6 1:71/7 1:72/10 1:72/13 1:72/15 1:72/16 1:76/3 1:80/12 1:85/6 1:88/7 1:88/18 1:91/4 1:93/18 1:98/6 1:99/19 1:100/14 1:102/3 1:105/9 1:105/10 1:107/21 1:112/2 1:115/15 1:116/22 1:118/25 1:122/16 1:122/16 1:123/7 1:124/7 1:124/24 1:125/3 1:125/4 1:126/13 1:127/4 1:127/7 1:129/9 1:131/8 1:134/17 1:135/5 1:135/10 1:136/21 1:136/23 1:137/9 1:137/22 1:138/8 1:138/12 1:143/6 1:144/3 1:146/15 1:154/8 1:154/12 1:155/10 1:156/17 1:159/3 1:164/4 1:164/9 1:168/22 1:169/5 1:169/6 1:171/19 1:171/22 1:172/8 1:172/25 1:174/6 1:179/13 1:179/14 1:180/5 1:180/7 1:181/9 1:185/3 1:194/6 1:194/14 1:194/22 1:194/24 1:194/25 1:195/3 1:199/21 1:201/11 1:201/13 1:202/21 1:203/15 1:204/23 1:206/23 1:207/1 1:207/9 1:207/23 1:209/7 1:209/22 1:210/16 1:210/23 1:213/5 1:213/8 1:214/7 1:214/7 1:214/10 1:216/8
**wouldn't [4]** 1:44/21 1:44/25 1:47/25 1:148/1
**wrench [1]** 1:41/21
**write [1]** 1:14/7
**written [9]** 1:15/20 1:21/2 1:32/3 1:63/11 1:170/3 1:193/5 1:195/16 1:196/16 1:201/14
**wrong [5]** 1:21/14 1:43/9 1:43/13 1:46/21 1:46/22
**wrongfully [1]** 1:45/15
**wrote [1]** 1:21/24
**www.atla.org [1]** 1:151/13
**www.atlanet.org [1]** 1:151/13

**X**

**X [337]**
**X Corp [65]** 1:3/1 1:3/6 1:5/20 1:12/25 1:21/5 1:23/22 1:24/16 1:34/16 1:36/7 1:44/4 1:44/7 1:46/2 1:46/3 1:46/3 1:50/9 1:50/11 1:54/20 1:54/22 1:68/13 1:68/14 1:68/16 1:68/21 1:68/24 1:68/25 1:69/2 1:69/9 1:69/10 1:69/17 1:70/17 1:70/19 1:74/24 1:75/16 1:76/12 1:76/18 1:77/11 1:77/15 1:78/23 1:79/5 1:80/16 1:83/8 1:84/24 1:89/10 1:89/15 1:89/20 1:90/11 1:91/11 1:92/17 1:96/20 1:98/5 1:98/7 1:98/13 1:99/19 1:115/13 1:115/14 1:115/22 1:148/13 1:149/9 1:175/5 1:178/15 1:187/23 1:189/11 1:189/23 1:191/19 1:197/19 1:198/9
**X Corp.'s [4]** 1:35/24 1:36/10 1:90/5 1:197/25
**X's [7]** 1:64/7 1:77/2 1:102/21 1:123/1 1:142/22 1:149/16 1:172/1
**X-branded [1]** 1:61/12
**X.com [57]** 1:6/20 1:35/16 1:64/25 1:100/18 1:100/21 1:100/22 1:100/24 1:101/2 1:101/25 1:102/16 1:106/22 1:107/1 1:131/1 1:131/6 1:131/9 1:132/7 1:132/8 1:132/10 1:132/17 1:132/20 1:132/20 1:133/2 1:133/11 1:140/12 1:140/17 1:140/25 1:141/2 1:141/9 1:141/10 1:141/16 1:142/4 1:142/6 1:142/18 1:145/17 1:163/19 1:164/1 1:164/7 1:164/10 1:164/11 1:164/16 1:164/18 1:165/9 1:165/21 1:165/22 1:165/23 1:165/25 1:166/25 1:167/6 1:168/22 1:171/24 1:181/24 1:182/8 1:183/3 1:183/10 1:188/11 1:188/13 1:188/14
**X.com/home [1]** 1:165/22
**X.com/JetBlue [1]** 1:171/24

**Y**

**yeah [24]** 1:9/24 1:25/14 1:25/19 1:25/24 1:38/10 1:38/21 1:46/16 1:55/5 1:58/7 1:58/23 1:61/19 1:85/10 1:96/2 1:103/18 1:133/1 1:135/15 1:136/9 1:136/20 1:138/15 1:139/25 1:178/14 1:203/14 1:209/24 1:210/2
**year [3]** 1:181/17 1:181/18 1:201/1
**years [23]** 1:14/8 1:14/9 1:15/20 1:46/5 1:65/18 1:68/25 1:69/6 1:69/7 1:93/6 1:93/18 1:104/17 1:104/19 1:104/23 1:104/24 1:113/3 1:145/10 1:152/4 1:152/6 1:152/9 1:156/22 1:204/7 1:204/9 1:205/16
**Yep [9]** 1:7/2 1:10/6 1:40/8 1:41/18 1:41/25 1:42/3 1:42/6 1:42/9 1:63/21
**yes [193]** 1:4/11 1:4/19 1:6/23 1:7/10 1:8/12 1:8/18 1:9/20 1:9/25 1:13/7 1:17/16 1:17/21 1:19/5 1:20/5 1:22/11 1:23/8 1:27/22 1:30/1 1:31/8 1:31/14 1:32/4 1:32/11 1:32/17 1:32/21 1:33/8 1:33/16 1:33/23 1:36/5 1:36/8 1:37/25 1:38/7 1:38/23 1:39/7 1:41/5 1:42/21 1:43/5 1:57/20 1:57/20 1:61/2 1:62/15 1:67/12 1:75/18 1:76/21 1:78/25 1:79/6 1:79/21 1:81/12 1:84/4 1:84/6 1:84/21 1:85/1 1:86/6 1:86/23 1:87/2 1:87/4 1:90/6 1:91/12 1:91/16 1:92/6 1:92/18 1:95/5 1:95/12 1:96/17 1:96/23 1:97/18 1:100/5 1:100/20 1:100/25 1:101/3 1:101/20 1:102/10 1:102/14 1:103/5 1:103/16 1:103/23 1:104/3 1:104/10 1:104/21 1:105/15 1:105/22 1:106/1 1:106/7 1:109/8 1:109/16 1:112/6 1:113/8 1:114/12 1:114/18 1:114/21 1:116/9 1:116/18 1:117/5 1:117/13 1:117/18 1:118/14 1:118/22 1:119/4 1:119/7 1:119/12 1:120/11 1:121/3 1:121/10 1:122/8 1:122/22 1:123/9 1:123/14 1:123/19 1:124/22 1:125/2 1:126/12 1:127/19 1:127/22 1:129/22 1:130/6 1:130/12 1:130/19 1:131/12 1:131/18 1:132/15 1:133/4 1:133/14 1:134/21 1:143/2 1:143/13 1:144/16 1:147/9 1:148/11 1:148/23 1:152/13 1:153/16 1:157/7 1:157/17 1:158/10 1:158/25 1:159/8 1:159/21 1:161/4 1:161/17 1:161/20 1:162/4 1:163/13 1:163/18 1:165/2 1:169/21 1:170/9 1:172/19 1:172/20 1:173/15 1:174/8 1:175/6 1:175/9 1:175/13 1:175/20 1:176/12 1:176/17 1:177/10 1:179/22 1:181/2 1:181/21 1:184/9 1:184/17 1:185/18 1:186/1 1:186/20 1:187/17 1:187/24 1:188/1 1:188/5 1:188/8 1:188/15 1:188/18 1:188/24 1:189/2 1:189/10 1:189/12 1:189/16 1:190/21 1:191/9 1:192/24 1:193/7 1:193/10 1:197/10 1:199/11 1:201/25 1:203/5 1:203/6 1:207/8 1:207/12 1:207/20 1:214/23 1:215/9 1:215/21 1:216/11 1:216/13
**yesterday [2]** 1:12/23 1:61/17
**yet [10]** 1:39/19 1:40/3 1:59/25 1:83/18

**Y**

**yet... [6]** 1:101/16 1:146/1 1:158/5 1:172/12 1:197/7 1:209/6
**you [907]**
**you'd [1]** 1:68/4
**you'll [4]** 1:52/25 1:87/13 1:133/18 1:140/19
**you're [20]** 1:3/21 1:9/16 1:29/13 1:43/14 1:53/25 1:58/4 1:58/20 1:58/22 1:59/13 1:78/22 1:96/8 1:101/11 1:104/23 1:105/18 1:118/7 1:135/1 1:138/2 1:150/10 1:204/17 1:206/10
**you've [11]** 1:19/22 1:22/9 1:39/3 1:79/4 1:97/16 1:98/4 1:138/23 1:152/6 1:169/15 1:206/22 1:207/10
**you-all [1]** 1:209/3
**your [432]**
**yourself [1]** 1:68/10
**YouTube [2]** 1:89/12 1:89/19

**Z**

**zero [2]** 1:9/13 1:9/14