## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION BLUEBIRD, INC.,<br><br>Defendant. | C.A. No. 25-cv-1510-CFC |

## STIPULATION CONFIRMING SUPPLEMENTAL BRIEFING IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION

WHEREAS, the Court held oral argument in connection with Plaintiff's Motion for Preliminary Injunction on April 8, 2026;

WHEREAS, at the conclusion of the hearing, the Court and the parties agreed to supplemental briefing in connection with the Motion, including a first set of supplemental briefs limited to use of the TWITTER Marks ("Supplemental Use Briefing"), and a second set of supplemental briefs in connection with the issuance of a bond pursuant to Fed. R .Civ. P. 65 ("Supplemental Bond Briefing");

WHEREAS, the parties met and conferred and have agreed to a briefing schedule for the Supplemental Use Briefing;

WHEREAS, the parties are discussing the parameters of a proposed bond and respectfully propose deferring the entry of a briefing schedule for the Supplemental Bond Briefing to allow the parties to determine whether an agreement can be reached on a proposed bond for the Court's consideration;

{02223824;v1 }

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that the schedule for Supplemental Use Briefing is as follows:

- Opening Supplemental Briefs (6,250 words): May 1, 2026

- Answering Supplemental Briefs (6,250 words): May 22, 2026

IT IS FURTHER STIPULATED AND AGREED, subject to the approval and Order of the Court, that in the event the parties cannot reach agreement on a proposed bond by May 15, 2026, the parties will submit a briefing schedule for Supplemental Bond Briefing at that time for the Court's consideration.

Dated: April 20, 2026

ASHBY & GEDDES

/s/ Andrew C. Mayo
Andrew C. Mayo (#5207)
Randall Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

Attorneys for Plaintiff X Corp.

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Defendant Operation Bluebird, Inc.

IT IS SO ORDERED this 2ˢ day of April, 2026.

_____
The Honorable Colm F. Connolly