**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| X CORP., | |
| Plaintiff and Counterclaim-Defendant, | C.A. No. 25-1510-CFC |
| v. | |
| OPERATION BLUEBIRD, INC., | |
| Defendant and Counterclaim-Plaintiff. | |

**DECLARATION OF RHETT O. MILLSAPS II
IN FURTHER SUPPORT OF BLUEBIRD'S OPPOSITION TO
X'S MOTION FOR PRELIMINARY INJUNCTION**

I, RHETT O. MILSAPS II, hereby declare as follows:

1.      I am a partner in the law firm Lex Lumina LLP, counsel to Defendant Operation Bluebird, Inc. ("Bluebird") in this action. I submit this declaration in further support of Bluebird's opposition to Plaintiff X Corp.'s Motion for Preliminary Injunction. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Naser Baseer taken on January 22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 22, 2026
           New York, New York

_____
Rhett O. Millsaps II