IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| | ) | |
| OPERATION BLUEBIRD, INC., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

## STIPULATED ORDER

WHEREAS, Defendant/Counterclaim-Plaintiff Operation Bluebird, Inc. ("Bluebird") intends to file a motion to limit discovery in this action to its affirmative defense of abandonment and to bifurcate the abandonment claim so that it proceeds first (the "Motion");

WHEREAS, the parties were instructed to brief Bluebird's Motion pursuant to the Court's procedure for briefing disputes related to discovery matters;

WHEREAS, the Court has not set a date for argument in connection with Bluebird's Motion and the parties seek to confirm a briefing schedule in connection with the Motion;

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval and Order of the Court, that Bluebird shall file its opening letter brief in support of the Motion, not to exceed 750 words, on June 29, 2026, and Plaintiff/Counterclaim-Defendant X Corp. shall file its answering letter brief in

response to the Motion, not to exceed 750 words, on July 2, 2026.

ASHBY & GEDDES                    FARNAN LLP

*/s/ Andrew C. Mayo*                  */s/ Michael J. Farnan*

_____          _____
Andrew C. Mayo (#5207)           Brian E. Farnan (#4089)
Randall Teti (#6334)             Michael J. Farnan (#5165)
500 Delaware Avenue, 8th Floor   919 North Market Street, 12th Floor
P.O. Box 1150                    Wilmington, DE 19801
Wilmington, DE 19899             (302) 777-0300
(302) 654-1888                   bfarnan@farnanlaw.com
amayo@ashbygeddes.com            mfarnan@farnanlaw.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff/Counterclaim-*    *Attorneys for Defendant/Counterclaim-*
*Defendant X Corp.*                        *Plaintiff Operation Bluebird, Inc.*


IT IS SO ORDERED this _____ day of _____, 2026.


                    _____
                    The Honorable Chief Judge Colm F. Connolly

2