IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| | ) | |
| OPERATION BLUEBIRD, INC., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**STIPULATED ORDER**

WHEREAS, Defendant/Counterclaim-Plaintiff Operation Bluebird, Inc. ("Bluebird") intends to file a motion to limit discovery in this action to its affirmative defense of abandonment and to bifurcate the abandonment claim so that it proceeds first (the "Motion");

WHEREAS, the parties were instructed to brief Bluebird's Motion pursuant to the Court's procedure for briefing disputes related to discovery matters;

WHEREAS, the Court has not set a date for argument in connection with Bluebird's Motion and the parties seek to confirm a briefing schedule in connection with the Motion;

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval and Order of the Court, that Bluebird shall file its opening letter brief in support of the Motion, not to exceed 750 words, on June 29, 2026, and Plaintiff/Counterclaim-Defendant X Corp. shall file its answering letter brief in

response to the Motion, not to exceed 750 words, on July 2, 2026.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
Randall Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff/Counterclaim-Defendant X Corp.*

FARNAN LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant/Counterclaim-Plaintiff Operation Bluebird, Inc.*

IT IS SO ORDERED this 26th day of June, 2026.

Colm F. Connolly

The Honorable Chief Judge Colm F. Connolly