IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP., | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 25-1510-CFC |
| | ) |
| OPERATION BLUEBIRD, INC., | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

**BLUEBIRD'S MOTION FOR STAY
AND EARLY SUMMARY JUDGMENT BRIEFING**

Defendant/Counterclaim-Plaintiff Operation Bluebird, Inc. ("Bluebird") respectfully moves the Court, under Fed. R. Civ. P. 26 and the Court's inherent authority, for an order (i) limiting initial discovery to the abandonment issue; (ii) setting a discovery and briefing schedule for early summary judgment on abandonment; and (iii) staying all other discovery pending final adjudication on abandonment. As explained in the accompanying letter brief, the requested relief should be granted to avoid unnecessary and unwarranted burden on the Court and the parties.

Dated: June 29, 2026

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrew Gerber (admitted *pro hac vice*)
Gerber Law
27 Union Square West, Suite 301
New York, NY 10003
(212) 658-1810
andrew@gerberlaw.com

Christopher J. Sprigman (admitted *pro hac vice*)
Mark P. Mckenna (admitted *pro hac vice*)
Rhett O. Millsaps II (admitted *pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
chris@lex-lumina.com
mark@lex-lumina.com
rhett@lex-lumina.com

*Attorneys for Defendant Operation Bluebird, Inc.*

2