**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| X CORP.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>OPERATION BLUEBIRD, INC.,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 25-1510-CFC |

**DECLARATION OF RHETT O. MILLSAPS II
IN SUPPORT OF BLUEBIRD'S
<u>MOTION FOR EARLY SUMMARY JUDGMENT MOTION AND STAY</u>**

I, RHETT O. MILSAPS II, hereby declare as follows:

1.      I am a partner in the law firm Lex Lumina LLP, counsel to Defendant/Counterclaim-Plaintiff Operation Bluebird, Inc. ("Bluebird") in this action. I submit this declaration in support of Bluebird's motion (i) to limit initial discovery to the abandonment issue; (ii) to set a discovery and briefing schedule for early summary judgment on abandonment; and (iii) to stay all other discovery pending final adjudication on abandonment. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff X Corp.'s First Set of Requests for Production of Documents to Defendant Operation

Bluebird, Inc. dated March 30, 2026. The 51 requests for production seek, *inter alia*, "Documents and Communications Concerning the formation of Operation Bluebird, Inc., including but not limited to Documents reflecting the date and circumstances of its formation, incorporation, or organization" (RFP No. 2); "Documents and Communications related to Stephen Jadie Coates's role in developing the Infringing Platform, including Documents and Communications related to the hiring or recruitment of Stephen Jadie Coates" (RFP No. 4); "Documents and Communications Concerning Defendant's decision, reason, intent and/or purpose in adopting specific brand elements on Defendant's Website, including but not limited to its decision to utilize a blue color scheme, utilization of hashtags, and emphasis on the public town square" (RFP No. 9); "Documents and Communications with Customers, investors, media, marketing agencies, advertising agencies and other Third Parties Concerning Defendant's plans and launch of its Infringing Platform" (RFP No. 15); "Documents and Communications concerning the development, design, and creation of Defendant's Website" (RFP No. 17); "Documents and Communications relating to Defendant's development schedules and launch timelines, including but not limited to internal planning Documents, strategy memoranda, presentations, or reports discussing expected launch timing or rollout phases" (RFP No. 23); and "Documents and Communications with investors, partners, vendors, or regulators concerning

2

anticipated launch dates or development timelines; and any revisions, updates, or changes to such schedules or timelines regarding the Infringing Platform" (RFP No. 24). Responding to the 51 sweeping requests will require Bluebird to review and prepare an extremely large production in the next five weeks.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff X Corp.'s First Set of Interrogatories to Defendant Operation Bluebird, Inc. dated March 30, 2026. The interrogatories seek, *inter alia*, identification of "all of [Bluebird's] current and former employees, contractors, or agents, who have performed services for or on behalf of" Bluebird (Interrogatory No. 1) and all "Persons who have engaged in a business relationship with [Bluebird], including but not limited to any potential or actual advertisers, sponsors, partners, or investors…" (Interrogatory No. 9).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 29, 2026
        Los Angeles, California          _____
                                                Rhett O. Millsaps II

3