IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| | ) | |
| OPERATION BLUEBIRD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval and Order of the Court, that the deadline for the substantial completion of document production shall be extended from July 31, 2026 to August 31, 2026. All other deadlines in the Scheduling Order remain unchanged.

Dated: July 27, 2026

Respectfully submitted,

ASHBY & GEDDES

/s/ Andrew C. Mayo
Andrew C. Mayo (#5207)
Randall Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff X Corp.*

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Operation Bluebird, Inc.*

IT IS SO ORDERED this 29th day of July, 2026.

The Honorable Colm F. Connolly