ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 28, 2026

The Honorable Chief Judge Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *X Corp. v. Operation Bluebird, Inc.*,
C.A. No. 25-1510-CFC

Dear Chief Judge Connolly:

Plaintiff X Corp. respectfully submits this letter pursuant to District of Delaware Local Rule 7.1.2(c) to advise the Court of additional factual developments relevant to X Corp.'s pending Motion for Preliminary Injunction (the "Motion") (D.I. 9).

X Corp. filed its Motion in December 2025 based on Operation Bluebird, Inc.'s ("Bluebird") launch of its "twitter.new" website, which invited users to reserve handles on an "all-new Twitter" platform, and subsequent promotion of the website on LinkedIn, which touted that Bluebird was "reclaiming" the value of the Twitter brand. The Motion was argued in April 2026, and supplemental briefing was completed in June 2026. The Motion remains pending.

Despite the pendency of X Corp.'s Motion, without informing X Corp. or this Court, X Corp. has learned this week that Bluebird has officially launched its platform under a near-identical, but different domain, "twitter.now." *See* Exhibit 1. X Corp. was not previously aware of the twitter.now domain—which it appears Bluebird registered on April 21, 2026, just days after the hearing on X Corp.'s Motion—nor Bluebird's plans to launch at twitter.now. *See* Exhibit 2. Bluebird's twitter.now website is actively soliciting payments from consumers for early access or priority placement on the platform. *See* Exhibit 3.

In parallel, Bluebird has begun promoting its "new Twitter" platform on social media, including posts by Bluebird's General Counsel, Stephen Coates, and its Chief Operating Officer, Jeff Brooks, among others. *See* Exhibits 4-8. The social media posts use the hashtag "TheBirdIsBack," combined with an image of Bluebird's allegedly

infringing logo, and the tagline "Twitter is Back." *See* Exhibits 4-5. The posts from Bluebird's founders, investors, and executives have received hundreds of likes, comments, and shares. Individuals on LinkedIn have engaged with Bluebird's posts, with some stating support for the platform, and others raising concerns about the platform's design and function, and its infringement of X Corp.'s rights. *See* Exhibits 4, 7-8. The launch of twitter.now has also garnered media attention, drawing headlines and commentary such as "you can tweet again" and "twitter.now . . . looks and feels much like the Twitter old and many of its offshoots – it has replies and retweets." *See* Exhibits 9-14. Mr. Coates told Ars Technica, an online technology news publication, "[w]e are a small company, we have investors, and we have a product. And we have waited months and months to launch, and we are not going to wait anymore." *See* Exhibit 9. Responses to Bluebird's LinkedIn posts indicate users have already begun signing up, with one individual sharing an image of what the actual twitter.now platform looks like once signed up. *See* Exhibits 4, 6.

* * *

In the days leading up to the above developments, the parties were in discussion concerning an extension to certain discovery deadlines. X Corp. had proposed an extension to the August 31, 2026 deadline for substantial completion of document productions, and Bluebird agreed to stipulate to that extension if X Corp. would agree to parallel extensions on other discovery deadlines in return. While X Corp. is concerned with extending discovery further given Bluebird's recent launch (which was not disclosed as part of discovery) and the attention its platform is already garnering, X Corp. has agreed to Bluebird's proposal, both in an effort to avoid further disputes before Your Honor, and to ensure X Corp. has sufficient time to take discovery into these new developments.

X Corp. is available at the Court's convenience should it have any questions or require additional information.

Respectfully,

*/s/ Randall J. Teti*

Randall J. Teti (#6334)

cc: All counsel of record (via electronic mail; with attachments)