IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION BLUEBIRD, INC.,<br><br>Defendant. | Civil Action No. 25-1510-CFC |

**ORDER**

At Wilmington on this Third Day of September in 2026, for the reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY ORDERED that Plaintiff X Corp.'s Motion for Preliminary Injunction (D.I. 9) is GRANTED IN PART and DENIED IN PART. It is FURTHER ORDERED that:

1. Plaintiff X Corp.'s Motion is GRANTED insofar as it seeks an order enjoining Defendant from using the Twitter-formative marks in connection with a social networking platform;
2. Upon the posting of a bond in the amount of $500,000 by X Corp., Defendant Operation Bluebird, Inc., its officers, directors, principals, agents, servants, employees, and attorneys; all parent, subsidiary, and affiliate companies and other related business entities; all other persons or entities

acting in concert, participation, or privity with or under the common control of Defendant; and Defendant's successors and assigns are ENJOINED from using the Twitter-formative marks,[1] or any names or words that are confusingly similar to such marks, in connection with a social networking platform, including but not limited to the twitter.new and twitter.now websites, until a final judgment is entered in this case; and

3. Plaintiff's Motion is otherwise DENIED.

CHIEF JUDGE

[1] The Twitter-formative marks are: TWITTER, Registration No. 4,422,235; TWITTER, Registration No. 3,619,911; twitter, Registration No. 4,179,739; TWITTER, Registration No. 4,362,656; TWITTER AMPLIFY, Registration No. 6,992,306; TWITTER FLIGHT, Registration No. 7,152,556; TWITTER FLIGHT, Registration No. 4,867,983; TWITTER FLIGHT, Registration No. 7,152,555. *See also* D.I. 11-1 at 2, 9, 10, 13, 30, 32, 34–35, 37.