IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| | ) | |
| OPERATION BLUEBIRD, INC., | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**INJUNCTION BOND**

Pursuant to the Court's September 3, 2026 Order Granting X Corp.'s Motion for Preliminary Injunction (D.I. 96), X Corp. submits herewith an Injunction Bond in the amount of $500,000.

*Of Counsel:*

Megan K. Bannigan
Jared I. Kagan
Nicole M. Flores
Daniel N. Cohen
Anita S. Kapyur
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mkbannigan@debevoise.com
jikagan@debevoise.com
nmflores@debevoise.com
dncohen@debevoise.com
askapyur@debevoise.com

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
Randall J. Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for X Corp.*

Dated: September 4, 2026