IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| | ) | |
| OPERATION BLUEBIRD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff X Corp., pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order (D.I. 96), entered on September 3, 2026, and from all underlying or related orders, rulings, and findings, insofar as that Order denied Plaintiff's Motion for Preliminary Injunction (D.I. 9) with respect to the "Tweet mark" and "Bird logo," as identified in the Court's accompanying Memorandum Opinion (D.I. 95).

[**Remainder of page left intentionally blank**]

*Of Counsel*

Megan K. Bannigan*
Jared I. Kagan*
Nicole M. Flores*
Anita S. Kapyur*
Daniel N. Cohen*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mkbannigan@debevoise.com
jikagan@debevoise.com
nmflores@debevoise.com
askapyur@debevoise.com
dncohen@debevoise.com

**Admitted pro hac vice*

ASHBY & GEDDES

*<u>/s/ Andrew C. Mayo</u>*
Andrew C. Mayo (#5207)
Randall Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff X Corp.*

Dated: October 5, 2026