**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| | ) | |
| OPERATION BLUEBIRD, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF CROSS-APPEAL

NOTICE IS GIVEN that, pursuant to Federal Rule of Appellate Procedure 4(a), Plaintiff Operation Bluebird, Inc. hereby cross-appeals to the United States Court of Appeals for the Third Circuit from the Court's Order (D.I. 96), entered on September 3, 2026, and from all underlying or related orders, rulings, and findings, insofar as that Order granted Plaintiff's Motion for Preliminary Injunction (D.I. 9) with respect to the "Twitter formative marks," as identified in the Court's accompanying Memorandum Opinion (D.I. 95) and from any and all adverse rulings related to the Order granting Plaintiff's injunctive relief on the "Twitter formative marks."

Dated: October 5, 2026

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Rosemary J. Piergiovanni (Bar No. 3655)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrew Gerber (admitted *pro hac vice*)
Gerber Law
27 Union Square West, Suite 301
New York, NY 10003
(212) 658-1810
andrew@gerberlaw.com

*Attorneys for Defendant Operation Bluebird, Inc.*