IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| X CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 25-1510-CFC |
| OPERATION BLUEBIRD, INC., | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

WHEREAS, one of the law firms representing Defendant Operation Bluebird, Inc. ("Operation Bluebird") advised counsel for Plaintiff X Corp. that it intends to withdraw as counsel from this matter and requested an extension of deadlines to accommodate a transition of counsel; and

WHEREAS, Plaintiff X Corp. has no objection to a brief extension of deadlines, as set forth in the table below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the following deadlines are extended:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Deadline | December 1, 2026 | January 4, 2027 |
| Opening Expert Reports | December 15, 2026 | January 19, 2027 |

| | | |
|---|---|---|
| Answering Expert Reports | January 29, 2027 | March 1, 2027 |
| Reply Expert Reports | February 12, 2027 | March 15, 2027 |
| Expert Discovery Deadline | March 16, 2027 | April 15, 2027 |
| Dispositive and *Daubert* Motion Deadline | April 30, 2027 | Same |

All other dates set forth in the August 28, 2026 Scheduling Order (D.I. 93) remain unchanged.

Dated: October 8, 2026

ASHBY & GEDDES

/s/ Randall Teti
Andrew C. Mayo (#5207)
Randall Teti (#6334)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
rteti@ashbygeddes.com

*Attorneys for Plaintiff X Corp.*

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Operation Bluebird, Inc.*

IT IS SO ORDERED this 13th day of October, 2026.

The Honorable Colm F. Connolly