IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| X CORP., Plaintiff and Counterclaim-Defendant, v. OPERATION BLUEBIRD, INC., Defendant and Counterclaim-Plaintiff. | C.A. No. 25-cv-1510-CFC |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearance of Andrew Gerber of Gerber Law as counsel for Defendant Operation Bluebird, Inc. is hereby withdrawn. Farnan LLP will continue to represent Defendant Operation Bluebird, Inc.

Dated: November 18, 2026

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Operation Bluebird, Inc.*